UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | Civil Action No. 05-11148 |

STIPULATION TO EXTEND TIME

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") and defendant McKesson Corporation ("McKesson") hereby stipulate and agree that McKesson shall

SF\523558.1

have until September 30, 2005 to file responsive pleadings or motions in response to Plaintiffs'

Class Action Complaint.

Respectfully submitted,

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND; PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST;
TEAMSTERS HEALTH & WELFARE
FUND
OF PHILADELPHIA AND VICINITY; and
PHILADELPHIA FEDERATION OF
TEACHERS
HEALTH AND WELFARE FUND,                            McKESSON CORPORATION

By their counsel,                                    By its counsel,

Thomas M. Sobol (TMS 471770)                        Richard A. Ardoin
Hagens Berman Sobol Shapiro LLP                     McKesson Corporation
One Main Street, 4th Floor                          One Post Street, 34th Floor
Cambridge, MA 02142                                 San Francisco, CA 94104
Telephone: (617) 482-3700                           Telephone: (415) 983-8300
Facsimile: (617) 482-3003                           Facsimile: (415) 983-9369

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594