**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>     Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>     Defendants. | Case No. 1:05-CV-11148-PBS |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEYS MELVIN R. GOLDMAN, LORI A. SCHECTER, AND TIFFANY CHEUNG ON BEHALF OF DEFENDANT MCKESSON CORPORATION**

  I, the undersigned attorney Joan M. Griffin, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to L.R. 83.5.3, move that the Court allow attorneys Melvin R. Goldman, Lori A. Schecter, and Tiffany Cheung to appear *pro hac vice* in the above-captioned matter. The Certificates required by L.R. 83.5.3 of the above named individuals are submitted herewith in support of this motion.

                    Respectfully submitted,
                    McKesson Corporation
                    By its attorneys:

Dated: October 19, 2005        /s/ Joan M. Griffin
                    Joan M. Griffin, BBO # 549522
                    Michael P. Twohig, BBO # 648079
                    Perkins Smith & Cohen LLP
                    One Beacon Street, 30th Floor
                    Boston, MA 02108
                    tel. 617-854-4000
                    fax 617-854-4040

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice* applications pending)

## LOCAL RULE 7.1 CERTIFICATION

    I, Michael P. Twohig, counsel of record for defendant McKesson Corp., hereby certify that of counsel attorney Tiffany Cheung conferred with counsel for plaintiffs regarding the filing of this motion and that plaintiffs do not oppose the filing of this motion.

                              /s/ Michael P. Twohig
                              Michael P. Twohig

## CERTIFICATE OF SERVICE

    I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 19th day of October, 2005.

                              /s/ Michael P. Twohig
                              Michael P. Twohig

1  JOAN M. GRIFFIN
   PERKINS SMITH & COHEN LLP
2  One Beacon Street
   Boston, Massachusetts 02108
3  Telephone: (617) 854-4297

4  MELVIN R. GOLDMAN (CA SBN 34097)
   LORI A. SCHECHTER (CA SBN 139728)
5  TIFFANY CHEUNG (CA SBN 211497)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California 94105-2482
7  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
8
   Attorneys for Defendant
9  MCKESSON CORPORATION

10                THE UNITED STATE DISTRICT COURT

11                   DISTRICT OF MASSACHUSETTS

12 | NEW ENGLAND CARPENTERS HEALTH          | Case No. 1:05-CV-11148-PBS
   | BENEFITS FUND; PIRELLI ARMSTRONG
13 | RETIREE MEDICAL BENEFITS TRUST;
   | TEAMSTERS HEALTH & WELFARE FUND        | **CERTIFICATE IN SUPPORT OF**
14 | OF PHILADELPHIA AND VICINITY; AND      | **UNOPPOSED APPLICATION FOR**
   | PHILADELPHIA FEDERATION OF             | **ADMISSION OF MELVIN R. GOLDMAN**
15 | TEACHERS HEALTH AND WELFARE            | **TO APPEAR AS COUNSEL *PRO HAC***
   | FUND,                                  | ***VICE***
16 |
   |                  Plaintiffs,
17 |
   |      v.
18 |
   | FIRST DATABANK, INC., a Missouri
19 | Corporation and MCKESSON
   | CORPORATION, a Delaware Corporation
20 |
   |                  Defendants.
21

22

23

24

25

26

27

28

CERTIFICATE ISO UNOPPOSED APPLICATION FOR ADMISSION OF MELVIN R. GOLDMAN TO APPEAR *PRO HAC VICE*
Case No. 1:05-CV-11148-PBS
sf-2019486

Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Melvin R. Goldman, an active member in good standing of the bar of California, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a resident of California, and my office address is:

    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105

2. I am an attorney admitted to practice before the State Courts of California, the United States District Courts for the Northern Districts of California and Illinois, the United States Court of Appeals for the Seventh and Ninth Circuits, and the United States Supreme Court;

3. I am a member in good standing in every jurisdiction where I have been admitted to practice;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6. Joan M. Griffin, Perkins Smith & Cohen LLP, a member of the bar of this Court in good standing who maintains an office within the State of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin is:

    Joan M. Griffin, Esq.
    PERKINS SMITH & COHEN LLP
    One Beacon Street
    Boston, Massachusetts 02108
    Telephone: (617) 854-4297

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on October 18, 2005.

_____
Melvin R. Goldman

1

**CERTIFICATE ISO UNOPPOSED APPLICATION FOR ADMISSION OF MELVIN R. GOLDMAN TO APPEAR *PRO HAC VICE***
Case No. 1:05-CV-11148-PBS
sf-2019486

| | |
|---|---|
| 1 | JOAN M. GRIFFIN |
| | PERKINS SMITH & COHEN LLP |
| 2 | One Beacon Street |
| | Boston, Massachusetts 02108 |
| 3 | Telephone: (617) 854-4297 |
| 4 | MELVIN R. GOLDMAN (CA SBN 34097) |
| | LORI A. SCHECHTER (CA SBN 139728) |
| 5 | TIFFANY CHEUNG (CA SBN 211497) |
| | MORRISON & FOERSTER LLP |
| 6 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 7 | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| 8 | |
| | Attorneys for Defendant |
| 9 | MCKESSON CORPORATION |

10           THE UNITED STATE DISTRICT COURT

11              DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; AND PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>            Plaintiffs, <br><br>    v. <br><br>FIRST DATABANK, INC., a Missouri Corporation and MCKESSON CORPORATION, a Delaware Corporation <br><br>            Defendants. | Case No. 1:05-CV-11148-PBS <br><br> **CERTIFICATE IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION OF LORI A. SCHECHTER TO APPEAR AS COUNSEL *PRO HAC VICE*** |

1  Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Lori A. Schechter, an active member in good standing of the bar of California, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a resident of California, and my office address is:

    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105

2. I am an attorney admitted to practice before the State Courts of California, the United States District Court for the Central, Eastern and Northern Districts of California, the United States Court of Appeals for the Second, Seventh and Ninth Circuits, and the United States Supreme Court;

3. I am a member in good standing in every jurisdiction where I have been admitted to practice;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6. Joan M. Griffin, Perkins Smith & Cohen LLP, a member of the bar of this Court in good standing and who maintains an office within the State of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin is:

    Joan M. Griffin, Esq.
    PERKINS SMITH & COHEN LLP
    One Beacon Street
    Boston, Massachusetts 02108
    Telephone: (617) 854-4297

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on October 17, 2005.

_____
Lori A. Schechter

1  JOAN M. GRIFFIN
   PERKINS SMITH & COHEN LLP
2  One Beacon Street
   Boston, Massachusetts 02108
3  Telephone: (617) 854-4297

4  MELVIN R. GOLDMAN (CA SBN 34097)
   LORI A. SCHECHTER (CA SBN 139728)
5  TIFFANY CHEUNG (CA SBN 211497)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, California 94105-2482
7  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
8
   Attorneys for Defendant
9  MCKESSON CORPORATION

10              THE UNITED STATE DISTRICT COURT

11                 DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 12  NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG<br>13  RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND<br>14  OF PHILADELPHIA AND VICINITY; AND PHILADELPHIA FEDERATION OF<br>15  TEACHERS HEALTH AND WELFARE FUND,<br>16<br>          Plaintiffs,<br>17<br>      v.<br>18<br>   FIRST DATABANK, INC., a Missouri<br>19  Corporation and MCKESSON CORPORATION, a Delaware Corporation<br>20<br>          Defendants. | Case No. 1:05-CV-11148-PBS<br><br>**CERTIFICATE IN SUPPORT OF UNOPPOSED APPLICATION FOR ADMISSION OF TIFFANY CHEUNG TO APPEAR AS COUNSEL *PRO HAC VICE*** |

21
22
23
24
25
26
27
28

CERTIFICATE ISO UNOPPOSED APPLICATION FOR ADMISSION OF TIFFANY CHEUNG TO APPEAR *PRO HAC VICE*
Case No. 1:05-CV-11148-PBS
sf-2019864

1  Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Tiffany
2  Cheung, an active member in good standing of the bar of California, hereby applies for admission to
3  practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson
4  Corporation in the above-entitled action.

5  In support of this application, I certify under oath that:

6  1.  I am a resident of California, and my office address is:

   Morrison & Foerster LLP
   425 Market Street
   San Francisco, California 94105

9  2.  I am an attorney admitted to practice before the State Courts of California, the United
10 States District Court for the Central, Eastern, Northern, and Southern Districts of California, the
11 United States Court of Appeals for the Ninth Circuit, and the United States Court of Federal Claims;

12 3.  I am a member in good standing in every jurisdiction where I have been admitted to
13 practice;

14 4.  There are no disciplinary proceedings pending against me as a member of the bar in any
15 jurisdiction;

16 5.  I am familiar with the Local Rules of the United States District Court for the District of
17 Massachusetts;

18 6.  Joan M. Griffin, Perkins Smith & Cohen LLP, a member of the bar of this Court in good
19 standing who maintains an office within the State of Massachusetts, has been designated as co-
20 counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin is:

   Joan M. Griffin, Esq.
   PERKINS SMITH & COHEN LLP
   One Beacon Street
   Boston, Massachusetts 02108
   Telephone: (617) 854-4297

24 I declare under penalty of perjury that the foregoing is true and correct. Executed in San
25 Francisco, California on October 18, 2005.

   _____
   Tiffany Cheung

1

CERTIFICATE ISO UNOPPOSED APPLICATION FOR ADMISSION OF TIFFANY CHEUNG TO APPEAR *PRO HAC VICE*
Case No. 1:05-CV-11148-PBS
sf-2019864