UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                      Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>                      Defendants. | Case No. 1:05-CV-11148-PBS |

**NOTICE OF APPEARANCE OF MICHAEL P. TWOHIG AS COUNSEL FOR DEFENDANT MCKESSON CORPORATION**

Pursuant to L.R. 83.5.2, the following attorney and firm hereby enter their appearance in the above-captioned action on behalf of defendant McKesson Corporation:

        Michael P. Twohig, BBO # 648079
        Perkins Smith & Cohen LLP
        One Beacon Street, 30th Floor
        Boston, MA 02108
        tel. 617-854-4000
        fax 617-854-4040

|  |  |
|---|---|
|  | Respectfully submitted,<br>McKesson Corporation<br>By its attorneys: |
| Dated: October 19, 2005 | /s/ Michael P. Twohig<br>Joan M. Griffin, BBO # 549522<br>Michael P. Twohig, BBO # 648079<br>Perkins Smith & Cohen LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>tel. 617-854-4000<br>fax 617-854-4040 |

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice* applications pending)


**CERTIFICATE OF SERVICE**

    I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 19th day of October, 2005.

                                           /s/ Michael P. Twohig
                                             Michael P. Twohig