UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | Case No. 1:05-CV-11148-PBS |

**DEFENDANT MCKESSON CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A), Defendant McKesson Corporation states that it has no parent corporations and that there is no publicly held company that owns ten percent or more of its stock.

Respectfully submitted,
McKesson Corporation
By its attorneys:

Dated: October 19, 2005

/s/ Joan M. Griffin
Joan M. Griffin, BBO # 549522
Michael P. Twohig, BBO # 648079
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108
tel. 617-854-4000
fax 617-854-4040

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice* applications pending)

**CERTIFICATE OF SERVICE**

I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 19th day of October, 2005.

/s/ Michael P. Twohig