UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:05-CV-11148-PBS |

**DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS COMPLAINT**

**DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b), Defendant McKesson Corporation respectfully moves this Court for dismissal of all claims against it in the Complaint. The grounds for this motion are stated in the Memorandum in Support of Defendant McKesson Corporation's Motion to Dismiss Complaint.

**REQUEST FOR ORAL ARGUMENT**

Defendant McKesson Corporation believes that oral argument will assist the Court in deciding this motion, and respectfully requests that the Court hear oral argument on this motion.

WHEREFORE, for the reasons set forth in the memorandum described above, Defendant McKesson Corporation respectfully requests that the Court grant its motion to dismiss the claims against it in the Complaint and enter an Order:

a. dismissing all claims against McKesson Corporation in the Complaint with prejudice; and

b. providing such other and further relief as the Court deems just and proper.

Respectfully submitted,
McKesson Corporation
By its attorneys:

Dated: October 19, 2005

/s/ Joan M. Griffin
Joan M. Griffin, BBO # 549522
Michael P. Twohig, BBO # 648079
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108
tel. 617-854-4000
fax 617-854-4040

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice* applications pending)

1

## CERTIFICATE OF SERVICE

  I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 19th day of October, 2005.

                      /s/ Michael P. Twohig

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

  I, Michael P. Twohig, counsel of record for defendant McKesson Corporation, hereby certify that of counsel attorney Tiffany Cheung conferred with counsel for plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                      /s/ Michael P. Twohig