FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 OCT 31 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No. 05-cv -11148 <br><br> Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GEORGE E. BARRETT

Pursuant to Paragraph 16 of Case Management Order No. 1 and Local Rule 83.5.3, Edward Notargiacomo, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of plaintiffs in this action, hereby moves that George E. Barrett of Barrett, Johnston & Parsley, 217 Second Avenue North, Nashville, Tennessee 37201, be admitted to appear and practice in this Court in this particular case as counsel to plaintiffs.

As set forth in the accompanying Declaration, George E. Barrett is a member in good standing of the bars of the United States District Court for the Middle District of Tennessee and the State of Tennessee, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules for the United States District

Court for the District of Massachusetts. The appropriate filing fee is being submitted to the Clerk of the Court.

Dated: October 31, 2005

_____
Edward Notargiacomo
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700

***Attorneys for Plaintiffs***

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on the following via U.S. Mail, located at One Main Street, Boston Massachusetts, 02142, before the hour of 5:00 p.m. on this 31st day of October, 2005, addressed as follows:

***Counsel for McKesson***

Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

***Counsel for Plaintiffs***

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

_____
Edward Notargiacomo