**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 OCT 31  P 1: 2:

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 05-cv -11148 <br><br> Judge Patti B. Saris |

**CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT**
**EDMUND L. CAREY *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District court for the District of Massachusetts, I, Edmund L. Carey, hereby depose and state as follows:

1.      I am a partner with the law firm of Barrett, Johnston & Parsley and maintain my law office at 217 Second Avenue North, Nashville, Tennessee 37201.  My telephone number is (615) 244-2202.

2.      I am currently a member in good standing of the bar of the United States District Court for the Middle District of Tennessee.  A certified copy of a Certificate of Good Standing for the Middle District of Tennessee is attached hereto as Exhibit A.

3.      I am a member in good standing in every jurisdiction where I have been admitted practice.

4.      No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District court for the District of Massachusetts.

Wherefore, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

Dated: October // , 2005

Edmund L. Carey
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
(615) 244-2202 – Telephone
(615) 252-3798 – Facsimile
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on the following via U.S. Mail, located at One Main Street, Boston Massachusetts, 02142, before the hour of 5:00 p.m. on this 3/ day of October, 2005, addressed as follows:

### *Counsel for McKesson*

Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

### *Counsel for Plaintiffs*

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
I818 Market Street, Suite 2500
Philadelphia, PA 19103

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Edward Notargiacomo

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **EDMUND L. CAREY** was duly admitted to practice in said Court on **OCTOBER 27TH, 1988** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on September 20th, 2005



KEITH THROCKMORTON,  CLERK

By _____
       Deputy Clerk