UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 OCT 31  P 1:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No. 05-cv-11148 <br><br> Judge Patti B. Saris |

**CERTIFICATE OF GOOD STANDING IN SUPPORT OF MOTION TO ADMIT
JENNIFER FOUNTAIN CONNOLLY *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jennifer Fountain Connolly, hereby depose and state as follows:

1. I am an associate with The Wexler Firm LLP and maintain my law office at One N. LaSalle Street, Suite 2000, Chicago, Illinois 60602. My telephone number is (312) 346-2222.

2. I am an active member in good standing with the bar of the State of Illinois and the State of Colorado and am admitted to practice before the Supreme Court of the State of Illinois, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of Illinois, the Supreme Court of the State of Colorado, the United States District Court for the District of Colorado, and the United States Court of

Appeals for the Tenth Circuit. I have not been the subject of disciplinary action by the bar or courts of any jurisdiction in which I have been licensed. A certified copy of a Certificate of Good Standing for the State of Illinois is attached hereto as Exhibit A.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Wherefore, the undersigned counsel respectfully moves for admission to practice before this Court *pro hac vice*.

Dated: October 27, 2005

Jennifer Fountain Connolly
The Wexler Firm LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on the following via U.S. Mail, located at One Main Street, Boston Massachusetts, 02142, before the hour of 5:00 p.m. on this 21st day of October, 2005, addressed as follows:

*Counsel for McKesson*

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joan M. Griffin
Michael P. Twohig
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

*Counsel for Plaintiffs*

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

/s/ Thomas M. Sobol
~~Edward Notargiacomo~~
Thomas M. Sobol

3

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jennifer Fountain Connolly

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 2002 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, October 26, 2005.

*Juleann Hornyak*

Clerk