UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New England Carpenters Health<br>Benefits Fund, et al<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>First Databank, Inc., et al<br>　　　　　　Defendants. | CIVIL ACTION<br>NO.  05-11148-PBS |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                          November 15, 2005

　　　　TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motio to Dismiss on **November 30, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　　　　　 _/s/ Robert C. Alba_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel