```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, et al., <br>          Plaintiffs, <br>     v. <br> FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORP., a Delaware corporation, <br>          Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 11148-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

December 1, 2005

Saris, U.S.D.J.

Defendant McKesson Corporation's motion to dismiss is **DENIED** on the ground that the complaint makes sufficient allegations regarding common fraudulent purpose and knowledge to state a claim under RICO, see 18 U.S.C. §1962(c) (Count One). After re-reading In re Pharm. Indus. Average Wholesale Price Litig., 307 F. Supp.2d 196 (D. Mass. 2004), I am persuaded that the allegations supporting the existence of an enterprise between McKesson and First Databank, Inc. are substantially more detailed than, and different from, the allegations which I had previously held were insufficient. I defer ruling on the controlling state law until the class certification stage.

                                        **S/PATTI B. SARIS**
                                        United States District Judge