UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
NEW ENGLAND CARPENTERS HEALTH       )
BENEFITS FUND, et al.,              )
            Plaintiffs,             )
      v.                            )  CIVIL ACTION NO. 05-11148-PBS
                                    )
FIRST DATABANK, INC., a Missouri    )
corporation, and MCKESSON CORP.,    )
a Delaware corporation,             )
            Defendants.             )
                                    )
```

**<u>WAIVER</u>**

December 1, 2005

Saris, U.S.D.J.

    On behalf of my family members and myself, I waive all financial interest in the proposed class action.


                                                          **<u>S/PATTI B. SARIS</u>**
                                                          United States District Judge