UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE*

*2005 DEC -7 A 9:31*

*U.S. DISTRICT COURT
DISTRICT OF MASS.*

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No. 05-cv -11148 <br><br> Judge Patti B. Saris |

*68710
100 —
per
12-7-05*

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN A. MACORETTA

Pursuant to Paragraph 16 of Case Management Order No. 1 and Local Rule 83.5.3, Thomas M. Sobol, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of plaintiffs in this action, hereby moves that John A. Macoretta of Spector, Roseman & Kodroff, P.C., be admitted to appear and practice in this Court in this particular case as counsel to plaintiffs.

As set forth in the accompanying Declaration, John A. Macoretta is a member in good standing of the bars for the Commonwealth of State of Pennsylvania, there are no disciplinary proceedings pending against him, and he is familiar with the Local Rules for the United States District Court for the District of Massachusetts. The appropriate filing fee is being submitted to the Clerk of the Court.

Dated: December 7, 2005

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was served on the following via U.S. Mail, located at One Main Street, Boston Massachusetts, 02142, before the hour of 5:00 p.m. on this _7_ day of December, 2005, addressed as follows:

### Counsel for McKesson

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

Joan M. Griffin
Michael P. Twohig
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

### Counsel for Plaintiffs

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Thomas M. Sobol

3

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA **}**

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That John A. Macoretta , Bar # 60094, was duly admitted to practice in said Court on June 26, 1991, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania

                                     MICHAEL E. KUNZ
                                            Clerk of Court

on November 28, 2005.                           BY _____
                                 Aida Ayala,     Deputy Clerk