IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 1:05-CV-11148-PBS |

**DEFENDANT MCKESSON CORPORATION'S
ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' COMPLAINT**

Defendant McKesson Corporation ("McKesson") hereby moves the Court for an extension of fourteen (14) days, until December 29, 2005, to respond to Plaintiffs' Class Action Complaint ("Complaint"). In light of the Court's December 1, 2005 Order ("Order") denying McKesson's motion to dismiss, McKesson's response to the Complaint is currently due on December 15, 2005. This motion represents McKesson's first request for an extension of time subsequent to the issuance of the Court's Order. Additionally, McKesson represents that Plaintiffs have assented to this requested extension of time.

Dated: December 14, 2005

                         Respectfully submitted,
                         McKesson Corporation
                         By its attorneys:

                         /s/ Lori A. Schechter

| | |
|---|---|
| Joan M. Griffin, BBO # 549522 | Melvin R. Goldman (*pro hac vice*) |
| Michael P. Twohig, BBO # 648079 | Lori A. Schechter (*pro hac vice*) |
| Perkins Smith & Cohen LLP | Tiffany Cheung (*pro hac vice*) |
| One Beacon Street, 30th Floor | Morrison & Foerster LLP |
| Boston, MA 02108 | 425 Market Street |
| tel. 617-854-4000 | San Francisco, CA 94105-2482 |
| fax 617-854-4040 | tel. 415-268-7000 |
| | fax 415-268-7522 |

## RULE 7.1 CERTIFICATION

Counsel certifies that the parties have conferred and that Plaintiffs have assented to this motion.

                         /s/ Tiffany Cheung
                         Tiffany Cheung

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 14, 2005.

                         /s/ Lori A. Schechter
                         Lori A. Schechter