UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

New England Carpenters Health Benefits Fund, et al
        Plaintiffs,                    CIVIL ACTION
                                                NO.   05-11148-PBS
       v.

First DataBank, Inc. and
McKesson Corp.
        Defendants.

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                         January 20, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **February 9, 2006**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                            By the Court,

                                                                             /s/ Robert C. Alba
                                                                            Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New England Carpenters Health Benefits Fund, et al<br>   Plaintiffs,<br><br>  v.<br><br>First DataBank, Inc. and<br>McKesson Corp.<br>   Defendants. | CIVIL ACTION<br>NO.  05-11148-PBS |

### NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                      January 20, 2006

  TAKE NOTICE that the above-entitled case has been set for a Status Conference on **February 9, 2006**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                     By the Court,

                     _/s/ Robert C. Alba_
                     Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

New England Carpenters Health Benefits Fund, et al
        Plaintiffs,                      CIVIL ACTION
                                                  NO.  05-11148-PBS

    v.

First DataBank, Inc. and
McKesson Corp.
        Defendants.

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                           January 20, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Conference on **February 9, 2006**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                 By the Court,

                                                                                 _/s/ Robert C. Alba_
                                                                                 Deputy Clerk

Copies to:  All Counsel