UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants | Case No. 1:05-CV-11148-PBS |

## STIPULATION TO EXTEND TIME

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") and Defendant First DataBank, Inc. ("First DataBank") hereby stipulate and agree that First DataBank shall have until February 15, 2006 to answer or otherwise respond to Plaintiffs' Class Action Complaint

Dated: February 6, 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | FIRST DATABANK, INC., |
| By their counsel: | By its counsel: |
| /s/ Thomas M. Sobol | /s/ Eve Burton |
| Thomas M. Sobol (BBO#471770) Hagens Berman Sobol Shapiro LLP One Main Street, 4th Floor Cambridge, MA 02142 Telephone: (617) 482-3700 Facsimile: (617) 482-3003 | Eve Burton Office of General Counsel The Hearst Corporation 1345 Avenue of the Americas New York, NY 10019 Telephone: (212) 649-2045 Facsimile: (212) 649-2041 |
| Steve W. Berman Hagens Berman Sobol Shapiro LLP 1301 Fifth Avenue, Suite 2900 Seattle, WA 98101 Telephone: (206) 623-7292 Facsimile: (206) 623-0594 | |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 6, 2006.

/s/ Thomas M. Sobol
Thomas M. Sobol