UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

New England Carpenters
Health Benefits Fund, et al
Plaintiff,
        V.                                Civil Action Number
                                                  05-11148-PBS

First DataBank, Inc., et al
Defendant.                                    February 13, 2006

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/31/07

Plaintiff's expert designation deadline: 11/15/06

Defendant's expert designation deadline: 12/15/06

Expert discovery deadline: 3/9/07

Summary Judgment Motion filing deadline: 4/9/07,   Oppositions by: 5/9/07

Hearing on Summary Judgment or Pretrial Conference: 6/27/07 at 2:00 p.m.

Class Certification Motion filing deadline: 6/1/06,   Oppositions by: 7/1/06
Replies by: 7/15/06,   Sur-Replies by: 7/30/06

Hearing on Class Certification 9/19/06 at 2:00 p.m.

Case to be referred to Mediation program: late October, 2006

                                                         By the Court,

                                                         /s/ Robert C. Alba
                                                         Deputy Clerk