UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                       )
NEW ENGLAND CARPENTERS HEALTH          )
BENEFITS FUND, PIRELLI ARMSTRONG       )
RETIREE MEDICAL BENEFITS TRUST,        )
TEAMSTERS HEALTH & WELFARE FUND        )
OF PHILADELPHIA AND VICINITY, and      )
PHILADELPHIA FEDERATION OF             )
TEACHERS HEALTH AND WELFARE FUND,      )
                                       )   Case No. 1:05-CV-11148-PBS
              Plaintiffs,              )
                                       )
v.                                     )
                                       )
FIRST DATABANK, INC., a Missouri       )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation,                )
                                       )
              Defendants               )
_____)
```

## STIPULATION TO EXTEND TIME

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") and Defendant First Databank, Inc. ("First DataBank") hereby stipulate and agree that First DataBank shall have until March 6, 2006 to answer or otherwise respond to Plaintiffs' Class Action Complaint.  First DataBank and Plaintiffs further stipulate and agree that this extension of time to answer or otherwise respond to Plaintiffs' Class Action Complaint will not alter the case schedule currently in place in this matter.

Dated: February 15, 2006

Respectfully submitted,

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST,
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY, and
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND,

FIRST DATABANK, INC.,

By their counsel:

/s/ Thomas M. Sobol_____
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

By its counsel:

/s/ Eve Burton_____
Eve Burton
Office of General Counsel
The Hearst Corporation
959 Eighth Avenue
New York, NY 10019-3737
Telephone: (212) 649-2045
Facsimile: (212) 649-2041

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 15, 2006.

   /s/ Thomas M. Sobol_____

Thomas M. Sobol