UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
NEW ENGLAND CARPENTERS HEALTH       )
BENEFITS FUND, PIRELLI ARMSTRONG    )
RETIREE MEDICAL BENEFITS TRUST,     )
TEAMSTERS HEALTH & WELFARE FUND     )
OF PHILADELPHIA AND VICINITY, and   )
PHILADELPHIA FEDERATION OF          )
TEACHERS HEALTH AND WELFARE FUND,   )
                                    )   Case No. 1:05-CV-11148-PBS
            Plaintiffs,             )
                                    )
v.                                  )
                                    )
FIRST DATABANK, INC., a Missouri    )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation,             )
                                    )
            Defendants              )
_____)

## STIPULATION TO EXTEND TIME

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") and Defendant First Databank, Inc. ("First DataBank") hereby stipulate and agree that First DataBank shall have until March 21, 2006 to answer or otherwise respond to Plaintiffs' Class Action Complaint. First DataBank and Plaintiffs further stipulate and agree that this extension of time to answer or otherwise respond to Plaintiffs' Class Action Complaint will not alter the case schedule currently in place in this matter.

Dated: March 8, 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | FIRST DATABANK, INC., |
| By their counsel: | By its counsel: |
| ___/s/ Thomas M. Sobol_____<br>Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Eve Burton_____<br>Eve Burton<br>Office of General Counsel<br>The Hearst Corporation<br>959 Eighth Avenue<br>New York, NY 10019-3737<br>Telephone: (212) 649-2045<br>Facsimile: (212) 649-2041 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 8, 2006.

    ___/s/ Thomas M. Sobol_____
    Thomas M. Sobol