**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:05-CV-11148-PBS |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY PAUL FLUM ON BEHALF OF DEFENDANT MCKESSON CORPORATION**

I, the undersigned attorney Joan M. Griffin, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to L.R. 83.5.3, move that the Court allow attorney Paul Flum to appear *pro hac vice* in the above-captioned matter. The Certificates required by L.R. 83.5.3 of the above-named individual are submitted herewith in support of this motion.

| | |
|---|---|
| | Respectfully submitted,<br>McKESSON CORPORATION<br>By its attorneys: |
| Dated: May 2, 2006 | /s/ Joan M. Griffin<br>Joan M. Griffin, BBO # 549522<br>Michael P. Twohig, BBO # 648079<br>Burns & Levinson LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>tel. 617-854-4000<br>fax 617-854-4040 |
| Of counsel:<br><br>Melvin R. Goldman<br>Lori A. Schechter<br>Tiffany Cheung<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>tel. 415-268-7000<br>fax 415-268-7522 | |

## LOCAL RULE 7.1 CERTIFICATION

I, Joan M. Griffin, counsel of record for defendant McKesson Corp., hereby certify that of counsel attorney Tiffany Cheung conferred with counsel for plaintiffs regarding the filing of this motion and that plaintiffs do not oppose the filing of this motion.

/s/ Joan M. Griffin
Joan M. Griffin

## CERTIFICATE OF SERVICE

I, Joan M. Griffin, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 2nd day of May, 2006.

/s/ Joan M. Griffin
Joan M. Griffin