UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Defendants. | Case No. 1:05-CV-11148-PBS |

### CERTIFICATE IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY PAUL FLUM ON BEHALF OF DEFENDANT MCKESSON CORPORATION

Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Paul Flum, an active member in good standing of the bar of California, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a resident of California, and my office address is:

    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105

2. I am an attorney admitted to practice before the State Courts of California, the United States District Court for the Northern and Eastern Districts of California, the United

sf-2111027

States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Tax Court;

3.   I am a member in good standing in every jurisdiction where I have been admitted to practice;

4.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6.   Joan M. Griffin, Burns & Levinson LLP, a member of the bar of this Court in good standing who maintains an office within the State of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin is:

> Joan M. Griffin, Esq.
> BURNS & LEVINSON LLP
> One Beacon Street
> Boston, Massachusetts 02108
> Telephone: (617) 854-4297

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California, on May 2, 2006.

Paul Flum

sf-2111027