UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 1:05-CV-11148-PBS |

**NOTICE OF APPEARANCE OF MICHAEL K. SUGRUE AS COUNSEL FOR DEFENDANT MCKESSON CORPORATION**

  Pursuant to L.R. 83.5.2, the following attorney hereby enters his appearance in the above-captioned action on behalf of Defendant McKesson Corporation:

    Michael K. Sugrue, BBO # 655878
    Burns & Levinson LLP
    One Beacon Street, 30th Floor
    Boston, MA 02108
    tel. 617-854-4000
    fax 617-854-4040

|  |  |
|---|---|
|  | Respectfully submitted,<br>McKesson Corporation<br>By its attorneys: |
| Dated: May 5, 2006 | /s/ Michael K. Sugrue<br>Joan M. Griffin, BBO # 549522<br>Michael P. Twohig, BBO # 648079<br>Michael K. Sugrue, BBO # 655878<br>Burns & Levinson LLP<br>One Beacon Street, 30th Floor<br>Boston, MA 02108<br>tel. 617-854-4000 |
| Of counsel: | fax 617-854-4040 |

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

**CERTIFICATE OF SERVICE**

I, Michael K. Sugrue, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and to lead opposing counsel via First Class U.S. Mail this 5th day of May, 2006.

/s/ Michael K.Sugrue
Michael K. Sugrue