UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>            Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No. 1:05-CV-11148-PBS |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Counsel for plaintiffs and for defendant McKesson Corporation (collectively "the parties")[1] in the above-captioned action hereby submit this joint motion to amend the Scheduling Order with respect to the briefing and hearing on class certification.

The Scheduling Order, dated February 13, 2006, set the following schedule:

    Plaintiffs' Motion for Class Certification due June 1, 2006;

    McKesson's Opposition due July 1, 2006;

    Plaintiffs' Reply due July 15, 2006;

    McKesson's Sur-Reply due July 30, 2006;

    Hearing on Class Motion on September 19, 2006 at 2:00 p.m.

---

[1] Plaintiffs and defendant First DataBank, Inc. have agreed to a stipulation extending First DataBank's time to respond to the Class Action Complaint until May 16, 2006.

1

Since the Scheduling Conference in February, the parties have been engaged in document discovery and have addressed protective order issues in both this action and in the AWP MDL action. Although each of the parties believes it has been proceeding diligently, the parties agree that more time is needed to complete the discovery necessary for briefing on class certification issues. No other requests for modification of the schedule have been made by either party. Accordingly, the parties propose an additional 45 days for each side as follows:

      Plaintiffs' Motion for Class Certification due July 17, 2006;

      McKesson's Opposition due September 29, 2006;

      Plaintiffs' Reply due October 13, 2006;

      McKesson's Sur-Reply due October 27, 2006;

      Hearing on Class Motion on _____ at _____.

If the Court desires, the parties are prepared to submit additional information regarding the need for this relatively brief extension to the class schedule.

Dated: May 18, 2006

Respectfully submitted,

On behalf of DEFENDANT MCKESSON CORPORATION

By:

/s/ Melvin R. Goldman
Melvin R. Goldman

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOAN M. GRIFFIN
MICHAEL P. TWOHIG
PERKINS, SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108
Telephone: 617.854.4000
Facsimile: 617.854.4040

*Attorneys for Defendant*
*MCKESSON CORPORATION*


On behalf of PLAINTIFFS


 /s/ Steven W. Berman____
 Steve W. Berman

STEVEN W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Steve@hbsslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 18, 2006.

                                              /s/ Melvin R. Goldman
                                              Melvin R. Goldman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                     Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>                     Defendants. | Case No. 1:05-CV-11148-PBS |

**[PROPOSED] SCHEDULING ORDER**

May ___ 2006

Saris, U.S.D.J.

The Scheduling Order dated February 13, 2006 is amended as follows:

1. With respect to Plaintiffs' Motion for Class Certification, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motion for Class Certification | July 17, 2006 |
| Opposition to Motion | September 29, 2006 |
| Reply | October 13, 2006 |
| Sur-Reply | October 27, 2006 |
| Hearing | November ___, 2006 |

SO ORDERED.

_____
Patti B. Saris
United States District Judge

1