

S<span></span>TEVE W. B<span></span>ERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

May 26, 2006

Timothy S. Hillman
Magistrate Judge
United States District Court
Donahue Federal Building and U.S. Courthouse
595 Main Street
Worcester, MA  01608

    Re:   *New England Carpenters Health Benefit Fund, et al. v. First Databank, et al.*
           No. 1:05-cv-11148-PBS

Dear Magistrate Judge Hillman:

    This is in response to the Notice and order Regarding Mediation set for June 1, 2006.  This is a proposed class action involving the purchase of hundreds of drugs by consumers and third-party payors throughout the nation.  Discovery has just started and no class motion has been filed.

    As a result the parties jointly believe that mediation at this time is premature and request that the mediation set for June 1 be reset for October, 2006.

                          Sincerely yours,

MORRISON & FOERSTER LLP        HAGENS BERMAN SOBOL SHAPIRO LLP


   /s/ Lori A. Schechter                   /s/ Steve W. Berman
Lori A. Schechter                           Steve W. Berman
*Attorneys for Defendants*              *Attorneys for Plaintiffs*

ATTORNEYS AT LAW        SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292   F 206.623.0594
1301 FIFTH AVENUE · SUITE 2900 · SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001821-13  111509 V1