UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>           Plaintiffs, <br><br>v. <br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br>           Defendants | Case No. 1:05-CV-11148-PBS |

**JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE**

Plaintiffs and Defendant McKesson Corporation ("McKesson") jointly move the Court to reschedule the mediation conference set for June 1, 2006. In support of this motion, these parties state as follows:

On May 3, 2006, the Court issued a Notice and Order Regarding Mediation setting the mediation conference for June 1, 2006 at 10:00 a.m. Plaintiffs and McKesson jointly believe that mediation at this time is premature. This is a proposed class action involving the purchase of hundreds of drugs by consumers and third-party payors throughout the nation. Discovery has just started and no class certification motion has been filed.

      For the foregoing reasons, Plaintiffs and McKesson respectfully request the Court for an order rescheduling the mediation set for June 1 to October, 2006 or a date convenient for the Court.

Dated:  May 31, 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND | MCKESSON CORPORATION |
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 | |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 31, 2006.

                                                      /s/ Steve W. Berman_____
                                                      Steve W. Berman

Case 1:05-cv-11148-PBS     Document 58     Filed 05/31/2006     Page 3 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>                Defendants | Case No. 1:05-CV-11148-PBS |

# [PROPOSED] ORDER GRANTING JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE

THIS MATTER is before the Court on the joint motion of Plaintiffs and Defendant McKesson Corporation to reschedule mediation conference. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS the motion to reschedule the mediation conference from June 1, 2006 to _____, 2006.

IT IS SO ORDERED.


DATED: _____     _____
                                                                  Hon. Patti B. Saris
                                                                  United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 31, 2006.

      /s/ Steve W. Berman_____
      Steve W. Berman