UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 1:05-CV-11148-PBS |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

To the Clerk of this Court and all parties of record:

    Pursuant to L.R. 83.5.2, the undersigned attorneys for defendant McKesson Corporation hereby give notice that their office address and telephone number have changed to the address and number referenced below. These changes are effective immediately.

                                    Respectfully submitted,
                                    McKesson Corporation
                                    By its attorneys:

Dated: July 5, 2006                /s/ Michael P. Twohig
                                    Joan M. Griffin, BBO # 549522
                                    Michael P. Twohig, BBO # 648079
                                    BURNS & LEVINSON LLP
                                    125 Summer Street
                                    Boston, MA  02110
                                    Phone:  617-345-3000

## **CERTIFICATE OF SERVICE**

    I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system and First Class U.S. Mail this 5th day of July, 2006.

                                                               /s/ Michael P. Twohig_____
                                                              Michael P. Twohig

01028351.DOC