UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:05-CV-11148-PBS |

**NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER**

To the Clerk of this Court and all parties of record:

Pursuant to L.R. 83.5.2, the undersigned attorney for defendant McKesson Corporation hereby gives notice that his office address and telephone number have changed to the address and number referenced below. These changes are effective immediately.

|  |  |
|---|---|
|  | Respectfully submitted,<br>McKesson Corporation<br>By its attorney: |
| Dated: July 12, 2006 | /s/ Michael K. Sugrue<br>Michael K. Sugrue, BBO # 655878<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Phone: 617-345-3000 |

## CERTIFICATE OF SERVICE

      I, Michael K. Sugrue, hereby certify that a true and accurate copy of the foregoing Notice of Change of Address and Telephone Number was served on the attorney of record for each other party via the Court's electronic filing system and first-class mail, postage prepaid, this 12th day of July, 2006.

                                         /s/ Michael K. Sugrue
                                         Michael K. Sugrue

J:\Docs\82165\00004\01031489.DOC