UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>    Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br>    Defendants | Case No. 1:05-CV-11148-PBS |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials: (1) Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification; (2) Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification and Motion for Leave to File First Amended Complaint; (3) Plaintiffs' Memorandum in Support of Motion for Leave to File First Amended Complaint; and (4) First Amended Complaint.

The foregoing items include or reference copies of documents and/or excerpts from documents that certain defendants have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the April 11, 2005 Protective Order. Also, the foregoing items reference information contained in documents designated by certain defendants

001821-13 119427 V1

as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  In addition, the foregoing items not only quote extensively from and/or attach documents that certain defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," but also they include references to pricing data that defendants likely believe to be highly proprietary in nature.

Paragraph 14 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Plaintiffs hereby seek to comply with the terms of the Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the foregoing listed materials under seal.


DATED:  July 17, 2006                              By /s/ Steve W. Berman
                                                                    Steve W. Berman
                                                                    Sean R. Matt
                                                                    Barbara A. Mahoney
                                                                Hagens Berman Sobol Shapiro LLP
                                                                1301 Fifth Avenue, Suite 2900
                                                                Seattle, WA  98101
                                                                Telephone: (206) 623-7292
                                                                Facsimile: (206) 623-0594

                                                                Thomas M. Sobol (BBO#471770)
                                                                Hagens Berman Sobol Shapiro LLP
                                                                One Main Street, 4th Floor
                                                                Cambridge, MA  02142
                                                                Telephone: (617) 482-3700
                                                                Facsimile: (617) 482-3003


                                                                Elizabeth Fegan
                                                                Hagens Berman Sobol Shapiro LLP
                                                                60 W. Randolph Street, Suite 200
                                                                Chicago, IL  60601
                                                                Telephone: (312) 762-9235
                                                                Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

4

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 17, 2006.

      /s/ Steve W. Berman_____
      Steve W. Berman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>    Defendants | Case No. 1:05-CV-11148-PBS |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification;

2. Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification and Motion for Leave to File First Amended Complaint;

3. Plaintiffs' Memorandum in Support of Motion for Leave to File First Amended Complaint; and

4. First Amended Complaint.

IT IS SO ORDERED.

DATED: _____   _____
  Hon. Patti B. Saris
  United States District Court Judge

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 17, 2006.

                                              /s/ Steve W. Berman_____
                                              Steve W. Berman