UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
NEW ENGLAND CARPENTERS HEALTH           )
BENEFITS FUND, PIRELLI ARMSTRONG          )
RETIREE MEDICAL BENEFITS TRUST,            )
TEAMSTERS HEALTH & WELFARE FUND        )
OF PHILADELPHIA AND VICINITY, and          )
PHILADELPHIA FEDERATION OF                   )
TEACHERS HEALTH AND WELFARE FUND,   )
                                                        )     Case No. 1:05-CV-11148-PBS
                              Plaintiffs,               )
                                                        )
v.                                                      )
                                                        )
FIRST DATABANK, INC., a Missouri               )
Corporation; and McKESSON CORPORATION,  )
a Delaware Corporation,                             )
                                                        )
                              Defendants               )
_____)

<u>**NOTICE OF FILING UNDER SEAL**</u>

To:     All Counsel of Record

Please take notice that on July 17, 2006, we, as attorneys for plaintiffs, caused to be

filed under seal with the Clerk of the United States District Court for the District of

Massachusetts the following items:

1.     Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification;

2.     Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class
        Certification and Motion for Leave to File First Amended Complaint;

3.     Plaintiffs' Memorandum in Support of Motion for Leave to File First Amended
        Complaint; and

4.     First Amended Complaint.

DATED:  July 17, 2006

By  /s/ **Steve W. Berman**
    Steve W. Berman
    Sean R. Matt
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 17, 2006.

/s/ Steve W. Berman_____
Steve W. Berman