UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>                                  Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>                                  Defendants. | C.A. No. 1:05-CV-11148-PBS |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1.      Pursuant to Fed. R. Civ. P. 23(a) and (b)2 and (b)(3), Plaintiffs hereby move for certification of the following Class:

> All third-party payors whose pharmaceutical payments and/or purchases for the Subject Drugs were based on AWP during the Class Period. The Subject Drugs are the brand named drugs identified in Exhibit A.[1]

2.      The proposed Class Period is August 1, 2001 to March 15, 2002.

3.      Excluded from the Class are the defendants herein; any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of the defendants' immediate families; any person, firm, trust, corporation, officer, director or any individual or entity in which any defendant has a controlling interest or which is related to, or

---

[1] Plaintiffs reserve the right to modify the Class Definition based on class related discovery and/or merits discovery.

- 1 -

affiliated with, any of the defendants; and the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party and governmental entities with respect to claims seeking governmental damages.

4. Plaintiffs seek certification of their claims under RICO for Count I (Violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964 ["RICO"]), and under Counts II-VI based upon California law.

5. In the alternative, should the Court rule that California law does not apply, Plaintiffs move for certification under the laws of the various states as set forth in alternate Counts VII-VIII.

DATED: July 17, 2006        By /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

- 3 -

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 17, 2006.

                                                /s/ Steve W. Berman
                                                Steve W. Berman

001821-13 118691 V1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                        Plaintiffs,<br><br>      v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                        Defendants. | C.A. No. 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION**

      Plaintiffs have moved, pursuant to Fed. R. Civ. P. 23, 23(a) and 23(b)(2) and (3), for an order certifying a class in this action.  Having considered the submissions of the parties and the record in this case, IT IS HEREBY ORDERED as follows:

      1.      Plaintiffs' motion for class certification is GRANTED as to all claims asserted in the First Amended Complaint ("FAC").

- 1 -

2. The Court certifies the following Class:

> All third-party payors whose pharmaceutical payments and/or purchases of the Subject Drugs were based on AWP during the Class Period. The Subject Drugs are the brand name drugs identified in Exhibit A.[1]

3. The Class Period is August 1, 2001 to March 15, 2002.

4. Excluded from the Class are the defendants herein; any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of the defendants' immediate families; any person, firm, trust, corporation, officer, director or any individual or entity in which any defendant has a controlling interest or which is related to, or affiliated with, any of the defendants; and the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party and governmental entities with respect to claims asserted for governmental damages.

5. Certification is granted as to RICO claims under Count I of the FAC (Violation of the Racketeering Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964 ["RICO"]), and under Counts II-VI based upon the law of the State of California.

6. The Court also certifies the Plaintiffs as Class Representatives. Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following as co-lead counsel: Steve Berman and Thomas Sobol of Hagens Berman Sobol Shapiro LLP, Jeffrey Kodroff of Spector Roseman & Kodroff P.C., Marc Edelson of Hoffman & Edelson, and Kenneth Wexler of Wexler Toriseva Wallace LLP.

---

[1] Plaintiffs reserve the right to modify the Class Definition based on class related discovery and/or merits discovery.

- 3 -

7. Co-lead counsel for Plaintiffs shall prepare and submit within 30 days from the date of this Order a proposed form of notice to be sent to members of the Class. Defendants may file any comments to the notice within 15 days and Plaintiffs may reply 15 days after.

DONE this _____ day of _____, 2006.

_____
HONORABLE PATTI B. SARIS
United States District Court

Case 1:05-cv-11148-PBS    Document 75-2    Filed 07/17/2006    Page 3 of 4

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 17, 2006.

                                              /s/ Steve W. Berman_____
                                              Steve W. Berman

001821-13 118681 V1