**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>            Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>            Defendants. | Case No. 1:05-CV-11148-PBS |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEYS JAMES P. BENNETT AND CHRISTOPHER E. BABBITT ON BEHALF OF DEFENDANT MCKESSON CORPORATION**

I, the undersigned attorney Joan M. Griffin, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to L.R. 83.5.3, move that the Court allow attorneys James P. Bennett and Christopher E. Babbitt to appear *pro hac vice* on behalf of defendant McKesson Corporation in the above-captioned matter. The Certificates required by L.R. 83.5.3 of the above named individuals are submitted herewith in support of this motion. A check for the required application fee is submitted under separate cover. Plaintiffs do not oppose this motion.

sf-2168621

|  |  |
|---|---|
|  | Respectfully submitted,<br>McKesson Corporation<br>By its attorneys: |
| Dated: July 28, 2006 | /s/ Joan M. Griffin<br>Joan M. Griffin, BBO # 549522<br>Michael P. Twohig, BBO # 648079<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>tel. 617-345-3294<br>fax 617-345-3299 |

Melvin R. Goldman
Lori A. Schechter
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(admitted *pro hac vice*)

James P. Bennett
Christopher E. Babbitt
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

(*pro hac vice* applications pending)

## LOCAL RULE 7.1 CERTIFICATION

I, Michael P. Twohig, counsel of record for defendant McKesson Corp., hereby certify that attorney Tiffany Cheung conferred via e-mail on July 26 and 27, 2006 with counsel for plaintiffs regarding the filing of this motion and that plaintiffs do not oppose the filing of this motion.

  /s/ Michael P. Twohig
    Michael P. Twohig

sf-2168621

## **CERTIFICATE OF SERVICE**

      I, Michael P. Twohig, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system this 28th day of July, 2006.

                                                   /s/ Michael P. Twohig  
                                                    Michael P. Twohig

sf-2168621

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST,
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY, and
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE FUND,

Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri
corporation, and MCKESSON CORPORATION,
a Delaware corporation,

Defendants.

Case No. 1:05-CV-11148-PBS

**CERTIFICATE IN SUPPORT OF UNOPPOSED MOTION APLICATION FOR ADMISSION OF CHRISTOPHER E. BABBITT TO APPEAR AS COUNSEL *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Christopher E. Babbitt, an active member in good standing of the bar of California, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a resident of California, and my office address is:

   Morrison & Foerster LLP
   425 Market Street
   San Francisco, California 94105

2. I am an attorney admitted to practice before the State Courts of California and the United

sf-2168627

States District Court for the Northern District of California;

3.  I am a member of good standing in every jurisdiction where I have been admitted to practice;

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6.  Joan M. Griffin, Burns & Levinson LLP, a member of the bar of this Court in good standing who maintains an office within the Commonwealth of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin are as follows:

>   Joan M. Griffin, Esq.
>   Burns & Levinson LLP
>   125 Summer Street
>   Boston, MA 02110-1624

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on July 26, 2006.

*[signature]*
Christopher E. Babbitt

sf-2168627

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST,
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY, and
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE FUND,

    Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri
corporation, and MCKESSON CORPORATION,
a Delaware corporation,

    Defendants.

Case No. 1:05-CV-11148-PBS

### CERTIFICATE IN SUPPORT OF UNOPPOSED MOTION APLICATION FOR ADMISSION OF JAMES P. BENNETT TO APPEAR AS COUNSEL *PRO HAC VICE*

  Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, James P. Bennett, an active member in good standing of the bar of California, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

  In support of this application, I certify under oath that:

1. I am a resident of California, and my office address is:

    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105

2. I am an attorney admitted to practice before the State Courts of California, the United

sf-2168772

States District Court for the Northern, Central, and Eastern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court;

3.  I am a member of good standing in every jurisdiction where I have been admitted to practice;

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6.  Joan M. Griffin, Burns & Levinson LLP, a member of the bar of this Court in good standing who maintains an office within the Commonwealth of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Griffin are as follows:

> Joan M. Griffin, Esq.
> Burns & Levinson LLP
> 125 Summer Street
> Boston, MA 02110-1624

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on July 27, 2006.

_____
James P. Bennett

sf-2168772