UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 1:05-CV-11148-PBS |

**DEFENDANT MCKESSON'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

On July 17, 2006, plaintiffs filed a motion under Rule 15 for leave to file a First Amended Complaint. McKesson does not oppose plaintiffs' motion.

Dated: July 31, 2006  Respectfully submitted,

/s/ Lori A. Schechter
Lori A. Schechter

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
PAUL FLUM (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOAN M. GRIFFIN
MICHAEL P. TWOHIG
BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

*Attorneys for Defendant*
*MCKESSON CORPORATION*


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 31, 2006.

/s/ Lori A. Schechter
Lori A. Schechter