IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>          Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>          Defendants. | Case No. 1:05-CV-11148-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2., the undersigned, Joan M. Griffin, hereby gives notice of her withdrawal of appearance from this case on behalf of defendant, McKesson Corporation. McKesson Corporation continues to be represented by other attorneys at Burns & Levinson, LLP, specifically Michael P. Twohig and Michael K. Sugrue, who continue to have appearances in the case, as well as by lead counsel, Morrison Foerster, LLP. A copy of this Notice is being served on McKesson Corporation and all other parties.

          Respectfully submitted,
          McKesson Corporation
          By its attorneys:


          /s/ Joan M. Griffin
          Joan M. Griffin (BBO # 549522)
          Michael P. Twohig (BBO # 648079)
          Burns & Levinson LLP
          125 Summer Street
          Boston, MA 02110
          Tel. 617-345-3000
          Fax 617-345-3299

Dated: August 9, 2006

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 9, 2006 and McKesson Corporation by first class mail, postage prepaid.

      /s/ Joan M. Griffin
      Joan M. Griffin

J:\Docs\83152\00005\01042237.DOC