IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>     Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>     Defendants. | Case No. 1:05-CV-11148-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2., the undersigned, Michael P. Twohig, Michael K. Sugrue, and the law firm of Burns & Levinson LLP, hereby give notice of their withdrawal of appearance from this case on behalf of defendant, McKesson Corporation. McKesson Corporation is now being represented by attorney John A. Kiernan, who filed his appearance earlier today, as well as by lead counsel, Morrison Foerster LLP. A copy of this Notice is being served on McKesson Corporation and all other parties.

                     Respectfully submitted,
                     McKesson Corporation
                     By its attorneys:

Dated: August 11, 2006       /s/ Michael P. Twohig
                     Michael P. Twohig (BBO # 648079)
                     Michael K. Sugrue (BBO # 655878)
                     Burns & Levinson LLP
                     125 Summer Street
                     Boston, MA 02110
                     Tel. 617-345-3000
                     Fax 617-345-3299

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each party through the Court's electronic filing service on August 11, 2006 and McKesson Corporation by first class mail, postage prepaid.

                                              /s/ Michael P. Twohig
                                              Michael P. Twohig

J:\Docs\83152\00005\01042237.DOC