IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation, and MCKESSON CORPORATION, a Delaware Corporation,<br><br>        Defendants. | Case No. 1:05-CV-11148-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendant McKesson Corporation.

/s/ Nicole L. Johnson

Nicole L. Johnson, BBO# 654719
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, Massachusetts 02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Nicole L. Johnson, hereby certify that I have on August 15, 2006 served a true copy of the foregoing document upon the attorney of record for each other party through the court's electronic filing service.

/s/ Nicole L. Johnson

Nicole L. Johnson