UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>  Defendants. | C.A. No. 1:05-CV-11148-PBS <br><br> FILING FEE PAID: <br> RECEIPT # 74386 <br> AMOUNT $ 50.00 <br> BY DPTY CLK *Dm* <br> DATE 8/14/06 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Barbara Mahoney be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in Washington.

According to the attached Certificate of Good Standing of Barbara Mahoney:

1. Is a member of the Bar in good standing in the jurisdiction, which she has been admitted to practice.

2. There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3.  She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Barbara Mahoney be admitted this 4th day of August, 2006.

DATED: August 14, 2006

By /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 14, 2006.

/s/ Thomas M. Sobol
Thomas M. Sobol

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 1:05-CV-11148-PBS |

### CERTIFICATE OF GOOD STANDING

Barbara Mahoney, an attorney with the firm of Hagens Berman Sobol Shapiro, LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, hereby certifies:

1. I am a member of the Bar of the State of Washington;

2. I am a member of the Bar in good standing in the jurisdiction in which I have been admitted to practice (*see* attached);

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

001821-13 122005 V1

- 2 -

Under penalty of perjury this 14th day of August, 2006.

                                  Respectfully submitted,

                                  By /s/ Barbara Mahoney
                                    Barbara Mahoney
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              1301 Fifth Avenue, Suite 2900
                              Seattle, WA 98101
                              Telephone: (206) 623-7292
                              Facsimile: (206) 623-0594

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 14, 2006.

/s/ Thomas M. Sobol
Thomas M. Sobol

# CERTIFICATE OF GOOD STANDING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Barbara A. Mahoney was admitted to practice in said Court on September 10, 2003 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on August 8, 2006.

Bruce Rifkin
Clerk

By _____
Deputy Clerk