UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                    Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>                    Defendants. | Case No. 1:05-CV-11148-PBS |

## STIPULATION REGARDING DEPOSITIONS

Pursuant to Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure, plaintiffs and defendant McKesson Corporation (collectively "the parties") hereby stipulate to increase by up to ten, the number of depositions (including Rule 30(b)(6) depositions) that plaintiffs may take, and that McKesson may take. This deposition count does not apply to expert depositions. The parties reserve their rights to seek additional depositions from the Court at a later time if that becomes necessary.

Dated: August 25, 2006

On behalf of DEFENDANT MCKESSON CORPORATION

By:

/s/ Lori A. Schechter
Lori A. Schechter

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
PAUL FLUM (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOHN KIERNAN
BONNER KIERNAN TREBACH & CROCIATA, LLP
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

*Attorneys for Defendant
MCKESSON CORPORATION*

On behalf of PLAINTIFFS

 /s/ Steven W. Berman\_\_\_\_
 Steve W. Berman

STEVEN W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Steve@hbsslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 25, 2006.

                                            /s/ Lori A. Schechter
                                            Lori A. Schechter

Case 1:05-cv-11148-PBS    Document 108    Filed 08/25/2006    Page 3 of 3