UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>         Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>         Defendants. | C.A. No. 1:05-CV-11148-PBS |

## JOINT MOTION TO MODIFY THE CASE SCHEDULE

Counsel for Plaintiffs and Defendant McKesson Corporation (collectively "the parties") hereby submit this joint motion to amend the Scheduling Order with respect to the briefing and hearing on class certification.

The Scheduling Order, dated May 22, 2006, set the following schedule:

  Plaintiffs' Motion for Class Certification due July 17, 2006;

  McKesson's Opposition due September 29, 2006;

  Plaintiffs' Reply due October 13, 2006;

  McKesson's Sur-Reply due October 27, 2006;

  Hearing on Class Motion on November 14, 2006 at 2:00 p.m.

Plaintiffs filed their Motion for Class Certification on July 17, 2006. Accompanying the Motion was a declaration from plaintiffs' expert, Dr. Raymond Hartman. Defendant McKesson

noticed Dr. Hartman's deposition for August. Plaintiffs informed McKesson that Dr. Hartman was unavailable in both August and September due to scheduling conflicts in the *AWP* litigation and other litigation. As a result, Dr. Hartman's deposition in this case is currently set for October 4 and 5, 2006. Because this date is after McKesson's opposition papers are due, amendment to the class certification schedule is necessary. Plaintiffs also necessitate further extension of the schedule because counsel for Plaintiffs will also be in the midst of *AWP* trial preparation and the *AWP* trial which commences in November.

      The parties have conferred and agree on the following proposed schedule:

      McKesson's Opposition due November 17, 2006;

      Plaintiffs' Reply due January 16, 2006;

      McKesson's Sur-Reply due March 19, 2006;

      Hearing on Class Motion on _____ at _____.


DATED: September 19, 2006        On behalf of Plaintiffs:

                                        By /s/ Steve W. Berman
                                              Steve W. Berman
                                              Sean R. Matt
                                              Barbara A. Mahoney
                                        Hagens Berman Sobol Shapiro LLP
                                        1301 Fifth Avenue, Suite 2900
                                        Seattle, WA  98101
                                        Telephone: (206) 623-7292
                                        Facsimile: (206) 623-0594

                                        Thomas M. Sobol (BBO#471770)
                                        Hagens Berman Sobol Shapiro LLP
                                        One Main Street, 4th Floor
                                        Cambridge, MA  02142
                                        Telephone: (617) 482-3700
                                        Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone:  (215) 230-8043
Facsimile:  (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

On behalf of Defendant McKesson Corporation:

By /s/ Lori A. Schechter
    Lori A. Schechter

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
PAUL FLUM (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOHN KIERNAN
NICOLE JOHNSON
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

4

## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on September 19, 2006.

                /s/ Lori A. Schechter_____
                Lori A. Schechter

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>           Plaintiffs, <br><br>    v. <br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>           Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] SCHEDULING ORDER**

September ___ 2006

Saris, U.S.D.J.

The Scheduling Order dated May 22, 2006 is amended as follows:

With respect to Plaintiffs' Motion for Class Certification, briefing will proceed according to the following schedule:

    McKesson's Opposition due November 17, 2006;

    Plaintiffs' Reply due January 16, 2006;

    McKesson's Sur-Reply due March 19, 2006;

    Hearing on Class Motion on _____ at _____.

SO ORDERED.

                                                                                               _____
                                                                             Patti B. Saris
                                                                             United States District Judge