UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, et. al.,

                Plaintiffs,                CIVIL ACTION

     v.                        NO.  05-11148-PBS

FIRST DATABANK, INC., et. al.,

                Defendants,


## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has scheduled a mediation conference for **Tuesday, October 31,  2006 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail  at lisa_roland@mad.uscourts.gov  **no later than two (2) days before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**


                                   / s /Timothy S. Hillman
                                  Timothy S. Hillman
DATED: September 27, 2006           United States Magistrate Judge