

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

September 26, 2006

<u>Via E-Mail</u>

Ms. Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

    Re:    <u>New England Carpenters v. First DataBank</u>

Dear Lori:

    With respect to the deposition notice of Dr. Hartman wherein you notice him for two days, plaintiffs do not agree to waive the 7 hours of Rule 30(d)(2).  We do agree to let you take two days to cover this but assume you will be able to get it done in 7 hours.  If you are not wasting time or asking questions not covered in the AWP depositions, we will consider extending the 7 hours, but you should not presume this will be the case.

    Sincerely,

    HAGENS BERMAN SOBOL SHAPIRO LLP


    *[sent via electronic delivery]*

    Steve W. Berman


cc:    Plaintiffs' Counsel

ATTORNEYS AT LAW    SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292   F 206.623.0594
1301 FIFTH AVENUE · SUITE 2900 · SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001821-13  130543 V1



STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

September 26, 2006

<u>Via E-Mail</u>

Ms. Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

    Re:    <u>New England Carpenters v. First DataBank</u>

Dear Lori:

    With respect to the deposition notice of Dr. Hartman wherein you notice him for two days, plaintiffs do not agree to waive the 7 hours of Rule 30(d)(2).  We do agree to let you take two days to cover this but assume you will be able to get it done in 7 hours.  If you are not wasting time or asking questions not covered in the AWP depositions, we will consider extending the 7 hours, but you should not presume this will be the case.

    Sincerely,

    HAGENS BERMAN SOBOL SHAPIRO LLP


    *[sent via electronic delivery]*

    Steve W. Berman


cc:    Plaintiffs' Counsel

ATTORNEYS AT LAW    SEATTLE   LOS ANGELES   CAMBRIDGE   PHOENIX   CHICAGO
T 206.623.7292    F 206.623.0594
1301 FIFTH AVENUE • SUITE 2900 • SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001821-13  130543 V1