UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
NEW ENGLAND CARPENTERS HEALTH            )
BENEFITS FUND, PIRELLI ARMSTRONG          )
RETIREE MEDICAL BENEFITS TRUST,           )
TEAMSTERS HEALTH & WELFARE FUND          )
OF PHILADELPHIA AND VICINITY, and           )
PHILADELPHIA FEDERATION OF                     )
TEACHERS HEALTH AND WELFARE FUND,      )
                                                        )        Case No. 1:05-CV-11148-PBS
                        Plaintiffs,                     )
                                                        )
v.                                                       )
                                                        )
FIRST DATABANK, INC., a Missouri              )
Corporation; and McKESSON CORPORATION,   )
a Delaware Corporation,                            )
                                                        )
                        Defendants                    )
_____)

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following materials: (1) Attachment B to Class Plaintiffs' Memorandum of Law in Support of Joint Motion for Preliminary Approval of Proposed First DataBank Class Settlement, Certification of Settlement Class and Approval of Notice Plan, and (2) the Declaration of Thomas M. Sobol in Connection with the Motion for Preliminary Approval of Settlement as to Defendant, First DataBank, Inc. Only.

The foregoing items include or reference copies of documents and/or excerpts from documents that certain defendants have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the April 11, 2005 Protective Order. Also, the foregoing items reference information contained in documents designated by certain defendants

as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  In addition, the foregoing items not only quote extensively from and/or attach documents that certain defendants have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," but also they include references to pricing data that defendants likely believe to be highly proprietary in nature.

Paragraph 14 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Plaintiffs hereby seek to comply with the terms of the Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the foregoing listed materials under seal.


DATED:  October 4, 2006

By  /s/ Thomas M. Sobol
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO# 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 4, 2006.

/s/ Thomas M. Sobol_____
Thomas M. Sobol

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
NEW ENGLAND CARPENTERS HEALTH )
BENEFITS FUND, PIRELLI ARMSTRONG )
RETIREE MEDICAL BENEFITS TRUST, )
TEAMSTERS HEALTH & WELFARE FUND )
OF PHILADELPHIA AND VICINITY, and )
PHILADELPHIA FEDERATION OF )
TEACHERS HEALTH AND WELFARE FUND, )
 )     Case No. 1:05-CV-11148-PBS
            Plaintiffs, )
 )
v. )
 )
FIRST DATABANK, INC., a Missouri )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation, )
 )
            Defendants )
_____ )

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on plaintiffs' motion for leave to file under seal.  The Court, having considered all pleadings in support of, and being fully advised in the premises, hereby

GRANTS plaintiffs' motion for leave to file under seal the following items:

1.      Attachment B to Class Plaintiffs' Memorandum of Law in Support of Joint Motion for Preliminary Approval of Proposed First DataBank Class Settlement, Certification of Settlement Class and Approval of Notice Plan, and

2.      Declaration of Thomas M. Sobol in Connection with the Motion for Preliminary Approval of Settlement as to Defendant, First DataBank, Inc.

IT IS SO ORDERED.


DATED: _____          _____
                                     Hon. Patti B. Saris
                                     United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 4, 2006.


/s/ Thomas M. Sobol____
Thomas M. Sobol