UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                                    Defendants. | CIVIL ACTION: 1:05-CV-11148-PBS<br><br>**FILED UNDER SEAL** |

**DECLARATION OF THOMAS M. SOBOL IN CONNECTION WITH MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AS TO DEFENDANT, FIRST DATABANK, INC., ONLY (FILED UNDER SEAL)**

**FILED UNDER SEAL**