UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
NEW ENGLAND CARPENTERS HEALTH               )
BENEFITS FUND, PIRELLI ARMSTRONG            )
RETIREE MEDICAL BENEFITS TRUST,             )
TEAMSTERS HEALTH & WELFARE FUND             )
OF PHILADELPHIA AND VICINITY,               )
PHILADELPHIA FEDERATION OF                  )
TEACHERS HEALTH AND WELFARE FUND,           )
and DISTRICT COUNCIL 37 HEALTH &            )
SECURITY PLAN,                              )
                                            )  Case No. 1:05-CV-11148-PBS
                    Plaintiffs,             )
                                            )
v.                                          )
                                            )
FIRST DATABANK, INC., a Missouri            )
Corporation; and McKESSON CORPORATION,      )
a Delaware Corporation,                     )
                                            )
                    Defendants              )
_____)

**JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE
MAGISTRATE JUDGE HILLMAN**

Plaintiffs and Defendant McKesson Corporation ("McKesson") jointly move the Court to reschedule the mediation conference currently set for October 31, 2006. In support of this motion, the parties state as follows:

On September 27, 2006, Magistrate Judge Hillman issued a Notice of and Order Regarding Mediation setting the mediation conference for October 31, 2006 at 10:00 a.m. Plaintiffs and McKesson believe that mediation at this time is premature. Since May 31, 2006, when the parties requested an October 2006 mediation date, the schedule for this case has been modified and the events that the parties expected to complete by late October have not occurred.

Specifically, the parties originally expected that class discovery and briefing would be completed by late October in preparation for a November 2006 hearing on the class motion. Due to the unavailability of plaintiffs' expert and counsel resulting from a related case, the schedule was modified. Thus, the parties are in the midst of discovery and briefing on the class certification motion and will not complete class briefing until March 2007.

For the foregoing reasons, plaintiffs and McKesson respectfully request the Court for an order rescheduling the mediation currently set for October 31, 2006. Consistent with the originally contemplated schedule, the parties request that the mediation be set on a date after the class certification motion has been fully briefed, in late March 2007 or on another date convenient for the Court.

Dated: October 6, 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT COUNCIL 37 DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN | MCKESSON CORPORATION |
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

Thomas M. Sobol (BBO#471770)

2

Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 6, 2006.

                                        /s/ Lori A. Schechter
                                        Lori A. Schechter

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
NEW ENGLAND CARPENTERS HEALTH       )
BENEFITS FUND, PIRELLI ARMSTRONG    )
RETIREE MEDICAL BENEFITS TRUST,     )
TEAMSTERS HEALTH & WELFARE FUND     )
OF PHILADELPHIA AND VICINITY,       )
PHILADELPHIA FEDERATION OF          )
TEACHERS HEALTH AND WELFARE FUND,   )
and DISTRICT COUNCIL 37 HEALTH &    )
SECURITY PLAN,                      )
                                    )   Case No. 1:05-CV-11148-PBS
                Plaintiffs,         )
                                    )
v.                                  )
                                    )
FIRST DATABANK, INC., a Missouri    )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation,             )
                                    )
                Defendants          )
_____)

# [PROPOSED] ORDER GRANTING JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE HILLMAN

THIS MATTER is before the Court on the joint motion of Plaintiffs and Defendant McKesson Corporation to reschedule the mediation conference currently set for October 31, 2006. The Court, having considered all submissions in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS the motion to reschedule the mediation conference from October 31, 2006 to _____, 2007.

IT IS SO ORDERED.

DATED: _____        _____
                                       Hon. Timothy S. Hillman
                                       United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 6, 2006.

                                                            /s/ Lori A. Schechter____
                                                            Lori A. Schechter