UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

New England Carpenters Health
Benefits Fund, et al
        Plaintiffs,        CIVIL ACTION
                              NO.  05-11148-PBS
    v.

First DataBank, Inc., et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                      October 12, 2006

       TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: 118 Joint Motion for Preliminary Approval of Settlement, Certifying a Class, and Directing Issuance of Notice on **October 24, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                              By the Court,

                                                              _/s/ Robert C. Alba_
                                                              Deputy Clerk

Copies to:  All Counsel