UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

New England Carpenters Health
Benefits Fund, et al
        Plaintiffs,                CIVIL ACTION
                                        NO.   05-11148-PBS
    v.

First DataBank, Inc., et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                        October 12, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: 126 Motion Requesting a Case Management Conference on **October 24, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                  By the Court,

                                                                  _/s/ Robert C. Alba_
                                                                  Deputy Clerk

Copies to:  All Counsel