UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>　　　　　　　Defendants | Case No. 1:05-CV-11148-PBS |

**STIPULATION TO EXTEND TIME**

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") and Defendant First Databank, Inc. ("First DataBank") hereby stipulate and agree that First DataBank shall have until ten (10) business days after the date of entry of this Court's ruling on the pending Class Plaintiffs' and First DataBank's Joint Motion for Entry of an Order (a) Granting Preliminary Approval of the First DataBank Settlement, (b) Certifying a Class for Purposes of Settlement, (c) Directing Issuance of Notice of the Class; and (d) Scheduling a Final

Fairness Hearing, to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint.

Dated: October, 16 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | FIRST DATABANK, INC., |
| By their counsel: | By its counsel: |
| /s/ Thomas M. Sobol<br>Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 | /s/ Eve Burton<br>Eve Burton<br>Office of General Counsel<br>The Hearst Corporation<br>300 West 57th Street<br>New York, NY 10019<br>Telephone: (212) 649-2045<br>Facsimile: (212) 649-2041 |

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 16, 2006.

/s/ Thomas M. Sobol
Thomas M. Sobol