UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>              Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>              Defendants. | Case No. 1:05-CV-11148-PBS |

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY STEVEN M. KAUFMANN ON BEHALF OF DEFENDANT MCKESSON CORPORATION**

I, the undersigned attorney Nicole L. Johnson, a member in good standing of the United States District Court for the District of Massachusetts, pursuant to L.R. 83.5.3, move that the Court allow attorney Steven M. Kaufmann to appear *pro hac vice* in the above-captioned matter. The Certificate required by L.R. 83.5.3 of the above named individual is submitted herewith in support of this motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br>McKesson Corporation<br>By its attorneys: |
| Dated: October 18, 2006 | /s/ Nicole L. Johnson<br>Nicole L. Johnson, BBO # 654719<br>Bonner, Kiernan, Trebach & Crociata, LLP<br>One Liberty Square<br>Boston, MA 02109<br>Tel. (617) 426 3900<br>Fax (617) 426 0380 |

Of counsel:

Melvin R. Goldman
Lori A. Schechter
Paul Flum
Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

(*pro hac vice*)

Steven M. Kaufmann
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

(*pro hac vice* application pending)

## CERTIFICATE OF SERVICE

    I, Nicole L. Johnson, hereby certify that a true and accurate copy of the above document was served on the attorney of record for each other party via the Court's electronic filing system this 18th day of October, 2006.

                                                              /s/ Nicole L. Johnson
                                                                Nicole L. Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No. 1:05-CV-11148-PBS |

**CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION OF STEVEN M. KAUFMANN TO APPEAR AS COUNSEL *PRO HAC VICE***

Pursuant to Rule 83.5.3(b) of the Local Rules of the District of Massachusetts, Steven M. Kaufmann, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis representing defendant McKesson Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a resident of Colorado, and my office address is:

    Morrison & Foerster LLP
    5200 Republic Plaza
    370 Seventeenth Street
    Denver, Colorado 80202

2. I am an attorney admitted to practice before the State Courts of Colorado and each of the

sf-2168627

Courts listed on the attached list;

3. I am a member of good standing in every jurisdiction where I have been admitted to practice;

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

6. Nicole L. Johnson, Bonner, Kiernan, Trebach & Crociata, LLP, a member of the bar of this Court in good standing who maintains an office within the Commonwealth of Massachusetts, has been designated as co-counsel in the above-entitled case. The name, address and telephone number of Ms. Johnson are as follows:

> Nicole L. Johnson, Esq.
> Bonner, Kiernan, Trebach & Crociata, LLP
> One Liberty Square
> Boston, MA 02109
> (617) 426 3900

I declare under penalty of perjury that the foregoing is true and correct. Executed in Denver, Colorado, on October 18, 2006.

Steven M. Kaufmann

sf-2168627

| COURT ADMISSIONS for Steven M. Kaufmann | |
|---|---|
| Title of Court | Date of Admission |
| Supreme Court of Colorado | 10/84 |
| U. S. Supreme Court | 07/93 |
| U. S. Tax Court | 10/04 |
| U.S.C.A. - Second Circuit | 05/06 |
| U.S.C.A. - Seventh Circuit | 02/99 |
| U.S.C.A. - Ninth Circuit | 04/03 |
| U.S.C.A. - Tenth Circuit | 12/84 |
| U.S.D.C. - Northern District of California | 08/90 |
| U.S.D.C. - District of Colorado | 08/85 |

| PRO HAC VICE ADMISSIONS for Steven M. Kaufmann | |
|---|---|
| Title of Court [*Case Name*, Number and Judge] | Date of Admission |
| U.S.D.C. Northern District of Texas (Fort Worth Division) [*Phonetel Communications, Inc. v. GTE Southwest, Inc. d/b/a Verizon Southwest and Qwest Corporation*; Case No. 4:01cv0437-Y; Judicial Officer - Terry R. Mears] | 08/14/2001 |
| Chancery Court, State of Delaware, New Castle County [*Oracle Corporation, et al. v. People Soft, Inc., et al.*; Civil Action No. 20377NC; Vice Chancellor _(unable to read signature)_ | 07/02/2003 |
| Superior Court of the State of California, City & County of San Francisco [*Shell Oil Company v. State Board of Equalization*; Case No. 944362; Honorable William Cahill] | 12/23/1991 |
| Superior Court of the State of California, County of Los Angeles [*Morgate LLC, et al. v. United Parcel Service, et al.*; Case No. BC 294647; Honorable Wendell B. Mortimer, Jr.] | 05/22/2006 |
| U.S.D.C. Central District of California [*Samica Enterprises, LLC, et al. v. Mail Boxes Etc., Inc., et al.*; Case No. CV 06-2800-GHK (CTx); Honorable George H. King] | 10/02/06 |

sf-2168627