UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | CIVIL ACTION: 1:05-CV-11148-PBS <br><br> Leave to file granted on October 13, 2006 <br><br> **FILED UNDER SEAL** |

**DECLARATION OF THOMAS M. SOBOL IN CONNECTION WITH MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AS TO DEFENDANT, FIRST DATABANK, INC., ONLY (FILED UNDER SEAL)**

I, Thomas M. Sobol depose and state under oath as follows:

**Background**

1.   I, Thomas M. Sobol, am a member of the Bar of the Supreme Judicial Court with the Commonwealth of Massachusetts. I am a partner at Hagens Berman Sobol Shapiro, LLP, One Main Street, Cambridge, Massachusetts. I have been appointed by this Court as liaison counsel and co-lead counsel on behalf of a putative nationwide class of drug purchasers in connection with the claims against the two defendants, First DataBank, Inc., and McKesson Corporation.



### Confidential Nature of Materials

2. I provide this declaration to be filed under seal in order to set forth confidential information about First DataBank and the analysis performed thereon by plaintiffs' counsel in order to assess in the ability to recover a substantial judgment against McKesson in this case.

3. We understand that First DataBank treats its financial information as confidential and proprietary. In the context of our settlement negotiations FDB has required that we maintain this information as such. Because that information serves as one of the critical aspects of the financial analysis that plaintiff's counsel preformed for the settlement, we have submitted it to the Court under seal.

### FDB Financial Ability to Pay

4. In the Memorandum in Support of Preliminary Approval, plaintiffs' counsel represent to the Court that FDB has comparatively little ability to pay on a substantial judgment of the type sought in this case. The basis for that conclusion is (i) financial information provided by FDB, (ii) review of documents to assure that FDB is in a corporate entity separate from its parent, Hearst Corporation, and (iii) review of FDB's insurance portfolio in the claims made in this case.

5. Attached as <u>Exhibit A</u> is a photocopy of the year-end 2005 operating revenue, gross profits and pre-tax income for FDB, along with a summary balance sheet of FDB comparing the year end 2004 to year end 2005. Counsel for FDB has represented to plaintiff's counsel that these documents fairly depict the financial condition of FDB for the year end 2005.

6. As demonstrated in those documents, the pre-tax income of FDB for year end 2005 was $19,275,797.

7. Attached as <u>Exhibit B</u> is a statement of FDB's operating revenue, gross profits

and pre-tax income for the period ending June 2006. Exhibit B demonstrates that in the first six months of 2006, FDB's pre-tax income was $9,082,474.

8.   On the basis of the financial information provided to us by FBD counsel, plaintiffs' counsel have concluded that the pre-tax income of FDB is somewhat less that twenty million dollars per fiscal year.

9.   In addition, counsel reviewed insurance binders provided to us by FDB. Based upon that review, FDB's insurers (with one exception) declined coverage as to the claims made in this lawsuit. As to the exception, that insurer raised numerous defenses to the coverage of FDB in connection with a policy in the amount of ten million dollars. FDB has indicated to us that they have not and will not make a claim against their insurers' in connection with this matter.

Subscribed and sworn to under oath this 4th day of October, 2006.

Respectfully submitted by:

_____
Thomas M. Sobol (BBO# 471770)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: 617-482-3700

3