UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH : 
BENEFITS FUND, et al.,

                                       :

            Plaintiffs,             Civil Action
  v.                             :            No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri Corpora- :
tion; and MCKESSON CORPORATION, a Del-
aware Corporation,                       :

           Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendant First DataBank, Inc. in the above-captioned action, together with that of Sheila L. Birnbaum (motion for <u>pro hac vice</u> pending) and Thomas E. Fox (motion for <u>pro hac vice</u> pending).

Dated: October 23, 2006                         Respectfully submitted,
     Boston, Massachusetts

                                                  /s/ Matthew J. Matule
                                                  Matthew J. Matule (BBO #632075)
                                                  SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
                                                  One Beacon Street
                                                  Boston, Massachusetts  02108
                                                  (617) 573-4800
                                                  mmatule@skadden.com

                                                  Counsel for Defendant
                                                  First DataBank, Inc.

<u>Certificate Of Service</u>

       I, Matthew J. Matule, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2006.

Dated: October 23, 2006                          /s/ Matthew J. Matule
                                                 Matthew J. Matule