UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH : 
BENEFITS FUND, et al.,

                        Plaintiffs,        Civil Action
     v.                            :        No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri Corpora- :
tion; and MCKESSON CORPORATION, a Delaware Corporation,
                      Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT FIRST DATABANK INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant First DataBank, Inc. makes the following corporate disclosure statement:

       First DataBank, Inc., a Missouri Corporation, is a wholly-owned subsidiary of the The Hearst Corporation, which is not a publicly held corporation.

Dated: October 23, 2006
       Boston, Massachusetts

Respectfully submitted,

/s/ Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
mmatule@skadden.com

Sheila L. Birnbaum
Thomas E. Fox
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant First DataBank, Inc.

Certificate Of Service

    I, Matthew J. Matule, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2006.

Dated: October 23, 2006    /s/ Matthew J. Matule
                                     Matthew J. Matule