UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH    :
BENEFITS FUND, et al.,
                                                      :

              Plaintiffs,                  Civil Action
    v.                                  :                  No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri Corpora-   :
tion; and MCKESSON CORPORATION, a Dela-
ware Corporation,
                                                       :

              Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION PURSUANT TO LOCAL RULE 83.5.3(b)**
**FOR PERMISSION TO PRACTICE BEFORE THIS COURT**

        Upon the annexed Certificates and Affidavits of Good Standing of Sheila L. Birnbaum (Exhibit A hereto), and Thomas E. Fox (Exhibit B hereto), I, Matthew J. Matule, a member of the Bar of this Court, and one of the attorneys for Defendant First DataBank, Inc., hereby move this Court to admit Sheila L. Birnbaum and Thomas E. Fox to practice before this Court for the purpose of this case as counsel for Defendant First DataBank, Inc., pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts.

Dated: October 23, 2006                                           Respectfully submitted,
        Boston, Massachusetts

                                                           /s/ Matthew J. Matule
                                                           Matthew J. Matule (BBO #632075)
                                                           SKADDEN, ARPS, SLATE,
                                                              MEAGHER & FLOM LLP
                                                            One Beacon Street
                                                            Boston, Massachusetts 02108
                                                            (617) 573-4800
                                                            mmatule@skadden.com

                                                              Counsel for Defendant
                                                              First DataBank, Inc.

<u>Certificate Of Service</u>

       I, Matthew J. Matule, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2006.

Dated: October 23, 2006                                             /s/ Matthew J. Matule
                                                                      Matthew J. Matule

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
NEW ENGLAND CARPENTERS HEALTH :
BENEFITS FUND, et al.,
          Plaintiffs,    :   Civil Action
    v.                               No. 05-11148-PBS
                              :
FIRST DATABANK, INC., a Missouri Corpora-
tion; and MCKESSON CORPORATION, a Dela- :
ware Corporation,
                              :
          Defendants.   x
----------------------------------

**CERTIFICATE AND AFFIDAVIT OF
GOOD STANDING OF SHEILA L. BIRNBAUM**

STATE OF NEW YORK         )
                                   ) ss.:
COUNTY OF NEW YORK     )

      SHEILA L. BIRNBAUM, being duly sworn, deposes and certifies that she is a member in good standing of the bar of every jurisdiction wherein he has been admitted, including the following:

    1.     State of New York;

    2.     Supreme Court of the United States;

    3.     United States District Courts for the Southern and Eastern Districts of New York; and

    4.     United States Court of Appeals for the Second Circuit.

      Affiant further says and certifies that there are no disciplinary proceedings pending against her, and that she is familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

Dated: October 23, 2006
       New York, New York

Respectfully submitted,

*Sheila L. Birnbaum*
Sheila L. Birnbaum
SKADDEN, SLATE, MEAGHER,
 SLATE & FLOM LLP.
4 Times Square
New York, NY 10036
(212) 735-3000

Subscribed and sworn to before
me this 23rd day of October, 2006.

*Theresa G. Stansell*
Notary Public

My Commission expires:

THERESA G. STANSELL
NOTARY PUBLIC, State of New York
No. 01ST4834915
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 16, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
NEW ENGLAND CARPENTERS HEALTH :
BENEFITS FUND, et al.,
                      Plaintiffs,       :    Civil Action
      v.                                      No. 05-11148-PBS
                                          :
FIRST DATABANK, INC., a Missouri Corpora-
tion; and MCKESSON CORPORATION, a Dela- :
ware Corporation,
                                          :
                      Defendants.     x
---------------------------------

## CERTIFICATE AND AFFIDAVIT OF
## GOOD STANDING OF THOMAS E. FOX

STATE OF NEW YORK          )
                                       ) ss.:
COUNTY OF NEW YORK       )

      THOMAS E. FOX, being duly sworn, deposes and certifies that he is a member in good standing of the bar of every jurisdiction wherein he has been admitted, including the following:

      1.    State of New York;

      2.    Supreme Court of the United States;

      3.    United States District Courts for the Southern, Eastern, Western, and Northern Districts of New York; and

      4.    United States Court of Appeals for the Second Circuit and the District of Columbia Circuit.

Affiant further says and certifies that there are no disciplinary proceedings pending against him, and that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: October 23, 2006
      New York, New York

Respectfully submitted,

_____
Thomas E. Fox
SKADDEN, SLATE, MEAGHER,
  SLATE & FLOM LLP.
4 Times Square
New York, NY 10036
(212) 735-3000

Subscribed and sworn to before
me this 23rd day of October, 2006.

_____
Notary Public

My Commission expires:

THERESA G. STANSELL
NOTARY PUBLIC, State of New York
No. 01ST4834915
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 16, 200_