UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST;
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY;
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND, and DISTRICT 37 HEALTH AND
SECURITY FUND,

                Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri
corporation; and McKESSON
CORPORATION, a Delaware corporation,

                Defendants.

C.A. No. 05-11148-PBS

**NOTICE OF WITHDRAWAL
OF JOINT MOTION FOR ENTRY OF AN
ORDER GRANTING PRELIMINARY APPROVAL OF THE
FIRST DATABANK, INC. SETTLEMENT, CERTIFYING CLASS
FOR PURPOSES OF SETTLEMENT ONLY, DIRECTING NOTICE
TO THE CLASS AND SCHEDULING A FAIRNESS HEARING FILED
OCTOBER 4, 2006 AND ALL DOCUMENTS FILED IN SUPPORT THEREOF**

Class Plaintiffs and defendant First DataBank, Inc. ("FDB"), respectfully withdraw without prejudice the Joint Motion for Entry of an Order Granting Preliminary Approval of the First Databank, Inc. Settlement, Certifying Class For Purposes of Settlement Only, Directing Notice to the Class and Scheduling a Fairness Hearing filed October 4, 2006 (the "Motion") and all documents listed in and filed in support of said Joint Motion without prejudice (Docket ##116, 117, 118, 119, 120, 121, 122, 123, 124, 141, and 145.)

Dated: November 1, 2006

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, AND PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND | FIRST DATABANK, INC. |
| /s/ Thomas M. Sobol<br>Thomas M. Sobol (BBO #471770)<br>Edward Notargiacomo (BBO #567636)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>(617) 482-3700<br>Tom@hbsslaw.com | /s/ Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800<br>mmatule@skadden.com |
| Steve W. Berman<br>Sean R. Matt<br>Barbara A. Mahoney<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>(206) 623-7292 | Sheila L. Birnbaum (*pro hac vice*)<br>Thomas E. Fox (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036<br>(212) 735-3000 |

Elizabeth Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
(312) 762-9235

Jeffrey Kodroff
John Macoretta
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901
(215) 230-8043

Kenneth A. Wexler
Jennifer Fountain Connolly
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
(312) 346-2222

George E. Barrett
Edmund L. Carey, Jr.
BARRET, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN  37201
(615) 244-2202

## CERTIFICATE OF SERVICE

  I, Thomas M. Sobol, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2006.

Dated:  November 1, 2006       /s/ Thomas M. Sobol
                   Thomas M. Sobol