UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37 HEALTH AND SECURITY FUND,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                                        Defendants. | C.A. No. 1:05-CV-11148-PBS<br><br>PLAINTIFFS' EMERGENCY MOTION FOR ENTRY OF CASE MANAGEMENT ORDER |

**PLAINTIFFS' EMERGENCY MOTION FOR ENTRY OF
<u>CASE MANAGEMENT ORDER</u>**

Plaintiffs move for entry of a case management order governing the scheduling of depositions. Plaintiffs move on an emergency basis because McKesson intends to schedule fifteen or more depositions before November 17 and it is crucial that certain protocol regarding the scheduling of depositions be adopted as soon as is feasible.

Attached hereto as Exhibit A is Plaintiffs' proposed Case Management Order.

| | |
|---|---|
| DATED:  November 7, 2006 | By /s/ **Steve W. Berman**             |
| | Steve W. Berman |
| | Sean R. Matt |
| | Barbara A. Mahoney |

Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 2 -

- 3 -

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants on the Plaintiffs' motion for entry of a case management order and an agreement could not be reached.

/s/ Nick Styant-Browne
Nick Styant-Browne

- 4 -

001821-13  139203 V1

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 7, 2006.

                                            /s/ Steve W. Berman
                                            Steve W. Berman

001821-13 139203 V1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37 HEALTH AND SECURITY FUND,<br><br>         Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>         Defendants. | C.A. No. 1:05-CV-11148-PBS |

## PLAINTIFFS' PROPOSED CASE MANAGEMENT ORDER NO. 1

IT IS HEREBY ORDERED as follows:

1. The parties shall engage in a week-long consultation period prior to the scheduling of any proposed depositions to confer in good faith to schedule such depositions on a mutually convenient date.

2. Exclusive of the one-week consultation period, all parties shall provide at least 14 days notice of any scheduled deposition.

3. Parties shall schedule no more than two depositions per day.

4. The parties are to provide a minimum of five business days notice of any change in the scope of document requests made on parties' witnesses and at least 10 days notice where

- 2 -

the change involves the production of documents, which require deponents to obtain prior permission from third-parties.

    IT IS SO ORDERED.


    DATED: _____    _____
                                                                                                   Hon. Patti B. Saris
                                                                                                   United States District Court Judge