IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 1:05-CV-11148-PBS |

### [PROPOSED] SCHEDULING ORDER

November __, 2006

Saris, U.S.D.J.

The Scheduling Order dated September 22, 2006 is amended as follows:

With respect to Plaintiffs' Motion for Class Certification, briefing will proceed according to the following schedule:

    Plaintiffs' Amended Motion for Class Certification due December 15, 2006;

    McKesson's Class Opposition due January 19, 2007;

    Plaintiffs' Reply due February 23, 2007;

    McKesson's Surreply due March 23, 2007;

Hearing on Class Motion on April 12, 2007 at 2:00 P.M.

SO ORDERED.

_____
Patti B. Saris
United States District Judge