

**STATE OF OHIO**
**OFFICE OF THE ATTORNEY GENERAL**
JIM PETRO, ATTORNEY GENERAL

30 E. Broad St., 17th Fl.
Columbus, OH 43215-3428
Telephone: (614) 466-9511
Facsimile: (614) 466-5087
www.ag.state.oh.us

November 3, 2006

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
Courtroom 19, 7th Floor
John Joseph Moakley U.S. Courthouse
Boston, MA 02210

Re: *New England Carpenters Health Benefits Fund, et al. v. First DataBank Inc. and McKesson Corporation*, Case No. 05-CV11148-PBS (District of Massachusetts)

Dear Judge Saris:

I am writing regarding the proposed settlement with First DataBank in the above-referenced matter. I have been advised that, during the hearing on October 24, 2006 regarding the proposed settlement, there was some confusion among the parties as to whether representatives of this office had responded favorably to the proposed settlement. To the extent there remains any confusion, I write to clarify the issue for the Court and the parties involved.

Please be advised that the Ohio Attorney General's Office has not and does not take a position on this litigation nor the proposed settlement before the Court. Should the Attorney General wish to take a position on this settlement or any other matters pending before this Court, our office will communicate that position directly to the Court.

Thank you for your time concerning this matter and please do not hesitate to contact me should I be able to assist the Court further.

Sincerely,

*Stephanie B. McCloud*
Stephanie B. McCloud
Chief Counsel

cc: Counsel of Record