UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST;
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY;
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND, and DISTRICT 37 HEALTH AND
SECURITY FUND,

                        Plaintiffs,

        v.

FIRST DATABANK, INC., a Missouri
corporation; and McKESSON
CORPORATION, a Delaware corporation,

                   Defendants.

C.A. No. 1:05-CV-11148-PBS

---

**JOINT MOTION TO AMEND COURT'S DISCOVERY
AND SUMMARY JUDGMENT DEADLINES**

      Plaintiffs and McKesson jointly move to vacate the Court's February 13, 2006 scheduling

order to set new discovery and summary judgment deadlines consistent with the deferred

certification schedule. In support of this motion, the parties state as follows:

      When the Court issued its initial scheduling order on February 13, 2006, it set among

other things the close of fact discovery two and a half months after the date set for a hearing on

Plaintiffs' motion to certify the Class and the deadline for summary judgment motions six

months after the certification hearing. Subsequently, at the request of the parties, the Court

modified its original order on several occasions, most recently on September 19, 2006, to defer

the certification hearing seven months from the original date set by the Court. None of the

orders modifying the scheduling order addressed the Court's discovery and summary judgment deadlines.  The Court's prior scheduling order is as follows:

| The Court's February 13, 2006 Order | |
| --- | --- |
| Hearing on Class Certification | September 19, 2006, 2:00 p.m. |
| Plaintiffs' expert designation: | November 15, 2006 |
| Defendants' expert designation | December 15, 2006 |
| Fact Discovery Deadline: | January 31, 2007 |
| Expert Discovery Deadline: | March 9, 2007 |
| Summary Judgment Motion Filing Deadline: | April 9, 2007 |
| Opposition by: | May 9, 2007 |
| Hearing on Summary Judgment  or Pre-trial conference | June 27, 2007 2:00 p.m. |

As it now stands, both the summary judgment and discovery deadlines precede the certification hearing, which is inconsistent with the Court's original scheme.  In addition, the parties request that the Court modify the schedule to close fact discovery before expert designations and reports are due to allow the parties' experts to take into account all of the information gathered during fact discovery.  The parties note that the Court's CMO No. 13 (March 10, 2005) in *In re AWP* (attached for the Court's convenience as Exhibit A) similarly provided that fact discovery be completed before expert designations were to begin.  Finally, the parties suggest that the Court's order set deadlines for reply and surreply briefs to any motions for summary judgment.

001821-13  138258 V2

For the foregoing reasons, Plaintiffs and McKesson respectfully request that the Court vacate its February 13 order in its entirety and enter the parties' proposed schedule or such schedule as is convenient to the Court:

| [Proposed] Scheduling Order | |
|---|---|
| Hearing on Class Certification | April 12, 2007, 2:00 p.m. |
| Fact Discovery Deadline | June 1, 2007 |
| Plaintiffs' expert designation: | July 2, 2007 |
| Defendants' expert designation: | Aug. 1, 2007 |
| Expert Discovery Deadline: | Aug. 31, 2007 |
| Summary Judgment  Motion Filing Deadline: | Oct. 3, 2007 |
| Opposition by: | Nov. 2, 2007 |
| Any  replies due: | Nov. 16, 2007 |
| Any surreplies due: | Nov. 30, 2007 |
| Hearing on Summary Judgment | Jan. 10, 2008, 2:00 p.m. |

Dated:  November 29, 2006

Respectfully submitted,

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST,
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY, and
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND                                                      McKESSON CORPORATION

By their counsel:                                          By its counsel:

/s/ Steve W. Berman                                        /s/  Lori A. Schechter
Steve W. Berman                                           Lori A. Schechter
Hagens Berman Sobol Shapiro LLP                           Morrison & Foerster LLP
1301 Fifth Avenue, Suite 2900                             425 Market Street
Seattle, WA  98101                                        San Francisco, CA  94105-2482
Telephone: (206) 623-7292                                 Telephone: (415) 268-7000
Facsimile: (206) 623-0594                                 Facsimile: (415) 268-7522

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

001821-13  138258 V2

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 29, 2006.

/s/ Steve W. Berman
Steve W. Berman

001821-13 138258 V2

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                               )
IN RE PHARMACEUTICAL INDUSTRY  )    MDL NO. 1456
AVERAGE WHOLESALE PRICE        )    CIVIL ACTION NO.
LITIGATION                     )    01-12257-PBS
_____)

## CASE MANAGEMENT ORDER NO. 13

March 10, 2005

Saris, U.S.D.J.

After review of the submissions, I order the following revised schedule for track one defendants:

1.  Regardless of the status of the motion for class certification:

| August 31, 2005 | - Close of Fact Discovery |
| October 1, 2005 | - Plaintiffs file their expert reports on liability |
| November 15, 2005 | - Defendants file expert reports on liability |
| January 15, 2006 | - Completion of expert depositions |

2.  If this Court's order on class certification is unappealed, the parties shall propose a schedule for summary judgment briefing within 15 days of the Court's order.

3.  If this Court's order on class certification is appealed:

| 30 days after the Court of Appeals' decision on appeal from class certification ("Appeals Decision") | - Defendants' motion for summary judgment |
| 60 days after the Appeals Decision | - Plaintiffs' opposition |

75 days after the Appeals          - The Reply
Decision

90 days after the Appeals          - The Surreply
Decision


  **S/PATTI B. SARIS**
United States District Judge

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, Plaintiffs, v. FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, Defendants. | Civil Action No. 1:05-CV-11148-PBS |

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

1.  The Court's February 13, 2006 Scheduling order is vacated in its entirety.

2.  Fact discovery to be completed by June 1, 2007.

3.  Plaintiffs' expert designations and reports are due July 2, 2007.

4.  Defendants' expert designations and reports are due August 1, 2007.

3.  Expert discovery to be completed by August 31, 2007.

4.  Summary judgment motion to be filed by October 3, 2007.

5.  Oppositions to be filed by November 2, 2007.

6.  Replies in support of summary judgment to be filed by November 16, 2007.

- 1 -

7.      Surreplies on summary judgment to be filed by November 30, 2007.

8.      Hearing on Summary Judgment will be held on January 10, 2008 at 2:00 p.m.


DONE this _____ day of _____, 2006.


_____
HONORABLE PATTI B. SARIS
United States District Court

- 2 -

**CERTIFICATE OF SERVICE**

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 29th day of November, 2006.

/s/ Steve W. Berman
Steve W. Berman