UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                               Plaintiffs,<br><br>           v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                               Defendants. | C.A. No. 1:05-CV-11148-PBS<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR BRIEF EXTENSION OF DEADLINE FOR PLAINTIFFS' AMENDED CLASS CERTIFICATION MOTION |

Plaintiffs seek leave of Court for a brief, five-day extension of the deadline to file their Amended Class Certification Motion and a reciprocal five-day extension for McKesson to file its opposition. As this Court is well aware, Plaintiffs' counsel are currently engaged in a six-week trial in the related *AWP* case, which is scheduled to end on December 15, the deadline for Plaintiffs to file their amended certification motion in this case. Two of the lead counsel in this case are also lead in the *AWP* case. Given the scope of the *AWP* trial and the amount of time and resources Plaintiffs' counsel have had to devote to that case, it would be extremely difficult for lead counsel to have input into this filing prior to the December 15 deadline. Plaintiffs have conferred with opposing counsel, who do not object to reciprocal five-day extensions.

Plaintiffs therefore request that the Court's scheduling order of November 9 be amended as follows:

Plaintiff's Amended Class Certification Motion is due on December 20, 2006

Defendant's opposition is due January 24, 2007.

| | |
|---|---|
| DATED:  December 1, 2006 | By  /s/ **Steve W. Berman**             <br>     Steve W. Berman<br>     Sean R. Matt<br>     Barbara A. Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Thomas M. Sobol (BBO #471770)<br>Edward Notargiacomo (BBO #567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Jeffrey Kodroff<br>John Macoretta<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 |

- 3 -

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

**CERTIFICATE OF SERVICE**

     I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 1st day of December, 2006.

                                            /s/ Steve W. Berman
                                              Steve W. Berman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>         Plaintiffs,<br><br>    v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>         Defendants. | C.A. No. 1:05-CV-11148-PBS<br><br>[PROPOSED] ORDER GRANTING A FIVE-DAY EXTENSION OF DEADLINES FOR PLAINTIFFS' AMENDED CLASS CERTIFICATION MOTION |

  IT IS HEREBY ORDERED as follows:

  1. The Court's November 9 scheduling order is amended.

  2. Plaintiffs' Amended Class Certification Motion is due December 20, 2006.

  3. Defendant's Opposition is due January 24, 2007.


  DONE this _____ day of _____, 2006.


              _____
              HONORABLE PATTI B. SARIS
              United States District Court

- 2 -

**CERTIFICATE OF SERVICE**

   I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 1st day of December, 2006.

                     /s/ Steve W. Berman
                      Steve W. Berman

001821-13 142561 V1