UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                              Plaintiffs,<br><br>               v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                              Defendants. | C.A. No. 1:05-CV-11148-PBS |

**NOTICE OF ERRATA**

TO ALL PARTIES AND THEIR COUNSEL

      PLEASE TAKE NOTICE THAT on December 20, 2006, Plaintiffs filed their Amended Memorandum in Support of Class Certification (Dkt. No. 179) and the Declaration of Steve W. Berman. (Dkt. No. 180). Plaintiffs unintentionally filed Exhibits 12 & 39 in an unredacted form. Plaintiffs respectfully request that the Clerk please substitute the attached Exhibits 12 & 39 (redacted) for the ones filed with the Declaration of Steve W. Berman (Dkt. No. 180) in both the Clerk's copy and the copy delivered to Judge Saris.

- 1 -

- 2 -

| | |
|---|---|
| DATED:  January 22, 2007 | By /s/ **Steve W. Berman**<br>     Steve W. Berman<br>     Sean R. Matt<br>     Barbara A. Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Jeffrey Kodroff<br>John Macoretta<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Marc H. Edelson<br>Allan Hoffman<br>Hoffman & Edelson<br>45 West Court Street<br>Doylestown, PA  18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735 |

- 3 -

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        Wexler Toriseva Wallace LLP
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        George E. Barrett
        Edmund L. Carey, Jr.
        Barret, Johnston & Parsley
        217 Second Avenue, North
        Nashville, TN  37201
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 22, 2007.

                /s/ Steve W. Berman_____
                Steve W. Berman

# EXHIBIT 12

**From:** Ferreira, Brian
**Sent:** Wednesday, December 08, 2004 11:29 AM
**To:** Cardenas, Debbie
**Cc:** Puccetti, Joy; Pasquale, Pete; James, Robert; Hilliard, Andy
**Subject:** RE: Net Brand RX Exception for Econo# 1220524

Thanks for the quick response. Have a great holiday season !

Brian

-----Original Message-----
**From:** Cardenas, Debbie
**Sent:** Wednesday, December 08, 2004 2:28 PM
**To:** Ferreira, Brian
**Cc:** Puccetti, Joy; Pasquale, Pete; James, Robert; Hilliard, Andy
**Subject:** RE: Net Brand RX Exception for Econo# 1220524

Thanks Brian, I am not involved if the item is not a Brand RX net priced slow mover. I did not have a chance to look it up and just assumed since it was sent to me.

Please carry on with your conversation with Bob James to resolve this situation.

-----Original Message-----
**From:** Ferreira, Brian
**Sent:** Wednesday, December 08, 2004 11:20 AM
**To:** Cardenas, Debbie
**Cc:** Puccetti, Joy; Pasquale, Pete
**Subject:** Net Brand RX Exception for Econo# 1220524

Deb,
This is the item we're trying to load as a local contract. We were told that it is **not** a Slow Mover and was not part of the Net Billed Initiative. Did we misinterpret these messages? I'm leaving the office for an appointment in Philly and I'll try to reach you later this afternoon.

Thanks,
Brian

-----Original Message-----
**From:** James, Robert
**Sent:** Tuesday, November 16, 2004 1:59 PM
**To:** Ferreira, Brian; Yonko, Greg
**Cc:** Pasquale, Pete; Petrus, Susan
**Subject:** RE: Tincture of Opium 1220524

This product is sold at list because it is a C2 narcotic, not because its a slow mover. Redacted which may have made sense years ago, but really doesn't today because 99% of our customers get around list only by their buy plans or contracts. All (with few exceptions) brand products are marked up 25% to get suggested sell or list price. The reason is ultimately, this is the markup that creates a 20% spread.....which is the norm for 99% of all brand pharmaceuticals. This also makes our sugg sell and AWP the same number in most cases which makes BIS much more efficient in updating pricing actions.

2/22/2006

MCKAWP 0069766

# EXHIBIT 39

McKesson's. Just for kicks, I assumed a 70% gross margin for JOM and calculated their Omnicare profit also.

**Omnicare total JOM**
Redacted

**McKesson total JOM**
Redacted

**JOM Omnicare**
Redacted

Redacted

-----Original Message-----
**From:** James, Robert
**Sent:** Wednesday, July 28, 2004 2:19 PM
**To:** Stubbs, Andrew; Boyd, Beth; Hanks, Jason; Cardenas, Debbie; Bolger, Phil
**Cc:** Felton, Jeff; Petrus, Susan; Torres, Martha
**Subject:** RE: JOM - Omnicare positioning for support Sales $ Summary

Please see below for the workup of what the impact has been for Omnicare on JOM products relative to the change in AWP spread. Three years ago J & J products were all 16 2/3% AWP spread products. Today, almost all of them are 20% spread. Procrit just changed last month.

Just for this example we'll roll up these figures to WAC (amounts given divided by .982) and look at profitability assuming all third party Rx's based on AWP minus 15% (any additional fee would remain constant so we won't use a fee in this example because we don't have the number of transactions).

Redacted

2

MCKAWP 0068131

Redacted

or <u>**3 times the profit as before**</u>

Redacted

or <u>**more than 3 times the profit as before**</u>.

We're a nice advocate to have around. This example is just to provide background to our team so everyone realizes the impact of increasing AWP's........Not by McKesson, but by the FDB process.

Call me if you questions.


Bob James
Vice President, Brand Rx Product Management
McKesson
One Post Street, 20th Floor
San Francisco, CA. 94104
Phone 415-983-8755,  Fax 415-732-2951
robert.james@mckesson.com


-----Original Message-----
**From:** Stubbs, Andrew
**Sent:** Wednesday, July 28, 2004 12:20 PM
**To:** Boyd, Beth; Hanks, Jason; Cardenas, Debbie; James, Robert; Bolger, Phil
**Cc:** Felton, Jeff; Petrus, Susan
**Subject:** RE: JOM - Omnicare positioning for support Sales $ Summary

All- Here's a summary of the JOM Sales, Procrit Sales, and Remicade Sales for all of Omnicare for April 04 through June 04.

Jason- just a reminder.... Redacted

Redacted


I have all the detail in a massive 22mb file, but I'm not sending that to everybody (just Jason). If you do need that file, please let me know and I'll send it separately.

3

MCKAWP 0068132