UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                              Plaintiffs,<br><br>                v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                              Defendants. | C.A. No. 1:05-CV-11148-PBS |

**MOTION TO COMPEL MCKESSON TO MAKE ITS 30(B)(6) WITNESS AVAILABLE AND PRODUCE IMS DATA**

Plaintiffs move for an order compelling McKesson to provide its 30(b)(6) witness knowledgeable about the custodians of record of McKesson's production in this litigation. Plaintiffs further move for an order compelling McKesson to produce IMS data Plaintiffs requested last July and for sanctions.

- 1 -

DATED:  January 23, 2007 By  /s/ **Steve W. Berman**
    Steve W. Berman
    Sean R. Matt
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendants on the Plaintiffs' motion to compel and an agreement could not be reached.

**/s/ Steve W. Berman**
Steve W. Berman

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 23, 2007.

      /s/ Steve W. Berman_____
      Steve W. Berman

001821-13  149788 V1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL APPEARANCE OF MCKESSON'S 30(B)(6) WITNESS AND PRODUCE IMS DATA**

IT IS HEREBY ORDERED as follows:

1. McKesson is ordered to make its 30(b)(6) witness available to be deposed by Plaintiffs on a mutually agreeable date no later than ten (10) days from the date of entry of this Order.

2. McKesson is ordered to produce the IMS data Plaintiffs requested no later than five (5) days from the date of entry of this Order.

3. McKesson shall pay all Plaintiffs' cost and fees associated with bringing this motion.

4. Plaintiffs shall submit to the Court a statement of costs and fees within two (2) days of entry of this Order.

- 1 -

- 2 -

DONE this _____ day of _____, 2007.

_____
HONORABLE PATTI B. SARIS
United States District Court

001821-13 149756 V1

- 3 -

**CERTIFICATE OF SERVICE**

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 23rd day of January, 2007.

                                                         **/s/ Steve W. Berman**
                                                              Steve W. Berman