UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>            Plaintiffs,<br><br>      v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>            Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**MCKESSON CORPORATION'S NOTICE OF FILING UNDER SEAL DOCUMENTS RELATED TO MCKESSON'S MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT, pursuant to the Protective Order entered by this Court on April 11, 2006, McKesson Corporation will file under seal with this Court the following documents:

1. McKesson Corporation's Memorandum in Opposition to Class Certification. [Redacted version publicly filed.]

2. Declaration of Lori A. Schechter in Support of McKesson Corporation's Memorandum in Opposition to Class Certification and exhibits thereto

3. Declaration and Expert Report of Dr. Robert D. Willig, Professor of Economics, Princeton University. [Redacted version publicly filed.]

4. Defendant McKesson Corporation's Response to Plaintiffs' Proffer of Evidence and Counter-Proffer Regarding Evidence on Individual Issues. [Redacted version publicly filed.]

Respectfully submitted,

Dated: January 24, 2007

By: /s/ Lori A. Schechter
Lori A. Schechter

JOHN KIERNAN
NICOLE JOHNSON
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

MELVIN R. GOLDMAN
LORI A. SCHECHTER
PAUL FLUM
TIFFANY CHEUNG
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
*MCKESSON CORPORATION*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 24, 2007.

/s/ Lori A. Schechter
Lori A. Schechter