UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
NEW ENGLAND CARPENTERS HEALTH               )
BENEFITS FUND; PIRELLI ARMSTRONG            )
RETIREE MEDICAL BENEFITS TRUST;             )
TEAMSTERS HEALTH & WELFARE FUND             )
OF PHILADELPHIA AND VICINITY;               )
PHILADELPHIA FEDERATION OF                  )
TEACHERS HEALTH AND WELFARE FUND;           )
DISTRICT COUNCIL 37,                        )
AFSCME - HEALTH & SECURITY PLAN;            )
JUNE SWAN; MAUREEN COWIE and                )
BERNARD GORTER,                             )
                                            )   Case No. 1:05-CV-11148-PBS
                    Plaintiffs,             )
                                            )
v.                                          )
                                            )
FIRST DATABANK, INC., a Missouri            )
Corporation; and McKESSON CORPORATION,      )
a Delaware Corporation,                     )
                                            )
                    Defendants              )
_____)

**JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE
MAGISTRATE JUDGE HILLMAN**

Plaintiffs and Defendant McKesson Corporation ("McKesson") jointly move the Court to reschedule the mediation conference currently set for March 2, 2007. In support of this motion, the parties state as follows:

On October 17, 2006, Magistrate Judge Hillman issued an electronic order setting a mediation conference for March 2, 2007 at 10:00 a.m. Plaintiffs and McKesson believe that mediation at this time is premature. Since October 9, 2006, when the parties requested a March 2007 mediation date, the schedule for this case has been modified and the events that the parties expected to complete by March 2007 have not occurred. Specifically, the parties originally

expected that class discovery and briefing would be completed by March 2007 in preparation for an April 12, 2007 hearing on the class motion. Due to the unavailability of plaintiffs' expert, the schedule has been modified. Thus, the parties are in the midst of briefing on the class certification motion, and the April 12 class hearing has been postponed until May 22, 2007.

For the foregoing reasons, and consistent with the originally contemplated schedule, plaintiffs and McKesson respectfully request an order rescheduling the mediation currently set for March 2, 2007, to a date in early May 2007, or on another date convenient for the Court.

Dated: February 20, 2007

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER | MCKESSON CORPORATION |
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 20, 2007.

      /s/ Lori A. Schechter____  
      Lori A. Schechter

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
NEW ENGLAND CARPENTERS HEALTH         )
BENEFITS FUND; PIRELLI ARMSTRONG      )
RETIREE MEDICAL BENEFITS TRUST;       )
TEAMSTERS HEALTH & WELFARE FUND       )
OF PHILADELPHIA AND VICINITY;         )
PHILADELPHIA FEDERATION OF            )
TEACHERS HEALTH AND WELFARE FUND;     )
DISTRICT COUNCIL 37,                  )
AFSCME - HEALTH & SECURITY PLAN;      )
JUNE SWAN; MAUREEN COWIE and          )
BERNARD GORTER,                       )
                                      )   Case No. 1:05-CV-11148-PBS
                   Plaintiffs,        )
                                      )
v.                                    )
                                      )
FIRST DATABANK, INC., a Missouri      )
Corporation; and McKESSON CORPORATION,)
a Delaware Corporation,               )
                                      )
                   Defendants         )
_____)

**[PROPOSED] ORDER GRANTING JOINT MOTION TO RESCHEDULE
MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE HILLMAN**

THIS MATTER is before the Court on the joint motion of Plaintiffs and Defendant McKesson Corporation to reschedule the mediation conference currently set for March 2, 2007. The Court, having considered all submissions in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS the motion to reschedule the mediation conference from March 2, 2007 to May _____, 2007.

IT IS SO ORDERED.

DATED: _____        _____
                                    Hon. Timothy S. Hillman
                                    United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 20, 2007.

                                                /s/ Lori A. Schechter____
                                                Lori A. Schechter