UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, et. al.,

      Plaintiffs,                    CIVIL ACTION
v.                                NO.   05-11148-PBS

FIRST DATABANK, INC., et. al.,

      Defendants,

## NOTICE OF AND ORDER REGARDING MEDIATION

The parties are hereby notified that the court has re- scheduled a mediation conference for **Wednesday, June 6, 2007 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor. Counsel are directed to be present with their respective clients.

In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement. This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than two (2) days before the conference.** The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

**If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                            / s /Timothy S. Hillman
                                            Timothy S. Hillman
DATED: March 1, 2007              United States Magistrate Judge