UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, <br><br>  Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, <br><br>  Defendants. | Civil Action: 1:05-CV-11148-PBS <br><br> Judge Patti B. Saris |

**MCKESSON CORPORATION'S MOTION TO COMPEL
INTERROGATORY RESPONSES**

Pursuant to subsections (a)(2)(B) and (a)(3) of Federal Rule of Civil Procedure 37, for the reasons set forth in the accompanying Memorandum in Support of Defendant McKesson Corporation's Motion to Compel Interrogatory Responses, Defendant McKesson respectfully requests that the Court grant this motion to compel plaintiffs to identify their witnesses in

1

response to Interrogatory Nos. 1-4 and 6-7 of McKesson Corporation's First Set of

Interrogatories, and to enter an Order requiring plaintiffs to do the same.

Respectfully submitted,

McKesson Corporation
By its attorneys:

| | |
|---|---|
| Melvin R. Goldman (*pro hac vice*) | John Kiernan |
| Lori A. Schechter (*pro hac vice*) | Nicole Johnson |
| Paul Flum (*pro hac vice*) | Bonner Kiernan Trebach & Crociata |
| Tiffany Cheung (*pro hac vice*) | One Liberty Square |
| Morrison & Foerster LLP | Boston, MA 02109 |
| 425 Market Street | Telephone: (617) 426-3900 |
| San Francisco, CA 94105-2482 | Facsimile: (617) 426-0380 |
| tel. 415-268-7000 | |
| fax 415-268-7522 | |

/s/ Paul Flum
Paul Flum

Dated:  March 5, 2007

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1

I, Paul Flum, counsel of record for defendant McKesson Corporation, hereby certify that I conferred with counsel for plaintiffs in an effort to resolve the dispute referred to in this motion through a telephonic discovery conference and subsequent correspondence, and that the parties have not been able to reach agreement with respect thereto.

/s/ Paul Flum
Paul Flum

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 5, 2007.

/s/ Paul Flum
Paul Flum