UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN, JUNE SWAN, MAUREEN COWIE and BERNARD GORTER,<br><br>     Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>     Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**ERRATA TO EXPERT REPORT OF ROBERT D. WILLIG IN SUPPORT OF DEFENDANT MCKESSON CORPORATION'S MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION**

**Footnotes to Expert Report:**

Footnote 15 (excerpted) currently reads:

> Harvard Pilgrim, Humana, and Select Health are all examples of large PBMs that negotiate directly with manufacturers for drug rebates.

Footnote 15 (excerpted) should read:

> Harvard Pilgrim, Humana, and Select Health are all examples of large TPPs that negotiate directly with manufacturers for drug rebates.

Footnote 89 (excerpted) currently reads:

> Dr. Hartman recognized the sophistication of PBMs in his December 2004 Declaration in the AWP MDL, Attachment C, p. C11 . . . .

Footnote 89 (excerpted) should read:

> Dr. Hartman recognized the sophistication of PBMs in his September 2004 Declaration in the AWP MDL, Attachment C, p. 11 . . . .

Footnote 109 currently reads:

> MHS A_0005018.

Footnote 109 should read:

> MHS A_0005018-5033 at MHS A_0005024.

Footnote 118 currently reads:

> MHS A_0005173-5 at MHS A_0005172.

Footnote 118 should read:

> MHS A_0005173-5.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
tel. 415-268-7000
fax 415-268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380


Dated: March 15, 2007


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 15, 2007.

/s/ Lori A. Schechter
Lori A. Schechter