UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, | C.A. No. 1:05-CV-11148-PBS |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

Plaintiffs hereby move this Court for leave to file a Reply Memorandum in

Support of Plaintiffs' Motion for Class Certification in excess of twenty (20) pages.

In support therefore, the moving parties state as follows:

1.      Local Rule 7.1(b)(4) provides that "Memorand[a] supporting or opposing

allowance of motions shall not, without leave of Court, exceed twenty (20) pages."  In

addition to their 20-page opposition brief, Defendants filed a 17-page proffer of evidence

with 45 paragraphs and 57 exhibits and a 78-page expert report of Dr. Willig with 125

paragraphs.  Plaintiffs cannot respond to Defendants briefing fully without additional

pages. Plaintiffs believe that their Reply Memorandum will be approximately twenty-five (25) pages in length.

2.      Plaintiffs have conferred with Defendants and they do not object to an additional five pages, provided that Defendants are given the same additional five pages on surreply.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a Reply Memorandum in Support of Plaintiffs' Motion for Class Certification in excess of twenty (20) pages.

DATED: March 19, 2007                    By  /s/ Steve W. Berman
                                             Steve W. Berman
                                             Sean R. Matt
                                             Barbara A. Mahoney
                                         Hagens Berman Sobol Shapiro LLP
                                         1301 Fifth Avenue, Suite 2900
                                         Seattle, WA  98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594

                                         Thomas M. Sobol (BBO #471770)
                                         Edward Notargiacomo (BBO #567636)
                                         Hagens Berman Sobol Shapiro LLP
                                         One Main Street, 4th Floor
                                         Cambridge, MA  02142
                                         Telephone: (617) 482-3700
                                         Facsimile: (617) 482-3003

                                         Elizabeth Fegan
                                         Hagens Berman Sobol Shapiro LLP
                                         60 W. Randolph Street, Suite 200
                                         Chicago, IL  60601
                                         Telephone: (312) 762-9235
                                         Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 19th day of March, 2007.


By_____/s/ Steve W. Berman_____

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST;
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY;
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND; DISTRICT COUNCIL 37, AFSCME -
HEALTH & SECURITY PLAN; JUNE
SWAN; MAUREEN COWIE and BERNARD
GORTER,

         Plaintiffs,

     v.

FIRST DATABANK, INC., a Missouri
corporation; and McKESSON
CORPORATION, a Delaware corporation,

        Defendants.

C.A. No. 1:05-CV-11148-PBS

**[PROPOSED] ORDER**

THIS MATTER is before the Court on plaintiffs' unopposed motion for leave to file

reply memorandum in excess of twenty (20) pages supporting plaintiffs' motion for class

certification.  The Court, having considered all pleadings in support and in opposition thereto,

and being fully advised in the premises, hereby

GRANTS plaintiffs' reply memorandum in support of class certification of

approximately twenty-five (25) pages in length.

IT IS SO ORDERED.

001821-13  159867 V1

DATED: _____          _____
                                    Hon. Patti B. Saris
                                    United States District Court Judge

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 19th day of March, 2007.

By_____/s/ Steve W. Berman_____
       Steve W. Berman
       **HAGENS BERMAN SOBOL SHAPIRO LLP**
       1301 Fifth Avenue, Suite 2900
       Seattle, WA  98101
       (206) 623-7292

- 3 -