UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                      Plaintiffs,<br><br>            v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                      Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Plaintiffs hereby move this Court for leave to file a Reply Memorandum in Support of Plaintiffs' Motion for Class Certification in excess of twenty (20) pages.

In support therefore, the moving parties state as follows:

1. Local Rule 7.1(b)(4) provides that "Memorand[a] supporting or opposing allowance of motions shall not, without leave of Court, exceed twenty (20) pages." In addition to their 20-page opposition brief, Defendants filed a 17-page proffer of evidence with 45 paragraphs and 57 exhibits and a 78-page expert report of Dr. Willig with 125 paragraphs. Plaintiffs cannot respond to Defendants briefing in less than 25 pages. Plaintiffs' proposed Reply Memorandum is twenty-five (25) pages in length. It reflects days of work editing it down

to deal McKesson's objections to the class and to cut it further would not enable plaintiffs to treat the issues fairly for the Court.  Further, in the context of class certification, a reply brief is often critical because when plaintiffs file their opening brief they cannot anticipate all objections a defendant may make.

2.  Plaintiffs have conferred with Defendants and they object on the grounds that the Court, early in this litigation, before the issues were articulated, gave plaintiffs ten (10) pages on reply.[1]

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a Reply Memorandum in Support of Plaintiffs' Motion for Class Certification in excess of twenty-five (25) pages.

DATED:  March 19, 2007

By  /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Edward Notargiacomo (BBO #567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

---

[1] At a status conference on February 9, 2006, the Court gave each side 20 pages on opening and then 10 on reply on a schedule that allowed 14 days and 14 days.  Since then, McKesson filed an opposition that contains a 17-page proffer and a 78-page reply and a 78-page expert report.  Having done so McKesson now seeks to unfairly hold plaintiffs to the 10 pages, knowing it would be impossible to do so in a meaningful fashion.

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## CERTIFICATE OF SERVICE

  I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 19th day of March, 2007.

              By  **/s/ Steve W. Berman**
                Steve W. Berman
                **HAGENS BERMAN SOBOL SHAPIRO LLP**
                1301 Fifth Avenue, Suite 2900
                Seattle, WA  98101
                (206) 623-7292

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                                Plaintiffs,<br><br>        v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                                Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] ORDER**

       THIS MATTER is before the Court on plaintiffs' amended motion for leave to file reply memorandum in excess of twenty (20) pages supporting plaintiffs' motion for class certification. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

       GRANTS plaintiffs' reply memorandum in support of class certification of approximately twenty-five (25) pages in length.

       IT IS SO ORDERED.

- 1 -

- 2 -

DATED: _____    _____
                                                    Hon. Patti B. Saris
                                                    United States District Court Judge

- 3 -

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 19th day of March, 2007.

                By  **/s/ Steve W. Berman**
                   Steve W. Berman
                   **HAGENS BERMAN SOBOL SHAPIRO LLP**
                   1301 Fifth Avenue, Suite 2900
                   Seattle, WA  98101
                   (206) 623-7292