UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>         Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>         Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF LEAVE TO
FILE A CLASS REPLY MEMORANDUM OF 25 PAGES**

  Plaintiffs respectfully submit the following reply memorandum in support of its motion to file a 25 page reply in support of class certification.

  1.  McKesson is correct that at the February 9, 2006 status conference, plaintiffs' counsel did suggest ten pages on reply. Plaintiffs did so believing that there was not much to argue about on class certification. This is a case where First DataBank and McKesson, with the flick of a computer switch, changed the WAC-AWP spread on hundreds of brand name drugs, the impact of which was to without question immediately raise prices to consumer and TPPs. There were no public reports, OIG, GAO or other publicity about the scheme. Knowledge did not seem to be a credible issue. Certification seemed that it could be succinctly addressed.

2.    In response to plaintiffs' class motion on behalf of a consumer and TPP class, McKesson filed the following: (1) a 20 page opposition, (2) a 17 page "proffer of evidence" citing 60 plus exhibits, and (3) a 78 page expert report that contains 125 paragraphs and 154 footnotes.[1]

3.    It is impossible to do justice to the issues raised by McKesson in 10 or 15 pages. Plaintiffs worked diligently, trying to minimize the burden on the Court, and 25 pages was the result.

Given the importance of the issues and a scheme that effected hundreds of brand named drugs (over 1400 NDCs) resulting in billions in overpayments by the consumer and TPP class, plaintiffs request that the motion be granted.

DATED: March 20, 2007

By /s/ Steve W. Berman
　　Steve W. Berman
　　Sean R. Matt
　　Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Edward Notargiacomo (BBO #567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

---

[1] Plaintiffs are perplexed by McKesson's claim it did not file a 78 page report. (*See* McKesson opposition ¶ 3.)

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 20th day of March, 2007.

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101
      (206) 623-7292