UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                     Plaintiffs,<br><br>     v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                     Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S UNOPPOSED MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE HILLMAN**

Defendant McKesson Corporation ("McKesson") moves the Court to reschedule the mediation conference currently set for June 6, 2007. In support of this motion, McKesson states as follows:

On March 1, 2007, Magistrate Judge Hillman issued an electronic order setting a mediation conference for June 6, 2007 at 10:00 a.m. In light of a conflict with another court appearance scheduled for June 6, 2007, McKesson conferred with plaintiffs regarding potential

1

alternative dates for the mediation. Plaintiffs have indicated that they are amenable to rescheduling the June 6, 2007 mediation to May 23, 2007. Thus, McKesson respectfully requests that the Court grant this unopposed motion and issue an order rescheduling the mediation currently set for June 6, 2007 to May 23, 2007.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice)*
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415)268-7000
Facsimile: (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated: March 27, 2007

3

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Lori Schechter, counsel of record for defendant McKesson Corporation, hereby certify that I conferred with counsel for plaintiffs regarding this motion and that plaintiffs do not oppose this motion.

/s/ Lori A. Schechter
Lori A. Schechter

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 27, 2007.

/s/ Lori A. Schechter
Lori A. Schechter

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>            Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>            Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING DEFENDANT MCKESSON CORPORATION'S UNOPPOSED MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE MAGISTRATE JUDGE HILLMAN**

THIS MATTER is before the Court on the unopposed motion of Defendant McKesson Corporation to reschedule the mediation conference currently set for June 6, 2007.  The Court, having considered all submissions regarding this motion, and being fully advised in the premises, hereby

GRANTS the unopposed motion to reschedule the mediation conference from June 6, 2007 to May 23, 2007.

2

IT IS SO ORDERED.

DATED: _____  _____
Hon. Timothy S. Hillman
United States District Court Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 27, 2007.

/s/ Lori A. Schechter
Lori A. Schechter