IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME – HEALTH & SECURITY PLAN; MAUREEN COWIE; JUNE SWAN; and BERNARD GORTER, | Case No. 1:05-CV-11148-PBS |
| Plaintiffs, | Judge Patti B. Saris |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

**DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF DEFENDANT MCKESSON CORPORATION'S SURREPLY IN RESPONSE TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL**

**LEAVE TO FILE GRANTED ON APRIL 3, 2007**

I, Tiffany Cheung, declare as follows:

1.      I am an attorney at the law firm of Morrison & Foerster LLP and one of the attorneys of record for McKesson Corporation ("McKesson") in this action.  I submit this declaration in support of McKesson Corporation's Surreply in Response to Plaintiffs' Reply Brief in Support of Their Motion to Compel.

2.     A true and correct copy of Plaintiffs' Responses and Objections to McKesson's Second Set of Interrogatories, dated February 12, 2007, is attached hereto as Exhibit 1.

3.     A true and correct copy of the letter from me to plaintiffs' counsel, Barbara Mahoney, dated March 15, 2007, is attached hereto as Exhibit 2.

4.     McKesson provided plaintiffs' copy vendor with over 30,000 pages of IMS data during the morning of March 16, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of March, 2007, in San Francisco, California.

By: /s/ Tiffany Cheung
Tiffany Cheung


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 3, 2007.

/s/ Paul Flum
Paul Flum

# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                                        Plaintiffs,<br><br>                    v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                                        Defendants. | C.A. No. 1:05-CV-11148-PBS |

## PLAINTIFFS' RESPONSES AND OBJECTIONS TO MCKESSON'S SECOND SET OF INTERROGATORIES

Plaintiffs, through their undersigned counsel, hereby respond pursuant to Fed. R. Civ. P. 33 to McKesson Corporation's Second Set of Interrogatories.

### GENERAL OBJECTIONS

1.      Plaintiffs object to the instructions and definitions purportedly made a part of the Interrogatories to the extent they are vague, indefinite, ambiguous, or to the extent they seek to impose duties and/or responsibilities beyond that which is required by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

2.      Plaintiffs object to the definition of "You" and "Yours" to the extent they purport to require the furnishing of documents or information in the possession, custody, or control of persons or entities other than Plaintiffs.

3.      Plaintiffs object to Instruction No. 2 to the extent that it imposes an obligation that exceeds the obligation imposed by Local Rule 33.1(e).

4.      Plaintiffs object to the Interrogatory to the extent that it seeks information that is readily available to Defendant.

5.      Plaintiffs objection to the Interrogatory to the extent that it is redundant and harassing in that McKesson has in some instances already received the information requested through the depositions of Plaintiffs' 30(b)(6) and individual witnesses and to the extent that the Interrogatory places an undue burden on Plaintiffs, who are individual consumers and union welfare funds and have limited staff and resources to respond to such Interrogatory.

6.      Plaintiffs reserve the right to supplement or amend these responses and objections as further investigation and discovery occur.

7.      The preceding general objections are incorporated in response to each specific Interrogatory and any specific objection made below.

**SPECIFIC OBJECTIONS AND RESPONSES**

**Interrogatory No. 1**

Please identify each source for each document produced by You in response to any Document Requests, including in your response the Bates number of the document and the name of the person from whose file the document was produced.

- 2 -

**Response No. 1**

Plaintiffs object to this interrogatory as it is unduly burdensome, redundant and harassing in that it seeks identification of the custodian of record for each and every document Plaintiffs have produced, when in many instances Plaintiffs have already provided that information or the identity of the custodian of record is immediately apparent from the document.

Subject to and without waiver of the foregoing general and specific objections, Plaintiffs respond as follows:

A.     New England Carpenters Health Benefits Fund:

All documents produced by Carpenters were obtained from the Plan Administrator, James Buckley.

B.     Pirelli Armstrong Retiree Medical Benefits Trust:

PIRELLI-FDB 0000001 -PIRELLI-FDB 0000059; PIRELLI-FDB 0000189 - PIRELLI-FDB 0000801 originated from Pirelli outside counsel; PIRELLI-FDB 0000060 - PIRELLI-FDB 0000188; PIRELLI-FDB 0000802 - PIRELLI-FDB 0001298 came from Southern Benefit Administrators.

C.     Teamsters Health & Welfare Fund of Philadelphia and Vicinity:

All documents produced by the Teamsters were obtained from the Plan Administrator, William Einhorn.

D.     Philadelphia Federation of Teachers Health And Welfare Fund:

All documents produced by Teachers were obtained from the office of the Plan Administrator, Arthur Steinberg.

E.     District Council 37, AFSCME - Health & Security Plan:

D37-0001-0769; D37-0773-869; DC 37 08069-08074; DC37 00869AA-1383; and DC37 2321-6070 were obtained by searching the administrative files of the District Council 37 Health & Security Plan.  The administrative files are kept by or at the direction of the Plan's Executive Secretary, Mickey Toledo.

D37 0770-0772, Plaintiff's agreement with counsel, was obtained from HBSS.

DC37 1384-02319 were obtained by searching the combined personal files of Rosalyn Yasser and Rosa Esperon.  There is a gap from DC37 06071-06115.

DC37 06116-08068; DC 37 08075-08226 were obtained by searching the personal files of Ernestine Walker.

DC37 08227-10463 are e-mails with attachments.  They were obtained by searching the e-mail files of Rosalyn Yasser, Ernestine Walker, Rosa Esperon and William Chang.  The custodian of records is identified on each of the documents as the sender or recipient of the message.

DC37-ESI001-03 are CDs containing claims data.  They were obtained from the files of the Controller of the DC 37 Health & Security Plan Accounting Department, Laura Albergo.

F.    June Swan:

SWAN 000001-26 were obtained from Ms. Swan's personal files or at her request from her pharmacist.

SWAN 000027-29, Plaintiff's agreement with counsel, was obtained from HBSS.

G.    Bernard Gorter:

- 4 -

GORT 000001-03, Plaintiff's agreement with counsel, was obtained from

HBSS.

GORT 000004-11 were obtained from PharmaCare at Mr. Gorter's

request.


DATED:  February 12, 2007                    By  /s/ Steve W. Berman
                                                 Steve W. Berman
                                                 Sean R. Matt
                                                 Barbara A. Mahoney
                                             Hagens Berman Sobol Shapiro LLP
                                             1301 Fifth Avenue, Suite 2900
                                             Seattle, WA  98101
                                             Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594

                                             Thomas M. Sobol (BBO #471770)
                                             Ed Notargiacomo (BBO #567636)
                                             Hagens Berman Sobol Shapiro LLP
                                             One Main Street, 4th Floor
                                             Cambridge, MA  02142
                                             Telephone: (617) 482-3700
                                             Facsimile: (617) 482-3003

                                             Elizabeth Fegan
                                             Hagens Berman Sobol Shapiro LLP
                                             60 W. Randolph Street, Suite 200
                                             Chicago, IL  60601
                                             Telephone: (312) 762-9235
                                             Facsimile: (312) 762-9286

                                             Jeffrey Kodroff
                                             John Macoretta
                                             Spector, Roseman & Kodroff, P.C.
                                             1818 Market Street, Suite 2500
                                             Philadelphia, PA  19103
                                             Telephone: (215) 496-0300
                                             Facsimile: (215) 496-6611

Marc H. Edelson, Esq.
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**VERIFICATION**

I, James Buckley, am the Plan Administrator for Plaintiff New England Carpenters

Health Benefits Fund [Carpenters] in the above-entitled action and have read the interrogatory

served upon Carpenters by the defendant, and the foregoing answer to the interrogatory, as it

applies to Carpenters, is true according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ___2/12___, 2007.

James Buckley

001821-13 148734 V1

**VERIFICATION**

I, Donny Dowlen, am a vice president at Southern Benefit, the third-party administrator for Plaintiff Pirelli Armstrong Retiree Medical Benefits Trust [Pirelli] in the above-entitled action and have read the interrogatory served upon Pirelli by the defendant, and the foregoing answer to the interrogatory, as it applies to Pirelli, is true according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on *February 9* , 2007.

_____
[name]

## VERIFICATION

I, William Einhorn, am the Plan Administrator for Plaintiff Teamsters Health & Welfare Fund of Philadelphia and Vicinity [Teamsters] in the above-entitled action and have read the interrogatory served upon the Teamsters by the defendant, and the foregoing answer to the interrogatory, as it applies to the Teamsters, is true according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2007.

_____
William Einhorn

001821-13 148734 V1

## VERIFICATION

I, Arthur Steinberg, am the Plan Administrator for Plaintiff Philadelphia Federation of

Teachers Health & Welfare Fund [Teachers] in the above-entitled action and have read the

interrogatory served upon Teachers by the defendant, and the foregoing answer to the

interrogatory, as it applies to Teachers, is true according to the best of my knowledge,

information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on ⟨2/6/⟩ _____, 2007.



_____
Arthur Steinberg

## VERIFICATION

I, Audrey Browne, am the Director of Regulatory Compliance & Contract Procurement for Plaintiff District Council 37 Health & Security Plan [DC 37] in the above-entitled action and have read the interrogatory served upon DC 37 by the defendant, and the foregoing answer to the interrogatory, as it applies to DC 37, is true according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2007.

_Audrey A. Browne_
Audrey A. Browne

001821-11 149734 V1

## VERIFICATION

I, June Swan, am a plaintiff in the above-entitled action and have read the interrogatory served upon me by the defendant, and the foregoing answer to the interrogatory is true, as it applies to me, according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _February 7_, 2007.

_June Swan_
June Swan

- 12 -

**VERIFICATION**

I, Barnard Gorter, am a plaintiff in the above-entitled action and have read the interrogatory served upon me by the defendant, and the foregoing answer to the interrogatory is true, as it applies to me, according to the best of my knowledge, information, and belief.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____, 2007.


_____
Barnard Gorter

001821-13  148734 V1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above-referenced document was served upon the attorney of record listed below by electronic mail on February 12, 2007.

Mark Redman
Office of General Counsel
The Hearst Corporation
959 Eighth Avenue
New York, NY 10019-3737

*Counsel for First Databank, Inc.*

Lori A. Schechter
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2482

*Counsel for McKesson Corporation*

  /s/ **Steve W. Berman**
Steve W. Berman

001821-13 148734 V1

# Exhibit 2

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 15, 2007

*By E-Mail*

Barbara A. Mahoney
Hagens Berman Sobol & Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Writer's Direct Contact
415/268-6848
TCheung@mofo.com

Re:    *New England Carpenters Health Benefit Fund v. First DataBank*

Dear Barbara:

Additional IMS documents, bates-labeled MCKAWP 0095515 - 0126104, will be available tomorrow morning for inspection or copying. Please let us know if you would like to inspect or copy these documents. We are continuing our rolling production and anticipate that we will have additional IMS documents available next week.

Sincerely,

Tiffany Cheung

sf-2284842