UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; MAUREEN COWIE; JUNE SWAN; and BERNARD GORTER,<br><br>                          Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and MCKESSON CORPORATION, a Delaware corporation,<br><br>                          Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Magistrate Judge Robert B. Collings |

**STIPULATION REGARDING INTERROGATORIES AND WITHDRAWAL OF DEFENDANT MCKESSON CORPORATION'S MOTION TO COMPEL**

Plaintiffs and defendant McKesson Corporation (collectively, "the parties") hereby stipulate to the following:

1. The parties withdraw their objections to the timing of the interrogatories in McKesson's First Set of Interrogatories and plaintiffs' Third Set of Interrogatories calling for the parties to "state the basis" for certain allegations or affirmative defenses, and agree to serve responses to those interrogatories on April 24, 2007.

3.	McKesson withdraws its pending Motion to Compel Interrogatory Responses [Docket No. 208-210], scheduled for a hearing before Magistrate Judge Robert B. Collings on Friday, April 6, 2006.

4.	In light of McKesson's objection that plaintiffs' Third Set of Interrogatories contain multiple subparts that exceed the 25-interrogatory limit, plaintiffs agree to limit their Third Set of Interrogatories to the first 15 affirmative defenses set forth in McKesson's Answer to the Second Amended Class Action Complaint, and further agree that the Third Set of Interrogatories shall be counted as 15 interrogatories for purposes of the 25-interrogatory limit of Local Rule 26.1(c).

Dated: April 5, 2007

| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER | MCKESSON CORPORATION |
|---|---|
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Thomas M. Sobol<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 | /s/ Paul Flum<br>Paul Flum<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 5, 2007.

                                          /s/ Paul Flum
                                          Paul Flum