UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CLASS PLAINTIFFS AND SETTLING DEFENDANT FIRST DATABANK, INC'S
REQUEST FOR A STATUS CONFERENCE**

Class Plaintiffs and settling defendant First Databank, Inc., respectfully request that the Court schedule a status conference in connection with the proposed settlement to advise the Court of the status of the settlement and certain amendments to provide greater clarity to the provisions of the Proposed Settlement, and to present a final form of the proposed notice and notice plan.

On October 4, 2006, the Class Plaintiffs and the settling defendant First Databank, Inc., filed a Settlement Agreement and Release. On October 24, 2006 this Court conducted a preliminary approval hearing. Subsequent to the preliminary approval hearing, the Class Plaintiffs and the settling defendant First Databank, Inc filed follow-up submissions. On November 22, 2006, the Court issued an order preliminarily approving the Proposed Settlement.

All that was left to be undertaken at that point was for the Class Plaintiffs and the settling defendant First Databank Inc., to file a proposed form of a Preliminary Approval Order with the final notice with applicable dates.

Accordingly, Class Plaintiffs and the settling defendant First Databank, Inc., wish to appear before the Court in order to present the clarifying amendments and a Final Form Proposed Notice for the Settlement and the establishment of dates pertinent thereto. We anticipate that the status conference would be brief. Since the Court has scheduled another hearing in this action for May 22, 2007, that date is a convenient one. Any other date in the next week or so would also be welcome as an alternative.

Respectfully submitted,

DATED: May 9, 2007

By /s/ Thomas M. Sobol
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## CERTIFICATE OF SERVICE

    I, Thomas M. Sobol, hereby certify that I am one of plaintiffs' attorneys and that, on May 9, 2007, I caused copies of the papers annexed hereto to be served on all counsel of record in this proceeding via CM/ECF filing and email.

                                               **/s/ Thomas M. Sobol**

Dated: May 9, 2007