| | | |
|---|---|---|
| One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 426-3900<br>Facsimile: (617) 426-0380<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA, LLP** | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

May 8, 2007

**VIA HAND DELIVERY**
Clerk of Court
United States District Court – District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:   *New England Carpenters Health Benefit Fund, et al. v. First DataBank, et al.*
      No. 1:05-CV-11148-PBS

Dear Sir or Madam:

Enclosed please find the following documents to be filed Under Seal:

1. McKesson Corporation's Sur-reply in Opposition to Class Certification [DKT. 251], (*with Appendices A and B*) [unredacted version];

2. Declaration of Lori A. Schechter in Support of McKesson Corporation's Sur-Reply in Opposition to Class Certification [DKT. 252], (*with Exhibits 23 through 30*) [unredacted version]; and

3. Rebuttal Expert Declaration of Robert D. Willig [DKT. 249], (*with Appendices A through D*) [unredacted version].

If you have any questions, please do not hesitate to contact me at 617-426-3900. Thank you for your attention to this matter.

Very truly yours,

Nicole L. Johnson

Enc.
cc:   Lori A. Schechter, Esq. (*via Electronic Mail*)
      Tiffany Cheung, Esq. (*via Electronic Mail*)