UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
NEW ENGLAND CARPENTERS HEALTH        )
BENEFITS FUND; PIRELLI ARMSTRONG     )
RETIREE MEDICAL BENEFITS TRUST;      )
TEAMSTERS HEALTH & WELFARE FUND      )
OF PHILADELPHIA AND VICINITY;        )
PHILADELPHIA FEDERATION OF           )
TEACHERS HEALTH AND WELFARE FUND;    )
DISTRICT COUNCIL 37,                 )
AFSCME - HEALTH & SECURITY PLAN;     )
JUNE SWAN; MAUREEN COWIE and         )
BERNARD GORTER,                      )
                                     )   Case No. 1:05-CV-11148-PBS
                    Plaintiffs,      )
                                     )
v.                                   )
                                     )
FIRST DATABANK, INC., a Missouri     )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation,              )
                                     )
                    Defendants       )
_____)

**JOINT MOTION TO RESCHEDULE MEDIATION CONFERENCE BEFORE
MAGISTRATE JUDGE HILLMAN**

Plaintiffs and Defendant McKesson Corporation jointly move the Court to reschedule the mediation conference currently set for May 23, 2007. In support of this motion, the parties state as follows:

On March 27, 2007, the Court issued an Order Regarding Mediation. The Order indicated that the parties should notify the Court if the case was not ready for mediation. The parties have conferred and agree that a postponement of 60 days would enhance any mediation of this case. Noticed depositions are expected to continue through June and July. The parties may choose to seek private mediation at a future date and will so notify the Court in that event.

Accordingly, the parties jointly request that the Court postpone the mediation currently set for May 23, 2007 to a date after July 30, 2007, that is convenient for the Court.

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER | MCKESSON CORPORATION |
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |
| Thomas M. Sobol<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 | |

Dated: May 14, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 14, 2007.

        /s/ Steve W. Berman_____