UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, | C.A. No. 1:05-CV-11148-PBS |

Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri
corporation; and McKESSON
CORPORATION, a Delaware corporation,

Defendants.

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL MCKESSON'S 30(B)(6) WITNESS
AND TO PROVIDE MORE SPECIFIC RESPONSES TO
PLAINTIFFS' THIRD SET OF INTERROGATORIES**

I, Steve W. Berman, hereby declare that:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle,

Washington, office, and I am one of counsel for the plaintiffs in the above-captioned matter.  I

submit this declaration in support of Plaintiffs' Motion to Compel.

2.      Attached to my declaration as Exhibit 1 is a copy of Plaintiffs' amended

deposition notice, dated April 9, 2007.

3.      Attached to my declaration as Exhibit 2 is a copy of the chart presented by

McKesson at Ms. Glasco's deposition.

4.      Attached to my declaration as Exhibit 3 is a copy of the transcript of the May 8, 2007 deposition of Michelle Glasco, McKesson's 30(b)(6) designee.

5.      Attached to my declaration as Exhibit 4 is a copy of the May 10 letter from our firm to Tiffany Cheung, McKesson counsel, requesting that McKesson provide another, more knowledgeable 30(b)(6) witness within 10 days and that McKesson pay Plaintiffs the costs and fees associated with the Glasco deposition.  McKesson did not respond to our letter.

6.      The parties met and conferred on May 4 regarding the responses to their respective contention interrogatories.  McKesson amended some of its responses to address Plaintiffs' concerns but refused to address Plaintiffs' principle objections, which are outlined in this brief.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of May 2007.


                                    **/s/ Steve W. Berman**
                                    STEVE W. BERMAN

**CERTIFICATE OF SERVICE**

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 15th day of May, 2007.

By **     /s/ Steve W. Berman          **

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  | C.A. No. 1:05-CV-11148-PBS |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, | |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF
MCKESSON'S 30(b)(6) WITNESS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), the undersigned counsel will take the deposition of the representative of McKesson Corporation (hereafter "McKesson" or "You" or "Your") who is knowledgeable about the custodians of record of documents You have produced or were requested to produce in this litigation, including their titles and what department(s) or division(s) they belonged to from 2000 through the present; whether they are still employed by McKesson and if not, their last known address; how the production of their records is organized, including which of their files were searched to ensure that all responsive, non-privileged documents were produced; and how, if at all, the

- 1 -

**Exhibit 1**

organization of Your production by custodian is reflected in the source log You have provided in this litigation.

The deposition will be taken on May 8, 2007, beginning at 9:30 a.m. in San Francisco at a location to be determined. The deposition will be recorded by stenographic and/or sound and visual means and will take place on the date and time indicated and at a location to be determined.

DATED: April 9, 2007

By **/s/ Steve W. Berman**

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 9, 2007.

/s/ Steve W. Berman_____
Steve W. Berman

001821-13 164217 V1

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Alfaro, Adolfo R. | Sr. Tech Financial Analyst/Pricing Profitability 2 | 2/18/2004 | Senior Account Coordinator (3/05) | | MCKAWP 0052348 – 0052350* MCKAWP 0052352* | Alfaro hard drive |
| Amerine, Dolores I | Customer Service Rep 4/CC Customer Relations 2 | 5/5/1997 | Account Coordinator (11/04) Account Manager (4/04) Client Service Rep 2 (12/03) Senior Account Rep (9/03) Account Manager (9/03) Account Coordinator (4/01) CSR/F (3/00) | | MCKAWP 0052443 – 0052444 | Amerine hard drive |
| Bishop, Michael | Account Manager, CC – Customer Care (4/00) | 4/2/2000 | | | MCKAWP 0052436* MCKAWP 0052351* MCKAWP 0052353 – 0052361* MCKAWP 0052365* | Bishop hard drive |
| Bissler, Edward C | VP Natl Accts/National Accounts (5/98) | 6/17/1991 | | | MCKAWP 0052451 - 0056575 | Bissler hard drive |

* - Documents from Organizational Charts; † - Documents produced in other Litigations

1

**Exhibit 2**

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Bonner, John D | Director, Brand Rx Prod. Mgmt./Investment Purchasing - Rx Merchandising (8/00) | 5/1/1984 | | | MCKAWP 0075974 - 0076872; MCKAWP 0076873 - 0076953 | Bonner hard drive; Server network drive |
| Castaldo, Ronald T | Promo Buying Mgr/Prod Management – Purchasing (2000) | 4/1/96 | | | MCKAWP 0049364 - 0052135; MCKAWP 0052266 - 0052266*; MCKAWP 0076954 - 0076980; MCKAWP 0092036 - 0093733 | Castaldo hard drive; Server network drive; Castaldo hard copy documents |
| Castillo, Pia H | Data Management Analyst 2/Procurement Systems 2 (2004) | 4/10/1989 | Lead Clerk (2000) | | MCKAWP 0029963 - 0035159; MCKAWP 0052180 - 0052181*; MCKAWP 0052195 - 0052198*; MCKAWP 0085228 - 0085340 | Castillo hard drive; Castillo hard copy documents |
| Catton, Rex M | VP Natl Accts/National Accounts | 1/25/1987 | Natl Acct Rep - East (7/00) | | MCKAWP 0075719 - 0075765 | Catton hard drive |
| Cullenward, Eric A. | Director Procurement Systems/Inventory Mgmt (2002) | 6/1/1991 | Manager Procurement Systems/Inventory Management (1999) | | MCKAWP 0035160 - 0035415; MCKAWP 0052136 - | Cullenward hard drive |

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| | | | | | 0052179* 0052210*; MCKAWP 0052199 — | |
| Dela Cruz, Priscila | Data Integrity Associate/Procurement Systems 2 (2004) | 10/20/1997 | Service Clerk Lead (2000) | | MCKAWP 0073837 - 0074076 | DelaCruz hard drive |
| Dolan, Anthony F | VP Natl Accts/National Accounts (1998) | 8/26/1998 | | | MCKAWP 0052341 — 0052347*; MCKAWP 0056576 - 0057217 | Dolan hard drive |
| Eckel, Michael R | VP, Business Development/Access Health Operations (2007) | 4/1/1996 | VP Strategic Solutions/National Accounts (2003); VP National Accounts/National Accounts (2000) | | MCKAWP 0052369 — 0052377*; MCKAWP 0052400 — 0052405*; MCKAWP 0076981 - 0079483; MCKAWP 0095509 - 0095514 | Eckel hard drive |
| Fallon, June M. | VP, Cust. Program Development/Franchise Management (2007) | 2/11/2002 | VP Strategic Solutions (2002); President of National Accounts, Pharma (2003) | | MCKAWP 0052366 — 0052368*; MCKAWP 0079484 - 0080697; MCKAWP 0052410* | Fallon hard drive |
| Figueroa, John | President, US Pharma Dist./U.S. Pharmaceutical (2006) | 8/11/1997 | Sr. Vice President National Accounts, SW Region (2000) | | MCKAWP 0084695 - 0085200 | Figueroa hard drive |
| Fragie, Jack | EVP, Retail National Accounts/Pharmaceutical National Accounts | 3/22/1982 | Sr. Vice President, National Accounts/ Pharmaceutical National | | MCKAWP 0080598 - 0080626 | Fragie hard drive |

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Friedman, Leslie R | Process Manager/Process Management (2006) | 8/13/1990 | Purchasing Systems Manager/Inventory Management (2000) | | MCKAWP 0081166 - 0083440<br>MCKAWP 0093734 - 0093870 | Friedman hard drive<br>Friedman hard copy documents |
| Gabaeff, Rose | Public Affairs, Representative, Public Affairs (5/05) | 5/23/2005 | | 36 Cervantes Blvd No. 6 San Francisco, CA 94123 DOT 10/06 | MCKAWP 0052396* | Gabaeff hard drive |
| Gamlin, Ryan | Financial Analyst, Pricing Profitability (2005) | 5/16/2005 | | | MCKAWP 0052396* | Gamlin hard drive |
| Harber, Stacey L. | Contract Administration Manager/Prod & Services- Access Health (2003) | 2/22/2003 | Project Manager 1 (11/02) | | MCKAWP 0075766 - 0075936 | Harber hard copy documents |
| Harbour, Sheri | Senior Account Manager/Customer Care - Customer Relations (8/2003) | 6/17/1996 | AtLink Manager (5/18/2001)<br>Credit Manager 2 (7/01) | Work: 17 Hughes Irvine, CA 92618 Residence: 18 Corn Flower St Trabuco Canyon, CA 92679 DOT 2005 | MCKAWP 0052449 - 0052450*<br>MCKAWP 0052261 - 0052264*<br>MCKAWP 0072066 - 0073836<br>MCKAWP 0095326 - 0095442 | Harbour hard drive |
| Herzfeld, Jeff | SVP Pharmaceutical Product / Pharma Finance (1996) | | | | MCKAWP 0093871 - 0093920<br>MCKAWP 0093920 | Herzfeld hard drive<br>Herzfeld hard copy documents |

* - Documents from Organizational Charts; † - Documents produced in other Litigations

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| James, Robert V. | VP, Branded Rx/Finance Investment Purchasing (2002) | 7/26/1999 | Director Brand Rx/Product Management (1999); Nat'l Account Manager/ Customer Care – Customer Relations (3/04) | | MCKAWP 0052182 – 0052183*; MCKAWP 0052193 – 0052194*; MCKAWP 0062271 – 0071594; MCKAWP 0095443 – 0095458; MCKAWP 0080627 – 0080701; MCKAWP 0093921 – 0093942 | James hard copy documents; Server network drive; James hard drive |
| Jefferies, Dan Neil (2004) | Senior Account Manager/Customer Care - Customer Relations (9/04) | 2/3/1997 | Cust Serv Manager 3, Client Service Rep 3 (2/04); National Acct Manager (9/03); Account manager(11/02); Account Manager II(8/00); Coordination Team Manager(7/00) | | MCKAWP 0052445 – 0052448* | Jeffries hard drive |
| Jones, Robert T (2000) | Director, E-Commerce Prod Mgmt/Marketing-E-Commerce 1 | 11/9/1996 | | | MCKAWP 0052420 – 0052428*; MCKAWP 0052435 – 0052439* | Jones hard copy documents |

Tyler

* - Documents from Organizational Charts; † - Documents produced in other Litigations

5

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| | | | | | MCKAWP 0083441 - 0084289 | |
| | | | | | MCKAWP 0093943 - 0093949 | |
| | | | | | MCKAWP 0095498 - 0095508 | |
| Kelley, Sean | Analyst, Data Provis. & Anal./Mktg Analytics and Reporting | 7/18/2005 | | | MCKAWP 0097006 - 0097107; MCKAWP 0136110 - 0140166; MCKAWP 0140314 - 0140337 | Kelley hard drive |
| Legal Department | | | | | MCKAWP 0000001 - 0007474† | |
| Lindsay, Telisca (2003) | Client Services Rep 2/Customer Care-Customer Relations | | Customer Service Rep4, Account Manager 2 (7/01) Account Coordinator (4/01) Account Representative (3/01) Customer Care Account Rep2 (4/00) | | MCKAWP 0052437 - 0052438* | Lindsay hard drive |
| Mahbouba, Mohammed H. | Director, Analytic Services/Marketing Analytic Services (2006) | 5/30/2006 | | | MCKAWP 0097108 - 0097238 | Mahbouba hard drive |
| Mallari, Maribel | Public Affairs Coordinator/ Public Affairs (1998) | 1/13/1997 | | | MCKAWP 0052414 - 0052419* | Mallari hard drive |
| Martindale, Karen | Account Manager/National Accounts (2000) | 8/1/1994 | | | MCKAWP 0052440 - 0052442* | Martindale hard drive |

* - Documents from Organizational Charts; † - Documents produced in other Litigations

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| | | | | | MCKAWP 0075598 - 0075718 | |
| Mayorchuk, Galina | Data Managment Analyst 2/Procurement Systems 2 (2004) | 11/11/1991 | Business System Analyst 2/Business Information Systems (2001 -2004); Business Data Analyst/Business Information Systems (2000-2001) | | MCKAWP 0052184 – 0052192*; MCKAWP 0057218 - 0062270; MCKAWP 0080702 - 0080972; MCKAWP 0094100 - 0095284 | Mayorchuk hard drive; Server network drive; Mayorchuk hard copy documents |
| McAndrews, Brian | Director Public Affairs, Public Affairs (7/03) | 7/14/2003 | | | MCKAWP 0052399* | McAndrews hard drive |
| McKenna Jr., Edward L. (2003) | VP, Strategic Solutions/National Accounts | 4/14/2003 | | | MCKAWP 0080973 - 0081079 | McKenna hard drive |
| Moore, Leonard C | Account Coordinator/CC Customer Relations 2 | 10/21/1996 | | | MCKAWP 0081080 - 0081097 | Moore hard drive |
| Myung, C. Lidia (2006) | Manager, Business Analysis/Marketing Analytics (2006) | 3/13/2006 | Director Business Initiative/Pharma (2005); Director Strategic Soulitions/Pharma (2003) | | MCKAWP 0097239 - 0120174; MCKAWP 0126105 - 0127435; MCKAWP 0140294 - 0140313; MCKAWP 0140406 - 0140417; MCKAWP 0144775 - 0151554 | Myung hard drive |
| Norris, Becca | Director, Strategic Solutions/ Public Affairs (2007) | | | | MCKAWP 0052362 - 0052364* | Norris hard drive |

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Pang, Wai H | Data Integrity Associate/Procurement Systems 2 (1999) | 11/8/1999 | Director Resource Management/MPT (2000); Staff Asst./Pricing/Stat File/ NISR (2005) | | MCKAWP 0085341 – 0085760; MCKAWP 0120175 – 0126104 | Pang hard copy documents |
| Parsons, Brett S. | Director Business Intelligence/Marketing Analytic Services (2004) | 3/13/2001 | Manager, Market Intelligence/Marketing Analytic Services (2004); Senior Market Analyst Rx Product Management (3/01-8/01); Manager, Market Analytics Generic Rx Products (2001-2004) | | MCKAWP 0127436 – 0136109; MCKAWP 0140167 – 0140293; MCKAWP 0140338 – 0140405; MCKAWP 0140418 – 0142911 | Parsons hard drive |
| Perez, Laura | Data Management Analyst/Procurement Systems 2 | 9/3/1974 | BIS Analyst/Procurement Systems (4/00); Finances Manager/ Customer & Financial Servs Ops (1/06); Finance Manager/ Customer & Financial Servs Ops (8/05); Credit Manager 4/ Customer & Financial Servs Ops (7/01) | | MCKAWP 0052381 – 0052386* | Perez hard drive |
| Phillips, Boyd L | Sr. Dir. Process & Data Mgmt/Customer & Financial Servs Ops | 10/24/1988 | BPI Project Manager/ Customer & Financial Servs Ops (4/01) | | MCKAWP 0052291 – 0052340* | Phillips hard drive |

\* - Documents from Organizational Charts; † - Documents produced in other Litigations

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Ray, Darlene | Director Customer Relations/Customer Care (2003) | 11/9/1996 | Director of Process Optimization/Customer & Financial Servs Ops (11/00); Manager Customer Administration (11/96) | | MCKAWP 0074077 - 0075597; MCKAWP 0093950 - 0094022 | Ray hard drive; Ray hard copy documents |
| Rosa, Anthony T. | Senior Manager, MHS Pricing/Pricing Profitability 6 (12/06) | 7/19/2004 | Manager/Pricing Profitability (2005); Senior Analyst/Pricing Profitability (2004) | | MCKAWP 0052378* - 0052391*; MCKAWP 0052388 - ; MCKAWP 0052397 - 0052398* | Rosa hard drive |
| Tate, Kimber | Manager, Litigation Support Services (Corporate)/Legal (2000) | 11/21/1992 | | | MCKAWP 0052387* - 0052394*; MCKAWP 0052392 - | Tate hard drive |
| Terrell, Ricky N | Senior Account Manager Customer Relations 3/Customer Care | 11/96 | Director of Customer Relations (2/04); Senior Account Manager (11/99) | 4414 Carlton Drive Garland, TX 75043; Long Term Disability | MCKAWP 0052429 - 0052434* | Terrell hard drive |
| Thomas, Erlinda | Manager Business Information Services/Procurement Systems 2 (1995) | 5/12/1970 | | | MCKAWP 0035416 - 0049363; MCKAWP 0052211 - 0052260*; MCKAWP 0081098 - 0081133; MCKAWP 0094099 - ; MCKAWP 0094023 - 0094023 | Thomas hard drive; Server network drive; Thomas hard copy documents |
| Thompson, Sam D | VP, Strategic Solutions/National Accounts (2001) | 12/1/1999 | | VP National Accounts (1999) | MCKAWP 0052379 - 0052380* | Thompson hard drive |

* - Documents from Organizational Charts; † - Documents produced in other Litigations

| Custodian Name | Current Title/Dept | Hire Date | Former Titles/Dept | Last Known Address (if not current employee) | Production Bates Ranges | Document Location |
|---|---|---|---|---|---|---|
| Yonko, Gregory S. | Senior Vice President, Purchasing/Pharma Finance (2000) | 10/1/1976 | | | MCKAWP 0052267 – 0052290*<br>MCKAWP 0084290 - 0084668<br>MCKAWP 0084669 - 0084694 | Yonko hard drive<br>Server network drive |
| Vallao, Lilibeth O | Lead Clerk/Procurement Systems 2 (7/99) | | | | MCKAWP 0052411 – 0052413* | Vallao hard drive |
| Torres-Morgan, Martha | Director, Brand Rx Product Management/Investment Purchasing-Rx Merch (2003) | 11/6/2000 | Manager, Market Analytics, Generic Rx Product Management (2002)<br>Sr. Market Analyst, Rx Product Management (8/01) | | MCKAWP 0052406* 0072065<br>MCKAWP 0071595 - 0085227<br>MCKAWP 0085201 - 0052409*<br>MCKAWP 0052407 – | Torres-Morgan hard drive<br>Torres-Morgan hard copy documents |
| | | | | | MCKAWP 0081134 - 0081165 | |

5-8-O7 MICHELLE GLASCO.txt

```
  1            UNITED STATES DISTRICT COURT

  2            DISTRICT OF MASSACHUSETTS

  3                   ---oOo---

  4  NEW ENGLAND CARPENTERS HEALTH
     BENEFITS FUND, et al.,
  5
                 Plaintiffs,
  6
         vs.                        No. 1O5-CV-11148-PBS
  7
     FIRST DATA BANK, INCORPORATED AND
  8  MCKESSON CORPORATION,

  9                 Defendants.

 10  _____//

 11

 12

 13       VIDEOTAPED DEPOSITION OF MICHELLE GLASCO

 14

 15

 16

 17  DATE:        May 8, 2007

 18

 19  TIME:        10:22 a.m.

 20

 21  LOCATION:    Morrison & Foerster
                  425 Market Street
 22               San Francisco, California 94105

 23  REPORTED BY: BRIDGET M. MATTOS
                  Certified Shorthand Reporter
 24               License Number 11410

 25
```

                                                    1



  1                      APPEARANCES
                        Page 1

**Exhibit 3**

5-8-07 MICHELLE GLASCO.txt

2

3  FOR PLAINTIFFS:

4          HAGENS, BERMAN, SOBOL, SHAPIRO, LLP

5          BY:  NICK STYANT-BROWNE, Attorney at Law

6          1301 Fifth Avenue, Suite 2900

7          Seattle, Washington 98101

8          (206) 623-7292

9

10 FOR DEFENDANTS:

11          MORRISON & FOERSTER

12          BY:  PAUL FLUM, Attorney at Law

13          425 Market Street

14          San Francisco, California 94105

15          (415) 268-7335

16

17 ALSO PRESENT:  KIMBIR TATE, McKESSON CORPORATION

18

19 THE VIDEOGRAPHER:

20          GABE ABENDROTH

21          GOLDEN GATE REPORTING

22          35 Mitchell Boulevard, Suite 8

23          San Rafael, California 94903

24          (415) 491-4611

25

                                                    2

1                  I N D E X

2                                          Page

3  EXAMINATION BY MR. STYANT-BROWNE              5, 38

4  EXAMINATION BY MR. FLUM                          40

5
                    Page 2

5-8-07 MICHELLE GLASCO.txt

6                         E X H I B I T S

7   PLAINTIFFS'                                              Page

8   1    Amended Notice of Taking Deposition          8

9   2    McKesson's Source Log                        12

10  3    Organizational Chart                         16

11                        ---oOo---

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        3



1                    P R O C E E D I N G S

2              THE VIDEOGRAPHER:   Today's date is May 8th,

3    2007.   The time on the video monitor is 10:22 a.m.

4    this is Tape Number 1, Volume Number 1, in the

10:22:44  5    deposition of Michelle Glasco in the United States

6    District Court, District of Massachusetts, in the

7    matter of New England Carpenters Health Benefits Fund,

8    et al., vs. First Data Bank, Incorporated and McKesson

                        Page 3

5-8-07 MICHELLE GLASCO.txt

9    Corporation, Case Number 105-CV-11148-PBS.

10:23:09 10          We are at the offices of Morrison & Foerster,

11    the address is 425 Market Street, San Francisco,

12    California.  The deposition was noticed by plaintiff

13    attorney Nick Styant-Browne.

14          My name is Gabe Abendroth, notary public in

10:23:27 15    the State of California, contracted by Golden Gate

16    Reporting.  Today's court reporter is Bridget Mattos,

17    working for Golden Gate Reporting, located at 35

18    Mitchell Drive, San Rafael, California.

19          Counsel, please voice identify yourselves and

10:23:45 20    state whom you represent.

21          MR. STYANT-BROWNE:  Nick Styant-Browne of

22    Hagens Berman for plaintiffs.

23          MR. FLUM:  Paul Flum of Morrison and

24    Foerster, representing McKesson and the witness, and

10:23:56 25    accompanying me is Kimbir Tate of the McKesson legal

                                                          4

1    department.

2          THE VIDEOGRAPHER:  Would the court report

3    please swear in the witness.

4          (Witness sworn.)

10:24:12 5          THE WITNESS:  Yes.

6          THE VIDEOGRAPHER:  Counsel, please begin.

7                MICHELLE GLASCO,

8    called as a witness by the Plaintiffs, who, having

9    been duly sworn by me, was examined and testified as

10    hereinafter set forth:

11                ---oOo---

12          EXAMINATION BY MR. STYANT-BROWNE

5-8-07 MICHELLE GLASCO.txt

13          MR. STYANT-BROWNE:  Q.  Ms. Glasco, good

14   morning.  My name is Nick Styant-Browne, I'm one of

10:24:17 15   the attorneys for the plaintiffs in this case.

16          Would you please state your full name for the

17   record.

18          A.  Michelle Glasco.

19          Q.  Do you have a middle name?

10:24:23 20          A.  Michelle Eugena Glasco.

21          Q.  And your address, Ms. Glasco?

22          A.  1915 30th Avenue, San Francisco, California

23   94116.

24          Q.  And is that your residential address?

10:24:35 25          A.  Yes, it is.

                                                          5


1          Q.  Okay.  And do you work at corporate

2   headquarters for McKesson?

3          A.  Yes, I do.

4          Q.  Which is One --

10:24:45 5          A.  Post Street, mm-hm.

6          Q.  -- Post Street.

7          And how old are you, Ms. Glasco?

8          A.  I'm 36.

9          Q.  What's your current position with McKesson?

10:24:52 10          A.  Human resources manager.

11          Q.  Okay.  And how long have you been in that

12   position?

13          A.  Well, I was just promoted, so as of

14   yesterday.

15          Q.  Not long.

                    Page 5

5-8-07 MICHELLE GLASCO.txt

16    A.    So before that I was human resources

17  representative.

18         Q.    When did you first join McKesson?

19    A.    April 16th, 2001.

10:25:09 20         Q.    And in what capacity?

21    A.    Human resources administrative assistant.

22         Q.    And can you track through for me your

23  positions --

24    A.    Sure.

10:25:19 25         Q.    -- since 2001 when you joined as a human

                                                                    6

1  resources administrative assistant?

2         A.    Sure.  I was promoted to human resources

3  coordinator the following year, I believe it was

4  August of 2002.  And then I became a human resources

10:25:34 5  representative in December -- no, I'm sorry -- yeah,

6  December 2003, I believe, I'm not quite sure on the

7  month, but -- and then promoted to HR manager.

8         Q.    And that was yesterday?

9         A.    Yeah.

10:25:49 10         Q.    So you were human resources --

11         A.    Representative, yes.

12         Q.    -- from 2003 through 2007?

13         A.    Yes.

14         Q.    And what are your duties presently as HR

10:25:59 15  manager?

16         A.    I handle any employee relations issues that

17  come up for my client groups, as well as career

18  development, career pathing, coaching, organizational

19  development, answer some questions about -- if there's

Page 6

5-8-07 MICHELLE GLASCO.txt

10:26:16 20  any kind of questions around benefits that I'm able to

21  answer or anything like that.  But most of that is

22  outsourced, so that's general duties right there.

23       Q.    Okay.  And who are your client groups?

24       A.    The IT organization for a pharmaceutical

10:26:30 25  group, Six Sigma Organization, and that's it.

7

1       Q.    How were your duties different when you were

2  an HR representative?

3       A.    Actually, there is -- I just -- they've just

4  been expanded a little bit.  It's basically the same

10:26:52 5  thing that I've been doing for a while now.

6             MR. STYANT-BROWNE:  Could you mark that as 1,

7  please, Bridget.

8             (Deposition Exhibit 1 marked

9              for identification.)

10:27:17 10             MR. STYANT-BROWNE:  Would you have a look at

11  Exhibit 1, please, Ms. Glasco.

12       Q.    Have you seen that before?

13       A.    I have seen this before.

14       Q.    Okay.  Can you recollect when you first saw

15  it?

16       A.    Yesterday.

17       Q.    And do you see in the third line of this

18  notice, it states, "Who is knowledgeable about the

19  custodians of record of documents."

10:27:54 20             You have produced or were requested to

21  produce in this litigation, including their titles and

22  what departments or divisions they belong to from 2000

Page 7

5-8-07 MICHELLE GLASCO.txt

23  through the present, whether they are still employed

24  by McKesson, and if not their last known address, how

10:28:12 25  the production of their records is organized,

8

1  including which of their files were searched to ensure

2  that all responsive nonprivileged documents were

3  produced, and how, if at all, the organization of your

4  production by custodian is reflected in the source log

10:28:29 5  you have provided in this litigation.

6       Do you see that?

7   A.   Yes.

8   Q.   And is that your understanding of what you'll

9  be questioned about today?

10:28:37 10   A.   Yes.

11   Q.   And was yesterday the first time that you met

12  with any attorneys to prepare for your deposition?

13   A.   Yes.

14   Q.   Okay.  And who did you meet yesterday?

10:28:57 15   A.   With Kimbir and Paul.

16   Q.   Okay.  And did you meet here or at --

17   A.   We met here.

18   Q.   And how long did you meet for?

19   A.   Roughly two hours.

10:29:26 20   Q.   So I want to ask you some questions, first of

21  all, about e-mails, Ms. Glasco.  And, first of all,

22  does McKesson have any policies in relation to

23  e-mails?

24       MR. FLUM:  Objection.  Outside the scope of

10:29:39 25  the notice.

9

Page 8

5-8-07 MICHELLE GLASCO.txt

```
           1          You can answer.
           2          THE WITNESS:  I'm -- can you rephrase the
           3   question?  What kind of policies are you looking for?
           4          MR. STYANT-BROWNE:  Q.  Does McKesson have
10:29:47   5   any policies in relation to e-mails?
           6          MR. FLUM:  Same objections.  Vague.
           7          THE WITNESS:  Yeah, we -- yeah, we have
           8   policies around privacy, if that's what you're talking
           9   about.
10:29:57  10          MR. STYANT-BROWNE:  Q.  Tell me about those.
          11   A.  I couldn't speak to the exact policy, so I
          12   don't know if --
          13   Q.  When you speak of policies about privacy,
          14   what's your understanding of what the policy about
10:30:12  15   privacy is?
          16          MR. FLUM:  Objection.  Outside the scope of
          17   the notice.
          18          THE WITNESS:  Yeah, I'm not sure.  I just
          19   know I've seen something, but I couldn't tell you.  I
10:30:20  20   don't know.
          21          MR. STYANT-BROWNE:  Q.  Have you seen any
          22   policies about the storage and retention of e-mails?
          23          MR. FLUM:  Same objection.
          24          THE WITNESS:  No.
10:30:32  25          MR. STYANT-BROWNE:  Okay.
```

                                                              10

```
           1   Q.  Do you have any knowledge about any retention
```
                              Page 9

5-8-07 MICHELLE GLASCO.txt

2  policies of McKesson in relation to e-mails?

3        MR. FLUM:  Same objection.

4        THE WITNESS:  No.

10:30:43  5        MR. STYANT-BROWNE:  Q.  Do you know whether

6  or not there is a system whereby e-mails are backed

7  up?

8        MR. FLUM:  Same objection.

9        THE WITNESS:  No.  Backed up to a -- do I

10:31:00 10  no -- I'm sorry, can you repeat the question?

11        MR. STYANT-BROWNE:  Q.  Do you know whether

12  or not McKesson has any policies or procedures whereby

13  e-mails are backed up?

14        MR. FLUM:  Same objection.  Also vague.

10:31:12 15        THE WITNESS:  I don't know for sure.

16        MR. STYANT-BROWNE:  Q.  Do you know how long

17  e-mails are kept for by McKesson?

18     A.  No.

19        MR. FLUM:  Same objection.

10:31:19 20        THE WITNESS:  No.

21        MR. STYANT-BROWNE:  Q.  What was your

22  involvement in obtaining the various documents which

23  are referred to in McKesson's source log?

24     A.  I didn't have anything to do with obtaining

10:31:55 25  the documents.  The only thing that I did was run a

                                                    11

1  report that showed the current titles and departments

2  and hire dates for the employees.

3     Q.  Okay.  And I take it you did that --

4     A.  But I did not have anything to do with

10:32:10  5  obtaining the documents in the source log.

                      Page 10

5-8-07 MICHELLE GLASCO.txt

     6    Q.   I take it you did that very recently, is that

     7  right, the report that you referred to?

     8    A.   Correct.

     9       MR. STYANT-BROWNE:  Paul, I think I only have

10:32:36 10  one copy or two copies of the resource log.  Do you

    11  have a copy?

    12       MR. FLUM:  I have a copy, yes.

    13       MR. STYANT-BROWNE:  Okay.

    14       MR. FLUM:  Are you going to mark that?

10:32:42 15       MR. STYANT-BROWNE:  No, I just want to make

    16  sure you had a copy.

    17       MR. FLUM:  Okay.

    18       MR. STYANT-BROWNE:  Can you mark that 2,

    19  please, Bridget.

    20       (Deposition Exhibit 2 marked

    21        for identification.)

    22       MR. STYANT-BROWNE:  Thanks.

    23       Have a look at Exhibit 2, please, Ms. Glasco.

    24    Q.   Have you seen that before?

10:33:14 25    A.   Yes.

                                    12

     1    Q.   Did you have any involvement in the

     2  compilation of that source log?

     3    A.   No, I did not.

     4    Q.   Who did?

10:33:23  5    A.   It is my understanding that it was the

     6  lawyers, but I don't -- again, I didn't have anything

     7  to do with it.

     8    Q.   Okay.  You understand that one of the areas

5-8-07 MICHELLE GLASCO.txt

      9   that you will be questioned about today is how the

10:33:50 10   production of the various custodians who are referred

     11   to in McKesson's source log is -- of their records is

     12   organized?

     13      A.   Mm-hm.

     14      Q.   Okay.  Let's start with Bob James.  First of

10:34:09 15   all, who is Bob James?

     16      A.   Bob James is the vice president of Brand Rx.

     17      Q.   And first of all, what knowledge do you have

     18   of how Mr. James' e-mails are organized?

     19      MR. FLUM:  Objection.  Outside the scope.

10:34:37 20      THE WITNESS:  I do not have any knowledge on

     21   how his e-mails are organized.

     22      MR. STYANT-BROWNE:  Q.  Do you have any

     23   knowledge at all of how any of Mr. James' documents

     24   are organized?

10:34:46 25      A.   No, I do not.

                                       13

      1      Q.   Do you have any knowledge at all in respect

      2   of any of the sources which are named in Exhibit 2,

      3   McKesson's source log, as to how their records are

      4   organized?

10:35:01  5      MR. FLUM:  Objection.  The question is vague.

      6      You can answer.

      7      THE WITNESS:  I'm sorry, can you repeat the

      8   question?

      9      MR. STYANT-BROWNE:  Q.  Do you have any

10:35:08 10   knowledge at all as to how the various sources who are

     11   listed in McKesson's source log, which is Exhibit 2,

     12   records are organized?

5-8-07 MICHELLE GLASCO.txt

          13           MR. FLUM:  Same objections.

          14           You can answer.

10:35:19  15           THE WITNESS:  I know that they are organized

          16   by -- in the way that they were kept by the employee

          17   in the files that they looked at.

          18           MR. STYANT-BROWNE:  Q.  Well, let me break

          19   that down.

10:35:31  20           First of all, how do you know that?

          21      A.   That was how I -- what I was told by the

          22   lawyers.

          23      Q.   Okay.  Beyond what you were told by the

          24   lawyers, do you have any other independent knowledge

10:35:47  25   of how their records were organized?

                                                              14


          1      A.   No, I do not.

          2      Q.   Okay.  And aside from being told that their

          3   records were organized as they were kept -- I'm sorry,

          4   strike that.

10:36:03  5           Is your understanding that their records were

          6   produced in the way they were organized, is that your

          7   understanding?

          8      A.   In the way they were organized by the

          9   employee.

10:36:13 10      Q.   Yes.

          11      A.   Custodian.

          12      Q.   Okay.  Beyond that fact, do you have any

          13   knowledge at all as to how any of these sources in

          14   fact organized their records?

10:36:23 15           MR. FLUM:  Beyond the scope.

                               Page 13

5-8-07 MICHELLE GLASCO.txt

16        You can answer.

17        THE WITNESS:  No, I do not.

18        MR. STYANT-BROWNE:  Q.  So I want to go

19   through Exhibit 2 now, the source log.  And I

10:36:48 20   understand that you said that you've got a record that

21   you generated recently; is that correct?

22   A.   Correct.

23   Q.   May I have a copy of that, please?

24        MR. FLUM:   The record that the witness is

10:37:02 25   referring to was a document that was prepared by

15

1   counsel at counsel's direction.  The information that

2   Ms. Glasco provided to us is incorporated along with

3   other information in a document that she has in front

4   of you, and I will be happy to provide with you a copy

10:37:23 5   of that.

6        MR. STYANT-BROWNE:  Okay.  I think I should

7   mark it.

8        MR. FLUM:  That's fine.

9        MR. STYANT-BROWNE:  Can I mark that one?

10:37:28 10        MR. FLUM:  Of course.

11        MR. STYANT-BROWNE:  Could you mark it, 3

12   please, Bridget.

13        (Deposition Exhibit 3 marked

14          for identification.)

10:37:44 15        MR. STYANT-BROWNE:  Q.  Could you tell us

16   what this document is, please, Ms. Glasco?

17   A.   It has the custodians name and current title

18   and department, as well as their hire date.  It also

19   has their -- any former titles or departments that we

Page 14

5-8-07 MICHELLE GLASCO.txt

10:38:01 20   were able to get last known addresses if the employee

21   was not current, is not a current employee.  It has

22   the production Bates ranges, as well as where the --

23   we -- where the documents were located, that the legal

24   team got.

10:38:22 25       Q.    Okay.  Did you --

16

1        MR.  FLUM:  Did you finish your answer?

2        THE WITNESS:  Yes.

3        MR.  STYANT-BROWNE:  Q.  Did you generate this

4   report?

10:38:28 5        A.    No, I generated the current title/department

6   and hire date, and that was it.

7        Q.    Who else was involved, to your knowledge, in

8   the generation of the report?

9        A.    The lawyers.

10:38:37 10       Q.    Okay.  And do you know when it was produced?

11       A.    The exact date, no.

12       Q.    Okay.  When did you first see it?

13       A.    Yesterday.

14       Q.    And when did you provide the information that

10:38:47 15   you did about the hire dates and employment history of

16   the various sources?

17       A.    Last week.

18       Q.    And have you cross-referenced this document

19   with Exhibit 2?

10:39:02 20       A.    Two.  Myself, no, I have not.

21       Q.    But it's your understanding, is it, that this

22   lists each of the sources as custodians, which are set

Page 15

5-8-07 MICHELLE GLASCO.txt

23  out in Exhibit 2?

24        A.    Yes.   Again, though, I could only provide

10:39:21 25  documentation for pharmaceutical employees, if there's

17

1  anyone on here that was not a pharmaceutical employee,

2  I don't have access to those employees.

3        Q.    Okay.   Are there custodians on this document

4  who are not pharmaceutical employees?

10:39:35 5        A.    That I do not know.   Yes, there are.

6        Q.    Do you have any knowledge as to who provided

7  the information in respect of those persons?

8        A.    No, I do not.   The bulk of them are

9  pharmaceutical employees, though.

10:40:21 10        Q.    So let's go through the pharmaceutical

11  employees, Ms. Glasco.

12        A.    Sure.

13        Q.    First of all, who was the first

14  pharmaceutical employee on Exhibit 3?

10:40:31 15        A.    Adolfo Alfaro, which is -- he goes by Robert.

16        Q.    Okay.   And what department is he with?

17        A.    He's in the pricing profitability department.

18        Q.    And do you have any knowledge of what the

19  functions of that department are?

10:40:48 20            MR. FLUM:   Objection.   Outside the scope.

21            THE WITNESS:   No.

22            MR. FLUM:   You can answer.

23            THE WITNESS:   No, I don't know.

24            MR. STYANT-BROWNE:   Okay.

10:40:53 25        Q.    Do you know Mr. Alfaro personally?

18

Page 16

5-8-07 MICHELLE GLASCO.txt

```
          1     A.   No, I do not.
          2     Q.   And whereabouts is Mr. Alfaro located?
          3          MR. FLUM:  Outside the scope.
          4          You can answer.
10:41:08  5          THE WITNESS:  I don't know.  I believe he is
          6     at One Post, but I do not know for sure.
          7          MR. STYANT-BROWNE:   Okay.
          8     Q.   Go to the next Pharma employee, please.
          9     A.   Dolores Amerine, I believe.  She's a customer
10:41:31 10     service rep with the customer relations department.
         11     Q.   What page is she on, sorry?  Oh, I see.
         12     A.   Is that what you -- okay.
         13     Q.   Okay.  And do you know where she is located?
         14          MR. FLUM:  Outside the scope.
10:41:46 15          You can answer.
         16          THE WITNESS:  I don't know for sure.  The
         17     customer care -- most of these employees are in *
         18     Carolton, Texas, but I do not for sure if that's where
         19     she's located.
10:41:57 20          MR. STYANT-BROWNE:   Q.   And I take it you
         21     have no knowledge of the functions of the customer
         22     care department?
         23          MR. FLUM:  Same objection.
         24          THE WITNESS:  No.
10:42:06 25          MR. STYANT-BROWNE:   Okay.
                                                                19



          1     Q.   Who's next?
```

Page 17

5-8-07 MICHELLE GLASCO.txt

2      A.   Michael Bishop, account manager, customer

3   care.

4      Q.   Okay.  And do you know where he's located?

10:42:14 5      A.   I don't know for sure.  Customer care is

6   generally located in Texas, but I don't know if that's

7   where he's located.

8      Q.   And you don't know Mr. Bishop personally?

9      A.   No, I do not.

10:42:28 10      Q.   Then go on to Mr. Bissler.

11      A.   Ed Bissler is the vice president of national

12   accounts.  National accounts is the department as

13   well.  I do not know Ed, and I don't know where he is

14   located.

10:42:43 15      Q.   Do you know what the functions of national

16   accounts department are?

17           MR. FLUM:  Outside the scope.

18           THE WITNESS:  They sign -- I know for the

19   sales department they sign the bigger accounts, the

10:42:54 20   national chains.  That's about as much as I know.

21           MR. STYANT-BROWNE:  Okay.

22      Q.   And then do you see that in the last column

23   on the first page of Exhibit 2 there's a heading

24   "Document Location"?

10:43:13 25      A.   Uh-huh.

                                                          20

1      Q.   And do you see for the various custodians who

2   you've named, it states that the document location was

3   in their respective hard drives?

4      A.   Correct.

10:43:25 5      Q.   And that's your understanding that that's

                    Page 18

5-8-07 MICHELLE GLASCO.txt

     6  correct, is it?

     7     A.   That is my understanding.  Again, I didn't do

     8  the searches, but that's my understanding.

     9     Q.   Okay.  Aside from the hard drives, do you

10:43:37 10  have any knowledge of any searchs that were done of

    11  other documents in respect to those custodians?

    12       MR. FLUM:  Objection.  Outside the scope.

    13       You can answer the question.

    14       THE WITNESS:  I don't know if other searches

10:43:52 15  were done for these people in particular, no.

    16       MR. STYANT-BROWNE:  Okay.

    17     Q.   Let me skip to Page 4 for a moment.

    18       And do you see at the bottom of Page 4 the

    19  custodian name Jeff Herzfeld?

10:44:25 20     A.   I do.

    21     Q.   Okay.  And do you see that for document

    22  location, there's a reference both to the Herzfeld

    23  hard drive and Herzfeld hard copy documents, do you

    24  see that?

10:44:40 25     A.   Uh-huh.  Yes, I do.

                                 21

     1     Q.   Do you have any knowledge of the search that

     2  was undertaken to produce Mr. Herzfeld's hard copy

     3  documents?

     4     A.   I'm sorry, can you repeat the question?

10:44:51 5     Q.   Do you have any knowledge of the search that

     6  was undertaken to produce Mr. Herzfeld's hard copy

     7  documents?

     8     A.   No, I do not.

5-8-07 MICHELLE GLASCO.txt

         9    Q.   Do you have any knowledge of any of the
10:45:03 10  custodians where a document location, other than their

        11   hard drive, is listed how a search was conducted for

        12   those documents?

        13        MR. FLUM:  Objection.  It's vague and

        14   compound.

10:45:17 15       If you understand it, you can answer.

        16        THE WITNESS:  No, can you repeat it or

        17   rephrase it?

        18        MR. STYANT-BROWNE:  Q.  There are various

        19   custodians here, are they not, aside from

10:45:27 20  Mr. Herzfeld, Ms. Glasco, where in addition to their

        21   respective hard drives, other document location are

        22   listed.  Do you see that?

        23   A.   Right.  Mm-hm.

        24   Q.   Do you have any knowledge of what searches

10:45:40 25  were conducted in respect to those other document

                                                       22


         1   locations to obtain those documents?

         2   A.   Okay, I -- my understanding is that they were

         3   searched -- that when they were getting the

         4   documentation that they searched hard drives, hard

10:45:55  5  copies of documents that employees had themselves, as

         6   well as shared -- off the shared servers, if there's

         7   anything in the shared server drives.  Those were the

         8   three areas that were looked at.  I don't have

         9   knowledge as to if each individual had -- what was

10:46:13 10  looked at, that was my understanding that all of those

        11   places were searched.

        12   Q.   Okay.  And how did you gain that

5-8-07 MICHELLE GLASCO.txt

13    understanding?

14        A.    I was told that by the legal team.

10:46:26 15        MR. FLUM:    Excuse me.    Can you hand me a

16    bottle of water, please, right behind you?

17        MR. STYANT-BROWNE:    Sure.

18        Q.    And is it the case, Ms. Glasco, that aside

19    from what you were told by your legal team, you have

10:46:48 20    no independent knowledge of any of the searches that

21    were conducted in respect of any of these documents

22    which are -- the locations of which is set out in

23    Exhibit 3?

24        A.    No.

10:47:07 25        Q.    So could we go to Page 2, please.

                                                              23


1        A.    Sure.

2        Q.    And is Mr. Bonner the next Pharma employee?

3        A.    Yes.

4        Q.    And do you know Mr. Bonner personally?

10:47:22 5        A.    I have met him before, but I don't know him

6    very well at all.

7        Q.    Okay.    And it's your understanding he's

8    located at One Post Street?

9        A.    Yes.

10:47:31 10        Q.    And then next is Ronald Castaldo; is that

11    correct?

12        A.    Correct.

13        Q.    And do you know Mr. Castaldo?

14        A.    Yes, I know him, but not very well.

10:47:41 15        Q.    Okay.    And it's your understanding he also

                                Page 21

5-8-07 MICHELLE GLASCO.txt

16    works at one Post Street?

17            A.    Yes.

18            Q.    What department is he with?

19            A.    He is with product management, purchasing

10:47:51 20    department.

21            Q.    Okay.  And do you have any knowledge of the

22    functions of that department?

23            A.    No.

24                  MR. FLUM:  Objection.  Outside the scope.

10:47:56 25                  THE WITNESS:  No, I do not.

                                                              24


1                  MR. STYANT-BROWNE:  Okay.

2             Q.    And then next is Pia Castillo?

3             A.    Mm-hm.

4             Q.    And is it your understanding that

10:48:04 5     Mr. Castillo works at One Post Street?

6             A.    Yes.

7             Q.    And she is a data management analyst --

8             A.    Yes.

9             Q.    -- is that correct?

10:48:10 10            A.    Mm-hm.

11            Q.    What department is Ms. Castillo with?

12            A.    Procurement systems.

13            Q.    Is that part of business information systems

14    or is it different?

10:48:20 15            A.    Business information systems, no, it's part

16    of the procurement department.

17            Q.    Okay.  What are the functions of the

18    procurement department?

19                  MR. FLUM:  Objection.  Outside the scope.
                                Page 22

5-8-07 MICHELLE GLASCO.txt

10:48:38 20          THE WITNESS:  I wouldn't know enough to tell

21    you intelligently so, no, I don't know.

22          MR. STYANT-BROWNE:  Pardon me a moment,

23    please, Ms. Glasco.

24      Q.   Yes, go on, please, to Rex Catton.  Is he

10:49:04 25    also an employee of McKesson Pharma?

25

1      A.   Yes, he is.  He works in the national

2    accounts group.

3      Q.   Okay.  And do you know Mr. Catton?

4      A.   No, I do not.

10:49:15  5      Q.   Do you know whether or not he works at Post

6    Street?

7      A.   He does not.

8      Q.   Do you know where he works?

9      A.   No, I do not.

10:49:24 10      Q.   Okay.  Then next is Eric Cullenward?

11      A.   Mm-hm.  He's the director of procurement

12    systems.

13      Q.   Do you know Mr. Cullenward?

14      A.   Yes, I do.

10:49:31 15      Q.   Okay.  And he works at One Post Street, does

16    he not?

17      A.   Yes, he does.

18      Q.   Okay.  And how do you know Mr. Cullenward?

19      A.   Just from questions he's had, HR questions,

10:49:45 20    et cetera.  I don't know him very well at all.

21      Q.   Then would you go on to Priscila Dela Cruz,

22    please.

Page 23

5-8-07 MICHELLE GLASCO.txt

23    A.    Uh-huh.  She's also located at One Post.

24    She's a data integrity associate in the procurement

10:50:01 25    systems department.

26

1    Q.    Okay.  And then next, the next Pharma

2    employee?

3    A.    Is Anthony Dolan.  He's in the national

4    account group.  He's a VP of national accounts.  He's

10:50:12 5    not at One Post, and I don't know where he is out of.

6    Q.    Okay.  Then Mr. Eckel?

7    A.    Mike Eckel is currently the VP of business

8    development at access health operations, it's located

9    in Gahana * Ohio, just outside of Columbus.

10:50:32 10    Q.    And you know Mike?

11    A.    Just through telephone conversations only.

12    Q.    And that's in relation to HR issues, is it?

13    A.    Correct.

14    Q.    So we can move it along, are there any of

10:50:44 15    these individuals who you know and have an association

16    with other than via HR issues?  If that's --

17    A.    No.

18    Q.    -- too broad a question, then I can go

19    through it with each one.  But if you feel you can

10:51:02 20    answer it, then please do.

21    A.    No.  Everyone that I'm looking at, if I know

22    them at all it's just professionally through HR kind

23    of things.

24    Q.    Okay.  Then June Fallon.  Back to Page 3.

10:51:19 25    A.    I'm sorry.  She's the vice president of

27

5-8-07 MICHELLE GLASCO.txt

```
              1  customer program development in the franchise
              2  management group, it's part of our marketing group.
              3      Q.   And is she located at Post Street?
              4      A.   I don't -- I'm not sure.
10:51:35      5      Q.   Okay.
              6      A.   I think she's in One Post a lot, but I don't
              7  know if she sits there all the time.
              8      Q.   And, I'm sorry, how did you describe her
              9  department?
10:51:44     10      A.   It's part of our Pharma marketing group.  She
             11  was just promoted to that job this year.
             12      Q.   Do you have any knowledge of the functions of
             13  program development or franchise management within the
             14  Pharma marketing group?
10:51:59     15      A.   No.
             16           MR. FLUM:  Objection.  Outside the scope.
             17           THE WITNESS:  No, I do not.
             18           MR. STYANT-BROWNE:  Q.  Then next is John
             19  Figueroa.  Did I pronounce that correctly?
10:52:08     20      A.   You did.  He's the president of U.S. Pharma
             21  for -- yeah.
             22      Q.   And he's located in -- at Post Street?
             23      A.   Yes, he is.
             24      Q.   And next is Jack is it Fragie?
10:52:21     25      A.   Fragie, yes.  He's the executive vice
```

28

```
              1  president for retail national accounts for the Pharma
```
Page 25

5-8-07 MICHELLE GLASCO.txt

2  national accounts group.

3      Q.   And where is he located?

4      A.   And he's at One Post as well.

10:52:32  5      Q.   And going on to Page 4, Leslie Friedman.

6      A.   She's a process manager, and the process

7  management group at -- she sits at One Post as well.

8      Q.   Do you have any knowledge of the functions of

9  the process management group?

10:52:47 10          MR. FLUM:  Objection.  Outside the scope.

11          THE WITNESS:  The functions?

12          MR. STYANT-BROWNE:  Q.  Yeah, the functions

13  of that department or group.

14      A.   I know a little bit about it, I don't know if

10:52:55 15  it would be enough to --

16      Q.   What's the little bit that you know?

17      A.   In the process management group for IT, there

18  is -- they kind of handle -- they're kind of like the

19  project managers of whenever there's a project for --

10:53:13 20  an IT program, the project managers of the next

21  project, so they kind of move things along.

22      Q.   Okay.  Rose Gabaeff?

23      A.   I don't know.

24      Q.   Okay.

10:53:27 25      A.   She's not a Pharma employee, so --

29

1      Q.   Okay.  All right.  Ryan Gamlin?

2      A.   Mm-hm.  He's no longer with McKesson as of

3  October of '06.  He was a financial analyst in our

4  pricing profitability department.

10:53:43  5      Q.   Okay.  And was he located at Post Street?

Page 26

5-8-07 MICHELLE GLASCO.txt

6        A.    At One Post, yes, he was.

7        Q.    And Stacy Harber?

8        A.    Contract administration manager for product

9    and services at access health again located in *

10:54:00 10    /TKPWA had a in a Ohio.

11        Q.    Sheri Harbour?

12        A.    Senior account manager customer, care

13    customer relations.  I believe she sits in Texas.

14        Q.    Okay.

10:54:08 15        A.    Westlake.

16        Q.    Then skip Mr. Herzfeld, please.

17              Robert James or Bob James?

18        A.    Bob James is the VP of Brand Rx in the

19    investment purchasing department, he sits at One Post.

10:54:32 20        Q.    Okay.  Dan Jeffries?

21        A.    He's senior account manager at customer care,

22    customer relations, and I don't know where he sits, I

23    would assume Texas because it's customer care, but I

24    don't know.

10:54:42 25        Q.    Okay.  Robert Jones?

                                                          30

1        A.    He goes by Tyler, so it's Tyler Robert T.

2    Jones.  He's the director e-commerce product

3    management.  The marketing e-commerce department.  He

4    is in Texas.

10:55:06 5        Q.    Okay.  Sean Kelley?

6        A.    He's an analyst for data provisions, and they

7    shortened it so I'm not sure, data provisions and

8    analysis, the marketing analytics and reporting group.

5-8-07 MICHELLE GLASCO.txt

        9  And he sits at One Post.

10:55:18 10      Q.    Okay.  And I take it you don't have any

       11  knowledge of the functions of that group?

       12      A.    No, I don't.

       13      Q.    And then the legal department, what's your

       14  understanding of what the legal department is?

10:55:30 15          MR. FLUM:  Objection.  Vague.

       16          THE WITNESS:  What's my -- I'm not sure

       17  what -- can you rephrase the question or -- I'm not

       18  sure what it is that you want to know.

       19          MR. STYANT-BROWNE:  Q.  Is there a legal

10:55:43 20  department at McKesson?

       21      A.    Yes, there is.

       22      Q.    And who is in the legal department?

       23      A.    There's many people.  I -- Kimbir is part of

       24  the legal department.  There's many people in the

10:55:53 25  legal department.  Um --

                                                              31


        1      Q.    It's part of your client -- sorry, sorry, I

        2  interrupted you.

        3      A.    It's okay.  Different areas of legal, we have

        4  employment lawyers that I deal with for human

10:56:04 5  resources quite a bit, and there's different areas,

        6  but I don't know what the other areas are really.

        7      Q.    Is the legal department part of your client

        8  group as --

        9      A.    No, they're part of corporate.  Sorry, I

10:56:14 10  didn't mean to interrupt you.

       11      Q.    No, no.

       12          Okay.  And do you know how many persons are

                              Page 28

5-8-07 MICHELLE GLASCO.txt

```
          13   in the legal department at McKesson?

          14       A.   No, I do not.

10:56:31  15       Q.   Is the legal department primarily based at

          16   Post Street?

          17       A.   I do not know.

          18       Q.   Okay.

          19       A.   I think so.

10:56:39  20       Q.   Do you know if there are any members of the

          21   legal department who are based at Post Street?

          22       A.   Yes.

          23       Q.   Okay.  And obviously Kimbir is one of them;

          24   is that right?

10:56:48  25       A.   Yes.
```

                                                            32

```
           1       Q.   How many other do you know who are based at

           2   Post Street?

           3       A.   I know that they're quite a few, I just don't

           4   know the names of people.  I know my -- the employment

10:56:59   5   lawyers names, and that's about it.

           6       Q.   Okay.  Telisca Lindsay?

           7       A.   Client services rep and customer care,

           8   customer relations group.  I don't know where she

           9   sits.  Again, I would assume Texas, but I don't know.

10:57:13  10       Q.   Okay.  And Mohammed Mahbouba?

          11       A.   Yeah, I couldn't say that.  He's the director

          12   of analytic services in the marketing analytic

          13   services department, he sits at One Post.

          14       Q.   Okay.  Maribel Mallari?

10:57:27  15       A.   Public affairs coordinator, public affairs,
```

5-8-07 MICHELLE GLASCO.txt

16    she sits at One Post.

17        Q.    Okay.  Karen Martindale?

18        A.    Account manager for national accounts, I

19    don't know -- I'm not familiar with her, so I don't

10:57:39 20    know where she sits.

21        Q.    Okay.

22        A.    Where she is.  I doubt it's One Post, but I

23    don't know.

24        Q.    And then going on to Page 7, Galina

10:57:50 25    Mayorchuk; is that correct?

33

1        A.    Mm-hm.  Data management analyst for

2    procurement systems.  I don't -- I think she sits

3    in -- at One Post, but I don't know for sure.

4        Q.    Okay.  Brian McAndrews?

10:58:08 5        A.    Director of public affairs in the public

6    affairs department.

7        Q.    And whereabouts is Mr. McAndrews based?

8        A.    I don't know.  I believe at One Post, but I

9    don't know for sure.  He's not part of the Pharma

10:58:20 10    group.

11        Q.    And I take it you have no knowledge about the

12    functions of the public affairs group?

13            MR. FLUM:  Objection.  Outside the scope.

14            THE WITNESS:  Not enough to -- no, I don't.

10:58:30 15            MR. STYANT-BROWNE:  Okay.

16        Q.    Edward McKenna, Jr.?

17        A.    VP strategic solutions, national accounts.

18    He does not sit at One Post, but I don't know where he

19    is.  It's on the East Coast, I believe, but I don't

Page 30

5-8-07 MICHELLE GLASCO.txt

10:58:43 20    know where.

21        Q.    Okay.   Leonard Moore?

22        A.    Account coordinator for customer care,

23    customer relations, not at One Post.

24        Q.    Okay.   Do you know where he is?

10:58:54 25    A.    No.   Again, customer care is mostly in Texas,

34

1    so I would assume, but I do not know.

2        Q.    Lidia Myung?

3        A.    She's manager for business analysis and

4    marketing analytic.   She sits at One Post.

10:59:10  5    Q.    Okay.   And Becca Norris?

6        A.    Director of strategic solutions for public

7    affairs, I don't know -- I don't know if she's at One

8    Post or not.

9        Q.    Okay.   Go on to Page 8, please.

10:59:25 10    A.    Okay.

11        Q.    And Wai Pang?

12        A.    Data integrity associate for procurement

13    systems at One Post.

14        Q.    Okay.   Brett Parsons?

10:59:37 15    A.    Director of business intelligent marketing

16    analytic services, and he sits at One Post.

17        Q.    And Laura Perez?

18        A.    Data management analyst at procurement

19    systems, and she sits at One Post.

10:59:50 20    Q.    Boyd Phillips?

21        A.    Senior director process and data management

22    for customer and financial service ops.   I don't

Page 31

5-8-07 MICHELLE GLASCO.txt

23    believe he's at One Post.  I believe he's in Texas,

24    but I don't know for sure.

11:00:04 25    Q.    Okay.  Go to Page 9, please.

35

1    Q.    Darlene Ray?

2    A.    Director of customer relations for customer

3    care.  She's in Texas.

4    Q.    Anthony Rosa?

11:00:17 5    A.    He's a senior manager for MHS Pricing in the

6    pricing/profitability group, and he sits at One Post.

7    Q.    Okay.  What does MHS stand for?

8    A.    McKesson Health Solutions.

9    Q.    Kimbir Tate?

11:00:31 10    A.    She's manager of litigation support services,

11    in the legal department.  And she sits at One Post.

12    Q.    Okay.  Ricky Terrell?

13    A.    Senior account manager for customer

14    relations, customer care in Texas.

11:00:47 15    Q.    Erlinda Thomas?

16    A.    Manager business information services for

17    procurement systems, and she sits at One Post.

18    Q.    Okay.  Sam Thompson?

19    A.    VP strategic solutions national account, he's

11:00:57 20    not at One Post, so I don't know where he is.

21    Q.    Okay.  Why don't you go to the last page,

22    Page 10, please.

23          And Martha Torres-Morgan?

24    A.    Director, Brand Rx product manager for

11:01:10 25    investment purchasing Rx merchandise, and she sits at

36

5-8-07 MICHELLE GLASCO.txt

```
          1  One Post.
          2      Q.   Okay.  And Lilibeth Valiao?
          3      A.   Lead clerk for procurment systems, and she's
          4  at One Post.
11:01:20  5      Q.   And Greg Yonko?
          6      A.   Senior vice president, purchasing and Pharma
          7  finance, and he sits at One Post.
          8      Q.   Okay.  Do you know whether or not any
          9  searches were conducted to obtain any documents held
11:01:35 10  by Mr. Hammergren?
         11      A.   No, I do not.
         12      Q.   And I take it from your answers, Ms. Glasco,
         13  that you have not seen or in any way been involved in
         14  the production of any of these documents that are
11:02:23 15  referred to in Exhibit 3; is that correct?
         16      A.   That's correct.
         17          MR. STYANT-BROWNE:  Okay.  That's all I have.
         18          MR. FLUM:  All right.  Let's take a very
         19  short break, I may have one or two questions.
11:02:35 20          THE WITNESS:  Okay.
         21          THE VIDEOGRAPHER:  Going offer the record,
         22  the time on the monitor is 11:02.
         23          (Recess taken from 11:02 a.m. to 11:11 a.m.)
         24          THE VIDEOGRAPHER:  Coming back on the record,
11:11:07 25  the time is 11:11 a.m.
```

                                                             37

```
          1          Counsel, please begin.
```

                              Page 33

5-8-07 MICHELLE GLASCO.txt

2                    ---oOo---

3                EXAMINATION BY MR. FLUM

4           MR. FLUM:  I have just a few questions for

11:11:16  5  you.

6      Q.   Do you recall Mr. Styant-Browne's questions

7  about how the documents that were produced by McKesson

8  in this case were organized?

9      A.   Yes.

11:11:32 10     Q.   And do you generally recall your testimony

11  that the documents were organized as they were kept in

12  the files of the employees?

13     A.   Yes.

14     Q.   Are there any exceptions to that?

11:11:44 15     A.   Yes, there are.

16     Q.   What are the exceptions?

17     A.   There's two exceptions.  One was for

18  organizational charts, and the other was for documents

19  produced in other litigations.

11:11:58 20     Q.   So let's start with the organizational

21  charts.

22     A.   Mm-hm.

23     Q.   How were organizational charts that were

24  produced by McKesson in this case organized in the

11:12:08 25  production?

                                                        38

1      A.   They were grouped together, there was a

2  request by the plaintiff's attorney for the

3  organizational charts, so they were all grouped

4  together.

11:12:20  5     Q.   And you also mentioned documents produced in

                    Page 34

5-8-07 MICHELLE GLASCO.txt

          6    other lawsuits?

          7        A.    Correct.

          8        Q.    And how were those organized?

          9        A.    Those were also grouped together, because

11:12:31 10    there was a request from the plaintiff's attorneys for

         11    the documents produced in other litigation, so they

         12    were all grouped together.

         13        Q.    And does Exhibit 3 indicate the documents

         14    that were produced in response to the request for

11:12:58 15    organizational charts and documents produced in other

         16    litigations?

         17        A.    Yes.

         18        Q.    And how is that indicated?

         19        A.    By either an asterick for the organizational

11:13:08 20    charts and a dagger for the documents produced in

         21    other litigations.

         22        Q.    And which entry on Exhibit 3 refers to the --

         23    or relates to the documents that were produced in

         24    other litigations?

11:13:23 25        A.    The legal department entry for the custodian

                                                                        39

          1    name, I believe, on Page 6.

          2              MR. FLUM:  I have nothing further.

          3                        ---oOo---

          4        FURTHER EXAMINATION BY MR. STYANT-BROWNE

11:13:35  5              MR. STYANT-BROWNE:  Q.  Ms. Glasco, in the

          6    answers that you just gave to all of Mr. Flum's

          7    questions, is it the case that the source of your

          8    knowledge in giving all of those answers were what you

                                  Page 35

5-8-07 MICHELLE GLASCO.txt

9    were told by the attorneys?

11:13:46 10    A.    Yes.

11    Q.    And as far as you know, you have no

12    independent knowledge of any of those matters that you

13    just talked about?

14    A.    No, I do not.

11:14:04 15    MR. STYANT-BROWNE:    Thank you.    That's it.

16    THE VIDEOGRAPHER:    Here marks the end of

17    Videotape Number 1 in the deposition of Michelle

18    Glasco.

19    Going off the record, the time is 11:13 a.m.

20    (Whereupon the deposition proceedings

21    were concluded at 11:13 a.m.)

22    ---oOo---

23

24

25

40

1    CERTIFICATION OF DEPOSITION OFFICER

2

3    I, Bridget M. Mattos, duly authorized

4    to administer oaths pursuant to Section 2093 (b) of

5    the California Code of Civil Procedure, hereby certify

6    that the witness in the foregoing deposition was by me

7    sworn to testify to the truth, the hole truth and

8    nothing but the truth in the within-entitled cause;

9    that said deposition was taken at the time and place

10    herein stated; that the testimony of said witness was

11    thereafter transcribed by means of computer-aided

12    transcription; that the foregoing is a full, complete

Page 36

5-8-07 MICHELLE GLASCO.txt

13    and true record of said testimony; and that the

14    witness was given an opportunity to read and correct

15    said deposition and to subscribe the same.

16              I further certify that I am not of

17    counsel or attorney for either or any of the parties

18    in the foregoing deposition and caption named, or in

19    any way interested in the outcome of this cause named

20    in said caption.

21

22    _____

23         BRIDGET M. MATTOS, CSR NO. 11410

24

25

                                                          41

1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    I, MICHELLE GLASCO, do hereby acknowledge I have read

4    and examined the foregoing pages of testimony, and the

5    same is a true, correct and complete transcription of

6    the testimony given by me, and any changes or

7    corrections, if any, appear in the attached errata

8    sheet signed by me.

9

10

11

12

13

14

15

5-8-07 MICHELLE GLASCO.txt

16

17

18

19

20

21

22

23

24  _____    _____

25  Date                    MICHELLE GLASCO

                                                        42

1  Golden Gate Reporting
   35 Mitchell Boulevard, Suite 8
2  San Rafael, California 94903
   (415) 491-4611
3

4            E R R A T A   S H E E T

5  Case Name:  New England Carpenters vs. First Data Bank
   Deponent:  MICHELLE GLASCO
6  Deposition date:  May 8, 2007
   Page No.  Line No.           Change
7

8

9

10

11

12

13

14

15

16

17

18

19

5-8-07 MICHELLE GLASCO.txt

20

21

22

23

24  _____        _____

25  MICHELLE GLASCO                    Date

43



Barbara A. Mahoney
BARBARAM@HBSSLAW.COM

May 10, 2007

Ms. Tiffany Cheung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482

   Re: <u>New England Carpenters</u>

Dear Tiffany:

   In its April 9 memorandum opinion the Court ordered you to provide a witness knowledgeable about the subject matters designated in our Amended Notice of Deposition of McKesson's 30(b)(6) Witness.  Your designee, Michelle Glasco, proved to be wholly unprepared to testify on virtually any of the topics we requested.  Ms. Glasco's knowledge appears to be limited to the current title and departmental affiliation of some of the persons identified on your source log as custodians of record and does not reach any of the other topics.  Nor does the chart you offered at Ms. Glasco's deposition comply with either the Court's express order or your obligations under Rule 30(b)(6), given that Ms. Glasco was unable to confirm any aspect of your chart other than the title and department of some of the custodians.

   We ask that you provide an additional witness or witnesses in the next ten days who are competent to testify on all remaining matters requested by Plaintiffs.  Further, in view of the waste of time and expense incurred in connection with Ms. Glasco's deposition, we ask that you pay Nick Styant-Browne's time and travel expenses and make your witness(es) available to us in Seattle.

   Please let us know whether you agree or whether we need to seek the Court's intervention on this matter.

**Exhibit 4**

ATTORNEYS AT LAW     SEATTLE  LOS ANGELES  CAMBRIDGE  PHOENIX  CHICAGO
**T** 206.623.7292  **F** 206.623.0594
1301 FIFTH AVENUE · SUITE 2900 · SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001821-13  171228 V1

Ms. Tiffany Cheung
May 10, 2007
Page 2


Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP


*[sent via electronic mail]*

Barbara A. Mahoney
Attorney


BAM:BM


**Exhibit 4**