UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

## JOINT MOTION TO MODIFY THE CASE SCHEDULE

Counsel for Plaintiffs and Defendant McKesson Corporation (collectively "the parties") in the above-captioned action hereby submit this joint motion to amend the Scheduling Order with respect to the parties' expert discovery and summary judgment motions consistent with the Court's May 7, 2007 order granting a limited extension of fact discovery.

The Court's Scheduling Order, dated December 11, 2006, set the following schedule:

| Close of Fact Discovery: | June 1, 2007 |
|---|---|
| Plaintiffs' expert designation: | July 2, 2007 |
| Defendant's expert designation: | August 1, 2007 |

176162-1

| | |
|---|---|
| Expert Discovery Deadline: | Aug. 31, 2007 |
| Summary Judgment Motion Filing Deadline: | Oct. 3, 2007 |
| Opposition by: | Nov. 2, 2007 |
| Any replies due: | Nov. 16, 2007 |
| Any surreplies due: | Nov. 31, 2007 |
| Hearing on Summary Judgment | Jan. 10, 2008, 2:00 p.m. |

On May 7, the Court modified its scheduling order to allow the parties until July 31, 2007 to schedule previously noted depositions. As the schedule currently stands, Plaintiffs' experts will not have the benefit of the testimony of any witness whose deposition takes place after July 2. Additionally, the previous order did not set forth a deadline for Plaintiffs' expert reply report.

The parties respectfully request that the Court modify its December 11, 2006 order and enter the following proposed schedule or such schedule as is convenient to the Court:

| **Deadlines:** | **Formerly:** | **Proposed:** |
|---|---|---|
| Plaintiffs' expert designation: | July 2, 2007 | August 31, 2007 |
| Defendant's expert designation: | August 1, 2007 | September 28, 2007 |
| Plaintiffs' expert reply report | * * * | October 19, 2007 |
| Expert Discovery Deadline: | Aug. 31, 2007 | November 20, 2007[1] |
| Summary Judgment Motion Filing Deadline: | Oct. 3, 2007 | December 20, 2007 |
| Opposition by: | Nov. 2, 2007 | January 17, 2008 |

---

[1] Plaintiffs' experts would be deposed first, then Defendant's; the depositions would take place between October 23 and November 20, 2007.

176162-1

| Any replies due: | Nov. 16, 2007 | February 7, 2008 |
|---|---|---|
| Any surreplies due: | Nov. 31, 2007 | February 21, 2008 |
| Hearing on Summary Judgment | Jan. 10, 2008, 2:00 p.m. | Early March 2008 |

Respectfully submitted,

NEW ENGLAND CARPENTERS HEALTH       MCKESSON CORPORATION
BENEFITS FUND, PIRELLI ARMSTRONG
RETIREE MEDICAL BENEFITS TRUST,
TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY,
PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND, DISTRICT COUNCIL 37,
AFSCME - HEALTH & SECURITY PLAN;
JUNE SWAN; MAUREEN COWIE and
BERNARD GORTER

By their counsel:                                          By its counsel:

/s/ Steve W. Berman                                        /s/ Lori A. Schechter
Steve W. Berman                                            Lori A. Schechter
Hagens Berman Sobol Shapiro LLP                            Morrison & Foerster LLP
1301 Fifth Avenue, Suite 2900                              425 Market Street
Seattle, WA  98101                                         San Francisco, CA  94105-2482
Telephone: (206) 623-7292                                  Telephone: (415) 268-7000
Facsimile: (206) 623-0594                                  Facsimile: (415) 268-7522

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

176162-1

Marc H. Edelson
Hoffman & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

176162-1

**CERTIFICATE OF SERVICE**

  I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 6th day of June, 2007.

                 /s/ Steve W. Berman
                 Steve W. Berman

176162-1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>          Plaintiffs,<br><br>     v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>          Defendants. | C.A. No. 1:05-CV-11148-PBS |

## [PROPOSED] SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

The Court's December 11, 2006 Scheduling order is modified as follows.

1. Plaintiffs' expert designations and reports are due August 31, 2007.

2. Defendant's expert designations and reports are due September 28, 2007.

3. Plaintiffs' experts' Reply to Defendant's Expert Reports are due October 19.

4. Depositions of first Plaintiffs' experts, then Defendant's experts will occur October 23- November 20, 2007.

5. Summary judgment motions are to be filed by December 20, 2007.

176149-1

6. Oppositions are to be filed by January 17, 2008.

7. Replies in support of summary judgment are to be filed by February 7, 2008.

8. Surreplies on summary judgment are to be filed by February 21, 2008.

9. Hearing on Summary Judgment will be held on March ___, 2008 at _____.

DONE this _____ day of _____, 2007.

                                                HONORABLE PATTI B. SARIS
                                                United States District Court

176149-1

**CERTIFICATE OF SERVICE**

      I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 6th day of June, 2007.

                                                /s/ Steve W. Berman
                                                  Steve W. Berman

176149-1