UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | C.A. No. 1:05-CV-11148-PBS |

[███████] SCHEDULING ORDER

IT IS HEREBY ORDERED as follows:

The Court's December 11, 2006 Scheduling order is modified as follows.

1. Plaintiffs' expert designations and reports are due August 31, 2007.

2. Defendant's expert designations and reports are due September 28, 2007.

3. Plaintiffs' experts' Reply to Defendant's Expert Reports are due October 19.

4. Depositions of first Plaintiffs' experts, then Defendant's experts will occur October 23- November 20, 2007.

5. Summary judgment motions are to be filed by December 20, 2007.

176149-1

6. Oppositions are to be filed by January 17, 2008.

7. Replies in support of summary judgment are to be filed by February 7, 2008.

8. Surreplies on summary judgment are to be filed by February 21, 2008.

9. Hearing on Summary Judgment will be held on March 13, 2008 at 2:00 P.M.

DONE this 7 day of June, 2007.

_____
HONORABLE PATTI B. SARIS
United States District Court

176149-1

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 6th day of June, 2007.

/s/ Steve W. Berman
Steve W. Berman

176149-1