

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

June 18, 2007

**VIA FEDERAL EXPRESS**

**Philip G. Kircher**
Direct Phone 215.665.7233
Direct Fax    215.701.2033
pkircher@cozen.com

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
Courtroom 19, 7th Floor
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *New England Carpenters Health Benefits Fund, et al. v. FirstData Bank, Inc., et al.*
      **Civil Action No. 1:05-CV-11148-PBS**

Dear Judge Saris:

      This firm represents the National Association of Chain Drug Stores ("NACDS"). NACDS consists of nearly 200 chain community pharmacy companies whose community pharmacies fill over 71% of the more than 3.4 billion prescriptions dispensed annually in the United States. NACDS opposes approval of the proposed First DataBank and Medi-Span settlements because it fails to compensate properly the settlement class, is unjustly burdensome to non-party community pharmacies, and is based upon a distorted, inaccurate and, at times, misleading economic analysis.

      NACDS has been keenly aware of the court's preliminary approval of the proposed First DataBank settlement but was awaiting the scheduling of the final approval hearing and a schedule for the submission of objections. NACDS now understands that the court is considering whether to preliminarily approve the proposed Medi-Span settlement. NACDS also understands that the court has scheduled a hearing on the final approval of both proposed settlements for November 14, 2007, and has set dates for the submission of briefs. NACDS wishes to be heard at this hearing and intends to submit a timely brief accompanied by the report of an expert economist and perhaps supporting affidavits. NACDS intends to vigorously oppose both the First DataBank and the Medi-Span settlement.

The Honorable Patti B. Saris
June 18, 2007
Page 2

---

    NACDS does not intend to intervene formally in this matter but requests to be heard on the important issues raised by these proposed settlements as a friend of the court and as an affected, interested party.

    Because I am not counsel of record, I respectfully request that this letter be docketed, filed of record and distributed to counsel of record.

    Thank you for your time concerning this matter and please do not hesitate to contact me should I be able to assist the court further.

                                              Respectfully,

                                              COZEN O'CONNOR

                                              By: Philip G. Kircher

PGK:ec