UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, | Civil Action:  1:05-CV-11148-PBS

Judge Patti B. Saris |

Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,

Defendants.

**DEFENDANT MCKESSON CORPORATION'S NOTICE OF FILING UNDER SEAL FIRST SUPPLEMENT OF THE CLASS CERTIFICATION RECORD AND CERTAIN EXHIBITS ATTACHED THERETO**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS

ACTION:

PLEASE TAKE NOTICE THAT, pursuant to the Protective Order entered by this

Court on April 11, 2006, McKesson Corporation will file under seal with this Court the

following documents:

1.      McKesson Corporation's First Supplement of the Class Certification Record [Redacted version publicly filed.]

2.      Exhibits A-B, D-F, and H-I of McKesson Corporation's First Supplement of the Class Certification Record [Redacted versions publicly filed.]

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Paul Flum
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated:  July 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 6, 2007.

/s/ Paul Flum
Paul Flum