UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *
                                             *
NEW ENGLAND CARPENTERS                       *
HEALTH BENEFITS FUND, *et al.*               *
                                             *
         v.                                  *    Case No.: 1:05-CV-11148-PBS
                                             *
FIRST DATABANK, INC. and                     *
McKESSON CORPORATION                         *
                                             *
* * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEARANCE**

Nathan R. Soucy, Esquire, of the firm of Cohn Whitesell & Goldberg LLP, pursuant to 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, hereby appears on behalf of Non-parties AmerisourceBergen Corporation and Dennis Lindell, and requests that he be added to the regular service list and served with copies of all notices, pleadings, and orders in this case.

Dated this 16th day of July, 2007.

        AMERISOURCEBERGEN CORP.
        and DENNIS LINDELL

        By their attorney,

        /s/ Nathan R. Soucy
        Nathan R. Soucy (BBO#660914)
        COHN WHITESELL & GOLDBERG LLP
        101 Arch Street
        Boston, MA  02110
        Phone:       (617) 951-2505
        Facsimile:   (617) 951-0679
        Email:       *soucy@cwg11.com*

G:\Data\1221p\not appear (NRS) .doc

## **CERTIFICATE OF SERVICE**

I, Nathan R. Soucy, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July16, 2007.

Dated this 16th day of July, 2007.

/s/ Nathan R. Soucy
Nathan R. Soucy (BBO#660914)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA  02110