UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
NEW ENGLAND CARPENTERS                         *
HEALTH BENEFITS FUND, et al.                   *
                                               *
        v.                                     *     Case No.: 1:05-CV-11148-PBS
                                               *
FIRST DATABANK, INC. and                       *
McKESSON CORPORATION                           *
                                               *
* * * * * * * * * * * * * * * * * * * * * * *  *
```

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN E. BIZAR ON BEHALF OF NON-PARTIES AMERISOURCEBERGEN CORPORATION AND DENNIS LINDELL**

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Nathan R. Soucy, Esquire, a member in good standing of the bar of the United States District Court for the District of Massachusetts, hereby moves this Court to enter an order authorizing Steven E. Bizar, Esquire, of the firm Buchanan Ingersoll & Rooney PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103 to appear and practice *pro hac vice* before the United States District Court for the District of Massachusetts in this case, on behalf of Non-parties AmerisourceBergen Corporation and Dennis Lindell, and states as grounds therefor as follows:

1. As set forth in the accompanying Certificate, Mr. Bizar is a member of the bar of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, the United States Courts of Appeals for the Second, Third, and Seventh Circuits, the United States Court of International Trade, the State of New York, and the United States District Courts for the Southern and Eastern Districts of New York. He is a member in good standing in every jurisdiction where he has been admitted to practice, and is not subject to pending disciplinary proceedings as a member of the bar in any jurisdiction.

2. Mr. Bizar is familiar with the Local Rules.

2

WHEREFORE, the undersigned counsel respectfully moves for admission of Mr. Bizar to practice and appear before this Court *pro hac vice*.

Dated this 16th day of July, 2007.

> AMERISOURCEBERGEN CORP.
> and DENNIS LINDELL
>
> By their attorney,
>
> /s/ Nathan R. Soucy
> Nathan R. Soucy (BBO#660914)
> COHN WHITESELL & GOLDBERG LLP
> 101 Arch Street
> Boston, MA  02110
> Phone:       (617) 951-2505
> Facsimile:   (617) 951-0679
> Email:       *soucy@cwg11.com*

G:\Data\1221p\mo pro hac vice (Bizar NECHBF).doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                              \*
NEW ENGLAND CARPENTERS       \*
HEALTH BENEFITS FUND, *et al*.     \*
                                                              \*
        v.                             \*      Case No.: 1:05-CV-11148-PBS
                                                              \*
FIRST DATABANK, INC. and        \*
McKESSON CORPORATION           \*
                                                             \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## **CERTIFICATION OF GOOD STANDING**

I, Steven E. Bizar hereby certify:

1.      I am an attorney in the law firm of Buchanan Ingersoll & Rooney PC, 1835 Market St., 14th Floor, Philadelphia, PA 19103.  I seek permission to appear *pro hac vice* in this case for the purpose of serving as co-counsel for Non-parties AmerisourceBergen Corporation and Dennis Lindell, along with the firm of Cohn Whitesell & Goldberg LLP.

2.      I am admitted to practice as a member of the following courts:

    State of New York;

    United States District Courts for the Southern and Eastern Districts of New York;

    United States Court of Appeals for the Third Circuit;

    Commonwealth of Pennsylvania;

    United States District Court for the Eastern District of Pennsylvania;

    United States District Court for the Middle District of Pennsylvania;

    United States Court of Appeals for the Seventh Circuit;

    United States District Court for the Western District of Pennsylvania;

    United States Court of Appeals for the Second Circuit; and the

    United States Court of International Trade.

      3.      Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), I am in good standing in every jurisdiction in which I have been admitted to practice, there are no disciplinary proceedings pending against me in any jurisdiction in which I have been admitted to practice, and I have reviewed and am familiar with the Local Rules.

      Dated this 16th day of July 2007.

      /s/ Steven E. Bizar  
      Steven E. Bizar

**CERTIFICATE OF SERVICE**

I, Nathan R. Soucy, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 16, 2007.

Dated this 16th day of July, 2007.

/s/ Nathan R. Soucy
Nathan R. Soucy (BBO#660914)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110