IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 05-cv -11148 |
| FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, | ) ) ) ) ) | Judge Patti B. Saris |
| Defendants. | ) ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the new contact information for the Chicago office of Wexler Toriseva Wallace LLP will be as follows:

> WEXLER TORISEVA WALLACE LLP
> 55 West Monroe Street
> Suite 3300
> Chicago, Illinois 60603
> Telephone:  (312) 346-2222
> Facsimile:   (312) 346-0022
> www.wtwlaw.com

DATED:  July 23, 2007                              Respectfully submitted,

                                                   By:  /s/  Jennifer Fountain Connolly
                                                         Kenneth A. Wexler
                                                         Jennifer Fountain Connolly
                                                         Wexler Toriseva Wallace LLP
                                                         55 W. Monroe Street, Suite 3300
                                                         Chicago, IL  60603
                                                         Tel:  (312) 346-2222
                                                         Fax:  (312) 346-0022

**CERTIFICATE OF SERVICE**

      I, Jennifer Fountain Connolly, hereby certify that I caused a copy of the foregoing ***Notice of Change of Address*** to be electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.


| | |
|---|---|
| Date: July 23, 2007 | /s/ Jennifer Fountain Connolly |
| | Jennifer Fountain Connolly |
| | Wexler Toriseva Wallace LLP |
| | 55 W. Monroe Street, Suite 3300 |
| | Chicago, Illinois  60603 |
| | Telephone:  (312) 346-2222 |
| | Facsimile:  (312) 346-0022 |