# UNITED STATES DISTRICT COURT

## District of Minnesota

**RESPOND TO:**

    ___ U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101   Phone (651) 848-1100

    _X_ U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis, MN 55415   Phone (612) 664-5000

    ___ U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802   Phone (218) 529-3500

    ___ U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537   Phone (218) 739-5758

*FILED IN CLERKS OFFICE 2007 JUL 23 A 11:54 U.S. DISTRICT COURT DISTRICT OF MASS.*

| | |
|---|---|
| **DATE:** July 18, 2007 | **CIVIL FILE NUMBER:** 07-cv-38-RHK/JSM |
| **CASE TITLE:** | New England Carpenters Health Benefits Fund v First Databank Inc et al |

| | |
|---|---|
| | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). |
| | Your original documents are returned. Copies of state court documents were submitted upon removal of the action to federal court. |
| | A certified copy of the Order of Remand is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope. Our records indicate your State Court case number is _____. |
| | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on _____. A certified copy of the order and the docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| X | The above entitled action is being transferred to your court pursuant to Order of Judge __Janie S Mayeron__ filed on __7/10/07__. A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | Your In Forma Pauperis application was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office. |
| X | **OTHER:** This file was electronically mailed to the District of Massachusetts upon request. A paper copy of the file, along with a certified copy of the Order and docket sheet, are included with this letter. |

Deputy Clerk: s/Katie Thompson

Katie Thompson

K:\XFR\forms\civil\Cklist.frm          Modified 11/8/06