UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S EMERGENCY MOTION TO STRIKE PLAINTIFFS' SUPPLEMENT TO THE CLASS CERTIFICATION RECORD, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A RESPONSIVE BRIEF**

At the May 22, 2007 class hearing, this Court invited the parties to file supplements of evidence with no more than a three-page explanation of this evidence. (*See* attached Exhibit A, Hearing Tr. 64:10-11, May 22, 2007) ("[j]ust the documents and what issue it goes to, three pages, not like a whole new thing"). The Court clearly

instructed that the parties could file this short supplement, but "not another brief." (*Id*. 64:8.) Plaintiffs are well aware of the Court's explicit instructions. On July 9, 2007, plaintiffs filed a response to McKesson's first supplement of the class certification record and acknowledged that "[t]he Court clearly limited each party to a single supplement of no more than three pages . . . ." (Pls.' Response to McKesson's First Supplement at 1.) Nonetheless, in direct violation of the Court's instructions, on July 26, 2007, plaintiffs filed a whole new 16-page long brief. This unauthorized filing, styled as "Plaintiffs' Supplement to the Class Certification Record," extends far beyond the limited, three-page submission authorized by the Court and should be stricken.[1]

In the alternative, if the Court declines to strike plaintiffs' unauthorized filing, McKesson respectfully requests leave to file a responsive brief, not to exceed 15 pages. McKesson styles this motion as an emergency motion so that if the Court declines to strike plaintiffs' unauthorized brief, McKesson can file a timely response.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated: July 26, 2007

---

[1] Plaintiffs' July 26, 2007 submission constitutes plaintiffs' second supplement to the class certification record as plaintiffs filed their first supplement, plaintiffs' Notice of Filing Third Party Document, on May 23, 2007. McKesson, however, does not object to plaintiffs' submission of their July 26, 2007 Declaration of Steve W. Berman in Support of Plaintiffs' Supplement to the Class Certification Record as this submission (excluding exhibits) comes within the three-page limit imposed by the Court.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      I, Lori Schechter, counsel of record for defendant McKesson Corporation, hereby certify that McKesson's counsel conferred with counsel for plaintiffs in an effort to resolve the issue referred to in this motion, and that the parties were unable to reach agreement with respect to this motion.

                                              /s/ Lori A. Schechter
                                              Lori A. Schechter

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 26, 2007.

                                              /s/ Lori A. Schechter
                                              Lori A. Schechter

# Exhibit A

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS


NEW ENGLAND CARPENTERS HEALTH  )
BENEFITS FUND, et al,          )
                               )
           Plaintiffs          )
                               )
       -VS-                    ) CA No. 05-11148-PBS
                               ) Pages 1 - 65
FIRST DATABANK, INC.,          )
a Missouri Corporation;        )
and McKESSON CORPORATION,      )
a Delaware Corporation,        )
                               )
           Defendants          )



                    MOTION/STATUS HEARING

            BEFORE THE HONORABLE PATTI B. SARIS
                UNITED STATES DISTRICT JUDGE




                        United States District Court
                        1 Courthouse Way, Courtroom 19
                        Boston, Massachusetts
                        May 22, 2007, 2:05 p.m.




                     LEE A. MARZILLI
                  OFFICIAL COURT REPORTER
                United States District Court
                1 Courthouse Way, Room 3205
                     Boston, MA  02210
                       (617)345-6787
```

641387b6-55d9-45a1-96ad-2fee0455de1b

1  this record, so if we issue a decision beforehand, we do.
2  And if some new information came in that bears on this, I
3  suppose what you should do is a motion to supplement the
4  class certification record.  It may be like a three-page
5  brief on why it matters.
6           MS. SCHECHTER:  Okay, and at a minimum, we'd like
7  to put in the slides that we put in today, so we'll do that.
8           THE COURT:  Yes, just not another brief.
9           MS. SCHECHTER:  I understand.  Just the documents.
10          THE COURT:  Just the documents and what issue it
11 goes to, three pages, not like a whole new thing.  I'd give
12 you the chance to do it too if you -- do you have more
13 depositions?
14          MR. BERMAN:  Yes, we do, your Honor.  I mean, we're
15 attending the same depositions, and we're going to be trying
16 to get the evidence in our favor just like they are.
17          THE COURT:  So I'm just trying to figure out.  As a
18 logistical matter, it's a very serious motion for class cert,
19 and it takes me a while, and I have a few other things I need
20 to write.  So I think it makes sense that at least until I've
21 written it, you should be supplementing if something is
22 relevant, but not with a slew of new briefs, okay?  What I'm
23 hoping to do is get this out by the end of the summer.
24 That's sort of my ideal time period.
25          MR. BERMAN:  You think so?

1                      C E R T I F I C A T E

2

3

  UNITED STATES DISTRICT COURT )
4 DISTRICT OF MASSACHUSETTS    ) ss.
  CITY OF BOSTON               )
5

6

7

8           I, Lee A. Marzilli, Official Federal Court

9  Reporter, do hereby certify that the foregoing transcript,

10 Pages 1 through 65 inclusive, was recorded by me

11 stenographically at the time and place aforesaid in Civil

12 Action No. 05-11148-PBS, New England Carpenters Health

13 Benefits Fund V. First Databank, Inc., et al, and thereafter

14 by me reduced to typewriting and is a true and accurate

15 record of the proceedings.

16          In witness whereof I have hereunto set my hand this

17 24th day of May, 2007.

18

19

20

21

22

23         _____
           LEE A. MARZILLI, CRR
24         OFFICIAL FEDERAL COURT REPORTER

25