UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**MOTION FOR LEAVE TO WITHDRAW**

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Christopher E. Babbitt, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1.    I, Christopher E. Babbitt, have been an attorney practicing at Morrison & Foerster LLP, representing McKesson Corporation ("McKesson") in the above-captioned matter.

2. I will no longer be an attorney at Morrison & Foerster LLP as of July 31, 2007, and will no longer be able to represent McKesson in the above-captioned matter.

3. McKesson continues to be represented by other attorneys at Morrison & Foerster LLP.

WHEREFORE, I, Christopher E. Babbitt, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

McKesson Corporation
By its attorneys:

| /s/ Christopher E. Babbitt | John Kiernan |
|---|---|
| Christopher E. Babbitt (*pro hac vice*) | Nicole Johnson |
| Morrison & Foerster LLP | Bonner Kiernan Trebach & Crociata |
| 425 Market Street | One Liberty Square |
| San Francisco, CA 94105-2482 | Boston, MA 02109 |
| Telephone:  (415) 268-7000 | Telephone: (617) 426-3900 |
| Facsimile:  (415) 268-7522 | Facsimile: (617) 426-0380 |

Dated:  July 31, 2007

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 31, 2007.

      /s/ Lori A. Schechter
      Lori A. Schechter