

Michael F. Feeley
mfeeley@ir-law.com

Direct Dial
303.256.7027

Direct Fax
720.974.7997

August 1, 2007

**VIA FEDEX**

The Honorable Patti B. Saris
U.S. District Court for the District of Massachusetts
Courtroom 19, 7th Floor
John Joseph Moakley U.S. Courthouse, 1 Courthouse Way
Boston, MA 02210

Re: *New England Carpenters Health Benefits Fund, et al. v. First Databank, Inc., et al.*
    U.S.D.C. for the District of Massachusetts Civil Action No. 1:05-cv-11148-PBS

Dear Judge Saris:

This firm represents Independent Pharmacy Cooperative (IPC), a member-owned cooperative located in Sun Prairie, Wisconsin. IPC is the nation's largest group purchasing organization for independent pharmacies and represents 3,200 primary and 2,500 affiliate pharmacy members. IPC pharmacy members' purchases exceed $8 billion annually.

IPC has been monitoring the Court's preliminary approval of the proposed First Databank settlement and understands the Court is considering whether to give preliminary approval to the proposed Medi-Span settlement. IPC also understands the Court has scheduled a Fairness Hearing to consider final approval of both proposed settlements on November 14, 2007

IPC wishes to be heard at this hearing and intends to submit a timely brief in opposition to both the First Databank and Medi-Span settlements. IPC is considering the necessity to intervene in accordance with Rule 24 of the F.R.Civ.Pro. and in compliance with all local rules. However, we understand the Court has requested notification of intent to comment at the November 14 Fairness Hearing, and we request this letter be considered such notice on behalf of IPC.

Thank you for your attention to this important matter. Should you have any questions with regard to the matters raised addressed in this letter, please do not hesitate to call.

Yours very truly,

*Michael Feeley*

Michael F. Feeley

cc:   Mr. Mark Kinney, IPC

1514189_1.doc

633 17th Street, Suite 2200   Denver, Colorado 80202
303.292.5656   Fax 303.292.3152   www.ir-law.com