# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| D.C. 37 HEALTH & SECURITY PLAN, on behalf of itself and all others similarly situated, | No. 07-cv-10988-PBS |
| Plaintiffs | |
| v. | |
| MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC. AND WOLTERS KLUWER NV, | |
| Defendants. | |
| and | |
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | No. 1:05-CV-11148-PBS |
| Plaintiffs | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DECLARATION OF KATHERINE KINSELLA REGARDING CHANGES TO THE JOINT NOTICE PROGRAM

I, Katherine Kinsella, declare as follows:

1.        I am President of Kinsella/Novak Communications, LLC ("KNC"), an advertising and legal notification consulting firm in Washington, D.C. specializing in the design and

1

implementation of class action and bankruptcy notification programs. My business address is 2120 L Street, NW, Suite 205, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2.     I submit this declaration in connection with *D.C. 37 Health & Security Plan v. Medi-Span* and *New England Carpenters Health Benefits Fund v. First DataBank, Inc.* both pending in the United States District Court for the District of Massachusetts.

3.     This declaration is based upon my personal knowledge and upon information provided by Plaintiffs' Counsel, my associates and staff. The information is of a type reasonably relied upon in the fields of advertising, media and communications.

4.     This affidavit is submitted following a Hearing with Judge Patti Saris on July 25, 2007. It outlines the changes to the Joint Notice Program previously submitted to the Court on May 25, 2007.

5.     In sum, the currently proposed Notice Program:

- Revises the print publications previously selected;

- Adds Internet advertising, links to the Settlement Web site from Defendant Web sites and Search Engine Optimization;

- Increases the size of the national newspaper notices;

- Uses color to enhance the Notice in a number of the magazines;

- Includes direct notice to consumer advocacy groups; and

- Simplifies the Notices directed to consumers.

2

6.      As a result of these changes, the overall reach of the Notice Program increased, as explained below in Paragraph 17.  It is my opinion that the changes have enhanced the Notice Program directed to the Class and are consistent with the intention of Judge Saris and the Settling Parties to provide the "best notice practicable under the circumstances."

### Revised Print Notice Program

7.      In revising the Notice Program, KNC examined the efficiency of using Internet advertising and print advertising in combination.  To do this cost-effectively, adjustments were made to the previously selected print publications in order to re-allocate a portion of the Notice Plan budget to Internet advertising.  Specifically:

- The number of insertions in *US News & World Report*, *Parade* and *USA Weekend* were reduced by one each;

- One insertion was added to *Newsweek;*

- *Family Circle* magazine was eliminated; and

- *The New York Times* was substituted for *USA Today.*

8.      All ad sizes were kept the same with the exception that the Notices in *The New York Times* and *The Wall Street Journal* were increased to one-half page ads from one-sixth page ads rendering them more dominant on the page.

9.      The print publications in the revised Notice Program are listed below with the number of insertions and the size of the Notices.

| PRINT MEDIA | | |
|---|---|---|
| **Consumer Magazines** | | |
| **Name** | **Unit Type** | **Insertions** |
| *Better Homes & Gardens* | 2/3 Pg* | 1 |
| *Ebony* | 2/3 Pg* | 1 |
| *Newsweek* | 2/3 Pg  B/W | 3 |
| *Parents* | 2/3 Pg B/W | 1 |
| *People* | Full Pg B/W | 3 |
| *US News & World Report* | 2/3 Pg* | 2 |
| | | |
| **Newspaper Supplement** | | |
| **Name** | **Unit Type** | **Insertions** |
| *Parade* | 2/5-pg B/W | 1 |
| *USA Weekend* | 2/5-pg* | 1 |
| *Vista* | Full Pg* | 1 |
| | | |
| **National Newspapers** | | |
| **Name** | **Unit Type** | **Insertions** |
| *Wall Street Journal* | 1/2 Pg B/W | 1 |
| *New York Times* | 1/2 Pg B/W | 1 |
| | | |
| **Trade Publications** | | |
| **Name** | **Unit Type** | **Insertions** |
| *HR Magazine* | Full Pg  B/W | 1 |
| *National Underwriter* | Full Pg B/W | 1 |

* "Spot Color" will be used in these publications as outlined in Paragraph 11.

**Enhancing the Readability and Visibility of Notices**

10.     Several steps were taken to make the Notices more visible, readable and understandable, especially for consumers.  The Consumer Publication Notice was greatly simplified in length, complexity and design.  It is known that advertisements with strong headlines, good subheads, significant white space and readable font sizes are more likely to be noticed than text-intensive advertisements printed in small font size.  I have adopted these techniques and believe the revised Consumer Publication Notice, attached as Exhibit 1, is eminently more noticeable, readable and understandable while still including the required elements mandated by F.R.C.P. Rule 23(c)(2)(B).  The reading level is below sixth grade as measured by the Flesch-Kincaid Grade Level formula[1].

11.     In addition to these textual and design changes, a second color was added to the black and white Notices for the magazines and newspaper supplements that provided reasonable costs for adding spot color.  Color will be used in Consumer Publication Notices placed in *Better Homes and Gardens*, *Ebony*, *US News and World Report* and *USA Weekend*.  Adding color to the other publications would have increased the media costs by several hundred thousand dollars and it is therefore not recommended.  To my knowledge, this is the first use of color in legal notification advertising.

12.     The Notice designed for *The New York Times* and *The Wall Street Journal* was also reworked and redesigned to increase visibility and attract attention.  It is longer in length and detail than the Consumer Publication Notice due to the expanded ad size and the fact that it is designed to provide a broader explanation of the Settlements to consumers, consumer advocacy organizations and interested industry stakeholders.  It also uses a very large and direct headline, prominent subheads and an overall layout conducive to reading.  It is attached as Exhibit 2.

---

[1] The Flesch-Kincaid Grade Level examines the number of words, syllables and sentences in a sample of writing.  The result is a numerical indication of the grade level required to read and understand the text.  Negative results are reported as zero, and numbers over twelve are reported as twelve.

**Internet Advertising**

13.    Banner ads will be placed on a wide range of Internet Web sites to supplement the reach of the print publications.   Approximately 200,000,000 *gross impressions*[2] will be purchased on Yahoo!, AOL and the 24/7 Network.   Impressions will be capped at 3 times per user or IP Address[3] to ensure the maximum audience distribution of the message.   This reduces the banners being seen repeatedly by the same users.   The 24/7 Network has over 900 Web sites and the banners will run across the Network.   The Yahoo! and AOL banners will be placed on the email landing page and on the news and health sites.   The banners will be approximately 728 x 90 pixels and 350 x 350 pixels (See Exhibit 3).

**Reach of Print and Internet Media**

14.    Print media can be measured for its reach of specific target audiences.   In this case, the primary targets are Adults 35+ and Adults 18+ who have used any branded or generic prescription drugs in the past 12 months ("Adults 35+ Rx Users"; "Adults 18+ Rx Users") as well as all Adults ("Adults 18+").   The Internet can only be measured against Adults 18+ and cannot be measured against the primary targets.   Therefore, KNC examined the reach of the print media against all three targets and the reach of the print media in combination with the Internet against Adults 18+ only.

15.    The reaches of the print media alone are as follows:

- 80% of Adults 35+ Rx Users will be reached with an average frequency of exposure of 2.5 times.

- 78.7% of Adults 18+ Rx Users will be reached with an average frequency of exposure of 2.6 times.

---

[2] A gross impression is the metric a site uses for measuring and reporting ad inventory. Gross impressions refer to the viewing of a page or viewing of an ad. This assumes that the page or ad images completely download and the user views the page or ads on the page.

[3] Internet Protocol Address or IP Address refers to the set of communications standards that control communications activity on the Internet. An IP address is the unique number assigned to any Internet-connected computer.

- 74.8% Adults 18+ will be reached with an average frequency of exposure of 2.5 times.

16.     The reach of the Internet and print media against the only target that is measurable indicates that:

- 84.8% of Adults 18+ will be reached with an average frequency of exposure of 2.7 times.

17.     Although the combined Internet and print reach of the primary targets is not specifically measured, it can be postulated with certainty that if the combined Internet and print reach of Adults 18+ increases, the reach of Adults 35+ Rx Users and Adults 18+ Rx Users will also increase.  This is because the primary targets are similar to Adults 18+ in their use of the Internet.  Therefore, although not calculable, it is certain that the Internet and print media are delivering higher reaches against the primary targets than the reach against Adults 18+ only.

## **Internet Notice**

18.     Tools are available on the Internet to increase the ability of Web users to find Web sites by name and content.  KNC will use "INeedHits.com" Search Engine Optimization ("SEO") services to promote the FDB/Medi-Span Settlements' informational Web site. INeedHits.com has been a leader in the SEO industry for 10 years.  Their services will ensure that the FDB/Medi-Span Web address and content will be included in leading Web search engines and directories and that the content will be indexed for maximum effectiveness when users search for information about the Settlements.

The optimization plan includes:

- *Keyword analysis*

Analyzes the Web site for appropriate and effective keywords to enable Web users to easily find the Settlement URL.  INeedHits.com analyzes the Web page content and picks out the best key words to direct users to the URL.

- *Code Optimization*

Provides optimized code for insertion into each Web page's unseen HTML headers for search engines to read and index.  It allows the search engine to index the page, thereby providing more accurate search results.

- *Premium Submit*

The URL is manually submitted to the top search engines and automatically submitted to 300 other search engines and directories.  This ensures that the Web site address is listed as quickly as possible in the search index.

- *Submit Ongoing*

The URL is periodically resubmitted to search engines for maximum ongoing exposure.

- *Paid Inclusion*

Currently, Yahoo! is the only engine that offers paid and guaranteed URL inclusion in their search index, usually within 4 days of submission by INeedHits.com.  This paid inclusion guarantees that the URL will be added to Yahoo's index as quickly as possible. Yahoo's directory network includes AltaVista, Excite, alltheweb, and others.

## **Additional Enhancements**

19.    Links to the Settlement URL from the Defendants' Web sites will be added to

enable viewers of these sites to quickly find out information about the Settlements.

20.     Finally, Notice will be sent to national and state consumer organizations that advocate on behalf of consumers and issues that affect them. Notice will consist of a cover letter introducing the Settlements and a copy of the Consumer Long Form Notice. As of this date, 41 organizations have been identified. Additional research will be undertaken to expand this list, if possible (See Exhibit 4).

### Long Form Notices

21.     The original Long Form Notice was directed to both TPPs and consumers. KNC has since created individual Long Form Notices directed to each group. The Consumer Long Form Notice was greatly simplified to enable a better understanding of the Settlements. The TPP Long Form Notice was also reworked to simplify the opening explanation. Both Notices are attached as Exhibits 5 and 6. Both Long Form Notices are at the ninth grade reading level.

### Conclusion

22.     It is my opinion that the enhancements outlined above, particularly the addition of Internet advertising and the use of simplified and innovative Notices, has significantly strengthened the Joint Notice Program and will ensure a broader awareness and understanding of the Settlements.

I declare under penalty of perjury under the laws of the State of Massachusetts and the United States of America that the foregoing is true and correct.

*Katherine Kinsella*

Katherine Kinsella

Executed in Washington, D.C. this 6th day of August, 2007.

# EXHIBIT 1

# **If You Paid for All or Part of Your Prescription Drugs**

### *Class Action Settlements May Affect What Consumers Pay for Thousands of Drugs in the Future.*

————————

There are proposed Settlements of two lawsuits concerning what consumers pay for prescription drugs.

## **What Are the Settlements About?**

First Data Bank ("FDB") and Medi-Span publish data that may be used to determine consumer drug prices, reimbursement costs and co-pays for hundreds of drugs.

The lawsuits claim that FDB wrongfully inflated the Average Wholesale Price ("AWP") for thousands of drugs. This information was reported in FDB and Medi-Span's printed and electronic databases. Therefore, some consumers and insurers allegedly overpaid for thousands of drugs.

## **Am I Included in the Settlements?**

Persons who paid for all or part of their prescription drugs costs (from approximately 2000 to present) based on AWP pricing are included. If you paid a fixed co-payment you are not included.

## **What Do the Settlements Provide?**

There is no money for consumers now. However, billions of dollars in drug costs may be saved in the future. That is because FDB and Medi-Span will lower the mark up on thousands of drugs and will stop publishing the AWP data within two to three years.

## **What Should I do?**

Get the complete information below and read it. Then you can decide on your legal rights to:

- Remain in the Settlements by doing nothing. You will be bound by the Court's rulings but you can object to or comment on the Settlements.
- Exclude yourself and keep your right to sue FDB and Medi-Span.

You must exclude yourself or object/comment in writing by **Month Day Year** as explained in the detailed Notice.

Court-appointed Counsel represents you. They will be paid by FDB. You can also hire your own attorney and appear in Court.

The Court will decide whether to approve the Settlements at the Fairness Hearings on Month Day Year at _____.

**This is only a Summary of the Settlements.**
**For the *Notice of Proposed Class Action Settlements*:**

**Call: 1-800-XXX-XXXX    Access: www.xxxxxx.com**
**Write: FDB Settlement Administrator**
**PO Box XXXX, Fairbault, MN 00000**

# EXHIBIT 2

# If You Paid for All or Part of Your Prescription Drugs

### Class Action Settlements May Affect What Consumers and Third-Party Payors Pay for Thousands of Drugs in the Future.

There are proposed Settlements of two lawsuits concerning how the published price of drugs is determined, what consumers pay for the drugs and what Third-Party Payors reimburse for them.

The Settlements are with First DataBank ("FDB") and Medi-Span (a division of Wolters Kluwer Health, Inc.). The lawsuits are pending in the U.S. District Court for the District of Massachusetts: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS.

## What Are the Lawsuits About?

FDB and Medi-Span publish an Average Wholesale Price ("AWP") that may be used to determine: a.) drug reimbursement costs, b.) consumer co-payments and c.) the price paid by consumers who pay the full price of drugs at pharmacies.

The lawsuits claim that FDB wrongfully inflated the AWP of thousands of drugs. This information was reported in FDB and Medi-Span's printed and electronic databases. Therefore, some consumers and insurers allegedly overpaid for thousands of drugs.

## AWP Pricing

FDB and Medi-Span publish data related to the prices of prescription drugs in their printed and electronic databases. The data includes the Average Wholesale Price ("AWP") of each drug. Pharmaceutical manufacturers report certain costs to FDB and Medi-Span. FDB then marks up these costs to get the AWP reported in their publications and databases. From December 2001 to April 2004, Medi-Span published Average Wholesale prices that it obtained from FDB.

Plaintiffs claim that FDB wrongfully inflated the mark up used to determine the AWP. Plaintiffs claim that Medi-Span negligently published inflated prescription drug prices. As a result, the lawsuits claim that insurers, Third-Party Payors ("TPPs") and some consumers paid more for these drugs than they should have.

## Am I Included in the Settlements?

The Settlement Classes include all persons or entities that paid for all or part of prescription drugs based on AWP pricing. This includes TPPs that reimbursed for drug costs, consumers who paid non-fixed co-payments and consumers who paid for the full drug price.

Specifically:
• Any part of the purchase price, reimbursement or payment amount **must** have been based on the AWP or similar data published or disseminated by FDB or Medi-Span, electronically or otherwise.

In addition:
• The purchases based on FDB pricing must have been made between January 1, 2000 and the date of Final Court Approval of the FDB Settlement.
• The purchases based on Medi-Span published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

## What Do the Settlements Provide?

There is no money for consumers now. The Settlements provide "injunctive relief." This means that instead of paying money damages, the companies agree to change what they are doing to benefit the Settlement Classes. Substantial benefits will be provided to consumers because FDB and Medi-Span will:

• Reduce the mark-up factor for thousands of drugs. Class Counsel estimate that this reduction may save well over a billion dollars in future drug costs for consumers, insurers and TPPs in a single 12-month period.

• Cease to publish an AWP within two (FDB) or three (Medi-Span) years of the Settlements' approval.

• Provide information on drug pricing in connection with this and other lawsuits. This will likely provide additional benefits, including monetary benefits, to Class Members in other drug pricing lawsuits. Establish and maintain a "Data Room" for use in other lawsuits.

All consumers, whether they stay in the Settlement Classes or not, will benefit from these Settlements. The *Notice of Proposed Class Action Settlements* has more detailed information. You can view a copy on the Web site or write or call for a copy as outlined below.

## Who Represents Me?

The Court has appointed Class Counsel to represent everyone in the Class. Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years. Class Counsel will receive $100,000 in fees and expenses in connection with the Settlement with Medi-Span. You may hire your own attorney, if you wish and appear to object or comment in Court. However, you will be responsible for that attorney's fees and expenses.

## What Are My Legal Rights?

• **If you wish to remain a member of the Settlement Classes**, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue or continue to sue FDB and Medi-Span for money damages or "injunctive relief" based on the claims in these Settlements.

• **If you do not wish to be a member of the Settlement Classes**, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements*, postmarked no later than Month Date, 2007. If you exclude yourself, you maintain your right to sue the Defendants on your own.

• **You can tell the Court if you do not like these Settlements** or some part of them, if you do not exclude yourself. To object or comment, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements*, postmarked no later than Month Date, 2007.

## Will the Court Approve the Settlements?

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

### For a *Notice of Proposed Class Action Settlements*

## Call toll-free: 1 800-XXX-XXXX

## or Visit: www.XXXXXXLitigation.com

### Or Write: FDB/Medi-Span Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24730, West Palm Beach, FL 33416

EXHIBIT 3

**EXHIBIT 3**

**Web Banner Concepts — 728 x 90**



**Web Banner Concept — 350 x 350**

# EXHIBIT 4

## Knsella/Novak Communications, LLC

## FDB/Medi-Span - List of Associations/Organizations

| ASSOCIATION | DESCRIPTION |
|---|---|
| Alaska PIRG | AkPIRG is a non-profit,  non-partisan, citizen-oriented statewide organization researching, educating and advocating on behalf of the public interest.  AkPIRG exists to promote the public and consumer interests, especially when inconsistent with monied, powerful or other special interests. |
| American Council on Consumer Interests, ACCI | ACCI is the leading consumer policy research and education organization consisting of a world wide community of researchers, educators and related professionals dedicated to enhancing consumer well-being. ACCI promotes the consumer interest by encouraging, producing and communicating policy-relevant research. |
| Arizona PIRG | Arizona PIRG is an advocate for the public interest. When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Arizona PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. |
| California PIRG | CALPIRG takes on powerful interests on behalf of Californians, working to win concrete results for our health and our well-being. With researchers, advocates, organizers and students, we stand up to powerful special interests to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, strengthen voting rights and more. |
| Colorado PIRG | Colorado Public Interest Research Group (CoPIRG) is an advocate for the public interest on consumer and health care issues. CoPIRG's mission is to deliver persistent, result-oriented activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive government. |
| Connecticut PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, ConnPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. ConnPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| Consumer Action | Consumer Action is a non-profit, membership-based organization that was founded in San Francisco in 1971. During its more than three decades, Consumer Action has continued to serve consumers nationwide by advancing consumer rights, referring consumers to complaint-handling agencies through our free hotline, publishing educational materials in Chinese, English, Korean, Spanish, Vietnamese and other languages, advocating for consumers in the media and before lawmakers, and comparing prices on credit cards, bank accounts and long distance services. |
| Consumer Federation of America, CFA | CFA works to advance pro-consumer policy on a variety of issues before Congress, the White House, federal and state regulatory agencies, state legislatures, and the courts. Its staff works with public officials to promote beneficial policies, to oppose harmful policies, and to ensure a balanced debate on important issues in which consumers have a stake.  CFA investigates consumer issues, behavior, and attitudes. The findings of such projects are published in reports that assist consumer advocates and policymakers as well as individual consumers. This research also provides the basis for new consumer initiatives, public service advertising, and consumer information and education efforts. As an education organization, CFA disseminates information on consumer issues to the public and the media, as well as to policymakers and other public interest advocates.  As a service organization, CFA provides support to organizations committed to the goals of consumer advocacy, research, and education. |
| Families USA | Families USA is a national nonprofit, non-partisan organization dedicated to the achievement of high-quality, affordable health care for all Americans. Working at the national, state, and community levels, we have earned a national reputation as an effective voice for health care consumers for over 20 years. |
| Florida PIRG | Florida PIRG is an advocate for the public interest. When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Florida PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Florida PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

| KNSELLA/NOVAK COMMUNICATIONS, LLC |
| FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS |

| ASSOCIATION | DESCRIPTION |
| --- | --- |
| Georgia PIRG | Georgia Public Interest Research Group (Georgia PIRG) is an advocate for the public interest. When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, Georgia PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Georgia PIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Henry J. Kaiser Family Foundation | A leader in health policy and communications, the Kaiser Family Foundation is a non-profit, private operating foundation focusing on the major health care issues facing the U.S., with a growing role in global health.  We serve as a non-partisan source of facts, information, and analysis for policymakers, the media, the health care community, and the public. Our product is information, always provided free of charge – from the most sophisticated policy research, to basic facts and numbers, to information young people can use to improve their health or elderly people can use to understand their Medicare benefits. |
| Illinois PIRG | When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, Illinois PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Illinois PIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Indiana PIRG | As college students, we are about to face big problems when we graduate - from global warming to endangered species, from the escalating cost and declining quality of health care to the plight of the hungry and homeless.<br>Every campus has its share of apathy, but students care about these problems. And more than any other group of people, we have the time, the energy, the intelligence, the resources and the idealism to help solve them. |

**KNSELLA/NOVAK COMMUNICATIONS, LLC**

**FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS**

| ASSOCIATION | DESCRIPTION |
|---|---|
| Iowa PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Iowa PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Iowa PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Maryland PIRG | Maryland PIRG takes on powerful interests on behalf of Maryland's citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| Massachusetts PIRG | MASSPIRG takes on powerful interests on behalf of Massachusetts' citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| Missouri PIRG | When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, MoPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. MoPIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| National Association of Consumer Advocates, NACA | The National Association of Consumer Advocates (NACA) is a nationwide organization of more than 1000 attorneys who represent and have represented hundreds of thousands of consumers victimized by fraudulent, abusive and predatory business practices. As an organization fully committed to promoting justice for consumers, NACA's members and their clients are actively engaged in promoting a fair and open marketplace that forcefully protects the rights of consumers, particularly those of modest means. |

| | |
|---|---|
| **KNSELLA/NOVAK COMMUNICATIONS, LLC** | |
| **FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS** | |

| ASSOCIATION | DESCRIPTION |
|---|---|
| National Association of Consumer Agency Administrators, NACAA | The NACAA mission is to support our members by providing them with pertinent resources, timely data, informative newsletters; to promote consumer education, consumer rights and needed consumer legislation; to link government consumer professionals with their peers and related experts; and to encourage corporate participation and seek their advice. |
| National Consumer League, NCL | Our mission is to protect and promote social and economic justice for consumers and workers in the United States and abroad. The National Consumers League is a private, nonprofit advocacy group representing consumers on marketplace and workplace issues. We are the nation's oldest consumer organization.  NCL provides government, businesses, and other organizations with the consumer's perspective on concerns including child labor, privacy, food safety, and medication information. |
| National Mental Health Association, NMHA | The National Mental Health Association (NMHA) is the country's oldest and largest nonprofit organization addressing all aspects of mental health and mental illness. With more than 340 affiliates nationwide. NMHA works to improve the mental health of all Americans, especially the 54 million individuals with mental disorders, through advocacy, education, research and service. NMHA was established in 1909 by former psychiatric patient Clifford W. Beers. During his stays in public and private institutions, Beers witnessed and was subjected to horrible abuse. From these experiences, Beers set into motion a reform movement that took shape as the National Mental Health Association.  NMHA was established in 1909 by former psychiatric patient Clifford W. Beers. During his stays in public and private institutions, Beers witnessed and was subjected to horrible abuse. From these experiences, Beers set into motion a reform movement that took shape as the National Mental Health Association.  NMHA's work has resulted in positive change. |
| New Hampshire PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, NHPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NHPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| New Jersey PIRG | NJPIRG takes on powerful interests on behalf of New Jersey's citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| New Mexico PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, NMPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NMPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| New York PIRG | The New York Public Interest Research Group (NYPIRG) is New York State's largest student-directed consumer, environmental and government reform organization. We are a nonpartisan, not-for-profit group established to effect policy reforms while training students and other New Yorkers to be advocates. Since 1973, NYPIRG has played the key role in fighting for more than 120 public interest laws and executive orders. |
| North Carolina PIRG | North Carolina Public Interest Research Group (NCPIRG) is an advocate for the public interest. When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, NCPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NCPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Ohio PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Ohio PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Ohio PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

| **KNSELLA/NOVAK COMMUNICATIONS, LLC** |
|---|
| **FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS** |

| ASSOCIATION | DESCRIPTION |
|---|---|
| OSPIRG (Oregon) | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, OSPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. OSPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Pennsylvania PIRG | When corporate or governmental wrongdoing threatens our health and safety, or violates the fundamental principles of fairness and justice, PennPIRG stands up for Pennsylvania consumers.<br>We conduct investigative research, publish reports and exposes, advocate new laws, and, when necessary, take corporate wrongdoers or unresponsive government to court. |
| PIRGIM (Michigan) | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, PIRGIM speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. PIRGIM's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Prescription Access Litigation | The Prescription Access Litigation (PAL) Project works to make prescription drug prices more affordable for consumers, using class action litigation and public education. PAL and its members seek to challenge illegal pricing tactics and deceptive marketing by drug companies, Pharmacy Benefit Managers, and other pharmaceutical industry players. |
| Public Citizen | Public Citizen is a national, nonprofit consumer advocacy organization founded in 1971 to represent consumer interests in Congress, the executive branch and the courts.  We fight for openness and democratic accountability in government, for the right of consumers to seek redress in the courts; for clean, safe and sustainable energy sources; for social and economic justice in trade policies; for strong health, safety and environmental protections; and for safe, effective and affordable prescription drugs and health care. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| Rhode Island PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, RIPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. RIPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Rx Watchdog Report, Published by AARP's Public Policy Institute | The AARP Watchdog Report monitors the pricing, legislative and public policies of the world's pharmaceutical manufacturers, and reports those policies, detrimental or beneficial, to our members and the American public. AARP is committed to advocating for responsible prescription drug prices through legal action, legislative policy and consumer education. |
| Texas PIRG | When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, TexPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. TexPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| U.S. PIRG (Public Interest Research Group) | U.S. PIRG is an advocate for the public interest. When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, U.S. PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. U.S. PIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| University of Minnesota's PRIME Institute | The PRIME Institute was established in 1991 in the College of Pharmacy, University of Minnesota, as an independent and global research, education and consulting organization whose mission is the study of the economic and policy issues to help improve popular access to pharmaceuticals and pharmaceutical services. The Institute is directed by Stephen W. Schondelmeyer, Pharm.D., Ph.D., Head of the Department of Pharmaceutical Care & Health Systems, Professor of Pharmaceutical Economics and Century Mortar Club Endowed Chair in Pharmaceutical Management and Economics. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| Vermont PIRG | Founded in 1972, VPIRG is the largest nonprofit consumer and environmental advocacy organization in the state, with approximately 20,000 members and supporters. VPIRG's mission is to promote and protect the health of Vermont's people, environment and locally-based economy by informing and mobilizing citizens statewide. |
| Washington PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, WashPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. WashPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Wisconsin PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, WISPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. WISPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

# EXHIBIT 5

---

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Are a Third-Party Payor that Made

# Reimbursements for the Cost of Prescription Drugs Based

# in any Part on Price Information Reported by

# First DataBank or Medi-Span,

## Proposed Class Action Settlements May Affect Your Rights

---

*The District Court has authorized this Notice*

- There are proposed Settlements in two class action lawsuits. The names of the lawsuits are *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS, and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS. These cases are pending in the U.S. District Court for the District of Massachusetts.

- First DataBank, Inc. ("FDB") publishes data related to the price of prescription drugs. One of the data fields FDB publishes is called the Blue Book Average Wholesale Price ("BBAWP"). The published BBAWP of a drug is often used to determine: a.) what insurance companies and Third-Party Payors ("TPPs") will reimburse for these drugs, b.) the amount of co-payments for consumers who pay a percentage co-pay, and c.) the price paid by consumers who pay the full price of drugs at pharmacies. FDB is not, nor has it ever been, a manufacturer, supplier, wholesaler, distributor, or seller of prescription drugs.

- The FDB lawsuit claims that in or about 2001 FDB and a large prescription drug wholesaler, McKesson, wrongfully inflated the mark-up factor used to determine the BBAWP that applies to numerous prescription drugs. Plaintiffs allege that as a result, Third-Party Payors ("TPP"s) and some consumers paid more for these prescription drugs than they otherwise would have from 2001 forward.

- The Medi-Span lawsuit claims that Medi-Span negligently published the Average Wholesale ("AWP") price of prescription drugs based on information received from FDB.

- There is no money for TPPs or consumers now. The Settlements provide "injunctive relief." This means that instead of paying money damages, the companies agree to change what they are doing to benefit the Settlement Classes. Substantial benefits will be provided to consumers because FDB and Medi-Span will, among other things, reduce the mark-up factor for thousands of prescription drugs, and stop publishing the AWP within 2-3 years. Class Counsel estimate that this reduction may save well over a

1

billion dollars in future prescription drug costs for consumers, insurers and TPPs in a single 12-month period.

- McKesson has not settled these claims and remains a Defendant in the FDB litigation.

# A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act.*
*Read This Notice Carefully.*

| You May: | | Due Date: |
|---|---|---|
| ***Remain in the Classes*** | ***Stay in the lawsuits***<br>If you wish to stay in the Classes you do not need to do anything.  You will not be able to sue FDB or Medi-Span for the claims in these lawsuits and you will also be bound by the Court's decisions concerning the Settlements.  **See Question 8.** | *<u>N/A</u>* |
| ***Exclude Yourself*** | ***Get out of the Classes***<br>You can write and ask to get out of the Classes and keep your right to sue FDB and Medi-Span on your own about the claims in the lawsuits.  **See Questions 11 and 12.** | *<u>Postmarked by<br>Month Date 2007</u>* |
| ***Object to the Settlements*** | ***Object or comment on the Settlements.***<br>If you don't exclude yourself, you can appear and speak at the Fairness Hearing on your own or through your own lawyer to object or comment on the Settlements.  (Class Counsel has been appointed to represent you.)  **See Question 13.** | *<u>Postmarked by<br>Month Date 2007</u>* |

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**
1.  Why did I get this Notice?.................................................................................. X
2.  What are these lawsuits about?........................................................................... X
3.  Why is this a class action?................................................................................ X
4.  Why are there Settlements?............................................................................... X
5.  Who is a Class Member?.......................................................................... …..X
6.  How do I know if I am included in the Settlements?........................................... X

**BENEFITS OF THE SETTLEMENTS — WHAT YOU GET**
7.  What do the Settlements provide? ..................................................................... X

**REMAINING IN THE CLASS**
8.  What happens if I do nothing and stay in the Classes?......................................X
9.  If I remain in the Classes, what claims am I specifically giving up? .........................X
10. What entities am I releasing?............................................................................X

**EXCLUDING YOURSELF FROM THE SETTLEMENT CLASSES**
11. What do I do if I don't want to be in the Settlements? .......................................X
12. How do I exclude myself from the Classes? ..................................................... X

**COMMENTING ON THE SETTLEMENTS**
13. Can I object to or comment on the Settlements?................................................ X
14. What is the difference between objecting to the Settlements and excluding myself
    from the Settlements?..................................................................................... X

**THE LAWYERS REPRESENTING YOU**
15. Do I have a lawyer representing my interests in these cases?.................................X
16  How will the lawyers be compensated?............................................................ X
17  Should I get my own lawyer?...........................................................................X

**THE COURT'S FINAL APPROVAL HEARINGS**
18. When and where will the Court decide on whether to grant final approval of the
    Settlements?.................................................................................................. X
19. Must I attend the Final Approval Hearings? ......................................................X
20. May I speak at the Final Approval Hearings? ................................................... X

**GETTING MORE INFORMATION**
21. Where do I obtain more information?................................................................. X

## BASIC INFORMATION

### 1.  Why did I get this Notice?

You received this Notice because you are a TPP that may have made reimbursements for certain prescription drugs

- Between January 1, 2000 and the date of the Court's Final Approval of the FDB Settlement where the reimbursement was based on allegedly inflated price data published by FDB and/or

- Between December 19, 2001 and the date of the Court's Final Approval of the Medi-Span Settlement where the reimbursement was based on allegedly inflated price data published by Medi-Span.

You may also have requested this Notice after seeing the Summary Notice in a publication. If so, the lawsuits may affect you.

This Notice explains:

- What the lawsuits and Settlements are about.
- What the lawsuits claim and what FDB and Medi-Span say about the claims.
- Who is affected by the Settlements.
- Who represents the Classes in the lawsuits.
- What your legal rights and choices are.
- How and by when you need to act.

### 2.  What are these lawsuits about?

FDB and Medi-Span are Defendants that publish certain data related to the prices of prescription drugs in their printed and electronic databases.  FDB reports data including the BBAWP of each prescription drug.  Prescription drug manufacturers often report the Wholesale Acquisition Cost ("WAC") to FDB and Medi-Span.  FDB then applies a mark-up factor to the WAC to derive the BBAWP reported in its publications and databases.

From December 2001 into April 2004, Medi-Span published its AWP for prescription drugs based on data provided by FDB.  Subsequently, Medi-Span independently applied a mark-up factor to the WAC to derive its AWP for certain drugs reported in its publications and databases.  FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor or seller of prescription drugs.  FDB and Medi-Span are publishers of information.

The published BBAWP or AWP of a prescription drug is often used as a benchmark by pharmacies, insurance companies and other TPPs to set the price of prescription drugs for

4

consumers who pay the full price of prescription drugs at pharmacies and to determine what insurance companies and TPPs will reimburse for these prescription drugs. Also, the co-payments made by certain consumers, those who pay a percentage of the cost of their prescription drugs rather than a flat co-payment amount, may also be determined based on the same BBAWP or AWP data.

Plaintiffs claim:

- That in 2001, FDB and a large prescription drug wholesaler, McKesson, wrongfully inflated the mark-up factor used to determine the BBAWP that applies to numerous prescription drugs. This allegedly caused members of the Class (TPPs and some consumers) whose payments for prescription drugs are tied to the published BBAWP to make substantial excess payments for those prescription drugs.

- That despite representations that it conducted surveys of wholesalers of prescription drugs to determine their BBAWP, FDB either failed to conduct those surveys or failed to conduct adequate surveys.

The FDB lawsuit alleges such legal theories as negligent representation, conspiracy, fraud and violations of consumer protection statutes. The Medi-Span lawsuit alleges that Medi-Span also negligently published inflated prescription drug prices. The Medi-Span lawsuit alleges such legal theories as negligent misrepresentation.

FDB and Medi-Span have denied any wrongdoing or liability. The Settlements are not an admission of wrongdoing or an indication that any law was violated. FDB and Medi-Span have entered into these Settlements solely to avoid further expense, inconvenience, and the burden of this litigation and any other present or future litigation arising out of the facts that allegedly gave rise to this litigation. FDB and Medi-Span wish to avoid the distractions and diversion of their personnel and resources. They also wish to put to rest this controversy and to avoid the risks inherent in uncertain complex litigation. The Court has not ruled on the merits of Plaintiffs' claims or on the defenses made by FDB and Medi-Span.

## 3.  Why are these lawsuits class actions?

In a class action lawsuit, one or more people called "class representatives" sue on behalf of people who have similar claims. The people together are a "class" or "class members." The court must determine if it will allow the lawsuit to proceed as a class action. If it does, a trial of the claims then decides the lawsuit for everyone in the class or the parties may settle without a trial. Here, the Plaintiffs and FDB and Medi-Span have agreed to Settlements.

The Court has preliminarily approved the Settlements for Classes of individuals and entities that purchased prescription drugs based on the BBAWP data field published by FDB and the AWP published by Medi-Span. There will be Final Hearings for the Court to decide on whether to give final approval to the Settlements (see Question 18).

**4.  Why are there Settlements?**

A settlement is an agreement between a plaintiff and a defendant following extended negotiation.  Settlements conclude litigation but this does not mean that the court has ruled in favor of the plaintiff or the defendant.  A settlement allows both parties to avoid the cost and risk of a trial and permits both parties to establish a just, fair and final resolution that is best for all involved.  The class representatives and their attorneys decide that a settlement is the best result for all class members and the court is asked to approve the settlement as fair, reasonable and adequate.  If this Court approves the Settlements, then FDB and Medi-Span will no longer be legally responsible for the claims made in these lawsuits.

Settlement Class Counsel and FDB and Medi-Span have engaged in extensive, arms-length negotiations regarding the issues presented in these litigations and the possible terms of a settlement.  FDB and Medi-Span want to settle the Plaintiffs' claims in these litigations and Settlement Class Counsel believes the Settlements are fair, reasonable and adequate and in the best interests of the Classes.

**5.  Who is a Class Member?**

The Classes consist of all entities that made purchases and/or paid, whether directly, indirectly, or by reimbursement, for all or part of the purchase price of prescription drugs, including but not limited to those identified on Exhibit A to the two Settlement Agreements. (To obtain a copy of the Settlement Agreements see Question 21.)

- The purchases based on <u>FDB</u> pricing must have been made between January 1, 2000 and the date of Final Court Approval of the FDB Settlement.

- The purchases based on <u>Medi-Span</u> published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

- Any part of the purchase price, reimbursement or payment amount must have been based on the BBAWP, the AWP or similar data published or disseminated by FDB or Medi-Span, electronically or otherwise.

Class Members that made flat co-payments are not included in the Classes.  Also not included in the Classes are the Defendants and their present or former, direct and indirect, parents, subsidiaries, divisions, partners and affiliates; the United States government, its officers, agents, agencies and departments; the States of the United States and their respective officers, agents, agencies and departments and all other local governments and their officers, agents, agencies and departments.

Also, those entities that own or operate businesses referred to commonly as pharmacy benefit managers ("PBMs") and who as part of their business operation contract with ultimate TPPs of a prescription drug benefit to perform certain services in the administration and management of that prescription drug benefit for those ultimate TPPs are not Class Members under the Private Payor Class definition of these Settlements.  The Classes include the ultimate TPPs providing the prescription drug benefit and not the

PBMs with which those TPPs contract with to administer or manage that prescription benefit on behalf of the Class Members, unless such PBMs are the fiduciary of the TPPs or by contract assumed, in whole or in part, the insurance risk of that prescription drug benefit during the Class Periods.

## 6.  How do I know if I am included in the Settlements?

Unless you exclude yourself as described in Question 12 of this Notice, you are a member of the Classes and will be included in the Settlements if you are:

- A TPP that reimbursed for prescription drugs based on the BBAWP published by FDB or AWP published by Medi-Span.

A TPP is an entity that is:

> (a.) A party to a contract, issuer of a policy, or sponsor of a plan, *and*
>
> (b.) At risk, under such contract, policy, or plan, to pay or reimburse all or part of the cost of prescription drugs dispensed to covered natural persons.

TPPs include insurance companies, union health and welfare benefit plans and self-insured employers.  Entities with self-funded plans that contract with a health insurance company or other entity to serve as a third-party claims administrator to administer their prescription drug benefits qualify as TPPs.  Private plans that cover government employees and/or retirees are also included.  (For a more comprehensive definition of TPPs refer to the Settlement Agreements.  Question 21 provides instruction on how to obtain a copy of the Settlement Agreements).

## BENEFITS OF THE SETTLEMENTS

## 7.  What do the Settlements provide?

The Settlements do not provide cash payments by FDB or Medi-Span to Class Members.  Rather, Class Members get what is called "injunctive relief."  This means that instead of getting money damages, the companies will agree to change what they are doing to benefit the Classes.

In this case, a substantial benefit is provided to the Classes because FDB and Medi-Span will both lower the mark-up factor used to determine the BBAWP and AWP for a large number of prescription drugs for which they publish price information.  This will result in a reduction in the prices for these prescription drugs.  **Class Counsel estimates that this reduction may save over a billion dollars for consumers, insurance providers and TPPs in just a single 12-month period.**

Within 2 years, FDB will also cease to publish the BBAWP data field, subject to certain exceptions.  In addition, FDB will cooperate as outlined below in providing information on prescription drug pricing in connection with other litigation.  Within 3 years, Medi-Span

will also cease to publish the AWP and will also provide information on prescription drug pricing in connection with other litigation.

Specifically:

> (a) FDB and Medi-Span will reduce the WAC to AWP mark up they utilize for all prescription drugs, listed on Exhibit A to their respective Settlement Agreements, to 1.20. Currently, most prescription drugs on Exhibit A have a WAC to AWP mark up of greater than 1.20. As for other prescription drugs in either the FDB or Medi-Span databases that are on a mark-up factor basis and have a WAC to AWP mark up of less than 1.20, FDB and Medi-Span each agree that they shall not increase the WAC to AWP mark up for those prescription drugs by reason of the adjustment on other drugs described above.

> Neither FDB nor Medi-Span shall at any time thereafter increase the WAC to AWP mark up of any prescription drugs above 1.20 unless a different methodology for determining WAC, AWP or mark ups is adopted that is verifiable. In addition, if verifiable prescription drug wholesale price information becomes available as a result of changes in law, regulation or industry practice, FDB and Medi-Span may publish such information. (This is subject to certain limitations as outlined in the Settlement Agreements.)

> (b) FDB shall discontinue publishing, electronically or otherwise, the BBAWP data field for any prescription drug within two years from the Effective Date of the Settlements. Medi-Span shall discontinue publishing, electronically or otherwise, the AWP data field for any prescription drug within three years from the Effective Date of the Settlements. (This is subject to certain limitations as outlined in the Settlement Agreements.)

> (c) Establish and maintain for a period of three (3) years from the Effective Date of the Settlement at FDB's expense, a Data Room. Access will be provided in connection with any claim or potential claim brought or contemplated against other defendants in litigation involving prescription drug pricing and reimbursement.

In addition, in connection with litigation *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL 1456 ("AWP MDL"), FDB and Medi-Span will cooperate with and facilitate the interview of certain employees involved in the prescription drug price reporting and price data acquisition activities. FDB and Medi-Span will also make reasonable efforts to make certain employees and/or officers with relevant knowledge available for trial testimony in connection with (1) any trial of claims against the remaining defendant or defendants in this Class Action, (2) any trial in the AWP MDL.

## REMAINING IN THE CLASSES

### 8.  What happens if I do nothing and stay in the Classes?

If you do nothing, you will be included in the Classes.  You will be bound by the terms and conditions of the Settlements.  You will never be able to pursue any other lawsuit against FDB or Medi-Span concerning or related in any way to the claims alleged in these lawsuits.

If the Settlements are approved, the claims against FDB and Medi-Span will be completely "released."  This means that you cannot sue FDB or Medi-Span for money damages or other relief based on the claims in these lawsuits.

Class Members agree to forever release all claims even if they later discover new facts about the claims in these lawsuits.  This includes any claims whether known or unknown, suspected or unsuspected, contingent or non-contingent.   All claims will be released forever whether or not the facts were concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts.

### 9.  If I remain in the Classes, what claims am I specifically giving up?

The legal definition of the "Released Claims" is as follows:

"Released Claims" shall mean any and all known or unknown claims, demands, actions, suits, causes of action, damages whenever incurred whether compensatory, punitive, or exemplary, liabilities of any nature or under any theory whatsoever.  This includes costs, expenses, penalties and attorneys' fees, in law, equity, or statutory that any Class Member who did not opt-out ever had or now has, directly, representatively, derivatively or in any capacity, arising out of any conduct, events or transactions relating to the collection, calculation, formulas, mark up, determination, dissemination, publication of, and representations concerning, the AWP or BBAWP or similar data published or disseminated by First DataBank, Inc. or Medi-Span electronically or otherwise for any prescription drugs.  This includes but is not limited to, the allegations contained in the action entitled *New England Carpenters Health Benefits Fund et al. v. First Databank, Inc., et al.*, Civil Action No. 1:05-CV-11148 (D.Mass.) and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS.

### 10.  What entities am I releasing?

The Released Entities are:
- First DataBank, Inc., its parent, subsidiaries, and affiliates and their past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors, successors and assigns; and
- Medi-Span, a division of Wolters Kluwer Health, Inc., its parent, subsidiaries, and affiliates and their (including Medi-Span's) past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors and assigns.

## EXCLUDING YOURSELF FROM EITHER OF THE SETTLEMENT CLASSES

### 11.  What do I do if I don't want to be in the Settlements?

If you are a TPP and you don't want to be in either Class and you want to keep the right to sue FDB or Medi-Span about the same claims on your own, you must take steps to get out of the Classes.  This is called excluding yourself.  By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against FDB and Medi-Span about the claims in these lawsuits.  If you exclude yourself from the Classes, you will not be in the Settlements.    However, if too many Class Members exclude themselves from the Settlements, FDB and Medi-Span can cancel the Settlement Agreements.  This means that no one will see cost savings in the future due to these Settlements.

### 12.  How do I exclude myself from the Classes?

You can exclude yourself from the FDB Class, the Medi-Span Class or both Classes.

If you wish to be excluded from the Class or Classes, you can send a letter signed by you that includes all of the following:

- The name, address, and telephone number of the TPP;
- The name and number of the lawsuit or lawsuits: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and/or *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS;
- The tax identification number for the TPP;
- A statement that the individual signing the letter is authorized to act on behalf of the TPP;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from a Class or Classes.

If a TPP seeks to act on behalf of other TPPs for which it administers prescription drug benefits, the exclusion letter must also include the tax identification numbers for each entity seeking to be excluded.  It must also include a statement that the individual signing the letter has the authority to act on behalf of such entity either expressly or by contract.

All exclusion letters must be mailed first class, **postmarked on or before [Month Date,] 2007,** to:                      FDB/Medi-Span AWP Litigation Administrator
                              P.O. Box xxx
                              City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

## COMMENTING ON THE SETTLEMENTS

### 13.   Can I object to or comment on the Settlements?

If you have comments about, or disagree with, any aspect of the Settlements, including the requested attorneys' fees or the expense reimbursement plan, you may express your views to the Court through a written response to the Settlements.  You can comment about either or both of the Settlements.  The written response should include your name, address, telephone number and a brief explanation of your reasons for objection.  The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2007** and mailed to:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

In addition, your document must clearly state that it relates to the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

### 14.   What is the difference between objecting to the Settlements and excluding myself from the Settlements?

An objection to the Settlements is made when you wish to remain a member of the Classes and be subject to the Settlements but disagree with some aspect of the Settlements.  An objection allows your views to be heard in Court.  In contrast, exclusion means that you are no longer a Class Member and ultimately do not want to be subject to the Settlements' terms and conditions.  Once excluded, you lose any right to object to the Settlements or to the attorneys' fees because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 15.   Do I have a lawyer representing my interests in these cases?

Yes.  The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Aveneue, Suite 2900
Seattle, WA 98101
  *and*
One Main Street, 4th Floor
Cambridge, MA 02142

Spector Roseman & Kodroff, PC
www.srk-law.com

1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 2000
Chicago, IL 60602

Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

These lawyers are called Class Counsel.  You won't be charged personally for these lawyers, but they will ask the Court to award them a fee.  More information about Class Counsel and their experience is available at the Web sites listed above.

### 16.   How will the lawyers be compensated?

Class Counsel will request that the Court award attorneys' fees and expenses.  The Court has appointed Class Counsel to represent everyone in the Classes.   Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years.  Class Counsel will receive $100,000 in fees and expenses in connection with the Settlement with Medi-Span.  FDB will also pay the cost of notice to all Class Members.  You may hire your own attorney, if you wish.   However, you will be responsible for that attorney's fees and expenses.

### 17.   Should I get my own lawyer?

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 20 to find out how to submit a Notice of Appearance).  If you hire a lawyer to appear for you in the lawsuit, you will have to make your own arrangement for that lawyer's compensation.

## THE COURT'S FINAL APPROVAL HEARING

### 18. When and where will the Court decide on whether to grant final approval of the Settlements?

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate. At the Hearings, the Court will decide whether to approve the Settlements and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

Note: The Hearings may be postponed to a different date without additional notice. Updated information will be posted on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

### 19. Must I attend the Final Approval Hearings?

Attendance is not required, even if you properly mailed a written response. Class Counsel is prepared to answer the Court's questions on your behalf. If you or your personal attorney still want to attend the Hearings, you are more than welcome at your expense. However, it is not necessary that either of you attend. As long as the objection was postmarked before the deadline, the Court will consider it.

### 20. May I speak at the Final Approval Hearings?

You may speak at the Final Approval Hearings or hire your own lawyer to speak on your behalf. If you want your own lawyer to speak for you instead of Class Counsel at the Final Approval Hearings, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuits, and state that you wish to enter an appearance at the Fairness Hearings. It also must include your name, address, telephone number, and signature as well as the name and address of your lawyer, if one is appearing for you. Your "Notice of Appearance" **must** be postmarked no later than **Month Day 2007**. You cannot speak at the Hearings if you asked to be excluded from the Settlement Classes.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

The Notice of Appearance must be filed using the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

## GETTING MORE INFORMATION

### 21.  Where do I obtain more information?

More details are in the Settlement Agreements and Exhibits filed by Class Counsel and are also in the other legal documents that have been filed with the Court in this lawsuit.   You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.  These documents will also be available on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- •    Visit the FDB/Medi-Span AWP Litigation Web site www.xxxx.com
- •    Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- •    Write to: FDB/Medi-Span AWP Litigation Administrator, PO Box xxxx, City, State Zip

**[date]**

# EXHIBIT 6

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

# If You Paid for All or Part of Prescription Drugs

### Class Action Settlements Will Affect your Legal Rights and
### What You May Pay in the Future for Thousands of Drugs.

*The District Court has authorized this Notice. It is not a solicitation from a lawyer.*
*You are not being sued.*

[Spanish:  For More Information On these Proposed Settlements Visit www.xxx.com]

- Proposed Class Action Settlements have been reached in two class actions about the way certain prescription drug price information is published.  The lawsuits claim that certain prescription drugs you pay for may have been overpriced.  The Settlements will save you money by changing the way the prescription drug price information is published in the future.

- The two companies being sued are First DataBank, Inc. ("FDB") and Medi-Span. These companies publish information that may be used to determine the full and co-payment price that some consumers pay for prescription drugs.  The information is also used to determine how much insurance companies will reimburse for these prescription drugs. FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor, or seller of prescription drugs.

- The companies have agreed to change the way they determine prices they publish. They will also cease to publish certain price information in two to three years.

## A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act.*
*Read This Notice Carefully.*

| You May: | | Due Date: |
|---|---|---|
| **Remain in the Classes** | ***Stay in the lawsuits***<br>If you wish to stay in the Classes, you do not need to do anything.  You will not be able to sue FDB or Medi-Span for the claims in this lawsuit and will be bound by the Court's decisions.  **See Question 8.** | *N/A* |
| **Exclude Yourself** | ***Get out of the Classes***<br>You can write and ask to get out the Classes and keep your right to sue FDB and Medi-Span on your own about the claims in the lawsuits.  **See Questions 11 and 12.** | *Postmarked by Month    Date 2007* |
| **Object to the Settlements** | ***Object or comment on the Settlements.***<br>If you don't exclude yourself, you can appear and speak in the lawsuits on your own or through your own lawyer to object or comment on the Settlements. (Class Counsel has been appointed to represent you.) **See Question 13.** | *Postmarked by  Month Date 2007* |

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**

1.  Why did I get this Notice?................................................................. X
2.  What are these lawsuits about?........................................................ X
3.  Why is this a class action?.............................................................. X
4.  Why are there Settlements?............................................................. X
5.  Who is a Class Member?................................................................. X
6.  How do I know if I am included in the Settlements?........................... X

**BENEFITS OF THE SETTLEMENTS — WHAT YOU GET**

7.  What do the Settlements provide? ................................................... X

**REMAINING IN THE CLASS**

8.  What happens if I do nothing and stay in the Classes?........................X
9.  If I remain in the Classes, what claims am I specifically giving up? .........X
10. What entities am I releasing?...........................................................X

**EXCLUDING YOURSELF FROM THE SETTLEMENTS CLASSES**

11. What do I do if I don't want to be in the Settlements? .......................X
12. How do I exclude myself from the Classes? .................................... X

**COMMENTING ON THE SETTLEMENTS**

13. Can I object to or comment on the Settlements?............................... X
14. What is the difference between objecting to the Settlements and excluding myself from the Settlements?................................................................ X

**THE LAWYERS REPRESENTING YOU**

15. Do I have a lawyer representing my interests in these cases?...................X
16  How will the lawyers be compensated?.............................................X
17  Should I get my own lawyer?...........................................................X

**THE COURT'S FINAL APPROVAL HEARINGS**

18. When and where will the Court decide on whether to grant final approval of the Settlements?.................................................................................... X
19. Must I attend the Final Approval Hearings? ......................................X
20. May I speak at the Final Approval Hearings? .................................... X

**GETTING MORE INFORMATION**

21. Where do I obtain more information?................................................ X

## BASIC INFORMATION

### 1. Why did I get this Notice?

You received this Notice because you are a consumer that may have paid for all or part of certain prescription drugs out-of-pocket.  You may also have requested this Notice after seeing the Summary Notice in a publication.  If so, the lawsuits may affect you.

This Notice explains:

- What the lawsuits and Settlements are about.
- What the lawsuits claim and what FDB and Medi-Span say about the claims.
- Who is affected by the Settlements.
- Who represents the Classes in the lawsuits.
- What your legal rights and choices are.
- How and by when you need to act.

### 2. What are these lawsuits about?

Prescription drugs often are priced using certain benchmarks.  The most common pricing benchmark is something called the Average Wholesale Price or "AWP.  The AWP often helps pharmacies and insurance companies decide what to charge consumers for prescription drugs. This is when consumers pay the full price of prescription drugs or a percentage of the cost rather than a flat co-payment amount.

FDB[1] and Medi-Span publish the AWP of certain prescription drugs in their printed and electronic databases.

FDB determines the AWP by taking the wholesale costs it gets from the manufacturer and then marking that price up.  The lawsuits claim that FDB marked up the costs too much.

From December 2001 into April 2004, Medi-Span published its AWP for prescription drugs based on data provided by FDB.

FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor or seller of prescription drugs.  FDB and Medi-Span are merely publishers of information.

---

[1] The technical name for the price that FDB publishes is the Blue Book Average Wholesale Price ("BBAWP").  To determine the BBAWP FDB marks up what is called the Wholesale Acquisition Price ("WAC").  The WAC is given to FDB from the pharmaceutical manufacturers.  From 2001 to 2004 Medi-Span published this same data it got from FDB but called it the AWP in its databases.  After that time Medi-Span applied its own mark-up to the WAC.

FDB and Medi-Span have denied any wrongdoing or responsibility. FDB and Medi-Span have entered into these Settlements solely to avoid further expense, inconvenience, the burden of this litigation and any other present or future litigation arising out of the facts in this case.

### 3.  Why is this a class action?

In a class action lawsuit, one or more people called "class representatives" sue on behalf of people who have similar claims. The people together are a "class" or "class members." The court must determine if it will allow the lawsuit to proceed as a class action. If it does, all decisions made will affect everyone in the class.

Here, the people that sued ("Plaintiffs") and FDB and Medi-Span ("Defendants") have agreed to Settlements. The Court has preliminarily approved these Settlements for individuals who purchased prescription drugs that were priced based on the AWP published by FDB and Medi-Span. There will be Fairness Hearings for the Court to decide on whether to give final approval to the Settlements. (See question 18.)

### 4.  Why are there Settlements?

A settlement is an agreement between a plaintiff and a defendant following extended negotiation. Settlements conclude litigation but this does not mean that the court has ruled in favor of the plaintiff or the defendant. A settlement allows both parties to avoid the cost and risk of a trial and permits both parties to establish a just, fair and final resolution that is best for all involved. The class representatives and their attorneys decide that a settlement is the best result for all class members and the court is asked to approve the settlement as fair, reasonable and adequate. If this Court approves the Settlements, then FDB and Medi-Span will no longer be legally responsible for the claims made in these lawsuits.

The lawyers representing the Classes ("Class Counsel") and FDB and Medi-Span have engaged in extensive, arms-length negotiations regarding the issues presented in these lawsuits and the possible terms of a settlement. FDB and Medi-Span want to settle the claims in these lawsuits and Class Counsel believes the Settlements are fair, reasonable and adequate and in the best interests of the Class.

### 5.  Who is a Class Member?

You are a member of the Classes if you paid for all or part of certain prescription drugs based on data published by FDB or Medi-Span. (A list of those prescription drugs is available at www.XXXXXX.com. There are two different lists of prescription drugs, one that lists prescription drugs reported by FDB and one that lists prescription drugs reported by Medi-Span. These lists are also attached, as Exhibit A, to each Settlement Agreement. To get a copy of the Settlement Agreements see Question 21.) You must have made these purchases during certain times:

- The purchases based on FDB pricing must have been made between January 1, 2000

and the date of Final Court Approval of the FDB Settlement.

- The purchases based on <u>Medi-Span</u> published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

Any part of the price you paid for prescription drugs must have been based on data published by FDB or Medi-Span, electronically or otherwise.

If you made flat co-payments for your prescription drugs, you were not affected by FDB and Medi-Span's alleged actions and you are not a Class Member. Flat co-payments are those that do not differ with the cost of the prescription drug. Consumers who have flat co-pays that are tiered (i.e. one flat price for all brand named prescription drugs and another flat co-payment for generic prescription drugs) are also not Class Members.

There are a number of other people that are also not included in the Class. These people include:

- the Defendants and their present or former, direct and indirect, parents, subsidiaries, divisions, partners and affiliates; and

- the United States government, its officers, agents, agencies and departments; the States of the United States and their respective officers, agents, agencies and departments; and all other local governments and their officers, agents, agencies and departments.

Also excluded from the Class are those entities that own or operate businesses referred to commonly as pharmacy benefit managers ("PBMs"). These PBMs, as part of their business operation, contract with Third-Party Payors to perform certain services in the administration and management of prescription drug benefit plans.

## 6. How do I know if I am included in the Settlements?

Unless you exclude yourself, you are a member of the Classes and will be included in the Settlements if you:

- paid for all or part of the price of a prescription drug based on the data published by FDB or Medi-Span during the relevant time periods.

## BENEFITS OF THE SETTLEMENTS

## 7. What do the Settlements provide?

The Settlements do not provide cash payments by FDB or Medi-Span.

Rather, Class Members get what is called "injunctive relief." This means that instead of getting money damages, the companies will agree to change what they are doing to benefit the Classes.

In this case, a substantial benefit is provided to the Classes because FDB and Medi-Span will change the way they publish pricing information for a large number of prescription drugs. This may result in a reduction in the prices for these prescription drugs.

**Class Counsel estimates that this reduction may save over a billion dollars for consumers, insurance providers and Third-Party Payors in just a single 12-month period.**

Within 2 years, FDB will stop publishing the AWP, subject to certain exceptions. In addition, FDB will cooperate as outlined below in providing information on prescription drug pricing in connection with other lawsuits. Within 3 years, Medi-Span will also stop publishing the AWP and will also provide information on prescription drug pricing in connection with other litigation.

Specifically:

> (a) FDB and Medi-Span will reduce the mark-up amount used for all prescription drugs listed on Exhibit A. These markups will be decreased to 1.20. Currently, in many cases the mark up is 1.25. FDB and Medi-Span also agree not to increase the mark up for those prescription drugs not on Exhibit A that are below 1.20 to above 1.20 at any time in the future because of this adjustment.

> If verifiable prescription drug wholesale price information becomes available as a result of changes in law, regulation or industry practice, FDB and Medi-Span may publish such information. (This is subject to certain limitations as outlined in the Settlement Agreements.)

> (b) FDB will stop publishing, electronically or otherwise, the AWP for any prescription drug within two years from the Effective Date of the Settlements. Medi-Span will stop publishing, electronically or otherwise, the AWP for any prescription drug within three years from the Effective Date of the Settlements. (This is subject to certain limitations as outlined in the Settlement Agreements.)

> (c) FDB will establish and maintain for a period of three (3) years from the Effective Date of the Settlement at FDB's expense, a Data Room. Access will be provided in connection with any claim or potential claim brought or contemplated against other defendants in litigation involving prescription drug pricing and reimbursement.

FDB and Medi-Span also agree to cooperate in providing information in another related lawsuit: *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL 1456 ("AWP MDL").

**REMAINING IN THE CLASSES**

**8.   What happens if I do nothing and stay in the Classes?**

If you do nothing, you will be included in the Classes.  You will be bound by the terms and conditions of the Settlements.  You will never be able to pursue any other lawsuit against FDB or Medi-Span concerning or related in any way to the claims alleged in these lawsuits.

If the Settlements are approved, the claims against FDB and Medi-Span will be completely "released."  This means that you cannot sue FDB or Medi-Span for money damages or other relief based on the claims in these lawsuits.

Class Members agree to forever release all claims even if they later discover new facts about the claims in these lawsuits.  This includes any claims whether known or unknown, suspected or unsuspected, contingent or non-contingent.   All claims will be released forever whether or not the facts were concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts.

**9.   If I remain in the Classes, what claims am I specifically giving up?**

The technical release is as follows: "Released Claims" which shall mean any and all known or unknown claims, demands, actions, suits, causes of action, damages whenever incurred whether compensatory, punitive, or exemplary, liabilities of any nature or under any theory whatsoever.  This includes costs, expenses, penalties and attorneys' fees, in law, equity, or statutory that any Class Member who did not opt out ever had or now has, directly, representatively, derivatively or in any capacity, arising out of any conduct, events or transactions relating to the collection, calculation, formulas, mark up, determination, dissemination, publication of, and representations concerning the AWP or similar data published or disseminated by First DataBank, Inc. or Medi-Span electronically or otherwise for any prescription drugs.  This includes but is not limited to, the allegations contained in the action entitled *New England Carpenters Health Benefits Fund et al. v. First Databank, Inc., et al.*, Civil Action No. 1:05-CV-11148 (D. Mass.) and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS (D. Mass.).

**10.   What entities am I releasing?**

The Released Entities are:

- First DataBank, Inc., its parent, subsidiaries, and affiliates and their past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors, successors and assigns; and

- Medi-Span, a division of Wolters Kluwer Health, Inc., its parent, subsidiaries, and affiliates and their (including Medi-Span's) past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors and assigns.

## EXCLUDING YOURSELF FROM EITHER OF THE SETTLEMENT CLASSES

### 11.  What do I do if I don't want to be in the Settlements?

If you don't want to be in either Class and you want to keep the right to sue FDB or Medi-Span about the same claims on your own, you must take steps to get out of the Classes. This is called excluding yourself.  By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against FDB and Medi-Span about the claims in these lawsuits.

If you exclude yourself from the Classes, you will not be in the Settlements.  However, if too many Class Members exclude themselves from the Settlements, FDB and Medi-Span can cancel the agreement.  This means that no one will see cost savings in the future due to these Settlements.

### 12.  How do I exclude myself from the Classes?

You can exclude yourself from the FDB Class, the Medi-Span Class or both Classes.

If you wish to be excluded from the Class or Classes, you can send a letter signed by you that includes all of the following:

- Your name, address, and telephone number;
- The name and number of the lawsuit or lawsuits: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and/or *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from a Class or Classes.

All exclusion letters must be mailed first class, **postmarked on or before [Month Date,] 2007,** to:　　　　FDB/Medi-Span AWP Litigation Administrator
P.O. Box xxx
City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

## COMMENTING ON THE SETTLEMENTS

### 13.  Can I object to or comment on the Settlements?

If you have comments about, or disagree with, any part of the Settlements, including the requested attorneys' fees or the expense reimbursement plan, you may express your views to the Court through a written response to the Settlements.  You can comment about either or both of the Settlements.  The written response should include your name, address, telephone number and a brief explanation of your reasons for objection.  The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2007** and mailed to:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

In addition, your document must clearly state that it relates to the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

### 14.  What is the difference between objecting to the Settlements and excluding myself from the Settlements?

An objection to the Settlements is made when you wish to remain a Class Member and be subject to the Settlements, but disagree with some aspect of the Settlements.  An objection allows your views to be heard in Court.

In contrast, exclusion means that you are no longer a Class Member and ultimately do not want to be subject to the either Settlements' terms and conditions.  Once excluded, you lose any right to object to the Settlements or to the attorneys' fees because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 15. Do I have a lawyer representing my interests in these cases?

Yes. The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
  ***and***
One Main Street, 4th Floor
Cambridge, MA 02142

Spector Roseman & Kodroff, PC
www.srk-law.com

1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 20
Chicago, IL 60602

Edelson & Associates LLC
45 West Court Street
Doylestown, PA 1890

These lawyers are called Class Counsel. You won't be charged personally for these lawyers, but they will ask the Court to award them a fee. More information about Class Counsel and their experience is available at the Web sites listed above.

### 16. How will the lawyers be paid?

Class Counsel will request that the Court award attorneys' fees and expenses. The Court has appointed Class Counsel to represent everyone in the Classes. Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years. Class Counsel will receive $100,000 in fees and expenses in connection with the settlement with Medi-Span. FDB will also pay the cost of notice to all Class Members.

You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### 17. Should I get my own lawyer?

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 20 to find out how to submit a Notice of Appearance). If you hire a lawyer to appear for you in the lawsuit, you will have to pay for that lawyer on your own.

## THE COURT'S FINAL APPROVAL HEARINGS

### 18. When and where will the Court decide on whether to grant final approval of the Settlements?

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate. At the Hearings, the Court will decide whether to approve the Settlements and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

Note: The Hearings may be postponed to a different date without additional notice. Updated information will be posted on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

### 19. Must I attend the Final Approval Hearings?

Attendance is not required, even if you properly mailed a written response. Class Counsel is prepared to answer the Court's questions on your behalf. If you or your personal attorney still want to attend the Hearings, you are more than welcome at your expense. As long as the objection was postmarked before the deadline, the Court will consider it.

### 20. May I speak at the Final Approval Hearings?

You may speak at the Final Approval Hearings or hire your own lawyer to speak on your behalf. If you want your own lawyer to speak for you instead of Class Counsel at the Final Approval Hearings, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuits, and state that you wish to enter an appearance at the Fairness Hearings. It also must include your name, address, telephone number, and signature as well as the name and address of your lawyer, if one is appearing for you. Your "Notice of Appearance" **must** be postmarked no later than **Month Day 2007**. You cannot speak at the Hearings if you asked to be excluded from the Settlement Classes.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

The Notice of Appearance must be filed using the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

**GETTING MORE INFORMATION**

**21.  Where do I obtain more information?**

More details are in the Settlement Agreements, Exhibits and the other legal documents that have been filed with the Court in this lawsuit.    You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.  These documents will also be available on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- Visit the FDB/Medi-Span AWP Litigation Web site www.xxxx.com
- Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- Write to: FDB/Medi-Span AWP Litigation Administrator, PO Box xxxx, City, State Zip



# First DataBank / Medi-Span Settlement Notice Program

## *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
### Case No. 1:05-CV-11148-PBS (D.Mass.)

## *D.C. 37 Health & Security Plan v. Medi-Span*
### Docket No. 07-cv-10988-PBS (D. Mass)

2120 L Street, NW | Suite 205 | Washington, DC 20037
Phone: 202.686.4111 | Fax: 202.293.6961 | Email: info@kinsella-novak.com | http://www.kinsella-novak.com

THE ART & SCIENCE OF LEGAL NOTIFICATION

# Table of Contents

| | Page |
|---|---|
| Firm Overview | 1 |
| Relevant Case Experience | 2 |
| Technical Approach | 3 |
| Situation Analysis | 5 |
| Class Definition | 6 |
| Notice Plan Overview | 7 |
| Direct Notice | 8 |
| Paid Media Methodology | 10 |
| Target Audience | 11 |
| Demographics | 12 |
| Paid Media Program | 13 |
| Newspaper Supplements | 14 |
| Consumer Magazines | 16 |
| National Newspapers | 19 |
| Internet Advertising | 20 |
| Trade Publications | 22 |
| Print Readership | 23 |
| National Media Delivery | 24 |

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

Notice Design                                              25

Third-Party Notice                                         26

Earned Media                                               27

Internet Notice                                            28

Toll-Free Telephone Support                                30


Exhibit 1 – Third-Party Payor Notice of Proposed Class Action Settlements

Exhibit 2 – Consumer Notice of Proposed Class Action Settlements

Exhibit 3 –Newspaper Supplements by Carrier Paper

Exhibit 4 – Internet Banner Advertisements

Exhibit 5 – 24/7 Network Site List

Exhibit 6 – Notice Schedule

Exhibit 7 – Consumer Publication Notice

Exhibit 8 – National Newspaper Publication Notice

Exhibit 9 – Third-Party Payor Publication Notice

Exhibit 10 – Consumer Groups

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

# Firm Overview

Kinsella/Novak Communications ("KNC") provides nationally recognized expertise in the design of media-based legal notification programs for class actions and bankruptcies.

The firm has designed, implemented or consulted on over 250 class actions and bankruptcies and specializes in the most complex and often precedent-setting notice efforts. National and statewide notification programs include asbestos, breast implants, consumer fraud, home siding products, infant formula, polybutylene plumbing, tobacco, antitrust securities and Holocaust claims.  The firm has selected and placed over $160 million in paid legal advertising.

KNC develops advertisements, press materials, Web sites, and other notice materials bridging the gap between litigation complexities and the need for a clear and simple explanation of legal rights.  In addition to designing and producing notices in "plain language," all KNC notice programs are fully compliant with Rule 23 of the Federal Rules of Civil Procedure and comparable state guidelines.  The firm employs industry-recognized tools of media measurement to quantify the adequacy of the notice for the court.

# RELEVANT CASE EXPERIENCE

KNC has significant notification experience including consumer class actions involving pharmaceuticals.

## PHARMACEUTICAL CASES

➢ *State of Connecticut v. Mylan Laboratories, Inc.,*
    MDL 1290, Misc. No. 99-276 (TFH-JMF) (Lorazepam and Clorazepate)

➢ *In re Buspirone Antitrust Litigation,*
    MDL-1413 (S.D.N.Y.) (BuSpar)

➢ *In re Cardizem* CD *Antitrust Litigation,*
    99-MD-1278 (E.D. Mich.) (Cardizem)

➢ *State of Ohio v. Bristol-Myers Squibb, Co.,*
    1:02-cv-01080 (D.D.C.) (Taxol)

## OTHER SELECTED CASES

➢ *In re Nasdaq Market-Makers Antitrust Litigation,*
    No. M21-68 (RWS), 94 Civ. 3996 (RWS), MDL No. 1203 (S.D.N.Y.) (securities)

➢ *In re Compact Disc Minimum Advertised Price Antitrust Litigation,*
    MDL No. 1361 (D. Me.) (prerecorded music products)

➢ *In re Toys "R" Us Antitrust Litigation,*
    MDL No. 1211, Master File No. CV-97-5750 (E.D.N.Y.) (toys and other products)

➢ *Cox v. Shell Oil Co.,*
    No. 199,844 (Tenn. Ch. Ct., Obion County) (polybutylene pipe)

➢ *Naef v. Masonite,*
    No. CV-94-4033 (Ala. Cir. Ct., Mobile County) (hardboard siding)

➢ *In re Holocaust Victims Assets Litigation,*
    No. CV 96-4849 (Consolidated with CV-5161 and CV 97461) (E.D.N.Y.)

➢ *Ruff, et al. v. Parex, Inc.,*
    No. 96-CVS-0059 (N.C. Super. Ct., New Hanover County) (EIFS stucco)

➢ *Fettke v. McDonald's Corporation,*
    Case No. 044109 (Cal. Super. Ct., Marin County) (trans-fatty acids)

# Technical Approach

KNC's technical approach is based on its expertise as a leading provider of notice in class actions, knowledge of court-approved notice programs at the state and federal levels and years of experience in designing and implementing legal notification programs both nationally and internationally.

KNC begins by conducting detailed research on the claim that is the subject of the class action and how it is related to a population, its location and temporal characteristics. This information identifies the demographic characteristics of class members — such as age, gender, income, and education level — and the geographic distribution of potential class members. This research provides the parameters for identifying and locating class members and shapes the scope of the notice program.

Specifically, KNC:

➢ Reviews demographic and product information provided by the client or independently researched and establishes a demographic profile of the target audience. All media selections are based on this profile in order to ensure the highest reach of potential class members and frequency of message exposure.

➢ Evaluates the effectiveness of media vehicles -- consumer magazines, newspapers, specialty publications, broadcast television, radio and the Internet -- in reaching the target audience.

➢ Analyzes publications using syndicated data sources and tools, such as the Audit Bureau of Circulation (ABC) statements, which certify how many readers buy or obtain copies of publications, and MediaMark Research ("MRI") which measures how many people open or read publications.

➢ Estimates Internet reach with comScore, a leading Internet information provider.

➢ Examines the geographic distribution of potential class members at the level of detail necessary to determine effective geographic coverage.

➢ Selects media available during the established notice period ensuring timely notice to class members.

➢ Creates and implements all notice communications, including: published notice, print, audio and video news releases, television and radio spots, Internet advertising and Web sites.

➢ Ensures that published notices and long form notices are written in "plain language."

➢ Uses established advertising relationships to negotiate the deepest available discounts on national advertising and secure optimum placement with respect to the media habits of the target audience.

➢ Designs and implements an "earned media" program to further supplement the published notice through print, audio and video news releases and non-paid media outreach.  Tracks and verifies all media placements and press stories developed through "earned media."

➢ Designs and maintains a Web site to enable class members to access all relevant information including long form notices, claim forms and court documents. Provides registration and email capabilities on the site.

➢ Integrates all aspects of the notification program with selected claims administrators.

➢ Provides advice, affidavits, depositions and court testimony with respect to the design and implementation of the notification program.

# Situation Analysis

First DataBank ("FDB") and Medi-Span (a division of Wolters Kluwer Health, Inc.) are Defendant publishers. FDB reports certain pharmaceutical drug prices in printed and electronic databases including the Blue Book Average Wholesale Price ("BBAWP") of each pharmaceutical. Pharmaceutical manufacturers often report the Wholesale Acquisition Cost ("WAC") to FDB and Medi-Span. In some cases, FDB and Medi-Span then apply a mark up factor to the WAC to derive the AWP reported in their publications and electronic databases. From December 2001 through April 2004, Medi-Span then published the information provided by FDB in its databases. FDB and Medi-Span are not, nor have they ever been a manufacturer, supplier, wholesaler, distributor or seller of prescription drugs.

The published AWP of a drug is often used as a benchmark by pharmacies, insurance companies and other Third-Party Payors ("TPPs") to set the price of drugs for consumers who pay the full price of drugs at pharmacies and to determine what insurance companies and TPPs will reimburse for these drugs. Also, the co-payments made by certain consumers, those who pay a percentage of the cost of their prescription drugs rather than a flat co-payment, may also be determined based on the same AWP data.

FDB purports to have relied upon pharmaceutical manufacturers and wholesalers to provide information relating to their drug prices for purposes of publishing the BBAWP data field. Pharmaceutical manufacturers often reported what is known as the Wholesale Acquisition Cost ("WAC"), Direct Price ("DP") and Suggested Wholesale Price ("SWP") to FDB. FDB purports to have surveyed pharmaceutical wholesalers to determine the average mark-up applied to a drug, with the average mark up of the responding wholesalers applied against the WAC, DP or SWP with the resulting value determining the BBAWP data field.

Plaintiffs claim that in 2001 FBD and a large a pharmaceutical wholesaler, McKesson, wrongfully inflated the markup factor used to determine the BBAWP that applies to numerous prescription pharmaceuticals. Plaintiffs further claim that Medi-Span negligently published the data provided by FDB in its databases as well, subsequent to April 2004. This allegedly caused members of the Class (TPPs and some consumers), whose payments for pharmaceuticals are tied to the published AWP, to make substantial excess payments for those pharmaceuticals. Plaintiffs also claim that despite representations that it conducted surveys of wholesalers of pharmaceuticals to determine their average wholesale price, FDB either failed to conduct such surveys or failed to conduct adequate surveys.

FDB and Medi-Span deny any wrongdoing. The Proposed Settlement is not an admission of wrongdoing or an indication that any law was violated. FDB and Medi-Span have entered into the Proposed Settlement solely to avoid further expense, inconvenience,

---

# Class Definition

The Proposed Class Action Settlement Class, referred to as the "Private Payor Class" is defined as:

➢ All individual persons or entities who, during the Class Period, made purchases and/or paid, whether directly, indirectly, or by reimbursement, for all or part of the purchase price of prescription pharmaceuticals, including, but not limited to, those pharmaceuticals listed on the attached Exhibit A, where any or all of the purchase price, reimbursement or payment amount was based in any part on the Average Wholesale Price, Blue Book Average Wholesale Price, or similar data published or disseminated by First DataBank, Inc. or Medi-Span, electronically or otherwise, and which such Average Wholesale Price, Blue Book Average Wholesale Price, or similar data published or disseminated by First DataBank, Inc. or Medi-Span, electronically or otherwise, in whole or part, was based on a FDB wholesale survey. Excluded from the class are Defendants, their respective present and former, direct and indirect, parents, subsidiaries, divisions, partners and affiliates; the United States government, its officers, agents, agencies and departments; the States of the United States and their respective officers, agents, agencies and departments; and all other local governments and their officers, agents, agencies and departments.

➢ This is to clarify further that those entities that own or operate businesses referred to commonly as pharmacy benefit managers ("PBMs") and who as part of their business operation contract with ultimate Third Party Payors of a prescription pharmaceutical benefit to perform certain services in the administration and management of that prescription pharmaceutical benefit for those ultimate Third-Party Payors are not class members under the Private Payor Class definition of this settlement. The class includes the ultimate Third Party Payors providing the prescription pharmaceutical benefit and not the PBMs with which those Third Party Payors contract with to administer or manage that prescription benefit on behalf of the class members, unless such PBMs are the fiduciary of the Third Party Payors or by contract assumed, in whole or in part, the insurance risk of that prescription pharmaceutical benefit during the Class Period.

# Notice Plan Overview

This plan is submitted by KNC in connection with *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, CA: 01-CV-11148-PBS and *D.C. 37 Health & Security Plan v. Medi-Span*, CA: 07-cv-10988-PBS in the District Court of Massachusetts. The plan outlines procedures to provide notice of the First DataBank and Medi-Span Proposed Class Action Settlements consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure. The Notice Program is directed to all members of the Private Payor Classes.

Based upon information provided by Counsel, the results of research on Class Members and their response to media and the media habits of the target audiences, the following five-part notice program is recommended:

➢ Direct notice by first-class mail to:

- All Third-Party Payors whose names and addresses are readily identifiable.

- All callers to the toll-free information line who request a *Notice of Proposed Class Action Settlement* as a result of seeing the Publication Notice.

➢ Broad published notice through the use of paid media, including newspaper supplements, consumer magazines and national newspapers. Internet banner advertising will also be used to provide additional notice opportunities to Class Members. Trade publications will be used to supplement the direct notice to TPPs.

➢ Third-party notice by first-class mail to consumer associations and organizations.

➢ Earned media notice through a press release sent to major national print and electronic outlets and third-party organizations.

➢ Electronic notice through a dedicated Web site and optimization of keyword/phrase Internet searches.

# Direct Notice

## Third-Party Payors

Direct mail notice to TPPs will consist of mailing the *TPP Notice of Proposed Class Action Settlements* (Exhibit 1) to appropriate identifiable TPP Class Members informing them of their legal rights and how they may participate in or opt-out of the class action.  The *TPP Notice of Proposed Class Action Settlements* will be sent to:

➢ Appropriate entities likely to be Class Members, in the proprietary TPP Database compiled by Complete Claim Solutions ("CCS"), the class administrator.  The Database includes insurance companies, healthcare and welfare funds, employee benefit funds, third-party administrators, pharmacy benefit managers and other record keepers for noticing purposes in TPP class actions.  The Database was compiled from contacting, researching and accessing the records of various databases and listings of affiliations, group insurance plans, self-insureds, ERISA funds, pharmacy benefit manager listings, etc. as follows:

  • Pharmacy Benefit Management Institute;
  • Benefits SourceBook;
  • Managed Care Information Centers;
  • Judy Diamond Associates;
  • AM Best Company;
  • Association of Managed Care Providers;
  • Society of Professional Benefit Administrators;
  • American's Health Insurance Plans;
  • Self-Insurance Institute of America; and
  • National Association of Insurance Commissioners.

  Included in the Database are:

  • Approximately 29,000 companies with 100 or more employees that have self-funded (fully or partially) plans, derived from Form 5500 filings;
  • 1,356 Third-Party Claim Administrators; and
  • 1,300 member companies of American Health Insurance Plans that provide or administer health insurance benefits to over 200 million Americans which represent 90 percent of the managed care market (HMOs, PPOs and POSs, etc.).

  The Database is regularly updated with new entries from the above sources as well as TPPs identified through other class action litigations.

*New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
*D.C. 37 Health & Security Plan v. Medi-Span*

## Callers to the Toll-free Number

All callers to a toll-free information line who request either the *Consumer Notice of Class Action Settlements* (See Exhibit 2) or the *TPP Notice of Proposed Class Action Settlements* will be mailed the requested Notice. A toll-free number for this information line will prominently appear in the Publication Notice. Class Members may also download the Long Form Notices, in PDF format, from the Notice Web site.

# Paid Media Methodology

KNC notice plans directed to unidentified class members (1) identify the demographics of class members and establish a target audience; (2) outline the methodology for selecting the media and other plan elements and how they relate to product usage or exposure; and (3) provide results that quantify for the court the adequacy of the notice based upon recognized tools of media measurement.

In the wake of the Supreme Court's decisions in *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), and *Kumho Tire Company v. Carmichael,* 526 U.S. 137 (1999), the reliability of a notice expert's testimony should be tested against the standards developed within the media industry for determining whether, to what degree and at what frequency a target audience has been reached. In assessing the expert's reliability, the court must determine whether the testifying expert "employs in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field," (526 U.S. at 152). That showing would likely require evidence that the expert's data and methodology are similar to that used by professionals in the relevant field.

In keeping with the *Daubert* and *Kumho* rulings, KNC employs the methodology and measurement tools used in the media planning and advertising industry for designing and measuring the adequacy of a paid media program to reach a particular audience.

Choosing a target audience encompassing the characteristics of Class Members is the first step in designing the paid media program. Media vehicles are chosen based on their ability to provide effective and cost efficient reach among the target audience. The selected media vehicles are then measured against the target audience to establish the *reach* of the media program and the *frequency* of exposure to the media vehicles. *Reach* and *frequency* estimates are two of the primary measurements used to quantify the media penetration of a target audience.

> ➤ *Reach* is the estimated percentage of a target audience reached one or more times through a specific media vehicle or combination of media vehicles within a given period.

> ➤ *Frequency* is the estimated average number of times an audience is exposed to an advertising vehicle carrying the message within a given period of time.

# Target Audiences

To develop a profile of the demographics and media habits of Class Members that used prescription drugs reported by FDB and Medi-Span, KNC analyzed syndicated data available from the 2006 Doublebase Survey[1] from MRI.

MRI is the leading U.S. supplier of multimedia audience research. As a nationally accredited research firm, it provides information to magazines, television, radio, Internet and other media, leading national advertisers and over 450 advertising agencies -- including 90 of the top 100 in the United States. MRI's nationally syndicated data are widely used by these companies as the basis for the majority of the media and marketing plans written for advertised brands in the United States.

Specifically, MRI provides data on audience size, composition and other relevant factors pertaining to major media vehicles. MRI presents a single-source measurement of major media, products, services and in-depth consumer demographic and lifestyle characteristics.

MRI provides data on both branded and generic prescription drug users. An examination of this data indicates that Adults 35 years of age and older represent 75% of prescription drug users and is the largest consumer segment of the Private Payor Class. Using MRI, KNC determined that the following two demographics are the best demographic targets against which to effectively select and measure media to reach the Private Payor Class:

➢ Adults 35 years or age and older who used branded or generic prescription drugs during the past twelve months "("Drug Consumers Adults 35+").

➢ Adults 18 years of age and older who used branded or generic prescription drugs during the past twelve months ("All Drug Consumers").

➢ Adults 18 years of age and older.

---

[1] The study, conducted since 1979, surveys persons 18 years of age and older in the contiguous 48 states. MRI conducts more than 26,000 personal interviews with consumers in two waves annually each lasting six months and consisting of 13,000 interviews. Produced annually by MRI, the Doublebase study consists of two full years of data drawn from over 50,000 respondents. Consumer information is recorded on 500 product/service categories, 6,000 brands and various lifestyle activities. Respondents are selected based on the ability to project their responses nationally.

# Demographics

The chart below outlines the overall demographics of the three target audiences:

| DEMOGRAPHICS | ADULTS 18+ | ALL DRUG CONSUMERS | DRUG CONSUMERS ADULTS 35+ |
|---|---|---|---|
| | | | |
| Male | 48.1% | 40.9% | 41.5% |
| Female | 51.9% | 59.1% | 58.5% |
| **Age** | | | |
| 18 - 24 | 12.9% | 9.6% | N/A |
| 25 - 34 | 18.3% | 14.5% | N/A |
| 35 - 44 | 20.3% | 18.8% | 24.7% |
| 45 - 54 | 19.1% | 20.6% | 27.1% |
| 55 - 64 | 13.2% | 16.4% | 21.6% |
| 65+ | 16.2% | 20.2% | 26.6% |
| **Education** | | | |
| Graduated/Attended College | 52.3% | 54.6% | 53.0% |
| Graduated High School | 31.8% | 31.9% | 33.1% |
| **Household Income** | | | |
| Under $10,000 | 6.1% | 5.6% | 5.1% |
| $10,000 - $29,999 | 21.4% | 20.4% | 21.4% |
| $30,000 - $49,999 | 20.4% | 20.1% | 19.2% |
| $50,000 - $74,999 | 20.0% | 19.9% | 19.3% |
| $75,000 + | 32.1% | 33.9% | 35.0% |
| **Ethnicity** | | | |
| Caucasian | 77.7% | 82.3% | 84.5% |
| African-American | 11.5% | 9.9% | 9.4% |
| Hispanic | 12.5% | 8.9% | 6.9% |
| Asian | 2.9% | 2.0% | 1.7% |
| **Location[2]** | | | |
| A & B Counties | 71.2% | 69.9% | 69.4% |
| C & D Counties | 28.8% | 30.1% | 30.6% |

---

[2] A Counties, as defined by A.C. Nielsen Company, are all counties belonging to the 25 largest metropolitan areas. These metro areas correspond to the MSA (Metropolitan Statistical Area) and include the largest cities and consolidated areas in the United States. B Counties, as defined by A.C. Nielsen Company, are all counties not included under A that are either over 150,000 population or in a metro area over 150,000 population according to the latest census. C Counties, as defined by A.C. Nielsen Company, are all counties not included under A or B that either have over 40,000 population or are in a metropolitan area of over 40,000 population according to the late census. D Counties are, essentially, rural counties in the Nielsen classification system of A, B, C, D counties.

# Paid Media Program

As indicated, direct notice will be provided to the identifiable TPPs who are members of Private Payor Class.  To supplement the TPP direct notice, ad placements in trade publications directed to TPPs will be used.

To reach unidentifiable Class Members, KNC recommends the use of measurable paid media.  Paid media advertising is guaranteed to appear, allowing for control of the content, timing and positioning of the message, making it an invaluable part of any notice campaign.  Newspapers, consumer magazines, television, radio and the Internet, among other sources, offer paid media opportunities.

In considering which media to use for this case, KNC evaluated the cost-effectiveness, exposure opportunities and reach potential of each media type.  Television was not selected due to its high cost.  Radio is a frequency medium best used locally.  Print media was selected because of its widespread use, and its value as a credible and tangible information source that allows for extended body copy.  As Internet usage increases, banner advertising on appropriate sites can provide cost-effective additional Notice exposures to supplement other types of media.

In choosing which placements would be best for this case, KNC reviewed all available consumer publications for penetration of the target audience.  Consumer magazines and newspaper supplements offer efficient and cost-effective vehicles for reaching all demographic segments of the population.

Given the broad scope of the Class in this notice program and the demographics and media habits of the target audiences, newspaper supplements, consumer magazines, national newspapers and the Internet are therefore recommended.

*New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
*D.C. 37 Health & Security Plan v. Medi-Span*

# Newspaper Supplements

*Parade* and *USA Weekend*, inserts known as newspaper supplements, are carried in weekend or weekly editions of 985 newspapers reaching every media major market in the country (eight newspapers carry more than one supplement).  These magazines, published on newsprint, contain articles written for broad, general appeal and they encourage readership through brevity.  Issues are typically less than 30 pages.  For this Notice Program, newspaper supplements are recommended because of their broad geographic and demographic reach capability.  They provide coverage in all 50 states and the District of Columbia. (See Exhibit 3.)

KNC recommends the following activity:



- ➢ A two-fifth-page black-and-white ad (5-5/8" x 7-1/4") will be placed once in *Parade,* with an estimated circulation of 32,400,000.

- ➢ *Parade* is carried in the Sunday edition of 382 daily newspapers and is the highest circulating magazine in the world.  Carrier newspapers serve major urban and suburban markets in the U.S.

- ➢ The average issue of *Parade* is read by 41.4% of Drug Consumers Adult 35+ and 38.4% of All Drug Consumers.

———————————————



- ➢ A "spot color" digest-page ad (5-5/8" x 7-3/8") will be placed once in *USA Weekend*, with an estimated circulation of 23,400,000.

- ➢ *USA Weekend* is inserted in the weekend edition of 611 daily newspapers in major markets complementing the U.S. markets served by *Parade*.

- ➢ The average issue of *USA Weekend* is read by 27.4% of Drug Consumers Adults 35+ and 25.6% of All Drug Consumers.

———————————————



➢ A "spot color" full-page ad (8-3/4" X 10-1/2") will be placed once in *Vista*, with an estimated circulation of 1,000,000.
➢ *Vista* is a bi-lingual monthly magazine for Hispanics inserted in the weekday edition of 34 daily newspapers in major Hispanic markets.

# Consumer Magazines

Thousands of consumer magazines offer national advertising opportunities. Most adults read one or more magazines during an average month and nearly three out of five adults read or look into a magazine daily. Additionally, magazines published weekly quickly accumulate readership and provide timely and efficient notice to readers. The specific consumer magazines listed below were chosen because collectively they provide excellent reach of consumers.

KNC recommends the following activity:



➢ A "spot color" two-thirds-page ad (4-1/2" x 10") will be placed once in *Better Homes and Gardens,* with a circulation of 7,600,000.

➢ *Better Homes and Gardens* is published monthly and is the largest-circulation home service magazine, featuring a wide-range of home and family subjects such as food and decorating.

➢ The average issue of *Better Homes and Gardens* is read by 24.3% of Drug Consumers Adults 35+ and 22.2% of All Drug Consumers.

—————————————



➢ A "spot color" two-thirds-page ad (4-5/8" x 9-5/8") will be placed once in *Ebony* with a circulation of 1,450,000.

➢ *Ebony* is published monthly and is a African American-oriented, general interest magazine. Editorial content features education, history, politics, culture and business topics among others.

➢ Adult 35+ Drug Consumers make up 27.1% of all *Ebony* readers and 38.5% of *Ebony* readers are Drug Consumers 18+.

—————————————

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

*New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
*D.C. 37 Health & Security Plan v. Medi-Span*



➤ A two-thirds-page black-and-white ad (4-5/8" x 10") will be placed three times in *Newsweek*, with a circulation of 3,100,000.

➤ *Newsweek* is published weekly and edited to report on national and worldwide developments with news, commentary and analysis.

➤ Of *Newsweek's* total circulation, Adults 35+ Presciption Drug Users make up 35.7% while all adult Prescription Drug Users make up 44.7%.

---



➤ A two-thirds-page black-and-white ad (4-3/4"" x 10") will be placed once in *Parents Magazine* with a circulation of 2,200,000.

➤ *Parents Magazine* is published monthly and has an editorial content providing guidance and information to mothers of young children.

➤ Of *Parents'* total circulation, Adults 35+ Presciption Drug Users make up 20.1% while all adult Prescription Drug Users make up 41.9%.

---

➤ A full-page black-and-white ad (7" x 10") will be placed three times in *People*, with an estimated circulation of 3,450,000.

➤ *People* covers contemporary personalities in entertainment, politics, business and other current events.

➤ Approximately 71% of People readers are female and approximately 71% are age 18-49.

➤ The average issue of *People* is passed-along to 10.9 or more different people.

---

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

*New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
*D.C. 37 Health & Security Plan v. Medi-Span*



➢ A "spot color" two-thirds-page ad (4-5/8" x 10") will be placed two times in *US News & World Report,* with an estimated circulation of 2,000,000.

➢ *US News & World Report* is a weekly news magazine covering national and international people, places, and events.

➢ Of *U.S. World & News Report's* total circulation, Adults 35+ Prescription Drug Users make up 35% while all adult Prescription Drug Users make up 42.7%.

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

# National Newspapers

National newspapers serve as a timely source of news & information for readers throughout the country. *The Wall Street Journal* and *The New York Times* were selected to provide additional national reach.

KNC recommends the following activity:

**THE WALL STREET JOURNAL.**

➢ A one-half-page black-and-white ad (5.35" x 21") will be placed once in *The Wall Street Journal*, with an estimated circulation of 1,713,413.

➢ An estimated 1,370,000 of All Drug Consumers and 1,145,000 of Drug Consumers Adults 35 + read *The Wall Street Journal*.

—————————————

# The New York Times

➢ A one-half-page black-and-white ad (6-7/16" x 21") will be placed once in *The New York Times*, with an estimated circulation of 1,087,000.

➢ An estimated 1,880,000 of All Drug Consumers and 1,436,000 of Drug Consumers Adults 35 + read *The New York Times*.

—————————————

# Internet Advertising

According to MRI, over 80% of Adults 18+ have access to the Internet whether at home, work, a library, school or other location.  65.3% of Adults 18+ Rx users accessed the Internet in the past 30 days and 55.4% access the Internet one or more times per day. Internet advertising delivers an immediate message and allows the viewer of an advertisement to instantly link to a Web site for further information.

Therefore, KNC recommends using Internet advertising to provide additional notice opportunities beyond the broad-reaching print program to Class Members.  See Exhibit 4 for sample banner advertisements.

The MRI studies indicate that email and news and information sties will have the best coverage of Rx Users through the Internet.   In addition, Rx Users have a high propensity for visiting sites related to health and fitness.   Therefore, Internet impressions will be directed to them through channels featuring those topics as well as across a wide range of Web sites enabling maximum exposure opportunities to reach the broad audience of Adults 18+. Delivery of Internet impressions to specific sites and categories within sites are subject to availability at time of buy.

KNC will manage impression delivery to maximize both reach and frequency within throughout the campaign.

KNC recommends the following Web properties:



➢ 24/7 Real Media is a network that represents over 900 Web sites including sites related to health, fitness and news and information, some of which are proprietary and confidential.  A partial list of Web sites in the 24/7 Real Media Network is attached as Exhibit 5.

➢ Banner advertisements measuring 728 x 90 pixels and 350 x 350 pixels will appear, on a rotating basis, on Web sites that are part of the 24/7 Real Media Network delivering an estimated 76,000,000 gross impressions.[6]

➢ The banner advertisements will appear for a 30 day period, or until the gross impressions are delivered.

───────────────────────

---

[6] Gross Impressions are the total number of times a media vehicle containing the notice is seen. This is a duplicated figure, as some viewers will see several media vehicles that contain the notice.

*New England Carpenters Health Benefits Fund v. First DataBank, Inc.*
*D.C. 37 Health & Security Plan v. Medi-Span*



➢ AOL (America Online) Media Networks are a leading portfolio of Web sites attracting large and engaged audiences on the Web.

➢ Banner advertisements measuring 728 x 90 pixels and 350 x 350 pixels will appear, on a rotating basis, on Web sites that are part of the AOL health, fitness, personal finance and email network for a total estimated 103,500,000 gross impressions.[6]

➢ The banner advertisements will appear for a 3-week timeframe or until all gross impressions are delivered.

———————————————

➢ Yahoo! is a leading Internet brand and a global online network of integrated services providing users with entertainment and other quality content. Advertising will target Adults 18+

➢ Banner advertisements measuring 728 x 90 pixels and 350 x 350 pixels will appear, on a rotating basis, on various Yahoo! Email pages, for a total estimated 20,000,000 gross impressions.[6]

➢ The banner advertisements will appear for a 3-week period or until all gross impressions are delivered.

———————————————

———————————————

[6] Gross Impressions are the total number of times a media vehicle containing the notice is seen. This is a duplicated figure, as some viewers will see several media vehicles that contain the notice.

© 2007 Kinsella/Novak Communications, LLC
Proprietary and Confidential.

# Trade Publications

Selected trade publications will be used to supplement the direct mail notice to TPPs as follows:



➢ A full-page black-and-white ad (7" x 10") placed once in *National Underwriter Life & Health*, with an estimated circulation of 50,195.

➢ With a pass-along rate of 1.7 readers per copy, approximately 85,333 agents and brokers read the publication weekly.  This includes 20,700 insurance company executives.

➢ *National Underwriter Life & Health* is the only weekly magazine serving the life, health and financial services market. It contains news and feature articles to help agents better understand products and markets, and insurance company executives identify new business opportunities. Topics covered include agency management, taxes, legislation, executive benefits, retirement planning and profitable sales ideas.

<hr>

# HRMagazine™

➢ A full-page black-and-white ad (8" x 10-7/8") placed once in *HR Magazine*, with an estimated circulation of 213,140, and a readership of 547,478.

➢ *HR Magazine* is the official publication of the Society for Human Resource Management.  It is written for human resources professionals and executives and to further the professional aims of both the Society and the human resource management profession.  The publication features new approaches and innovative best practices in all areas of HR management and informs on new models of ways of thinking.  It is designed as a forum for trends and legal issues as well as new concepts used by human resources management professionals.  It has the highest readership of any human resources publication.

# Print Readership

Readership includes both primary readers and pass-along readers. Primary readers purchased a publication or are members of a household where the publication was purchased. Pass-along readers are those who read the publication outside the home, in places such as a doctor's or a dentist's office. The table below indicates the number of readers in each of the target audiences of an average issue of the magazine:

| PUBLICATION | INSERTIONS | ADULTS 18+ | DRUG CONSUMERS ADULTS 35+ | ALL DRUG CONSUMERS |
|---|---|---|---|---|
| *Better Homes and* | 1 | 39,137,000 | 16,539,000 | 19,964,000 |
| *Ebony* | 1 | 10,876,000 | 2,946,000 | 4,189,000 |
| *Newsweek* | 3 | 19,624,000 | 7,012,000 | 8,764,000 |
| *New York Times* | 1 | 4,620,000 | 1,436,000 | 1,880,000 |
| *Parade Carrier* | 1 | 76,662,000 | 28,247,000 | 34,511,000 |
| *Parents* | 1 | 15,395,000 | 3,089,000 | 6,456,000 |
| *People* | 3 | 40,217,000 | 12,664,000 | 17,993,000 |
| *US News & World Report* | 2 | 11,130,000 | 3,890,000 | 4,749,000 |
| *USA Weekend Carrier* | 1 | 50,756,000 | 18,666,000 | 22,951,000 |
| *Vista\** | 1 | n/a | n/a | n/a |
| *Wall Street Journal* | 1 | 3,260,000 | 1,145,000 | 1,370,000 |

\**Vista* is not measured by MRI. Therefore, its contribution to the overall reach of the media is not calculated.

# National Media Delivery

Print media can be measured for its reach of specific target audiences.  In this case, the primary targets are Adults 35+ and Adults 18+ who have used any branded or generic prescription drugs in the past 12 months ("A35+ Rx Users"; "Adults 18+ RX Users") as well as all Adults ("Adults 18+").  The Internet can only be measured against Adults 18+ and cannot be measured against the primary targets.  Therefore, KNC examined the reach of the print media against all three targets and the reach of the print media in combination with the Internet against Adults 18+ only.

The reaches of the print media alone are as follows:

- 80% of Adult 35+ Rx Users will be reached with an average frequency of exposure of 2.5 times.

- 78.7% of Adults 18+ Rx Users will be reached with an average frequency of exposure of 2.6 times.

- 74.8% Adults 18+ will be reached with an average frequency of exposure of 2.5 times.

The reach of the Internet and print media against the only target that is measurable indicates that:

- 84.8% of Adults 18+ will be reached with an average frequency of exposure of 2.7 times.

Although the combined Internet and print reach of the primary targets is not specifically measured, it can be postulated with certainty that if the combined Internet and print reach of Adults 18+ increases, the reach of Adults 35+ Rx Users and Adults 18+Rx Users will also increase.  This is because the primary targets are similar to Adults 18+ in their use of the Internet.  Therefore, although not calculable, it is certain that the Internet and print media are delivering higher reaches against the primary targets than the reach against Adults 18+ only.

(The reach of Vista is not included in these estimates because it is not measured by MRI.)

The proposed Notice Program Schedule is attached as Exhibit 6.

# Notice Design

## Print Design

The plain language Publication Notices, specifically tailored to either the TPPs or consumer Class Members, have been designed to alert Class Members to the Proposed Class Action Settlement through the use of a bold headline. This headline will enable Class Members to quickly determine if they are potentially affected by the Proposed Class Action Settlements. Plain language text provides important information regarding the subject of the Proposed Class Action Settlement, the Class definitions and the legal rights available to Class Members.

Each advertisement will prominently feature a toll-free number, Web site and mailing addresses for Class Members to obtain the Long Form Notice and other information. The design of the Publication Notice takes into account empirical research developed over the past 30 years about how people read and assimilate information.

Recent revisions to Rule 23(c)(2) of the Federal Rules of Civil Procedure require class action notices to be written in "plain, easily understood language." KNC drafts and places plain language ads fully compliant with this revision. The firm maintains a strong commitment to adhering to the plain language requirement while drawing on its experience and expertise to draft notices that effectively communicate with class members.

Full-page or two-thirds-page ads will run in the consumer magazines. Two-fifths-page ads will be used in the newspaper supplements, half-page-ads will run in the newspapers and full-page ads will be used in the trade publications.

Additionally, "spot color" ads will be used in *Better Homes and Gardens*, *Ebony*, *US News & World Report* and *USA Weekend* to draw more attention to the Publication Notice.

The Publication Notices are attached as follows:
> Exhibit 7 – Consumer Publication Notice
> Exhibit 8 – National Newspaper Publication Notice
> Exhibit 9 – Third-Party Payor Publication Notice

Furthermore, the Long Form Notice was revised to create both a TPP Long Form and a Consumer Long Form. The TPP Long Form has been slightly modified for readability. The Consumer Long Form was completely revised to ensure that each section is simplified to allow the average consumer to understand all aspects of the Settlements. (See Exhibits 1 and 2.)

# Third-Party Notice

To reach FDB and Medi-Span Class Members, KNC will distribute notice materials to third-party consumer advocacy organizations.

## Consumer Advocacy Organizations

Notice will be sent to national and state consumer organizations that advocate on behalf of consumers and issues that affect them. Notice will consist of a cover letter introducing the Settlements and a copy of the Consumer Long Form Notice. As of this date, 41 organizations have been identified. Additional research will be undertaken to expand this list, if possible (See Exhibit 10).

# Earned Media

The thrust of the earned media program is to amplify the notice to Class Members through the use of free media. The earned media portion of this notice program will augment the paid media plan developed to reach the Class. The third-party endorsement from reliable sources such as the news media can add immeasurable value to outreach efforts.

Outreach to print and electronic media will focus primarily on key daily newspapers, wire services, newspaper bureaus nationally and major television and radio outlets. The earned media program will be:

➢ A press release will be distributed on US Newswire's Full National Circuit reaching over 2,000 media outlets. The press release will highlight the toll-free telephone number and Web site address that Class Members can call or visit for complete information.

# Internet Notice

The Internet will be used to notify Class Members of the Settlements in multiple ways. Internet notice serves to enhance the overall Notice Plan as it provides easy access by a large audience to the information about the Settlements.

## Informational Website

An informational interactive Web site is a critical component of the Notice campaign. The URL is a constant information source instantly accessible to millions. The informational Web site utilizes the Internet's ability to serve as a key distribution channel and customer service bureau. Combining clean site design, consistent site navigation clues and built-in flexibility, the Web site provides Class Members with easy access to the details of the Proposed Class Action Settlement.

### Clean Design

The site is designed for ease of use and comprehension. Web pages on the site are simple, containing words, icons, documents and images.

A directory located in a column on the left-hand side of the page provides links to the information available on the Web site. These can include "Court Documents," "Long Form Notice," and "Questions/Links." The Web site can also feature a "Frequently Asked Questions" section answering commonly asked questions. If necessary, it will also provide a toll-free number for individuals seeking additional information and the address or email of Class Counsel.

### Consistent Navigation Cues

Wherever the user goes from the homepage to another part of the site, links to the homepage and subsections remain on the left side of all pages, while the case title and cite remains fixed on top.

### Built-In Flexibility

Though simply designed, the Web site is not restrictive. The site's basic architecture enables updates and new features to be added quickly.

## Search Engine Optimization

Tools are available on the Internet to increase the ability of Web users to find Web sites by name and content. KNC will use "INeedHits.com" Search Engine Optimization ("SEO") services to promote the FDB/Medi-Span Settlements' informational Web site. INeedHits.com has been a leader in the SEO industry for 10 years. Their services will ensure that the FDB/Medi-Span Web address and content will be included in leading Web search engines and directories and indexed for maximum effectiveness when users search for information about the Settlements.

The optimization plan includes:

- *Keyword analysis*

  Analyzes the Web site for appropriate and effective keywords to enable Web users to easily find the Settlement URL. INeedHits.com analyzes the Web page content and picks out the best key words to direct users to the URL.

- *Code Optimization*

  Provides optimized code for insertion into each Web page's unseen HTML headers for search engines to read and index. It allows the search engine to index the page more directly providing more accurate search results.

- *Premium Submit*

  The URL is manually submitted to the top search engines and automatically submitted to 300 other search engines and directories. This ensures that the Web site address is listed as quickly as possible in the search index.

- *Submit Ongoing*

  The URL is periodically resubmitted to search engines for maximum ongoing exposure.

- *Paid Inclusion*

  Currently, Yahoo! is the only engine that offers paid and guaranteed URL inclusion in their search index, usually within 4 days of submission by INeedHits.com. This paid inclusion guarantees that the URL will be added to Yahoo's index as quickly as possible. Yahoo's directory network includes AltaVista, Excite, alltheweb, and others.

# Toll-Free Telephone Support

A toll-free interactive voice response system (IVR) will be established to service Class Members calling as a result of seeing the published notice.  Callers requesting the *Notice of Proposed Class Action Settlement* will be prompted to input the telephone number of the residence where they would like to receive the Notice.

The system uses an address look-up database to locate the corresponding address of the resident.  A portion of the address will be read back to the caller for address verification.  For successful look-ups, the caller will be asked to speak the Class Member's full name and to spell the last name.  If the look-up fails, is incorrect, or the call is placed from a rotary dial telephone, the caller will be prompted to speak the potential Class Member's name, address and telephone number.

The IVR system will provide an option for callers to speak to a live operator.

# EXHIBIT 1

---

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Are a Third-Party Payor that Made

# Reimbursements for the Cost of Prescription Drugs Based

# in any Part on Price Information Reported by

# First DataBank or Medi-Span,

## Proposed Class Action Settlements May Affect Your Rights

---

*The District Court has authorized this Notice*

- There are proposed Settlements in two class action lawsuits. The names of the lawsuits are *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS, and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS. These cases are pending in the U.S. District Court for the District of Massachusetts.

- First DataBank, Inc. ("FDB") publishes data related to the price of prescription drugs. One of the data fields FDB publishes is called the Blue Book Average Wholesale Price ("BBAWP"). The published BBAWP of a drug is often used to determine: a.) what insurance companies and Third-Party Payors ("TPPs") will reimburse for these drugs, b.) the amount of co-payments for consumers who pay a percentage co-pay, and c.) the price paid by consumers who pay the full price of drugs at pharmacies. FDB is not, nor has it ever been, a manufacturer, supplier, wholesaler, distributor, or seller of prescription drugs.

- The FDB lawsuit claims that in or about 2001 FDB and a large prescription drug wholesaler, McKesson, wrongfully inflated the mark-up factor used to determine the BBAWP that applies to numerous prescription drugs. Plaintiffs allege that as a result, Third-Party Payors ("TPP"s) and some consumers paid more for these prescription drugs than they otherwise would have from 2001 forward.

- The Medi-Span lawsuit claims that Medi-Span negligently published the Average Wholesale ("AWP") price of prescription drugs based on information received from FDB.

- There is no money for TPPs or consumers now. The Settlements provide "injunctive relief." This means that instead of paying money damages, the companies agree to change what they are doing to benefit the Settlement Classes. Substantial benefits will be provided to consumers because FDB and Medi-Span will, among other things, reduce the mark-up factor for thousands of prescription drugs, and stop publishing the AWP within 2-3 years. Class Counsel estimate that this reduction may save well over a

1

billion dollars in future prescription drug costs for consumers, insurers and TPPs in a single 12-month period.

• McKesson has not settled these claims and remains a Defendant in the FDB litigation.

# A Summary of Your Rights and Choices:

*Your Legal Rights Are Affected Even If You Do Not Act.*
*Read This Notice Carefully.*

| You May: | | Due Date: |
|---|---|---|
| ***Remain in the Classes*** | ***Stay in the lawsuits***<br>If you wish to stay in the Classes you do not need to do anything.  You will not be able to sue FDB or Medi-Span for the claims in these lawsuits and you will also be bound by the Court's decisions concerning the Settlements.  **See Question 8.** | *__N/A__* |
| ***Exclude Yourself*** | ***Get out of the Classes***<br>You can write and ask to get out of the Classes and keep your right to sue FDB and Medi-Span on your own about the claims in the lawsuits.  **See Questions 11 and 12.** | *__Postmarked by Month Date 2007__* |
| ***Object to the Settlements*** | ***Object or comment on the Settlements.***<br>If you don't exclude yourself, you can appear and speak at the Fairness Hearing on your own or through your own lawyer to object or comment on the Settlements.  (Class Counsel has been appointed to represent you.)  **See Question 13.** | *__Postmarked by Month Date 2007__* |

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**

1. Why did I get this Notice?...................................................................................... X
2. What are these lawsuits about?............................................................................. X
3. Why is this a class action?..................................................................................... X
4. Why are there Settlements?.................................................................................. X
5. Who is a Class Member?................................................................................ …..X
6. How do I know if I am included in the Settlements?............................................. X

**BENEFITS OF THE SETTLEMENTS ─ WHAT YOU GET**

7. What do the Settlements provide? .......................................................................... X

**REMAINING IN THE CLASS**

8. What happens if I do nothing and stay in the Classes?...............................................X
9. If I remain in the Classes, what claims am I specifically giving up? .........................X
10. What entities am I releasing?....................................................................................X

**EXCLUDING YOURSELF FROM THE SETTLEMENT CLASSES**

11. What do I do if I don't want to be in the Settlements? .............................................X
12. How do I exclude myself from the Classes? .......................................................... X

**COMMENTING ON THE SETTLEMENTS**

13. Can I object to or comment on the Settlements?...................................................... X
14. What is the difference between objecting to the Settlements and excluding myself from the Settlements?.................................................................................................. X

**THE LAWYERS REPRESENTING YOU**

15. Do I have a lawyer representing my interests in these cases?.....................................X
16 How will the lawyers be compensated?.................................................................. X
17 Should I get my own lawyer?....................................................................................X

**THE COURT'S FINAL APPROVAL HEARINGS**

18. When and where will the Court decide on whether to grant final approval of the Settlements?............................................................................................................ X
19. Must I attend the Final Approval Hearings? ............................................................X
20. May I speak at the Final Approval Hearings? ......................................................... X

**GETTING MORE INFORMATION**

21. Where do I obtain more information?....................................................................... X

## BASIC INFORMATION

### 1. Why did I get this Notice?

You received this Notice because you are a TPP that may have made reimbursements for certain prescription drugs

- Between January 1, 2000 and the date of the Court's Final Approval of the FDB Settlement where the reimbursement was based on allegedly inflated price data published by FDB and/or

- Between December 19, 2001 and the date of the Court's Final Approval of the Medi-Span Settlement where the reimbursement was based on allegedly inflated price data published by Medi-Span.

You may also have requested this Notice after seeing the Summary Notice in a publication. If so, the lawsuits may affect you.

This Notice explains:

- What the lawsuits and Settlements are about.
- What the lawsuits claim and what FDB and Medi-Span say about the claims.
- Who is affected by the Settlements.
- Who represents the Classes in the lawsuits.
- What your legal rights and choices are.
- How and by when you need to act.

### 2. What are these lawsuits about?

FDB and Medi-Span are Defendants that publish certain data related to the prices of prescription drugs in their printed and electronic databases. FDB reports data including the BBAWP of each prescription drug. Prescription drug manufacturers often report the Wholesale Acquisition Cost ("WAC") to FDB and Medi-Span. FDB then applies a mark-up factor to the WAC to derive the BBAWP reported in its publications and databases.

From December 2001 into April 2004, Medi-Span published its AWP for prescription drugs based on data provided by FDB. Subsequently, Medi-Span independently applied a mark-up factor to the WAC to derive its AWP for certain drugs reported in its publications and databases. FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor or seller of prescription drugs. FDB and Medi-Span are publishers of information.

The published BBAWP or AWP of a prescription drug is often used as a benchmark by pharmacies, insurance companies and other TPPs to set the price of prescription drugs for

4

consumers who pay the full price of prescription drugs at pharmacies and to determine what insurance companies and TPPs will reimburse for these prescription drugs. Also, the co-payments made by certain consumers, those who pay a percentage of the cost of their prescription drugs rather than a flat co-payment amount, may also be determined based on the same BBAWP or AWP data.

Plaintiffs claim:

- That in 2001, FDB and a large prescription drug wholesaler, McKesson, wrongfully inflated the mark-up factor used to determine the BBAWP that applies to numerous prescription drugs. This allegedly caused members of the Class (TPPs and some consumers) whose payments for prescription drugs are tied to the published BBAWP to make substantial excess payments for those prescription drugs.

- That despite representations that it conducted surveys of wholesalers of prescription drugs to determine their BBAWP, FDB either failed to conduct those surveys or failed to conduct adequate surveys.

The FDB lawsuit alleges such legal theories as negligent representation, conspiracy, fraud and violations of consumer protection statutes. The Medi-Span lawsuit alleges that Medi-Span also negligently published inflated prescription drug prices. The Medi-Span lawsuit alleges such legal theories as negligent misrepresentation.

FDB and Medi-Span have denied any wrongdoing or liability. The Settlements are not an admission of wrongdoing or an indication that any law was violated. FDB and Medi-Span have entered into these Settlements solely to avoid further expense, inconvenience, and the burden of this litigation and any other present or future litigation arising out of the facts that allegedly gave rise to this litigation. FDB and Medi-Span wish to avoid the distractions and diversion of their personnel and resources. They also wish to put to rest this controversy and to avoid the risks inherent in uncertain complex litigation. The Court has not ruled on the merits of Plaintiffs' claims or on the defenses made by FDB and Medi-Span.

## 3.  Why are these lawsuits class actions?

In a class action lawsuit, one or more people called "class representatives" sue on behalf of people who have similar claims. The people together are a "class" or "class members." The court must determine if it will allow the lawsuit to proceed as a class action. If it does, a trial of the claims then decides the lawsuit for everyone in the class or the parties may settle without a trial. Here, the Plaintiffs and FDB and Medi-Span have agreed to Settlements.

The Court has preliminarily approved the Settlements for Classes of individuals and entities that purchased prescription drugs based on the BBAWP data field published by FDB and the AWP published by Medi-Span. There will be Final Hearings for the Court to decide on whether to give final approval to the Settlements (see Question 18).

### 4.  Why are there Settlements?

A settlement is an agreement between a plaintiff and a defendant following extended negotiation.  Settlements conclude litigation but this does not mean that the court has ruled in favor of the plaintiff or the defendant.  A settlement allows both parties to avoid the cost and risk of a trial and permits both parties to establish a just, fair and final resolution that is best for all involved.  The class representatives and their attorneys decide that a settlement is the best result for all class members and the court is asked to approve the settlement as fair, reasonable and adequate.  If this Court approves the Settlements, then FDB and Medi-Span will no longer be legally responsible for the claims made in these lawsuits.

Settlement Class Counsel and FDB and Medi-Span have engaged in extensive, arms-length negotiations regarding the issues presented in these litigations and the possible terms of a settlement.  FDB and Medi-Span want to settle the Plaintiffs' claims in these litigations and Settlement Class Counsel believes the Settlements are fair, reasonable and adequate and in the best interests of the Classes.

### 5.  Who is a Class Member?

The Classes consist of all entities that made purchases and/or paid, whether directly, indirectly, or by reimbursement, for all or part of the purchase price of prescription drugs, including but not limited to those identified on Exhibit A to the two Settlement Agreements. (To obtain a copy of the Settlement Agreements see Question 21.)

•  The purchases based on <u>FDB</u> pricing must have been made between January 1, 2000 and the date of Final Court Approval of the FDB Settlement.

•  The purchases based on <u>Medi-Span</u> published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

•  Any part of the purchase price, reimbursement or payment amount must have been based on the BBAWP, the AWP or similar data published or disseminated by FDB or Medi-Span, electronically or otherwise.

Class Members that made flat co-payments are not included in the Classes.  Also not included in the Classes are the Defendants and their present or former, direct and indirect, parents, subsidiaries, divisions, partners and affiliates; the United States government, its officers, agents, agencies and departments; the States of the United States and their respective officers, agents, agencies and departments and all other local governments and their officers, agents, agencies and departments.

Also, those entities that own or operate businesses referred to commonly as pharmacy benefit managers ("PBMs") and who as part of their business operation contract with ultimate TPPs of a prescription drug benefit to perform certain services in the administration and management of that prescription drug benefit for those ultimate TPPs are not Class Members under the Private Payor Class definition of these Settlements.  The Classes include the ultimate TPPs providing the prescription drug benefit and not the

PBMs with which those TPPs contract with to administer or manage that prescription benefit on behalf of the Class Members, unless such PBMs are the fiduciary of the TPPs or by contract assumed, in whole or in part, the insurance risk of that prescription drug benefit during the Class Periods.

### 6.  How do I know if I am included in the Settlements?

Unless you exclude yourself as described in Question 12 of this Notice, you are a member of the Classes and will be included in the Settlements if you are:

- A TPP that reimbursed for prescription drugs based on the BBAWP published by FDB or AWP published by Medi-Span.

A TPP is an entity that is:

> (a.) A party to a contract, issuer of a policy, or sponsor of a plan, *and*
>
> (b.) At risk, under such contract, policy, or plan, to pay or reimburse all or part of the cost of prescription drugs dispensed to covered natural persons.

TPPs include insurance companies, union health and welfare benefit plans and self-insured employers.  Entities with self-funded plans that contract with a health insurance company or other entity to serve as a third-party claims administrator to administer their prescription drug benefits qualify as TPPs.  Private plans that cover government employees and/or retirees are also included.  (For a more comprehensive definition of TPPs refer to the Settlement Agreements.  Question 21 provides instruction on how to obtain a copy of the Settlement Agreements).

## BENEFITS OF THE SETTLEMENTS

### 7.  What do the Settlements provide?

The Settlements do not provide cash payments by FDB or Medi-Span to Class Members.  Rather, Class Members get what is called "injunctive relief."  This means that instead of getting money damages, the companies will agree to change what they are doing to benefit the Classes.

In this case, a substantial benefit is provided to the Classes because FDB and Medi-Span will both lower the mark-up factor used to determine the BBAWP and AWP for a large number of prescription drugs for which they publish price information.  This will result in a reduction in the prices for these prescription drugs.  **Class Counsel estimates that this reduction may save over a billion dollars for consumers, insurance providers and TPPs in just a single 12-month period.**

Within 2 years, FDB will also cease to publish the BBAWP data field, subject to certain exceptions.  In addition, FDB will cooperate as outlined below in providing information on prescription drug pricing in connection with other litigation.  Within 3 years, Medi-Span

will also cease to publish the AWP and will also provide information on prescription drug pricing in connection with other litigation.

Specifically:

(a) FDB and Medi-Span will reduce the WAC to AWP mark up they utilize for all prescription drugs, listed on Exhibit A to their respective Settlement Agreements, to 1.20. Currently, most prescription drugs on Exhibit A have a WAC to AWP mark up of greater than 1.20. As for other prescription drugs in either the FDB or Medi-Span databases that are on a mark-up factor basis and have a WAC to AWP mark up of less than 1.20, FDB and Medi-Span each agree that they shall not increase the WAC to AWP mark up for those prescription drugs by reason of the adjustment on other drugs described above.

Neither FDB nor Medi-Span shall at any time thereafter increase the WAC to AWP mark up of any prescription drugs above 1.20 unless a different methodology for determining WAC, AWP or mark ups is adopted that is verifiable. In addition, if verifiable prescription drug wholesale price information becomes available as a result of changes in law, regulation or industry practice, FDB and Medi-Span may publish such information. (This is subject to certain limitations as outlined in the Settlement Agreements.)

(b) FDB shall discontinue publishing, electronically or otherwise, the BBAWP data field for any prescription drug within two years from the Effective Date of the Settlements. Medi-Span shall discontinue publishing, electronically or otherwise, the AWP data field for any prescription drug within three years from the Effective Date of the Settlements. (This is subject to certain limitations as outlined in the Settlement Agreements.)

(c) Establish and maintain for a period of three (3) years from the Effective Date of the Settlement at FDB's expense, a Data Room. Access will be provided in connection with any claim or potential claim brought or contemplated against other defendants in litigation involving prescription drug pricing and reimbursement.

In addition, in connection with litigation *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL 1456 ("AWP MDL"), FDB and Medi-Span will cooperate with and facilitate the interview of certain employees involved in the prescription drug price reporting and price data acquisition activities. FDB and Medi-Span will also make reasonable efforts to make certain employees and/or officers with relevant knowledge available for trial testimony in connection with (1) any trial of claims against the remaining defendant or defendants in this Class Action, (2) any trial in the AWP MDL.

## REMAINING IN THE CLASSES

### 8.  What happens if I do nothing and stay in the Classes?

If you do nothing, you will be included in the Classes.  You will be bound by the terms and conditions of the Settlements.  You will never be able to pursue any other lawsuit against FDB or Medi-Span concerning or related in any way to the claims alleged in these lawsuits.

If the Settlements are approved, the claims against FDB and Medi-Span will be completely "released."  This means that you cannot sue FDB or Medi-Span for money damages or other relief based on the claims in these lawsuits.

Class Members agree to forever release all claims even if they later discover new facts about the claims in these lawsuits.  This includes any claims whether known or unknown, suspected or unsuspected, contingent or non-contingent.   All claims will be released forever whether or not the facts were concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts.

### 9.  If I remain in the Classes, what claims am I specifically giving up?

The legal definition of the "Released Claims" is as follows:

"Released Claims" shall mean any and all known or unknown claims, demands, actions, suits, causes of action, damages whenever incurred whether compensatory, punitive, or exemplary, liabilities of any nature or under any theory whatsoever.  This includes costs, expenses, penalties and attorneys' fees, in law, equity, or statutory that any Class Member who did not opt-out ever had or now has, directly, representatively, derivatively or in any capacity, arising out of any conduct, events or transactions relating to the collection, calculation, formulas, mark up, determination, dissemination, publication of, and representations concerning, the AWP or BBAWP or similar data published or disseminated by First DataBank, Inc. or Medi-Span electronically or otherwise for any prescription drugs.  This includes but is not limited to, the allegations contained in the action entitled *New England Carpenters Health Benefits Fund et al. v. First Databank, Inc., et al.*, Civil Action No. 1:05-CV-11148 (D.Mass.) and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS.

### 10.  What entities am I releasing?

The Released Entities are:

- First DataBank, Inc., its parent, subsidiaries, and affiliates and their past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors, successors and assigns; and

- Medi-Span, a division of Wolters Kluwer Health, Inc., its parent, subsidiaries, and affiliates and their (including Medi-Span's) past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors and assigns.

## EXCLUDING YOURSELF FROM EITHER OF THE SETTLEMENT CLASSES

### 11.   What do I do if I don't want to be in the Settlements?

If you are a TPP and you don't want to be in either Class and you want to keep the right to sue FDB or Medi-Span about the same claims on your own, you must take steps to get out of the Classes.  This is called excluding yourself.  By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against FDB and Medi-Span about the claims in these lawsuits.  If you exclude yourself from the Classes, you will not be in the Settlements.   However, if too many Class Members exclude themselves from the Settlements, FDB and Medi-Span can cancel the Settlement Agreements.  This means that no one will see cost savings in the future due to these Settlements.

### 12.   How do I exclude myself from the Classes?

You can exclude yourself from the FDB Class, the Medi-Span Class or both Classes.

If you wish to be excluded from the Class or Classes, you can send a letter signed by you that includes all of the following:

- The name, address, and telephone number of the TPP;
- The name and number of the lawsuit or lawsuits: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and/or *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS;
- The tax identification number for the TPP;
- A statement that the individual signing the letter is authorized to act on behalf of the TPP;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from a Class or Classes.

If a TPP seeks to act on behalf of other TPPs for which it administers prescription drug benefits, the exclusion letter must also include the tax identification numbers for each entity seeking to be excluded.  It must also include a statement that the individual signing the letter has the authority to act on behalf of such entity either expressly or by contract.

All exclusion letters must be mailed first class, **postmarked on or before [Month Date,] 2007,** to:                FDB/Medi-Span AWP Litigation Administrator
                                          P.O. Box xxx
                                          City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

## COMMENTING ON THE SETTLEMENTS

### 13.   Can I object to or comment on the Settlements?

If you have comments about, or disagree with, any aspect of the Settlements, including the requested attorneys' fees or the expense reimbursement plan, you may express your views to the Court through a written response to the Settlements.  You can comment about either or both of the Settlements.  The written response should include your name, address, telephone number and a brief explanation of your reasons for objection.  The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2007** and mailed to:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

In addition, your document must clearly state that it relates to the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

### 14.   What is the difference between objecting to the Settlements and excluding myself from the Settlements?

An objection to the Settlements is made when you wish to remain a member of the Classes and be subject to the Settlements but disagree with some aspect of the Settlements.  An objection allows your views to be heard in Court.  In contrast, exclusion means that you are no longer a Class Member and ultimately do not want to be subject to the Settlements' terms and conditions.  Once excluded, you lose any right to object to the Settlements or to the attorneys' fees because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 15.  Do I have a lawyer representing my interests in these cases?

Yes.  The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
*and*
One Main Street, 4th Floor
Cambridge, MA 02142

Spector Roseman & Kodroff, PC
www.srk-law.com

1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 2000
Chicago, IL 60602

Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901

These lawyers are called Class Counsel.  You won't be charged personally for these lawyers, but they will ask the Court to award them a fee.  More information about Class Counsel and their experience is available at the Web sites listed above.

### 16.  How will the lawyers be compensated?

Class Counsel will request that the Court award attorneys' fees and expenses.  The Court has appointed Class Counsel to represent everyone in the Classes.  Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years.  Class Counsel will receive $100,000 in fees and expenses in connection with the Settlement with Medi-Span.  FDB will also pay the cost of notice to all Class Members.  You may hire your own attorney, if you wish.  However, you will be responsible for that attorney's fees and expenses.

### 17.  Should I get my own lawyer?

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 20 to find out how to submit a Notice of Appearance).  If you hire a lawyer to appear for you in the lawsuit, you will have to make your own arrangement for that lawyer's compensation.

## THE COURT'S FINAL APPROVAL HEARING

### 18. When and where will the Court decide on whether to grant final approval of the Settlements?

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate. At the Hearings, the Court will decide whether to approve the Settlements and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

Note: The Hearings may be postponed to a different date without additional notice. Updated information will be posted on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

### 19. Must I attend the Final Approval Hearings?

Attendance is not required, even if you properly mailed a written response. Class Counsel is prepared to answer the Court's questions on your behalf. If you or your personal attorney still want to attend the Hearings, you are more than welcome at your expense. However, it is not necessary that either of you attend. As long as the objection was postmarked before the deadline, the Court will consider it.

### 20. May I speak at the Final Approval Hearings?

You may speak at the Final Approval Hearings or hire your own lawyer to speak on your behalf. If you want your own lawyer to speak for you instead of Class Counsel at the Final Approval Hearings, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuits, and state that you wish to enter an appearance at the Fairness Hearings. It also must include your name, address, telephone number, and signature as well as the name and address of your lawyer, if one is appearing for you. Your "Notice of Appearance" **must** be postmarked no later than **Month Day 2007**. You cannot speak at the Hearings if you asked to be excluded from the Settlement Classes.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

The Notice of Appearance must be filed using the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

## GETTING MORE INFORMATION

### 21.  Where do I obtain more information?

More details are in the Settlement Agreements and Exhibits filed by Class Counsel and are also in the other legal documents that have been filed with the Court in this lawsuit.   You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.  These documents will also be available on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- •      Visit the FDB/Medi-Span AWP Litigation Web site www.xxxx.com
- •      Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- •      Write to: FDB/Medi-Span AWP Litigation Administrator, PO Box xxxx, City, State Zip

**[date]**

# EXHIBIT 2

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

# If You Paid for All or Part of Prescription Drugs

### Class Action Settlements Will Affect your Legal Rights and What You May Pay in the Future for Thousands of Drugs.

*The District Court has authorized this Notice. It is not a solicitation from a lawyer.*
*You are not being sued.*

[Spanish: For More Information On these Proposed Settlements Visit www.xxx.com]

- Proposed Class Action Settlements have been reached in two class actions about the way certain prescription drug price information is published. The lawsuits claim that certain prescription drugs you pay for may have been overpriced. The Settlements will save you money by changing the way the prescription drug price information is published in the future.

- The two companies being sued are First DataBank, Inc. ("FDB") and Medi-Span. These companies publish information that may be used to determine the full and co-payment price that some consumers pay for prescription drugs. The information is also used to determine how much insurance companies will reimburse for these prescription drugs. FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor, or seller of prescription drugs.

- The companies have agreed to change the way they determine prices they publish. They will also cease to publish certain price information in two to three years.

## A Summary of Your Rights and Choices:

### *Your Legal Rights Are Affected Even If You Do Not Act.*
### *Read This Notice Carefully.*

| You May: | | Due Date: |
|---|---|---|
| ***Remain in the Classes*** | ***Stay in the lawsuits*** <br> If you wish to stay in the Classes, you do not need to do anything. You will not be able to sue FDB or Medi-Span for the claims in this lawsuit and will be bound by the Court's decisions. **See Question 8.** | *N/A* |
| ***Exclude Yourself*** | ***Get out of the Classes*** <br> You can write and ask to get out the Classes and keep your right to sue FDB and Medi-Span on your own about the claims in the lawsuits. **See Questions 11 and 12.** | *Postmarked by Month Date 2007* |
| ***Object to the Settlements*** | ***Object or comment on the Settlements.*** <br> If you don't exclude yourself, you can appear and speak in the lawsuits on your own or through your own lawyer to object or comment on the Settlements. (Class Counsel has been appointed to represent you.) **See Question 13.** | *Postmarked by Month Date 2007* |

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**

1. Why did I get this Notice?................................................................................. X
2. What are these lawsuits about?......................................................................... X
3. Why is this a class action?................................................................................ X
4. Why are there Settlements?.............................................................................. X
5. Who is a Class Member?.................................................................................... X
6. How do I know if I am included in the Settlements?......................................... X

**BENEFITS OF THE SETTLEMENTS – WHAT YOU GET**

7. What do the Settlements provide? ................................................................... X

**REMAINING IN THE CLASS**

8. What happens if I do nothing and stay in the Classes?..................................X
9. If I remain in the Classes, what claims am I specifically giving up? ...........X
10. What entities am I releasing?............................................................................X

**EXCLUDING YOURSELF FROM THE SETTLEMENTS CLASSES**

11. What do I do if I don't want to be in the Settlements? ..................................X
12. How do I exclude myself from the Classes? .................................................. X

**COMMENTING ON THE SETTLEMENTS**

13. Can I object to or comment on the Settlements?........................................... X
14. What is the difference between objecting to the Settlements and excluding myself from the Settlements?................................................................................. X

**THE LAWYERS REPRESENTING YOU**

15. Do I have a lawyer representing my interests in these cases?......................X
16 How will the lawyers be compensated?...........................................................X
17 Should I get my own lawyer?...........................................................................X

**THE COURT'S FINAL APPROVAL HEARINGS**

18. When and where will the Court decide on whether to grant final approval of the Settlements?................................................................................................... X
19. Must I attend the Final Approval Hearings? ..................................................X
20. May I speak at the Final Approval Hearings? ............................................... X

**GETTING MORE INFORMATION**

21. Where do I obtain more information?................................................................ X

## BASIC INFORMATION

### 1.  Why did I get this Notice?

You received this Notice because you are a consumer that may have paid for all or part of certain prescription drugs out-of-pocket.  You may also have requested this Notice after seeing the Summary Notice in a publication.  If so, the lawsuits may affect you.

This Notice explains:

- What the lawsuits and Settlements are about.
- What the lawsuits claim and what FDB and Medi-Span say about the claims.
- Who is affected by the Settlements.
- Who represents the Classes in the lawsuits.
- What your legal rights and choices are.
- How and by when you need to act.

### 2.  What are these lawsuits about?

Prescription drugs often are priced using certain benchmarks.  The most common pricing benchmark is something called the Average Wholesale Price or "AWP".  The AWP often helps pharmacies and insurance companies decide what to charge consumers for prescription drugs. This is when consumers pay the full price of prescription drugs or a percentage of the cost rather than a flat co-payment amount.

FDB[1] and Medi-Span publish the AWP of certain prescription drugs in their printed and electronic databases.

FDB determines the AWP by taking the wholesale costs it gets from the manufacturer and then marking that price up.  The lawsuits claim that FDB marked up the costs too much.

From December 2001 into April 2004, Medi-Span published its AWP for prescription drugs based on data provided by FDB.

FDB and Medi-Span are not, nor have they ever been, a manufacturer, supplier, wholesaler, distributor or seller of prescription drugs.  FDB and Medi-Span are merely publishers of information.

---

[1] The technical name for the price that FDB publishes is the Blue Book Average Wholesale Price ("BBAWP").  To determine the BBAWP FDB marks up what is called the Wholesale Acquisition Price ("WAC").  The WAC is given to FDB from the pharmaceutical manufacturers.  From 2001 to 2004 Medi-Span published this same data it got from FDB but called it the AWP in its databases.  After that time Medi-Span applied its own mark-up to the WAC.

FDB and Medi-Span have denied any wrongdoing or responsibility. FDB and Medi-Span have entered into these Settlements solely to avoid further expense, inconvenience, the burden of this litigation and any other present or future litigation arising out of the facts in this case.

### 3.   Why is this a class action?

In a class action lawsuit, one or more people called "class representatives" sue on behalf of people who have similar claims. The people together are a "class" or "class members." The court must determine if it will allow the lawsuit to proceed as a class action. If it does, all decisions made will affect everyone in the class.

Here, the people that sued ("Plaintiffs") and FDB and Medi-Span ("Defendants") have agreed to Settlements. The Court has preliminarily approved these Settlements for individuals who purchased prescription drugs that were priced based on the AWP published by FDB and Medi-Span. There will be Fairness Hearings for the Court to decide on whether to give final approval to the Settlements. (See question 18.)

### 4.   Why are there Settlements?

A settlement is an agreement between a plaintiff and a defendant following extended negotiation. Settlements conclude litigation but this does not mean that the court has ruled in favor of the plaintiff or the defendant. A settlement allows both parties to avoid the cost and risk of a trial and permits both parties to establish a just, fair and final resolution that is best for all involved. The class representatives and their attorneys decide that a settlement is the best result for all class members and the court is asked to approve the settlement as fair, reasonable and adequate. If this Court approves the Settlements, then FDB and Medi-Span will no longer be legally responsible for the claims made in these lawsuits.

The lawyers representing the Classes ("Class Counsel") and FDB and Medi-Span have engaged in extensive, arms-length negotiations regarding the issues presented in these lawsuits and the possible terms of a settlement. FDB and Medi-Span want to settle the claims in these lawsuits and Class Counsel believes the Settlements are fair, reasonable and adequate and in the best interests of the Class.

### 5.   Who is a Class Member?

You are a member of the Classes if you paid for all or part of certain prescription drugs based on data published by FDB or Medi-Span. (A list of those prescription drugs is available at www.XXXXXX.com. There are two different lists of prescription drugs, one that lists prescription drugs reported by FDB and one that lists prescription drugs reported by Medi-Span. These lists are also attached, as Exhibit A, to each Settlement Agreement. To get a copy of the Settlement Agreements see Question 21.) You must have made these purchases during certain times:

• The purchases based on FDB pricing must have been made between January 1, 2000

and the date of Final Court Approval of the FDB Settlement.

- The purchases based on <u>Medi-Span</u> published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

Any part of the price you paid for prescription drugs must have been based on data published by FDB or Medi-Span, electronically or otherwise.

If you made flat co-payments for your prescription drugs, you were not affected by FDB and Medi-Span's alleged actions and you are not a Class Member. Flat co-payments are those that do not differ with the cost of the prescription drug. Consumers who have flat co-pays that are tiered (i.e. one flat price for all brand named prescription drugs and another flat co-payment for generic prescription drugs) are also not Class Members.

There are a number of other people that are also not included in the Class. These people include:

- the Defendants and their present or former, direct and indirect, parents, subsidiaries, divisions, partners and affiliates; and

- the United States government, its officers, agents, agencies and departments; the States of the United States and their respective officers, agents, agencies and departments; and all other local governments and their officers, agents, agencies and departments.

Also excluded from the Class are those entities that own or operate businesses referred to commonly as pharmacy benefit managers ("PBMs"). These PBMs, as part of their business operation, contract with Third-Party Payors to perform certain services in the administration and management of prescription drug benefit plans.


## 6. How do I know if I am included in the Settlements?

Unless you exclude yourself, you are a member of the Classes and will be included in the Settlements if you:

- paid for all or part of the price of a prescription drug based on the data published by FDB or Medi-Span during the relevant time periods.

## BENEFITS OF THE SETTLEMENTS

## 7. What do the Settlements provide?

The Settlements do not provide cash payments by FDB or Medi-Span.

Rather, Class Members get what is called "injunctive relief." This means that instead of getting money damages, the companies will agree to change what they are doing to benefit the Classes.

In this case, a substantial benefit is provided to the Classes because FDB and Medi-Span will change the way they publish pricing information for a large number of prescription drugs. This may result in a reduction in the prices for these prescription drugs.

**Class Counsel estimates that this reduction may save over a billion dollars for consumers, insurance providers and Third-Party Payors in just a single 12-month period.**

Within 2 years, FDB will stop publishing the AWP, subject to certain exceptions. In addition, FDB will cooperate as outlined below in providing information on prescription drug pricing in connection with other lawsuits. Within 3 years, Medi-Span will also stop publishing the AWP and will also provide information on prescription drug pricing in connection with other litigation.

Specifically:

(a) FDB and Medi-Span will reduce the mark-up amount used for all prescription drugs listed on Exhibit A. These markups will be decreased to 1.20. Currently, in many cases the mark up is 1.25. FDB and Medi-Span also agree not to increase the mark up for those prescription drugs not on Exhibit A that are below 1.20 to above 1.20 at any time in the future because of this adjustment.

If verifiable prescription drug wholesale price information becomes available as a result of changes in law, regulation or industry practice, FDB and Medi-Span may publish such information. (This is subject to certain limitations as outlined in the Settlement Agreements.)

(b) FDB will stop publishing, electronically or otherwise, the AWP for any prescription drug within two years from the Effective Date of the Settlements. Medi-Span will stop publishing, electronically or otherwise, the AWP for any prescription drug within three years from the Effective Date of the Settlements. (This is subject to certain limitations as outlined in the Settlement Agreements.)

(c) FDB will establish and maintain for a period of three (3) years from the Effective Date of the Settlement at FDB's expense, a Data Room. Access will be provided in connection with any claim or potential claim brought or contemplated against other defendants in litigation involving prescription drug pricing and reimbursement.

FDB and Medi-Span also agree to cooperate in providing information in another related lawsuit: *In re Pharmaceutical Industry Average Wholesale Price Litig.*, MDL 1456 ("AWP MDL").

6

## REMAINING IN THE CLASSES

### 8.   What happens if I do nothing and stay in the Classes?

If you do nothing, you will be included in the Classes.  You will be bound by the terms and conditions of the Settlements.  You will never be able to pursue any other lawsuit against FDB or Medi-Span concerning or related in any way to the claims alleged in these lawsuits.

If the Settlements are approved, the claims against FDB and Medi-Span will be completely "released."  This means that you cannot sue FDB or Medi-Span for money damages or other relief based on the claims in these lawsuits.

Class Members agree to forever release all claims even if they later discover new facts about the claims in these lawsuits.  This includes any claims whether known or unknown, suspected or unsuspected, contingent or non-contingent.  All claims will be released forever whether or not the facts were concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts.

### 9.   If I remain in the Classes, what claims am I specifically giving up?

The technical release is as follows: "Released Claims" which shall mean any and all known or unknown claims, demands, actions, suits, causes of action, damages whenever incurred whether compensatory, punitive, or exemplary, liabilities of any nature or under any theory whatsoever.  This includes costs, expenses, penalties and attorneys' fees, in law, equity, or statutory that any Class Member who did not opt out ever had or now has, directly, representatively, derivatively or in any capacity, arising out of any conduct, events or transactions relating to the collection, calculation, formulas, mark up, determination, dissemination, publication of, and representations concerning the AWP or similar data published or disseminated by First DataBank, Inc. or Medi-Span electronically or otherwise for any prescription drugs.  This includes but is not limited to, the allegations contained in the action entitled *New England Carpenters Health Benefits Fund et al. v. First Databank, Inc., et al.*, Civil Action No. 1:05-CV-11148 (D. Mass.) and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS (D. Mass.).

### 10.   What entities am I releasing?

The Released Entities are:

- First DataBank, Inc., its parent, subsidiaries, and affiliates and their past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors, successors and assigns; and

- Medi-Span, a division of Wolters Kluwer Health, Inc., its parent, subsidiaries, and affiliates and their (including Medi-Span's) past, present and future officers, directors, trustees, employees, agents, attorneys, shareholders, predecessors and assigns.

## EXCLUDING YOURSELF FROM EITHER OF THE SETTLEMENT CLASSES

### 11.  What do I do if I don't want to be in the Settlements?

If you don't want to be in either Class and you want to keep the right to sue FDB or Medi-Span about the same claims on your own, you must take steps to get out of the Classes. This is called excluding yourself.  By excluding yourself, you keep the right to file your own lawsuit or join another lawsuit against FDB and Medi-Span about the claims in these lawsuits.

If you exclude yourself from the Classes, you will not be in the Settlements.  However, if too many Class Members exclude themselves from the Settlements, FDB and Medi-Span can cancel the agreement.  This means that no one will see cost savings in the future due to these Settlements.

### 12.  How do I exclude myself from the Classes?

You can exclude yourself from the FDB Class, the Medi-Span Class or both Classes.

If you wish to be excluded from the Class or Classes, you can send a letter signed by you that includes all of the following:

- Your name, address, and telephone number;
- The name and number of the lawsuit or lawsuits: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and/or *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS;
- If you have hired your own lawyer, the name, address, and telephone number of your lawyer; *and*
- A statement that you want to be excluded from a Class or Classes.

All exclusion letters must be mailed first class, **postmarked on or before [Month Date,] 2007,** to:          FDB/Medi-Span AWP Litigation Administrator
          P.O. Box xxx
          City, State Zip code

Please remember that you can't exclude yourself by phone or by sending an email.

8

**COMMENTING ON THE SETTLEMENTS**

### 13.  Can I object to or comment on the Settlements?

If you have comments about, or disagree with, any part of the Settlements, including the requested attorneys' fees or the expense reimbursement plan, you may express your views to the Court through a written response to the Settlements.  You can comment about either or both of the Settlements.  The written response should include your name, address, telephone number and a brief explanation of your reasons for objection.  The document **must** be signed to ensure the Court's review.  The response must be postmarked no later than **Month, Day 2007** and mailed to:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

In addition, your document must clearly state that it relates to the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

### 14.  What is the difference between objecting to the Settlements and excluding myself from the Settlements?

An objection to the Settlements is made when you wish to remain a Class Member and be subject to the Settlements, but disagree with some aspect of the Settlements.  An objection allows your views to be heard in Court.

In contrast, exclusion means that you are no longer a Class Member and ultimately do not want to be subject to the either Settlements' terms and conditions.  Once excluded, you lose any right to object to the Settlements or to the attorneys' fees because the case no longer affects you.

## THE LAWYERS REPRESENTING YOU

### 15.   Do I have a lawyer representing my interests in these cases?

Yes.  The Court has appointed the following law firms to represent you and other Class Members:

Hagens Berman Sobol Shapiro LLP
www.hagens-berman.com
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
              *and*
One Main Street, 4th Floor
Cambridge, MA 02142

Spector Roseman & Kodroff, PC
www.srk-law.com

1818 Market Street, Suite 2500
Philadelphia, PA 19103

Wexler Toriseva Wallace LLP
www.wtwlaw.us
One North LaSalle St., Suite 20
Chicago, IL 60602

Edelson & Associates LLC
45 West Court Street
Doylestown, PA 1890

These lawyers are called Class Counsel.  You won't be charged personally for these lawyers, but they will ask the Court to award them a fee.  More information about Class Counsel and their experience is available at the Web sites listed above.

### 16.   How will the lawyers be paid?

Class Counsel will request that the Court award attorneys' fees and expenses.  The Court has appointed Class Counsel to represent everyone in the Classes.  Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years.  Class Counsel will receive $100,000 in fees and expenses in connection with the settlement with Medi-Span.  FDB will also pay the cost of notice to all Class Members.

You may hire your own attorney, if you wish.  However, you will be responsible for that attorney's fees and expenses.

### 17.   Should I get my own lawyer?

You don't need to hire your own lawyer, but if you want your own lawyer to speak for you or appear in Court, you must file a Notice of Appearance (*see* Question 20 to find out how to submit a Notice of Appearance).  If you hire a lawyer to appear for you in the lawsuit, you will have to pay for that lawyer on your own.

## THE COURT'S FINAL APPROVAL HEARINGS

**18. When and where will the Court decide on whether to grant final approval of the Settlements?**

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate. At the Hearings, the Court will decide whether to approve the Settlements and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

Note: The Hearings may be postponed to a different date without additional notice. Updated information will be posted on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

**19. Must I attend the Final Approval Hearings?**

Attendance is not required, even if you properly mailed a written response. Class Counsel is prepared to answer the Court's questions on your behalf. If you or your personal attorney still want to attend the Hearings, you are more than welcome at your expense. As long as the objection was postmarked before the deadline, the Court will consider it.

**20. May I speak at the Final Approval Hearings?**

You may speak at the Final Approval Hearings or hire your own lawyer to speak on your behalf. If you want your own lawyer to speak for you instead of Class Counsel at the Final Approval Hearings, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuits, and state that you wish to enter an appearance at the Fairness Hearings. It also must include your name, address, telephone number, and signature as well as the name and address of your lawyer, if one is appearing for you. Your "Notice of Appearance" **must** be postmarked no later than **Month Day 2007**. You cannot speak at the Hearings if you asked to be excluded from the Settlement Classes.

The Notice of Appearance must be filed with the Court at the following address:

> Clerk of Court
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, Massachusetts 02210

The Notice of Appearance must be filed using the following Civil Action Number:

> (For the FDB lawsuit) No. 1:05-CV-11148-PBS and/or
> (For the Medi-Span lawsuit) No. 07-cv-10988-PBS

**GETTING MORE INFORMATION**

**21.   Where do I obtain more information?**

More details are in the Settlement Agreements, Exhibits and the other legal documents that have been filed with the Court in this lawsuit.   You can look at and copy these legal documents at any time during regular office hours at the Office of the Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210.  These documents will also be available on the FDB/Medi-Span AWP Litigation Web site at www.xxxxxxx.com.

In addition, if you have any questions about the lawsuit or this Notice, you may:

- • Visit the FDB/Medi-Span AWP Litigation Web site www.xxxx.com
- • Call toll free 1-xxx-xxx-xxxx (hearing impaired call 1-yyy-yyy-yyyy)
- • Write to: FDB/Medi-Span AWP Litigation Administrator, PO Box xxxx, City, State Zip

EXHIBIT 3

## Newspapers in the Parade and USA Weekend Networks
### EXHIBIT 3

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| AK | Anchorage | Daily News | 75,579 | Parade Magazine |
| AK | Fairbanks | News-Miner | 19,889 | Parade Magazine |
| AK | Juneau | Empire | 5,831 | USA Weekend |
| AK | Kenai | Peninsula Clarion | 6,500 | USA Weekend |
| AL | Alexander City | Outlook | 3,721 | Parade Magazine |
| AL | Anniston | Star | 25,930 | Parade Magazine |
| AL | Birmingham | News | 180,783 | Parade Magazine |
| AL | Decatur | Daily | 24,032 | Parade Magazine |
| AL | Florence | Times Daily | 32,310 | Parade Magazine |
| AL | Gadsen | Times | 22,608 | Parade Magazine |
| AL | Huntsville | Times | 72,275 | Parade Magazine |
| AL | Mobile | Register | 117,279 | Parade Magazine |
| AL | Selma | The Selma Times-Journal | 6,663 | Parade Magazine |
| AL | Talladega | Daily Home | 9,723 | Parade Magazine |
| AL | Tuscaloosa | News | 35,541 | Parade Magazine |
| AL | Cullman | Times | 11,049 | USA Weekend |
| AL | Dothan | Eagle | 34,657 | USA Weekend |
| AL | Jasper | Mountain Eagle | 10,667 | USA Weekend |
| AL | Montgomery | Advertiser | 57,955 | USA Weekend |
| AL | Opelika | News | 15,279 | USA Weekend |
| AR | Blytheville | Courier News | 4,948 | Parade Magazine |
| AR | Little Rock | Arkansas Democrat-Gazette | 275,991 | Parade Magazine |
| AR | Conway | Log Cabin Democrat | 11,271 | USA Weekend |
| AR | El Dorado | South Arkansas Sunday News | 15,025 | USA Weekend |
| AR | Fort Smith | Southwest Times Record | 43,205 | USA Weekend |
| AR | Harrison | Times | 10,317 | USA Weekend |
| AR | Hot Springs | Sentinel-Record | 18,108 | USA Weekend |
| AR | Jonesboro | Sun | 21,416 | USA Weekend |
| AR | Mountain Home | Baxter Bulletin | 11,589 | USA Weekend |
| AR | Paragould | Daily Press | 4,989 | USA Weekend |
| AR | Pine Bluff | Commercial | 16,770 | USA Weekend |
| AR | Russellville | Courier | 9,623 | USA Weekend |
| AR | Searcy | Citizen | 5,980 | USA Weekend |
| AR | Springdale | News | 40,154 | USA Weekend |
| AZ | Flagstaff | Arizona Daily Sun | 12,100 | Parade Magazine |
| AZ | Mesa | Tribune | 86,507 | Parade Magazine |
| AZ | Tucson | Arizona Daily Star | 173,064 | Parade Magazine |
| AZ | Yuma | Daily Sun | 25,966 | Parade Magazine |
| AZ | Bullhead City | Mohave Valley Daily News | 10,423 | USA Weekend |
| AZ | Casa Grande | Dispatch | 11,332 | USA Weekend |
| AZ | Douglas | Dispatch | 2,065 | USA Weekend |
| AZ | Kingman | Daily Miner | 8,968 | USA Weekend |
| AZ | Lake Havasu City | Today's New Herald Sunday | 11,428 | USA Weekend |
| AZ | Phoenix | Republic | 556,465 | USA Weekend |
| AZ | Prescott | Daily Courier | 19,992 | USA Weekend |
| AZ | Sierra Vista | Herald Sunday | 10,329 | USA Weekend |
| AZ | Sun City | News-Sun | 15,819 | USA Weekend |
| AZ | Tucson | Star | 173,064 | USA Weekend |
| CA | Bakersfield | Californian | 74,742 | Parade Magazine |
| CA | Fresno | Bee | 183,744 | Parade Magazine |
| CA | Los Angeles | Times | 1,231,318 | Parade Magazine |
| CA | Modesto | Bee | 88,380 | Parade Magazine |
| CA | Oceanside/Escondido | North County Times | 92,073 | Parade Magazine |
| CA | Redding | Record Searchlight | 38,632 | Parade Magazine |
| CA | Riverside | Press-Enterprise | 185,099 | Parade Magazine |
| CA | Sacramento | Bee | 330,993 | Parade Magazine |
| CA | San Diego | Union-Tribune | 408,392 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| CA | San Francisco | Chronicle | 451,504 | Parade Magazine |
| CA | San Luis Obispo | Tribune | 43,757 | Parade Magazine |
| CA | Santa Ana | Orange County Register | 354,632 | Parade Magazine |
| CA | Santa Rosa | Press Democrat | 86,766 | Parade Magazine |
| CA | Stockton | Record | 65,575 | Parade Magazine |
| CA | Ventura County | Star | 100,502 | Parade Magazine |
| CA | Auburn | Journal | 11,804 | USA Weekend |
| CA | Benicia | Herald Sunday | 3,522 | USA Weekend |
| CA | Chico | Enterprise-Record | 33,374 | USA Weekend |
| CA | Davis | Enterprise | 10,283 | USA Weekend |
| CA | El Centro | Imperial Valley Press | 13,176 | USA Weekend |
| CA | Eureka | Times-Standard | 20,943 | USA Weekend |
| CA | Fairfield | Republic | 20,805 | USA Weekend |
| CA | Fremont-Newark | Argus | 30,081 | USA Weekend |
| CA | Grass Valley | The Union | 16,818 | USA Weekend |
| CA | Hanford | Sentinel | 12,959 | USA Weekend |
| CA | Hayward | Daily Review | 36,776 | USA Weekend |
| CA | Lakeport | Record Bee | 8,168 | USA Weekend |
| CA | Lodi | News-Sentinel | 16,855 | USA Weekend |
| CA | Los Angeles | Daily News | 187,740 | USA Weekend |
| CA | Los Angeles County | Breeze | 70,594 | USA Weekend |
| CA | Los Angeles County | Press Telegram | 95,771 | USA Weekend |
| CA | Los Angeles County | Star News-Valley Tribune-Daily News | 90,691 | USA Weekend |
| CA | Madera | Tribune | 4,877 | USA Weekend |
| CA | Marin | Independent Journal | 40,233 | USA Weekend |
| CA | Marysville-Yuba City | Appeal-Democrat | 21,681 | USA Weekend |
| CA | Merced | Sun-Star | 20,189 | USA Weekend |
| CA | Monterey | Monterey County Herald | 32,464 | USA Weekend |
| CA | Napa | Register | 17,873 | USA Weekend |
| CA | Oakland | Tribune | 55,138 | USA Weekend |
| CA | Oakland | Tribune | 55,138 | USA Weekend |
| CA | Ontario | Inland Vally Daily Bulletin | 66,318 | USA Weekend |
| CA | Palm Springs | Desert Sun | 58,464 | USA Weekend |
| CA | Palmdale | Antelope Valley Press | 26,656 | USA Weekend |
| CA | Pleasanton | Tri-Valley Herald | 40,399 | USA Weekend |
| CA | Porterville | Recorder | 9,136 | USA Weekend |
| CA | Red Bluff | News | 7,205 | USA Weekend |
| CA | Redlands | Facts | 6,875 | USA Weekend |
| CA | Salinas | Californian | 20,317 | USA Weekend |
| CA | San Bernardino | Sun | 72,821 | USA Weekend |
| CA | San Jose | Mercury News | 263,373 | USA Weekend |
| CA | San Mateo | County Times | 34,450 | USA Weekend |
| CA | San Mateo | Times | 34,450 | USA Weekend |
| CA | Santa Barbara | News-Press | 41,641 | USA Weekend |
| CA | Santa Cruz | Sentinel | 25,930 | USA Weekend |
| CA | Santa Maria-Lompoc | Record-Times | 25,388 | USA Weekend |
| CA | Tulare-Visalia | Advance Register-Times Delta | 30,984 | USA Weekend |
| CA | Ukiah | Journal | 7,233 | USA Weekend |
| CA | Vacaville | Reporter | 18,749 | USA Weekend |
| CA | Vacaville | Reporter | 18,749 | USA Weekend |
| CA | Vallejo | Times-Herald | 20,525 | USA Weekend |
| CA | Victorville/Barstow | Press/Desert Dispatch | 37,157 | USA Weekend |
| CA | Walnut Creek | Contra Costa Times | 190,613 | USA Weekend |
| CA | Watsonville | Register-Pajaronian | 5,433 | USA Weekend |
| CA | Woodland | Democrat | 9,441 | USA Weekend |
| CO | Boulder | Sunday Camera | 38,161 | Parade Magazine |
| CO | Colorado Springs | Gazette | 110,820 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| CO | Denver | Post & Rocky Mountain News | 704,806 | Parade Magazine |
| CO | Glenwood Springs | Western Slope | 1,576 | Parade Magazine |
| CO | Grand Junction | Sentinel | 33,763 | Parade Magazine |
| CO | Pueblo | Chieftan | 53,078 | Parade Magazine |
| CO | Canon City | Daily Record | 7,941 | USA Weekend |
| CO | Denver | Post/Rocky Mountain News | 701,889 | USA Weekend |
| CO | Durango | Herald | 8,723 | USA Weekend |
| CO | Fort Collins | Coloradoan | 33,420 | USA Weekend |
| CO | Greeley | Tribune | 28,612 | USA Weekend |
| CO | Longmont | Times Call | 23,149 | USA Weekend |
| CO | Loveland | Reporter-Herald | 18,149 | USA Weekend |
| CO | Montrose | Daily Press | 5,572 | USA Weekend |
| CT | Danbury | News-Times | 33,149 | Parade Magazine |
| CT | Manchester | Journal Inquirer | 42,467 | Parade Magazine |
| CT | Meriden | Record-Journal | 23,136 | Parade Magazine |
| CT | New London | Day | 43,442 | Parade Magazine |
| CT | Stamford/Greenwich | Advocate/Times | 38,434 | Parade Magazine |
| CT | Waterbury | Republican-American | 61,100 | Parade Magazine |
| CT | Fairfield County | Post | 85,772 | USA Weekend |
| CT | Hartford | Courant | 272,918 | USA Weekend |
| CT | Meriden | Record-Journal | 20,937 | USA Weekend |
| CT | New Britain | Herald Press | 25,051 | USA Weekend |
| CT | New Haven | Register | 90,389 | USA Weekend |
| CT | Norwalk | Hour | 14,168 | USA Weekend |
| CT | Norwich | Bulletin | 28,413 | USA Weekend |
| CT | Torrington | Register Citizen | 7,215 | USA Weekend |
| DC | Washington | Post | 960,684 | Parade Magazine |
| DC | Suburban Washington | Examiner | 243,151 | USA Weekend |
| DC | Washington | Times | 76,917 | USA Weekend |
| DE | Dover | Delaware State News | 22,451 | Parade Magazine |
| DE | Wilmington | News Journal | 134,865 | USA Weekend |
| FL | Fort Walton Beach | Northwest Florida News | 45,177 | Parade Magazine |
| FL | Gainesville | Sun | 54,205 | Parade Magazine |
| FL | Lake City | Reporter | 8,657 | Parade Magazine |
| FL | Lakeland | Ledger | 91,288 | Parade Magazine |
| FL | Miami | El Nuevo Herald | 98,261 | Parade Magazine |
| FL | Miami | Herald | 390,171 | Parade Magazine |
| FL | Naples | News | 79,061 | Parade Magazine |
| FL | Ocala | Star-Banner | 54,160 | Parade Magazine |
| FL | Orlando | Sentinel | 341,025 | Parade Magazine |
| FL | Sarasota | Herald-Tribune | 138,675 | Parade Magazine |
| FL | St. Petersburg | Times | 422,410 | Parade Magazine |
| FL | Tampa | Tribune | 309,916 | Parade Magazine |
| FL | Treasure Coast | News-Press-Tribune | 120,358 | Parade Magazine |
| FL | West Palm Beach | Post | 211,697 | Parade Magazine |
| FL | Boca Raton | News | 17,391 | USA Weekend |
| FL | Bradenton | Herald | 57,320 | USA Weekend |
| FL | Brooksville | Hernando Today | 4,964 | USA Weekend |
| FL | Charlotte Harbor/Venice Beach | Sun/Gondalier Sun | 54,373 | USA Weekend |
| FL | Crystal River | Citrus County Chronicle | 31,851 | USA Weekend |
| FL | Daytona Beach | News-Journal | 125,754 | USA Weekend |
| FL | Ft. Lauderdale | South Florida Sun-Sentinel | 339,728 | USA Weekend |
| FL | Ft. Myers | News-Press | 120,342 | USA Weekend |
| FL | Jacksonville | Times-Union | 222,392 | USA Weekend |
| FL | Leesburg | Commercial | 25,019 | USA Weekend |
| FL | Marianna | Jackson County Floridian | 6,738 | USA Weekend |
| FL | Melbourne | Florida Today | 102,554 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| FL | Panama City | News Herald | 33,578 | USA Weekend |
| FL | Pensacola | News Journal | 75,526 | USA Weekend |
| FL | Sebring | Highlands Today | 20,445 | USA Weekend |
| FL | St. Augustine | Record | 18,837 | USA Weekend |
| FL | Tallahassee | Democrat | 63,761 | USA Weekend |
| FL | The Villages | Daily Sun | 30,268 | USA Weekend |
| FL | Winter Haven | News Chief | 9,387 | USA Weekend |
| GA | Americus | Times-Recorder | 4,980 | Parade Magazine |
| GA | Atlanta | Journal-Constitution | 561,405 | Parade Magazine |
| GA | Columbus | Ledger-Enquirer | 53,625 | Parade Magazine |
| GA | Cordele | Dispatch | 4,529 | Parade Magazine |
| GA | Hinesville | The Coastal Courier | 4,500 | Parade Magazine |
| GA | Macon | Telegraph | 76,784 | Parade Magazine |
| GA | Moultrie | Observer | 6,697 | Parade Magazine |
| GA | Pooler | The Pooler News | 15,000 | Parade Magazine |
| GA | Rome | News Tribune | 19,038 | Parade Magazine |
| GA | Rincone | Effingham Herald | 12,500 | Parade Magazine |
| GA | Statesboro | Herald | 7,779 | Parade Magazine |
| GA | Thomasville | Times-Enterprise | 9,510 | Parade Magazine |
| GA | Tifton | Gazette | 9,500 | Parade Magazine |
| GA | Valdosta | Daily Times | 18,278 | Parade Magazine |
| GA | Albany | Sunday | 25,969 | USA Weekend |
| GA | Athens | Banner-Herald | 31,159 | USA Weekend |
| GA | Augusta | Chronicle | 92,292 | USA Weekend |
| GA | Canton | Tribune | 5,554 | USA Weekend |
| GA | Carrollton | Times-Georgian | 8,427 | USA Weekend |
| GA | Dalton | Citizen | 12,244 | USA Weekend |
| GA | Douglasville | Douglas County Sentinel | 4,000 | USA Weekend |
| GA | Dublin | Courier Herald | 9,954 | USA Weekend |
| GA | Gainesville | Times | 20,392 | USA Weekend |
| GA | Griffin | News | 7,829 | USA Weekend |
| GA | Jonesboro | News Daily | 3,151 | USA Weekend |
| GA | Lawrenceville-Conyers | Sunday Citizen-Daily Post | 112,884 | USA Weekend |
| GA | Marietta | Journal | 17,653 | USA Weekend |
| GA | McDonough | Daily Herald | 3,015 | USA Weekend |
| GA | Milledgeville | Union-Recorder | 7,827 | USA Weekend |
| GA | Newnan | Times-Herald | 10,450 | USA Weekend |
| GA | Savannah | Morning News | 64,308 | USA Weekend |
| HI | Honolulu | Star-Bulletin | 60,984 | Parade Magazine |
| HI | Wailuku | Maui News | 26,547 | Parade Magazine |
| HI | Hilo | Tribune-Herald | 21,436 | USA Weekend |
| HI | Honolulu | Advertiser | 158,021 | USA Weekend |
| HI | Kailua-Kona | West Hawaii Today | 16,124 | USA Weekend |
| HI | Lihue | Garden Island | 9,316 | USA Weekend |
| IA | Ames | Tribune | 12,426 | Parade Magazine |
| IA | Cedar Rapids | Gazette | 75,616 | Parade Magazine |
| IA | Davenport-Bettendorf | Quad City Times | 67,931 | Parade Magazine |
| IA | Fort Dodge | Messenger | 18,856 | Parade Magazine |
| IA | Marshalltown | Times-Republican | 10,782 | Parade Magazine |
| IA | Mason City | Globe-Gazette | 22,915 | Parade Magazine |
| IA | Waterloo | Courier | 51,420 | Parade Magazine |
| IA | Burlington | Hawk Eye | 20,589 | USA Weekend |
| IA | Clinton | Herald | 11,866 | USA Weekend |
| IA | Council Bluffs | Nonpareil | 20,762 | USA Weekend |
| IA | Des Moines | Register | 240,912 | USA Weekend |
| IA | Dubuque, IA/East Dubuque, IL | Telegraph-Herald | 33,684 | USA Weekend |
| IA | Iowa City | Press-Citizen | 16,228 | USA Weekend |

## Newspapers in the Parade and USA Weekend Networks
### EXHIBIT 3

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| IA | Muscatine | Muscatine Journal | 7,554 | USA Weekend |
| IA | Sioux City | Journal | 42,313 | USA Weekend |
| ID | Idaho Falls | Post-Register | 26,290 | Parade Magazine |
| ID | Lewiston-Clarkson | Tribune | 25,602 | Parade Magazine |
| ID | Nampa-Caldwell | Idaho Press Tribune | 20,876 | Parade Magazine |
| ID | Pocatello | Idaho State Journal | 18,035 | Parade Magazine |
| ID | Twin Falls | Times-News | 23,281 | Parade Magazine |
| ID | Boise | Idaho Statesman | 86,388 | USA Weekend |
| ID | Coeur D'Alene | Press | 31,600 | USA Weekend |
| ID | Rexburg | Standard Journal | 4,900 | USA Weekend |
| IL | Belleville | News-Democrat | 65,847 | Parade Magazine |
| IL | Bloomington | Pantagraph | 50,019 | Parade Magazine |
| IL | Carbondale | Southern Illinoisan | 36,682 | Parade Magazine |
| IL | Centralia-Central City | Sentinel | 14,294 | Parade Magazine |
| IL | Champaign | News-Gazette | 45,826 | Parade Magazine |
| IL | Chicago | Tribune | 957,212 | Parade Magazine |
| IL | Decatur | Herald and Review | 44,359 | Parade Magazine |
| IL | DeKalb | Daily Chronicle | 10,567 | Parade Magazine |
| IL | Freeport | Journal-Standard | 13,183 | Parade Magazine |
| IL | Galesburg | Register-Mail | 13,693 | Parade Magazine |
| IL | Peoria | Journal-Star | 83,553 | Parade Magazine |
| IL | Quincy | Herald-Whig | 26,477 | Parade Magazine |
| IL | Springfield | State Journal-Register | 62,660 | Parade Magazine |
| IL | Alton-East Alton-Wood River | Telegraph | 26,710 | USA Weekend |
| IL | Aurora | Beacon News | 28,861 | USA Weekend |
| IL | Benton | News | 2,968 | USA Weekend |
| IL | Charleston | Times-Courier | 6,606 | USA Weekend |
| IL | Chicago | Sun-Times | 320,371 | USA Weekend |
| IL | Chicago Suburban | Herald | 149,371 | USA Weekend |
| IL | Chicago Suburban | Southtown | 52,927 | USA Weekend |
| IL | Crystal Lake | Northwest Herald | 39,757 | USA Weekend |
| IL | Danville | Commercial-News | 16,126 | USA Weekend |
| IL | Du Quoin | Evening Call | 3,648 | USA Weekend |
| IL | Effingham | Daily News | 12,407 | USA Weekend |
| IL | Eldorado | Journal | 1,100 | USA Weekend |
| IL | Elgin | Courier News | 13,320 | USA Weekend |
| IL | Geneva | Chronicle | 12,759 | USA Weekend |
| IL | Harrisburg | Register | 4,380 | USA Weekend |
| IL | Jacksonville | Journal-Courier | 13,955 | USA Weekend |
| IL | Joliet | Herald-News | 45,224 | USA Weekend |
| IL | Kankakee | The Daily Journal | 31,362 | USA Weekend |
| IL | La Salle-Peru-Oglesby | News Tribune | 17,475 | USA Weekend |
| IL | Macomb | Journal | 4,970 | USA Weekend |
| IL | Marion | Republican | 3,000 | USA Weekend |
| IL | Mattoon | Journal Gazette | 10,875 | USA Weekend |
| IL | Morris | Daily Herald | 6,870 | USA Weekend |
| IL | Mount Vernon | Register-News | 9,272 | USA Weekend |
| IL | Naperville | Sun | 16,237 | USA Weekend |
| IL | Pekin | Daily Times | 8,387 | USA Weekend |
| IL | Pontiac | Leader | 4,004 | USA Weekend |
| IL | Rock Island-Moline-East Moline | Argus-Dispatch | 44,363 | USA Weekend |
| IL | Rockford | Register Star | 72,469 | USA Weekend |
| IL | Sterling-Rock Falls | Sauk Valley | 19,785 | USA Weekend |
| IL | Waukegan-North Chicago | News Sun | 22,362 | USA Weekend |
| IL | West Frankfort | American | 2,490 | USA Weekend |
| IN | Anderson | Herald Bulletin | 23,993 | Parade Magazine |
| IN | Bloomington-Bedford | Times | 43,110 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| IN | Evansville | Courier & Press | 88,888 | Parade Magazine |
| IN | Fort Wayne | Journal-Gazette | 121,475 | Parade Magazine |
| IN | Goshen | News | 15,663 | Parade Magazine |
| IN | Kokomo | Tribune | 22,005 | Parade Magazine |
| IN | Logansport | Pharos-Tribune | 9,490 | Parade Magazine |
| IN | Munster | Times | 91,125 | Parade Magazine |
| IN | New Albany/Jeffersonville | Evening News/Tribune | 13,790 | Parade Magazine |
| IN | South Bend | Tribune | 94,968 | Parade Magazine |
| IN | Terre Haute | Tribune-Star | 30,558 | Parade Magazine |
| IN | Angola | Herald-Republican | 4,645 | USA Weekend |
| IN | Auburn | Evening Star | 6,423 | USA Weekend |
| IN | Bluffton | News-Banner | 5,031 | USA Weekend |
| IN | Columbus | The Republic | 20,406 | USA Weekend |
| IN | Connersville | News Examiner | 6,569 | USA Weekend |
| IN | Crawfordsville | Journal Review | 8,240 | USA Weekend |
| IN | Elkhart | The Truth | 28,478 | USA Weekend |
| IN | Frankfort | Times | 5,919 | USA Weekend |
| IN | Franklin | Daily Journal | 17,052 | USA Weekend |
| IN | Ft. Wayne | Journal-Gazette/News-Sentinel | 28,521 | USA Weekend |
| IN | Greenfield | Daily Reporter | 10,152 | USA Weekend |
| IN | Indianapolis | Star | 347,217 | USA Weekend |
| IN | Jasper | Herald | 12,695 | USA Weekend |
| IN | Kendallville | News-Sun | 8,122 | USA Weekend |
| IN | Lafayette-West Lafayette | Journal and Courier | 36,202 | USA Weekend |
| IN | Marion | Chronicle Tribune | 19,252 | USA Weekend |
| IN | Merriville | Post-Tribune | 71,519 | USA Weekend |
| IN | Michigan City | News-Dispatch | 11,129 | USA Weekend |
| IN | Monticello | Herald Journal | 5,037 | USA Weekend |
| IN | Muncie | Star/Press | 34,314 | USA Weekend |
| IN | New Castle | Courier Times | 9,220 | USA Weekend |
| IN | Peru | Tribune | 6,224 | USA Weekend |
| IN | Richmond | Palladium-Item | 21,294 | USA Weekend |
| IN | Seymour | The Tribune | 8,369 | USA Weekend |
| IN | Shelbyville | News | 8,680 | USA Weekend |
| IN | Vincennes | Sun-Commercial | 11,435 | USA Weekend |
| IN | Wabash | Plain Dealer | 5,078 | USA Weekend |
| IN | Warsaw | Times-Union | 11,387 | USA Weekend |
| KS | Great Bend | Tribune | 6,249 | Parade Magazine |
| KS | Manhattan | The Manhattan Mecury | 12,121 | Parade Magazine |
| KS | Wichita | Eagle | 143,948 | Parade Magazine |
| KS | Arkansas City | Traveler | 4,500 | USA Weekend |
| KS | Dodge City | Globe | 7,504 | USA Weekend |
| KS | Emporia | Gazette | 7,924 | USA Weekend |
| KS | Garden City | Telegram | 8,985 | USA Weekend |
| KS | Hays | News | 13,731 | USA Weekend |
| KS | Hutchinson | News | 35,272 | USA Weekend |
| KS | Kansas City | Kansan | 3,744 | USA Weekend |
| KS | Lawrence | Journal-World | 19,128 | USA Weekend |
| KS | Leavenworth | Times | 5,278 | USA Weekend |
| KS | Newton | Kansan | 7,472 | USA Weekend |
| KS | Pittsburg | Sun | 8,104 | USA Weekend |
| KS | Salina | Journal | 28,592 | USA Weekend |
| KS | Topeka | Capital-Journal | 54,498 | USA Weekend |
| KS | Winfield | Courier | 4,365 | USA Weekend |
| KY | Ashland | Sunday Independent | 18,167 | Parade Magazine |
| KY | Bowling Green | News | 25,351 | Parade Magazine |
| KY | Elizabethtown | News-Enterprise | 20,045 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| KY | Glasgow | Glasgow Daily Times | 9,398 | Parade Magazine |
| KY | Henderson | Gleaner | 11,513 | Parade Magazine |
| KY | Lexington | Herald-Leader | 141,019 | Parade Magazine |
| KY | Somerset | Commonwealth Journal | 9,372 | Parade Magazine |
| KY | Harlan | Daily Enterprise | 6,581 | USA Weekend |
| KY | Hopkinsville | New Era | 10,614 | USA Weekend |
| KY | Louisville | Courier-Journal | 271,920 | USA Weekend |
| KY | Madisonville | Messenger | 7,695 | USA Weekend |
| KY | Maysville | Ledger Independent | 8,562 | USA Weekend |
| KY | Middlesboro | Daily News | 6,435 | USA Weekend |
| KY | Owensboro | Messenger-Inquirer | 30,181 | USA Weekend |
| KY | Paducah | Sun | 26,255 | USA Weekend |
| KY | Richmond | Register | 6,543 | USA Weekend |
| LA | Baton Rouge | Advocate | 126,138 | Parade Magazine |
| LA | Crowley | Post Signal | 4,150 | Parade Magazine |
| LA | Houma | Daily Courier | 20,264 | Parade Magazine |
| LA | LA State Newspaper Group | Abbeville/Eunice/Vill | 12,258 | Parade Magazine |
| LA | Lake Charles | American Press | 40,602 | Parade Magazine |
| LA | New Orleans | Times-Picayune | 210,000 | Parade Magazine |
| LA | Ruston | Leader | 6,200 | Parade Magazine |
| LA | Alexandria-Pineville | Town Talk | 38,464 | USA Weekend |
| LA | Bogalusa | Daily News | 4,752 | USA Weekend |
| LA | Hammond | Sunday Star | 13,055 | USA Weekend |
| LA | Lafayette | Advertiser | 54,698 | USA Weekend |
| LA | Monroe | News-Star | 38,942 | USA Weekend |
| LA | New Iberia | Daily Iberian Sunday | 14,976 | USA Weekend |
| LA | Opelousas | World | 10,710 | USA Weekend |
| LA | Shreveport | Times | 71,995 | USA Weekend |
| LA | Thibodaux | Comet | 10,858 | USA Weekend |
| MA | Boston | Globe | 604,068 | Parade Magazine |
| MA | Cape Cod | Sunday Cape Cod Times | 49,574 | Parade Magazine |
| MA | New Bedford | Standard-Times | 34,217 | Parade Magazine |
| MA | Springfield | Sunday Republican | 125,864 | Parade Magazine |
| MA | Worcester | Sunday Telegram | 109,419 | Parade Magazine |
| MA | Attleboro-North Attleboro | Sun Chronicle | 18,816 | USA Weekend |
| MA | Boston | Herald | 122,707 | USA Weekend |
| MA | Brockton | Enterprise | 38,535 | USA Weekend |
| MA | Fall River | Herald News | 21,127 | USA Weekend |
| MA | Fitchburg-Leominster | Sentinel & Enterprise | 17,781 | USA Weekend |
| MA | Framingham | Metrowest Daily News | 29,876 | USA Weekend |
| MA | Gloucester-Newburyport-Salem | Essex County Newspapers | 53,770 | USA Weekend |
| MA | Greenfield | Recorder | 13,746 | USA Weekend |
| MA | Lowell | Sun | 50,096 | USA Weekend |
| MA | North Adams | Transcript | 7,255 | USA Weekend |
| MA | North Andover | Eagle-Tribune | 50,341 | USA Weekend |
| MA | Northampton | Hampshire Gazette | 18,933 | USA Weekend |
| MA | Pittsfield | Eagle | 30,170 | USA Weekend |
| MA | Quincy | Patriot Ledger | 66,256 | USA Weekend |
| MA | Taunton | Gazette | 8,791 | USA Weekend |
| MD | Baltimore | Sun | 401,918 | Parade Magazine |
| MD | Cumberland | Times-News | 31,232 | Parade Magazine |
| MD | Hagerstown | Herald/Mail | 39,041 | Parade Magazine |
| MD | Annapolis | Capital | 45,217 | USA Weekend |
| MD | Baltimore | Baltimore Examiner | 248,769 | USA Weekend |
| MD | Easton | Star-Democrat | 17,625 | USA Weekend |
| MD | Frederick | News-Post | 38,272 | USA Weekend |
| MD | Salisbury | Times | 29,275 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MD | Westminster | Carroll County Times | 27,155 | USA Weekend |
| ME | Portland | Telegram | 106,746 | Parade Magazine |
| ME | Augusta-Waterville | Kennebec Journal-Morning Sentinel | 31,290 | USA Weekend |
| ME | Bangor | News | 64,983 | USA Weekend |
| ME | Biddeford | Journal-Tribune | 7,002 | USA Weekend |
| ME | Lewiston-Auburn | Sun-Journal | 33,679 | USA Weekend |
| MI | Ann Arbor | News | 62,412 | Parade Magazine |
| MI | Bay City | Times | 41,996 | Parade Magazine |
| MI | Dearborn | Press & Guide | 16,502 | Parade Magazine |
| MI | Flint | Jounal | 101,277 | Parade Magazine |
| MI | Grand Rapids | Press | 182,810 | Parade Magazine |
| MI | Huron | Daily Tribune | 7,335 | Parade Magazine |
| MI | Jackson | Citizen Patriot | 37,541 | Parade Magazine |
| MI | Kalamazoo | Gazette | 70,694 | Parade Magazine |
| MI | Lapeer | The County Press | 12,611 | Parade Magazine |
| MI | Marquette | Mining Journal | 16,682 | Parade Magazine |
| MI | Midland | Daily News | 17,564 | Parade Magazine |
| MI | Monroe | News | 24,059 | Parade Magazine |
| MI | Mount Clemens | Macomb Daily | 64,061 | Parade Magazine |
| MI | Mount Pleasant | Morning Sun | 12,428 | Parade Magazine |
| MI | Muskegon | Chronicle | 47,709 | Parade Magazine |
| MI | Pontiac | The Oakland Press | 76,202 | Parade Magazine |
| MI | Royal Oak | Tribune | 12,602 | Parade Magazine |
| MI | Saginaw | News | 54,095 | Parade Magazine |
| MI | Southgate | News Herald | 50,637 | Parade Magazine |
| MI | Traverse City | Record-Eagle | 34,967 | Parade Magazine |
| MI | Adrian | Telegram | 15,986 | USA Weekend |
| MI | Alpena | News | 10,898 | USA Weekend |
| MI | Battle Creek | Enquirer | 23,522 | USA Weekend |
| MI | Benton Harbor-St. Joseph | Herald-Palladium | 24,083 | USA Weekend |
| MI | Big Rapids-Manistee | Pioneer-News Advocate | 8,985 | USA Weekend |
| MI | Cadillac | News | 11,850 | USA Weekend |
| MI | Detroit | News and Free Press | 669,300 | USA Weekend |
| MI | Escanaba | Press | 9,690 | USA Weekend |
| MI | Grand Haven | Tribune | 9,388 | USA Weekend |
| MI | Greenville | News | 8,828 | USA Weekend |
| MI | Hillsdale | News | 6,680 | USA Weekend |
| MI | Holland | Sentinel | 18,471 | USA Weekend |
| MI | Houghton | Mining Gazette | 9,322 | USA Weekend |
| MI | Howell | Livingston County Daily Press and Argus | 16,306 | USA Weekend |
| Mi | Iron Mountain-Kingsford | News | 9,376 | USA Weekend |
| MI | Lansing-East Lansing | State Journal | 87,293 | USA Weekend |
| MI | Owosso | Argus-Press | 9,929 | USA Weekend |
| MI | Port Huron | Times-Herald | 29,309 | USA Weekend |
| MN | Albert Lea | Tribune | 7,071 | Parade Magazine |
| MN | Austin | Herald | 5,625 | Parade Magazine |
| MN | Bemidji | Pioneer | 10,470 | Parade Magazine |
| MN | Duluth | News-Tribune | 64,398 | Parade Magazine |
| MN | Faribault | News | 6,158 | Parade Magazine |
| MN | Mankato - N. Mankato | Free Press | 21,922 | Parade Magazine |
| MN | New Ulm | Journal | 8,984 | Parade Magazine |
| MN | Northfield | News | 5,086 | Parade Magazine |
| MN | Owatonna | People's Press | 7,522 | Parade Magazine |
| MN | Red Wing | Republican Eagle | 6,837 | Parade Magazine |
| MN | St. Paul | Pioneer Press | 251,565 | Parade Magazine |
| MN | West Central | Tibune | 16,825 | Parade Magazine |
| MN | Winona | News | 12,430 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MN | Worthington | Daily Globe | 9,109 | Parade Magazine |
| MN | Brainerd | Daily Dispatch | 17,076 | USA Weekend |
| MN | Fairmont | Sentinel | 6,901 | USA Weekend |
| MN | Fergus Falls | Journal | 7,464 | USA Weekend |
| MN | Marshall | Independent | 7,499 | USA Weekend |
| MN | Minneapolis-St. Paul | Star Tribune | 606,495 | USA Weekend |
| MN | Rochester | Post-Bulletin | 47,165 | USA Weekend |
| MN | St. Cloud | Times | 36,666 | USA Weekend |
| MN | Stillwater | Gazette | 2,181 | USA Weekend |
| MN | Virginia | Mesabi Daily News | 11,313 | USA Weekend |
| MN | Willmar | West Central Tribune | 16,194 | USA Weekend |
| MO | Cape Girardeau | Southern Missourian | 19,661 | Parade Magazine |
| MO | Columbia | Missourian | 4,805 | Parade Magazine |
| MO | Dexter | Daily Statesman | 3,482 | Parade Magazine |
| MO | Jefferson City | News & Tribune | 23,581 | Parade Magazine |
| MO | Joplin | Globe | 36,468 | Parade Magazine |
| MO | Kansas City | Star | 367,712 | Parade Magazine |
| MO | Kennett | Daily Dunken Democrat | 3,882 | Parade Magazine |
| MO | Nevada | Sunday Journal | 6,000 | Parade Magazine |
| MO | Park Hills | Daily Journal | 8,887 | Parade Magazine |
| MO | Poplar Bluff | Daily American | 12,831 | Parade Magazine |
| MO | Sikeston | Standard Democrat | 6,992 | Parade Magazine |
| MO | St. Joseph | News-Press | 37,772 | Parade Magazine |
| MO | St. Louis | Post-Dispatch | 423,291 | Parade Magazine |
| MO | Columbia | Tribune | 18,528 | USA Weekend |
| MO | Hannibal | Courier-Post | 7,756 | USA Weekend |
| MO | Independence-Blue Springs | Examiner | 13,776 | USA Weekend |
| MO | Sedalia | Democrat | 11,306 | USA Weekend |
| MO | Springfield | News-Leader | 86,675 | USA Weekend |
| MS | Biloxi | Sun Herald | 49,177 | Parade Magazine |
| MS | Brookhaven | Leader | 6,823 | Parade Magazine |
| MS | Columbus | Commercial Dispatch | 14,512 | Parade Magazine |
| MS | Greenwood | Commonwealth | 7,659 | Parade Magazine |
| MS | Laurel | Leader-Call | 7,657 | Parade Magazine |
| MS | McComb | Enterprise-Journal | 12,620 | Parade Magazine |
| MS | Meridian | Star | 16,268 | Parade Magazine |
| MS | Pascagoula | Mississippi Press | 15,913 | Parade Magazine |
| MS | Picayune | Picayune Item | 6,290 | Parade Magazine |
| MS | Tupelo | Northeast Mississippi Journal | 36,499 | Parade Magazine |
| MS | Vicksburg | Post | 14,788 | Parade Magazine |
| MS | Clarksdale | Press Register | 4,875 | USA Weekend |
| MS | Corinth | Corinthian | 6,629 | USA Weekend |
| MS | Greenville | Delta Democrat-Times | 10,167 | USA Weekend |
| MS | Hattiesburg | American | 23,949 | USA Weekend |
| MS | Jackson | Clarion-Ledger | 105,532 | USA Weekend |
| MS | Natchez | Democrat Sunday | 8,280 | USA Weekend |
| MT | Billings | Gazette | 52,387 | Parade Magazine |
| MT | Bozeman | Chronicle | 17,573 | Parade Magazine |
| MT | Butte-Anaconda | Montana Standard | 14,704 | Parade Magazine |
| MT | Helena | Independent-Record | 14,560 | Parade Magazine |
| MT | Kalispell | Daily Inter Lake | 16,974 | Parade Magazine |
| MT | Missoula | Missoulian | 34,414 | Parade Magazine |
| MT | Great Falls | Tribune | 35,158 | USA Weekend |
| NC | Charlotte | Observer | 274,125 | Parade Magazine |
| NC | Elizabeth City | Daily Advance | 10,248 | Parade Magazine |
| NC | Fayetteville | Observer-Times | 73,314 | Parade Magazine |
| NC | Greensboro | News & Record | 108,848 | Parade Magazine |

## Newspapers in the Parade and USA Weekend Networks
### EXHIBIT 3

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NC | Greenville | Reflector | 22,822 | Parade Magazine |
| NC | Hendersonville | Times-News | 18,884 | Parade Magazine |
| NC | Lumberton | The Robesonian | 14,935 | Parade Magazine |
| NC | Raleigh | News and Observer | 213,878 | Parade Magazine |
| NC | Richmond County | Daily Journal | 8,151 | Parade Magazine |
| NC | Rocky Mount | Telegram | 16,697 | Parade Magazine |
| NC | Sampson | Independent | 8,662 | Parade Magazine |
| NC | Wilmington | Star, Star-News | 58,807 | Parade Magazine |
| NC | Winston-Salem | Journal | 94,178 | Parade Magazine |
| NC | Asheboro | Courier-Tribune | 15,082 | USA Weekend |
| NC | Asheville | Citizen-Times | 60,101 | USA Weekend |
| NC | Burlington | Times-News | 27,200 | USA Weekend |
| NC | Concord-Kannapolis | Independent Tribune | 19,742 | USA Weekend |
| NC | Durham | Herald-Sun | 45,114 | USA Weekend |
| NC | Eden | Daily News | 3,388 | USA Weekend |
| NC | Forest City | The Daily Courier | 8,041 | USA Weekend |
| NC | Gastonia | Gaston Gazette | 32,017 | USA Weekend |
| NC | Goldsboro | News-Argus | 22,963 | USA Weekend |
| NC | Henderson | Dispatch | 7,477 | USA Weekend |
| NC | Hickory | Record | 24,125 | USA Weekend |
| NC | High Point | Enterprise | 24,733 | USA Weekend |
| NC | Jacksonville | News | 20,890 | USA Weekend |
| NC | Kinston | Free Press | 12,094 | USA Weekend |
| NC | Lenoir | News-Topic | 8,352 | USA Weekend |
| NC | Lexington | Dispatch | 11,448 | USA Weekend |
| NC | Monroe | Enquirer-Journal | 8,703 | USA Weekend |
| NC | Morganton | News-Herald | 11,806 | USA Weekend |
| NC | Mount Airy | News | 11,017 | USA Weekend |
| NC | New Bern | Sun-Journal | 16,315 | USA Weekend |
| NC | Reidsville | Review | 5,054 | USA Weekend |
| NC | Roanoke Rapids | Herald | 11,638 | USA Weekend |
| NC | Salisbury-Spencer-East Spencer | Salisbury Post | 22,585 | USA Weekend |
| NC | Sanford | Herald | 9,454 | USA Weekend |
| NC | Shelby | Star | 13,866 | USA Weekend |
| NC | Statesville | Record & Landmark | 17,812 | USA Weekend |
| NC | Washington | News | 9,027 | USA Weekend |
| NC | Wilson | Daily Times | 16,290 | USA Weekend |
| ND | Dickinson | Press | 6,322 | Parade Magazine |
| ND | Fargo | Forum | 60,203 | Parade Magazine |
| ND | Jamestown | Sun | 6,715 | Parade Magazine |
| ND | Minot | News | 20,580 | Parade Magazine |
| ND | Bismarck | Tribune | 30,948 | USA Weekend |
| ND | Grand Forks | Herald | 30,992 | USA Weekend |
| NE | Omaha | World-Herald | 231,115 | Parade Magazine |
| NE | Scottsbluff | Star-Herald | 15,577 | Parade Magazine |
| NE | Beatrice | Daily Sun | 7,604 | USA Weekend |
| NE | Columbus | Telegram | 9,845 | USA Weekend |
| NE | Fremont | Tribune | 8,167 | USA Weekend |
| NE | Grand Island | Independent | 22,888 | USA Weekend |
| NE | Kearney | Hub | 12,456 | USA Weekend |
| NE | Lincoln | Journal-Star | 82,543 | USA Weekend |
| NE | Norfolk | News | 16,969 | USA Weekend |
| NE | North Platte | Telegraph | 12,639 | USA Weekend |
| NE | York | News Times | 4,411 | USA Weekend |
| NH | Manchester | Sunday News | 74,315 | Parade Magazine |
| NH | Portsmouth | Herald | 17,035 | Parade Magazine |
| NH | Concord | Monitor | 21,965 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| NH | Dover | Foster's Daily Democrat & Sunday Citizen | 24,730 | USA Weekend |
| NH | Keene | Sentinel | 12,529 | USA Weekend |
| NH | Lebanon-Hanover | Valley News | 16,595 | USA Weekend |
| NH | Nashua | Telegraph | 31,552 | USA Weekend |
| NJ | Atlantic City | The Press of Atlantic City | 82,768 | Parade Magazine |
| NJ | Bergen, Passaic | Record & Herald News | 205,084 | Parade Magazine |
| NJ | Kinnelon | Suburban Trends | 10,000 | Parade Magazine |
| NJ | Newark | Star-Ledger | 599,628 | Parade Magazine |
| NJ | Salem | Today's Sunbeam | 9,902 | Parade Magazine |
| NJ | Trenton | Times | 67,782 | Parade Magazine |
| NJ | Willingboro | Burlington County Times | 37,814 | Parade Magazine |
| NJ | Woodbury | Gloucester County Times | 26,118 | Parade Magazine |
| NJ | Atlantic City | Press | 82,768 | USA Weekend |
| NJ | Bridgewater | Courier-News | 37,022 | USA Weekend |
| NJ | Cherry Hill-Camden | Courier-Post | 85,144 | USA Weekend |
| NJ | East Brunswick | Home News and Tribune | 59,691 | USA Weekend |
| NJ | Jersey City | Journal | 25,958 | USA Weekend |
| NJ | Morristown-Parsippany | Record | 42,445 | USA Weekend |
| NJ | Neptune | Asbury Park Press | 199,723 | USA Weekend |
| NJ | Newton | Herald | 20,519 | USA Weekend |
| NJ | Tom's River | Ocean County Observer | 6,693 | USA Weekend |
| NJ | Trenton | Trentonian | 30,844 | USA Weekend |
| NM | Albuquerque | Sunday Journal | 148,781 | Parade Magazine |
| NM | Hobbs | News-Sun | 10,073 | Parade Magazine |
| NM | Santa Fe | New Mexican | 26,739 | Parade Magazine |
| NM | Alamogordo | Daily Times | 7,794 | USA Weekend |
| NM | Albuquerque | Journal | 107,480 | USA Weekend |
| NM | Carlsbad | Current-Argus | 7,570 | USA Weekend |
| NM | Clovis | News Journal | 8,186 | USA Weekend |
| NM | Farmington | Times | 19,465 | USA Weekend |
| NM | Gallup | Independent | 17,625 | USA Weekend |
| NM | Las Cruces | Sun-News | 25,031 | USA Weekend |
| NM | Portales | News-Tribune | 2,955 | USA Weekend |
| NM | Roswell | Record | 11,134 | USA Weekend |
| NV | Carson City | Nevada Appeal | 21,332 | Parade Magazine |
| NV | Lahton | Valley News & Fallon Eagle | 4,636 | Parade Magazine |
| NV | Las Vegas | Review-Journal & Sun | 219,228 | Parade Magazine |
| NV | Sparks | Tribune | 6,050 | Parade Magazine |
| NV | Elko | Elko Daily Free Press | 6,684 | USA Weekend |
| NV | Las Vegas | Review -Journal | 219,228 | USA Weekend |
| NV | Reno | Gazette-Journal | 76,110 | USA Weekend |
| NY | Albany | Times Union | 133,787 | Parade Magazine |
| NY | Auburn | Citizen | 13,895 | Parade Magazine |
| NY | Buffalo | News | 273,177 | Parade Magazine |
| NY | Canandaigua | Messenger | 13,434 | Parade Magazine |
| NY | Corning | Leader | 11,803 | Parade Magazine |
| NY | Geneva | Finger Lakes Times | 18,470 | Parade Magazine |
| NY | Gloversville | Leader-Herald | 11,281 | Parade Magazine |
| NY | Hornell | Tribune | 9,975 | Parade Magazine |
| NY | Middletown | Record | 86,519 | Parade Magazine |
| NY | New York | Post | 413,763 | Parade Magazine |
| NY | Ogdensburg | Advance News | 9,910 | Parade Magazine |
| NY | Oneonta | Daily Star | 16,229 | Parade Magazine |
| NY | Plattsburgh | Press-Republican | 20,557 | Parade Magazine |
| NY | Staten Island | Staten Island Advance | 76,795 | Parade Magazine |
| NY | Syracuse | Post-Standard | 168,393 | Parade Magazine |
| NY | Batavia | Daily News | 14,226 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| NY | Binghamton | Press & Sun-Bulletin | 65,821 | USA Weekend |
| NY | Catskill | Daily Mail | 2,773 | USA Weekend |
| NY | Dunkirk-Fredonia | Observer | 10,027 | USA Weekend |
| NY | Elmira | Star-Gazette | 35,472 | USA Weekend |
| NY | Glens Falls | Post-Star | 34,460 | USA Weekend |
| NY | Hudson | Register Star | 5,251 | USA Weekend |
| NY | Ithaca | Journal | 20,882 | USA Weekend |
| NY | Jamestown | Post-Journal | 18,360 | USA Weekend |
| NY | Kingston | Freeman | 19,993 | USA Weekend |
| NY | Long Island | Newsday | 488,825 | USA Weekend |
| NY | Medina | Journal-Register | 2,829 | USA Weekend |
| NY | New York City | Daily News | 795,073 | USA Weekend |
| NY | Niagara Falls | Niagara Sunday | 35,656 | USA Weekend |
| NY | Olean | Times Herald | 14,925 | USA Weekend |
| NY | Oneida | Dispatch | 6,770 | USA Weekend |
| NY | Oswego | Palladium-Times | 6,000 | USA Weekend |
| NY | Poughkeepsie | Journal | 47,025 | USA Weekend |
| NY | Rochester | Democrat & Chronicle | 219,660 | USA Weekend |
| NY | Saranac Lake | Adirondack Enterprise | 4,763 | USA Weekend |
| NY | Saratoga Springs | Saratogian | 10,638 | USA Weekend |
| NY | Schenectady | Gazette | 48,485 | USA Weekend |
| NY | Troy | Record | 17,389 | USA Weekend |
| NY | Utica | Observer-Dispatch | 48,534 | USA Weekend |
| NY | Watertown | Times | 31,613 | USA Weekend |
| NY | White Plains | Journal News | 144,231 | USA Weekend |
| OH | Akron | Beacon Journal | 170,870 | Parade Magazine |
| OH | Cambridge | Jeffersonian | 13,075 | Parade Magazine |
| OH | Canton | Repository | 83,961 | Parade Magazine |
| OH | Cleveland | Plain Dealer | 450,875 | Parade Magazine |
| OH | Dayton | Daily News | 168,645 | Parade Magazine |
| OH | East Liverpool | Review | 8,738 | Parade Magazine |
| OH | Elyria | Chronicle-Telegram | 24,688 | Parade Magazine |
| OH | Hamilton | Journal-News | 22,735 | Parade Magazine |
| OH | Ironton | Ironton Tribune | 6,167 | Parade Magazine |
| OH | Middletown | Journal | 19,791 | Parade Magazine |
| OH | New Philadelphia | Times Reporter | 23,271 | Parade Magazine |
| OH | Portsmouth | Daily Times | 11,631 | Parade Magazine |
| OH | Salem | News | 5,863 | Parade Magazine |
| OH | Springfield | Springfield News Sun | 32,146 | Parade Magazine |
| OH | Toledo | Blade | 167,686 | Parade Magazine |
| OH | Youngstown | Vindicator | 85,261 | Parade Magazine |
| OH | Ashtabula | Star-Beacon | 18,463 | USA Weekend |
| OH | Athens | Messenger | 11,375 | USA Weekend |
| OH | Beavercreek | News Current | 584 | USA Weekend |
| OH | Belmont County | Times Leader | 18,842 | USA Weekend |
| OH | Bowling Green | Sentinel-Tribune | 11,491 | USA Weekend |
| OH | Bryan | Times | 10,186 | USA Weekend |
| OH | Bucyrus | Telegraph-Forum | 6,321 | USA Weekend |
| OH | Chillicothe | Gazette | 14,199 | USA Weekend |
| OH | Cincinnati | Enquirer | 293,151 | USA Weekend |
| OH | Circleville | Herald | 6,690 | USA Weekend |
| OH | Columbus | Dispatch | 346,806 | USA Weekend |
| OH | Coshocton | Tribune | 6,781 | USA Weekend |
| OH | Defiance | Crescent-News | 18,734 | USA Weekend |
| OH | Fairborn | Daily Herald | 3,457 | USA Weekend |
| OH | Findlay | Courier | 21,936 | USA Weekend |
| OH | Fostoria | Review-Times | 3,632 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| OH | Fremont | News-Messenger | 13,121 | USA Weekend |
| OH | Gallipolis -- Point Pleasant | Register (WV) | 3,886 | USA Weekend |
| OH | Gallipolis -- Point Pleasant | Times-Sentinel Sunday (OH) | 9,276 | USA Weekend |
| OH | Greenville | Advocate | 6,000 | USA Weekend |
| OH | Hillsboro | Times-Gazette | 4,667 | USA Weekend |
| OH | Lake County | News-Herald | 50,087 | USA Weekend |
| OH | Lancaster | Eagle-Gazette | 14,082 | USA Weekend |
| OH | Lima | News | 40,862 | USA Weekend |
| OH | Lisbon | Journal | 11,302 | USA Weekend |
| OH | Logan | News | 4,184 | USA Weekend |
| OH | Lorain | Journal | 29,933 | USA Weekend |
| OH | Mansfield | News Journal | 28,402 | USA Weekend |
| OH | Marietta | Times | 11,919 | USA Weekend |
| OH | Marion | Star | 12,812 | USA Weekend |
| OH | Medina | Gazette | 14,865 | USA Weekend |
| OH | Newark | Advocate | 20,847 | USA Weekend |
| OH | Norwalk | Reflector | 9,011 | USA Weekend |
| OH | Piqua | Call | 6,123 | USA Weekend |
| OH | Port Clinton | News-Herald | 5,583 | USA Weekend |
| OH | Portage County-Kent-Ravenna | Record Courier | 18,738 | USA Weekend |
| OH | Sandusky | Register | 22,220 | USA Weekend |
| OH | Sidney | Daily News | 12,925 | USA Weekend |
| OH | Steubenville-Weirton | Herald-Star & Times | 23,287 | USA Weekend |
| OH | Tiffin | Advertiser-Tribune | 10,681 | USA Weekend |
| OH | Troy | Miami Valley News | 10,465 | USA Weekend |
| OH | Urbana | Citizen | 5,591 | USA Weekend |
| OH | Van Wert | Times-Bulletin | 4,674 | USA Weekend |
| OH | Warren | Tribune Chronicle | 36,565 | USA Weekend |
| OH | Washington Court House | Record-Herald | 5,125 | USA Weekend |
| OH | Wilmington | News-Journal | 6,784 | USA Weekend |
| OH | Wooster | Record | 22,272 | USA Weekend |
| OH | Xenia | Gazette | 5,983 | USA Weekend |
| OH | Zanesville | Times Recorder | 18,691 | USA Weekend |
| OK | Oklahoma City | Oklahoman | 287,505 | Parade Magazine |
| OK | Altus | Times | 4,800 | USA Weekend |
| OK | Ardmore | The Daily Ardmorite Sunday | 11,604 | USA Weekend |
| OK | Bartlesville | Examiner-Enterprise | 12,745 | USA Weekend |
| OK | Durant | Daily Democrat | 7,051 | USA Weekend |
| OK | Enid | News & Eagle | 18,652 | USA Weekend |
| OK | Lawton | Sunday Constitution | 24,484 | USA Weekend |
| OK | Mc Alester | News-Capitol & Democrat | 9,977 | USA Weekend |
| OK | Muskogee | Phoenix & Times Democrat | 17,332 | USA Weekend |
| OK | Norman | Transcript | 15,862 | USA Weekend |
| OK | Shawnee | News-Star | 10,298 | USA Weekend |
| OK | Stillwater | News-Press | 9,210 | USA Weekend |
| OK | Tulsa | Tulsa World | 177,652 | USA Weekend |
| OR | Bend | Bulletin | 30,502 | Parade Magazine |
| OR | Eugene | Register-Guard | 74,583 | Parade Magazine |
| OR | Klamath Falls | Herald & News | 16,283 | Parade Magazine |
| OR | Medford | Mail Tribune | 32,410 | Parade Magazine |
| OR | Ontario | Argus Observer | 7,739 | Parade Magazine |
| OR | Pendleton | East Oregonian | 9,729 | Parade Magazine |
| OR | Portland | Oregonian | 384,729 | Parade Magazine |
| OR | Roseburg | News-Review | 19,502 | Parade Magazine |
| OR | Albany/Corvallis | Democrat-Herald/Gazette-Times | 30,617 | USA Weekend |
| OR | Coos Bay-North Bend | World | 12,913 | USA Weekend |
| OR | Grant's Pass | Courier | 16,003 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| OR | Salem | Statesman-Journal | 59,946 | USA Weekend |
| PA | Allentown | Morning Call | 150,936 | Parade Magazine |
| PA | Doylestown | The Intelligencer Record | 47,829 | Parade Magazine |
| PA | DuBois | Tri-County Sunday | 14,940 | Parade Magazine |
| PA | Erie | Times-News | 81,057 | Parade Magazine |
| PA | Harrisburg | Patriot-News | 148,301 | Parade Magazine |
| PA | Johnstown | Tribune-Democrat | 44,629 | Parade Magazine |
| PA | Lancaster | Sunday News | 101,028 | Parade Magazine |
| PA | Levittown | Bucks County Courier Times | 67,778 | Parade Magazine |
| PA | Philadelphia | Inquirer | 705,965 | Parade Magazine |
| PA | Pittsburgh | Post Gazette | 373,980 | Parade Magazine |
| PA | Reading | Eagle | 84,730 | Parade Magazine |
| PA | Sayre | Morning Times | 6,001 | Parade Magazine |
| PA | Sharon | The Herald | 20,930 | Parade Magazine |
| PA | State College- Bellefonte | Centre Daily Times | 33,655 | Parade Magazine |
| PA | Stroudsburg | Pocono Record | 25,034 | Parade Magazine |
| PA | Sunbury | Item | 25,567 | Parade Magazine |
| PA | Uniontown | Herald-Standard | 27,558 | Parade Magazine |
| PA | Wilkes-Barre | Times Leader | 53,862 | Parade Magazine |
| PA | Williamsport | Sun-Gazette | 32,761 | Parade Magazine |
| PA | Altoona | Mirror | 38,734 | USA Weekend |
| PA | Beaver | County Times | 48,492 | USA Weekend |
| PA | Bloomsburg | Press-Enterprise | 21,269 | USA Weekend |
| PA | Bradford | Era | 10,542 | USA Weekend |
| PA | Butler | Eagle | 29,265 | USA Weekend |
| PA | Carlisle | Sentinel | 14,921 | USA Weekend |
| PA | Chambersburg | Public Opinion | 20,582 | USA Weekend |
| PA | Clearfield | The Progress | 11,755 | USA Weekend |
| PA | Delaware County | Times | 41,308 | USA Weekend |
| PA | Easton | Express-Times | 48,692 | USA Weekend |
| PA | Greensburg | Tribune-Review | 157,981 | USA Weekend |
| PA | Hanover | Sun | 21,286 | USA Weekend |
| PA | Hazleton | Standard-Speaker | 20,434 | USA Weekend |
| PA | Indiana | Gazette | 14,279 | USA Weekend |
| PA | Lebanon | News | 20,318 | USA Weekend |
| PA | Lehighton | Times News | 13,585 | USA Weekend |
| PA | Lewistown | Sentinel | 13,558 | USA Weekend |
| PA | Lock Haven | Express | 9,411 | USA Weekend |
| PA | McKeesport-Duquesne-Clairton | Daily News | 17,352 | USA Weekend |
| PA | Meadville | Tribune | 13,790 | USA Weekend |
| PA | New Castle | News | 17,406 | USA Weekend |
| PA | New Kensington | Valley News Dispatch | 28,928 | USA Weekend |
| PA | Norristown-Lansdale | Reporter | 14,078 | USA Weekend |
| PA | Norristown-Lansdale | Times Herald | 12,636 | USA Weekend |
| PA | Phoenixville | Phoenix | 3,039 | USA Weekend |
| PA | Pottstown | Mercury | 24,841 | USA Weekend |
| PA | Pottsville | Republican & Herald | 36,917 | USA Weekend |
| PA | Scranton | Sunday Times | 71,030 | USA Weekend |
| PA | Somerset | Daily American | 14,143 | USA Weekend |
| PA | Towanda | Sunday Review | 9,530 | USA Weekend |
| PA | Warren | Times-Observer | 10,728 | USA Weekend |
| PA | Washington | Observer-Reporter | 35,777 | USA Weekend |
| PA | West Chester | Daily Local News | 27,416 | USA Weekend |
| PA | Wilkes-Barre | Voice | 30,998 | USA Weekend |
| PA | York | Record | 90,651 | USA Weekend |
| RI | Providence | Journal | 218,388 | Parade Magazine |
| RI | Newport | The Daily News | 11,873 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| RI | Pawtucket-Central Falls | Times | 8,960 | USA Weekend |
| RI | West Warwick | Kent County Daily Times | 3,285 | USA Weekend |
| RI | Westerly | Sun | 8,801 | USA Weekend |
| RI | Woonsocket | Call | 15,319 | USA Weekend |
| SC | Anderson | Independent-Mail | 41,048 | Parade Magazine |
| SC | Beaufort | Gazette | 11,505 | Parade Magazine |
| SC | Charleston | Post and Courier | 111,273 | Parade Magazine |
| SC | Columbia | State | 140,362 | Parade Magazine |
| SC | Greenwood | Index-Journal | 15,141 | Parade Magazine |
| SC | Hilton Head Island | Island Packet | 20,744 | Parade Magazine |
| SC | Myrtle Beach | Sun News | 62,050 | Parade Magazine |
| SC | Spartanburg | Herald-Journal | 55,082 | Parade Magazine |
| SC | Sumter | Item | 19,769 | Parade Magazine |
| SC | Aiken | Standard | 15,725 | USA Weekend |
| SC | Bluffton | Today | 16,439 | USA Weekend |
| SC | Florence | News | 34,383 | USA Weekend |
| SC | Greenville | News | 114,312 | USA Weekend |
| SC | Orangeburg | Times & Democrat | 17,751 | USA Weekend |
| SC | Rock Hill | Herald | 33,460 | USA Weekend |
| SD | Huron | Plainsman | 6,922 | Parade Magazine |
| SD | Lawrence | County Journal | 2,000 | Parade Magazine |
| SD | Mitchell | The Daily Republic | 12,400 | Parade Magazine |
| SD | Rapid City | Journal | 33,782 | Parade Magazine |
| SD | Aberdeen | American News | 16,140 | USA Weekend |
| SD | Sioux Falls | Argus Leader | 75,286 | USA Weekend |
| SD | Watertown | Public Opinion | 12,708 | USA Weekend |
| SD | Yankton | Press & Dakotan | 7,751 | USA Weekend |
| TN | Chattanooga | Free Press Times | 97,907 | Parade Magazine |
| TN | Cookeville | Herald-Citizen | 13,715 | Parade Magazine |
| TN | Dyersburg | Gazette | 5,677 | Parade Magazine |
| TN | Johnson City | Press | 33,608 | Parade Magazine |
| TN | Knoxville | News-Sentinel | 152,945 | Parade Magazine |
| TN | Memphis | Commercial Appeal | 216,705 | Parade Magazine |
| TN | Morristown | Citizen Tribune | 24,028 | Parade Magazine |
| TN | Murfreesboro | Post | 44,000 | Parade Magazine |
| TN | Newport | Plain Talk | 7,494 | Parade Magazine |
| TN | Shelbyville | Times-Gazette | 6,725 | Parade Magazine |
| TN | Tullahoma | Sunday News | 10,400 | Parade Magazine |
| TN | Athens | Post-Athenian | 11,948 | USA Weekend |
| TN | Clarksville | Leaf-Chronicle | 26,486 | USA Weekend |
| TN | Cleveland | Banner | 15,368 | USA Weekend |
| TN | Columbia | Herald | 12,337 | USA Weekend |
| TN | Jackson | Sun | 40,106 | USA Weekend |
| TN | Kingsport | Times-News | 42,867 | USA Weekend |
| TN | Lebanon | Democrat | 9,200 | USA Weekend |
| TN | Maryville-Alcoa | Times | 21,451 | USA Weekend |
| TN | Murfreesboro | News Journal | 19,059 | USA Weekend |
| TN | Nashville | Tennessean | 236,563 | USA Weekend |
| TN | Oak Ridge | Oak Ridger | 7,469 | USA Weekend |
| TN | Sevierville | Mountain Press | 8,456 | USA Weekend |
| TX | Abilene | Reporter-News | 40,279 | Parade Magazine |
| TX | Austin | American-Statesman | 228,619 | Parade Magazine |
| TX | Beaumont | Enterprise | 56,179 | Parade Magazine |
| TX | Brownsville-Harlingen | Brownsville Herald | 17,047 | Parade Magazine |
| TX | Brownwood | Bulletin | 7,150 | Parade Magazine |
| TX | Corpus Christi | Caller-Times | 73,367 | Parade Magazine |
| TX | Dallas | Morning News | 649,709 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|-------|------|-----------|-------------|-----------------|
| TX | Del Rio | News-Herald | 5,207 | Parade Magazine |
| TX | El Paso | El Diario | 9,558 | Parade Magazine |
| TX | Fort Worth | Fort Worth Star-Telegram | 322,824 | Parade Magazine |
| TX | Harlingen | Valley Morning Star | 25,080 | Parade Magazine |
| TX | Houston | Chronicle | 692,557 | Parade Magazine |
| TX | Kerrville | Times | 11,078 | Parade Magazine |
| TX | Longview | News-Journal | 34,627 | Parade Magazine |
| TX | Lufkin | News | 15,194 | Parade Magazine |
| TX | Marshall | News Messenger | 7,224 | Parade Magazine |
| TX | Nacogdoches | Daily Sentinel | 9,337 | Parade Magazine |
| TX | Odessa | American | 26,763 | Parade Magazine |
| TX | Paris | News | 12,293 | Parade Magazine |
| TX | Plain View | Daily Herald | 5,973 | Parade Magazine |
| TX | San Angelo | Standard-Times | 30,032 | Parade Magazine |
| TX | San Antonio | Express-News | 342,709 | Parade Magazine |
| TX | Temple | Daily Telegram | 22,794 | Parade Magazine |
| TX | Tyler | Courier-Times--Telegraph | 44,863 | Parade Magazine |
| TX | Victoria | Advocate | 35,564 | Parade Magazine |
| TX | Waco | Tribune-Herald | 46,467 | Parade Magazine |
| TX | Wichita Falls | Times Record News | 34,756 | Parade Magazine |
| TX | Amarillo | Globe-News | 62,829 | USA Weekend |
| TX | Baytown | The Sun | 9,088 | USA Weekend |
| TX | Bryan-College Station | Eagle | 25,164 | USA Weekend |
| TX | Clute | The Brazosport Facts | 17,220 | USA Weekend |
| TX | Conroe | Courier | 11,960 | USA Weekend |
| TX | Corsicana | Sun | 6,069 | USA Weekend |
| TX | Denton | Record Chronicle | 16,888 | USA Weekend |
| TX | El Paso | Times | 85,654 | USA Weekend |
| TX | Galveston County | Daily News | 27,761 | USA Weekend |
| TX | Greenville | Herald-Banner | 7,610 | USA Weekend |
| TX | Killeen | Herald | 24,382 | USA Weekend |
| TX | Laredo | Morning Times | 22,634 | USA Weekend |
| TX | Lubbock | Avalanche-Journal | 59,781 | USA Weekend |
| TX | McAllen | Monitor | 53,249 | USA Weekend |
| TX | McKinney | Courier-Gazette | 5,704 | USA Weekend |
| TX | Midland | Reporter-Telegram | 23,435 | USA Weekend |
| TX | New Braunfels | Herald-Zeitung | 9,490 | USA Weekend |
| TX | Orange | Leader | 5,455 | USA Weekend |
| TX | Plano | Star Courier | 2,571 | USA Weekend |
| TX | Port Arthur | News | 13,659 | USA Weekend |
| TX | Sherman-Denison | Herald Democrat | 23,084 | USA Weekend |
| TX | Texarkana | Gazette | 32,633 | USA Weekend |
| UT | Logan | Herald Journal | 15,776 | Parade Magazine |
| UT | Salt Lake City | Tribune & Deseret News | 228,001 | Parade Magazine |
| UT | Ogden | Standard-Examiner | 62,956 | USA Weekend |
| UT | Provo | Herald | 38,380 | USA Weekend |
| UT | St. George | Spectrum | 25,037 | USA Weekend |
| VA | Martinsville | Bulletin | 19,153 | Parade Magazine |
| VA | Newport News- Hampton | News/Daily Press | 112,042 | Parade Magazine |
| VA | Norfolk | Virginian-Pilot | 225,730 | Parade Magazine |
| VA | Petersburg | Progress-Index | 14,714 | Parade Magazine |
| VA | Richmond | Times-Dispatch | 219,595 | Parade Magazine |
| VA | Roanoke | Times | 104,716 | Parade Magazine |
| VA | Bristol | Herald-Courier | 41,318 | USA Weekend |
| VA | Charlottesville | Progress | 32,924 | USA Weekend |
| VA | Culpeper | Star-Exponent | 7,466 | USA Weekend |
| VA | Danville | Register & Bee | 23,858 | USA Weekend |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| VA | Fredericksburg | Free Lance-Star | 51,234 | USA Weekend |
| VA | Harrisonburg | News Record | 31,564 | USA Weekend |
| VA | Lynchburg | News & Advance | 42,231 | USA Weekend |
| VA | Staunton | News Leader | 20,477 | USA Weekend |
| VA | Strasburg | Northern Virginia Daily | 16,088 | USA Weekend |
| VA | Suffolk | News-Herald | 4,073 | USA Weekend |
| VA | Waynesboro | News Virginian | 7,067 | USA Weekend |
| VA | Winchester | Star | 25,019 | USA Weekend |
| VA | Woodbridge-Manassas | Potomac News & Journal Messenger | 21,864 | USA Weekend |
| VT | Rutland | Herald | 29,387 | Parade Magazine |
| VT | Bennington | Banner | 7,774 | USA Weekend |
| VT | Brattleboro | Reformer | 10,597 | USA Weekend |
| VT | Burlington | Free Press | 53,081 | USA Weekend |
| WA | Longview | Daily News | 21,408 | Parade Magazine |
| WA | Pasco | Tri-City Herald | 44,691 | Parade Magazine |
| WA | Seattle | Times/Post-Intelligencer | 435,581 | Parade Magazine |
| WA | Spokane | Spokesman-Review | 120,632 | Parade Magazine |
| WA | Aberdeen | Daily World | 12,991 | USA Weekend |
| WA | Bellingham | Herald | 29,855 | USA Weekend |
| WA | Bremerton | Sun | 32,917 | USA Weekend |
| WA | Centralia-Chehalis | Chronicle | 13,793 | USA Weekend |
| WA | Ellensburg | Record | 5,220 | USA Weekend |
| WA | Everett | Herald | 55,494 | USA Weekend |
| WA | Kent | King County Journal | 40,211 | USA Weekend |
| WA | Moses Lake | Columbia Basin Herald | 8,562 | USA Weekend |
| WA | Mount Vernon | Skagit Valley Herald | 19,461 | USA Weekend |
| WA | Olympia | Olympian | 40,475 | USA Weekend |
| WA | Port Angeles | Peninsula Daily News | 18,278 | USA Weekend |
| WA | Tacoma | News Tribune | 137,730 | USA Weekend |
| WA | Vancouver | Columbian | 56,922 | USA Weekend |
| WA | Walla Walla | Union-Bulletin | 15,603 | USA Weekend |
| WA | Wenatchee | World | 25,594 | USA Weekend |
| WA | Yakima | Herald-Republic | 39,912 | USA Weekend |
| WI | Chippewa | Valley Newspapers | 10,605 | Parade Magazine |
| WI | Kenosha | News | 27,667 | Parade Magazine |
| WI | La Crosse | Tribune | 41,059 | Parade Magazine |
| WI | Madison | Wisconsin State Journal | 148,489 | Parade Magazine |
| WI | Racine | Journal Times | 30,700 | Parade Magazine |
| WI | Rhineland | Daily News | 4,156 | Parade Magazine |
| WI | Appleton | Post-Crescent | 67,897 | USA Weekend |
| WI | Beloit | Daily News | 13,582 | USA Weekend |
| WI | Eau Claire | Leader-Telegram | 30,040 | USA Weekend |
| WI | Fond Du Lac | Reporter | 18,053 | USA Weekend |
| WI | Green Bay | Press-Gazette | 80,307 | USA Weekend |
| WI | Janesville | Gazette | 24,961 | USA Weekend |
| WI | Manitowoc-Two Rivers | Herald Times Reporter | 15,301 | USA Weekend |
| WI | Milwaukee | Journal Sentinel | 405,355 | USA Weekend |
| WI | Monroe | Times | 4,697 | USA Weekend |
| WI | Oshkosh | Northwestern | 24,924 | USA Weekend |
| WI | Sheboygan | Press | 24,057 | USA Weekend |
| WI | Superior | Telegram | 6,752 | USA Weekend |
| WI | Watertown | Times | 9,059 | USA Weekend |
| WI | Waukesha | Freeman | 12,924 | USA Weekend |
| WI | Wausau-Stevens Point | Central WI Sunday | 20,208 | USA Weekend |
| WI | Wausau-Stevens Point | Herald | 28,840 | USA Weekend |
| WI | West Bend | News | 9,668 | USA Weekend |
| WV | Beckley | Register | 28,602 | Parade Magazine |

**Newspapers in the Parade and USA Weekend Networks**
**EXHIBIT 3**

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| WV | Bluefield | Daily Telegraph | 19,099 | Parade Magazine |
| WV | Charleston | Gazette Mail | 79,617 | Parade Magazine |
| WV | Clarksburg | Exponent Telegram | 20,128 | Parade Magazine |
| WV | Fairmont | Times West Virginian | 12,134 | Parade Magazine |
| WV | Logan | Banner | 8,922 | Parade Magazine |
| WV | Martinsburg | Journal | 20,316 | Parade Magazine |
| WV | Morgantown | The Dominion Post | 25,368 | Parade Magazine |
| WV | Parkersburg | News, Sentinel | 30,870 | Parade Magazine |
| WV | Wheeling | Intelligencer/News Register | 37,198 | Parade Magazine |
| WV | Williamson | News | 7,304 | Parade Magazine |
| WV | Charleston | Gazette-Mail | 65,752 | USA Weekend |
| WV | Elkins | Inter-Mountain | 11,226 | USA Weekend |
| WV | Huntington | Herald-Dispatch | 33,941 | USA Weekend |
| WY | Casper | Star-Tribune | 32,855 | Parade Magazine |
| WY | Cheyenne | Wyoming Tribune Eagle | 16,784 | USA Weekend |
| WY | Laramie | Boomerang | 5,084 | USA Weekend |
| | **TOTAL** | **993 Newspapers** | **55,922,245** | |

# EXHIBIT 4

**EXHIBIT 3**

**Web Banner Concepts — 728 x 90**



**Web Banner Concept — 350 x 350**

# EXHIBIT 5

**24/7 REAL MEDIA**

**SAMPLE LIST OF WEBSITES IN THE 24/7 REAL MEDIA NETWORK**

| CHANNEL | SAMPLING OF SITES |
|---|---|
| Health | Ask Physicians<br>BellaOnline<br>Caloriecount<br>Chefs.com<br>FoodCount<br>Healthcastle<br>MDAdvice<br>Medical broadcast<br>MedicineOnline<br>Medifocus health<br>MedServ Medical News<br>MyCalorieCounter<br>Netpulse<br>WomensForum |
| Women's Interest | Backyardgardner<br>Beautyriot<br>BellaOnline<br>Catch27<br>Educationstuffs<br>Everydaycook<br>Fabulousfoods<br>Familywatchdog<br>Fashionwatch.com<br>Female First<br>Forladys<br>Gamesville<br>Hermoment<br>Justmommies<br>Lovingyou<br>Lucianne.com<br>Momhomes<br>Mommysavers<br>Mommytips<br>Myjellybean<br>Mymommybiz<br>Opendiary<br>Reciperewards<br>Somagirls<br>Thegreetings<br>WomensForum Network |
| Travel | Able2know<br>Airliners<br>Mexconnect<br>Mytravelrate<br>Oanda<br>Tourismthru<br>Tourpub<br>Travels Info<br>travelurl<br>UKtravelsguide |
| Business-to-Business | CCH Buisness Owners Toolkit<br>Findarticle<br>Individual<br>MarketSurveys<br>Tripod<br>Verizon |
| Personal Finance | Apartments.com<br>Asian Times Online<br>Edgar Online<br>Homes.com<br>Investorvillage<br>Morningstar<br>MrSwing<br>Quote.com<br>Quotetracker<br>RagingBull<br>Realestate<br>Usaefinance<br>Wallstreetexaminer<br>WomensWallstreet<br>Xe.com |

| 24·7 REAL MEDIA | SAMPLE LIST OF WEBSITES |
| :--- | :--- |
| | IN THE 24/7 REAL MEDIA NETWORK |
| **CHANNEL** | **SAMPLING OF SITES** |
| Technology | AVGuide<br>Arroundmedia<br>Camsinfo<br>Coolarchive<br>Everyusb<br>Gizmag<br>Html Gear<br>Hwview<br>Mypcdrivres<br>Popyard<br>Softlookup<br>Stickysauce<br>Tripod<br>Webstat |
| Sports | 1wrestling<br>4W-Wrestling<br>American Boat Listing<br>Axxessnetworks<br>Blueandgold<br>CDM Sports<br>Fanball<br>Fantasy Sports Unlimited<br>Fishingbuddy<br>Focusgolfer<br>Free Golf Stats<br>HoopsWorld<br>MaxPreps<br>Motorsport<br>NBAmaster<br>National Golf Network<br>NYYfans<br>Oursportscentral<br>Paint Ball Nation<br>RealGM<br>Sportbikez<br>Sports War<br>The huddle<br>The Redzone<br>The wrestling answer |
| News & Information | Asian Times Online<br>Chinesenewsnet.com<br>ConsumerAffairs.com<br>Drudge Report<br>eNewsZone<br>India Times<br>Lawschooldiscussion<br>Legal Notice<br>MerriamWebster<br>NY Press<br>Pajamas Media<br>Rawstory<br>Realestate<br>Refdesk<br>Spacedaily<br>Wireimage<br>Womens Forum<br>Worldnetdaily |
| Teens | Angelfire<br>Babblefish<br>Catch27<br>Gaiaonline<br>Highschoolsports.net<br>Neopets<br>Primary Games<br>Runescape<br>Schoolnotes<br>Sconex<br>StudyWorld<br>Tabcrawler<br>Teen Station<br>Teensforum |
| Shopping | Couponhill<br>Directgates<br>Intershopzone<br>TGpublish<br>Tipshopping.com |

| CHANNEL | SAMPLING OF SITES |
|---|---|
| | **SAMPLE LIST OF WEBSITES**<br>**IN THE 24/7 REAL MEDIA NETWORK** |
| Games | 123Cheats<br>202online<br>Able2know<br>Anime Lab<br>Bingo.com<br>Bluelaguna<br>Cards.com<br>Cheat Planet<br>Coolrom<br>FreeArcade.com<br>Game Forums<br>Game Revolution<br>Gamefiesta<br>GameScene<br>Gamesville<br>GameZone<br>Happysky<br>Incredigames.com<br>Kings of Chaos<br>Loaded Inc.<br>Lottery.com<br>LyncVision<br>Mausland<br>NeoEdge Networks<br>Oilfight<br>Playaholics<br>Runescape<br>The Emulation Station |
| Auto | Autoplans<br>Cardomain<br>Carspire.com<br>Carsworlds<br>Elitecaraudio<br>Grandprix<br>Modifiedcars<br>Mycarnews<br>Neatautos<br>RSportscars<br>Sportbikez.net<br>Supercars |
| Entertainment | 202online<br>3strandwrestling<br>3wk<br>Allcomedyradio<br>Allhiphop<br>Amiannoying<br>Bluelaguna<br>Bostonpete<br>Burningworld<br>Classicalmusicamerica<br>Clubplanet<br>Dishant<br>Facemix<br>Fanhost<br>Gaminginvasion<br>Gotradio<br>Hoverspot<br>Ionthunder<br>Jamwave<br>Killeroldies<br>Kingsofchaos<br>Kiwibox<br>Lavalife<br>Liketelevision<br>Movieopen<br>Myamericanradio<br>Mygamesdream<br>Netglimse<br>Radioio<br>Rangerboard<br>Ringsidemayhem<br>Sina2<br>Theatermania<br>Totalvideogames<br>Ultimate80s<br>Urbanmusic2000<br>Whatspoppin<br>Wrestlingunleashed |

EXHIBIT 6

| KINSELLA/NOVAK COMMUNICATIONS, LLC<br>FIRST DATABANK<br>MEDIA SCHEDULE BASED ON APPROVAL TO PLACE ADS BY AUGUST 15, 2007<br>ISSUED ON 8/2/2007<br>EXHIBIT 5 | | | |
|---|---|---|---|
| **PUBLICATION** | **ISSUE DATE** | **ON-SALE DATE** | **SPACE CLOSE** |
| **Consumer Publications** | | | |
| *Better Homes and Gardens* | November | October 16, 2007 | August 15, 2007 |
| *Ebony* | November | October 8, 2007 | August 15, 2007 |
| *New York Times* | October 3, 2007 | October 3, 2007 | September 27, 2007 |
| *Newsweek (1)* | September 24, 2007 | September 17, 2007 | August 27, 2007 |
| *Newsweek (2)* | October 8, 2007 | October 1, 2007 | September 10, 2007 |
| *Newseek (3)* | October 22, 2007 | October 15, 2007 | September 24, 2007 |
| *Parade* | September 30, 2007 | September 30, 2007 | August 31, 2007 |
| *Parents* | November | October 16, 2007 | August 21, 2007 |
| *People (1)* | October 8, 2007 | September 28, 2007 | August 20, 2007 |
| *People (2)* | October 15, 2007 | October 5, 2007 | August 27, 2007 |
| *People (3)* | October 22, 2007 | October 12, 2007 | September 3, 2007 |
| *Vista* | October | October 7, 2007 | September 6, 2007 |
| *US News & World Report (1)* | October 1, 2007 | September 24, 2007 | September 14, 2007 |
| *US News & World Report (2)* | October 8, 2007 | October 1, 2007 | September 21, 2007 |
| *USA Weekend* | October 7, 2007 | October 7, 2007 | September 10, 2007 |
| *Wall Street Journal* | October 3, 2007 | October 3, 2007 | September 27, 2007 |
| **Trade Publications** | | | |
| *HR Magazine* | October | October 1, 2007 | August 28, 2007 |
| *National Underwriter* | October 15, 2007 | October 15, 2007 | October 1, 2007 |
| **Internet Websites** | | | |
| *24/7 Internet Network* | Sept 24 - Oct 21 2007 | September 24, 2007 | September 12, 2007 |
| *AOL* | Sept 24 - Oct 14 2007 | September 24, 2007 | September 12, 2007 |
| *Yahoo!* | Sept 24 - Oct 14 2007 | September 24, 2007 | September 12, 2007 |

# EXHIBIT 7

# If You Paid for All or Part of Your Prescription Drugs

### *Class Action Settlements May Affect What Consumers Pay for Thousands of Drugs in the Future.*

————————

There are proposed Settlements of two lawsuits concerning what consumers pay for prescription drugs.

### What Are the Settlements About?

First Data Bank ("FDB") and Medi-Span publish data that may be used to determine consumer drug prices, reimbursement costs and co-pays for hundreds of drugs.

The lawsuits claim that FDB wrongfully inflated the Average Wholesale Price ("AWP") for thousands of drugs. This information was reported in FDB and Medi-Span's printed and electronic databases. Therefore, some consumers and insurers allegedly overpaid for thousands of drugs.

### Am I Included in the Settlements?

Persons who paid for all or part of their prescription drugs costs (from approximately 2000 to present) based on AWP pricing are included. If you paid a fixed co-payment you are not included.

### What Do the Settlements Provide?

There is no money for consumers now. However, billions of dollars in drug costs may be saved in the future. That is because FDB and Medi-Span will lower the mark up on thousands of drugs and will stop publishing the AWP data within two to three years.

### What Should I do?

Get the complete information below and read it. Then you can decide on your legal rights to:

- Remain in the Settlements by doing nothing. You will be bound by the Court's rulings but you can object to or comment on the Settlements.

- Exclude yourself and keep your right to sue FDB and Medi-Span.

You must exclude yourself or object/comment in writing by **Month Day Year** as explained in the detailed Notice.

Court-appointed Counsel represents you. They will be paid by FDB. You can also hire your own attorney and appear in Court.

The Court will decide whether to approve the Settlements at the Fairness Hearings on Month Day Year at _____.

**This is only a Summary of the Settlements.**
**For the *Notice of Proposed Class Action Settlements*:**

**Call: 1-800-XXX-XXXX    Access: www.xxxxxx.com**
**Write: FDB Settlement Administrator**
**PO Box XXXX, Fairbault, MN 00000**

EXHIBIT 8

Legal Notice

Case 1:05-cv-11148-PBS    Document 311-4    Filed 08/14/2007    Page 59 of 71
UNITED STATES DISTRICT COURT / DISTRICT OF MASSACHUSETTS

# If You Paid for All or Part of Your Prescription Drugs

### Class Action Settlements May Affect What Consumers and Third-Party Payors Pay for Thousands of Drugs in the Future.

There are proposed Settlements of two lawsuits concerning how the published price of drugs is determined, what consumers pay for the drugs and what Third-Party Payors reimburse for them.

The Settlements are with First DataBank ("FDB") and Medi-Span (a division of Wolters Kluwer Health, Inc.). The lawsuits are pending in the U.S. District Court for the District of Massachusetts: *New England Carpenters Health Benefits Fund v. First DataBank, Inc.*, No. 1:05-CV-11148-PBS and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS.

## What Are the Lawsuits About?

FDB and Medi-Span publish an Average Wholesale Price ("AWP") that may be used to determine: a.) drug reimbursement costs, b.) consumer co-payments and c.) the price paid by consumers who pay the full price of drugs at pharmacies.

The lawsuits claim that FDB wrongfully inflated the AWP of thousands of drugs. This information was reported in FDB and Medi-Span's printed and electronic databases. Therefore, some consumers and insurers allegedly overpaid for thousands of drugs.

## AWP Pricing

FDB and Medi-Span publish data related to the prices of prescription drugs in their printed and electronic databases. The data includes the Average Wholesale Price ("AWP") of each drug. Pharmaceutical manufacturers report certain costs to FDB and Medi-Span. FDB then marks up these costs to get the AWP reported in their publications and databases. From December 2001 to April 2004, Medi-Span published Average Wholesale prices that it obtained from FDB.

Plaintiffs claim that FDB wrongfully inflated the mark up used to determine the AWP. Plaintiffs claim that Medi-Span negligently published inflated prescription drug prices. As a result, the lawsuits claim that insurers, Third-Party Payors ("TPPs") and some consumers paid more for these drugs than they should have.

## Am I Included in the Settlements?

The Settlement Classes include all persons or entities that paid for all or part of prescription drugs based on AWP pricing. This includes TPPs that reimbursed for drug costs, consumers who paid non-fixed co-payments and consumers who paid for the full drug price.

Specifically:
- Any part of the purchase price, reimbursement or payment amount **must** have been based on the AWP or similar data published or disseminated by FDB or Medi-Span, electronically or otherwise.

In addition:
- The purchases based on FDB pricing must have been made between January 1, 2000 and the date of Final Court Approval of the FDB Settlement.
- The purchases based on Medi-Span published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

## What Do the Settlements Provide?

There is no money for consumers now. The Settlements provide "injunctive relief." This means that instead of paying money damages, the companies agree to change what they are doing to benefit the Settlement Classes. Substantial benefits will be provided to consumers because FDB and Medi-Span will:

- Reduce the mark-up factor for thousands of drugs. Class Counsel estimate that this reduction may save well over a billion dollars in future drug costs for consumers, insurers and TPPs in a single 12-month period.
- Cease to publish an AWP within two (FDB) or three (Medi-Span) years of the Settlements' approval.
- Provide information on drug pricing in connection with this and other lawsuits. This will likely provide additional benefits, including monetary benefits, to Class Members in other drug pricing lawsuits. Establish and maintain a "Data Room" for use in other lawsuits.

All consumers, whether they stay in the Settlement Classes or not, will benefit from these Settlements. The *Notice of Proposed Class Action Settlements* has more detailed information. You can view a copy on the Web site or write or call for a copy as outlined below.

## Who Represents Me?

The Court has appointed Class Counsel to represent everyone in the Class. Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years. Class Counsel will receive $100,000 in fees and expenses in connection with the Settlement with Medi-Span. You may hire your own attorney, if you wish and appear to object or comment in Court. However, you will be responsible for that attorney's fees and expenses.

## What Are My Legal Rights?

- **If you wish to remain a member of the Settlement Classes**, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue or continue to sue FDB and Medi-Span for money damages or "injunctive relief" based on the claims in these Settlements.
- **If you do not wish to be a member of the Settlement Classes**, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements*, postmarked no later than Month Date, 2007. If you exclude yourself, you maintain your right to sue the Defendants on your own.
- **You can tell the Court if you do not like these Settlements** or some part of them, if you do not exclude yourself. To object or comment, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements*, postmarked no later than Month Date, 2007.

## Will the Court Approve the Settlements?

The Court will hold Final Approval Hearings on _____ at _____ to consider whether the Settlements are fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

### For a *Notice of Proposed Class Action Settlements*
## Call toll-free: 1 800-XXX-XXXX
## or Visit: www.XXXXXXLitigation.com

### Or Write: FDB/Medi-Span Litigation Administrator,
### c/o Complete Claim Solutions, P.O. Box 24730, West Palm Beach, FL 33416

EXHIBIT 9

# If You Are a Third-Party Payor that Made Reimbursements for Prescription Drugs

## *Class Action Settlements May Affect Your Legal Rights and Reimbursement Costs in the Future for Thousands of Drugs.*

There are proposed Settlements of two lawsuits concerning how the published price of drugs is determined, what consumers pay for the drugs and what Third-Party Payors reimburse for them.

The Settlements are with First DataBank ("FDB") and Medi-Span (a division of Wolters Kluwer Health, Inc.). The lawsuits are pending in the U.S. District Court for the District of Massachusetts: *New England Carpenters Health Benefits Fund v. First DataBank, Inc*., No. 1:05-CV-11148-PBS and *D.C. 37 Health & Security Plan v. Medi-Span*, No. 07-cv-10988-PBS.

### **What Are the Lawsuits About?**

FDB and Medi-Span publish data related to the prices of prescription drugs in their printed and online databases. The data includes the Average Wholesale Price ("AWP") of each drug. Pharmaceutical manufacturers report certain costs to FDB and Medi-Span. FDB then marks up these costs to get the AWP reported in their publications and databases. From December 2001 to April 2004, Medi-Span published Average Wholesale prices that it obtained from FDB.

Plaintiffs claim that FDB wrongfully inflated the mark up to determine the AWP. Plaintiffs claim that Medi-Span negligently published inflated prescription drug prices. As a result, the lawsuits claim that insurers, Third-Party Payors ("TPPs") and some consumers paid more for these drugs than they should have.

### **Am I Included in the Settlements?**

The Settlement Classes include all persons or entities that paid for all or part of prescription drugs based on AWP pricing.

Specifically:

- Any part of the purchase price, reimbursement or payment amount **must** have been based on the AWP or similar data published or disseminated by FDB or Medi-Span, electronically or otherwise.

In addition:

- The reimbursements based on FDB pricing must have been made between January 1, 2000 and the date of Final Court Approval of the FDB Settlement.
- The reimbursements based on Medi-Span published prices must have been made between December 19, 2001 and the date of Final Court Approval of the Medi-Span Settlement.

### **What Do the Settlements Provide?**

The Settlements provide "injunctive relief." This means that instead of paying money damages, the companies agree to change what they are doing to benefit the Settlement Classes. Substantial benefits will be provided to consumers because FDB and Medi-Span will:

- Reduce the mark-up factor for thousands of drugs. Class Counsel estimate that this reduction may save well over a billion dollars in future drug costs for consumers, insurers and TPPs in a single 12-month period.
- Cease to publish an AWP within two (FDB) or three (Medi-Span) years of the Settlements' approval.
- Provide information on drug pricing in connection with this and other lawsuits. This will likely provide additional benefits, including monetary benefits, to Class Members in other drug pricing lawsuits. Establish and maintain a "Data Room" for use in other lawsuits.

### **Who Represents Me?**

The Court has appointed Class Counsel to represent everyone in the Class. Subject to Court approval, FDB will pay Class Counsel fees not to exceed $625,000, expenses of $200,000, and $125,000 for the maintenance of the Data Room for a period of 3 years. Class Counsel will receive $100,000 in fees and expenses in connection with the Settlement with Medi-Span. You may hire your own attorney, if you wish and appear to object or comment in Court. However, you will be responsible for that attorney's fees and expenses.

### **What Are My Legal Rights?**

- **If you wish to remain a member of the Settlement Classes**, you do not have to do anything. You will be bound by all the Court's orders. This means you cannot sue or continue to sue FDB and Medi-Span for money damages or "injunctive relief" based on the claims in these Settlements.
- **If you do not wish to be a member of the Settlement Classes**, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements,* postmarked no later than Month Date, 2007. If you exclude yourself, you maintain your right to sue the Defendants on your own.
- **You can tell the Court if you do not like these Settlements** or some part of them, if you do not exclude yourself. To object or comment, you must send a letter, as outlined in the *Notice of Proposed Class Action Settlements*, postmarked no later than Month Date, 2007.

### **Will the Court Approve the Settlements?**

The Court will hold Final Approval Hearings on _____ at _____ _____ to consider whether the Settlements are fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at this time.

## **For a *Notice of Proposed Class Action Settlements***

## **Call toll-free: 1 800-XXX-XXXX or Visit: www.XXXXXXLitigation.com**

### **Or Write: FDB/Medi-Span Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24730, West Palm Beach, FL 33416**

EXHIBIT 10

## Knsella/Novak Communications, LLC

## FDB/Medi-Span - List of Associations/Organizations

| ASSOCIATION | DESCRIPTION |
| --- | --- |
| Alaska PIRG | AkPIRG is a non-profit, non-partisan, citizen-oriented statewide organization researching, educating and advocating on behalf of the public interest. AkPIRG exists to promote the public and consumer interests, especially when inconsistent with monied, powerful or other special interests. |
| American Council on Consumer Interests, ACCI | ACCI is the leading consumer policy research and education organization consisting of a world wide community of researchers, educators and related professionals dedicated to enhancing consumer well-being. ACCI promotes the consumer interest by encouraging, producing and communicating policy-relevant research. |
| Arizona PIRG | Arizona PIRG is an advocate for the public interest. When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Arizona PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. |
| California PIRG | CALPIRG takes on powerful interests on behalf of Californians, working to win concrete results for our health and our well-being. With researchers, advocates, organizers and students, we stand up to powerful special interests to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, strengthen voting rights and more. |
| Colorado PIRG | Colorado Public Interest Research Group (CoPIRG) is an advocate for the public interest on consumer and health care issues. CoPIRG's mission is to deliver persistent, result-oriented activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive government. |
| Connecticut PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, ConnPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. ConnPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| Consumer Action | Consumer Action is a non-profit, membership-based organization that was founded in San Francisco in 1971. During its more than three decades, Consumer Action has continued to serve consumers nationwide by advancing consumer rights, referring consumers to complaint-handling agencies through our free hotline, publishing educational materials in Chinese, English, Korean, Spanish, Vietnamese and other languages, advocating for consumers in the media and before lawmakers, and comparing prices on credit cards, bank accounts and long distance services. |
| Consumer Federation of America, CFA | CFA works to advance pro-consumer policy on a variety of issues before Congress, the White House, federal and state regulatory agencies, state legislatures, and the courts. Its staff works with public officials to promote beneficial policies, to oppose harmful policies, and to ensure a balanced debate on important issues in which consumers have a stake.  CFA investigates consumer issues, behavior, and attitudes. The findings of such projects are published in reports that assist consumer advocates and policymakers as well as individual consumers. This research also provides the basis for new consumer initiatives, public service advertising, and consumer information and education efforts. As an education organization, CFA disseminates information on consumer issues to the public and the media, as well as to policymakers and other public interest advocates.  As a service organization, CFA provides support to organizations committed to the goals of consumer advocacy, research, and education. |
| Families USA | Families USA is a national nonprofit, non-partisan organization dedicated to the achievement of high-quality, affordable health care for all Americans. Working at the national, state, and community levels, we have earned a national reputation as an effective voice for health care consumers for over 20 years. |
| Florida PIRG | Florida PIRG is an advocate for the public interest. When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Florida PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Florida PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

| KNSELLA/NOVAK COMMUNICATIONS, LLC |
| --- |
| FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS |

| ASSOCIATION | DESCRIPTION |
| --- | --- |
| Georgia PIRG | Georgia Public Interest Research Group (Georgia PIRG) is an advocate for the public interest. When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, Georgia PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Georgia PIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Henry J. Kaiser Family Foundation | A leader in health policy and communications, the Kaiser Family Foundation is a non-profit, private operating foundation focusing on the major health care issues facing the U.S., with a growing role in global health.  We serve as a non-partisan source of facts, information, and analysis for policymakers, the media, the health care community, and the public. Our product is information, always provided free of charge – from the most sophisticated policy research, to basic facts and numbers, to information young people can use to improve their health or elderly people can use to understand their Medicare benefits. |
| Illinois PIRG | When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, Illinois PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Illinois PIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Indiana PIRG | As college students, we are about to face big problems when we graduate - from global warming to endangered species, from the escalating cost and declining quality of health care to the plight of the hungry and homeless. Every campus has its share of apathy, but students care about these problems. And more than any other group of people, we have the time, the energy, the intelligence, the resources and the idealism to help solve them. |

## Knsella/Novak Communications, LLC

## FDB/Medi-Span - List of Associations/Organizations

| ASSOCIATION | DESCRIPTION |
|---|---|
| Iowa PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Iowa PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Iowa PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Maryland PIRG | Maryland PIRG takes on powerful interests on behalf of Maryland's citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| Massachusetts PIRG | MASSPIRG takes on powerful interests on behalf of Massachusetts' citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| Missouri PIRG | When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, MoPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. MoPIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| National Association of Consumer Advocates, NACA | The National Association of Consumer Advocates (NACA) is a nationwide organization of more than 1000 attorneys who represent and have represented hundreds of thousands of consumers victimized by fraudulent, abusive and predatory business practices. As an organization fully committed to promoting justice for consumers, NACA's members and their clients are actively engaged in promoting a fair and open marketplace that forcefully protects the rights of consumers, particularly those of modest means. |

**KNSELLA/NOVAK COMMUNICATIONS, LLC**

**FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS**

| ASSOCIATION | DESCRIPTION |
|---|---|
| National Association of Consumer Agency Administrators, NACAA | The NACAA mission is to support our members by providing them with pertinent resources, timely data, informative newsletters; to promote consumer education, consumer rights and needed consumer legislation; to link government consumer professionals with their peers and related experts; and to encourage corporate participation and seek their advice. |
| National Consumer League, NCL | Our mission is to protect and promote social and economic justice for consumers and workers in the United States and abroad. The National Consumers League is a private, nonprofit advocacy group representing consumers on marketplace and workplace issues. We are the nation's oldest consumer organization.  NCL provides government, businesses, and other organizations with the consumer's perspective on concerns including child labor, privacy, food safety, and medication information. |
| National Mental Health Association, NMHA | The National Mental Health Association (NMHA) is the country's oldest and largest nonprofit organization addressing all aspects of mental health and mental illness. With more than 340 affiliates nationwide. NMHA works to improve the mental health of all Americans, especially the 54 million individuals with mental disorders, through advocacy, education, research and service. NMHA was established in 1909 by former psychiatric patient Clifford W. Beers. During his stays in public and private institutions, Beers witnessed and was subjected to horrible abuse. From these experiences, Beers set into motion a reform movement that took shape as the National Mental Health Association.  NMHA was established in 1909 by former psychiatric patient Clifford W. Beers. During his stays in public and private institutions, Beers witnessed and was subjected to horrible abuse. From these experiences, Beers set into motion a reform movement that took shape as the National Mental Health Association.  NMHA's work has resulted in positive change. |
| New Hampshire PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, NHPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NHPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

## KNSELLA/NOVAK COMMUNICATIONS, LLC

## FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS

| ASSOCIATION | DESCRIPTION |
|---|---|
| New Jersey PIRG | NJPIRG takes on powerful interests on behalf of New Jersey's citizens, working to win concrete results for our health and our well-being. With a strong network of researchers, advocates, organizers and students across the state, we stand up to powerful special interests on issues to stop identity theft, fight political corruption, provide safe and affordable prescription drugs, and strengthen voting rights. |
| New Mexico PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, NMPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NMPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| New York PIRG | The New York Public Interest Research Group (NYPIRG) is New York State's largest student-directed consumer, environmental and government reform organization. We are a nonpartisan, not-for-profit group established to effect policy reforms while training students and other New Yorkers to be advocates. Since 1973, NYPIRG has played the key role in fighting for more than 120 public interest laws and executive orders. |
| North Carolina PIRG | North Carolina Public Interest Research Group (NCPIRG) is an advocate for the public interest. When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, NCPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. NCPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Ohio PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, Ohio PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. Ohio PIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |

**KNSELLA/NOVAK COMMUNICATIONS, LLC**

**FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS**

| ASSOCIATION | DESCRIPTION |
|---|---|
| OSPIRG (Oregon) | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, OSPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. OSPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Pennsylvania PIRG | When corporate or governmental wrongdoing threatens our health and safety, or violates the fundamental principles of fairness and justice, PennPIRG stands up for Pennsylvania consumers.<br>We conduct investigative research, publish reports and exposes, advocate new laws, and, when necessary, take corporate wrongdoers or unresponsive government to court. |
| PIRGIM (Michigan) | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, PIRGIM speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. PIRGIM's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Prescription Access Litigation | The Prescription Access Litigation (PAL) Project works to make prescription drug prices more affordable for consumers, using class action litigation and public education. PAL and its members seek to challenge illegal pricing tactics and deceptive marketing by drug companies, Pharmacy Benefit Managers, and other pharmaceutical industry players. |
| Public Citizen | Public Citizen is a national, nonprofit consumer advocacy organization founded in 1971 to represent consumer interests in Congress, the executive branch and the courts.  We fight for openness and democratic accountability in government, for the right of consumers to seek redress in the courts; for clean, safe and sustainable energy sources; for social and economic justice in trade policies; for strong health, safety and environmental protections; and for safe, effective and affordable prescription drugs and health care. |

**KNSELLA/NOVAK COMMUNICATIONS, LLC**

**FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS**

| ASSOCIATION | DESCRIPTION |
|---|---|
| Rhode Island PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, RIPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. RIPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Rx Watchdog Report, Published by AARP's Public Policy Institute | The AARP Watchdog Report monitors the pricing, legislative and public policies of the world's pharmaceutical manufacturers, and reports those policies, detrimental or beneficial, to our members and the American public. AARP is committed to advocating for responsible prescription drug prices through legal action, legislative policy and consumer education. |
| Texas PIRG | When consumers are cheated, or the voices of ordinary citizens are drowned out by special interest lobbyists, TexPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. TexPIRG's mission is to deliver persistent, result-oriented public interest activism that encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| U.S. PIRG (Public Interest Research Group) | U.S. PIRG is an advocate for the public interest. When consumers are cheated, or our natural environment is threatened, or the voices of ordinary citizens are drowned out by special interest lobbyists, U.S. PIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. U.S. PIRG's mission is to deliver persistent, result-oriented public interest activism that protects our environment, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| University of Minnesota's PRIME Institute | The PRIME Institute was established in 1991 in the College of Pharmacy, University of Minnesota, as an independent and global research, education and consulting organization whose mission is the study of the economic and policy issues to help improve popular access to pharmaceuticals and pharmaceutical services. The Institute is directed by Stephen W. Schondelmeyer, Pharm.D., Ph.D., Head of the Department of Pharmaceutical Care & Health Systems, Professor of Pharmaceutical Economics and Century Mortar Club Endowed Chair in Pharmaceutical Management and Economics. |

**KNSELLA/NOVAK COMMUNICATIONS, LLC**

**FDB/MEDI-SPAN - LIST OF ASSOCIATIONS/ORGANIZATIONS**

| ASSOCIATION | DESCRIPTION |
|---|---|
| Vermont PIRG | Founded in 1972, VPIRG is the largest nonprofit consumer and environmental advocacy organization in the state, with approximately 20,000 members and supporters. VPIRG's mission is to promote and protect the health of Vermont's people, environment and locally-based economy by informing and mobilizing citizens statewide. |
| Washington PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, WashPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. WashPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |
| Wisconsin PIRG | When consumers are cheated or the voices of ordinary citizens are drowned out by special interest lobbyists, WISPIRG speaks up and takes action. We uncover threats to public health and well-being and fight to end them, using the time-tested tools of investigative research, media exposés, grassroots organizing, advocacy and litigation. WISPIRG's mission is to deliver persistent, result-oriented public interest activism that protects consumers, encourages a fair, sustainable economy, and fosters responsive, democratic government. |