UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**JOINT MOTION TO MODIFY THE CASE SCHEDULE FOR LIABILITY EXPERTS AND SUMMARY JUDGMENT**

Counsel for plaintiffs and for defendant McKesson Corporation (collectively "the parties") in the above-captioned action hereby submit this joint motion to amend the schedule with respect to the expert and summary judgment deadlines.

The current Scheduling Order, dated June 7, 2007, set the following schedule:

Plaintiffs' expert designations and reports due August 31, 2007;

Defendant's expert designations and reports due September 28, 2007;

Plaintiffs' experts' Reply to Defendant's Expert Reports due October 19, 2007;

1

Depositions of first Plaintiffs' experts, then Defendant's experts to occur October 23- November 20, 2007.

Summary judgment motions due December 20, 2007.

Oppositions to summary judgment due January 18, 2008.

Replies in support of summary judgment due February 7, 2008.

Surreplies on summary judgment due February 21, 2008.

Hearing on Summary Judgment on March 13, 2008 at 2:00 p.m.

Fact discovery in this case closed on July 31, 2007. Although each of the parties believes it has been proceeding diligently, the parties seek modification of the schedule because scheduling conflicts have arisen for an expert (in this instance for McKesson), as a result of professional commitments in other cases and academia, which necessitate a modification to the schedule. The proposed modification will also provide additional time for plaintiffs' expert reports. The parties have conferred and agree on the following proposed schedule:

Plaintiffs' expert designations and reports due September 14, 2007;

Defendant's expert designations and reports due November 5, 2007;

Plaintiffs' rebuttal expert designations and reports due December 10, 2007;

Depositions of first Plaintiffs' experts, then Defendant's experts to occur January 3 through January 25, 2008;

Summary judgment motions due February 1, 2008;

Oppositions to summary judgment due February 29, 2008;

Replies in support of summary judgment due March 21, 2008;

Surreplies on summary judgment due April 4, 2008;

Hearing on Summary Judgment on _____, 2008 at _____.

Dated: August 23, 2007

Respectfully submitted,

On behalf of DEFENDANT MCKESSON CORPORATION

By:

/s/ Lori A. Schechter
Lori A. Schechter

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
PAUL FLUM (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JOHN KIERNAN
NICOLE JOHNSON
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

*Attorneys for Defendant*
*MCKESSON CORPORATION*

On behalf of PLAINTIFFS


 /s/ Steven W. Berman
 Steve W. Berman

STEVEN W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Steve@hbsslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 23, 2007.

                                              /s/ Lori A. Schechter
                                              Lori A. Schechter

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

### [PROPOSED] SCHEDULING ORDER

August ___ 2007

The Court's June 7, 2007 Scheduling Order is modified as follows:

1. Plaintiffs' expert designations and reports due September 14, 2007;

2. Defendant's expert designations and reports due November 5, 2007;

3. Plaintiffs' rebuttal expert designations and reports due December 10, 2007;

4. Depositions of first Plaintiffs' experts, then Defendant's experts to occur January 3 through January 25, 2008;

5. Summary judgment motions due February 1, 2008;

6. Oppositions to summary judgment due February 29, 2008;

7. Replies in support of summary judgment due March 21, 2008;

8. Surreplies on summary judgment due April 4, 2008;

9. Hearing on Summary Judgment will be held on _____, 2008 at _____.

IT IS SO ORDERED.

_____
Hon. Patti B. Saris
United States District Court Judge

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 23, 2007.

                          /s/ Lori A. Schechter
                          Lori A. Schechter