UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>NEW ENGLAND CARPENTERS HEALTH )<br>BENEFITS FUND, PIRELLI ARMSTRONG )<br>RETIREE MEDICAL BENEFITS TRUST; )<br>TEAMSTERS HEALTH & WELFARE FUND )<br>OF PHILADELPHIA AND VICINITY; )<br>PHILADELPHIA FEDERATION OF )<br>TEACHERS HEALTH AND WELFARE )<br>FUND; DISTRICT COUNCIL 37, AFSCME - )<br>HEALTH & SECURITY PLAN; JUNE )<br>SWAN; MAUREEN COWIE and BERNARD )<br>GORTER, )<br>)<br>                      Plaintiffs, )<br>)<br>             v. )<br>)<br>FIRST DATABANK, INC., a Missouri )<br>corporation; and McKESSON )<br>CORPORATION, a Delaware corporation, )<br>)<br>             Defendants. ) | C.A. No. 1:05-CV-11148-PBS |

## <u>MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT</u>

Pursuant to Fed. R. Civ. P. 15(a) and (b), Class Plaintiffs hereby move for leave to file a

Third Amend Complaint.  This motion is supported by the accompanying memorandum of law.

The main purpose of the amendment is that Class Plaintiffs seek to add claims on behalf of an

additional consumer class consisting of uninsured or underinsured consumers who paid the full

price of the Marked Up Drugs.

001821-13  199476 V1

DATED:  October 2, 2007

By  /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Nicholas Styant-Browne
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 2 -

- 3 -

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

001821-13  199476 V1

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs advised the Court and counsel for Defendants at the September 20 status conference that Plaintiffs' intended to file a motion to amend the Complaint and counsel for Defendants advised the Court that they would oppose the motion.  Subsequently counsel for Plaintiffs sought consent and it was not provided.

/s/ Steve W. Berman
Steve W. Berman

001821-13  199476 V1

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 2, 2007.

/s/ Steve W. Berman
Steve W. Berman

001821-13  199476 V1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | C.A. No. 1:05-CV-11148-PBS <br><br> Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Class Plaintiffs have moved, pursuant to Fed. R. Civ. P. 15(a) and 16(b), for an order

granting leave to file their Third Amended Complaint. Having considered the submissions of the

parties and the record in this case, IT IS HEREBY ORDERED as follows:

Class Plaintiffs' motion is GRANTED and the Third Amended Complaint may be filed.

DONE this _____ day of _____, 2007.

_____
HONORABLE PATTI B. SARIS
United States District Court

- 1 -

001821-13  199480 V1

- 2 -

**CERTIFICATE OF SERVICE**

        I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 2, 2007.


           /s/ Steve W. Berman_____
           Steve W. Berman

001821-13  199480 V1