UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

## CLASS PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Class Plaintiffs hereby file their amended motion for leave to file a Third Amended Complaint to add an additional class of uninsured consumers and to add antitrust claims on behalf of all classes. This motion is supported by the accompanying memorandum of law. No additional discovery will be necessary for the antitrust claims; the same evidence of Defendants' misconduct that supports Class Plaintiffs' RICO claim also supports a violation of antitrust law based on price fixing.

| | |
|---|---|
| DATED:  October 9, 2007 | By /s/ Steve W. Berman |

    Steve W. Berman
    Sean R. Matt
    Nicholas Styant-Browne
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 2 -

                                        George E. Barrett
                                        Edmund L. Carey, Jr.
                                        Barret, Johnston & Parsley
                                        217 Second Avenue, North
                                        Nashville, TN  37201
                                        Telephone: (615) 244-2202
                                        Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for McKesson regarding its original motion for Leave to File a Third Amended Complaint to add an additional class of uninsured consumers. McKesson advised Plaintiffs that it opposed their motion.

Plaintiffs subsequently sought consent from McKesson to file a second motion to amend to assert antitrust claims on behalf of the existing classes. Counsel for McKesson advised that McKesson would oppose Plaintiffs' motion but observed that it would be less confusing to amend the pending motion to include the additional request and further advised that McKesson would not oppose an amendment of Plaintiffs' earlier motion for that purpose.

/s/ Steve W. Berman
Steve W. Berman

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 9, 2007.

                                        **/s/ Steve W. Berman**
                                        Steve W. Berman

001821-13 201008 V1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                                         Plaintiffs,<br><br>       v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                                         Defendants. | C.A. No. 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING CLASS PLAINTIFFS'
AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Class Plaintiffs have moved, pursuant to Fed. R. Civ. P. 15(a), for an order granting leave to file their Third Amended Complaint. Having considered the submissions of the parties and the record in this case, IT IS HEREBY ORDERED as follows:

Class Plaintiffs' motion is GRANTED and the Third Amended Complaint may be filed.

DONE this _____ day of _____, 2007.

_____
HONORABLE PATTI B. SARIS
United States District Court

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 9, 2007.

                                        /s/ Steve W. Berman_____
                                        Steve W. Berman