UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | C.A. No. 1:05-CV-11148-PBS |

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT FILED ON OCTOBER 2, 2007**

Class Plaintiffs respectfully withdraw without prejudice their Motion for Leave to File Third Amended Complaint filed on October 2, 2007 (the "Motion") and all documents listed in and filed in support of said Motion without prejudice (Docket Nos. 321 and 322). In its place Plaintiffs filed an Amended Motion for Leave to File Third Amended Complaint and supporting documents (Docket Nos. 323 and 324) on October 9, 2007. Plaintiffs' amended motion includes an additional request for relief. Before filing their amended motion Plaintiffs consulted with McKesson, who advises that it opposes Plaintiffs' motion on the merits but does not object procedurally to the filing of an amended motion to consolidate Plaintiffs' requests for relief.

- 1 -

- 2 -

| | |
|---|---|
| DATED:  October 10, 2007 | By /s/ Steve W. Berman |

        Steve W. Berman
        Sean R. Matt
        Nicholas Styant-Browne
        Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 2 -

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 10, 2007.

      **/s/ Steve W. Berman**
      Steve W. Berman

1821-13 201280 V1