UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                  Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                  Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] STIPULATION TO MODIFY THE COURT'S BRIEFING SCHEDULE REGARDING THE COURT'S HEARING ON PLAINTIFFS' METHOD OF <u>CALCULATING AGGREGATE DAMAGES FOR THE TPP CLASS</u>**

Counsel for Plaintiffs and Defendant McKesson Corporation (collectively "the parties") hereby stipulate and agree to amend the Court's briefing schedule regarding the hearing on Plaintiffs' method of calculating aggregate damages for the TPP class, which was set at the Court's September 20 status conference. The proposed modification would not require an extension of the November 13 hearing, if the Court finds it has sufficient time for review from the date of the surreply filing.

At the status conference, McKesson advised the Court that it would need time to respond to Dr. Hartman's report as it applies to the Court's Class Certification Order and McKesson

- 1 -

- 2 -

agreed to file its response by October 15.  Plaintiffs agreed to file a reply brief along with Dr. Hartman's response to Dr. Willig's report within 10 days.  However, Plaintiffs did not anticipate that Dr. Hartman would be completing his expert reports in *AWP* this week, and Plaintiffs desire the added time to adequately address the issues raised by McKesson's Response.  A modest extension is appropriate.

Plaintiffs have conferred with McKesson, who has graciously agreed to modify the scheduling order as follows:

    Plaintiffs' Reply:        Due October 29

    McKesson's Surreply:    Due November 8

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER | MCKESSON CORPORATION |
| By their counsel: | By its counsel: |
| /s/ Steve W. Berman<br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | /s/ Lori A. Schechter<br>Lori A. Schechter<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

- 3 -

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 16, 2007.

                                          /s/ Steve W. Berman
                                          Steve W. Berman