October 8, 2007

29 Cedar Street
Champlain, NY 12919
518-298-5092

Clerk of the Court,
Honorable John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 2300,
Boston, Massachusetts 02210

FILED
IN CLERKS OFFICE

2007 OCT 11  P 12: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: New England Carpenters Health Benefits Fund, et al. v. First DataBank, Inc., et al. No. 1:05-CV-11148-PBS and D. C. 37 Health & Security Plan v. Medi-Span, No. 07-cv-10988-PBS

Dear Honorable John Joseph Moakley:

I have read the Class Action Relief proposed to this court and find it another "joke", whereby many law firms are gaining large fees and the injured get nothing. In this matter it is FUTURE consumers and companies that are claimed and suspected to be compensated for those in the past who suffered. The class in the future will likely not be exactly the same people. Therefore, the injured are guaranteed no relief.

A NORMAL class action lawsuit will compensate those individuals who suffered a loss with some form of relief, the goal is to make them "whole" in some sense. This class action fails to provide relief for those actually injured, but certainly the attorneys remain extremely well paid.

I pray that you will rule on the side of common sense and justice, against this proposed settlement.

With kind regards,

*Kenneth P. Delafrange*
Kenneth P. Delafrange