UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>    Defendants. | C.A. No. 1:05-CV-11148-PBS |

**NOTICE OF PLAINTIFFS' RESPONSE TO LETTER FROM
CLASS MEMBER MR. DELAFRANGE**

Attached hereto as Exhibit A is a letter from Plaintiffs' counsel responding to Mr. Delafrange's letter that was lodged with the Court by Mr. Delafrange on October 11, 2007.

DATED: October 18, 2007         By /s/ Steve W. Berman
                                                    Steve W. Berman
                                                    Sean R. Matt
                                                    Nicholas Styant-Browne
                                                    Barbara A. Mahoney
                                                Hagens Berman Sobol Shapiro LLP
                                                1301 Fifth Avenue, Suite 2900
                                                Seattle, WA 98101
                                                Telephone: (206) 623-7292
                                                Facsimile: (206) 623-0594

Thomas M. Sobol (BBO #471770)
Ed Notargiacomo (BBO #567363)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 18, 2007.

                                                         /s/ Steve W. Berman_____
                                                         Steve W. Berman

001821-13 203083 V1

# Exhibit A



**HAGENS BERMAN
SOBOL SHAPIRO LLP**

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

October 18, 2007

Mr. Kenneth P. Delafrange
29 Cedar Street
Champlain, NY 12919

    Re:   <u>New England Carpenters v. First DataBank</u>

Dear Mr. Delafrange:

    I am one of the lawyers for the plaintiffs in this case and write in response to your letter to the Court.

    The proposed settlement is with the two defendants who published prices for the drugs at issue. Neither has the assets to pay a fraction of the damages in this case. Therefore the rollback of published drug prices is really the only meaningful relief that could be achieved vis-à-vis these defendants. Most of those in the class will benefit by this rollback as it is a rare consumer who would not take one of these drugs in the next few years.

    As to making you and other class members "whole" we are prosecuting the case against McKesson. McKesson is one of the nation's largest companies and has the assets to pay the damages cased by the price fix/scheme at issue. We are pursuing this claim 24/7 and with the utmost vigor, determination and enthusiasm. Judge Saris has recently certified the claims of consumers who made a co-payment for any of these drugs, though McKesson is wriggling to cut the class back, and we hope to try that case next year.[1]

    If you have further questions after receipt of this information please contact me.

                            Sincerely,

                            Steve W. Berman

SWB:dld

---

[1] If a consumer makes a flat co-pay he/she is not injured by price charges. If a consumer is uninsured we have filed a proposed complaint to cover these losses.

ATTORNEYS AT LAW    SEATTLE  LOS ANGELES  BOSTON  PHOENIX  CHICAGO  SAN FRANCISCO
206.623.7292   F 206.623.0594
1301 FIFTH AVENUE  SUITE 2900  SEATTLE, WASHINGTON 98101
www.hbsslaw.com

001821-13 203082 V1