UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**[PROPOSED] STIPULATION TO MODIFY THE BRIEFING SCHEDULE REGARDING PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Counsel for plaintiffs and for defendant McKesson Corporation (collectively "the parties") in the above-captioned action hereby stipulate and agree to amend the briefing schedule regarding Plaintiffs' Amended Motion for Leave to File Third Amended Complaint to allow McKesson two additional days to respond to plaintiffs' motion.

At the September 20 status conference, plaintiffs indicated that they intended to file a motion for leave to amend their complaint. The Court gave McKesson 14 days to respond. No hearing on this motion has been scheduled. Plaintiffs have now filed their motion to amend, which includes a

request to add to the complaint the following: a new class of consumers who paid the "usual and customary" ("U&C") price for prescription drugs; a Sherman Act antitrust claim for all 3 classes; and alternatively state antitrust claims under various state laws for all three classes. McKesson's opposition is currently due on October 23, 2007. Because McKesson did not anticipate that multiple attorneys working on this matter would be out of town on business during the week the opposition would be due, McKesson seeks a modest, two-day extension to file its opposition.

McKesson has conferred with plaintiffs, who have agreed to modify the schedule so that McKesson's opposition to plaintiffs' motion will be due on October 25, 2007.

Dated: October 22, 2007

Respectfully submitted,

On behalf of DEFENDANT MCKESSON CORPORATION

By:

/s/ Lori A. Schechter
Lori A. Schechter

MELVIN R. GOLDMAN (*pro hac vice*)
LORI A. SCHECHTER (*pro hac vice*)
PAUL FLUM (*pro hac vice*)
TIFFANY CHEUNG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

JOHN KIERNAN
NICOLE JOHNSON
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

On behalf of PLAINTIFFS

/s/ Steve W. Berman
Steve W. Berman

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Steve@hbsslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 22, 2007.

                                          /s/ Lori A. Schechter
                                          Lori A. Schechter