IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Case No. 1:05-CV-11148-PBS |
| v. | ) ) |  |
| FIRST DATABANK, INC., a Missouri Corporation, and MCKESSON CORPORATION, a Delaware Corporation, | ) ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of October 29, 2007, counsel for Defendant, McKesson Corporation, will be located at a new address:

**Bonner Kiernan Trebach & Crociata, LLP**
**200 Portland Street**
**Suite 400**
**Boston, MA 02114**
**Telephone – (617) 426-3900**
**Facsimile – (617) 426-0380**


/s/ Nicole L. Johnson
_____
Nicole L. Johnson, BBO# 654719
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, Massachusetts 02109
(617) 426-3900

CERTIFICATE OF SERVICE

      I, Nicole L. Johnson, hereby certify that I have on October 25, 2007 served a true copy of the foregoing document upon the attorney of record for each other party through the court's electronic filing service.

                                              /s/ Nicole L. Johnson
                                              _____
                                              Nicole L. Johnson