IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

—————————————————————————

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) | Case No. 1:05-CV-11148-PBS
| v. | ) ) |
| FIRST DATABANK, INC., a Missouri Corporation, and MCKESSON CORPORATION, a Delaware Corporation, | ) ) ) ) |
| Defendants. | ) ) |

—————————————————————————

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of October 29, 2007, counsel for Defendant, McKesson

Corporation, will be located at a new address:

**Bonner Kiernan Trebach & Crociata, LLP**
**200 Portland Street**
**Suite 400**
**Boston, MA 02114**
**Telephone – (617) 426-3900**
**Facsimile – (617) 426-0380**

/s/ John A. Kiernan

—————————————————————
John A. Kiernan, BBO #271020)
BONNER KIERNAN TREBACH & CROCIATA
One Liberty Square
Boston, Massachusetts 02109
(617) 426-3900

<u>CERTIFICATE OF SERVICE</u>

I, John A. Kiernan, hereby certify that I have on October 25, 2007 served a true copy of the foregoing document upon the attorney of record for each other party through the court's electronic filing service.

/s/ John A. Kiernan

_____

John A. Kiernan