

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

October 30, 2007

***Via Hand Delivery***

Hon. Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:    *New England Carpenters et al. v. First DataBank et al.* No. 05-CV-11148 (PBS)

Dear Judge Saris:

Enclosed please find courtesy copies of the following documents:

1. Notice of Filing Under Seal;

2. Motion for Leave to File Under Seal;

3. [Proposed] Order Granting Plaintiffs' Motion for Leave to File Under Seal;

4. [Unredacted] Class Plaintiffs' Reply to McKesson's Opposition to Aggregate Damages for the TPP Class and McKesson's Motion to Decertify the Consumer Class (a redacted version was electronically filed with the Court on October 29, 2007);

5. Class Plaintiffs' Proffer of Evidence Common to the Class Containing Admissions by McKesson as to the Scheme's Impact on the Class;

6. Declaration of Steve W. Berman in Support of Class Plaintiffs' Reply to McKesson's Opposition to Aggregate Damages for the TPP Class and McKesson's Motion to Decertify the Consumer Class and Class Plaintiffs' Proffer of Evidence Common to the Class Containing Admissions by McKesson as to the Scheme's Impact on the Class;

7. Report of Raymond S. Hartman Regarding Aggregate Damages;

8. Rebuttal Report of Dr. Kimberly P. McDonough;

ATTORNEYS AT LAW          SEATTLE   LOS ANGELES   BOSTON   PHOENIX   CHICAGO   SAN FRANCISCO
206.623.7292      F 206.623.0594
1301 FIFTH AVENUE  SUITE 2900  SEATTLE, WASHINGTON 98101
www.hbsslaw.com

001821-13 205096 V1

October 30, 2007
Page 2


9.      [Unredacted] Tutorial Presentation and Demonstratives of Dr. Raymond S. Hartman (including DVD) (a redacted version was electronically filed with the Court on October 29, 2007);

10.     Tutorial Presentation and Demonstratives of Kimberly McDonough (including DVD).

Please feel free to contact my office if you have any questions or concerns regarding the above matter. Thank you.


Sincerely,


Steve W. Berman

SWB:cr
Enclosures

cc:    Lori Schechter
       Mark Redman