UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37; AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>                         Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                         Defendants. | C.A. No. 1:05-CV-11148-PBS |

## NOTICE OF FILING UNDER SEAL

To:    All Counsel of Record

Please take notice that on October 29, 2007, we, as attorneys for Plaintiffs, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Class Plaintiffs' Reply to McKesson's Opposition to Aggregate Damages For the TPP Class and McKesson's Motion to Decertify the Consumer Class; and

2. Exhibit 5 of the Declaration of Steve W. Berman in Support of Class Plaintiffs' Reply to McKesson's Opposition to Aggregate Damages For the TPP Class and McKesson's Motion to Decertify the Consumer Class and Class Plaintiffs' Proffer of Evidence Common to the Class Containing Admissions by McKesson as to the Scheme's Impact on the Class; and

3. Tutorial Presentation and Demonstratives of Dr. Raymond S. Hartman and DVD of same.

- 1 -

| | |
|---|---|
| DATED:  October 29, 2007 | By  /s/ **Steve W. Berman**                                   |
| | Steve W. Berman |
| | Nicholas Styant-Browne |
| | Barbara A. Mahoney |

Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 2 -

- 3 -

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        The Wexler Firm LLP
        55 West Monroe Street, Suite 3300
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        George E. Barrett
        Edmund L. Carey, Jr.
        Barret, Johnston & Parsley
        217 Second Avenue, North
        Nashville, TN  37201
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on October 29, 2007.

                                                   /s/ Steve W. Berman
                                                   Steve W. Berman

001821-13 204972 V1