UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH       :
BENEFITS FUND, et al.,
                                    :
            Plaintiffs,                 Civil Action
      v.                            :   No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri    :
Corporation; and MCKESSON CORPORATION, a
Delaware Corporation,               :

            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First Databank, Inc may answer, move or otherwise respond to the Third Amended Complaint in this action is extended until 60 days after the hearing on final settlement approval, currently scheduled for January 22, 2008.

| | |
|---|---|
| Dated: November 26, 2007<br>Boston, Massachusetts | Respectfully submitted, |

| | |
|---|---|
| /s/ Thomas M. Sobol<br>Thomas M. Sobol (BBO #471770)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>(617) 482-3700<br>Tom@hbsslaw.com | /s/ Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, MA  02108<br>(617) 573-4800<br>mmatule@skadden.com |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>(206) 623-7292 | Sheila L. Birnbaum (admitted *pro hac vice*)<br>Thomas E. Fox (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036<br>(212) 735-3000 |
| Jeffrey Kodroff<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>(215) 496-0300 | Counsel for Defendant<br>First DataBank, Inc. |
| Counsel for Plaintiffs | |

APPROVED AND SO ORDERED:

Dated: _____

                                              Patti A. Saris
United States District Judge