UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37; AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>      Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>      Defendants. | C.A. No. 1:05-CV-11148-PBS |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials: (1) Exhibit 2 to the Declaration of Steve W. Berman in Support of Class Plaintiffs' Post-Hearing Submission In Response to the Court's Questions.

The foregoing items include or reference copies of documents and/or excerpts from documents that certain third-parties have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the April 11, 2005 Protective Order. Also, the foregoing items reference information contained in documents designated by certain third-parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." In addition, the foregoing items not only quote extensively from and/or attach documents that certain third-parties have designated as

- 2 -

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," but also they include references to pricing data that third-parties likely believe to be highly proprietary in nature.

Paragraph 14 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal.  Plaintiffs hereby seek to comply with the terms of the Protective Order.  Plaintiffs do not agree that these materials should be deemed highly confidential but must comply with the Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the foregoing listed materials under seal.


DATED:  November 28, 2007              By  /s/ Steve W. Berman
                                            Steve W. Berman
                                            Sean R. Matt
                                            Nicholas Styant-Browne
                                            Barbara A. Mahoney
                                       Hagens Berman Sobol Shapiro LLP
                                       1301 Fifth Avenue, Suite 2900
                                       Seattle, WA  98101
                                       Telephone: (206) 623-7292
                                       Facsimile: (206) 623-0594

                                       Thomas M. Sobol (BBO#471770)
                                       Hagens Berman Sobol Shapiro LLP
                                       One Main Street, 4th Floor
                                       Cambridge, MA  02142
                                       Telephone: (617) 482-3700
                                       Facsimile: (617) 482-3003

                                       Elizabeth Fegan
                                       Hagens Berman Sobol Shapiro LLP
                                       820 North Boulevard, Suite B
                                       Oak Park, IL  60302
                                       Telephone: (708) 776-5600
                                       Facsimile:  (708) 776-5601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 28, 2007.

        /s/ Steve W. Berman
        Steve W. Berman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37; AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　　Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE UNDER SEAL**

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file under seal the following items:

1. Exhibit 2 to the Declaration of Steve W. Berman in Support of Class Plaintiffs' Post-Hearing Submission In Response to the Court's Questions.

IT IS SO ORDERED without prejudice to Plaintiffs right to move to unseal these.

DATED: _____         _____
　　　　　　　　　　　　　　　　　　　　　　Hon. Patti B. Saris
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 28, 2007.

                                                  /s/ Steve W. Berman
                                                  Steve W. Berman

001821-13 210620 V1