UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>                  Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                  Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY**

At the November 13, 2007 hearing, the Court requested that the parties submit simultaneous briefs on the Court's remaining questions. On November 28, 2007, plaintiffs submitted a 19-page brief in which they had a full opportunity to respond to the Court's questions. McKesson also responded to the Court's questions on November 28. Plaintiffs now seek to file a Reply brief, purportedly responding to the brief that McKesson filed.

McKesson does not oppose the filing of plaintiffs' Reply brief so long as McKesson is permitted an opportunity to likewise file a Reply brief to respond to plaintiffs' post-hearing

submissions. Given that plaintiffs took one week to file their Reply, McKesson likewise requests one week to file a Reply.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
200 Portland Street
Suite 400
Boston, MA 02114
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated: December 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 5, 2007.

/s/ Lori A. Schechter
Lori A. Schechter