UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>                Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**MCKESSON CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS WITH REGARD TO THE RICO CLAIM OF CLASSES 1 AND 2**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(c), Defendant McKesson Corporation respectfully moves this Court for judgment on the pleadings with regard to the RICO claim of Classes 1 and 2 (i.e., the percentage-copay consumers and the TPPs).  The grounds for this motion are stated in the accompanying Memorandum In Support Of McKesson Corporation's Motion To Dismiss The RICO Claim Of The Proposed U&C Class And Motion For Judgment On The Pleadings.

WHEREFORE, for the reasons set forth in the accompanying Memorandum, Defendant McKesson Corporation respectfully requests that the Court grant its motion for judgment on the pleadings with regard to the RICO claims asserted by Classes 1 and 2, and enter an Order:

a. for judgment in McKesson's favor on the RICO claims asserted by Classes 1 and 2 with prejudice; and

b. providing such other and further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Defendant McKesson Corporation believes that oral argument will assist the Court in deciding this motion, and respectfully requests that the Court hear oral argument on this motion.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter

Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
200 Portland Street
Suite 400
Boston, MA 02114
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated:  December 13, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 13, 2007.

/s/ Lori A. Schechter
Lori A. Schechter

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Lori A. Schechter, counsel of record for defendant McKesson Corporation, hereby certify that I conferred with counsel for plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ Lori A. Schechter
Lori A. Schechter