# Appendix A

# APPENDIX A

# THE CASES AND ARTICLE CITED BY PLAINTIFFS AND DR. HARTMAN DO NOT SHOW THAT IMS DATA WAS USED TO CALCULATE TPP PAYMENTS.

| How IMS Data Has Been Used | Citations |
|---|---|
| **For Market Share or Marketing Information** | • *In re Neurontin Mktg. & Sales Practices Litig.*, 244 F.R.D. 89, 110 (D. Mass. 2007)<br><br>• *J.B.D.L. Corp. v. Wyeth-Ayerst Labs., Inc.*, 2005 U.S. Dist. Lexis 11676, at *14 (S.D. Ohio June 13, 2005)<br><br>• *Merck & Co. v. Teva Pharms. USA, Inc.*, 288 F.Supp.2d 601, 630 (D. Del. 2003)<br><br>• *University of Colo. Found., Inc. v. Am. Cyanamid Co.*, 216 F.Supp.2d 1188, 1196 (D. Colo. 2002)<br><br>• *Barr Labs., Inc. v. Abbott Labs.*, 1991 U.S. Dist. Lexis 17690, at *14 (D.N.J. Nov. 29, 1991)<br><br>• *Imperial Chem. Indust., PLC v. Danbury Pharmacal., Inc.*, 777 F.Supp. 330, 367 (D. Del. 1991)<br><br>• *IMS Health, Inc. v. Ayotte*, 490 F.Supp.2d 163, 165 (D.N.H. 2007) |
| **For Retail Pricing or Retail Purchase Information** | • Richard G. Frank, "The Ongoing Regulation of Generic Drugs," *The New England Journal of Medicine*, November 15, 2007, 357(20), pp. 1993-1996.<br><br>• *In re Brand Name Prescription Drugs Antitrust Litig.*, 1999 U.S. Dist. Lexis 12936, at *6 (N.D. Ill. Aug. 6, 1999) |
| **Other** | • *In re Terazosin Hydrochloride Antitrust Litig.*, 220 F.R.D. 672, 685 (S.D. Fla. 2004) (to estimate number of class members)<br><br>• *In re Lorazepam & Clorazepate Antitrust Litig.*, 205. F.R.D. 369, 384 (D.D.C. 2002) (for undefined "experts' analyses")<br><br>• *In re Cardizem CD Antitrust Litig.*, 218 F.R.D. 508, 526 (D. Mich. 2003) (for undefined merits or damages evaluations) |

1