UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>         Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>         Defendants. | C.A. No. 1:05-CV-11148-PBS |

**MOTION FOR ADMISSION *PRO HAC VICE***

   Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Sean R. Matt be admitted to practice before this Honorable Court for purposes of the above-noted case. This attorney is licensed to practice law in Washington.

   According to the attached Certificate of Good Standing of Sean R. Matt:

   1.  Is a member of the Bar in good standing in the jurisdiction in which he has been admitted to practice.

   2.  There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Sean R. Matt be admitted this 18th day of December, 2007.

DATED:  December 18, 2007                By  /s/  **Thomas M. Sobol**
        Thomas M. Sobol (BBO #471770)
        Edward Notargiacomo (BBO #567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

- 3 -

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 18, 2007.

      /s/ Thomas M. Sobol_____
      Thomas M. Sobol

001821-13 212328 V1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

## CERTIFICATE OF GOOD STANDING

Sean R. Matt, an attorney with the firm of Hagens Berman Sobol Shapiro, LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, hereby certifies:

1. I am a member of the Bar of the State of Washington;

2. I am a member of the Bar in good standing in the jurisdiction in which I have been admitted to practice (*see* attached);

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Under penalty of perjury this 10th day of December, 2007.

                                        Respectfully submitted,

                                By _/s/ Sean R. Wyatt_
                                    Sean R. Matt
                           HAGENS BERMAN SOBOL SHAPIRO LLP
                           1301 Fifth Avenue, Suite 2900
                           Seattle, WA  98101
                           Telephone: (206) 623-7292
                           Facsimile: (206) 623-0594

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 18, 2007.

      /s/ Thomas M. Sobol_____
      Thomas M. Sobol

- 3 -

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

I, Bruce Rifkin, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that Sean R. Matt was admitted to practice in said Court on December 4, 1992 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on December 7, 2007.

Bruce Rifkin
Clerk

By _____
Deputy Clerk