UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37, AFSCME-HEALTH AND SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC. and McKESSON CORPORATION,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>Defendant. | C.A. No. 1:07-CV-1-10988-PBS |

**NOTICE OF APPEARANCE**

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, John J. Aromando hereby enters his appearance as counsel for Pharmaceutical Care Management Association.

{W0913526.1}

DATED:  December 18, 2007   /s/ John J. Aromando
John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
jaromando@pierceatwood.com

*Attorney for Pharmaceutical Care Management Association*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2007, I electronically filed the Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

DATED:  December 18, 2007          /s/ John J. Aromando
                                                John J. Aromando, BBO #545648