UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37, AFSCME-HEALTH AND SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN,<br><br>      Plaintiffs,<br><br>      v.<br><br>FIRST DATABANK, INC. and McKESSON CORPORATION,<br><br>      Defendants. | C.A. No. 1:05-CV-11148-PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>      v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>      Defendant. | C.A. No. 1:07-CV-1-10988-PBS |

**MOTION TO ADMIT ATTORNEY STEPHANIE WENKERT KANWIT**
***PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3**

(1) Pharmaceutical Care Management Association (PCMA) seeks to have Attorney Stephanie Wenkert Kanwit appear as counsel in the above matters in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2) I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for PCMA in these cases.  I am a partner in the law firm of Pierce Atwood LLP.

(3) I am actively associated with Attorney Stephanie Wenkert Kanwit, who is Special Counsel for PCMA, in connection with these matters.

(4) Accompanying this Motion is a Certificate by Stephanie Wenkert Kanwit certifying that she meets the requirements of Local Rule 83.5.3.

(5) No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that the Court grant Stephanie Wenkert Kanwit leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matters.

DATED:  December 18, 2007        /s/ John J. Aromando
                                 John J. Aromando, BBO # 545648

                                 PIERCE ATWOOD LLP
                                 One Monument Square
                                 Portland, ME  04101
                                 (207) 791-1100
                                 jaromando@pierceatwood.com

                                 *Attorney for Pharmaceutical Care Management Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2007, I electronically filed a Motion to Admit Attorney Stephanie Wenkert Kanwit *Pro Hac Vice* Pursuant to Local Rule 83.5.3 with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

DATED:  December 18, 2007          /s/ John J. Aromando
                                                      John J. Aromando, BBO #545648