UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37, AFSCME-HEALTH AND SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN, <br><br>Plaintiffs, <br><br>v. <br><br>FIRST DATABANK, INC. and McKESSON CORPORATION, <br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br>Plaintiff, <br><br>v. <br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC., <br><br>Defendant. | Civil Action No. 07-CV-10988 |

**CERTIFICATE OF STEPHANIE WENKERT KANWIT
FOR ADMISSION *PRO HAC VICE* IN THE
<u>U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648), who has entered an appearance in these cases, has moved this Court to grant leave for Stephanie Wenkert Kanwit to practice before this Court in these particular cases.

In support of that motion, I, Stephanie Wenkert Kanwit, do hereby certify the following:

(1) I am a member in good standing of the bar of every jurisdiction where I have been admitted to practice, which includes the District of Columbia, Illinois, Connecticut, and New York.

(2) My office address and telephone number are: Stephanie Wenkert Kanwit, Special Counsel, Pharmaceutical Care Management Association, 601 Pennsylvania Avenue, NW, Suite 740, Washington, DC 20004; (202) 778-8464; SKanwit@ahip.org.

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in *New England Carpenters Health Benefits Fund, et al. v. First DataBank, Inc.* and *District Council 37 Health and Security Plan v. Medi-Span.*

Sworn to this date under penalties of perjury.

DATED: December 18, 2007        /s/ Stephanie Wenkert Kanwit
                                Stephanie Wenkert Kanwit

                                Pharmaceutical Care Management Association
                                601 Pennsylvania Avenue, NW, Suite 740
                                Washington, DC 20004

{W0913347.1}                            2

(202) 778-8464
SKanwit@ahip.org

*Attorney for Pharmaceutical Care Management Association*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 18, 2007, I electronically filed the Certificate of Stephanie Wenkert Kanwit for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.


DATED:  December 18, 2007               /s/ John J. Aromando  
                                                    John J. Aromando, BBO #545648