UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, and DISTRICT 37,AFSCME-HEALTH AND SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN<br><br>                    Plaintiffs,<br><br>               v.<br><br>FIRST DATABANK, INC. and McKESSON CORPORATION,<br><br>                    Defendants. | C.A. No. 1:05-CV-11148-PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiff,<br><br>               v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>                    Defendant. | C.A. No 1:07-CV-10988-PBS |

**AMICUS PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to F.R.Civ.P. 7.1 and Local Rule 7.3, the undersigned counsel of record for

Amicus Pharmaceutical Care Management Association ("PCMA") hereby certifies that PCMA

{W0931675.1}

does not have any parent companies nor do any publicly held corporations own 10 percent or more of stock, because PCMA is a non-profit 501(c)(6) corporation.

In the interests of full disclosure and efficiency, PCMA identifies the following PCMA members and any parent corporation(s) and any publicly held corporation(s) that own 10 percent or more of the stock of any PCMA member:  Aetna Inc.; Caremark Inc., a wholly owned subsidiary of CVS/Caremark Corporation; CIGNA Health Corporation; Express Scripts, Inc.; Medco Health Solutions, Inc.; RxSolutions, Inc. d/b/a Prescription Solutions, a wholly owned subsidiary of PacifiCare Health Systems, LLC, which in turn is a wholly owned subsidiary of UnitedHealth Group Incorporated; Wellpoint Pharmacy Management (a d/b/a for Professional Claims Services, Inc.) and Anthem Prescription Management, LLC, both of which are wholly owned subsidiaries of Wellpoint, Inc.; US Scripts, Inc.; Scriptrax, part of Novant Health – a not-for-profit healthcare system.

DATED:  December 19, 2007         /s/ John J. Aromando
                                  John J. Aromando, BBO # 545648

                                  PIERCE ATWOOD LLP
                                  One Monument Square
                                  Portland, ME  04101
                                  (207) 791-1100
                                  jaromando@pierceatwood.com

                                  *Attorney for Pharmaceutical Care Management Association*

{W0931675.1}                               2

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2007, I electronically filed the foregoing Amicus Pharmaceutical Care Management Association's Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.


DATED:  December 19, 2007    /s/ John J. Aromando
                  John J. Aromando, BBO #545648