FILED
IN CLERKS OFFICE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

2007 DEC 21  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH<br>BENEFITS FUND; PIRELLI ARMSTRONG<br>RETIREE MEDICAL BENEFITS TRUST;<br>TEAMSTERS HEALTH & WELFARE FUND<br>OF PHILADELPHIA AND VICINITY;<br>PHILADELPHIA FEDERATION OF<br>TEACHERS HEALTH AND WELFARE FUND;<br>and DISTRICT 37 HEALTH AND SECURITY<br>FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri<br>corporation; and MCKESSON CORPORATION,<br>a Delaware corporation,<br><br>        Defendants. | C.A. No. 1:05-CV-11148-PBS |

## MOTION FOR APPROVAL OF APPLICATION OF MICHAEL F. FEELEY TO APPEAR AND PRACTICE *PRO HAC VICE*

Kathleen M. McCarthy, in accordance with the provisions of Rule 83.5.3 of the Local

Rules of the United States District Court for the District of Massachusetts, respectfully moves

this Court for approval of the Application of Michael F. Feeley to appear and practice in this

Court *pro hac vice*. In support of this Motion, Kathleen M. McCarthy states the following:

1.     I am a member of the bar of the United States District Court for the District of

Massachusetts.

2.     The Certificate of Michael F. Feeley to Appear and *pro hac vice* is attached hereto

and incorporated by this reference.

3.     This Motion is made in order to enable Michael F. Feeley to appear before this

Court for the purpose of filing a Motion for Leave to File Brief as *Amicus* Curiae in anticipation

of the Fairness Hearing concerning the settlement proposal pending in this matter.

4.     The party on whose behalf leave to file an amicus brief is Independent Pharmacy

Cooperative (IPC), a member-owned cooperative located in Sun Prairie, Wisconsin. By letter

dated August 1, 2007, IPC advised the Court of its intention to comment upon the proposed First

Databank and Medi-Span settlement proposals. A copy of the August 1, 2007 letter is attached.

WHERFORE, Kathleen M. McCarthy requests that the Court Grant the Application of

Michael F. Feeley to appear and practice in this Court *pro hac vice*.

Respectfully Submitted,

s/ *Kathleen M. McCarthy*
Kathleen M. McCarthy
McCarthy & Gordon, LLC
701 Washington Street, Suite 100
Newton, MA 02458
Phone:      617.332.1633
Fax:        617.332.3872
E-mail:     kmmlaw@aol.com

## CERTIFICATE OF SERVICE

I, Kathleen M. McCarthy, Esq. hereby certify that on the 21st day of December, 2007 I filed the Motion for Approval of Application of Michael F. Feeley to Appear and Practice Pro Hac Vice with the Clerk of Court and served a true copy of the same upon counsel of record via first class postage prepaid mail to:

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
*Class Counsel*

Jeffrey Kodroff, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
*Class Counsel*

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*Class Counsel*

Shelia L. Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Counsel for First DataBank, Inc.*

Kathleen M. McCarthy, Esq.
McCarthy & Gordon, LLC
701 Washington Street, Suite 100
Newton, MA 02458
Telephone: (617) 332-1733
Facsimile: (617) 332-3872