FILED
IN CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2007 DEC 21  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; and DISTRICT 37 HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and MCKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CERTIFICATE OF MICHAEL F. FEELEY IN SUPPORT OF MOTION FOR APPROVAL OF APPLICATION OF MICHAEL F. FEELEY TO APPEAR AND PRACTICE <u>PRO HAC VICE</u>**

Michael F. Feeley, on behalf if Independent Pharmacy Cooperative ("IPC"), in accordance with the provisions of Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, respectfully submits this Application to appear *pro hac vice*. In support of this Application, Michael F. Feeley states:

1. I am a member in good standing of the bar of the State of Colorado.

2. Colorado is the only jurisdiction in which I am admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Certified this 20th day of December, 2007.

_s/Michael F. Feeley_
MICHAEL F. FEELEY
ISAACSON ROSENBAUM P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Phone: (303) 292-5656
Fax: 303) 292-3152
Email: mfeeley@ir-law.com



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, __Susan J. Festag__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**MICHAEL FRANCIS FEELEY**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __19th__ day of __October__ A. D. __1982__ and that at the date hereof the said __MICHAEL FRANCIS FEELEY__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __20th__ day of __December__ A. D. __2007__

_Susan J. Festag_
Clerk

By _[signature]_
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Kathleen M. McCarthy, Esq. hereby certify that on the 21st day of December, 2007 I filed the Certificate of Michael F. Feeley in Support of Motion for Approval of Application of Michael F. Feeley to Appear and Practice Pro Hac Vice with the Clerk of Court and served a true copy of the same upon counsel of record via first class postage prepaid mail to:

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
*Class Counsel*

Jeffrey Kodroff, Esq.
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
*Class Counsel*

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*Class Counsel*

Shelia L. Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Counsel for First DataBank, Inc.*

Kathleen M. McCarthy, Esq.
McCarthy & Gordon, LLC
701 Washington Street, Suite 100
Newton, MA 02458
Telephone: (617) 332-1733
Facsimile: (617) 332-3872