

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

FILED
IN CLERKS OFFICE

2007 DEC 21  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 20, 2007

**Philip G. Kircher**
Direct Phone 215.665.7233
Direct Fax    215.701.2033
pkircher@cozen.com

**VIA FEDERAL EXPRESS**

The Honorable Patti B. Saris
United States District Court
   for the District of Massachusetts
Courtroom 19, 7th Floor
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *New England Carpenters Health Benefits Fund, et al. v. FirstData Bank, Inc., et al.*
      Civil Action No. 1:05-CV-11148-PBS
      *District Council 37 Health and Security Plan v. Medi-Span, a Division of Wolters Kluwer Health, Inc.,* Civil Action No. 07-CV-10988-PBS

Dear Judge Saris:

   I represent the National Association of Chain Drugs Stores ("NACDS") and the Food Marketing Institute. I wrote to the court in June 2007 advising the Court that I represent NACDS and, on behalf of NACDS, wished to object to the proposed FDB settlement. A copy of that letter is attached.

   I am filing tomorrow my Entry of Appearance on behalf of NACDS and FMI as Objectors to the proposed FDB and Medi-Span settlement. Although the Court's August 21, 2007 Order did not expressly require that filings of objectors be done by counsel admitted to the Court, it has been suggested to me today that that may be the case. Due to time constraints, I was unable today to establish an association with counsel admitted to the Court, but would be pleased to do so by re-filing early next week. I am a member in good standing of the Pennsylvania Bar and am also admitted to various federal courts including the Eastern District of

The Honorable Patti B. Saris
December 20, 2007
Page 2

Pennsylvania, the Western District of Pennsylvania, the Middle District of Pennsylvania, the Third Circuit, the Eleventh Circuit, and the District of Columbia Circuit.

                                                Respectfully,

                                                COZEN O'CONNOR

                                                By:    Philip G. Kircher

PGK:ec
Enclosure

cc:       Karl Barnickol, Esquire
           Steve W. Berman, Esquire
           Sheila L. Birnbaum, Esquire
           Jeffrey L. Kodroff, Esquire
           Thomas M. Sobol, Esquire