## CERTIFICATE OF SERVICE

I, Philip G. Kircher, do hereby certify that a true and correct copy of the Memorandum of the National Association of Chain Drug Stores and the Food Marketing Institute in Opposition to Plaintiffs' Motion for Approval of Proposed First Databank and Medi-Span Class Settlements, was served via Federal Express to the following:

Karl Barnickol, Esquire
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661

Steve W. Berman, Esquire
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Sheila L. Birnbaum, Esquire
Skadden, Arps, Slate, Meagher and Flom LLP
4 Times Square
New York, NY  10036

Jeffrey L. Kodroff, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA  02142

_____
Philip G. Kircher

Dated: December 20, 2007