UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS,

FILED
IN CLERKS OFFICE

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH<br>BENEFITS FUND; PIRELLI ARMSTRONG RETIREE<br>MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH<br>& WELFARE FUND OF PHILADELPHIA AND<br>VICINITY; PHILADELPHIA FEDERATION OF<br>TEACHERS HEALTH AND WELFARE FUND;<br>DISTRICT COUNCIL 37, AFSCME-HEALTH &<br>SECURITY PLAN; JUNE SWAN; BERNARD GORTER,<br>SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and<br>McKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | 2007 DEC 21 ⊃ 4: 37<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br><br><br><br><br><br><br><br>CIVIL ACTION<br>NO. 05-CV-11148 PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY<br>PLAN, ON BEHALF OF ITSELF AND ALL OTHERS<br>SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER<br>HEALTH, INC.,<br><br>Defendant. | <br><br><br><br><br>CIVIL ACTION<br>NO. 07-CV-10988-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), Daniel S. Savrin of Bingham McCutchen LLP hereby

notices his appearance in the above-captioned matter on behalf of proposed intervenors

DeVille Pharmacies, Inc. ("DeVille"), the Long Term Care Pharmacy Alliance ("LTCPA"), and

the American Society of Consultant Pharmacists ("ASCP").

Respectfully submitted,

DEVILLE PHARMACY, INC.,
AMERICAN SOCIETY OF
CONSULTANT PHARMACISTS, and
LONG TERM CARE PHARMACY
ALLIANCE

By their attorneys,

Daniel S. Savrin, BBO # 555434
Angela J. Neal, BBO # 661603
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
Fax: (617) 951-8736
daniel.savrin@bingham.com
angela.neal@bingham.com

*Of Counsel*:

David J. Farber
Edward D. Gehres, III
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dated: December 21, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2007, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY 10036

Dated: December 21, 2007

Angela J. Neal

3