UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 21  P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME-HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN, <br><br>    Plaintiffs, <br><br>v. <br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br>    Defendants. | CIVIL ACTION<br>NO. 05-CV-11148 PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br>    Plaintiff, <br><br>v. <br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC., <br><br>    Defendant. | CIVIL ACTION<br>NO. 07-CV-10988-PBS |

**MOTION BY DEVILLE PHARMACIES, LONG TERM CARE PHARMACY ALLIANCE, AND THE AMERICAN SOCIETY OF CONSULTANT PHARMACISTS TO INTERVENE AND REQUEST FOR ORAL ARGUMENT**

DeVille Pharmacies, Inc. ("DeVille"), the Long Term Care Pharmacy Alliance ("LTCPA"), and the American Society of Consultant Pharmacists ("ASCP") (together,

"Movants"), by and through their undersigned counsel, hereby move to intervene in this action pursuant to Federal Rule of Civil Procedure 24 for the limited purpose of opposing the proposed settlements in the above-captioned matters between Plaintiffs and First DataBank, Inc. ("FDB"), dated August 3, 2006, and between Plaintiffs and Medi-Span, dated May 22, 2007 (together, the "Proposed Settlements"), as set forth in the accompanying memorandum of law and Declarations of V. Thomas DeVille, Thomas Clark and Darrell McKigney.

In addition, pursuant to this Court's Orders of August 20, 2007 (05-CV-11148) and August 21, 2007 (07-CV-10988), Movants submit the accompanying memorandum of law and Declarations of V. Thomas DeVille, Thomas Clark and Darrell McKigney, which set forth the bases for Movants' opposition to the Proposed Settlements.

## REQUEST FOR ORAL AGRUMENT

Movants hereby request to be heard on their motion to intervene and opposition to the proposed settlements at or before the Final Approval Hearings scheduled for January 22, 2008 at 2:00pm.

Respectfully submitted,

DEVILLE PHARMACY, INC.,
AMERICAN SOCIETY OF
CONSULTANT PHARMACISTS, and
LONG TERM CARE PHARMACY
ALLIANCE

By their attorneys,

Daniel S. Savrin, BBO # 555434
Angela J. Neal, BBO # 661603
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
Fax: (617) 951-8736
daniel.savrin@bingham.com
angela.neal@bingham.com

*Of Counsel*:

David J. Farber
Edward D. Gehres, III
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dated: December 21, 2007

## LOCAL RULE 7.1 CERTIFICATE

I certify that on December 19 and 21, 2007, I conferred with counsel for Plaintiffs; First Databank, Inc.; and Medi-Span regarding this motion, and was advised that none of these parties assent to the relief sought in the within motion to intervene.

Dated: December 21, 2007

Angela J. Neal

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2007, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA  02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL  60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY  10036

Dated: December 21, 2007

_____
Angela J. Neal