UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC 21  P 4: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME-HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-11148 PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 07-CV-10988-PBS |

**MOTION BY DEVILLE PHARMACIES, LONG TERM CARE PHARMACY ALLIANCE, AND THE AMERICAN SOCIETY OF CONSULTANT PHARMACISTS FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(b)(4), proposed intervenors DeVille Pharmacies, Inc. ("DeVille"), the Long Term Care Pharmacy Alliance ("LTCPA"), and the American Society of

A/72357139.1

Consultant Pharmacists ("ASCP") (together, "Movants"), move for leave to file a Memorandum of Law in Support of their Motion to Intervene and Objection to Proposed Settlements in excess of the page limit. In support of this Motion, Movants state the following:

1. Movants are seeking to intervene, and object to the proposed settlements, in the two above-captioned actions. Because Movants' reasons for intervention are similar to the Movants' reasons for objection, and for the Court's convenience, they have prepared one memorandum addressing both intervention and the bases for their objections.

2. Movants, three separate entities with aligned interests, have also undertaken to present their collective arguments in a single pleading.

3. Nine additional pages are required in order for Movants to explain the various and significant reasons for their opposition to the complex proposed settlements.

4. Counsel for First DataBank has assented to this motion.

WHEREFORE, Movants respectfully requests that they be permitted to submit a memorandum in excess of the page limit, but no longer than nine pages.

Respectfully submitted,

DEVILLE PHARMACY, INC.,
AMERICAN SOCIETY OF
CONSULTANT PHARMACISTS, and
LONG TERM CARE PHARMACY
ALLIANCE

By their attorneys,

*/s/ Daniel S. Savrin*

Daniel S. Savrin, BBO # 555434
Angela J. Neal, BBO # 661603
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
daniel.savrin@bingham.com
angela.neal@bingham.com

*Of Counsel*:

David J. Farber
Edward D. Gehres, III
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dated:  December 21, 2007

## LOCAL RULE 7.1 CERTIFICATE

I certify that on December 19 and 21, 2007, I conferred with counsel for Plaintiffs; First Databank, Inc.; and Medi-Span regarding this motion. I was advised that First Databank does not oppose the relief sought herein. Plaintiffs and Medi-Span do not assent to the relief sought herein.

Dated:  December 21, 2007

*/s/ Angela J. Neal*
Angela J. Neal

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2007, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY 10036

Dated: December 21, 2007

_____
Angela J. Neal

A/72357139.1