UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME-HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-11148 PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 07-CV-10988-PBS |

**CORPORATE DISCLOSURE STATEMENT OF DEVILLE PHARMACIES, LONG TERM CARE PHARMACY ALLIANCE, AND THE AMERICAN SOCIETY OF CONSULTANT PHARMACISTS**

Pursuant to Local Rule 7.3(A), proposed intervenors DeVille Pharmacies, Inc. ("DeVille"), the Long Term Care Pharmacy Alliance ("LTCPA"), and the American Society of

A/72360314.1

Consultant Pharmacists ("ASCP") each state that they have no corporate parent and no publicly held company owns more than ten percent of their stock).

In the interest of further disclosure, LTCPA states that it is a trade association organized as a limited liability company, whose members are Omnicare, Inc.; PharMerica Corporation; Managed Health Care Associates, Inc.; and GeriMed Inc. Omnicare and PharMerica trade on the New York Stock Exchange. Managed Health Care Associates, Inc. and GeriMed Inc. are privately-held companies.

> Respectfully submitted,
>
> DEVILLE PHARMACY, INC.,
> AMERICAN SOCIETY OF
> CONSULTANT PHARMACISTS, and
> LONG TERM CARE PHARMACY
> ALLIANCE
>
> By their attorneys,
>
> _____
> Daniel S. Savrin, BBO # 555434
> Angela J. Neal, BBO # 661603
> BINGHAM McCUTCHEN LLP
> 150 Federal Street
> Boston, MA  02110
> Tel: (617) 951-8000
> Fax: (617) 951-8736
> daniel.savrin@bingham.com
> angela.neal@bingham.com

*Of Counsel*:

David J. Farber
Edward D. Gehres, III
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dated:  December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2007, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA  02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL  60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY  10036

Dated: December 21, 2007

_____
Angela J. Neal