UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2007 DEC 21    P 4: 39

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS ) HEALTH BENEFITS FUND; PIRELLI ) ARMSTRONG RETIREE MEDICAL ) BENEFITS TRUST; TEAMSTERS ) HEALTH & WELFARE FUND OF ) PHILADELPHIA AND VICINITY; ) PHILADELPHIA FEDERATION OF ) TEACHERS HEALTH AND ) WELFARE FUND; DISTRICT ) COUNCIL 37, AFSCME HEALTH & ) SECURITY PLAN; JUNE SWAN; ) MAUREEN COWIE and BERNARD ) GORTER ) | C.A. No. 1:05-CV-11148-PBS DISTRICT OF MASS. |

C.A. No. 1:05-CV-11148-PBS
DISTRICT OF MASS.

NEW ENGLAND CARPENTERS )
HEALTH BENEFITS FUND; PIRELLI )
ARMSTRONG RETIREE MEDICAL )
BENEFITS TRUST; TEAMSTERS )
HEALTH & WELFARE FUND OF )
PHILADELPHIA AND VICINITY; )
PHILADELPHIA FEDERATION OF )
TEACHERS HEALTH AND )
WELFARE FUND; DISTRICT )
COUNCIL 37, AFSCME HEALTH & )       **NATIONAL COMMUNITY**
SECURITY PLAN; JUNE SWAN; )       **PHARMACISTS ASSOCIATION'S**
MAUREEN COWIE and BERNARD )       **MEMORANDUM OF LAW IN**
GORTER )                          **SUPPORT OF ITS OBJECTION TO**
                           )       **SETTLEMENT**
           Plaintiffs,     )
                           )
vs.                        )
                           )
FIRST DATABANK, INC., a Missouri )
Corporation; and MCKESSON )
CORPORATION, a Delaware )
Corporation,               )
                           )
           Defendants.

## NATIONAL COMMUNITY PHARMACISTS ASSOCIATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.Civ.P. 7.1 and Local Rule 7.3, the undersigned counsel of record

for the National Community Pharmacists Association ("NCPA") hereby certifies that

NCPA does not have any parent companies nor do any publicly held corporation own 10

percent or more of stock, because NCPA is a non-profit 501(c)(6) corporation.

Dated: December 21, 2007

Eric L. Yaffe (MA # 548185)
Julie L. Boehmke (MN #317330)
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

David A. Balto
LAW OFFICES OF DAVID
BALTO
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

John M. Rector
General Counsel
National Community Pharmacists
Association
100 Daingerfield Road
Alexandria, Virginia 22314
Telephone: (703) 683-8200
Telecopier: (703) 683-3619

ATTORNEYS FOR NATIONAL
COMMUNITY PHARMACISTS
ASSOCIATION

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by Federal Express on December 21, 2007, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY 10036

Dated: December 21, 2007

Eric L. Yaffe (MN # 548185)
Julie L. Boehmke (MN #317330)
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

David A. Balto
LAW OFFICES OF DAVID BALTO
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

John M. Rector
General Counsel
National Community Pharmacists
Association
100 Daingerfield Road
Alexandria, Virginia 22314
Telephone: (703) 683-8200
Telecopier: (703) 683-3619

ATTORNEYS FOR NATIONAL
COMMUNITY PHARMACISTS
ASSOCIATION