UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH          :
BENEFITS FUND, et al.,

                                                 :

                        Plaintiffs,          :          Civil Action
            v.          :          No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri          :
Corporation; and MCKESSON CORPORATION, a
Delaware Corporation,          :

                        Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

         IT IS HEREBY STIPULATED AND AGREED TO, by and between the

undersigned counsel, that the time within which defendant First Databank, Inc. may file an

opposition to "Motion By DeVille Pharmacies, Long Term Care Pharmacy Alliance, And

The American Society Of Consultant Pharmacists To Intervene And Request For Oral

Argument" (Docket No. 414) is extended to an including January 14, 2008.

Dated:  January 4, 2008
       Boston, Massachusetts

Respectfully submitted,

/s/ Daniel S. Savrin
Daniel S. Savrin (BBO #555434)
Angela J. Neal (BBO #661603)
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000
daniel.savrin@bingham.com
angela.neal@bingham.com

Counsel for DeVille Pharmacy, Inc.,
American Society Of Consultant Pharmacists, and
Long Term Care Pharmacy Alliance

/s/ Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, MA  02108
(617) 573-4800
mmatule@skadden.com

Sheila L. Birnbaum (admitted *pro hac vice*)
Thomas E. Fox (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036
(212) 735-3000

Counsel for Defendant
First DataBank, Inc.

APPROVED AND SO ORDERED:

Dated:  _____

_____
Patti A. Saris
United States District Judge