UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,

Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,

Defendants.

C.A. No. 1:05-CV-11148-PBS

## [PROPOSED] SCHEDULING ORDER

January 2, 2008

Saris, U.S.D.J.

IT IS HEREBY ORDERED as follows:

A. <u>Non-expert Discovery:</u> Non-expert discovery on the Usual & Customary Class claims shall be completed by June 15, 2008. Except as otherwise ordered by the Court, discovery is allowed only as to new issues raised by the Usual & Customary Class in the Third Amended Complaint.

B. <u>Class Cert. Briefing:</u> Class Certification Briefing on the Usual & Customary Class shall proceed as follows:

   1. Plaintiffs' Motion is due on April 13, 2008.

   2. McKesson's Opposition is due on May 14, 2008.

   3. Plaintiffs' Reply is due on May 28, 2008.

   4. McKesson's Surreply is due on June 11, 2008.

C. <u>Expert Discovery:</u> Expert Discovery for the Usual & Customary Class shall proceed as follows:

   1. Plaintiffs' expert designations and reports are due on June 11, 2008.

   2. Defendants' expert designations and reports are due on July 11, 2008.

1

      3.    Any rebuttal reports pursuant to FRCP 26(a)(2)(C) are due on July 25, 2008.

      4.    Expert depositions shall be completed by August 22, 2008.

D.    **Summary Judgment:** Summary Judgment Schedule shall proceed as follows:

      1.    Motions are due on September 8, 2008.

      2.    Oppositions are due on September 29, 2008.

      3.    Replies are due on October 13, 2008.

      4.    Surreplies are due on October 27, 2008.

      5.    Hearing on Summary Judgment will be held on November 18, 2008, at 2:00 pm. [handwritten]

E.    **Trial:** Liability trial for Usual &Customary Class shall begin on Monday, ~~December 15, 2008~~. January 26, 2009, at 9:00 A.M. [handwritten]

Patti B. Saris
United States District Judge

2