UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>        Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S UNOPPOSED MOTION FOR A TWO-WEEK EXTENSION TO FILE THE REPORT OF ITS LIABILITY EXPERT**

McKesson hereby moves for a two-week extension of time — from January 14 to January 28 — to file its liability expert report. In support of this unopposed motion, McKesson states as follows:

1. On November 13, 2007, the Court held a hearing on class issues. At the end of that hearing, the Court asked McKesson how much time it needed to submit any expert liability

report.  McKesson requested, and the Court agreed to, 60 days.  (Nov. 13, 2007 Hearing Tr. at 52-53.)  The due date is thus January 14, 2008.

2.     McKesson's expert now seeks a modest 2-week extension.  Teaching commitments as well as other case commitments have made it difficult to complete the liability report within the window that McKesson's counsel suggested at the November hearing.  McKesson therefore requests an additional two weeks to finalize the report.

3.     A two-week extension does not implicate other deadlines in the case.  No date has yet been set for rebuttal reports, pursuant to Fed. R. Civ. P. 26(a)(2)(C), or expert depositions.  McKesson's expert report on damages was deferred by the Court until after the Court's ruling on plaintiffs' request to reconsider the Court's August 2007 class certification order.

For these reasons, McKesson respectfully requests that the Court grant this unopposed extension for McKesson's expert report on liability from January 14, 2008, to January 28, 2008.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice)*
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
200 Portland Street
Suite 400
Boston, MA 02114
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated:  January 8, 2008

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Lori Schechter, counsel of record for defendant McKesson Corporation, hereby certify that McKesson's counsel conferred with counsel for plaintiffs in an effort to resolve the issue referred to in this motion, and plaintiffs have indicated that they do not oppose the motion.

/s/ Lori A. Schechter
Lori A. Schechter

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 8, 2008.

/s/ Lori A. Schechter
Lori A. Schechter