UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *New England Carpenters Health Benefits Fund et al. v. First DataBank, Inc., et al.,* ) ) ) ) | No. 1:05-CV-11148-PBS |
| *D.C. 37 Health & Security Plan v. Medi-Span* ) ) ) | No. 07-CV-10988-PBS |

**BLUE CROSS AND BLUE SHIELD OF MICHIGAN'S AMENDMENT TO ITS OBJECTIONS TO THE PROPOSED CLASS SETTLEMENTS**

Blue Cross and Blue Shield of Michigan ("BCBSM"), as a third-party payor class member of the Settlement Classes preliminarily certified by this Court in the above-styled cases, files this Amendment to Its Objection to the proposed Third-Party Payor Class Settlements (the "Proposed Settlements").

1. In its Objection, BCBSM noted that this Court had refused to certify an aggregate damages TPP class against McKesson, while also noting that this Court found the issues with the McKesson aggregate methodology to not be "insolvable." Objection, Dkt #426, ¶11 -1 2.

2. Since that submission, it has been brought to BCBSM's attention that in the McKesson case Dr. Hartman has in fact submitted additional reports which address this Court's concerns with the McKesson aggregate methodology.

Wherefore, BCBSM amends its previous Objection accordingly, although it remains in all other respects as originally filed.

Respectfully submitted,

/s/ Kimberly R. West
Attorney for Blue Cross and Blue
Shield of Michigan

Of Counsel:
Wallace, Jordan, Ratliff & Brandt, LLC
Post Office Box 530910
Birmingham, Alabama 35253
Telephone: (205) 870-0555
Facsimile:  (205) 871-7534

## CERTIFICATE OF SERVICE

I certify that I have, on this 16th day of January, 2008, electronically served a copy of the foregoing document by the CM/ECF electronic filing system.

/s/ Kimberly R. West
Of Counsel