# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | CIVIL ACTION: 1:05-cv-11148-PBS |
| **Plaintiffs,** | |
| **v.** | |
| FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, | |
| **Defendants.** | |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, on behalf of itself and all others similarly situated, | CIVIL ACTION:  No. 07-CV-10988 |
| **Plaintiff,** | |
| **v.** | |
| MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC., | |
| **Defendant.** | |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE FDB/MEDI-SPAN SETTLEMENTS

Plaintiffs, pursuant to Fed. R. Civ. P. 23, move the Court for an Order granting final

approval to the settlements with FDB and Medi-Span.  In support of this motion, Plaintiffs

submit:

1. Plaintiffs' Memorandum of law in Support of Motion for Final Approval of the FDB/Medi-Span Settlements;

2. Class Plaintiffs' Memorandum in Response to Non-Party Filings Opposing First DataBank and Medi-Span Settlements;

3. Declaration of Raymond S. Hartman Impact and Cost Savings of the First DataBank Settlement Agreement:  Response to Interested Parties' Comment;

4. Declaration of Steve W. Berman Regarding Final Approval of the FDB/Medi-Span Settlement;

5. Declaration of Jeffrey Kodroff in Connection with Motion for Final Approval of the FDB/Medi-Span Settlement;

6. Declaration of Katherine Kinsella in Support of Joint Notice Program;

7. Declaration of Thomas R. Glenn, Regarding Mailing and Publication of Notice to Class Members;

8. Declaration of Audrey Browne in Support of Class Action Settlement;

9. Declaration of Earl Seymour in Support of Plaintiffs' Settlements with First DataBank, Inc. and Medi-Span; and

10. Declaration of Arthur Steinberg, Administrator of the Philadelphia Federation of Teachers Health and Welfare Fund, in Support of Final Approval of Class Action Settlement.

Dated:  January 17, 2008               By____/s/ Steve W. Berman_____
                                          Thomas M. Sobol (BBO#471770)
                                          Edward Notargiacomo (BBO# 567636)
                                       Hagens Berman Sobol Shapiro LLP
                                       One Main Street, 4th Floor
                                       Cambridge, MA  02142
                                       Telephone: (617) 482-3700
                                       Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 17, 2008.


/s/ **Steve W. Berman**
Steve W. Berman

001821-13 217801 V1