# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | CIVIL ACTION: 1:05-cv-11148-PBS |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, on behalf of itself and all others similarly situated, | CIVIL ACTION:  No. 07-CV-10988 |
| Plaintiff, | |
| v. | |
| MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC., | |
| Defendant. | |

## DECLARATION OF STEVE W. BERMAN REGARDING FINAL APPROVAL OF THE FDB/MEDI-SPAN SETTLEMENT

I, Steve W. Berman, hereby declare that:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am one of counsel for the Plaintiffs in the above-captioned matter.  I submit this declaration in support of Class Plaintiffs' Memorandum in Response to Non-Party Filings Opposing First DataBank and Medi-Span Settlements and Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of the FDB-McKesson Settlement.

2.      Attached hereto as Exhibit A is a true and correct copy of Express Scripts, Inc.'s 2006 Annual Report.

3.      Attached hereto as Exhibit B is a true and correct copy of a report prepared by the Inspector General of the United States Department of Health & Human Services dated January 3, 2008.

4.      Attached hereto as Exhibit C is a true and correct copy of the Deposition of Eric Cannon dated October 11, 2006 (pertinent pages only).

5.      Attached hereto as Group Exhibit D are true and correct copies of documents produced by McKesson Corporation bates labeled MCKAWP 0042663, MCKAWP 0068599, MCKAWP 0071671 and MCKAWP 0076289.

6.      Attached hereto as Group Exhibit E are true and correct copies of subpoenas served by Plaintiffs and Defendant McKesson Corporation on PBMs and pharmacies.

7.      Attached hereto as Exhibits F and G are true and correct copies of documents produced by Express Scripts, Inc. bates labeled ESI-414-00001762-63 and ESI-414-0001875, respectively.

8.      Attached hereto as Exhibit H is a true and correct copy of my letter to Kenneth Delafrange dated October 18, 2007.

9.      I have obtained the time and expense reports of all Plaintiffs' counsel.  A total of $5.8 million has been expended in this litigation in attorneys' fees.  Plaintiffs' counsel has advanced $1,256,820 in costs.

10.     Plaintiffs' counsel intends to use the fees recovered in this Settlement to fund prosecution of the case against McKesson.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2008.

                                        **/s/ Steve W. Berman**
                                        STEVE W. BERMAN

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 17, 2008.

__/s/ Steve W. Berman__
STEVE W. BERMAN

# Exhibit A



EXPRESS SCRIPTS®



# The *Express* Way

Integrity

Mutual Respect

Passion

Alignment

Collaboration

Service

*Express Scripts 2006 Annual Report*

# The *Express* Way

The *Express* Way spells out who we are and how we work together. It defines the heart and soul of our company. The *Express* Way defines exactly what we mean when we talk about:

- **Integrity**
  The compass that guides every decision we make, every action we take. Nothing matters more.

- **Mutual Respect**
  The way we treat each other. The way we treat those we serve.

- **Passion**
  The fuel that powers us. Engaging. Challenging. Always reaching.

- **Alignment**
  The backbone of our business. We do the right thing for clients and patients.

- **Collaboration**
  The way we work together. The way we do more.

- **Service**
  The very heart of what we do. Compassion for patients. Commitment to clients.
  We know people count on us every day.

# Financial Highlights

| (in millions, except per share data) | | 2006 | | 2005 | % Change |
|---|---|---|---|---|---|
| **Statement of Operations** | | | | | |
| Revenues | $ | 17,660.0 | $ | 16,212.0 | 9% |
| Income before income tax | | 740.5 | | 614.7[2] | 20% |
| Net income | | 474.4[1] | | 400.1[2] | 19% |
| **Per Diluted Share Data** | | | | | |
| Net income | $ | 3.34[1] | $ | 2.68[2] | 25% |
| **Average Diluted Shares Outstanding** | | 142.0 | | 149.5 | -5% |
| **Balance Sheet Data** | | | | | |
| Cash | $ | 131.0 | $ | 477.9 | -73% |
| Total assets | | 5,108.1 | | 5,493.5 | -7% |
| Total debt, including current maturities | | 1,450.5 | | 1,510.5 | -4% |
| Stockholders' equity | | 1,124.9 | | 1,464.8 | -23% |
| **Net Cash Provided by Operating Activities** | $ | 658.6 | $ | 792.9 | -17% |
| **Selected Data** | | | | | |
| Network pharmacy claims processed | | 390.3 | | 437.3 | -11% |
| Home delivery prescriptions filled | | 41.2 | | 40.2 | 2% |

(1) Net income includes a non-recurring tax benefit of $7.3 million, or $0.05 per diluted share.

(2) Income before income tax includes a $3.8 million charge for the early retirement of debt, and net income also includes a non-recurring tax benefit of $14.0 million. These items resulted in a net benefit of $0.08 per diluted share.

# Corporate Profile

We are one of the largest full-service pharmacy benefit management (PBM) companies. We coordinate the distribution of outpatient pharmaceuticals through a combination of benefit management services, including retail drug card programs, mail pharmacy services, formulary management programs and other clinical management programs. The Company also distributes a full range of injectable and infusion biopharmaceutical products directly to patients or their physicians, and provides extensive cost-management and patient-care services. We provide these types of services for clients that include health maintenance organizations, health insurers, employers, union-sponsored benefit plans, third-party administrators and governmental health programs. Our website can be found at www.express-scripts.com.

# Online Annual Report

If you would like to receive all stockholder information exclusively online, you can register on our website at www.express-scripts.com.

# Contents

| Page i | Letter to Stockholders |
|---|---|
| Page iii | Management Team |
| Page 1 | Form 10K |
| Inside Back Cover | General Stockholders' Information and Board of Directors |

# To Our Stockholders

When we meet with our clients, stockholders and employees, we can easily speak about Express Scripts as an industry leader. We earned that leadership position over the years through innovation and execution. We can point to our investment in rigorous research, development of drug trend management tools and commitment to outstanding service.

What also differentiates us in the marketplace is our business model, which is based upon alignment with the interests of our clients and patients. Alignment means that as we save our clients and patients money, our performance improves. Our business model is instrumental in explaining why we lead the pharmacy benefit management industry in generic utilization. When it comes to making the use of prescription drugs safer and more affordable, we set the pace.

Here are some of the ways we helped our clients and patients save this past year:

- Our industry-leading generic-utilization rate reached an all-time high of 59.7% in the fourth quarter, up 4.3 percentage points compared with the same period last year.
- We made formulary changes to help position our clients and patients to take advantage of new generics coming to the marketplace — in the statin category for example, we delivered over $125 million in savings.
- We continued to improve the quality of care and affordability of high-cost specialty drugs.
- We dispensed a record 41 million cost-effective, convenient Home Delivery prescriptions.

These factors contributed to our record net income of $474.4 million, or $3.34 per diluted share, an increase of 25% over $2.68 last year. Our focus on working capital management resulted in a strong cash flow of $658.6 million and contributed to our industry-leading return on invested capital of 17.3%.

## The *Express* Way in Action

The *Express* Way is our tool that helps us in our decision-making process as we align interests with plan sponsors and patients. The *Express* Way spells out who we are as a company and how we work together. It defines the heart and soul of our company.

Over the last decade, we have enjoyed tremendous growth in a very competitive marketplace. We've brought together several companies, combining best practices and blending corporate values. That blending has created a business culture unique to our company. The *Express* Way defines our culture by clarifying the values that guide our success.

Our industry-leading generic-fill rate is clear evidence that we're committed to the values of The *Express* Way. By putting the needs of clients and patients first, we create stockholder value over the long-term.

For example, we began 2006 by positioning our formulary to take advantage of the introduction of new generics entering the marketplace. For statins, which are the most widely prescribed drugs representing over 12% of total drug spend, our clients and patients enjoyed a 13% increase in the use of generics, about triple that seen nationally.

We believe that this shift in market share is the largest planned market-share movement in the history of pharmacy. It's something we're very proud of. As a result of alignment, our strategy generated savings for our clients and patients in the statin class of over $125 million last year alone.

## Leaders Lead

As we continue to earn our position as an industry leader, we must enhance the high-performance culture at Express Scripts. By aligning the behaviors of our leaders, we strengthen our culture, and a stronger culture drives better business results.

A recent study of corporate culture and performance for 32 firms over an 11-year period demonstrated the importance of a high-performance culture. High-performance cultures enjoyed revenue growth over this period of 682%, compared to only 166% for low-performance cultures. Similarly, net income and stock prices increased 756% and 901% respectively for high-performance cultures, vs. 74% and 1% respectively for low-performance cultures.

Through the combination of solid strategic thinking and bold actions, we set ourselves apart in the marketplace. Intellectual curiosity and creativity in all facets of our business will drive solutions for our clients and lead to continuous improvement.

Here are some of the other ways we lead in managing the pharmacy benefit for the thousands of clients and millions of patients who depend on us every day:

**Service**: Our business model focuses on delivery of client-centric patient care that's second to none. We have invested in our service offering and realized outstanding results. Client and patient satisfaction, client retention, and clients' willingness to recommend us to other health plan sponsors were all in the mid-90% range in 2006.

**Drug Trend Management**: Our mission is to reduce cost while never compromising health outcomes. We are focused on the goal of promoting the use of generics and low-cost brand drugs. We are successful through our formulary strategies and clinical programs, including step-therapy programs that require use of a front-line medication, typically a generic, before coverage is provided for a back-up drug, usually a more expensive brand medication.

**Specialty Pharmacy Management**: We provide cost-effective solutions for a broad range of high-cost, high-touch disease states. Specialty drugs represent the fastest-growing segment of the pharmaceutical industry. We have been awarded the majority of products in limited and exclusive networks, and we have been successful in selling specialty services to our PBM clients and PBM services to our specialty clients.

We will continue to drive long-term growth in the specialty space the same way we have in the PBM space — through innovation and execution. We have led the PBM marketplace in the development of sophisticated trend management tools including three-tier copayment plans, step therapy and generic utilization programs. We will also lead the specialty marketplace in the development of trend management tools for specialty drugs. For example, Express Scripts is leading the way by actively working with Congress to create a biogenerics pathway, which could unlock approximately $70 billion of savings over a 10-year period after the generics are introduced.

**Home Delivery**: Lower costs and greater convenience through Home Delivery provide increased value to clients and patients. Our Home Delivery pharmacies are more effective at promoting formulary compliance and generic substitution than retail pharmacies. Home Delivery increases the value for clients and patients.

## The Future of the Pharmacy Benefit

We will continue to drive future growth by continuing to innovate and execute on our strategic plans.

Medicare Part D became effective in January 2006 and for the first time provided outpatient prescription-drug coverage to Medicare-eligible seniors. Our principal goal for Medicare Part D in 2006 was to serve our clients. We assisted our managed-care clients that offered Medicare prescription drug plans (PDPs) or Medicare Advantage PDPs. We also assisted our employer clients that provided retiree prescription benefits. In order to serve our clients' needs in an evolving Medicare marketplace, we are offering a PDP plan for 2007.

Today's consumers are becoming more prepared to participate in healthcare decisions. The consumer-driven movement is defined as a system where consumers, not the company or insurance provider, determine how and where to spend their healthcare allotments. The success of our generic strategy in the statin class demonstrates the power of our model of alignment and our ability to communicate with our patients, one at a time. We will continue to develop strategies and tools to assist our clients in integrating consumer choice with pharmacy benefit management.

## The *Express* Way Will Continue to Guide Us

We operate in an evolving marketplace that requires constant focus on the changing landscape. From Medicare Part D, consumer-directed healthcare, disease management and the growing prominence of specialty drugs, we must ensure our clients of the highest level of service and value.

No matter how the marketplace evolves, the values outlined in The *Express* Way are constant. They are enduring guideposts that assure us of the flexibility and innovation essential to developing creative solutions for making the use of prescription drugs safer and more affordable. These values keep us focused, enthusiastic and committed to managing the cost and quality of the prescription-drug benefit for our clients and patients.

While we take pride in our successes to date, we remain focused on improving the efficiency and effectiveness of the delivery of drug therapy. As we look ahead, we are excited about our role as an industry leader and the opportunities that will unfold over the years to come. We appreciate your interest and support of Express Scripts.

George Paz

President, CEO & Chairman

## Management Team

**Thomas Boudreau**
*Senior Vice President*
General Counsel & Corporate Secretary

**Michael Holmes**
*Senior Vice President*
Chief Human Resources Officer

**Ed Ignaczak**
*Senior Vice President*
Sales & Account Management

**David Lowenberg**
*President & Chief Executive Officer*
CuraScript

**Patrick McNamee**
*Senior Vice President*
Chief Information Officer

**Brenda Motheral**
*Senior Vice President*
Research & Product Management

**George Paz**
*President, Chief Executive Officer & Chairman*

**Doug Porter**
*Senior Vice President*
Client & Patient Services

**Agnès Rey-Giraud**
*Senior Vice President*
Strategy & Business Development,
Supply Chain Management

**Ed Stiften**
*Senior Vice President & Chief Financial Officer*

**Larry Zarin**
*Vice President*
Marketing & Corporate Communications

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549
## FORM 10-K

[X]  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 2006, OR

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____.

Commission File Number: 0-20199

## EXPRESS SCRIPTS, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **43-1420563** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| **13900 Riverport Dr., Maryland Heights, Missouri** | **63043** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:  (314) 770-1666

Securities registered pursuant to Section 12(b) of the Act:

Common Stock, $0.01 par value
(Title of Class)

Preferred Share Purchase Rights
(Title of Class)

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes  _X_  No ___

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ___  No _X_

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes _X_  No ___

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation of S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer.  See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.  (check one):

Large accelerated filer [X]          Accelerated filer [ ]          Non-accelerated filer [ ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ___  No _X_

The aggregate market value of Registrant's voting stock held by non-affiliates as of June 30, 2006, was $9,720,808,000 based on 135,501,000 such shares held on such date by non-affiliates and the average sale price for the Common Stock on such date of $71.74 as reported on the Nasdaq Global Select Market.  Solely for purposes of this computation, the Registrant has assumed that all directors and executive officers of the Registrant are affiliates of the Registrant.  The Registrant has no non-voting common equity.

Common stock outstanding as of January 31, 2007:          135,636,000  Shares

### DOCUMENTS INCORPORATED BY REFERENCE

Part III incorporates by reference portions of the definitive proxy statement for the Registrant's 2007 Annual Meeting of Stockholders, which is expected to be filed with the Securities and Exchange Commission not later than 120 days after the registrant's fiscal year ended December 31, 2006.

*Information included in or incorporated by reference in this Annual Report on Form 10-K, other filings with the Securities and Exchange Commission (the "SEC") and our press releases or other public statements, contain or may contain forward looking statements. Please refer to a discussion of our forward looking statements and associated risks in "Item 1—Forward Looking Statements and Associated Risks" and "Item 1A—Risk Factors" in this Annual Report on Form 10-K.*

## PART I

## THE COMPANY

### Item 1 — Business

### Industry Overview

Prescription drugs are playing a greater role in healthcare and today constitute the first line of treatment for many medical conditions. As pharmaceutical research opens the potential for even more effective drugs, demand can be expected to increase. For millions of people, prescription drugs equate to the hope of improved health and quality of life. At the same time, rising prescription drug costs are gradually shaping one of the most persistent challenges to health care financing. Even as pharmaceutical development opens new paths to better healthcare, we confront the possibility that high costs may limit access to these therapies.

As one of the fastest growing components for health care costs in the United States, prescription drug costs accounted for approximately 10.1% of United States health care expenditures in 2006 and are expected to increase to about 11.0% in 2016 according to United States Centers for Medicare & Medicaid ("CMS") estimates. Based upon information included in our *2005 Annual Drug Trend* report, described below under "Company Operations—Clinical Support," annual per member unmanaged drug spending rose 7.9% in 2005. In response to cost pressures being exerted on health benefit providers such as managed care organizations, health insurers, employers and unions, pharmacy benefit management ("PBM") companies develop innovative strategies designed to keep medications affordable.

We help health benefit providers address access and affordability concerns resulting from rising drug costs. We manage the cost of the drug benefit by performing the following functions:

- evaluating drugs for price, value and efficacy in order to assist clients in selecting a cost-effective formulary;
- leveraging purchasing volume to deliver discounts to health benefit providers;
- promoting the use of generics and low-cost brands; and
- offering cost-effective home delivery pharmacy and specialty services which result in drug-cost savings for plan sponsors and co-payment savings for members.

We work with clients, manufacturers, pharmacists and physicians to increase efficiency in the drug distribution chain, to manage costs in the pharmacy benefit, and to improve members' health outcomes and satisfaction.

PBMs combine retail pharmacy claims processing, formulary management and home delivery pharmacy services to create an integrated product offering to manage the prescription drug benefit for payers. Some PBMs now provide specialty services to provide treatments for diseases that rely upon high-cost injectible, infused, oral, or inhaled drugs which traditional retail pharmacies are unable to supply due to their high cost and sensitive handling and storage needs ("Specialty"). PBMs also have broadened their service offerings to include disease management programs, compliance programs, outcomes research, drug therapy management programs, sophisticated data analysis and other distribution services.

**Company Overview**

We are one of the largest PBMs in North America and we provide a full range of pharmacy benefit management services, including retail drug card programs, home delivery pharmacy services, Specialty services, drug formulary management programs and other clinical management programs for thousands of client groups that include HMOs, health insurers, third-party administrators, employers, union-sponsored benefit plans and government health programs.

Our PBM services include:

- retail network pharmacy management
- home delivery pharmacy services
- benefit design consultation
- drug utilization review
- formulary management programs
- disease management
- compliance and therapy management programs for our clients

Services from our Specialty and Ancillary Services ("SAAS") segment, which consists of the Specialty operations of CuraScript, Inc. ("CuraScript"), and our Specialty Distribution Services ("SDS") and Phoenix Marketing Group LLC ("PMG") service lines, include:

- delivery of injectible and infusible biopharmaceutical products to patients' homes, physician offices, infusion centers, and certain associated patient care services
- distribution of pharmaceuticals and medical supplies to providers and clinics
- third party logistics services for contracted pharma clients
- bio-pharma services including reimbursement and customized logistics solutions
- distribution of pharmaceuticals to low-income patients through pharmaceutical manufacturer-sponsored and company-sponsored generic patient assistance programs
- distribution of pharmaceuticals requiring special handling or packaging
- distribution of sample units to physicians and verification of practitioner licensure

Our revenues are generated primarily from the delivery of prescription drugs through our contracted network of retail pharmacies, home delivery pharmacy services and SAAS services. Revenues from the delivery of prescription drugs to our members represented 98.3% of revenues in 2006, 98.2% of revenues in 2005 and 98.6% of revenues in 2004. Revenues from services, such as the administrative fees associated with the administration of retail pharmacy networks contracted by certain clients, market research programs, medication counseling services, certain specialty distribution services, and sample fulfillment and sample accountability services, comprised the remainder of our revenues.

Prescription drugs are dispensed to members of the health plans we serve primarily through networks of retail pharmacies that are under non-exclusive contracts with us and through the three home delivery fulfillment pharmacies and thirty-eight specialty drug pharmacies we operated as of December 31, 2006. More than 57,000 retail pharmacies, which represent more than 95% of all United States retail pharmacies, participate in one or more of our networks. However, the top ten retail pharmacy chains represent approximately 54% of the total number of stores in our largest network, and these pharmacy chains represent even higher concentrations in certain areas of the United States.

We have a successful history of acquiring and integrating companies, including five significant acquisitions since 1998. We announced a proposal to acquire all of the outstanding shares of Caremark Rx, Inc. ("Caremark") common stock for $29.25 in cash and 0.426 shares of Express Scripts stock per share of Caremark common stock. In furtherance of our acquisition proposal, on January 16, 2007 we commenced an exchange offer based on the economic terms in our December 18, 2006 proposal (see "—Acquisitions and Joint Ventures").

We were incorporated in Missouri in September 1986, and were reincorporated in Delaware in March 1992. Our principal executive offices are located at 13900 Riverport Drive, Maryland Heights, Missouri 63043. Our

telephone number is (314) 770-1666 and our web site is www.express-scripts.com. Through our website, we make available access to our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, all amendments to those reports (when applicable), and other filings with the SEC. Such access is free of charge and is available as soon as reasonably practicable after such information is filed with the SEC. In addition, the SEC maintains an internet site (www.sec.gov) that contains reports, proxy and information statements, and other information regarding issuers filing electronically with the SEC (which includes us).  Information included on our website is not part of this annual report.

## Products and Services

*Pharmacy Benefit Management Services*

    *Overview.*  Our PBM services involve the management of outpatient prescription drug use to foster high quality, cost-effective pharmaceutical care through the application of managed care principles and advanced information technologies. We offer our PBM services to our clients in the United States and Canada. Our PBM services include:

- retail network pharmacy management
- home delivery pharmacy services
- benefit design consultation
- drug utilization review
- formulary management programs
- disease management
- compliance and therapy management programs for our clients

    We consult with our clients to assist them in selecting plan design features which balance the client's requirements for cost control with member convenience.  For example, some clients receive a smaller discount on pricing in the retail pharmacy network or home delivery pharmacy in exchange for receiving all or a larger share of the pharmaceutical manufacturer rebates. Other clients receive a greater discount on pricing at the retail pharmacy network or home delivery pharmacy in exchange for a smaller share of the pharmaceutical manufacturer rebates.

    During 2006, 80.0% of our revenues were derived by our PBM operations, compared to 88.4% and 94.3% during 2005 and 2004, respectively.  This decrease is mainly due to the acquisition of Priority in 2005, which is included in our SAAS segment.  The number of retail pharmacy network claims processed decreased to 390.3 million in 2006 from 437.3 million in 2005.   The number of home delivery pharmacy claims dispensed increased to 41.2 million in 2006 from 40.2 million claims in 2005.

    *Retail Pharmacy Network Administration.* We contract with retail pharmacies to provide prescription drugs to members of the pharmacy benefit plans we manage. In the United States, we negotiate with pharmacies to discount the price at which they will provide drugs to members. We manage national and regional networks in the United States that are responsive to client preferences related to cost containment, convenience of access for members, and network performance. We also manage networks of pharmacies that are customized for or under direct contract with specific clients.  In addition, we have contracted Medicare Part D provider networks that are intended to comply with or exceed CMS access requirements for the Medicare Part D Prescription Drug Program.

    All retail pharmacies in our pharmacy networks communicate with us online and in real time to process prescription drug claims. When a member of a plan presents his or her identification card at a network pharmacy, the network pharmacist sends the specified member and prescription information in an industry-standard format through our systems, which process the claim and respond to the pharmacy. The electronic processing of the claim includes, among other things, the following:

- confirming the member's eligibility for benefits under the applicable health benefit plan and the conditions to or limitations of coverage
- performing a concurrent drug utilization review and alerting the pharmacist to possible drug interactions and reactions or other indications of inappropriate prescription drug usage
- updating the member's prescription drug claim record

- if the claim is accepted, confirming to the pharmacy that it will receive payment for the drug dispensed
- informing the pharmacy of the co-payment amount to be collected from the member based upon the client's plan design

*Patient Services.* As of December 31, 2006, we operated three home delivery pharmacies located in Maryland Heights, Missouri; Bensalem, Pennsylvania; and Tempe, Arizona.  In addition to front-end order processing that occurs at our home delivery pharmacies, we also operate three standalone front-end order processing facilities in Troy, New York; Harrisburg, Pennsylvania; and Albuquerque, New Mexico. In addition, we operated seven contact centers located in Albuquerque, New Mexico; Bloomington, Minnesota; Farmington Hills, Michigan; Harrisburg, Pennsylvania; St. Marys, Georgia; Tempe, Arizona; and Pueblo, Colorado.  Our pharmacies provide patients with convenient access to maintenance medications and enable us to manage our clients' drug costs through operating efficiencies and economies of scale.  Through our home delivery pharmacies, we are directly involved with the prescriber and patient and, as a result, we believe we are generally able to achieve a higher level of generic substitutions and therapeutic interventions than can be achieved through the retail pharmacy networks.

*Patient Care Contact Centers.* Although we contract with health plans, the ultimate recipients of many of our services are the members of these health plans. We believe client satisfaction is dependent upon patient satisfaction. Domestic patients can call us toll-free, 24 hours a day, 7 days a week, to obtain information about their prescription drug plan from our trained patient care advocates and pharmacists.

*Benefit Plan Design and Consultation.* We offer consultation and financial modeling to assist our clients in selecting benefit plan designs that meet their needs for member satisfaction and cost control. The most common benefit design options we offer to our clients are:

- financial incentives and reimbursement limitations on the drugs covered by the plan, including drug formularies, tiered co-payments, deductibles or annual benefit maximums
- generic drug utilization incentives
- incentives or requirements to use only certain network pharmacies or to order certain maintenance drugs (i.e. therapies for diabetes, high blood pressure, etc.) only for home delivery
- reimbursement limitations on the amount of a drug which can be obtained in a specific period
- by implementing utilization management programs such as Step Therapy and Prior Authorization, that focus the use of medications according to clinically developed algorithms

The client's choice of benefit design is entered into our electronic claims processing system, which applies the plan design parameters as claims are submitted and enables our clients and us to monitor the financial performance of the plan.

*Formulary Development, Compliance and Therapy Management.* Formularies are lists of drugs for which coverage is provided under the applicable plan. We have many years of formulary development expertise and maintain an extensive clinical pharmacy department.

Our foremost consideration in the formulary development process is the clinical appropriateness of the drug. In developing formularies, we first perform a rigorous assessment of the available evidence regarding the drug's safety and clinical effectiveness.  No drug is added to the formulary until it is approved by our National Pharmacy & Therapeutics Committee ("P&T Committee") – a panel composed of nineteen independent physicians and pharmacists in active clinical practice, representing a variety of specialties and practice settings, typically with major academic affiliations.  We fully comply with the P&T Committee's clinical recommendations.  The P&T Committee does not consider any information regarding the discount or rebate arrangement we might negotiate with the manufacturer in making its clinical recommendation.  This is designed to ensure the clinical recommendation is not affected by our purchasing arrangements.  After the clinical recommendation is made, the drugs are evaluated on an economic basis to determine optimal cost-effectiveness.

We administer a number of different formularies for our clients that identify drugs, the use of which is encouraged through various benefit design features.  Historically, many clients selected a plan design that included an open formulary in which all drugs were covered by the plan.  Today, an increasing number of our clients are selecting formularies in which various financial or other incentives, such as three-tier co-payments, exist for the

selection of formulary drugs over their non-formulary counterparts. Some clients select closed formularies, in which benefits are available only for drugs listed on the formulary. In 2006, about 75% of all claims fell into three-tier or closed categories compared to 69% for 2005 and 60% for 2004. Use of formulary drugs can be encouraged in the following ways:

- through plan design features, such as tiered co-payments, which require the member to pay a higher amount for a non-formulary drug
- by educating members and physicians with respect to benefit design implications
- by promoting the use of lower cost generic alternatives
- by implementing utilization management programs such as Step Therapy and Prior Authorization, that focus the use of medications according to clinically developed algorithms

We also provide formulary compliance services to our clients. For example, if a doctor has prescribed a drug that is not on a client's formulary, we notify the pharmacist through our claims processing system. The pharmacist may then contact the doctor to attempt to obtain the doctor's consent to change the prescription to the appropriate formulary product. The doctor has the final decision-making authority in prescribing the medication.

We also offer innovative clinical intervention programs to assist and manage patient quality of life, client drug trend, and physician communication/education. These programs encompass comprehensive point of service and retrospective drug utilization review, physician profiling, academic detailing, prior authorization, disease care management, and clinical guideline dissemination to physicians.

*Rebate Programs.* We develop, manage and administer rebate programs that allow pharmaceutical manufactures to provide rebates on utilization of their products by members of our clients' benefit plans. The level to which a client may choose to receive a portion of the rebates paid to us by participating manufacturers varies by client. In situations where we pay all or a portion of rebates to the client, our clients have a contractual right to audit our calculation of their rebate payment to ensure they have received the amount to which they are entitled.

The platform upon which our rebate programs are currently built is called the "preferred savings grid" or "PSG" program. Under the PSG program, rebates are determined based on the characteristics of the formulary design selected by the client and their pharmacy benefit structure. Historically, we have also managed a separate rebate program under which rebate amounts were determined based on the relative market share of each product. In addition, since 2006, rebates available on utilization of pharmaceutical products paid for under the federal Medicare Part D benefit have been captured through a rebate program specifically designed and operated for that purpose. This Medicare Part D rebate program is designed based on the PSG program. The amount of rebates generated by these types of programs is a function of the particular product dispensed and the level of utilization that occurs. Manufacturers participating in our rebate programs pay us administrative fees in connection with the services and systems we provide through the rebate program.

*Information Reporting and Analysis and Disease Management Programs.* Through the use of sophisticated information and reporting systems we are better able to manage the prescription drug benefit. We analyze prescription drug data to identify cost trends and budget for expected drug costs, assess the financial impact of plan design changes and assist clients in identifying costly utilization patterns through an online prescription drug decision support tool.

We offer disease management and education programs to members in managing clinical outcomes and the total health care costs associated with certain conditions such as asthma, diabetes and cardiovascular disease. These programs are based on the premise that better informed patient and physician behavior can positively influence medical outcomes and reduce overall medical costs. We identify patients who may benefit from these programs through claims data analysis or self-enrollment.

We offer a tiered approach to member education and wellness, ranging from information provided through our Internet site, to educational mailings, to our intensive one-on-one registered nurse or pharmacist counseling. The programs include providing patient profiles directly to their physicians, as well as measurements of the clinical, personal and economic outcomes of the programs.

*Electronic Claims Processing System.*  Our electronic claims processing system enables us to implement sophisticated intervention programs to assist in managing prescription drug utilization.  The system can alert the pharmacist to generic substitution and therapeutic intervention opportunities as well as formulary compliance issues, or administer prior authorization and step-therapy protocol programs at the time a claim is submitted for processing. Our claims processing system also creates a database of drug utilization information that can be accessed both at the time the prescription is dispensed and also on a retrospective basis to analyze utilization trends and prescribing patterns for more intensive management of the drug benefit.

*Consumer Health and Drug Information.*  We maintain a public website, www.DrugDigest.org, dedicated to helping consumers make informed decisions about using drugs.  Much of the information on DrugDigest.org is written by pharmacists – primarily doctors of pharmacy who are also affiliated with academic institutions. We continually work to expand the interactive tools available on DrugDigest.org which provide consumers an opportunity to take an even more active role in maintaining their own health.  The information on DrugDigest.org includes:

- a drug interaction checker
- a drug side effect comparison tool
- tools to check for less expensive generic and alternative drugs
- audible drug name pronunciations
- comparisons of different drugs used to treat the same health condition
- information on health conditions and their treatments
- instructional videos showing administration of specific drug dosage forms
- monographs on drugs and dietary supplements
- photographs of pills and capsules
- interactive care pathways and health risk assessments

Many features of DrugDigest.org are available in the limited-access member website at www.express-scripts.com.  The member website gives our clients' members access to personalized current and, in many cases, previous drug histories.  Members can use the interactive tools from DrugDigest.org to check for drug interactions and find possible side effects for all of the drugs they take.

To facilitate communications between members and physicians, health condition information from DrugDigest.org has been compiled into "For Your Physician Visit", which is available on the member website. Using it, members complete and print appropriate checklists on conditions such as diabetes and depression. Discussing the completed checklists gives both the member and the physician a better understanding of the member's true health status.

*SAAS Services*

*Overview*.  Our SAAS segment includes the Specialty operations of CuraScript, and our SDS and PMG service lines.  Through our SAAS segment we provide specialty services, including delivery of injectible and infusible drugs to patient homes, physician offices, infusion centers and certain associated patient care services; distribution of pharmaceuticals and medical supplies to providers and clinics; third party logistics services for contracted pharma clients; and bio-pharma services including reimbursement and customized logistics solutions. The SAAS segment also includes distribution of specialty pharmaceuticals requiring special handling or packaging; distribution of pharmaceuticals to low-income patients through manufacturer-sponsored branded and company-sponsored generic patient assistance programs; and distribution of sample units to physicians and verification of practitioner licensure.  During 2006, 20.0% of our revenues were derived from SAAS services, compared to 11.6% and 5.7% during 2005 and 2004, respectively.

Collectively under the CuraScript name, we now operate five integrated brands that service the patient through multiple paths: Payors, Providers and Pharma.  CuraScriptSP operates specialty pharmacies in eight states with primary operations located in Orlando, Florida.  These locations provide patient care and direct specialty home delivery to our patients.  CuraScriptIP, primarily based in Louisville, KY, sends infusion pharmaceuticals to multiple alternate pharmacy sites which then coordinate distributing the pharmaceuticals to patients' homes,

physicians' offices and infusion centers.  CuraScriptSD provides specialty distribution of pharmaceuticals and medical supplies direct to providers and clinics, performs third-party logistics services for contracted pharmaceutical manufacturers and operates a Group Purchasing Organization ("GPO") for many of our clients.  We currently operate CuraScriptSD specialty distribution centers located in Grove City, OH and Sparks, NV.  FreedomFP provides fertility services to both providers and patients and is located in Byfield, MA.  Finally, HealthBridge provides Bio-Pharma services including reimbursement and customized logistics solutions.  In total, the collective CuraScript brand diversely positions us solidly within the Specialty market and truly serves as a pathway to the patient.

*Patient Services.*  Services to patients include coordinated delivery of specialty pharmaceuticals and management of multiple facets of a patient's treatment which can include personal instruction on the self-administration of a patient's therapy, clinical support, support with billing and reimbursement issues and a range of educational materials, including online information portals.  We employ a team of specialists including doctors of pharmacy, nurse clinicians, social workers, patient care coordinators and insurance specialists, who are involved in the care we provide to each patient.  We work closely with health care providers to monitor medications and dosages and our pharmacists screen each prescription for negative interactions.  We utilize clinically based CARELogic programs to provide therapy-specific care management of the injectible therapy, including appropriateness, compliance, dosing and cost control.  Our team of specialists is available to answer patients' questions through our toll-free customer service center, including access to pharmacists 24 hours per day, 7 days a week.

*Payor Services.*  We offer health plan providers and their members customized disease-specific treatment programs which cover both pharmacy and medical benefits.  In addition to helping payors design a customized plan, we assist with eligibility review, prior authorization coordination, monitoring and reporting of patient therapy adherence as well as electronic claims processing and billing.  Our monitoring and reporting of patient therapy includes clinical tracking, plan-specific reports, and provider treatment and dispensing patterns.  We are able to provide a clinical and financial picture of plan members with chronic illnesses which measures pharmacy expenses and patients' treatment progress.

*Physician Services.*  Through our CuraScriptSD business unit we provide distribution services primarily to office and clinic-based physicians treating chronic disease patients who regularly order high-dollar-value pharmaceuticals.  We are able to provide to these physicians competitive pricing on pharmaceuticals and medical supplies.

*Biotech Services*.  In our June 2006 *Specialty Pharmacy Management Guide and Trend Report*, we reported at the end of 2005 there were more than 400 specialty drugs in clinical trials.  For new biopharmaceuticals being launched, we can provide biotech manufacturers product distribution management services.  We design strategies tailored to each product's needs with a focus on identifying opportunities to educate the marketplace regarding drug effectiveness, proper utilization and payor acceptance.

*Other Services.*  We also provide a range of centralized supply chain services which can include sampling programs, patient assistance programs, and clinical trial assistance as well as specialized shipping and storage and customized dosing.

We are a leader in sample accountability, database management and practitioner verification services for the pharmaceutical industry, operating the nation's largest prescription drug sample fulfillment business.

We provide specialty distribution services, consisting of the distribution of, and creation of a database of information for, products requiring special handling or packaging, products targeted to a specific physician or patient population, and products distributed to low-income patients. Our services include eligibility, fulfillment, inventory, insurance verification/authorization and payment. We also administer sample card programs for certain manufacturers where the ingredient costs of pharmaceuticals dispensed from retail pharmacies are included in revenues, as well as costs of revenues. These services are provided from our Maryland Heights, Missouri facility.

8

**Segment Information**

We report segments on the basis of services offered and have determined we have two reportable segments: PBM and SAAS.  Our domestic and Canadian PBM operating segments have similar characteristics and as such have been aggregated into a single PBM reporting segment.  Our SAAS segment includes the Specialty operations of CuraScript, and our SDS and PMG service lines.  Prior to the third quarter of 2006, SDS and PMG were included in a separate Pharma Business Solutions ("PBS") segment.  During the third quarter, the operations of the Specialty business and the PBS unit were combined in order to capture the natural synergies between these two businesses, which share common products and customers.  Accordingly, these two businesses are now combined into one reporting segment labeled Specialty and Ancillary Services.  Prior period data has been reclassified to reflect the change in our operating and reporting segments.  In addition, we have reclassified certain amounts deemed immaterial between PBM revenue and PBM cost of revenue.  These reclassifications had no effect on consolidated gross profit. Information regarding our segments appears in Note 11 of the notes to our consolidated financial statements and is incorporated by reference herein.

**Suppliers**

We maintain a large inventory of brand name and generic pharmaceuticals in our home delivery pharmacies and biopharmaceutical products in our specialty pharmacies and distribution centers along with other high cost oral agents used to treat patients with rare or chronic disease.  If a drug is not in our inventory, we can generally obtain it from a supplier within one business day. We purchase our pharmaceuticals either directly from manufacturers or through wholesalers. Currently, approximately 95% of our branded pharmaceutical purchases by our home delivery pharmacies and approximately 75% of our purchases by our SAAS segment are through one wholesaler. Generic pharmaceuticals are generally purchased directly from manufacturers. We believe that alternative sources of supply for most generic and brand name pharmaceuticals are readily available and due to the unique nature of the specialty market, the services patients require and our reach nationally, we are able to purchase and supply most of the current limited distributed drugs.

**Clients**

We are a provider of PBM services to several market segments.  Our clients include HMOs, health insurers, third-party administrators, employers, union-sponsored benefit plans and government health programs.  We provide Specialty services to customers who also include HMOs, health insurers, third-party administrators, employers, union-sponsored benefit plans, government health programs office-based oncologists, renal dialysis clinics, ambulatory surgery centers, primary care physicians, retina specialists, and others.

Our top five clients collectively represented 17.8%, 23.6%, and 22.8% of revenues during 2006, 2005 and 2004 respectively.  None of our clients accounted for 10% or more of our consolidated revenues in fiscal years 2006, 2005 or 2004.

**Medicare Prescription Drug Coverage**

The Medicare Prescription Drug, Improvement and Modernization Act of 2003 (the "MMA") created the federal Voluntary Prescription Drug Benefit Program under "Part D" of the Social Security Act.  Since January 1, 2006, eligible Medicare beneficiaries have been able to obtain prescription drug coverage under Part D by enrolling in a prescription drug plan ("PDP") or a "Medicare Advantage" plan that offers prescription drug coverage (an "MA-PD").  In addition, the MMA, created an opportunity for employers offering eligible prescription drug coverage for their Medicare-eligible members to receive a subsidy payment by enrolling in the Retiree Drug Subsidy ("RDS") program. To claim the subsidy, the beneficiaries an employer claims cannot be enrolled in a PDP or MA-PD.

Our services support clients who have elected to become a PDP or an MA-PD. In addition, we support the needs of employers who enroll in the RDS program.  We provide PBM services to these clients as well as new Part D functions that include managing member true out of pocket costs ("TrOOP"), creation of Explanation of Benefits ("EOBs"), creation of the prescription data event ("PDE"), medication therapy management ("MTM") services, and various reporting required by CMS.

In 2006, we were approved by CMS to function as a Part D PDP plan sponsor through our wholly owned subsidiary Express Scripts Insurance Company. Beginning January 1, 2007, our PDP offers prescription drug coverage nationally and in Puerto Rico. The Express Scripts Insurance Company is licensed by the Arizona Department of Insurance as a Disability Insurer which meets the CMS requirements of a risk-bearing entity regulated under state insurance laws or similar statutes. Express Scripts Insurance Company has also been granted licenses in the states of Delaware, Idaho, Indiana, Montana, New York, Oklahoma, Pennsylvania, South Dakota, Texas, Utah and the District of Columbia as a result of the filing of our Uniform Certificate of Authority Application expansion application. Express Scripts Insurance Company has filed expansion applications in other regions in which we may seek to do business, and until licenses are granted, will operate under CMS federal waivers which allow PDPs to waive the state licensure requirement for the initial three years of the prescription drug coverage offering.

**Acquisitions and Joint Ventures**

As noted above, on December 18, 2006, we announced a proposal to acquire all of the outstanding shares of Caremark common stock for $29.25 in cash and 0.426 shares of Express Scripts stock per share of Caremark common stock. We have executed commitment letters with Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc., as lead arrangers, and Credit Suisse, Cayman Islands Branch and Citicorp North America, Inc. to fully finance the proposed transaction and have re-filed our notification under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended ("HSR Act") with the Federal Trade Commission on February 6, 2007. Despite our strong belief that our offer is superior, Caremark has announced its Board of Directors has determined our offer does not and is not reasonably likely to constitute a superior proposal to its proposed merger with CVS Corporation ("CVS"). In furtherance of our acquisition proposal, on January 16, 2007 we commenced an exchange offer based on the economic terms in our December 18, 2006 proposal. The specific terms of the exchange offer are set forth in a prospectus/offer to exchange which forms a part of the Registration Statement on Form S-4 which we filed on January 16, 2007 and which we amended on February 6, 2007. In addition, on January 24, 2007, we began formally soliciting proxies from Caremark's stockholders in opposition to the proposed Caremark/CVS merger to be considered at a special meeting of Caremark stockholders scheduled to be held on February 20, 2007. We also notified Caremark on January 8, 2007 that we are proposing to nominate four director candidates for election to Caremark's Board of Directors at Caremark's 2007 annual meeting.

On October 14, 2005, we acquired the capital stock of Priority in a cash transaction for $28 per share, or approximately $1.3 billion. The acquisition was accomplished through the merger of one of our wholly-owned subsidiaries with and into Priority. Priority, headquartered in Lake Mary, Florida, is among the nation's largest Specialty and distribution companies, with approximately $1.7 billion in annual revenue during 2004 and approximately $1.1 billion in revenue for the six months ended July 2, 2005. The $1.3 billion purchase price was financed with approximately $167.0 million of cash on hand and the remainder by adding $1.6 billion in Term A loans through a new credit facility which replaced our prior credit facility. As a result of this refinancing, we wrote-off approximately $3.8 million in deferred financing fees relating to our prior credit facility in the fourth quarter of 2005.

Aetna Specialty Pharmacy, a joint venture existing between Priority and Aetna, Inc. ("Aetna"), was 60% owned by Priority and 40% by Aetna. Upon a change in control of Priority, the joint venture agreement provided Aetna with an option to purchase Priority's 60% ownership share of the joint venture. Aetna exercised its option and on December 30, 2005 purchased Priority's 60% ownership share of Aetna Specialty Pharmacy. The gain on the assets sold, which was not material, reduced the amount of goodwill we recorded through the Priority acquisition.

On January 30, 2004, we purchased the capital stock of CuraScript for a purchase price of approximately $333.4 million. CuraScript is one of the nation's largest Specialty services companies, serving over 175 managed care organizations, 30 Medicaid programs and the Medicare program, and operating seven Specialty pharmacies throughout the United States.

The CuraScript and Priority acquisitions have enhanced our ability to provide comprehensive clinical services in many disease states.

**Company Operations**

*General.*  As of December 31, 2006, our PBM segment operated three home delivery pharmacies, three standalone front-end processing centers, and seven patient contact centers out of leased and owned facilities; and our SAAS segment operated thirty-eight specialty drug pharmacies.  Electronic pharmacy claims processing takes place at facilities owned by Electronic Data Systems Corp. ("EDS") and by International Business Machines Corp.  ("IBM").  At our Canadian facilities, we have sales and marketing, client services, pharmacy help desk, clinical, network contracting and management, and certain management information systems capabilities.

*Sales and Marketing.* In the United States, our sales managers and directors market and sell PBM services, supported by a team of client-service representatives, clinical pharmacy managers and benefit analysis consultants. This team works with clients to make prescription drug use safer and more affordable.  A dedicated sales staff cross-markets Specialty services to our PBM clients.  In addition, sales personnel dedicated to our Specialty business unit use direct marketing to generate new customers and solidify existing customer relationships.  In Canada, marketing and sales efforts are conducted by our staff based in Mississauga, Ontario.

*Network Contracting and Management.* Our Network Contracting and Management group is responsible for contracting and administering our pharmacy networks. To participate in our retail pharmacy networks, pharmacies must meet certain qualifications, including the requirement that all applicable, credentialing state and/or licensing requirements are being maintained. Pharmacies can contact our pharmacy help desk toll-free, 24 hours a day, 7 days a week, for information and assistance in filling prescriptions for our clients' members. In addition, our Network Contracting and Management group audits pharmacies in the retail pharmacy networks to determine compliance with the terms of their contracts.

*Clinical Support.*  Our staff of highly-trained pharmacists and physicians provides clinical support for our PBM services. These health care professionals are responsible for a wide range of activities including tracking the drug pipeline; identifying emerging medication-related safety issues and notifying physicians, clients, and patients (if appropriate); providing drug information services; formulary management; development of utilization management, safety (concurrent and retrospective Drug Utilization Review), and other clinical interventions that identify and/or contact physicians, pharmacists, or patients.

Our staff works closely with the P&T Committee during development of our formulary and selected utilization management programs.  The P&T Committee ensures our decisions are evidence-based, clinically sound, and meet the current standard of medical practice. The P&T Committee's guidance results in decisions which are clinically appropriate and not merely superseded by financial considerations.

We have a research team whose mission is to conduct timely, rigorous and objective research that supports evidence-based pharmacy benefit management. Using pharmacy and medical claims data together with member surveys, the research department conducts studies to evaluate clinical, economic and member impact of pharmacy benefits. Topics of ongoing interest center on the impact of clinical offerings, the evolution of pharmacy benefit designs and the cost-effectiveness of drug therapies. The release of our *2005 Annual Drug Trend* report in June 2006 marked our ninth consecutive year of tracking prescription drug trends. Based on a large sample of our membership, the *2005 Annual Drug Trend* report not only examines trends in pharmaceutical utilization and cost, it also investigates the factors that underlie those trends. The current *2005 Annual Drug Trend* report and results of our other studies are shared at our annual Outcomes Conference. We also present at other client forums, speak at professional meetings and publish in health-related journals.

*Information Technology.*  Our Information Technology department supports our pharmacy claims processing systems, our specialty pharmacy systems and other management information systems essential to our operations.  Uninterrupted point-of-sale electronic retail pharmacy claims processing is a significant operational requirement for us.  Claims for our PBM segment are presently processed in the United States through systems which are maintained, managed and operated domestically by EDS.  Canadian claims are processed through systems maintained, managed and operated by IBM.  We believe we have substantial capacity for growth in our United States and Canadian claims processing facilities.

Specialty pharmacy operations are supported by multiple pharmacy systems which are maintained, managed and operated internally. We are currently in the process of standardizing our Specialty pharmacy operations on a common application and platform. Integration to a single Specialty platform is expected to be completed in early 2007.

We leverage EDS and SunGard Recovery Services to provide certain disaster recovery services for systems located at the EDS data centers. For systems not covered by an EDS and SunGard Recovery Services arrangement, such as our Specialty pharmacy data centers, the corporate disaster recovery organization manages internal recovery services.

**Competition**

There are a number of other PBMs in the United States we compete against. Some of these are independent PBMs, such as Caremark, Catalyst RX, Innoviant, Medco, MedImpact, and PerformRX. Others are owned by managed care organizations such as Aetna, Cigna, First Health, Humana, Prime Therapeutics and Wellpoint. Some are owned by retail pharmacies, such as Pharmacare (owned by CVS), RX America (owned by Longs Drug Stores), Rite Aid Health Solutions and Walgreens Health Initiative. We also compete against specialized providers, such as Argus and SXC Health Solutions. Some of these competitors may have greater financial, marketing and technological resources. In addition, other companies may enter into the business and become increasingly competitive as there are no meaningful barriers to entry.

**Government Regulation**

Many aspects of our businesses are regulated by federal and state laws and regulations. Since sanctions may be imposed for violations of these laws, compliance is a significant operational requirement. We believe we are operating our business in substantial compliance with all existing legal requirements material to the operation of our businesses. There are, however, significant uncertainties involving the application of many of these legal requirements to our business. In addition, there are numerous proposed health care laws and regulations at the federal and state levels, many of which could adversely affect our business or financial position. We are unable to predict what additional federal or state legislation or regulatory initiatives may be enacted in the future relating to our business or the health care industry in general, or what effect any such legislation or regulations might have on us. We cannot provide any assurance that federal or state governments will not impose additional restrictions or adopt interpretations of existing laws that could have a material adverse effect on our consolidated results of operations, consolidated financial position and/or consolidated cash flow from operations.

***Pharmacy Benefit Management Regulation Generally.*** Certain federal and state laws and regulations affect or may affect aspects of our PBM business. Among the laws and regulations that impact or may impact our business are the following:

*Anti-Kickback Laws.* Subject to certain exceptions and "safe harbors," the federal anti-kickback statute generally prohibits, among other things, knowingly and willfully paying or offering any payment or other remuneration to induce a person to purchase, lease, order, or arrange for (or recommend purchasing, leasing, or ordering) items (including prescription drugs) or services reimbursable in whole or in part under Medicare, Medicaid or another federal health care program. The anti-kickback statute also generally prohibits soliciting or receiving payments or other remuneration for these purposes. Several states also have similar laws, some of which apply similar anti-kickback prohibitions to items or services reimbursable by HMOs, private insurers and other non-governmental payors. These state laws vary and have been infrequently interpreted by courts or regulatory agencies. Sanctions for violating these federal and state anti-kickback laws may include criminal and civil fines and exclusion from participation in the Medicare and Medicaid programs.

The federal anti-kickback statute has been interpreted broadly by courts, the Office of Inspector General ("OIG") within the Department of Health and Human Services ("HHS"), and administrative bodies. Because of the federal statute's broad scope, federal regulations establish certain "safe harbors" from liability. Safe harbors exist for certain properly reported discounts received from vendors, certain investment interests, certain payments for personal services, certain properly disclosed payments made by vendors to GPOs, and certain discount and payment arrangements with HMO risk contractors serving Medicaid and Medicare members. A practice that does not fall

within a safe harbor is not necessarily unlawful, but may be subject to scrutiny and challenge. In the absence of an applicable exception or safe harbor, a violation of the statute may occur even if only one purpose of a payment arrangement is to induce patient referrals or purchases. Among the practices that have been identified by the OIG as potentially improper under the statute are certain "product conversion programs" in which benefits were given by drug manufacturers to pharmacists or physicians for changing a prescription (or recommending or requesting such a change) from one drug to another. Such laws have been cited as a partial basis, along with state consumer protection laws discussed below, for investigations and multi-state settlements relating to financial incentives provided by drug manufacturers to retail pharmacies in connection with such programs. See "Item 3 – Legal Proceedings" for discussion of current proceedings relating to these laws or regulations.

The OIG issued the final Compliance Program Guidance for Pharmaceutical Manufacturers (the "Guidance") on April 28, 2003. The Guidance, which represents OIG's general views and is not legally binding, contains guidelines for the design and operation of voluntary programs by pharmaceutical manufacturers to promote compliance with the laws relating to federal health care programs. In addition, the Guidance identifies certain risk areas for pharmaceutical manufacturers, including certain types of arrangements between manufacturers and PBMs, pharmacies, physicians and others that have the potential to implicate the anti-kickback statute. The Guidance contains a discussion of how manufacturers can structure their arrangements with PBMs, such as rebate programs and formulary support activities, to comply with the anti-kickback statute.

*Stark Law*. The federal physician self-referral law, known as the "Stark Law," prohibits physicians from referring Medicare or Medicaid beneficiaries for "designated health services" (which include, among other things, outpatient prescription drugs) to an entity with which the physician or an immediate family member of the physician has a financial relationship and prohibits the entity receiving a prohibited referral from presenting a claim to Medicare or Medicaid for the designated health service furnished under the prohibited referral. Our home delivery pharmacies dispense certain outpatient prescription drugs that may be directly or indirectly reimbursed by the Medicare or Medicaid programs, potentially making us subject to the Stark Law's requirements with respect to such pharmacy operations.

Possible penalties for violation of the Stark Law include denial of payment, refund of amounts collected in violation of the statute, civil monetary penalties and Medicare and Medicaid program exclusion. The Stark Law contains certain statutory exceptions for physician referrals and physician financial relationships, and the CMS has promulgated regulations under the Stark Law which provide some guidance on interpretation of the scope of and exceptions to the Stark Law.

*State Self-Referral Laws*. Our home delivery services may also be subject to state statutes and regulations that prohibit payments for referral of individuals from or by physicians to health care providers with whom the physicians have a financial relationship. These state laws and their exceptions may vary from the federal Stark Law and vary significantly from state to state. Some of these state statutes and regulations apply to items and services reimbursed by private payors. Violation of these laws may result in prohibition of payment for items or services provided, loss of pharmacy or health care provider licenses, fines and criminal penalties. State self-referral laws are often vague, and, in many cases, have not been widely interpreted by courts or regulatory agencies.

*False Claims Act and Related Criminal Provisions*. The federal False Claims Act (the "False Claims Act") imposes civil penalties for knowingly making or causing to be made false claims with respect to governmental programs, such as Medicare and Medicaid, for services not rendered, or for misrepresenting actual services rendered, in order to obtain higher reimbursement. Private individuals may bring qui tam or "whistle blower" suits against providers under the False Claims Act, which authorizes the payment of a portion of any recovery to the individual bringing suit. Such actions are initially required to be filed under seal pending their review by the Department of Justice. Some federal district courts have interpreted the False Claims Act as applying to claims for reimbursement that violate the anti-kickback statute or federal physician self-referral law under certain circumstances. The False Claims Act generally provides for the imposition of civil penalties and for treble damages, resulting in the possibility of substantial financial penalties for small billing errors that are replicated in a large number of claims, as each individual claim could be deemed to be a separate violation of the False Claims Act. Criminal provisions that are similar to the False Claims Act provide that if a corporation is convicted of presenting a claim or making a statement that it knows to be false, fictitious or fraudulent to any federal agency it may be fined. Some states also have enacted statutes similar to the False Claims Act which may include criminal penalties,

substantial fines, and treble damages.

*ERISA Regulation*. The Employee Retirement Income Security Act of 1974 ("ERISA") regulates certain aspects of employee pension and health benefit plans, including self-funded corporate health plans with respect to which we have agreements to provide PBM services. We believe that the conduct of our business is not generally subject to the fiduciary obligations of ERISA, and our agreements with our clients provide that we are not the fiduciary of the applicable plan. However, there can be no assurance that the U.S. Department of Labor (the "DOL"), which is the agency that enforces ERISA, would not assert that the fiduciary obligations imposed by ERISA apply to certain aspects of our operations or that courts in private ERISA litigation would not so rule.

In addition to its fiduciary provisions, ERISA imposes civil and criminal liability on service providers to health plans and certain other persons if certain forms of illegal remuneration are made or received. These provisions of ERISA are similar, but not identical, to the health care anti-kickback statutes discussed in the preceding paragraphs; in particular, ERISA lacks the statutory and regulatory "safe harbor" exceptions incorporated into many of the above-discussed statutes. Like the health care anti-kickback laws, the corresponding provisions of ERISA are broadly written and their application to particular cases is often uncertain. See "Item 3 – Legal Proceedings" for discussion of current proceedings relating to these laws or regulations.

Effective January 2004, the DOL issued claims procedure regulations ("Claims Rules") that create standards applicable to our clients that are regulated under ERISA for initial and appeal level decisions, time frames for decision making, and enhanced disclosure rights for claimants. We have implemented, and will implement in the future, changes to our operational processes, as necessary to accommodate our clients' compliance needs.

*FDA Regulation.* The U.S. Food and Drug Administration (the "FDA") generally has authority to regulate drug promotional materials that are disseminated "by or on behalf of" a drug manufacturer. In January 1998, the FDA issued a Notice and Draft Guidance regarding its intent to regulate certain drug promotion and switching activities of PBMs. The FDA withdrew the Draft Guidance in the fall of 1998, stating that it would reconsider the basis for such Guidance. The FDA has not addressed the issue since the withdrawal of the Guidance. The FDA also enforces federal laws restricting the importation of prescription drugs into the United States from Canada and other countries.

*Comprehensive PBM Regulation.* Legislation regulating PBM activities in a comprehensive manner has been and continues to be considered in a number of states. In the past, certain organizations, such as the National Association of Insurance Commissioners ("NAIC," an organization of state insurance regulators), and the National Committee on Quality Assurance ("NCQA," an accreditation organization) as well as certain state pharmacy boards have considered proposals to regulate PBMs and/or PBM activities, such as formulary development and utilization management. While the actions of the NAIC would not have the force of law, they may influence states to adopt model legislation that such organizations promulgate. In addition, standards established by NCQA could materially impact us directly as a PBM, and indirectly through the impact on our managed care and health insurance clients.

*Consumer Protection Laws.* Most states have consumer protection laws that previously have been the basis for investigations and multi-state settlements relating to financial incentives provided by drug manufacturers to retail pharmacies in connection with drug switching programs. See "Item 3 – Legal Proceedings" for discussion of current proceedings relating to these laws or regulations.

*Network Access Legislation.* A majority of states now have some form of legislation affecting our ability to limit access to a pharmacy provider network or removal of a network provider. Such legislation may require us or our clients to admit any retail pharmacy willing to meet the plan's price and other terms for network participation ("any willing provider" legislation); or may provide that a provider may not be removed from a network except in compliance with certain procedures ("due process" legislation). We have not been materially affected by these statutes.

*Legislation Affecting Plan Design.* Some states have enacted legislation that prohibits managed care plan sponsors from implementing certain restrictive benefit plan design features, and many states have introduced legislation to regulate various aspects of managed care plans, including provisions relating to the pharmacy benefit. For example, some states, under so-called "freedom of choice" legislation, provide that members of the plan may

not be required to use network providers, but must instead be provided with benefits even if they choose to use non-network providers. Other states have enacted legislation purporting to prohibit health plans from offering members financial incentives for use of home delivery pharmacies. Legislation has been introduced in some states to prohibit or restrict therapeutic intervention, or to require coverage of all FDA approved drugs. Other states mandate coverage of certain benefits or conditions, and require health plan coverage of specific drugs if deemed medically necessary by the prescribing physician. Such legislation does not generally apply to us directly, but it may apply to certain of our clients, such as HMOs and health insurers. If such legislation were to become widely adopted and broad in scope, it could have the effect of limiting the economic benefits achievable through pharmacy benefit management. This development could have a material adverse effect on our consolidated results of operations, consolidated financial position and/or consolidated cash flow from operations.

*Licensure Laws.* Many states have licensure or registration laws governing certain types of managed care organizations, including preferred provider organizations ("PPOs"), third party administrators ("TPAs"), and companies that provide utilization review services. The scope of these laws differs from state to state, and the application of such laws to the activities of PBMs often is unclear. We have registered under such laws in those states in which we have concluded, after discussion with the appropriate state agency, that such registration is required. Because of increased regulatory requirements on some of our managed care clients affecting prior authorization of drugs before coverage is approved, we have obtained utilization review licenses in selected states through our subsidiary, ESI Utilization Management Co. In addition, accreditation agencies' requirements for managed care organizations and Medicare Part D regulations for PDP and MA-PDPs may affect the services we provide to such organizations.

*Legislation and Regulation Affecting Drug Prices.* Some states have adopted so-called "most favored nation" legislation providing that a pharmacy participating in the state Medicaid program must give the state the best price that the pharmacy makes available to any third party plan. Such legislation may adversely affect our ability to negotiate discounts in the future from network pharmacies. Other states have enacted "unitary pricing" legislation, which mandates that all wholesale purchasers of drugs within the state be given access to the same discounts and incentives. Such legislation has been introduced in the past but not enacted in Missouri, Arizona, Pennsylvania, New York, and New Mexico, all states where we operate home delivery pharmacies. Such legislation, if enacted in a state where one of our home delivery pharmacies is located, could adversely affect our ability to negotiate discounts on our purchase of prescription drugs to be dispensed by our home delivery pharmacies.

In addition, various federal and state Medicaid agencies and other enforcement officials are investigating the effects of pharmaceutical industry pricing practices such as how average wholesale price ("AWP") is calculated and how pharmaceutical manufacturers report their "best price" on a drug under the federal Medicaid rebate program. AWP is a standard pricing measure (calculated by a third-party such as First Data Bank) used throughout the industry, including us, as a basis for calculating drug prices under our contracts with health plans and pharmacies and rebates with pharmaceutical manufacturers. Changes to the AWP standard have been suggested that could alter the calculation of drug prices for federal programs. We are unable to predict whether any such changes will be adopted, and if so, if such changes would have a material adverse impact on our consolidated results of operations, consolidated financial position and/or consolidated cash flow from operations.

Further, the federal Medicaid rebate program requires participating drug manufacturers to provide rebates on all drugs purchased by state Medicaid programs. Manufacturers of brand name products must provide a rebate equivalent to the greater of (a) 15.1% of the "average manufacturer price" ("AMP") paid by wholesalers for products distributed to the retail pharmacy class of trade and (b) the difference between AMP and the "best price" available to essentially any customer other than the Medicaid program, with certain exceptions. We negotiate rebates with drug manufacturers and, in certain circumstances, sell services to drug manufacturers. Investigations have been commenced by certain governmental entities which question whether "best prices" were properly calculated, reported and paid by the manufacturers to the Medicaid programs. We are not responsible for such calculations, reports or payments. There can be no assurance, however, that our ability to negotiate rebates with, or sell services to, drug manufacturers will not be materially adversely affected by such investigations in the future.

*Regulation of Financial Risk Plans.* Fee-for-service prescription drug plans generally are not subject to financial regulation by the states. However, if a PBM offers to provide prescription drug coverage on a capitated basis or otherwise accepts material financial risk in providing the benefit, laws in various states may regulate the

15

PBM. Such laws may require that the party at risk establish reserves or otherwise demonstrate financial responsibility. Laws that may apply in such cases include insurance laws, HMO laws or limited prepaid health service plan laws.

*State Fiduciary Legislation.* Statutes have been introduced in several states which purport to declare that a PBM is a fiduciary with respect to its clients. The fiduciary obligations that such statutes would impose would be similar, but not identical, to the scope of fiduciary obligations under ERISA. To date only two jurisdictions -- Maine and the District of Columbia – have enacted such a statute. Our trade association, Pharmaceutical Care Management Association ("PCMA"), has filed suit in federal courts in Maine and the District of Columbia alleging, among other things, that the statute is preempted by ERISA with respect to welfare plans that are subject to ERISA. In the Maine case the United States District Court upheld the statute and recently that decision was affirmed by the United States Court of Appeals. In the District of Columbia case, a preliminary injunction was obtained to stop enforcement of the statute. No final decision has been issued by the court. Widespread enactment of such statutes could have a material adverse effect upon our financial condition, results of operations and cash flows.

*Regulation of Disease Management Services.* Our disease management programs are affected by many of the same types of state laws and regulations as our other activities. In addition, all states regulate the practice of medicine and the practice of nursing. We do not believe our disease management activities constitute either the practice of medicine or the practice of nursing. However, there can be no assurance that a regulatory agency in one or more states may not assert a contrary position, and we are not aware of any controlling legal precedent for services of this kind.

*ERISA Preemption.* Many of the state laws described above may be preempted in whole or in part by ERISA, with respect to self-funded plans which provides for comprehensive federal regulation of employee benefit plans. However, the scope of ERISA preemption is uncertain and is subject to conflicting court rulings, and we provide services to certain clients, such as governmental entities, that are not subject to ERISA. Other state laws may be invalid in whole or in part as an unconstitutional attempt by a state to regulate interstate commerce, but the outcome of challenges to these laws on this basis is uncertain. Accordingly, compliance with state laws and regulations remains a significant operational requirement for us.

*Home Delivery Regulation.* Our home delivery pharmacies are located in Alabama, Arizona, Delaware, Georgia, Indiana, Kentucky, Massachusetts, Michigan, Missouri, Nebraska, New Mexico, New York, New Jersey, North Carolina, Ohio, Pennsylvania, California, Texas, Tennessee, and Florida, and we are licensed to do business as a pharmacy in each such state. Most of the states into which we deliver pharmaceuticals have laws that require out-of-state home delivery pharmacies to register with, or be licensed by, the board of pharmacy or similar regulatory body in the state. These states generally permit the home delivery service to follow the laws of the state in which the home delivery service is located, although certain states require that we also employ a pharmacist licensed in that state. We believe we have registered each of our pharmacies in every state in which such registration is required.

Other statutes and regulations affect our home delivery operations including the federal and state anti-kickback laws, federal Stark Law and state physician self-referral laws described above. Federal and state statutes and regulations govern the labeling, packaging, advertising and adulteration of prescription drugs and the dispensing of controlled substances. The Federal Trade Commission requires mail order sellers of goods generally to engage in truthful advertising, to stock a reasonable supply of the product to be sold, to fill mail orders within thirty days, and to provide clients with refunds when appropriate. The United States Postal Service has statutory authority to restrict the delivery of drugs and medicines through the mail to a degree that could have an adverse effect on our home delivery operations.

*HIPAA and Other Privacy Legislation.* Most of our activities involve the receipt or use of confidential medical information concerning individual members. In addition, we use aggregated and anonymized data for research and analysis purposes and in some cases provide access to such data to pharmaceutical manufacturers. Various federal and state laws, including the Health Insurance Portability and Accountability Act (" HIPAA," as discussed below), regulate and restrict the use, disclosure and security of confidential medical information and new legislation is proposed from time to time in various states. To date, no such laws have been adopted that adversely impact our ability to provide our services, but there can be no assurance that federal or state governments will not

enact legislation, impose restrictions or adopt interpretations of existing laws that could have a material adverse effect on our consolidated results of operations, consolidated financial position and/or consolidated cash flow from operations.

The HHS privacy and security regulations under HIPAA impose restrictions on the use and disclosure of individually identifiable health information by certain entities. The security regulations relate to the security of protected health information when it is maintained or transmitted electronically. Other HIPAA requirements relate to electronic transaction standards and code sets for processing of pharmacy claims. We are required to comply with certain aspects of the privacy, security and transaction standard regulations and we believe we are in compliance in all material respects with such regulations to the extent they apply to us. For example, we are a "business associate" under HIPAA in some instances with respect to our "covered entity" health plan clients, and enter into business associate agreements with such client. We also may be a "covered entity" under HIPAA when service is provided through our home delivery pharmacies.

*SAAS Services Environment.* Many of the laws and regulations cited above with respect to our PBM activities also apply with respect to our various specialty services. Of particular relevance are the federal and state anti-kickback laws, state pharmacy regulations and HIPAA, which are described above. Our pharmacists and nurses are licensed in those states where their activity requires it. Our various pharmacy facilities also maintain certain Medicare and state Medicaid provider numbers as pharmacies providing services under these programs. Participation in these programs requires our pharmacies to comply with the applicable Medicare and Medicaid provider rules and regulations, and exposes the pharmacies to various changes the federal and state governments may impose regarding reimbursement amounts to be paid to participating providers under these programs. In addition, several of our pharmacy facilities are participating providers under the new Part D Medicare program created pursuant to The Medicare Prescription Drug, Improvement and Modernization Act of 2003 (the "Act"). As a condition to becoming a participating provider under Part D of the Act, the pharmacies are required to adhere to certain requirements applicable to the Part D Medicare program. In addition, as a condition to conducting our wholesale business, we must maintain various permits and licenses with the appropriate state and federal agencies, and we are subject to various wholesale distributor laws that regulate the conduct of wholesale distributors, including, but not limited to, maintaining pedigree papers in certain instances. Finally, one of our lines of services, PMG, conducts certain activities, including the distribution of drug samples, that are subject to the requirements of the federal Prescription Drug Marketing Act and many of the other federal and state laws and regulations discussed above.

## Service Marks and Trademarks

We, and our subsidiaries, have registered the service marks "Express Scripts", "Filled with Pride", "Charting the Future of Pharmacy", "DrugDigest", "CuraScript", "CareLogic", "Trend Central", "GenericsWork", "RxGateway", "Proud To Deliver", "Express Choice", and "Freedom Drug", among others, with the United States Patent and Trademark Office. Our rights to these marks will continue so long as we comply with the usage, renewal filing and other legal requirements relating to the renewal of service marks. We also have several pending applications for registration for other trademarks and service marks including, but not limited to, "CuraScriptSP", "CuraScriptIP", CuraScriptSD", "FreedomFP", "Healthbridge", "The Pathway to the Patient", "Bleeding Disorders Logic", "Express Scripts ChoiceMatters", "SAMAscript", "RxSpeak", "RxOutreach", "Express Savings Statement", "Express Savings Alert", "The Smart Way to Save", and "Protecting the Pharmacy Benefit". If we are unable to obtain any additional registrations, we believe there would be no material adverse effect on our consolidated results of operations, consolidated financial position, and/or consolidated cash flow from operations.

## Insurance

Our PBM operations, including the dispensing of pharmaceutical products by our home delivery pharmacies, our SAAS operations, including the distribution of specialty drugs, and the services rendered in connection with our disease management operations, may subject us to litigation and liability for damages. Commercial insurance coverage is difficult to obtain and cost prohibitive, particularly for certain types of claims. As such, we may maintain significant self insured retentions when deemed most appropriate and cost effective. We have established certain self-insurance reserves to cover potential claims. There can be no assurance that we will be able to maintain our general, professional, or managed care errors and omissions liability insurance coverage in the

future or that such insurance coverage, together with our self-insurance reserves, will be adequate to cover potential future claims. A claim, or claims, in excess of our insurance coverage could have a material adverse effect upon our consolidated results of operations, consolidated financial position and/or consolidated cash flow from operations.

**Employees**

As of December 31, 2006 and 2005, we employed approximately 11,300 and 11,100 employees, respectively, which includes approximately 200 employees in Canada.  Approximately 1,300 of the United States employees are members of collective bargaining units. Specifically, we employ members of the Service Employees International Union at our Bensalem, Pennsylvania facility, members of the United Auto Workers Union at our Farmington Hills, Michigan facility, members of the American Federation of State, County and Municipal Employees at our Harrisburg, Pennsylvania and East Hanover, New Jersey facilities and members of the United Food and Commercial Workers Union at our Albuquerque, New Mexico facility. We believe our relationships with our employees and the unions that represent them are good.

**Executive Officers of the Registrant**

Our executive officers and their ages as of February 1, 2007 are as follows:

| Name | Age | Position |
| --- | --- | --- |
| George Paz | 51 | President, Chief Executive Officer and Chairman of the Board. |
| Edward Stiften | 52 | Senior Vice President, Chief Financial Officer |
| David A. Lowenberg | 57 | Chief Executive Officer—CuraScript, Inc. |
| Thomas M. Boudreau | 55 | Senior Vice President, General Counsel and Corporate Secretary |
| Michael Holmes | 48 | Senior Vice President, Chief Human Resources Officer |
| Edward Ignaczak | 41 | Senior Vice President – Sales and Account Management |
| Patrick McNamee | 47 | Senior Vice President, Chief Information Officer |
| Brenda Motheral | 37 | Senior Vice President – Product Management |
| Douglas Porter | 48 | Senior Vice President – Client and Patient Services |
| Agnes Rey-Giraud | 42 | Senior Vice President – Supply Chain Management |
| Kelley Elliott | 34 | Vice President, Chief Accounting Officer and Controller |

Mr. Paz was elected a director of the Company in January 2004 and has served as Chairman of the Board since May 2006. Mr. Paz was first elected President in October 2003 and also assumed the role Chief Executive Officer on April 1, 2005. Mr. Paz joined us and was elected Senior Vice President and Chief Financial Officer in January 1998 and continued to serve as our Chief Financial Officer following his election to the office of President until his successor joined us in April 2004.

Mr. Stiften was elected Senior Vice President and Chief Financial Officer in April 2004. Prior to joining us, Mr. Stiften worked for BJC HealthCare, a hospital and health care organization, serving as Vice President and Chief Financial Officer since 1998.

Mr. Lowenberg was named Chief Executive Officer of CuraScript in May 2006. He previously had been our Chief Operating Officer from September 1999 until May 2006, and served as Senior Vice President and Director of Site Operations from November 1993 until September 1999.

Mr. Boudreau was elected Senior Vice President, General Counsel and Secretary in October 1994. He has served as General Counsel since June 1994.

Mr. Holmes was elected Senior Vice President and Chief Human Resources Officer in December 2005. Prior to joining us, Mr. Holmes worked for Edward D. Jones & Co., L.P., a financial services company, as Principal from October 1996 through December 2004.

Mr. Ignaczak was elected Senior Vice President — Sales and Account Management in December 2002. Mr. Ignaczak joined us in April 1998 and served as the Vice President and General Manager of our National Employer Division between April 1998 and December 2002.

Mr. McNamee joined us and was elected Senior Vice President and Chief Information Officer in February 2005. Prior to joining us, Mr. McNamee worked for Misys Healthcare Systems, a health care technology company, as President and General Manager, Physician Systems, from September 2003 through February 2005. Mr. McNamee was employed by various subsidiaries of General Electric Corporation from July 1989 through September 2003, including as President, GE OEC Medical Systems, a surgery x-ray manufacturing business, from July 2002 through September 2003; Senior Vice President, Chief Information Officer and Chief Quality Officer, NBC broadcast network from March 2001 to July 2002; and Chief Information Officer and General Manager of e-Business, GE Transportation Systems, a transportation manufacturing business, from March 1999 through March 2001.

Ms. Motheral was elected Senior Vice President — Product Management in January 2006 and assumed additional duties as Senior Vice President Research and Product Management in September 2006. Ms. Motheral previously served as Vice President — Product Development from January 2005 through January 2006, Vice President — Research and Trend Management from November 2003 through December 2004, Vice President — Research from June 2003 through November 2003, and Senior Director of Research from March 2000 through May 2003.

Mr. Porter was elected Senior Vice President — Client Services in July 2002 and assumed additional responsibilities as Senior Vice President — Client and Patient Services in September 2004. Prior to joining us, Mr. Porter worked for CIGNA HealthCare, a managed health care company, as Vice President — Employer Services between March 2001 and June 2002 and as Vice President — Transformation between October 1999 and February 2001.

Ms. Rey-Giraud was elected Senior Vice President — Strategy and Business Development in January 2006 and Senior Vice President — Supply Chain Organization in September 2006. Ms. Rey-Giraud served as Senior Vice President of Product Management between December 2003 and January 2006, and served as Senior Vice President — Program Development between July 2002 and December 2003. Ms. Rey-Giraud served as Vice President and General Manager — eBusiness between January 2000 and July 2002.

Ms. Elliott was elected Vice President, Chief Accounting Officer and Controller in December 2005. Ms. Elliott previously served in our Internal Audit Department between February 2002 and December 2005, most recently as Vice President.


## Forward Looking Statements and Associated Risks

*Information we have included or incorporated by reference in this Annual Report on Form 10-K, and information which may be contained in our other filings with the Securities and Exchange Commission (the "SEC") and our press releases or other public statements, contain or may contain forward-looking statements. These forward-looking statements include, among others, statements of our plans, objectives, expectations or intentions.*

*Our forward-looking statements involve risks and uncertainties. Our actual results may differ significantly from those projected or suggested in any forward-looking statements. We do not undertake any obligation to release publicly any revisions to such forward-looking statements to reflect events or circumstances occurring after the date hereof or to reflect the occurrence of unanticipated events. Factors which might cause such a difference to occur include, but are not limited to:*

- *uncertainties associated with our acquisitions, which include integration risks and costs, uncertainties associated with client retention and repricing of client contracts, and uncertainties associated with the operations of acquired businesses*

- *costs and uncertainties of adverse results in litigation, including a number of pending class action cases that challenge certain of our business practices*
- *investigations of certain PBM practices and pharmaceutical pricing, marketing and distribution practices currently being conducted by the U.S. Attorney offices in Philadelphia and Boston, and by other regulatory agencies including the Department of Labor, and various state attorneys general*
- *changes in AWP, which could reduce prices and margins, including the impact of a proposed settlement in a class action case involving First DataBank, an AWP reporting service*
- *uncertainties regarding the implementation of the Medicare Part D prescription drug benefit, including the financial impact  to us to the extent that we participate in the program on a risk-bearing basis, uncertainties of client or member losses to other providers under Medicare Part D, and increased regulatory risk*
- *uncertainties associated with U.S. Centers for Medicare & Medicaid's ("CMS") implementation of the Medicare Part B Competitive Acquisition Program ("CAP"), including the potential loss of clients/revenues to providers choosing to participate in the CAP*
- *our ability to maintain growth rates, or to control operating or capital costs*
- *continued pressure on margins resulting from client demands for lower prices, enhanced service offerings and/or higher service levels, and the possible termination of, or unfavorable modification to, contracts with key clients or providers*
- *competition in the PBM and specialty pharmacy industries, and our ability to consummate contract negotiations with prospective clients, as well as competition from new competitors offering services that may in whole or in part replace services that we now provide to our customers*
- *results in regulatory matters, the adoption of new legislation or regulations (including increased costs associated with compliance with new laws and regulations), more aggressive enforcement of existing legislation or regulations, or a change in the interpretation of existing legislation or regulations*
- *increased compliance relating to our contracts with the DoD TRICARE Management Activity and various state governments and agencies*
- *the possible loss, or adverse modification of the terms, of relationships with pharmaceutical manufacturers, or changes in pricing, discount or other practices of pharmaceutical manufacturers or interruption of the supply of any pharmaceutical products*
- *the possible loss, or adverse modification of the terms, of contracts with pharmacies in our retail pharmacy network*
- *the use and protection of the intellectual property we use in our business*
- *our leverage and debt service obligations, including the effect of certain covenants in our borrowing agreements*
- *our ability to continue to develop new products, services and delivery channels*
- *general developments in the health care industry, including the impact of increases in health care costs, changes in drug utilization and cost patterns and introductions of new drugs*
- *increase in credit risk relative to our clients due to adverse economic trends*
- *our ability to attract and retain qualified personnel*
- *other risks described from time to time in our filings with the SEC*

*Risks and uncertainties relating to our proposal to acquire the outstanding stock of Caremark or the related exchange offer that may impact forward-looking statements include but are not limited to:*

- *we may not enter into any definitive agreement with Caremark with respect to the proposed transaction*
- *required regulatory approvals may not be obtained in a timely manner, if at all*
- *the proposed transaction may not be consummated*
- *the anticipated benefits of the proposed transaction may not be realized*
- *the integration of Caremark's operations with ours  may be materially delayed or may be more costly or difficult than expected*
- *the proposed transaction would materially increase leverage and debt service obligations, including the effect of certain covenants in any new borrowing agreements.*

*These and other relevant factors, including those risk factors in "Item 1A—Risk Factors" in this Annual Report and any other information included or incorporated by reference in this Report, and information which may be contained in our other filings with the SEC, should be carefully considered when reviewing any forward-looking statement.*

## Item 1A—Risk Factors

### General Risk Factors

*We operate in a very competitive industry, and competition could impair our ability to attract and retain clients, which could adversely affect our business*

Our ability to maintain growth rates is dependent upon our ability to attract new clients and retain existing clients, as well as cross-sell additional services to existing clients. We operate in a very competitive environment. Some of our competitors may offer services and pricing terms we may not be able to offer. Our contracts with clients generally do not have terms longer than three years and, in some cases, are terminable by the client on relatively short notice. This competition may make it difficult for us to retain existing clients, sell to new clients and cross-sell additional services to clients, which could materially adversely affect our business and financial results.

Over the last several years, competition in the marketplace has also caused many PBMs, including us, to reduce the prices charged to clients for core services and share a larger portion of the formulary fees and related revenues received from pharmaceutical manufacturers with clients. This combination of lower pricing and increased revenue sharing, as well as increased demand for enhanced service offerings and higher service levels, has put pressure on operating margins. This pressure may continue, and we can give no assurance new services provided to clients will fully compensate for these reduced margins.

We believe the managed care industry is undergoing substantial consolidation, and another party that is not our client could acquire some of our managed care clients. In such case, the likelihood such client would renew its contract with us, as opposed to one of our competitors, could be reduced.

*Changes in industry pricing benchmarks could materially impact our financial performance*

Contracts in the prescription drug industry, including our contracts with retail pharmacy networks and with PBM and specialty pharmacy clients, generally use certain published benchmarks to establish pricing for prescription drugs. These benchmarks include AWP, average manufacturer price and wholesale acquisition cost . Most of our client contracts utilize the AWP standard.

Recent events have raised uncertainties as to whether payors, pharmacy providers, PBMs and others in the prescription drug industry will continue to utilize AWP as it has previously been calculated or whether other pricing benchmarks will be adopted for establishing prices within the industry.

Specifically, in the recently announced proposed settlement in the case of *New England Carpenters Health Benefits Fund, et al. v. First DataBank, et al.*, Civil Action No. 1:05-CV-11148-PBS (D. Mass.), a civil class action case brought against First DataBank ("FDB"), one of several companies that report data on prescription drug prices, FDB has agreed to reduce the reported AWP of certain drugs by four percent. At this time the proposed settlement has received preliminary but not final court approval. We cannot predict the outcome of the case or, if the settlement is approved, the precise timing of any of the proposed AWP changes.

In the absence of any mitigating action on our part, the proposed reduction in FDB's AWP would have a material adverse effect on the margin we earn on home delivery transactions. It may also create disruption in our retail networks due to the adverse impact on AWP-based retail pharmacy pricing. However, most of our contracts with clients and retail pharmacies contain terms we believe will enable us to mitigate the adverse effect of this proposed reduction in FDB's reported AWP.

Due to these and other uncertainties, we can give no assurance that the short or long-term impact of changes to industry pricing benchmarks will not have a material adverse effect on our business and financial results

21

in future periods. Our various projections, including earnings guidance for 2007, contemplate what we have estimated to be the most probable impact resulting from the proposed FDB settlement. Actual results may be materially less favorable or materially more favorable than those estimated in formulating such projections.

*Client demands for additional services or enhanced service levels could put pressure on margins*

As our clients face the continued rapid growth in prescription drug costs, they may demand additional services and enhanced service levels to help mitigate the increase in spending. We operate in a very competitive environment, and may not be able to increase our fees to compensate for these increased services, which could put pressure on our margins.

*If we lose relationships with one or more key pharmaceutical manufacturers or if the payments made or discounts provided by pharmaceutical manufacturers decline, our business and financial results could be adversely affected*

We maintain contractual relationships with numerous pharmaceutical manufacturers that may provide us with, among other things:

- discounts for drugs we purchase to be dispensed from our home delivery pharmacies;
- rebates based upon sales of drugs from our home delivery pharmacies and through pharmacies in our retail networks;
- administrative fees for managing rebate programs, including the development and maintenance of formularies which include the particular manufacturer's products; and
- access to limited distribution specialty pharmaceuticals.

If several of these contractual relationships are terminated or materially altered by the pharmaceutical manufacturers, our business and financial results could be materially adversely affected. In addition, formulary fee programs have been the subject of debate in federal and state legislatures and various other public and governmental forums. Changes in existing laws or regulations or in interpretations of existing laws or regulations or the adoption of new laws or regulations relating to any of these programs may materially adversely affect our business.

*If we lose our relationship with one or more key pharmacy providers, or our relationship is modified in an unfavorable manner, our business could be impaired*

More than 57,000 retail pharmacies, which represent more than 95% of all United States retail pharmacies, participate in one or more of our networks. However, the top ten retail pharmacy chains represent approximately 54% of the total number of stores in our largest network, and these pharmacy chains represent even higher concentrations in certain areas of the United States. Our contracts with retail pharmacies, which are non-exclusive, are generally terminable on relatively short notice by either party. If one or more of the top pharmacy chains elects to terminate its relationship with us, or attempts to renegotiate the terms of the relationship in a manner that is unfavorable to us, our members' access to retail pharmacies and our business could be materially adversely affected. The continued growth of PBMs owned by the top pharmacy chains, or the acquisition of significant PBM operations by such chains could increase the likelihood of our relationships with such pharmacy chains being adversely affected.

*Pending and future litigation could subject us to significant monetary damages and/or require us to change our business practices*

We are subject to risks relating to litigation and other proceedings in connection with our PBM operations, including the dispensing of pharmaceutical products by our home delivery pharmacies, and the services rendered in connection with our disease management and our pharmaceutical services operations. A list of a number of the more significant proceedings pending against us is included under "Item 3 – Legal Proceedings." These proceedings generally seek unspecified monetary damages and injunctive relief on behalf of a class of plaintiffs that are either clients or individual members of health plans. While we believe these suits are without merit and intend to contest them vigorously, we can give no assurance that an adverse outcome in one or more of these suits would not have a material adverse effect on our business and financial results.

We are presently responding to several subpoenas and requests for information from governmental agencies, as described in "Item 3 – Legal Proceedings." We cannot predict with certainty what the result of any such inquiry might be. In addition to potential monetary liability arising from these suits and proceedings, we are incurring costs in the defense of the suits and in providing documents to government agencies. Certain of the costs are covered by our insurance, but certain other costs are not insured. Such costs have become material to our financial performances and we can give no assurance that such costs will not increase in the future.

Commercial liability insurance coverage continues to be difficult to obtain for companies in our business sector which can cause unexpected volatility in premiums and/or retention requirements dictated by insurance carriers. We have established certain self-insurance reserves to cover anticipated losses within our retained liability for previously reported claims and the cost to defend these claims. There can be no assurance general, professional, managed care errors and omissions, and/or other liability insurance coverage will be reasonably available in the future or such insurance coverage, together with our self-insurance reserves, will be adequate to cover future claims. A claim, or claims, in excess of our insurance coverage could have a material adverse effect on our business and financial results.

*Medicare Part D may adversely impact our business*

In connection with the enactment of the MMA, CMS promulgated a substantial volume of new regulations implementing the federal government's Voluntary Prescription Drug Benefit Program, known as Medicare "Part D." The Office of Inspector General has also proposed new safe harbors and other regulation pursuant to the MMA. Both of these federal regulatory agencies continue to issue guidance with regard to the Part D program and compliance with related federal laws and regulations by Part D sponsors and their subcontractors. The receipt of federal funds made available through this program by us, our affiliates, or clients may be subject to compliance with these new regulations as well as the established laws and regulations governing the federal government's payment for health care goods and services, including the Anti-Kickback Laws, the Stark Law, and the False Claims Act. There are many uncertainties about the financial and regulatory risks of participating in the Medicare Part D program, and we can give no assurance that these risks will not be material to our business in future periods.

In addition, due to the implementation of Medicare Part D, some of our employer clients may decide to stop providing pharmacy benefit coverage to retirees, instead allowing the retirees to choose their own Part D plans, which could result in us losing members. Extensive competition among Medicare Part D plans could also result in the loss of Medicare members by our managed care customers, which would also result in a decline in our membership base.

*State and Federal regulations could restrict our ability to conduct business*

Numerous state and federal laws and regulations affect our business and operations. The categories include, but are not necessarily limited to:

- health care fraud and abuse laws and regulations, which prohibit certain types of payments and referrals as well as false claims made in connection with health benefit programs
- ERISA and related regulations, which regulate many health care plans
- state legislation regulating PBMs or imposing fiduciary status on PBMs
- consumer protection and unfair trade practice laws and regulations
- network pharmacy access laws, including "any willing provider" and "due process" legislation, that affect aspects of our pharmacy network contracts
- wholesale distributor laws, including pedigree paper laws
- legislation imposing benefit plan design restrictions, which limit how our clients can design their drug benefit plans
- various licensure laws, such as managed care and third party administrator licensure laws
- drug pricing legislation, including "most favored nation" pricing and "unitary pricing" legislation
- pharmacy laws and regulations
- privacy and confidentiality laws and regulations, including those under HIPAA
- the Medicare prescription drug coverage law
- other Medicare and Medicaid reimbursement regulations

- the Prescription Drug Marketing Act
- potential regulation of the PBM industry by the U.S. Food and Drug Administration
- pending legislation regarding importation of drug products into the United States
- state laws regulating the business of insurance

These and other regulatory matters are discussed in more detail under "Item 1 — Business — Government Regulation" above.

We believe that we are operating our business in substantial compliance with all existing legal requirements material to the operation of our business. There are, however, significant uncertainties regarding the application of many of these legal requirements to our business, and a number of state and federal law enforcement agencies and regulatory agencies have initiated investigations or litigation that involve certain aspects of our business or our competitors' businesses. Accordingly, we cannot provide any assurance that one or more of these agencies will not interpret or apply these laws differently, or, if there is an enforcement action brought against us, that our interpretation would prevail. In addition, there are numerous proposed health care laws and regulations at the Federal and state levels, many of which could materially affect our ability to conduct our business or adversely affect our financial results. We are unable to predict what additional Federal or state legislation or regulatory initiatives may be enacted in the future relating to our business or the health care industry in general, or what effect any such legislation or regulations might have on us.

Various governmental agencies, including the U.S. Attorney General's Office in Philadelphia and a number of State Attorneys General, have conducted investigations into certain PBM business practices. Many of these investigations have resulted in PBMs, including Medco and AdvancePCS (now part of Caremark), agreeing to civil penalties, including the payment of money and corporate integrity agreements. We have received subpoenas from the U.S. Attorney's Office in Boston and a number of State Attorneys General. We have also received a letter of inquiry from the Department of Labor. We cannot predict what effect, if any, these investigations may ultimately have on us or on the PBM industry generally (see "Item 3 – Legal Proceedings").

The State of Maine and the District of Columbia have each enacted statutes that purport to declare that a PBM is a fiduciary with respect to its clients. Our trade association, PCMA, filed suit in Federal District Courts in Maine and the District of Columbia alleging, among other things, that these statutes are preempted by ERISA with respect to welfare plans that are subject to ERISA. The Federal District Court in Maine ruled the statute valid, and the First Circuit Court of Appeals affirmed. The case challenging the D.C. statute is still pending. Other states are considering but have not yet enacted similar fiduciary statutes, and we cannot predict what effect, if any, these and similar statutes may have on our business and financial results.

Most of our activities involve the receipt or use of confidential medical information concerning individuals. In addition, we use aggregated and anonymized data for research and analysis purposes and in some cases provide access to such data to pharmaceutical manufacturers. Various federal and state laws, including HIPAA, regulate and restrict the use, disclosure and security of confidential medical information and new legislation is proposed from time to time in various states. To date, no such laws have been adopted that adversely impact our ability to provide services, but there can be no assurance that federal or state governments will not enact legislation, impose restrictions or adopt interpretations of existing laws that could have a material adverse effect on our business and financial results.

Effective as of 2007, our subsidiary, Express Scripts Insurance Company ("ESIC"), began offering a prescription drug plan ("PDP") in connection with the Medicare Part D program for purposes of making employer/union-only group waiver plans (known as "EGWP" plans) available for applicable clients. As a licensed insurer organized and licensed under the laws of the State of Arizona, ESIC will be subject to state and federal laws regulating the business of insurance in all jurisdictions in which ESIC offers its PDP. CMS regulations and applicable guidance currently require that ESIC be authorized to offer its prescription drug plan to individuals residing in all fifty states and Puerto Rico. As a PDP sponsor, ESIC will be subject to compliance with all federal laws and regulations applicable to such sponsors as a result of the MMA and the regulations promulgated in connection with implementation of the Medicare Part D drug benefit. While many state insurance laws and regulations are well-established, CMS continues to provide guidance and promulgate new regulations in an attempt to assist PDPs and state regulators to determine the appropriate applicability of state insurance laws in the context of the federal Part D drug benefit provided through an EGWP plan. Uncertainty as to the applicability of state and

federal laws to ESIC's operations could have an impact on our ability to successfully offer products and services under the Part D drug benefit and our ability to comply with applicable laws in doing so.

*Efforts to reduce health care costs and alter health care financing practices could adversely affect our business*

Certain proposals have been made in the United States to control health care costs, including prescription drug costs, in response to increases in prescription drug utilization rates and drug prices. These proposals include "single-payer" government funded health care, and price controls on prescription drugs. If these or similar efforts are successful or if prescription drug utilization rates were to decrease significantly, whether due to a reversal in the growing role of prescription drugs in medical treatment or otherwise, our business and consolidated results of operations could be materially adversely affected.

We have designed our business model to compete within the current structure of the United States health care system. Changing political, economic and regulatory influences may affect health care financing and reimbursement practices. If the current health care financing and reimbursement system changes significantly, our business could be materially adversely affected. Congress periodically considers proposals to reform the United States health care system. These proposals may increase government involvement in health care and regulation of PBM services, or otherwise change the way our clients do business. Health plan sponsors may react to these proposals and the uncertainty surrounding them by reducing or delaying purchases of cost control mechanisms and related services that we provide. We cannot predict what effect, if any, these proposals may have on our business. Other legislative or market-driven changes in the health care system that we cannot anticipate could also materially adversely affect our business and financial results.

*If we fail to successfully complete the integration of the Priority Healthcare business into our operations, our business and financial results could be adversely affected*

In October 2005, we acquired Priority Healthcare Corporation for approximately $1.3 billion. We are in the process of integrating the Priority business with our other operations. There are risks associated with integrating and operating a newly acquired business. We can give no assurance we will successfully operate this new business.

**Risk Factors Relating our Offer to Acquire the Stock of Caremark**

On December 18, 2006 we made an offer to acquire all of the outstanding shares of Caremark stock, and on January 16, 2007 we launched an exchange offer for the stock of Caremark which is described in detail in the registration statement filed on that date (see "The Company—Acquisitions and Joint Ventures"). Our business would be subject to the following additional risk factors if we are successful in acquiring Caremark.

*We must incur additional indebtedness to acquire the shares of Caremark common stock. We expect, but cannot guarantee, the combined company will be able to make all required principal and interest payments when due*

Our indebtedness following the acquisition of Caremark would be significantly higher than our current indebtedness and higher than the sum of our current indebtedness and Caremark's current indebtedness. Our total indebtedness as of December 31, 2006 was approximately $1.5 billion. Our pro forma total indebtedness as of September 30, 2006, after giving effect to the acquisition of 100% of the outstanding shares of Caremark common stock would be approximately $13.4 billion and could be as high as approximately $15.0 billion if we complete the exchange offer and related second-step merger. Based upon current levels of operations, anticipated growth and experience in paying down debt incurred to fund acquisitions, we expect, but cannot guarantee, the combined company would be able to generate sufficient cash flow to make all of the principal and interest payments under this indebtedness when such payments are due.

*Our increased level of indebtedness could impact our operations and liquidity*

Our increased indebtedness following a Caremark acquisition could, during the period in which it is outstanding, have important consequences to holders of our common stock. For example, it could:

• cause us to use a portion of our cash flow from operations for debt service rather than for our operations;

25

- cause us to be less able to take advantage of significant business opportunities, such as acquisition opportunities, and to react to changes in market or industry conditions;

- cause us to be more vulnerable to general adverse economic and industry conditions;

- cause us to be disadvantaged compared to competitors with less leverage;

- result in a downgrade in the rating of our indebtedness which could increase the cost of further borrowings; and

- subject us to interest rate risk because some of our borrowing will be at variable rates of interest.

*If we are unable to comply with restrictions in the proposed credit facilities, the indebtedness thereunder could be accelerated*

   The credit facilities contemplated by the commitment letter received by us in connection with the Caremark transaction would impose restrictions on us and require certain payments of principal and interest over time. A failure to comply with these restrictions or to make these payments could lead to an event of default which could result in an acceleration of the indebtedness. We cannot make any assurances our future operating results will be sufficient to ensure compliance with the covenants in our agreements or to remedy any such default. In the event of an acceleration of this indebtedness, we may not have or be able to obtain sufficient funds to make any accelerated payments.

*After we accept shares of Caremark common stock for exchange in the offer, it is possible we will not have effective control over the governance or operations of Caremark or be able to promptly consummate a second-step merger with Caremark*

   If we do not acquire at least 90% of the issued and outstanding shares of Caremark common stock pursuant to the exchange offer, we could be limited in our ability to control the operations of Caremark or to promptly effect the related second-step merger. Caremark's board of directors currently consists of three separate classes, and members within each class serve three year terms. If Caremark's board does not negotiate a merger agreement with us, a total of two Caremark stockholder meetings (including the 2007 annual meeting of stockholders) could be required before our nominees, or other persons who support a transaction with us, would constitute a majority of Caremark's board of directors. During this period, Caremark's existing board of directors could take actions, or refuse to consent to actions, which would permit the integration of Caremark and us.

*Uncertainties exist in integrating the business and operations of Caremark and us*

   Following a successful acquisition of Caremark, we intend, to the extent possible, to integrate Caremark's operations with our operations. Although we believe the integration of Caremark's operations into our operations will be achievable, there can be no assurance we will not encounter substantial difficulties integrating Caremark's operations with our operations, which could result in a delay or the failure to achieve the anticipated benefits and synergies of the combination and, therefore, the expected increases in earnings and cost savings. Additionally, these cost savings and increases in earnings may be lower than we currently expect, or may not be realized.

*We would be required to obtain governmental and regulatory consents to consummate the acquisition of Caremark, which, if delayed, not granted or granted with unacceptable conditions, may result in additional expenditures of money and resources and/or reduce the anticipated benefits of the combination contemplated by the offer*

The consummation of our acquisition of Caremark, and the exchange offer, would each require the receipt of all material governmental authorizations, consents, orders and approvals, including the expiration or termination of the applicable waiting periods under the HSR Act and regulatory clearance from the Tennessee Insurance Commissioner with respect to Caremark's Tennessee domiciled insurance company subsidiary. The governmental agencies from which we will seek these approvals or exemptions have broad discretion in administering the governing regulations. As a condition to their approval of such transactions contemplated, agencies may impose requirements, limitations or costs or require divestitures or place restrictions on the conduct of the combined company's business. These requirements, limitations, costs, divestitures or restrictions could reduce the anticipated benefits of the combination of our business with Caremark. Further, if we agree to any material requirements, limitations, costs, divestitures or restrictions in order to obtain any required approvals , these requirements, limitations, additional costs or restrictions could adversely affect the two companies' ability to integrate their operations or reduce the anticipated benefits of the combination. This could have a material adverse effect on the business and results of operations of the combined company. The necessary regulatory approvals are described in detail in the exchange offer registration statement.

*The acquisition of Caremark's stock could trigger certain provisions contained in Caremark's employee benefit plans or agreements that could require us to make change of control payments or permit a counter-party to an agreement with Caremark to terminate that agreement*

Certain of Caremark's employee benefit plans or agreements contain change of control clauses providing for compensation to be granted to certain members of Caremark senior management either upon a change of control, or if, following a change of control, Caremark terminates the employment relationship between Caremark and these employees, or if these employees terminate the employment relationship because their respective positions with Caremark have materially changed. If successful, our acquisition of Caremark's stock would likely constitute a change of control, thereby giving rise to potential change of control payments.

Because we have not had the opportunity to review Caremark's non-public information, there may be other agreements that permit a counter-party to terminate an agreement because the offer or the second-step merger would cause a default or violate an anti-assignment, change of control or similar clause. If this happens, we may have to seek to replace that agreement with a new agreement. We cannot assure you that we will be able to replace a terminated agreement on comparable terms or at all. Depending on the importance of a terminated agreement to Caremark's business, failure to replace that agreement on similar terms or at all may increase the costs to us of operating Caremark's business or prevent us from operating part or all of Caremark's business.

*The consummation of the offer may accelerate Caremark's existing indebtedness*

Under Caremark's existing credit agreement, our acceptance for exchange of a majority of the outstanding shares of common stock of Caremark may be deemed a "change of control" which would cause the indebtedness under Caremark's credit agreement to become immediately due and payable. Caremark may not be able to refinance its existing debt or only on conditions less favorable for Caremark, either of which may have an adverse effect on the value of the stock of Caremark and, indirectly on the value of our stock. If we do not control Caremark and are unable to complete the second-step merger, we may not be able to assist Caremark in obtaining alternative financing.

*The market for our common stock may be adversely affected by the issuance of shares pursuant to the offer and the second-step merger*

In connection with the exchange offer and the second-step merger, we estimate we would issue approximately 185,428,000 shares of our common stock. The increase in the number of shares of our common stock may lead to sales of such stock or the perception that such sales may occur, either of which may adversely affect the market for, and the market price of, our common stock.

**Item 1B—Unresolved Staff Comments**

There are no material unresolved written comments that were received from the SEC Staff 180 days or more before the end of our fiscal year relating to our periodic or current reports under the Securities Exchange Act of 1934.

**Item 2 – Properties**

We operate our United States and Canadian PBM and SAAS segments out of leased and owned facilities throughout the United States and Canada.  The Company's main facilities are as follows:

| PBM Facilities | SAAS Facilities |
| --- | --- |
| Maryland Heights, Missouri (six facilities) | Orlando, Florida (two facilities) |
| Tempe, Arizona (three facilities) | Lake Mary, Florida (three facilities) |
| Bloomington, Minnesota (two facilities) | Maryland Heights, Missouri (two facilities) |
| Bensalem, Pennsylvania (two facilities) | Lincoln Park, New Jersey (two facilities) |
| Troy, New York | Montville, New Jersey |
| Albuquerque, New Mexico | Grove City, Ohio (two facilities |
| Horsham, Pennsylvania | Louisville, Kentucky (two facilities) |
| Montreal, Quebec | Byfield, Massachusetts |
| Mississauga, Ontario | Pinebrook, New Jersey |
| East Hanover, New Jersey | Sparks, Nevada |
| Swatara, Pennsylvania | Braintree, Massachusetts |
| St. Mary's, Georgia | Marietta, Georgia |
| Pueblo, Colorado | Greensboro, North Carolina |
| | Dayton, Ohio |
| | Lexington, Kentucky |
| | Brewster, New York |

Our Maryland Heights, Missouri facility houses our corporate offices. We believe our facilities generally have been well maintained and are in good operating condition. As of January 1, 2007, our existing facilities comprise approximately 2.8 million square feet in the aggregate.  This table does not reflect a lease agreement we signed during 2005 for a new corporate headquarters.  The building is in the process of being built and we do not anticipate taking possession until the first quarter of 2007.  The annual lease commitments will begin at approximately $4.5 million and the term of the lease is ten and a half years.

We own and lease certain of our computer systems at processing centers managed, maintained and operated by EDS in Plano, Texas and Auburn Hills, Michigan.  Our software for claims processing, drug utilization review, pharmacy operations and other products has been developed internally by our employees or purchased under perpetual, nonexclusive license agreements with third parties. Our computer systems at each site are extensively integrated and share common files through local and wide area networks. Uninterruptible power supply and diesel generators allow our computers, telephone systems and pharmacies at each major site to continue to function during a power outage. To protect against loss of data and extended downtime, we store software and redundant data files at both on-site and off-site facilities on a regular basis and maintain contingency operation plans with an annual test. We cannot, however, provide any assurance that our contingency plans would adequately address all relevant issues.

**Item 3 -- Legal Proceedings**

       We and/or our subsidiaries are defendants in a number of lawsuits that purport to be class actions. Each case seeks damages in an unspecified amount. We cannot ascertain with any certainty at this time the monetary damages or injunctive relief that any of the plaintiffs may seek to recover. In addition, we are the subject of several governmental investigations described below. Such investigations could result in civil damages, criminal penalties, or other sanctions, the nature and amount of which we cannot currently estimate. We cannot, however, provide any assurance that the outcome of any of these matters, or some number of them in the aggregate, will not be materially adverse to our financial condition, consolidated results of operations, cash flows or business prospects. In addition, the expenses of defending these cases may have a material effect on our financial results.

These matters are:

-    Multi-District Litigation - The Judicial Panel on Multi-District Litigation on April 29, 2005 transferred a number of previously disclosed cases to the Eastern District of Missouri for coordinated or consolidated pretrial proceedings including the following: Minshew v. Express Scripts (Case No.Civ.4:02-CV-1503, United States District Court for the Eastern District of Missouri) (filed December 12, 2001); Lynch v. National Prescription Administrators, et al. (Case No.03 CV 1303, United States District Court for the Southern District of New York) (filed February 26, 2003); Mixon v. Express Scripts, Inc. (Civil Action No. 4:03CV1519, United States District Court for the Eastern District of Missouri) (filed October 23, 2003); Wagner et al. v. Express Scripts (Case No.04cv1018 (WHP), United States District Court for the Southern District of New York) (filed December 31, 2003); Scheuerman, et al v. Express Scripts (Case No.04-CV-0626 (FIS) (RFT), United States District Court for the Southern District of New York) (filed April 27, 2004); Correction Officers' Benevolent Association of the City of New York, et al. v. Express Scripts, Inc. (Case No.04-Civ-7098 (WHP), United States District Court for the Southern District of New York) (filed August 5, 2004); United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, et al v. National Prescription Administrators, Inc., et al. (Case No.04-CV-7472, United States District Court for the Southern District of New York) (filed September 21, 2004); Central Laborers' Welfare Fund, et al v. Express Scripts, Inc., et al (Case No.B04-1002240, United States District Court for the Southern District of Illinois) (filed September 27, 2004); New England Health Care Employees Welfare Fund v. Express Scripts, Inc. (Case No.4:05-cv-1081, United States District Court for the Eastern District of Missouri) (filed October 28, 2004); and Local 153 Health Fund, et al. v. Express Scripts Inc. and ESI Mail Pharmacy Service, Inc. (Case No.B05-1004036, United States District Court for the Eastern District of Missouri) (filed May 27, 2005). The plaintiffs assert that certain of our business practices, including those relating to our contracts with pharmaceutical manufacturers for retrospective discounts on pharmaceuticals and those related to our retail pharmacy network contracts, constitute violations including fiduciary duties under the Federal Employee Retirement Income Security Act (ERISA), common law fiduciary duties, state common law, state consumer protection statutes, breach of contract, and deceptive trade practices. The putative classes consist of both ERISA and non-ERISA health benefit plans as well as beneficiaries. The various complaints seek money damages and injunctive relief. Discovery is proceeding in these cases. Plaintiffs have filed motions for class certification of the ERISA plans and for partial summary judgment on the issue of our fiduciary status under ERISA. These motions have been fully briefed and argued.

-    Jerry Beeman, et al. v. Caremark, et al. (Case No.021327, United States District Court for the Central District of California). On December 12, 2002, a complaint was filed against us and several other pharmacy benefit management companies. The complaint, filed by several California pharmacies as a putative class action, alleges rights to sue as a private attorney general under California law. The complaint alleges that we, and the other defendants, failed to comply with statutory obligations under California Civil Code Section 2527 to provide our California clients with the results of a bi-annual survey of retail drug prices. On July 12, 2004, the case was dismissed with prejudice on the grounds that the plaintiffs lacked standing to bring the action. On June 2, 2006, the U.S. Court of Appeals for the Ninth Circuit reversed the district court's opinion on standing and remanded the case to the district court.

-    Anthony Bradley, et al v. First Health Services Corporation, et al (Case No.BC319292, Superior Court for

the State of California, County of Los Angeles).  On July 30, 2004, plaintiffs filed a complaint as a putative class action, alleging rights to sue as a private attorney general under California law.  The complaint alleges that we, and the other defendants, failed to comply with statutory obligations under California Civil Code Section 2527 to provide our California clients with the results of a bi-annual survey of retail drug prices.  Plaintiffs request injunctive relief, unspecified monetary damages and attorneys' fees. Several of the plaintiffs are the same as in Beeman, et al v. Caremark, et al, and the relief sought is substantially the same as that sought in Beeman. Our motion to dismiss the complaint was granted and plaintiffs appealed.

- Irwin v. AdvancePCS, et al. (Case No.RG030886393, Superior Court of the State of California for Alameda County) (filed March 26, 2003).  This case is brought by plaintiff alleging his right to sue as a private attorney general under California law.  This case purports to be a class action against us and other PBM defendants on behalf of self-funded, non-ERISA health plans; and individuals with no prescription drug benefits that have purchased drugs at retail rates.  The complaint alleges that certain business practices engaged in by us and by other PBM defendants violated California's Unfair Competition Law. The suit seeks unspecified monetary damages and injunctive relief.  This case has been coordinated with the AFSCME case in Los Angeles County Superior Court.  Our motion for judgment on the pleadings in our favor was granted, with plaintiffs given leave to file an amended complaint which they did.

- North Jackson Pharmacy, Inc., et al. v. Express Scripts (Civil Action No. CV-03-B-2696-NE, United States District Court for the Northern District of Alabama) (filed October 1, 2003).  This case purports to be a class action against us on behalf of independent pharmacies within the United States.  The complaint alleges that certain of our business practices violate the Sherman Antitrust Act, 15 U.S.C §1, et. seq.  The suit seeks unspecified monetary damages (including treble damages) and injunctive relief.  Plaintiffs' motion for class certification was granted on March 3, 2006.  A motion filed by the plaintiffs in an antitrust matter against Medco and Merck in the Eastern District of Pennsylvania before the Judicial Panel on Multi-District Litigation requesting transfer of this case and others to the Eastern District of Pennsylvania for MDL treatment was granted on August 24, 2006.

- People of the State of New York, et al v. Express Scripts, Inc. (Case No.4669-04, Supreme Court of the State of New York, County of Albany).  On August 4, 2004, the State of New York filed a complaint against us and Cigna Life Insurance Co.  The complaint alleges certain breaches of contract and violations of civil law in connection with our management of the prescription drug plan for the State of New York and its employees.  The complaint also alleges certain violations of civil law in connection with the Company's therapeutic interchange programs.  The State has requested injunctive relief, unspecified monetary damages and attorney's fees.  The court originally stayed this action pending the outcome of the Wagner and Scheuerman cases, referred to above, both of which assert claims relating to the New York State prescription drug plan.  The court issued an order to lift the stay in February 2006.  On July 25, 2006, our motion to dismiss this case was granted in part and denied in part.  Specifically, the State's claims based on allegations of breach of fiduciary duty, negligent misrepresentation and violations of the State's Education Law were dismissed in their entirety.  Portions of the State's claims alleging violations of the State's General Business Law Section 349 were also dismissed because of the running of the applicable statute of limitations.  Discovery is now proceeding.

- In re Express Scripts Securities Litigation (Case No.4:04-CV-1009, United States District Court for the Eastern District of Missouri ).  The shareholder lawsuits, Sylvia Childress, et al v. Express Scripts, Inc., et al (Case No.04-CV-01191, United States District Court for the Eastern District of Missouri) (filed September 2, 2004), Lidia Garcia, et al v. Express Scripts, Inc., et al (Case No.04-CV-1009, United States District Court for the Eastern District of Missouri) (filed August 5, 2004); Robert Espriel, et al v. Express Scripts, Inc., et al (Case No.04-CV-01084, United States District Court for the Eastern District of Missouri filed) (August 16, 2004); Raymond Hoffman, et al v. Express Scripts, Inc., et al (Case No.04-CV-01054, United States District Court for the Eastern District of Missouri) (filed August 12, 2004); John R. Nicholas, et al v. Express Scripts, Inc., et al (Case No.04-CV-1295, United States District Court for the Eastern District of Missouri) (filed September 21, 2004); John Keith Tully, et al v. Express Scripts, Inc., et al (Case No.04-CV-01338, United States District Court for the Eastern District of Missouri) (filed October 1, 2004), were consolidated.  On September 13, 2005, plaintiffs filed an amended complaint.  The

31

complaint alleges that Express Scripts and certain of our officers violated federal securities law. The complaint alleges that we failed to disclose certain alleged improper business practices and issued false and misleading financial statements and that certain officers violated insider trading laws. The complaint is brought on behalf of purchasers of our stock during the period October 29, 2003 to August 3, 2004. The complaint requests unspecified compensatory damages, equitable relief and attorney's fees. Defendants have filed a motion to dismiss.

- Derivative lawsuits: Scott Rehm, Derivatively on behalf of nominal Defendant, Express Scripts, Inc. v. Stuart Bascomb, et al (Case No.044-1960a, Missouri Circuit Court, City of St. Louis) (filed August 27, 2004); Charles Manzione, Derivatively on Behalf of Express Scripts, Inc. v. Barrett Toan et al (Case No.4:04-CV-1608, United States District Court for the Eastern District of Missouri) (filed October 22, 2004); Gary Miller Derivatively on behalf of nominal Defendant, Express Scripts, Inc. v. Stuart Bascomb, et al (Case No.042-08632, Missouri Circuit Court, City of St. Louis) (filed October 22, 2004). Judith Deserio, Derivatively on behalf of Nominal Defendant, Express Scripts, Inc. v. Stuart L. Bascomb, et al (filed December 22, 2004) was consolidated with Miller. Plaintiffs have filed shareholder derivative lawsuits against certain of our current and former directors and officers. The cases make various allegations including that the defendants caused us to issue false and misleading statements, insider selling, breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets and unjust enrichment. Plaintiffs demand unspecified compensatory damages, equitable relief and attorney's fees.

- Pearson's Pharmacy, Inc. and Cam Enterprises, Inc. d/b/a Altadena Pharmacy v. Express Scripts, Inc. (Case No. 3:06-CV-00073-WKW, United States District Court for the Middle District of Alabama) (filed January 26, 2006). On February 15, 2006, an amended complaint alleging a class action on behalf of all pharmacies reimbursed based upon Average Wholesale Price was filed. The complaint alleges that we fail to properly reimburse pharmacies for filling prescriptions. Plaintiffs seek unspecified monetary damages and injunctive relief. On March 31, 2006 we filed a motion to dismiss the complaint.

- Inola Drug, Inc. v. Express Scripts, Inc. (Case No. 06-CV-117-TCK-SAJ, United States District Court for the Northern District of Oklahoma) On February 22, 2006, a class action lawsuit was filed alleging that our reimbursement to pharmacies violates the Oklahoma Third Party Prescriptions Act. The complaint also alleges that we fail to properly reimburse pharmacies for filling prescriptions based on Average Wholesale Price. The proposed classes include all pharmacies in the United States who contract with us and all pharmacies in Oklahoma who contract with us. We filed a motion to dismiss the complaint on June 12, 2006.

- Ronald A. Katz Technology Licensing, L.P. v. Ahold USA, Inc., et al (Case No. C6-545, United States District Court for the District of Delaware). On September 1, 2006, Ronald A. Katz Technology Licensing, L.P. filed a complaint against us for infringement of 16 patents allegedly relating to interactive phone call processing. We are accused of practicing the patents in our telephone systems that allows members to order prescription refills, pay for prescriptions, access account information, and locate participating pharmacies. Plaintiff is seeking an order for an accounting of damages, damages for infringement of all patents, an injunction as to the patents that have not yet expired, treble damages for willful infringement, and attorneys' fees. We intend to contest the action vigorously.

The investigation by the U.S. Attorney's Office in Boston, Massachusetts of various possible health care offenses and other federal crimes continues. We believe the original subject matter of the investigation relating to TAP Pharmaceuticals is no longer at issue, but other issues remain the subject of the investigation. Specifically, the investigation now relates to our formulary development process, our business relationships with certain pharmaceutical manufacturers, and the dispensing of a specialty pharmaceutical product. We continue to comply with the subpoenas and are cooperating with the investigation.

The Company received several letters from the Kansas City, Missouri office of the DOL indicating that DOL is undertaking an investigation of the Company to determine whether any person has violated Title I of ERISA and directing the Company to produce documents relating to various aspects of the Company's business. The Company is cooperating with the investigation.

On July 21, 2004, we received a Civil Investigative Demand from the Attorney General of the State of Vermont.  A total of 27 states and the District of Columbia have now issued substantially identical civil investigative demands.  The civil investigative demands received to date seek documents regarding a wide range of our business practices.  We are cooperating with this multi-state investigation.

In addition, in the ordinary course of our business there have arisen various legal proceedings, investigations or claims now pending against our subsidiaries and us.  The effect of these actions on future financial results is not subject to reasonable estimation because considerable uncertainty exists about the outcomes.  Where insurance coverage is not available for such claims, or in our judgment, is not cost-effective, we maintain self-insurance reserves to reduce our exposure to future legal costs, settlements and judgments related to uninsured claims.  Our self-insured reserves are based upon estimates of the aggregate liability for the costs of uninsured claims incurred and the retained portion of insured claims using certain actuarial assumptions followed in the insurance industry and our historical experience.  It is not possible to predict with certainty the outcome of these claims, and we can give no assurance that any losses in excess of our insurance and any self-insurance reserves will not be material.

<u>**Item 4 — Submission of Matters to a Vote of Security Holders**</u>

No matters were submitted to a vote of security holders during the fourth quarter of 2006.

**PART II**

**Item 5 — Market For Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

*Market Price of and Dividends on the Registrant's Common Equity and Related Stockholder Matters*

*Market Information.* Our common stock is traded on the Nasdaq Global Select Market ("Nasdaq") under the symbol "ESRX". The high and low prices, as reported by the Nasdaq, are set forth below for the periods indicated. These prices have been adjusted to reflect the two-for-one stock split effective June 24, 2005, in the form of a stock dividend of one share for each outstanding share to holders of record on June 10, 2005.

| | Fiscal Year 2006 | | Fiscal Year 2005 | |
| Common Stock | High | Low | High | Low |
|---|---|---|---|---|
| First Quarter | $ 95.00 | $ 82.15 | $ 43.88 | $ 36.54 |
| Second Quarter | 88.88 | 63.83 | 52.50 | 42.05 |
| Third Quarter | 84.97 | 68.81 | 62.47 | 45.04 |
| Fourth Quarter | 77.80 | 58.79 | 90.80 | 59.40 |

*Holders.* As of December 31, 2006, there were 450 stockholders of record of our common stock. We estimate there are approximately 108,077 beneficial owners of our Common Stock.

*Dividends.* The Board of Directors has not declared any cash dividends on our common stock since the initial public offering. The Board of Directors does not currently intend to declare any cash dividends in the foreseeable future. The terms of our existing credit facility and the indenture under which our public debt was issued contain certain restrictions on our ability to declare or pay cash dividends.

*Recent Sales of Unregistered Securities*

None.

*Issuer Repurchase of Equity Securities*

The following is a summary of our stock repurchasing activity during the three months ended December 31, 2006 (share data in millions):

| Period | Shares purchased | Average price paid per share | Shares purchased as part of a publicly announced program | Maximum shares that may yet be purchased under the program |
|---|---|---|---|---|
| 10/1/2006 – 10/31/2006 | - | $ - | - | 6.1 |
| 11/1/2006 – 11/30/2006 | - | - | - | 6.1 |
| 12/1/2006 – 12/31/2006 | - | - | - | 6.1 |
| Fourth quarter 2006 total | - | $ - | - | |

We have a stock repurchase program, originally announced on October 25, 1996. In May 2006, our Board of Directors authorized a 10.0 million share increase to the existing 38.0 million share repurchase program. In February 2007, our Board of Directors authorized an increase in the program such that subsequent to the resolution, we are authorized to repurchase up to $1.0 billion worth of shares or 14.1 million shares, whichever occurs first. There is no limit on the duration of the program. Additional share repurchases, if any, will be made in such amounts and at such times as we deem appropriate based upon prevailing market and business conditions, subject to restrictions on the amount of stock repurchases contained in our bank credit facility. In the event that we are not successful in our bid to acquire Caremark (see—"Recent Developments"), we expect to repurchase up to $1.0 billion of shares as soon as practicable.

## Item 6 – Selected Financial Data

The following selected financial data should be read in conjunction with our Consolidated Financial Statements, including the related notes, and "Item 7 — *Management's Discussion and Analysis of Financial Condition and Results of Operations*".

| (in millions, except per share data) | 2006 | 2005[1] | 2004[2] | 2003 | 2002[3] |
|---|---|---|---|---|---|
| **Statement of Operations Data (for the Year Ended December 31):** | | | | | |
| Revenues [4] [5] | $ 17,660.0 | $ 16,212.0 | $ 15,114.7 | $ 13,294.5 | $ 12,270.5 |
| Cost of revenues [4] [5] | 16,163.0 | 15,012.8 | 14,170.5 | 12,428.2 | 11,447.1 |
| Gross Profit | 1,497.0 | 1,199.2 | 944.2 | 866.3 | 823.4 |
| Selling, general and administrative | 672.9 | 556.1 | 451.2 | 417.2 | 451.7 |
| Operating income | 824.1 | 643.1 | 493.0 | 449.1 | 371.7 |
| Other expense, net | (83.6) | (28.4) | (42.4) | (43.8) | (43.7) |
| Income before income taxes | 740.5 | 614.7 | 450.6 | 405.3 | 328.0 |
| Provision for income taxes | 266.1 | 214.6 | 172.4 | 154.7 | 125.2 |
| Income before cumulative effect of accounting change | 474.4 | 400.1 | 278.2 | 250.6 | 202.8 |
| Cumulative effect of accounting change, net of tax [6] | - | - | - | (1.0) | - |
| Net income | $ 474.4 | $ 400.1 | $ 278.2 | $ 249.6 | $ 202.8 |
| **Basic earnings per share:** [7] | | | | | |
| Before cumulative effect of accounting change | $ 3.39 | $ 2.72 | $ 1.82 | $ 1.61 | $ 1.30 |
| Cumulative effect of accounting change | | | - | (0.01) | - |
| Net income | $ 3.39 | $ 2.72 | $ 1.82 | $ 1.60 | $ 1.30 |
| **Diluted earnings per share:** [7] | | | | | |
| Before cumulative effect of accounting change | $ 3.34 | $ 2.68 | $ 1.79 | $ 1.59 | $ 1.27 |
| Cumulative effect of accounting change | | | - | (0.01) | - |
| Net income | $ 3.34 | $ 2.68 | $ 1.79 | $ 1.58 | $ 1.27 |
| **Weighted average shares outstanding:** [7] | | | | | |
| Basic | 139.8 | 146.8 | 152.8 | 155.7 | 155.7 |
| Diluted | 142.0 | 149.5 | 155.0 | 157.9 | 159.3 |
| **Balance Sheet Data (as of December 31):** | | | | | |
| Cash and cash equivalents | $ 131.0 | $ 477.9 | $ 166.1 | $ 396.0 | $ 190.7 |
| Working capital | (657.3) | (137.8) | (370.4) | (66.3) | (149.9) |
| Total assets | 5,108.1 | 5,493.5 | 3,600.1 | 3,409.2 | 3,207.0 |
| Debt: | | | | | |
| Short-term debt | 180.1 | 110.0 | 22.1 | - | 3.3 |
| Long-term debt | 1,270.4 | 1,400.5 | 412.1 | 455.0 | 562.6 |
| Stockholders' equity | 1,124.9 | 1,464.8 | 1,196.3 | 1,194.0 | 1,002.8 |
| **Selected Data (for the Year Ended December 31):** | | | | | |
| Network pharmacy claims processed [8] | 390.3 | 437.3 | 398.8 | 378.9 | 354.9 |
| Home delivery pharmacy prescriptions filled | 41.2 | 40.2 | 38.1 | 32.3 | 27.2 |
| SAAS prescriptions filled | 5.7 | 5.4 | 3.5 | 3.6 | 3.1 |
| Cash flows provided by operating activities | $ 658.6 | $ 792.9 | $ 496.2 | $ 457.9 | $ 426.0 |
| Cash flows used in investing activities | (101.0) | (1,368.6) | (397.0) | (42.8) | (548.7) |
| Cash flows provided by (used in) financing activities | (904.7) | 887.0 | (330.4) | (212.5) | 135.6 |
| EBITDA [9] | 925.1 | 727.5 | 563.1 | 503.2 | 453.8 |

(1) Includes the acquisition of Priority Healthcare Corporation, Inc. effective October 14, 2005.
(2) Includes the acquisition of CuraScript, Inc. effective January 30, 2004.
(3) Includes the acquisition of Phoenix Marketing Group effective February 25, 2002, National Prescription Administrators and certain related entities effective April 12, 2002 and Managed Pharmacy Benefits, Inc. effective December 20, 2002.
(4) We have reclassified certain amounts deemed immaterial between PBM revenue and PBM cost of revenue in the years ended December 31, 2006 and 2005. There is no effect on consolidated gross profit.
(5) Excludes estimated retail pharmacy co-payments of $4,175.3, $5,821.8, $5,545.9, $5,276.1, and $4,349.9 for the years ended December 31, 2006, 2005, 2004, 2003, and 2002, respectively. These are amounts we instructed retail pharmacies to collect from members. We have no information regarding actual co-payments collected.
(6) As a result of the adoption of FAS 143 , "Accounting for Asset Retirement Obligations" we recorded a $1.0 million loss, net of tax, as the cumulative effect of change in accounting principle in 2003.
(7) Earnings per share and weighted average shares outstanding have been restated to reflect the two-for-one stock split effective June 24, 2005.
(8) Excluded from the network claims are manual claims and drug formulary only claims where we only administer the clients formulary.
(9) EBITDA is earnings before other income (expense), interest, taxes, depreciation and amortization, or operating income plus depreciation and amortization. EBITDA is presented because it is a widely accepted indicator of a company's ability to service indebtedness and is frequently used to evaluate a company's performance. EBITDA, however, should not be considered as an alternative to net income, as a measure of operating performance, as an alternative to cash flow, as a measure of liquidity or as a substitute for any other measure computed in accordance with accounting principles generally accepted in the United States. In addition, our definition and calculation of EBITDA may not be comparable to that used by other companies.

We have provided below a reconciliation of EBITDA to net income and to net cash provided by operating activities as we believe they are the most directly comparable measures calculated under Generally Accepted Accounting Principles:

| | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| (in millions) | 2006 | 2005 | 2004 | 2003 | 2002 |
| Net income | $ 474.4 | $ 400.1 | $ 278.2 | $ 249.6 | $ 202.8 |
| Income taxes | 266.1 | 214.6 | 172.4 | 154.7 | 125.2 |
| Depreciation and amortization | 101.0 | 84.4 | 70.1 | 54.1 | 82.1 |
| Interest expense, net | 82.0 | 26.0 | 37.9 | 38.0 | 39.2 |
| Undistributed loss from joint venture | 1.6 | 2.4 | 4.5 | 5.8 | 4.5 |
| Cumulative effect of accounting change, net of tax | - | - | - | 1.0 | - |
| EBITDA | 925.1 | 727.5 | 563.1 | 503.2 | 453.8 |
| Current income taxes | (258.2) | (196.3) | (153.3) | (120.2) | (95.3) |
| Change in operating assets and liabilities (excluding effects of acquisitions) | 30.1 | 219.6 | 80.9 | 84.1 | 62.5 |
| Interest expense less amortization | (80.0) | (20.9) | (30.2) | (35.0) | (35.3) |
| Bad debt expense | 17.7 | 18.3 | 6.2 | (2.6) | 17.9 |
| Tax benefit from employee stock compensation | - | 35.6 | 10.9 | 26.9 | 16.9 |
| Amortization of unearned comp. under employee plans | 27.6 | 11.5 | 11.8 | 8.3 | 9.8 |
| Undistributed loss from joint venture | (1.6) | (2.4) | (4.5) | (5.8) | (4.5) |
| Other, net | (2.1) | - | 11.3 | (1.0) | 0.2 |
| Net cash provided by operating activities | $ 658.6 | $ 792.9 | $ 496.2 | $ 457.9 | $ 426.0 |

**Item 7 – Management's Discussion and Analysis of Financial Condition and Results of Operations**

**OVERVIEW**

As one of the largest full-service pharmacy benefit management ("PBM") companies we provide health care management and administration services on behalf of our clients, which include health maintenance organizations, health insurers, third-party administrators, employers, union-sponsored benefit plans and government health programs. Our integrated PBM services include network claims processing, home delivery services, benefit design consultation, drug utilization review, formulary management, disease management, and drug data analysis services.

Through our Specialty and Ancillary Services ("SAAS") segment, we provide specialty services, including patient care and direct specialty home delivery to patients; distribution of infusion drugs to patient homes, physician offices, and infusion centers; distribution of pharmaceuticals and medical supplies to providers and clinics; third party logistics services for contracted pharmaceutical manufacturer clients; fertility services to providers and patients; and bio-pharmaceutical services including marketing, reimbursement and customized logistics solutions. SAAS does not include the fulfillment of specialty prescriptions at retail pharmacies participating in our networks; these prescriptions are reflected in PBM network revenues. We also provide services which include distribution of specialty pharmaceuticals requiring special handling or packaging where we have been selected by the pharmaceutical manufacturer as part of a limited distribution network; distribution of pharmaceuticals to low-income patients through manufacturer-sponsored patient assistance programs and company-sponsored generic patient assistance programs, and distribution of sample units to physicians and verification of practitioner licensure.

We report two segments: PBM and SAAS (see "—Results of Operations"). Revenue generated by our segments can be classified as either tangible product revenue or service revenue. We earn tangible product revenue from the sale of prescription drugs by retail pharmacies in our retail pharmacy networks and from dispensing prescription drugs from our home delivery and specialty pharmacies. Service revenue includes administrative fees associated with the administration of retail pharmacy networks contracted by certain clients, market research programs, medication counseling services, certain specialty distribution services, and sample fulfillment and sample accountability services. Tangible product revenue generated by our PBM and SAAS segments represented 98.3% of revenues for the year ended December 31, 2006, respectively, as compared to 98.2% and 98.6% for the years ended December 31, 2005 and 2004, respectively.

On October 14, 2005, we purchased the capital stock of Priority Healthcare, Inc. ("Priority") in a cash transaction for $28 per share, or approximately $1.3 billion. The acquisition was accomplished through the merger of one of our wholly-owned subsidiaries with and into Priority. The $1.3 billion purchase price was financed with approximately $167.0 million of cash on hand and the remainder by adding $1.6 billion in term loans under a new credit facility which replaced our prior credit facility. Consequently, our operating results include those of Priority from October 14, 2005.

**EXECUTIVE SUMMARY AND TREND FACTORS AFFECTING THE BUSINESS**

Prescription drug costs have increased considerably over the past several years, primarily due to brand-name product inflation, the introduction of new products by pharmaceutical manufacturers and higher utilization of drugs. We face continuing pressures on margins resulting from client demands for better management of pharmacy trends, enhanced service offerings and/or higher service levels on contract renewals, and unfavorable modifications to contracts with key clients.

Our business model is built around the alignment of our financial interests with those of our clients and members in making the use of prescription drugs safer and more affordable. The improvement in our consolidated results of operations in 2006 over 2005 was primarily driven by factors which also reduce pharmacy trends for our clients. In 2006, we benefited from higher generic utilization (57.6% in 2006 compared to 54.4% in 2005), better management of ingredient costs (resulting from renegotiation of certain supplier contracts, increased competition among generic manufacturers and other actions which helped to reduce ingredient costs) and increased home delivery volume. In addition, our results of operations in 2006 improved over 2005 as a result of increased workforce efficiencies and the consolidation of certain of our facilities. These positive trends were partially offset

by a decrease in network claims volume due to client attrition in 2006. We believe the positive impact resulting from increased generic usage, productivity improvements, and increased home delivery volume will continue to generate improvement in our results of operations in the future.

Current results of operations for our SAAS segment were negatively affected by the migration of members from our Patient Assistance Programs to the Medicare Part D program, by margin declines in our core specialty and distribution business units and by integration expenses. We believe that the infrastructure investments made during integration, certain management and reporting changes implemented in 2006, and our improved success in being awarded specialty products in limited and exclusive networks position us to capitalize on the growth opportunities in the specialty marketplace.

## RECENT DEVELOPMENTS

As noted above, on December 18, 2006, we announced a proposal to acquire all of the outstanding shares of Caremark common stock for $29.25 in cash and 0.426 shares of Express Scripts stock per share of Caremark common stock. We have executed commitment letters with Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc., as lead arrangers, and Credit Suisse, Cayman Islands Branch and Citicorp North America, Inc. to fully finance the proposed transaction and have re-filed our notification under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended with the Federal Trade Commission on February 6, 2007. Despite our strong belief that our offer is superior, Caremark has announced its Board of Directors has determined our offer does not and is not reasonably likely to constitute a superior proposal to its proposed merger with CVS Corporation ("CVS"). In furtherance of our acquisition proposal, on January 16, 2007 we commenced an exchange offer based on the economic terms in our December 18, 2006 proposal. The specific terms of the exchange offer are set forth in a prospectus/offer to exchange which forms a part of the Registration Statement on Form S-4 which we filed on January 16, 2007 and which we amended on February 6, 2007. In addition, on January 24, 2007, we began formally soliciting proxies from Caremark's stockholders in opposition to the proposed Caremark/CVS merger to be considered at a special meeting of Caremark stockholders scheduled to be held on February 20, 2007. We also notified Caremark on January 8, 2007 that we are proposing to nominate four director candidates for election to Caremark's Board of Directors at Caremark's 2007 annual meeting.

If we are successful in this endeavor, we expect to incur additional debt in the range of $13.0 billion to $15.0 billion. As a result of this additional indebtedness and associated interest expense, we anticipate the acquisition to be dilutive to earnings in 2007.

Through January 31, 2007, we have incurred approximately $10.0 million of costs related to the proposed transaction. Additional costs incurred during 2007 could be significant.

## CRITICAL ACCOUNTING POLICIES

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions which affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Our estimates and assumptions are based upon a combination of historical information and various other assumptions believed to be reasonable under the particular circumstances. Actual results may differ from our estimates. Certain of the accounting policies which most impact our consolidated financial statements and that require our management to make difficult, subjective or complex judgments are described below. This should be read in conjunction with Note 1, "Summary of Significant Accounting Policies" and with the other notes to the consolidated financial statements.

### *REBATE ACCOUNTING*

ACCOUNTING POLICY

We administer a rebate program through which we receive rebates and administrative fees from pharmaceutical manufacturers. The portion of rebates payable to clients is estimated based on historical and/or anticipated sharing

percentages.  These estimates are adjusted to actual when amounts are paid to clients.

FACTORS AFFECTING ESTIMATE
The factors that could impact our estimates of rebates, rebates receivable and rebates payable are as follows:
- Differences between estimated aggregate allocation percentages and actual rebate allocation percentages calculated on a client-by-client basis;
- Drug patent expirations; and
- Changes in drug utilization patterns.
Historically, adjustments to our original estimates have been relatively immaterial.

***ALLOWANCE FOR DOUBTFUL ACCOUNTS***

ACCOUNTING POLICY
We provide an allowance for doubtful accounts equal to estimated uncollectible receivables.  This estimate is based on the current status of each customer's receivable balance.

FACTORS AFFECTING ESTIMATE
We record allowances for doubtful accounts based on a variety of factors including the length of time the receivables are past due, the financial health of the customer and historical experience.  Our estimate could be impacted by changes in economic and market conditions as well as changes to our customers' financial condition.

***SELF-INSURANCE RESERVES***

ACCOUNTING POLICY
We accrue self-insurance reserves based upon estimates of the aggregate liability of claim costs in excess of our insurance coverage which are probable and estimable.  Reserves are estimated using certain actuarial assumptions followed in the insurance industry and our historical experience.  The majority of these claims are legal claims and our liability estimate is primarily related to the cost to defend these claims.  We do not accrue for settlements, judgments, monetary fines or penalties until such amounts are probable and estimable, in compliance with Financial Accounting Standard ("FAS") No. 5, "Accounting for Contingencies."  Under FAS 5, if the range of possible loss is broad, and no amount within the range is more likely than any other, the liability accrual is based on the lower end of the range.

FACTORS AFFECTING ESTIMATE
Self-insurance reserves are based on management's estimates of the costs to defend legal claims.  We do not have significant experience with certain of these types of cases.  As such, differences between actual costs and management's estimates could be significant.  Actuaries do not have a significant history with the PBM industry.  Therefore, changes to assumptions used in the development of these reserves can affect net income in a given period.  In addition, changes in the legal environment and the number and nature of claims could impact our estimate.

***ASSET IMPAIRMENT***

ACCOUNTING POLICY
FAS 142, "Goodwill and Other Intangible Assets," requires that goodwill and certain intangible assets with indefinite useful lives be subject to an impairment test performed on an annual basis or whenever events or circumstances indicate impairment may have occurred.  We perform our annual impairment tests in the fourth quarter of each fiscal year.  We evaluate goodwill separately for the U.S. PBM operations, Canadian PBM operations and the SAAS reporting unit.  No such impairment existed at December 31, 2006 or 2005.  In addition, we evaluate whether events and circumstances have occurred that indicate the remaining estimated useful life of other long lived assets, including intangible assets, may warrant revision or the remaining balance of an asset may not be recoverable.

FACTORS AFFECTING ESTIMATE
The measurement of possible impairment is based on the ability to recover the balance of assets from expected

future operating cash flows on an undiscounted basis. Impairment losses, if any, would be determined based on the present value of the cash flows using discount rates that reflect the inherent risk of the underlying business. Assessment of impairment requires assumptions about discount rates, inflation rates and earnings growth rates and could be impacted by other internal factors and external economic conditions.

## OTHER ACCOUNTING POLICIES

We consider the following information about revenue recognition policies important for an understanding of our results of operations:

- Revenues from dispensing prescriptions from our home delivery pharmacies are recorded when prescriptions are shipped. These revenues include the co-payment received from members of the health plans we serve.
- Revenues from the sale of prescription drugs by retail pharmacies are recognized when the claim is processed. We do not include member co-payments to retail pharmacies in revenue or cost of revenue.
- When we independently have a contractual obligation to pay our network pharmacy providers for benefits provided to our clients' member, we act as a principal in the arrangement and we include the total payments we have contracted to receive from these clients as revenue and the total payments we make to the network pharmacy providers as cost of revenue.
- When we merely administer a client's network pharmacy contracts to which we are not a party and under which we do not assume credit risk, we earn an administrative fee for collecting payments from the client and remitting the corresponding amount to the pharmacies in the client's network. In these transactions, drug ingredient cost is not included in our revenues or in our cost of revenues.
- Gross rebates and administrative fees earned for the administration of our rebate programs, performed in conjunction with claim processing services provided to clients, are recorded as a reduction of cost of revenue and the portion of the rebate payable to customers is treated as a reduction of revenue.
- When we earn rebates and administrative fees in conjunction with formulary management services, but do not process the underlying claims, we record rebates received from manufacturers, net of the portion payable to customers, in revenue.
- We distribute pharmaceuticals in connection with our management of patient assistance programs and earn a fee from the manufacturer for administrative and pharmacy services for the delivery of certain drugs free of charge to doctors for their low income patients.
- We earn a fee for the distribution of consigned pharmaceuticals requiring special handling or packaging where we have been selected by the pharmaceutical manufacturer as part of a limited distribution network.
- Discounts and contractual allowances related to our SAAS revenues are estimated based on historical collections over a recent period for the sales that are recorded at gross amounts. The percentage is applied to the applicable accounts receivable balance that contains gross amounts for each period. Any differences between the estimates and actual collections are reflected in operations in the year payment is received. Differences may result in the amount and timing of revenues for any period if actual performance varies from estimates. Allowances for returns are estimated based on historical return trends.
- Specialty revenues earned by our SAAS segment are recognized at the point of shipment. At the time of shipment, the Company has performed substantially all of its obligations under its customer contracts and does not experience a significant level of reshipments.
- SAAS product revenues include revenues earned through the distribution of specialty drugs to clients as well as supplies provided through the distribution business, as well as administering sample card programs for certain manufacturers. We include ingredient cost of those drug samples dispensed from retail pharmacies in our SAAS revenues and the associated costs for these sample card programs in cost of revenues.
- SAAS service revenues include revenues earned through providing reimbursement solutions and product support to pharmaceutical manufacturers, biotechnology companies, and medical device companies, revenues derived from our group purchasing organization, and administrative fees for the verification of practitioner licensure and the distribution of consigned drug samples to doctors based on orders received from pharmaceutical sales representatives.

**RESULTS OF OPERATIONS**

We maintain a PBM segment, consisting of our domestic and Canadian PBM operations, and a SAAS segment, which consists of our specialty operations of CuraScript and our Specialty Distribution Services ("SDS") and Phoenix Marking Group LLC ("PMG") service lines.  Prior to the third quarter of 2006, SDS and PMG were included in a separate Pharma Business Solutions ("PBS") segment. During the third quarter of 2006, the operations of the Specialty business and the PBS unit were combined in order to capture the natural synergies between these two businesses, which share common products and customers.  Accordingly, these two businesses are now combined into one reporting segment labeled SAAS.  Prior period data has been reclassified to reflect the change in our operating and reporting segment.  We have reclassified certain amounts deemed immaterial between PBM revenue and PBM cost of revenue.  There is no effect on consolidated gross profit.

*PBM OPERATING INCOME*

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| *(in millions)* | **2006** | *Increase/ (Decrease)* | **2005** | *Increase/ (Decrease)* | **2004** | |
| Product revenue | | | | | | |
|   Network revenues | $ 8,797.4 | *(4.0%)* | $ 9,164.7 | *(2.4%)* | $ 9,387.3 | |
|   Home delivery revenues | 5,166.0 | *3.0%* | 5,014.7 | *5.1%* | 4,770.9 | |
| Service revenues | 163.0 | *7.1%* | 152.2 | *51.1%* | 100.7 | |
|   Total PBM revenues | 14,126.4 | *(1.4%)* | 14,331.6 | *0.5%* | 14,258.9 | |
| Cost of PBM revenues | 12,870.5 | *(3.2%)* | 13,292.8 | *(0.9%)* | 13,410.3 | |
|   PBM gross profit | 1,255.9 | *20.9%* | 1,038.8 | *22.4%* | 848.6 | |
| PBM SG&A expenses | 511.5 | *7.2%* | 477.0 | *16.3%* | 410.0 | |
|   PBM operating income | $ 744.4 | *32.5%* | $ 561.8 | *28.1%* | $ 438.6 | |
| Total adjusted PBM Claims[1] | 513.9 | *(7.9%)* | 557.9 | *8.7%* | 513.1 | |

(1)  PBM adjusted claims represent network claims plus mail claims, which are multiplied by 3, as mail claims are typically 90 day claims and network claims are generally 30 day claims.

Network claims decreased by 47.0 million, or 10.7%, in 2006 from 2005.  These decreases are primarily due to the loss of lives resulting from the attrition of several clients, including the shift to the government funded benefit, Medicare Part D.  Total home delivery claims increased by 1.0 million claims, or 2.5% in 2006 over 2005, primarily due to the increased usage of our home delivery pharmacies by members of new and existing clients.  These increases were mostly offset by the client attrition as described above.  On an adjusted basis, total PBM claims decreased 7.9% in 2006 from 2005, and increased 8.7% in 2005 over 2004.

*PBM RESULTS OF OPERATIONS FOR THE YEAR ENDED DECEMBER 31, 2006 vs. 2005*

Network pharmacy revenues decreased $367.3 million, or 4.0%, in 2006 from 2005.  There are two primary components to our change in network revenues, changes in volume and changes in price.  Approximately $985.1 million of the decrease in network pharmacy revenues is attributable to lower claim volumes, as described above.

Two factors affect changes in price: inflation and the mix of the prescriptions processed at network pharmacies. Average revenue per network claim increased 7.5% in 2006 from 2005 as a result of inflation and a significant reduction in claim volume from members participating in discount card programs with 100% co-payments who transitioned to Medicare Part D programs.  For these discount programs, we do not include member co-payments to retail pharmacies in revenue or cost of revenue, and as such, only report administrative fees as revenues. A reduction of these lower revenue claims from last year results in a higher average revenue per network claim this year.  Additionally, our generic penetration rate affects our average revenue per network claim. As our penetration rate has increased to 59.1% of total network claims in 2006 as compared to 55.4% in 2005, it offsets the

upward trend in price caused by inflation as generic drugs are less expensive than brand drugs.

The $151.3 million, or 3.0%, increase in home delivery revenues in 2006 over 2005 is primarily attributable to higher claim volumes, which accounted for an increase in revenues of approximately $124.3 million. This is primarily due to the increased usage of our home delivery pharmacies by members of new and existing clients, as described above.

Average revenue per home delivery claim increased 0.5% in 2006 from 2005, primarily due to inflation and a significant reduction in claim volume from members participating in discount programs with 100% co-payments who transitioned to Medicare Part D programs, as described above. Partially offsetting this increase is our generic penetration rate which affects our average revenue per home delivery claim. Our penetration rate has increased to 45.7% of total home delivery claims in 2006 as compared to 43.6% in 2005. Our home delivery generic fill rate is lower than the retail generic fill rate as fewer generic substitutions are available among maintenance medications (e.g. therapies for chronic conditions) commonly dispensed from home delivery pharmacies compared to acute medications that are dispensed primarily by pharmacies in our retail networks.

PBM service revenues include amounts received from clients for therapy management services such as prior authorization and step therapy protocols and administrative fees earned for processing claims for clients utilizing their own retail pharmacy networks. PBM service revenues increased $10.8 million, or 7.1%, in 2006 over 2005 primarily due to growth in our Canadian PBM and growth in our Step Therapy Programs, which help our clients save money by focusing the use of medications according to clinically developed algorithms.

Cost of PBM revenues decreased $422.3 million, or 3.2% in 2006 from 2005 as a result of the 7.9% decrease in adjusted claims volume, as well as better management of ingredient costs resulting from renegotiation of certain supplier contracts. Offsetting these decreases was an increase in the cost of revenue per adjusted claim in 2006 of 5.1%, primarily from ingredient cost inflation and a significant reduction of 100% co-payment claims as discussed above.

Our PBM gross profit increased $217.1 million, or 20.9%, in 2006 over 2005. This mainly resulted from client cost savings from the increase in the aggregate generic fill rate, better management of ingredient costs resulting from renegotiation of certain supplier contracts and higher home delivery volumes. The increase in gross profit related to the aggregate generic fill rate was partially offset by lower net rebates received from pharmaceutical manufacturers, net of amounts we share with our clients.

Selling, general and administrative expense ("SG&A") for our PBM segment increased $34.5 million, or 7.2%, in 2006 as compared to 2005 primarily as a result of the following factors:

- Stock option expense of $20.3 million recognized in 2006 due to the implementation of FAS 123R, "Share-Based Payment".
- Increased spending of $22.5 million in 2006 over the same periods of 2005, on costs to improve the operation and the administrative functions supporting the management of the pharmacy benefit.
- Partially offsetting the increases noted above, prior year SG&A included bad debt expense of approximately $8.9 million, primarily relating to an increase in the allowance for receivables from our clients' members.

PBM operating income increased $182.6 million, or 32.5%, in 2006 over 2005, based on the various factors described above.

### PBM RESULTS OF OPERATIONS FOR THE YEAR ENDED DECEMBER 31, 2005 vs. 2004

Network pharmacy revenues decreased $222.6 million, or 2.4%, from 2004 to 2005, primarily due to the following factors:

- Network pharmacy revenues decreased $366.3 million from 2004 to 2005 as a result of a higher mix of lower-cost generic claims and a 2.5% increase in the average co-payment per retail pharmacy claim.

Generic claims made up 55.4% of total network claims processed during 2005 as compared to 51.9% during 2004. We do not include member co-payments to retail pharmacies in revenue or cost of revenue.

- These factors were partially offset by an increase in pharmacy claims, resulting in a $143.7 million increase in network pharmacy revenues as compared to 2004.

The $243.8 million, or 5.1%, increase in home delivery pharmacy revenues in 2005 over 2004 is attributable to the following factors:

- We processed an additional 2.1 million claims in 2005 over 2004, resulting in a $250.7 million increase in home delivery pharmacy revenues. The increase in home delivery volume is primarily due to the increased usage of our home delivery pharmacies by members of existing clients.
- A decrease in the average home delivery revenue per claim reduced home delivery pharmacy revenues by $6.9 million in 2005 from 2004. The decrease in average home delivery revenue per claim is primarily due to a higher mix of generic claims. Our generic fill rate increased to 43.6% in 2005 from 40.5% in 2004.

PBM service revenues increased $51.5 million, or 51.1%, in 2005 over 2004 primarily due to the implementation of the DOD TRICARE retail program in June 2004.

PBM cost of revenues decreased $117.5 million, or 0.9%, from 2004 to 2005 as a result of the following:

- Net decreases in the average cost per claim and a higher mix of generic claims decreased cost of revenues by approximately $369.3 million from 2004 to 2005. The decrease in average cost per claim is due principally to reductions in our acquisition cost for retail pharmacy services and home delivery inventory.
- These decreases were partially offset by the increases in network and home delivery claims volume resulting in higher PBM cost of revenues of $251.5 million as compared to the same periods of 2004.

Our PBM gross profit increased $190.2 million, or 22.4%, in 2005 over 2004. As mentioned above, this mainly resulted from client cost savings from the increase in the aggregate generic fill rate, better management of ingredient costs resulting from renegotiation of certain supplier contracts and higher home delivery volumes.

SG&A for our PBM segment increased $67.0 million, or 16.3%, in 2005 as compared to 2004 primarily as a result of the following factors:

- Increased spending of $55.8 million from 2004 to 2005 on costs to improve the operation and the administrative functions supporting the management of the pharmacy benefit, primarily through increased management incentive compensation.
- Increased spending related to Medicare Part D, including costs to develop the capabilities necessary to support our PDP clients.
- Increased spending on infrastructure primarily due to the development of a new Patient Care Contact Center in Pueblo, Colorado in 2005.
- Bad debt expense increased $7.6 million from 2005 from 2004, related to an increase in the allowance for receivables from our clients' members.
- Partially offsetting the increases noted above, prior year SG&A included a $25.0 million charge recorded in the third quarter to increase legal reserves and a $12.0 million increase in the PCA loss reserve recorded in December 2004 against the unsecured borrowings by PCA under the line of credit we extended (see "—Liquidity and Capital Resources").

PBM operating income increased $123.2 million, or 28.1%, in 2005 over 2004, based on the various factors described above.

*SAAS OPERATING INCOME*

| (in millions) | **2006** | Increase/ (Decrease) | **2005**[1] | Increase | **2004**[2] |
|---|---|---|---|---|---|
| | | | **Year Ended December 31,** | | |
| Product revenues | $ 3,401.0 | 96.0% | $ 1,735.5 | 132.0% | $ 748.1 |
| Service revenues | 132.6 | (8.5%) | 144.9 | 34.5% | 107.7 |
| Total SAAS revenues | 3,533.6 | 87.9% | 1,880.4 | 119.7% | 855.8 |
| Cost of SAAS revenues | 3,292.5 | 91.4% | 1,720.0 | 126.3% | 760.2 |
| SAAS gross profit | 241.1 | 50.3% | 160.4 | 67.8% | 95.6 |
| SAAS SG&A expenses | 161.4 | 104.0% | 79.1 | 92.0% | 41.2 |
| SAAS operating income | $ 79.7 | (2.0%) | $ 81.3 | 49.4% | $ 54.4 |

(1) Includes the acquisition of Priority effective October 14, 2005.
(2) Includes the acquisition of CuraScript effective January 30, 2004.

As noted above, we combined our PBS segment, consisting of our PMG and SDS service lines, with our Specialty segment and formed a SAAS segment in the third quarter of 2006.

*SAAS RESULTS OF OPERATIONS FOR THE YEAR ENDED DECEMBER 31, 2006 vs. 2005*

The acquisition of Priority in October 2005 is a primary driver of the increases in SAAS revenues, SAAS cost of revenues, and SAAS gross profit in 2006 over 2005. Partially offsetting the increases resulting from the acquisition of Priority, the operating income from our Patient Assistance Programs ("PAP") decreased $20.6 million in 2006 from 2005. This is mainly due to fewer PAP shipments and other activities as patients have left our system and shifted to the Medicare Part D program.

Other factors that impacted SAAS results of operations in 2006 from 2005:

- A lower mix of higher margin therapies.
- General increases in distribution cost of sales as a result of a change in wholesale vendor. The new contract offers the possibility of better discounts based on a tiered pricing structure.
- Additional decreases in distribution gross margins due to changes in pricing offered by a manufacturer of certain oncology drugs.

SG&A for our SAAS segment increased $82.3 million, or 104.0%, in 2006 over 2005 primarily due to the acquisition of Priority, and related integration costs. In addition, we incurred a one-time charge to bad debt expense of $4.0 million in the third quarter of 2006 relating to the legacy Priority business.

SAAS operating income slightly decreased $1.6 million, or 2.0%, in 2006 from 2005 based on the factors described above. We believe we are well positioned to capitalize on the growth opportunities inherent in the specialty marketplace.

*SAAS RESULTS OF OPERATIONS FOR THE YEAR ENDED DECEMBER 31, 2005 vs. 2004*

SAAS revenues and cost of revenues in 2005 increased by 119.7% and 126.3% over 2004, respectively, while SAAS gross profit increased by $64.8 million, or 67.8%, in 2005 over 2004. Additional increases resulted from increased utilization of our specialty pharmacies by the PBM book of business, and a $12.0 million improvement in gross profits primarily due to the start up of new eligibility and service programs during 2005.

SG&A for our SAAS segment increased $37.9 million, or 92.0%, in 2005 as compared to 2004. The increase in SG&A in 2005 over 2004 is primarily due to the acquisition of Priority. Additional increases were due to overall growth in the legacy CuraScript business, increased sales expenses in our legacy PBS business and higher marketing expenditures related to the RxOutreach program.

SAAS operating income increased $26.9 million, or 49.4%, in 2005 over 2004 as a result of the various factors described above.

*OTHER (EXPENSE) INCOME, NET*

Net interest expense increased $56.0 million, or 215.4%, in 2006 as compared to 2005, resulting from the refinancing of our entire credit facility during the fourth quarter of 2005 and additional borrowings under our revolver (see "—Bank Credit Facility").

Net interest expense decreased $11.9 million, or 31.4%, in 2005 as compared to 2004. This was the net effect of several factors. In 2004, we redeemed our $250.0 million Senior Notes, and as a result, we recorded a $12.3 million charge to interest expense for the redemption premium and the write-off of deferred financing fees. In addition, we wrote-off $3.6 million in deferred financing fees as a result of refinancing our entire credit facility during the first quarter of 2004. These increases in 2004 interest expense were offset by the October 2005 refinancing of our entire credit facility with a new $2.2 billion credit facility which includes $1.6 billion of Term A loans and a $600.0 million revolving credit facility. As a result, we wrote-off $3.8 million in deferred financing fees in the fourth quarter of 2005.

*PROVISION FOR INCOME TAXES*

Our effective tax rate increased to 35.9% for the year ended December 31, 2006, as compared to 34.9% for the year ended December 31, 2005. Our 2005 effective rate includes the impact of both non-recurring and recurring net tax benefits of approximately $20.0 million resulting primarily from changes in the apportionment of our income for state income tax purposes as well as the recognition of expected state tax benefits associated with prior year subsidiary losses and credits. Our 2006 effective rate reflects non-recurring net tax benefits of $7.3 million mainly related to the impact of changes in state effective rates on deferred tax assets and liabilities.

Our effective tax rate decreased to 34.9% for the year ended December 31, 2005, as compared to 38.3% for the year ended December 31, 2004. The decrease in our effective tax rate reflects the net tax benefits discussed above.

*NET INCOME AND EARNINGS PER SHARE*

Net income increased $74.3 million, or 18.6%, for the year ended December 31, 2006 over 2005 and increased $121.9 million, or 43.8% for the year ended December 31, 2005 over 2004.

Basic and diluted earnings per share increased 24.6% for the year ended December 31, 2006 over 2005 and 49.5% and 49.7%, respectively for the year ended December 31, 2005 over 2004. This increase is primarily due to improved operating results, as well as the decrease in the basic and diluted weighted average number of common shares, relating to the repurchase of 12.0 million and 4.0 million shares in the years ended December 31, 2006 and 2005, respectively (see "—Stock Repurchase Program").

On May 24, 2005, we announced a two-for-one stock split for stockholders of record on June 10, 2005, effective June 24, 2005. The split was effected in the form of a dividend by issuance of one additional share of common stock for each share of common stock outstanding. The earnings per share and the weighted average number of shares outstanding for basic and diluted earnings per share for each period have been adjusted for the stock split.

## LIQUIDITY AND CAPITAL RESOURCES

*OPERATING CASH FLOW AND CAPITAL EXPENDITURES*

In 2006, net cash provided by operations decreased $134.3 million to $658.6 million from $792.9 million. This decrease is due to several factors:

- The $104.3 million decrease in claims and rebates payable (which is a use of cash) was only partially offset by a $16.4 million decrease in accounts receivable (which is a source of cash) resulting in a net $87.9 million use of cash in 2006. This net decrease is partially due to the timing of collections and disbursements surrounding the end of 2005 which resulted in positive cash flows occuring in the fourth quarter of 2005 instead of 2006. In addition, there was a decrease in claim volume and lower rebates due to certain formulary changes made in 2006. We manage our business to operate with negative net working capital. As a result, when we experience a reduction in claim volume, our negative net working capital position will decline as well, resulting in a use of cash.
- The decrease in other current liabilities in 2006 reduced operating cash flows by approximately $3.3 million, due to the payout of management incentive bonuses in the first quarter of 2006, and timing of payments to vendors, partially offset by other various increases.
- As a result of the adoption of FAS 123R on January 1, 2006, tax benefits from the exercise of stock options are now classified as financing cash flows, rather than operating cash flows. In 2005, cash flow from operating activities included a cash inflow of $35.6 million related to tax benefits from the exercise of stock options.
- These decreases were partially offset by increases in earnings and in depreciation and amortization, and other positive changes in certain working capital components. The primary component of the net positive working capital changes was a $78.7 million decrease in inventory, which is a cash inflow. This was primarily as a result of the consolidation of specialty pharmacies as part of our efforts to integrate our Priority acquisition.

During 2005, net cash provided by operations increased $296.7 million to $792.9 million from $496.2 million in 2004. This increase reflects a $138.7 million increase from net changes in our working capital components, increased earnings of $121.9 million, a $34.3 million increase in non-cash adjustments, and a $14.3 million increase in depreciation and amortization, partially due to the acquisition of Priority in October 2005. The increase from changes in our working capital components primarily consists of an $83.9 million increase resulting from the timing of payments to vendors, a $27.3 million increase due to improved inventory management, and a $14.9 million increase due to a lower accounts receivable balance. The increase in non-cash adjustments is mainly due to an increase of $24.7 million related to higher tax benefits from the exercise of employee stock options during 2005 and a $12.1 million increase in bad debt expense, offset by a decrease of $0.8 million in deferred taxes. These increases were offset by a $12.0 million increase in 2004 as a result of establishing our PCA loss reserve.

As a percent of accounts receivable, our allowance for doubtful accounts was 5.7% and 4.0% at December 31, 2006 and 2005, respectively. This increase is primarily due to a one-time adjustment to the allowance for doubtful accounts in our SAAS segment in the third quarter of 2006, specifically related to the legacy Priority business. The majority of this adjustment resulted in an increase of goodwill as the allowance related to pre-acquisition accounts receivable.

Our capital expenditures increased $7.0 million, or 11.7%, in 2006 as compared to 2005, increased $8.3 million, or 16.1%, in 2005 as compared to 2004. We intend to continue to invest in technology that we believe will provide efficiencies in operations and facilitate growth and enhance the service we provide to our clients. We expect future anticipated capital expenditures will be funded primarily from operating cash flow or, to the extent necessary, with borrowings under our revolving credit facility, discussed below.

Our Patient Care Contact Center in Pueblo, Colorado, was completed during the fourth quarter of 2005. Total 2005 expenditures for the project were approximately $12.5 million, of which approximately $5.5 million was expensed and approximately $7.0 million was capitalized. Of the $7.0 million that was capitalized for the project, approximately $5.5 million was reimbursed by the city of Pueblo and state of Colorado.

*STOCK REPURCHASE PROGRAM*

We have a stock repurchase program, originally announced on October 25, 1996. In May 2006, our Board of Directors authorized a 10.0 million share increase to the existing 38.0 million share repurchase program. In February 2007, our Board of Directors authorized an increase in the program such that subsequent to the resolution, we are authorized to repurchase up to $1.0 billion worth of shares or 14.1 million shares, whichever occurs first. There is no limit on the duration of the program. Additional share repurchases, if any, will be made in such amounts and at such times as we deem appropriate based upon prevailing market and business conditions, subject to restrictions on the amount of stock repurchases contained in our bank credit facility. In the event that we are not successful in our bid to acquire Caremark (see—"Recent Developments"), we expect to repurchase up to $1.0 billion of shares as soon as practicable.

*ACQUISITIONS AND RELATED TRANSACTIONS*

On October 14, 2005, we acquired the capital stock of Priority in a cash transaction for $28 per share, or approximately $1.3 billion. The acquisition was accomplished through the merger of one of our wholly-owned subsidiaries with and into Priority. Priority, headquartered in Lake Mary, Florida, is among the nation's largest Specialty and distribution companies, with approximately $1.7 billion in annual revenue during 2004 and approximately $1.1 billion in revenue for the six months ended July 2, 2005. The $1.3 billion purchase price was financed with approximately $167.0 million of cash on hand and the remainder by adding $1.6 billion in Term A loans through a new credit facility which replaced our prior credit facility. As a result of this refinancing, we wrote-off approximately $3.8 million in deferred financing fees relating to our prior credit facility in the fourth quarter of 2005.

Aetna Specialty Pharmacy, a joint venture existing between Priority and Aetna, Inc. ("Aetna"), was 60% owned by Priority and 40% by Aetna. Upon a change in control of Priority, the joint venture agreement provided Aetna with an option to purchase Priority's 60% ownership share of the joint venture. Aetna exercised its option and on December 30, 2005 purchased Priority's 60% ownership share of Aetna Specialty Pharmacy. The gain on the assets sold, which was not material, reduced the amount of goodwill we recorded through the Priority acquisition.

On January 30, 2004, we purchased the capital stock of CuraScript for a purchase price of approximately $333.4 million. CuraScript is one of the nation's largest Specialty services companies, serving over 175 managed care organizations, 30 Medicaid programs and the Medicare program, and operating seven Specialty pharmacies throughout the United States.

The CuraScript and Priority acquisitions have enhanced our ability to provide comprehensive clinical services in many disease states.

We regularly review potential acquisitions and affiliation opportunities. We believe available cash resources, bank financing or the issuance of additional common stock could be used to finance future acquisitions or affiliations. There can be no assurance we will make new acquisitions or establish new affiliations in 2007 or thereafter.

*BANK CREDIT FACILITY*

In October 2005, we refinanced our entire credit facility with a $2.2 billion credit facility which includes $1.6 billion of Term A loans and a $600.0 million revolving credit facility. The revolving credit facility ($50.0 million of which was outstanding as of December 31, 2006) is available for general corporate purposes. During the fourth quarter of 2006, we made scheduled payments of $30.0 million on our Term A loan and net payments of $150.0 million under our revolving credit facility.

Our credit facility requires us to pay interest periodically on the London Interbank Offered Rates ("LIBOR") or base rate options, plus a margin. The margin over LIBOR will range from 0.50% to 1.125%, depending on our consolidated leverage ratio or our credit rating. Under our credit facility we are required to pay

commitment fees on the unused portion of the $600.0 million revolving credit facility. The commitment fee will range from 0.10% to 0.25% depending on our consolidated leverage ratio or our credit rating.

At December 31, 2006, the weighted average interest rate on the facility was 6.0%. Our credit facility contains covenants that limit the indebtedness we may incur, the common shares we may repurchase, and dividends we may pay. The repurchase and dividend covenant applies if certain leverage thresholds are exceeded. The covenants also include a minimum interest coverage ratio and a maximum leverage ratio. At December 31, 2006, we were in compliance with all covenants associated with our credit facility.

On December 18, 2006, we executed commitment letters with Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc., as lead arrangers, and Credit Suisse, Cayman Islands Branch and Citicorp North America, Inc., to provide, subject to certain conditions, senior bank financing of up to $15.0 billion to acquire the stock of Caremark. If closed, this would replace our current credit facility.

*CONTRACTUAL OBLIGATIONS AND COMMERCIAL COMMITMENTS*

The following table sets forth our schedule of current maturities of our long-term debt as of December 31, 2006, and future minimum lease payments due under noncancellable operating leases (in millions):

| Contractual obligations | Payments Due by Period as of December 31, 2006 | | | | |
|---|---|---|---|---|---|
| | **Total** | **2007** | **2008 – 2009** | **2010 – 2011** | **After 2012** |
| Long-term debt | $ 1,450.5 | $ 180.1 | $ 730.1 | $ 540.2 | $ 0.1 |
| Future minimum lease Payments [1] [2] | 101.2 | 26.3 | 30.5 | 15.3 | 29.1 |
| Total contractual cash obligations | $ 1,551.7 | $ 206.4 | $ 760.6 | $ 555.5 | $ 29.2 |

    (1)   In July 2004, we entered into a capital lease with the Camden County Joint Development Authority in association with the development of our Patient Care Contact Center in St. Marys, Georgia. At December 31, 2006, our lease obligation is $13.5 million. In accordance with Financial Accounting Standards Board ("FASB") Interpretation Number 39, "Offsetting of Amounts Related to Certain Contracts" ("FIN 39"), our lease obligation has been offset against $13.5 million of industrial revenue bonds issued to us by the Camden County Joint Development Authority.

    (2)   This table does not reflect a lease agreement we signed during 2005 for new corporate headquarters. The building is in the process of being built and we do not anticipate taking possession until the first quarter of 2007. The annual lease commitments will begin at approximately $4.5 million and the term of the lease is ten and a half years.

## OTHER MATTERS

In July 2006, the FASB issued FIN 48, "Accounting for Uncertainty in Income Taxes--an Interpretation of FASB Statement No. 109." This interpretation requires that realization of an uncertain income tax position must be "more likely than not" (i.e., greater than 50% likelihood of receiving a benefit) before it can be recognized in the financial statements. Further, this interpretation prescribes the benefit to be recorded in the financial statements as the amount most likely to be realized assuming a review by tax authorities having all relevant information and applying current conventions. This interpretation also clarifies the financial statement classification of tax-related penalties and interest and sets forth new disclosures regarding unrecognized tax benefits. This interpretation is effective for fiscal years beginning after December 15, 2006, and we will be required to adopt this interpretation in the first quarter of 2007. Based on our evaluation as of December 31, 2006, we do not believe that FIN 48 will have a material impact on our financial statements.

We make available through our website (www.express-scripts.com), access to our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, all amendments to those reports (when applicable), and other filings with the SEC. Such access is free of charge and is available as soon as reasonably practicable after such information is filed with the SEC. In addition, the SEC maintains an internet site (www.sec.gov) containing reports, proxy and information statements, and other information regarding issuers filing electronically with the SEC (which includes us). Information included on our website is not part of this annual report.

## IMPACT OF INFLATION

Changes in prices charged by manufacturers and wholesalers for pharmaceuticals affect our revenues and cost of revenues. Most of our contracts provide that we bill clients based on a generally recognized price index for pharmaceuticals.

## Item 7A. Quantitative and Qualitative Disclosures About Market Risk.

We are exposed to market risk from changes in interest rates related to debt outstanding under our credit facility. Our earnings are subject to change as a result of movements in market interest rates. At December 31, 2006, we had $1,319.5 million of obligations, net of cash, which were subject to variable rates of interest under our credit facility. A hypothetical increase in interest rates of 1% would result in an increase in annual interest expense of approximately $13.2 million (pre-tax), presuming that obligations subject to variable interest rates remained constant.

**Item 8 — Consolidated Financial Statements and Supplementary Data**

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors and Stockholders of Express Scripts, Inc.:

We have completed integrated audits of Express Scripts, Inc.'s consolidated financial statements and of its internal control over financial reporting as of December 31, 2006, in accordance with the standards of the Public Company Accounting Oversight Board (United States). Our opinions, based on our audits, are presented below.

Consolidated financial statements and financial statement schedule

In our opinion, the consolidated financial statements listed in the index appearing under Item 15(a)(1) present fairly, in all material respects, the financial position of Express Scripts, Inc. and its subsidiaries at December 31, 2006 and 2005, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2006 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the index appearing under Item 15(a)(2) presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. These financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and financial statement schedule based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

As discussed in Note 1 to the consolidated financial statements, the Company changed the manner in which it accounts for stock-based compensation for the year ended December 31, 2006.

Internal control over financial reporting

Also, in our opinion, management's assessment, included in Management's Report on Internal Control Over Financial Reporting appearing under Item 9A, that the Company maintained effective internal control over financial reporting as of December 31, 2006 based on criteria established in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), is fairly stated, in all material respects, based on those criteria. Furthermore, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2006, based on criteria established in Internal Control - Integrated Framework issued by the COSO. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express opinions on management's assessment and on the effectiveness of the Company's internal control over financial reporting based on our audit. We conducted our audit of internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. An audit of internal control over financial reporting includes obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we consider necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance

regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ PricewaterhouseCoopersLLP
St. Louis, Missouri
February 8, 2007

**EXPRESS SCRIPTS, INC.**
**CONSOLIDATED BALANCE SHEET**

| *(in millions, except share data)* | December 31, | |
|---|---|---|
| | **2006** | **2005** |
| Assets | | |
| Current assets: | | |
| Cash and cash equivalents | $ 131.0 | $ 477.9 |
| Receivables, net | 1,334.4 | 1,393.2 |
| Inventories | 194.6 | 273.4 |
| Deferred taxes | 90.9 | 53.1 |
| Prepaid expenses and other current assets | 21.2 | 59.8 |
| Total current assets | 1,772.1 | 2,257.4 |
| Property and equipment, net | 201.4 | 201.3 |
| Goodwill | 2,686.0 | 2,700.1 |
| Other intangible assets, net | 378.4 | 303.3 |
| Other assets | 70.2 | 31.4 |
| Total assets | $ 5,108.1 | $ 5,493.5 |
| | | |
| Liabilities and Stockholders' Equity | | |
| Current liabilities: | | |
| Claims and rebates payable | $ 1,275.7 | $ 1,380.0 |
| Accounts payable | 583.4 | 596.5 |
| Accrued expenses | 390.2 | 308.7 |
| Current maturities of long-term debt | 180.1 | 110.0 |
| Total current liabilities | 2,429.4 | 2,395.2 |
| Long-term debt | 1,270.4 | 1,400.5 |
| Other liabilities | 283.4 | 233.0 |
| Total liabilities | 3,983.2 | 4,028.7 |
| | | |
| Commitments and Contingencies (Note 8) | | |
| | | |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value, 5,000,000 shares authorized, and no shares issued and outstanding | - | - |
| Common Stock, 650,000,000 and 275,000,000 shares authorized, respectively, $0.01 par value; shares issued: 159,442,000 and 159,499,000, respectively; shares outstanding: 135,650,000 and 145,993,000, respectively | 1.6 | 1.6 |
| Additional paid-in capital | 495.3 | 473.5 |
| Unearned compensation under employee compensation plans | - | (5.8) |
| Accumulated other comprehensive income | 11.9 | 9.8 |
| Retained earnings | 2,017.3 | 1,542.9 |
| | 2,526.1 | 2,022.0 |
| Common Stock in treasury at cost, 23,792,000 and 13,506,000 shares, respectively | (1,401.2) | (557.2) |
| Total stockholders' equity | 1,124.9 | 1,464.8 |
| Total liabilities and stockholders' equity | $ 5,108.1 | $ 5,493.5 |

*See accompanying Notes to Consolidated Financial Statements*

54

**EXPRESS SCRIPTS, INC.**
**CONSOLIDATED STATEMENT OF OPERATIONS**

| | Year Ended December 31, | | |
|---|---|---|---|
| *(in millions, except per share data)* | **2006** | **2005** | **2004** |
| Revenues [1] | $ 17,660.0 | $ 16,212.0 | $ 15,114.7 |
| Cost of revenues [1] | 16,163.0 | 15,012.8 | 14,170.5 |
| Gross profit | 1,497.0 | 1,199.2 | 944.2 |
| Selling, general and administrative | 672.9 | 556.1 | 451.2 |
| Operating income | 824.1 | 643.1 | 493.0 |
| Other income (expense): | | | |
| Interest income | 13.7 | 11.2 | 3.8 |
| Interest expense | (95.7) | (37.2) | (41.7) |
| Undistributed loss from joint venture | (1.6) | (2.4) | (4.5) |
| | (83.6) | (28.4) | (42.4) |
| Income before income taxes | 740.5 | 614.7 | 450.6 |
| Provision for income taxes | 266.1 | 214.6 | 172.4 |
| Net income | $      474.4 | $      400.1 | $      278.2 |
| Basic earnings per share: | $      3.39 | $      2.72 | $      1.82 |
| Weighted average number of common shares outstanding during the period - Basic EPS | 139.8 | 146.8 | 152.8 |
| Diluted earnings per share: | $      3.34 | $      2.68 | $      1.79 |
| Weighted average number of common shares outstanding during the period - Diluted EPS | 142.0 | 149.5 | 155.0 |

[1] *Excludes estimated retail pharmacy co-payments of $4,175.3, $5,821.8 and $5,545.9 for the years ended December 31, 2006, 2005, and 2004, respectively. These are amounts we instructed retail pharmacies to collect from members. We have no information regarding actual co-payments collected.*

*See accompanying Notes to Consolidated Financial Statements*

**EXPRESS SCRIPTS, INC.**
**CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY**

| (in millions) | Number of Shares — Common Stock | Amount — Common Stock | Additional Paid-in Capital | Unearned Compensation Under Employee Compensation Plans | Accumulated Other Comprehensive Income | Retained Earnings | Treasury Stock | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at December 31, 2003 | 79.8 | $ 0.8 | $ 484.7 | $ (23.3) | $ 3.6 | $ 864.6 | $ (136.4) | $ 1,194.0 |
| Comprehensive income: | | | | | | | | |
| Net income | - | - | - | - | - | 278.2 | - | 278.2 |
| Other comprehensive income, | | | | | | | | |
| Foreign currency translation adjustment | - | - | - | - | 3.3 | - | - | 3.3 |
| Realized and unrealized losses on derivative financial instruments; net of taxes | - | - | - | - | 1.3 | - | - | 1.3 |
| Comprehensive income | - | - | - | - | 4.6 | 278.2 | - | 282.8 |
| Treasury stock acquired | - | - | - | - | - | - | (336.4) | (336.4) |
| Common stock issued under employee plans, net of forfeitures and stock redeemed for taxes | - | - | 0.5 | (6.7) | - | - | 9.4 | 3.2 |
| Amortization of unearned compensation under employee plans | - | - | - | 11.8 | - | - | - | 11.8 |
| Exercise of stock options | - | - | (30.2) | - | - | - | 58.6 | 28.4 |
| Exercise of stock warrants | - | - | 1.5 | - | - | - | - | 1.5 |
| Tax benefit relating to employee stock compensation | - | - | 10.9 | - | - | - | - | 10.9 |
| Balance at December 31, 2004 | 79.8 | 0.8 | 467.4 | (18.2) | 8.2 | 1,142.8 | (404.8) | 1,196.2 |
| Comprehensive income: | | | | | | | | |
| Net income | - | - | - | - | - | 400.1 | - | 400.1 |
| Other comprehensive income, | | | | | | | | |
| Foreign currency translation adjustment | - | - | - | - | 1.6 | - | - | 1.6 |
| Comprehensive income | - | - | - | - | 1.6 | 400.1 | - | 401.7 |
| Stock split in form of dividend | 79.7 | 0.8 | (0.8) | - | - | - | - | - |
| Treasury stock acquired | - | - | - | - | - | - | (220.4) | (220.4) |
| Common stock issued under employee plans, net of forfeitures and stock redeemed for taxes | - | - | (3.4) | 0.9 | - | - | 0.9 | (1.6) |
| Amortization of unearned compensation under employee plans | - | - | - | 11.5 | - | - | - | 11.5 |
| Exercise of stock options | - | - | (25.3) | - | - | - | 67.1 | 41.8 |
| Tax benefit relating to employee stock compensation | - | - | 35.6 | - | - | - | - | 35.6 |
| Balance at December 31, 2005 | 159.5 | 1.6 | 473.5 | (5.8) | 9.8 | 1,542.9 | (557.2) | 1,464.8 |
| Comprehensive income: | | | | | | | | |
| Net income | - | - | - | - | - | 474.4 | - | 474.4 |
| Other comprehensive income, | | | | | | | | |
| Foreign currency translation adjustment | - | - | - | - | 0.1 | - | - | 0.1 |
| Realized and unrealized gain on available for sale securities; net of taxes | - | - | - | - | 2.0 | - | - | 2.0 |
| Comprehensive income | - | - | - | - | 2.1 | 474.4 | - | 476.5 |
| Reclassification of unearned compensation upon adoption of FAS 123R | - | - | (5.8) | 5.8 | - | - | - | - |
| Treasury stock acquired | - | - | - | - | - | - | (906.8) | (906.8) |
| Common stock issued under employee plans, net of forfeitures and stock redeemed for taxes | (0.1) | - | (7.5) | - | - | - | 5.6 | (1.9) |
| Amortization of unearned compensation under employee plans | - | - | 27.6 | - | - | - | - | 27.6 |
| Exercise of stock options | - | - | (22.9) | - | - | - | 57.2 | 34.3 |
| Tax benefit relating to employee stock compensation | - | - | 30.4 | - | - | - | - | 30.4 |
| Balance at December 31, 2006 | 159.4 | $ 1.6 | $ 495.3 | $ - | $ 11.9 | $ 2,017.3 | $ (1,401.2) | $ 1,124.9 |

*See accompanying Notes to Consolidated Financial Statements*

**EXPRESS SCRIPTS, INC.**
**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Year Ended December 31, | | |
|---|---|---|---|
| (in millions) | 2006 | 2005 | 2004 |
| Cash flows from operating activities: | | | |
| Net income | $   474.4 | $   400.1 | $   278.2 |
| Adjustments to reconcile net income to net cash | | | |
| provided by operating activities: | | | |
| Depreciation and amortization | 101.0 | 84.4 | 70.1 |
| Deferred income taxes | 7.9 | 18.3 | 19.1 |
| Bad debt expense | 17.7 | 18.3 | 6.2 |
| Tax benefit relating to employee stock-based compensation | - | 35.6 | 10.9 |
| Employee stock-based compensation expense | 27.6 | 11.5 | 11.8 |
| PCA loss reserve | - | - | 12.0 |
| Other, net | (0.1) | 5.1 | 7.0 |
| Changes in operating assets and liabilities, net of | | | |
| changes resulting from acquisitions: | | | |
| Receivables | 16.4 | 5.8 | (9.1) |
| Inventories | 78.7 | (5.0) | (32.3) |
| Other current and non-current assets | 42.6 | 6.0 | (6.7) |
| Claims and rebates payable | (104.3) | 143.2 | 91.0 |
| Other current and non-current liabilities | (3.3) | 69.6 | 38.0 |
| Net cash provided by operating activities | 658.6 | 792.9 | 496.2 |
| | | | |
| Cash flows from investing activities: | | | |
| Purchases of property and equipment | (66.8) | (59.8) | (51.5) |
| Acquisitions, net of cash acquired, and investment in joint venture | 0.1 | (1,310.6) | (331.6) |
| Purchase of marketable securities | (31.5) | (0.3) | 0.1 |
| Repayment from (loan to) Pharmacy Care Alliance | 1.0 | 2.2 | (14.0) |
| Other | (3.8) | (0.1) | - |
| Net cash used in investing activities | (101.0) | (1,368.6) | (397.0) |
| | | | |
| Cash flows from financing activities: | | | |
| Proceeds from long-term debt | - | 1,600.0 | 675.6 |
| Repayment of long-term debt | (110.1) | (473.6) | (746.0) |
| Proceeds from (repayments of) revolving credit line, net | 50.0 | (50.0) | 50.0 |
| Tax benefit relating to employee stock-based compensation | 30.4 | - | - |
| Treasury stock acquired | (906.8) | (220.4) | (336.4) |
| Deferred financing fees | (0.4) | (9.5) | (6.0) |
| Net proceeds from employee stock plans | 32.2 | 40.0 | 31.0 |
| Other | - | 0.5 | 1.4 |
| Net cash (used in) provided by financing activities | (904.7) | 887.0 | (330.4) |
| | | | |
| Effect of foreign currency translation adjustment | 0.2 | 0.6 | 1.2 |
| | | | |
| Net (decrease) increase in cash and cash equivalents | (346.9) | 311.9 | (230.0) |
| Cash and cash equivalents at beginning of year | 477.9 | 166.0 | 396.0 |
| Cash and cash equivalents at end of year | $   131.0 | $   477.9 | $   166.0 |
| | | | |
| Supplemental data: | | | |
| Cash paid during the year for: | | | |
| Income tax payments, net of refunds | $   192.9 | $   206.2 | $   136.0 |
| Interest | 96.9 | 21.7 | 24.2 |

*See accompanying Notes to Consolidated Financial Statements*

**EXPRESS SCRIPTS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

---

1.      **Summary of significant accounting policies**

*Organization and operations.* We are one of the largest full-service pharmacy benefit management ("PBM") companies in North America, providing health care management and administration services on behalf of clients that include health maintenance organizations, health insurers, third-party administrators, employers, union-sponsored benefit plans and government health programs. Our integrated PBM services include network claims processing, home delivery pharmacy services, specialty prescription fulfillment, benefit design consultation, drug utilization review, formulary management, disease management and drug data analysis services.  We provide specialty services, including patient care and direct specialty home delivery to patients; distribution of infusion drugs to patient homes, physician offices, and infusion centers; distribution of pharmaceuticals and medical supplies to providers and clinics; third party logistics services for contracted pharma clients; fertility services to providers and patients; and bio-pharma services including marketing, reimbursement and customized logistics solutions ("Specialty").  Specialty services do not include the fulfillment of specialty prescriptions at retail pharmacies participating in our networks.  These prescriptions are reflected in PBM retail pharmacies participating in our networks. We also provide drug sample fulfillment and sample accountability services.

We report segments on the basis of services offered and have determined we have two reportable segments: PBM and SAAS.  Our domestic and Canadian PBM operating segments have similar characteristics and as such have been aggregated into a single PBM reporting segment.  Our SAAS segment includes the Specialty operations of CuraScript, Inc. ("CuraScript"), and our Specialty Distribution Services ("SDS") and Phoenix Marketing Group LLC ("PMG") service lines.  Prior to the third quarter of 2006, SDS and PMG were included in a separate Pharma Business Solutions ("PBS") segment.  During the third quarter of 2006, the operations of the Specialty business and the PBS unit were combined in order to capture the natural synergies between these two businesses, which share common products and customers.  Accordingly, these two businesses are now combined into one reporting segment labeled Specialty and Ancillary Services.  Prior period data has been reclassified to reflect the change in our operating and reporting segments (see Note 11).

*Basis of presentation.*   The consolidated financial statements include our accounts and those of our wholly-owned subsidiaries. All significant intercompany accounts and transactions have been eliminated. Investments in affiliated companies, 20% to 50% owned, are accounted for under the equity method. The preparation of the consolidated financial statements conforms to generally accepted accounting principles in the United States., and requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual amounts could differ from those estimates and assumptions.

*Cash and cash equivalents.*  Cash and cash equivalents include cash on hand and investments with original maturities of three months or less. We have banking relationships resulting in certain cash disbursement accounts being maintained by banks not holding our cash concentration accounts.  As a result, cash disbursement accounts carrying negative book balances of $161.2 million and $170.5 million (representing outstanding checks not yet presented for payment) have been reclassified to claims and rebates payable, accounts payable and accrued expenses at December 31, 2006 and 2005, respectively. This reclassification restores balances to cash and current liabilities for liabilities to our vendors which have not been settled.  No overdraft or unsecured short-term loan exists in relation to these negative balances.

*Accounts receivable.*  Based on our revenue recognition policies discussed below, certain claims at the end of a period are unbilled. Revenue and unbilled receivables for those claims are estimated each period based on the amount to be paid to network pharmacies and historical gross margin. Estimates are adjusted to actual at the time of billing.  Historically, adjustments to our original estimates have been relatively immaterial. As of December 31, 2006 and 2005, unbilled receivables were $593.4 million and

$686.0 million, respectively. Unbilled receivables are billed to clients typically within 30 days based on the contractual billing schedule agreed upon with the client.

We provide an allowance for doubtful accounts equal to estimated uncollectible receivables. This estimate is based on the current status of each customer's receivable balance as well as current economic and market conditions.   Receivables are written off against the allowance only upon determination that such amounts are not recoverable and all collection attempts have failed.

As of December 31, 2006 and 2005, we have an allowance for doubtful accounts of $77.1 million and $57.9 million, respectively.   This increase is primarily due to a one-time adjustment to the allowance for doubtful accounts in our SAAS segment in 2006, specifically related to the legacy Priority Healthcare Corporation ("Priority") business.  The majority of this adjustment resulted in an increase of goodwill in the allocation of the Priority purchase price as the allowance related to pre-acquisition accounts receivable (see Note 2).

*Inventories.*   Inventories consist of prescription drugs and medical supplies that are stated at the lower of first-in first-out cost or market.

*Property and equipment.*   Property and equipment is carried at cost and is depreciated using the straight-line method over estimated useful lives of seven years for furniture and three to five years for equipment and purchased computer software. Leasehold improvements are amortized on a straight-line basis over the remaining term of the lease or the useful life of the asset, if shorter. Expenditures for repairs, maintenance and renewals are charged to expense as incurred. Expenditures that improve an asset or extend its estimated useful life are capitalized. When properties are retired or otherwise disposed of, the related cost and accumulated depreciation are removed from the accounts and any gain or loss is included in income.

Research and development expenditures relating to the development of software for internal purposes are charged to expense until technological feasibility is established in accordance with Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use". Thereafter, the remaining software production costs up to the date placed into production are capitalized and included as Property and Equipment. Amortization of the capitalized amounts commences on the date placed into production, and is computed on a product-by-product basis using the straight-line method over the remaining estimated economic life of the product but not more than five years. Reductions, if any, in the carrying value of capitalized software costs to net realizable value are expensed. With respect to capitalized software costs, we recorded amortization expense of $17.4 million in 2006 and 2005 and $14.1 million in 2004.

*Marketable securities.*   All investments not included as cash and cash equivalents are accounted for under Financial Accounting Standards Board Statement No. ("FAS") 115, "Accounting for Certain Investments in Debt and Equity Securities." Management determines the appropriate classification of our marketable securities at the time of purchase and reevaluates such determination at each balance sheet date. All marketable securities at December 31, 2006 and 2005 were recorded in other non-current assets on our Consolidated Balance Sheet.

Securities bought and held principally for the purpose of selling them in the near term are classified as trading securities. Trading securities are reported at fair value, which is based upon quoted market prices, with unrealized holding gains and losses included in earnings.  We held trading securities, consisting primarily of mutual funds, of $25.0 million and $23.6 million at December 31, 2006 and 2005, respectively.  We maintain our trading securities to offset changes in certain liabilities related to our deferred compensation plan discussed in Note 10. Net gains recognized on the trading portfolio were $2.7 million, $1.1 million, and $1.4 million in 2006, 2005, and 2004, respectively.

Securities not classified as trading or held-to-maturity securities are classified as available-for-sale securities.  Available-for-sale securities are reported at fair value, which is based upon quoted market prices, with unrealized holding gains and losses reported through other comprehensive income, net of

applicable taxes. At December 31, 2006, we held available-for-sale securities with a value of $33.4 million, consisting primarily of common stock of Caremark Rx, Inc. ("Caremark"). In 2006, we recorded unrealized gains on our available-for-sale securities of $3.4 million ($2.0 million, net of tax) in other comprehensive income.

**Goodwill.** Goodwill is evaluated for impairment annually or when events or circumstances occur indicating that goodwill might be impaired. In accordance with FAS No. 142, "Goodwill and Other Intangible Assets," the evaluation is a two-step process that begins with an estimation of the fair value of the reporting units. The first step assesses potential impairment and the second step measures that impairment. The measurement of possible impairment is based on the comparison of the fair value of each reporting unit with the book value of its assets. We evaluate goodwill separately for the domestic PBM operations, Canadian PBM operations and the SAAS reporting unit. No such impairment existed at December 31, 2006 or 2005.

**Other intangible assets.** Other intangible assets include, but are not limited to, customer contracts and relationships, non-compete agreements, deferred financing fees, trade names and certain advance discounts paid to clients under contractual agreements. Other intangible assets, excluding customer contracts, customer relationships and trade names, are recorded at cost. Customer contracts and relationships are valued based on discounted cash flows over the expected life of the intangible asset. Excluding trade names which have an indefinite life, other intangible assets are amortized on a straight-line basis, which approximates the pattern of benefit, over periods from two to 20 years (see Note 5). The amount reported is net of accumulated amortization of $168.8 million and $159.5 million at December 31, 2006 and 2005, respectively. Amortization expense for customer-related intangibles and non-compete agreements included in selling, general and administrative expenses was $34.1 million, $21.3 million and $17.8 million for the years ended December 31, 2006, 2005 and 2004, respectively. Amortization expense for deferred financing fees included in interest expense was $1.9 million, $1.2 million and $1.3 million in 2006, 2005 and 2004, respectively. Amortization expense for advance discounts paid to customers is recorded against revenue and was $5.2 million, $10.7 million and $8.3 million in 2006, 2005 and 2004, respectively.

**Impairment of long lived assets.** We evaluate whether events and circumstances have occurred that indicate the remaining estimated useful life of long lived assets, including other intangible assets, may warrant revision or that the remaining balance of an asset may not be recoverable. The measurement of possible impairment is based on the ability to recover the balance of assets from expected future operating cash flows on an undiscounted basis. Impairment losses, if any, would be determined based on the present value of the cash flows using discount rates that reflect the inherent risk of the underlying business. No such impairment existed as of December 31, 2006 or 2005.

**Self-insurance reserves.** We maintain insurance coverage for claims that arise in the normal course of business. Where insurance coverage is not available, or, in our judgment, is not cost-effective, we maintain self-insurance reserves to reduce our exposure to future legal costs, settlements and judgments. Self-insured losses are accrued based upon estimates of the aggregate liability for the costs of uninsured claims incurred using certain actuarial assumptions followed in the insurance industry and our historical experience (see Note 8). It is not possible to predict with certainty the outcome of these claims, and we can give no assurances that any losses, in excess of our insurance and any self-insurance reserves, will not be material.

**Fair value of financial instruments.** The carrying value of cash and cash equivalents, accounts receivable, claims and rebates payable, and accounts payable approximated fair values due to the short-term maturities of these instruments. The fair value, which approximates the carrying value, of our bank credit facility was estimated using either quoted market prices or the current rates offered to us for debt with similar maturity.

**Revenue recognition.** Revenues from our PBM segment are earned by dispensing prescriptions from our home delivery pharmacies, processing claims for prescriptions filled by retail pharmacies in our networks, and by providing services to drug manufacturers, including administration of discount programs

(see also "— Rebate Accounting").

Revenues from dispensing prescriptions from our home delivery pharmacies, which include the co-payment received from members of the health plans we serve, are recorded when prescriptions are shipped.  At the time of shipment, our earnings process is complete: the obligation of our customer to pay for the drugs is fixed, and, due to the nature of the product, the member may not return the drugs nor receive a refund.

Revenues related to the sale of prescription drugs by retail pharmacies in our networks consist of the amount the client has contracted to pay us (which excludes the co-payment) for the dispensing of such drugs together with any associated administrative fees.  These revenues are recognized when the claim is processed.  When we independently have a contractual obligation to pay our network pharmacy providers for benefits provided to our clients' members, we act as a principal in the arrangement and we include the total payments we have contracted to receive from these clients as revenue, and payments we make to the network pharmacy providers as cost of revenue in compliance with Emerging Issues Task Force ("EITF") Issue No. 99-19, "Reporting Gross Revenue as a Principal vs. Net as an Agent."  When a prescription is presented by a member to a retail pharmacy within our network, we are solely responsible for confirming member eligibility, performing drug utilization review, reviewing for drug-to-drug interactions, performing clinical intervention, which may involve a call to the member's physician, communicating plan provisions to the pharmacy, directing payment to the pharmacy and billing the client for the amount they are contractually obligated to pay us for the prescription dispensed, as specified within our client contracts.  We also provide benefit design and formulary consultation services to clients.  We have separately negotiated contractual relationships with our clients and with network pharmacies, and under our contracts with pharmacies we assume the credit risk of our clients' ability to pay for drugs dispensed by these pharmacies to clients' members.  Our clients are not obligated to pay the pharmacies as we are primarily obligated to pay retail pharmacies in our network the contractually agreed upon amount for the prescription dispensed, as specified within our provider contracts.  In addition, under most of our client contracts, we realize a positive or negative margin represented by the difference between the negotiated ingredient costs we will receive from our clients and the separately negotiated ingredient costs we will pay to our network pharmacies.  These factors indicate we are a principal as defined by EITF 99-19 and, as such, we record ingredient cost billed to clients in revenue and the corresponding ingredient cost paid to network pharmacies in cost of revenues.

If we merely administer a client's network pharmacy contracts to which we are not a party and under which we do not assume credit risk, we record only our administrative fees as revenue. For these clients, we earn an administrative fee for collecting payments from the client and remitting the corresponding amount to the pharmacies in the client's network. In these transactions we act as a conduit for the client. Because we are not the principal in these transactions, drug ingredient cost is not included in our revenues or in our cost of revenues.

In retail pharmacy transactions, amounts paid to pharmacies and amounts charged to clients are always exclusive of the applicable co-payment. Under our pharmacy agreements, the pharmacy is solely obligated to collect the co-payment from the member based on the amount we advise them to collect.  We have no information regarding actual co-payments collected.  As such, we do not include member co-payments to retail pharmacies in our revenue or in our cost of revenue.  Retail pharmacy co-payments, which we instructed retail pharmacies to collect from members, of $4.2 billion, $5.8 billion and $5.5 billion for the years ended December 31, 2006, 2005, and 2004, respectively, are excluded from revenues and cost of revenues.  Many of our clients' members who previously participated in higher co-payment discount programs have transitioned to Medicare Part D programs in 2006.  As a result, retail pharmacy co-payments decreased in the year ended December 31, 2006 as compared to the same periods of 2005 and 2004.

We bill our clients based upon the billing schedules established in client contracts.  At the end of a period, any unbilled revenues related to the sale of prescription drugs that have been adjudicated with retail pharmacies are estimated based on the amount we will pay to the pharmacies and historical gross margin.  Those amounts due from our clients are recorded as revenue as they are contractually due to us for past transactions.  Adjustments are made to these estimated revenues to reflect actual billings at the time clients

are billed; historically, these adjustments have not been material.

Revenues from our SAAS segment are earned in a variety of ways. Revenues from our Specialty line of business are from providing medications/pharmaceuticals for diseases that rely upon high-cost injectible, infused, oral, or inhaled drugs which have sensitive handling and storage needs, the distribution of pharmaceuticals and medical supplies to providers and clinics, third-party logistics services for contracted pharmaceutical manufacturer clients, fertility services to providers and patients and bio-pharmaceutical services including marketing, reimbursement and customized logistics solutions. Specialty revenues earned by our SAAS segment are recognized at the point of shipment. At the time of shipment, the Company has performed substantially all of its obligations under its customer contracts and does not experience a significant level of reshipments. Appropriate reserves are recorded for discounts and contractual allowances which are estimated based on historical collections over a recent period. Any differences between our estimates and actual collections are reflected in operations in the period in which payment is received. Differences may result in the amount and timing of our revenues for any period if actual performance varies from our estimates. Allowances for returns are estimated based on historical return trends.

Revenues from our SAAS segment also are derived from the distribution of pharmaceuticals requiring special handling or packaging where we have been selected by the pharmaceutical manufacturer as part of a limited distribution network, the distribution of pharmaceuticals through Patient Assistance Programs where we receive a fee from the pharmaceutical manufacturer for administrative and pharmacy services for the delivery of certain drugs free of charge to doctors for their low-income patients, sample fulfillment and sample accountability services. Revenues include administrative fees received from pharmaceutical manufacturers for dispensing or distributing consigned pharmaceuticals requiring special handling or packaging and administrative fees for verification of practitioner licensure and distribution of consigned drug samples to doctors based on orders received from pharmaceutical sales representatives. We also administer sample card programs for certain manufacturers and include the ingredient costs of those drug samples dispensed from retail pharmacies in SAAS revenues, and the associated costs for these sample card programs in cost of revenues. Because manufacturers are independently obligated to pay us and we have an independent contractual obligation to pay our network pharmacy providers for free samples dispensed to patients under sample card programs, we include the total payments from these manufacturers (including ingredient costs) as revenue, and payments to the network pharmacy provider as cost of revenue. These transactions require us to assume credit risk.

*Rebate accounting.* We administer a rebate program through which we receive rebates and administrative fees from pharmaceutical manufacturers. Rebates earned for the administration of this program, performed in conjunction with claim processing and home delivery services provided to clients, are recorded as a reduction of cost of revenue and the portion of the rebate payable to customers is treated as a reduction of revenue. The portion of rebates payable to clients is estimated based on historical and/or anticipated sharing percentages. These estimates are adjusted to actual when amounts are paid to clients. We record rebates and administrative fees receivable from the manufacturer and payable to clients when the prescriptions covered under contractual agreements with the manufacturers are dispensed; these amounts are not dependent upon future pharmaceutical sales. Rebates and administrative fees billed to manufacturers are determinable when the drug is dispensed. We pay all or a contractually agreed upon portion of such rebates to our clients.

*Cost of revenues.* Cost of revenues includes product costs, network pharmacy claims payments and other direct costs associated with dispensing prescriptions, including shipping and handling (see also "—Revenue Recognition" and "—Rebate Accounting").

*Income taxes.* Deferred tax assets and liabilities are recognized based on temporary differences between financial statement basis and tax basis of assets and liabilities using presently enacted tax rates.

**Employee stock-based compensation.**  On January 1, 2006, we adopted Financial Accounting Standard ("FAS") No. 123R, "Share-Based Payment", which replaces FAS 123, "Accounting for Stock-Based Compensation," and supersedes Accounting Principles Board No. ("APB") 25, "Accounting for Stock Issued to Employees."  We adopted FAS 123R using the modified prospective method.  Under this method of adoption, prior periods are not restated.  For awards granted prior to the adoption of FAS 123R, compensation cost is recognized for the unvested portion of outstanding awards based on the grant-date fair value calculated under FAS 123 for pro forma disclosures.  We elected to use the short-cut method for determining the historical pool of windfall tax benefits.

Grant-date fair value of stock options and "stock-settled" stock appreciation rights ("SSRs") is estimated using a Black-Scholes valuation model.  Compensation expense is reduced based on estimated forfeitures with adjustments to actual recorded at the time of vesting.  Forfeitures are estimated based on historical experience.  We use an accelerated method of recognizing compensation cost for awards with graded vesting, which essentially treats the grant as three separate awards, with vesting periods of 12, 24 and 36 months for those grants that vest over three years.  The majority of our stock-based awards have three-year vesting.

See Note 10 for more information regarding stock-based compensation.

**Earnings per share.**  Basic earnings per share is computed using the weighted average number of common shares outstanding during the period.  Diluted earnings per share is computed in the same manner as basic earnings per share but adds the number of additional common shares that would have been outstanding for the period if the dilutive potential common shares had been issued.  The following is the reconciliation between the number of weighted average shares used in the basic and diluted earnings per share calculation for all periods (amounts are in millions and have been adjusted to reflect the June 2005 two-for-one stock split):

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Weighted average number of common shares outstanding during the period – Basic EPS[1] | 139.8 | 146.8 | 152.8 |
| Dilutive common stock equivalents: Outstanding stock options, SSRs, restricted stock units, and executive deferred compensation units[2] | 2.2 | 2.7 | 2.2 |
| Weighted average number of common shares outstanding during the period – Diluted EPS[1] | 142.0 | 149.5 | 155.0 |

(1)  The decrease in weighted average number of common shares outstanding during the period for Basic and Diluted EPS resulted from 12.0 million treasury shares repurchased in the year ended December 31, 2006.

(2)  Excludes SSRs of 0.9 million for the year ended December 31, 2006.  These were excluded because their effect was anti-dilutive.

The above shares are all calculated under the "treasury stock" method in accordance with FAS 128, "Earnings per Share."

**Foreign currency translation.**  The financial statements of ESI Canada, our Canadian operations, are translated into U.S. dollars using the exchange rate at each balance sheet date for assets and liabilities and a weighted average exchange rate for each period for revenues, expenses, gains and losses. The functional currency for ESI Canada is the local currency and cumulative translation adjustments (credit balances of $9.9 million and $9.8 million at December 31, 2006 and 2005, respectively) are recorded within the accumulated other comprehensive income component of stockholders' equity.

*Comprehensive income.*   In addition to net income, our components of comprehensive income (net of taxes) are foreign currency translation adjustments, unrealized gains and losses on available-for-sale securities and realized and unrealized losses on derivative financial instruments designated as cash flow hedges.   We have displayed comprehensive income within the Statement of Changes in Stockholders' Equity.

*New accounting guidance.*   In July 2006, the FASB issued FASB Interpretation ("FIN") 48, "Accounting for Uncertainty in Income Taxes--an interpretation of FASB Statement No. 109." This interpretation requires that realization of an uncertain income tax position must be "more likely than not" (i.e., greater than 50% likelihood of receiving a benefit) before it can be recognized in the financial statements.   Further, this interpretation prescribes the benefit to be recorded in the financial statements as the amount most likely to be realized assuming a review by tax authorities having all relevant information and applying current conventions.   This interpretation also clarifies the financial statement classification of tax-related penalties and interest and sets forth new disclosures regarding unrecognized tax benefits.   This interpretation is effective for fiscal years beginning after December 15, 2006, and we will be required to adopt this interpretation in the first quarter of 2007.   Based on our evaluation as of December 31, 2006, we do not believe that FIN 48 will have a material impact on our financial statements.

2.    **Changes in business**

*Proposed Caremark Acquisition.*   On December 18, 2006, we announced a proposal to acquire all of the outstanding shares of Caremark common stock for $29.25 in cash and 0.426 shares of Express Scripts stock per share of Caremark common stock.   We have executed commitment letters with Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc., as lead arrangers, and Credit Suisse, Cayman Islands Branch and Citicorp North America, Inc. to fully finance the proposed transaction. Despite our strong belief that our offer is superior, Caremark has announced that its Board of Directors has determined that our offer does not and is not reasonably likely to constitute a superior proposal to its proposed merger with CVS Corporation ("CVS").   In furtherance of our acquisition proposal, on January 16, 2007 we commenced an exchange offer based on the economic terms in our December 18, 2006 proposal.   In addition, on January 24, 2007, we began formally soliciting proxies from Caremark's stockholders in opposition to the proposed Caremark/CVS merger that is to be considered at a special meeting of Caremark stockholders scheduled to be held on February 20, 2007.   We also notified Caremark on January 8, 2007 that we are proposing to nominate four director candidates for election to Caremark's Board of Directors at Caremark's 2007 annual meeting.

Based on the terms of the offer and average share prices between January 29, 2007 and January 31, 2007, the current purchase price is approximately $26.2 billion.   If we are successful in this endeavor, we expect to incur additional debt in the range of $13.0 billion to $15.0 billion.

Through January 31, 2007, we have incurred approximately $10.0 million of costs related to the proposed transaction.   Additional costs incurred during 2007 could be significant.

*Acquisitions.*   On October 14, 2005, we acquired the capital stock of Priority in a cash transaction for $28 per share, or approximately $1.3 billion.   The acquisition was accomplished through the merger of one of our wholly-owned subsidiaries with and into Priority.   Priority, headquartered in Lake Mary, Florida, was among the nation's largest Specialty and distribution companies, with approximately $1.7 billion in annual revenue during 2004 and approximately $1.1 billion in revenue for the nine months ended July 2, 2005.   The $1.3 billion purchase price was financed with approximately $167.0 million of cash on hand and the remainder by adding $1.6 billion in term loans under a new credit facility which replaced our prior credit facility.

The following table summarizes the fair values of the Priority assets acquired and liabilities assumed at the date of acquisition (in millions).  The adjustments made to these fair values since the acquisition date of October 14, 2005 consist of an increase in accounts receivable reserves, a valuation of customer relationship intangibles, and an increase in current liabilities.  Other identifiable intangible assets consist primarily of customer relationships.  Goodwill is not deductible for tax purposes.

| | |
|---|---:|
| Current assets | $   501.0 |
| Property and equipment | 23.7 |
| Goodwill | 976.9 |
| Other identifiable intangible assets | 203.0 |
| Other assets | 0.7 |
| Total assets acquired | 1,705.3 |
| Current liabilities | 351.5 |
| Deferred tax liabilities | 37.2 |
| Total liabilities assumed | 388.7 |
| Net assets acquired | $1,316.6 |

Aetna Specialty Pharmacy, a joint venture existing between Priority and Aetna, Inc. ("Aetna"), was 60% owned by Priority and 40% by Aetna.  Upon a change in control of Priority, the joint venture agreement provided Aetna with an option to purchase Priority's 60% ownership share of the joint venture.  Aetna exercised its option and on December 30, 2005 purchased Priority's 60% ownership share of Aetna Specialty Pharmacy.  The gain on the assets sold, which was not material, reduced the amount of goodwill we recorded through the Priority acquisition.  In the table above, the net assets of Aetna Specialty Pharmacy are excluded from the assets acquired and liabilities assumed.

The results of operations of Priority are included in our consolidated results of operations beginning October 14, 2005.  The following unaudited pro forma information presents a summary of our combined results of operations and those of Priority as if the acquisition had occurred at the beginning of the period presented, along with certain pro forma adjustments to give effect to amortization of other intangible assets, interest expense on acquisition debt and other adjustments.  The following pro forma financial information is not necessarily indicative of the results of operations as they would have been had the transactions been effected on the assumed date, nor is it necessarily an indication of trends in future results (in millions, except per share data):

| | Year Ended December 31, | |
|---|---:|---:|
| | **2005** | **2004** |
| Total revenues | $   17,838.3 | $   16,854.3 |
| Net income | 392.2 | 286.1 |
| Basic earnings per share | 2.67 | 1.87 |
| Diluted earnings per share | 2.63 | 1.85 |

On January 30, 2004, we purchased the capital stock of CuraScript for a purchase price of approximately $333.4 million.  CuraScript is one of the nation's largest Specialty services companies, serving over 175 managed care organizations, 30 Medicaid programs and the Medicare program, and operating seven Specialty pharmacies throughout the United States.  The purchase price was allocated based upon the acquisition date fair value of net assets acquired.  A portion of the excess purchase price

over tangible net assets acquired was allocated to intangible assets consisting of customer relationships of $28.7 million, non-competition agreements of $2.7 million and trade names of $1.3 million. The excess of purchase price over tangible net assets and identified intangible assets acquired has been allocated to goodwill in the amount of $284.9 million which is not deductible for tax purposes.

The Priority and CuraScript acquisitions have enhanced our ability to provide comprehensive clinical services in many disease states.

**3.    Joint venture**

We are one of the founders of RxHub, an electronic exchange enabling physicians who use electronic prescribing technology to link to pharmacies, PBM companies and health plans. We own one-third of the equity of RxHub and have recorded our investment in RxHub using the equity method of accounting, which requires our percentage interest in RxHub's results to be recorded in our Consolidated Statement of Operations. Our percentage of RxHub's loss for 2006, 2005 and 2004 is $1.6 million, $2.4 million, and $4.5 million, respectively, and has been recorded in other income (expense), net, in our Consolidated Statement of Operations. Our investment in RxHub (approximately $0.2 million and $0.8 million at December 31, 2006 and 2005, respectively) is recorded in other assets on our Consolidated Balance Sheet.

**4.    Property and equipment**

Property and equipment, at cost, consists of the following:

|  | December 31, | |
| --- | --- | --- |
| *(in millions)* | **2006** | **2005** |
| Land and buildings | $      6.3 | $      6.3 |
| Furniture | 28.4 | 27.4 |
| Equipment | 183.1 | 162.2 |
| Computer software | 200.1 | 162.8 |
| Leasehold improvements | 47.0 | 43.5 |
|  | 464.9 | 402.2 |
| Less accumulated depreciation | 263.5 | 200.9 |
|  | $  201.4 | $  201.3 |

Depreciation expense for 2006, 2005 and 2004 was $66.8 million, $63.1 million and $52.2 million, respectively. Internally developed software, net of accumulated depreciation, was $62.2 million and $53.8 million at December 31, 2006 and 2005, respectively.

In July 2004, we entered into a capital lease with the Camden County Joint Development Authority in association with the development of our Patient Care Contact Center in St. Marys, Georgia. At December 31, 2006, our lease obligation was $13.5 million. In accordance with FIN 39, "Offsetting of Amounts Related to Certain Contracts," our lease obligation has been offset against $13.5 million of industrial revenue bonds issued to us by the Camden County Joint Development Authority.

Under certain of our operating leases for facilities in which we operate home delivery and specialty pharmacies, we are required to remove improvements and equipment upon surrender of the property to the landlord and convert the facilities back to office space. Our asset retirement obligation was $4.8 million and $6.4 million at December 31, 2006 and 2005, respectively.

5.    **Goodwill and Other Intangibles**

The following is a summary of our goodwill and other intangible assets (amounts in millions).

| | December 31, 2006 | | December 31, 2005 | |
| | Gross Carrying Amount | Accumulated Amortization | Gross Carrying Amount | Accumulated Amortization |
|---|---|---|---|---|
| Goodwill | | | | |
| PBM | $    1,509.2 | $    107.1 | $    1,509.0 | $    107.0 |
| SAAS [1] | 1,283.9 | - | 1,298.1 | - |
| | $    2,793.1 | $    107.1 | $    2,807.1 | $    107.0 |
| | | | | |
| Other intangible assets | | | | |
| PBM [2] | | | | |
| Customer contracts | $    244.2 | $    85.3 | $    265.4 | $    94.5 |
| Other | 61.6 | 49.3 | 72.8 | 52.2 |
| | 305.8 | 134.6 | 338.2 | 146.7 |
| | | | | |
| SAAS | | | | |
| Customer relationships [1] | 231.5 | 31.0 | 114.7 | 10.9 |
| Other [1] | 9.9 | 3.2 | 9.9 | 1.9 |
| | 241.4 | 34.2 | 124.6 | 12.8 |
| Total other intangible assets | $    547.2 | $    168.8 | $    462.8 | $    159.5 |

[1] As a result of our acquisition of the capital stock of Priority in October 2005, we recorded goodwill, customer relationships, trade names, and other intangible assets of $976.9 million, $198.7 million, $2.4 million, and $1.9 million, respectively (See Note 2). Final adjustments were made to the purchase price allocation in the third quarter of 2006.

[2] Changes in other intangible assets are a result of the write-off of fully-amortized contractual assets, consisting of non-compete agreements and customer relationships, that are no longer in effect.

The aggregate amount of amortization expense of other intangible assets was $41.3 million, $33.2 million and $33.7 million for the twelve months ended December 31, 2006, 2005 and 2004, respectively. The future aggregate amount of amortization expense of other intangible assets is expected to be approximately $38.9 million for 2007, $35.8 million for 2008, $34.9 million for 2009, $33.7 million for 2010 and $32.1 million for 2011. The weighted average amortization period of intangible assets subject to amortization is 16 years in total, and by major intangible class is 5 to 20 years for customer-related intangibles and four years for other intangible assets.

6.     **Financing**

Long-term debt consists of:

| (in millions) | December 31, | | | |
| | 2006 | | 2005 | |
|---|---|---|---|---|
| Term A loans due October 14, 2010 with an average interest rate of 6.0% at December 31, 2006 | $ | 1,400.0 | $ | 1,510.0 |
| Revolving credit facility due February 13, 2009 with an average interest rate of 6.0% at December 31, 2006 | | 50.0 | | - |
| Other | | 0.5 | | 0.5 |
| Total debt | | 1,450.5 | | 1,510.5 |
| Less current maturities | | 180.1 | | 110.0 |
| Long-term debt | $ | 1,270.4 | $ | 1,400.5 |

In October 2005, we refinanced our entire credit facility with a $2.2 billion credit facility which includes $1.6 billion of Term A loans and a $600.0 million revolving credit facility. The revolving credit facility ($50.0 million of which was outstanding as of December 31, 2006) is available for general corporate purposes. During the fourth quarter of 2006, we made scheduled payments of $30.0 million on our Term A loan and net payments of $150.0 million under our revolving credit facility.

Our credit facility requires us to pay interest periodically on the London Interbank Offered Rates ("LIBOR") or base rate options, plus a margin. The margin over LIBOR will range from 0.50% to 1.125%, depending on our consolidated leverage ratio or our credit rating. Under our credit facility we are required to pay commitment fees on the unused portion of the $600.0 million revolving credit facility. The commitment fee will range from 0.10% to 0.25% depending on our consolidated leverage ratio or our credit rating.

At December 31, 2006, the weighted average interest rate on the facility was 6.0%. Our credit facility contains covenants that limit the indebtedness we may incur, the common shares we may repurchase, and dividends we may pay. The repurchase and dividend covenant applies if certain leverage thresholds are exceeded. The covenants also include a minimum interest coverage ratio and a maximum leverage ratio. At December 31, 2006, we were in compliance with all covenants associated with our credit facility.

The following represents the schedule of current maturities for our long-term debt, reflecting the increase in debt related to the Priority acquisition in October 2005 and the refinancing of our bank credit facility in October 2005 (amounts in millions):

| Year Ended December 31, | | |
|---|---|---|
| 2007 | $ | 180.1 |
| 2008 | | 260.0 |
| 2009 | | 470.1 |
| 2010 | | 540.1 |
| 2011 | | 0.1 |
| Thereafter | | 0.1 |
| | $ | 1,450.5 |

On December 18, 2006, we executed commitment letters with Credit Suisse Securities (USA) LLC and Citigroup Global Markets Inc., as lead arrangers, and Credit Suisse, Cayman Islands Branch and Citicorp North America, Inc., to provide, subject to certain conditions, senior bank financing of up to $15.0 billion to acquire the stock of Caremark. If closed, this would replace our current credit facility.

7.    **Income taxes**

Income before income taxes of $740.5 million resulted in net tax expense of $266.1 million for 2006.  Included in net tax expense is a $1.9 million valuation allowance for net operating losses generated in certain states.  The Company considers its foreign earnings to be indefinitely reinvested and accordingly, has not recorded a provision for United States federal and state income taxes thereon.  Cumulative undistributed foreign earnings for which United States taxes have not been provided are included in consolidated retained earnings in the amount of $23.6 million, $13.4 million and $7.8 million as of December 31, 2006, 2005, and 2004, respectively.  Upon distribution of foreign earnings, the Company may be subject to United States income taxes (subject to adjustment for foreign tax credits) and foreign withholding taxes payable.

In July 2006, the FASB issued FASB Interpretation ("FIN") 48, "Accounting for Uncertainty in Income Taxes--an interpretation of FASB Statement No. 109."  This interpretation requires that realization of an uncertain income tax position must be "more likely than not" (i.e., greater than 50% likelihood of receiving a benefit) before it can be recognized in the financial statements.  Further, this interpretation prescribes the benefit to be recorded in the financial statements as the amount most likely to be realized assuming a review by tax authorities having all relevant information and applying current conventions.  This interpretation also clarifies the financial statement classification of tax-related penalties and interest and sets forth new disclosures regarding unrecognized tax benefits.  This interpretation is effective for fiscal years beginning after December 15, 2006, and we will be required to adopt this interpretation in the first quarter of 2007.  Based on our evaluation as of December 31, 2006, we do not believe that FIN 48 will have a material impact on our financial statements.

The income tax provision consists of the following:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| *(in millions)* | | **2006** | | **2005** | | **2004** |
| Income before income taxes: | | | | | | |
| United States | $ | 733.1 | $ | 612.0 | $ | 447.2 |
| Foreign | | 7.4 | | 2.7 | | 3.4 |
| Total | | 740.5 | | 614.7 | | 450.6 |
| | | | | | | |
| Current provision: | | | | | | |
| Federal | $ | 241.8 | $ | 195.1 | $ | 137.8 |
| State | | 13.8 | | - | | 14.2 |
| Foreign | | 2.6 | | 1.2 | | 1.3 |
| Total current provision | | 258.2 | | 196.3 | | 153.3 |
| Deferred provision: | | | | | | |
| Federal | | 11.5 | | 19.1 | | 13.7 |
| State | | (3.8) | | (1.3) | | 5.7 |
| Foreign | | 0.2 | | 0.5 | | (0.3) |
| Total deferred provision | | 7.9 | | 18.3 | | 19.1 |
| Total current and deferred provision | $ | 266.1 | $ | 214.6 | $ | 172.4 |

Income taxes included in the Consolidated Statement of Operations are:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| *(in millions)* | | **2006** | | **2005** | | **2004** |
| Continuing operations | $ | 266.1 | $ | 214.6 | $ | 172.4 |

A reconciliation of the statutory federal income tax rate and the effective tax rate follows (the effect of foreign taxes on the effective tax rate for 2006, 2005 and 2004 is immaterial):

| | Year Ended December 31, | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Statutory federal income tax rate | 35.0% | 35.0% | 35.0% |
| State taxes, net of federal benefit | 0.4 | (0.2) | 3.4 |
| Valuation allowance | 0.3 | - | - |
| Non-deductible amortization of customer contracts | - | 0.2 | 0.2 |
| Other, net | 0.2 | (0.1) | (0.3) |
| Effective tax rate | 35.9% | 34.9% | 38.3% |

The deferred tax assets and deferred tax liabilities recorded in our Consolidated Balance Sheet are as follows:

| | December 31, | |
| (in millions) | 2006 | 2005 |
|---|---|---|
| Deferred tax assets: | | |
| Allowance for doubtful accounts | $ 26.4 | $ 25.5 |
| Net operating loss carryforwards | 16.6 | 8.2 |
| Deferred compensation | 7.3 | 8.2 |
| Restricted stock | 9.8 | 4.2 |
| Accrued expenses | 58.6 | 21.1 |
| Other | 4.9 | 2.5 |
| Gross deferred tax assets | 123.6 | 69.7 |
| Less valuation allowance | (6.0) | (4.1) |
| Net deferred tax assets | 117.6 | 65.6 |
| Deferred tax liabilities: | | |
| Depreciation and property differences | (16.9) | (22.7) |
| Goodwill and customer contract amortization | (261.9) | (192.6) |
| Prepaids | (1.6) | (2.8) |
| Other | (3.1) | (3.1) |
| Gross deferred tax liabilities | (283.5) | (221.2) |
| Net deferred tax liabilities | $ (165.9) | $ (155.6) |

As of December 31, 2006, the Company has $16.6 million of state net operating loss carryforwards. Unless otherwise utilized, net operating loss carryforwards will expire no earlier than calendar year 2012. The net current deferred tax asset is $90.9 million and $53.1 million, and the net long-term deferred tax liability, included in other liabilities is $256.8 million and $208.7 million, as of December 31, 2006 and 2005, respectively.

Our effective tax rate increased to 35.9% for the year ended December 31, 2006, as compared to 34.9% for the year ended December 31, 2005. Our 2005 effective rate includes the impact of both non-recurring and recurring net tax benefits of approximately $20.0 million resulting primarily from changes in the apportionment of our income for state income tax purposes as well as the recognition of expected state tax benefits associated with prior year subsidiary losses and credits. Our 2006 effective rate reflects non-recurring net tax benefits of $7.3 million mainly related to the impact of changes in state effective rates on deferred tax assets and liabilities.

In October 2004, the American Jobs Creation Act (the "AJCA") was signed into law. The AJCA includes a deduction of 85% of certain foreign earnings that are repatriated, as defined in the AJCA. Taxpayers may elect to apply this provision to qualifying earnings repatriations in either 2004 or 2005. The Company has decided not to repatriate any foreign earnings under this provision.

**8.    Commitments and contingencies**

We have entered into noncancellable agreements to lease certain office and distribution facilities with remaining terms from one to ten years. The majority of our lease agreements include renewal options which would extend the agreements from one to five years. We have entered into a noncancellable agreement to sublet one facility with a remaining term of one year. Rental expense under the office and distribution facilities leases in 2006, 2005 and 2004 was $29.2 million, $24.7 million and $22.1 million, respectively. The future minimum lease payments due under noncancellable operating leases (in millions):

| Year Ended December 31, | Minimum lease payments |
|---|---|
| 2007 | $    26.3 |
| 2008 | 20.8 |
| 2009 | 9.7 |
| 2010 | 8.7 |
| 2011 | 6.6 |
| Thereafter | 29.1 |
| | $    101.2 |

In July 2004, we entered into a capital lease with the Camden County Joint Development Authority in association with the development of our Patient Care Contact Center in St. Marys, Georgia, as discussed in Note 4, "Property and equipment".

For the year ended December 31, 2006, approximately 61.6% of our pharmaceutical purchases were through one wholesaler. We believe other alternative sources are readily available. Our top five clients collectively represented 17.8%, 23.6%, and 22.8% of revenues during 2006, 2005 and 2004 respectively. None of our clients accounted for 10% or more of our consolidated revenues in fiscal years 2006, 2005 or 2004. We believe no other concentration risks exist at December 31, 2006.

We accrue self-insurance reserves based upon estimates of the aggregate liability of claim costs in excess of our insurance coverage which are probable and estimable. Reserves are estimated using certain actuarial assumptions followed in the insurance industry and our historical experience (see Note 1, "Self-insurance reserves"). The majority of these claims are legal claims and our liability estimate is primarily related to the cost to defend these claims. We do not accrue for settlements, judgments, monetary fines or penalties until such amounts are probable and estimable, in compliance with FAS 5, "Accounting for Contingencies." Under FAS 5, if the range of possible loss is broad, and no amount within the range is more likely than any other, the liability accrual is based on the lower end of the range.

While we believe our services and business practices are in compliance with applicable laws, rules and regulations in all material respects, we cannot predict the outcome of these matters at this time. An unfavorable outcome in one or more of these matters could result in the imposition of judgments, monetary fines or penalties, or injunctive or administrative remedies. We can give no assurance that such judgments, fines and remedies, and future costs associated with legal matters, would not have a material adverse effect on our financial condition, our consolidated results of operations or our consolidated cash flows.

**9.    Common stock**

In May 2005, we announced a two-for-one stock split for stockholders of record on June 10, 2005, effective June 24, 2005. The split was effected in the form of a dividend by issuance of one additional share of common stock for each share of common stock outstanding. The earnings per share and the weighted average number of shares outstanding for basic and diluted earnings per share for each period have been adjusted for the stock split.

During 2006, we repurchased 12.0 million shares for $906.8 million. Treasury shares are carried at first in, first out cost. We have a stock repurchase program, originally announced on October 25, 1996.

71

In May 2006, our Board of Directors authorized a 10.0 million share increase to the existing 38.0 million share repurchase program.  In February 2007, our Board of Directors authorized an increase in the program such that subsequent to the resolution, we are authorized to repurchase up to $1.0 billion worth of shares or 14.1 million shares, whichever occurs first.  There is no limit on the duration of the program.  Additional share repurchases, if any, will be made in such amounts and at such times as we deem appropriate based upon prevailing market and business conditions, subject to restrictions on the amount of stock repurchases contained in our bank credit facility.

Through December 31, 2006, approximately 10.5 million shares have been reissued in connection with employee compensation plans.  As of December 31, 2006, approximately 8.7 million shares of our common stock have been reserved for employee benefit plans (see Note 10).

*Preferred Share Purchase Rights*.  In July 2001 our Board of Directors adopted a stockholder rights plan which declared a dividend of one right for each outstanding share of our common stock. The rights plan will expire on July 25, 2011. The rights are currently represented by our common stock certificates. When the rights become exercisable, they will entitle each holder to purchase 1/1,000th of a share of our Series A Junior Participating Preferred Stock for an exercise price of $300 (subject to adjustment). The rights will become exercisable and will trade separately from the common stock only upon the tenth day after a public announcement that a person, entity or group ("Person") has acquired 15% or more of our outstanding common stock ("Acquiring Person") or ten days after the commencement or public announcement of a tender or exchange offer which would result in any Person becoming an Acquiring Person; provided that any Person who beneficially owned 15% or more of our common stock as of the date of the rights plan will not become an Acquiring Person so long as such Person does not become the beneficial owner of additional shares representing 2% or more of our outstanding shares of common stock. In the event that any Person becomes an Acquiring Person, the rights will be exercisable for our common stock with a market value (as determined under the rights plan) equal to twice the exercise price. In the event that, after any Person becomes an Acquiring Person, we engage in certain mergers, consolidations, or sales of assets representing 50% or more of our assets or earning power with an Acquiring Person (or Persons acting on behalf of or in concert with an Acquiring Person), the rights will be exercisable for common stock of the acquiring or surviving company with a market value (as determined under the rights plan) equal to twice the exercise price. The rights will not be exercisable by any Acquiring Person. The rights are redeemable at a price of $0.01 per right prior to any Person becoming an Acquiring Person.

## 10.    Employee benefit plans and stock-based compensation plans

*Retirement savings plan.*  We sponsor retirement savings plans under Section 401(k) of the Internal Revenue Code for all of our full time employees. Employees may elect to enter into a written salary deferral agreement under which a maximum of 15% to 25% of their salary, subject to aggregate limits required under the Internal Revenue Code, may be contributed to the plan.  Through December 31, 2005, we matched 100% of the first 4% of the employees' compensation contributed to the plan. Beginning January 1, 2006, we began to match 200% of the first 1% and 100% of the next 3% of the employees' compensation contributed to the Plan for substantially all employees.  For the years ended December 31, 2006, 2005, and 2004, we had contribution expense of approximately $16.6 million, $9.3 million and $8.7 million, respectively.

*Employee stock purchase plan.*  We offer an employee stock purchase plan that qualifies under Section 423 of the Internal Revenue Code and permits all employees, excluding certain management level employees, to purchase shares of our common stock.  Beginning January 1, 2006, participating employees may contribute up to 10% of their salary to purchase common stock at the end of each monthly participation period at a purchase price equal to 95% of the fair market value of our common stock on the last business day of the participation period.  During 2006, 2005 and 2004, approximately 88,000, 124,000 and 150,000 shares of our common stock were issued under the plan, respectively. Our common stock reserved for future employee purchases under the plan is approximately 141,000 at December 31, 2006. Through December 31, 2005, participating employees could elect to contribute up to 10% of their salary to purchase common stock at the end of each monthly participation period at a purchase price equal to 85% of

the lower of the fair market value of our common stock as of either the beginning or the end of the participation period.

**Deferred compensation plan.** We maintain a non-qualified deferred compensation plan (the "Executive Deferred Compensation Plan") that provides benefits payable to eligible key employees at retirement, termination or death. Benefit payments are funded by a combination of contributions from participants and us. Participants may elect to defer up to 50% of their base earnings and 100% of specific bonus awards. Participants become fully vested in our contributions on the third anniversary of the end of the plan year for which the contribution is credited to their account. For 2006, our contribution was equal to 6% of each qualified participant's total annual compensation, with 25% being allocated as a hypothetical investment in our common stock and the remaining being allocated to a variety of investment options. We have chosen to fund our liability for this plan through investments in trading securities, which primarily consists of mutual funds (see Note 1). We incurred compensation expense of approximately $0.8 million in 2006 and $3.5 million of compensation expense in 2005 and 2004. At December 31, 2006, approximately 1.5 million shares of our Common Stock have been reserved for future issuance under the plan.

**Stock-based compensation plans.** In August 2000, the Board of Directors adopted the Express Scripts, Inc. 2000 Long-Term Incentive Plan which was subsequently amended in February 2001 and again in December 2001 (as amended, the "2000 LTIP"), which provides for the grant of various equity awards with various terms to our officers, Board of Directors and key employees selected by the Compensation Committee of the Board of Directors. The 2000 LTIP, as then amended, was approved by our stockholders in May 2001. Under the 2000 LTIP, we have issued stock options, SSRs, restricted stock and performance share awards. Awards are typically settled using treasury shares. As of December 31, 2006, approximately 7.1 million shares of our common stock are available for issuance under this plan. The maximum term of stock options, SSRs, restricted stock and performance shares granted under the 2000 LTIP is 10 years.

During 2006, we granted to certain officers and employees approximately 130,000 restricted shares of common stock and performance shares with a weighted average fair market value of $85.73. The restricted stock awards have three-year graded vesting, and the performance shares cliff vest at the end of three years. Prior to vesting, these shares are subject to forfeiture to us without consideration upon termination of employment under certain circumstances. As of December 31, 2006, a total of 2,653,000 restricted shares of common stock and performance share awards have been issued under the 2000 LTIP, of which approximately 2,201,000 shares were issued from shares held in treasury and approximately 469,000 shares have been forfeited. The total number of non-vested restricted stock and performance share awards was 249,000 and 449,000 at December 31, 2006 and 2005, respectively. Unearned compensation relating to these awards is amortized to non-cash compensation expense over the estimated vesting periods. As of December 31, 2006, 2005 and 2004, unearned compensation related to restricted stock and performance shares was $6.7 million, $5.2 million and $17.1 million, respectively. We recorded compensation expense related to restricted stock and performance share grants of $6.8 million, $10.8 million and $10.6 million in 2006, 2005, and 2004, respectively.

During 2006, we granted to certain officers and employees approximately 919,000 SSRs and 31,000 stock options with a weighted average Black-Scholes value of $28.45 per share. The SSRs and stock options have three-year graded vesting. Due to the nature of the awards, we use the same valuation methods and accounting treatments for SSRs and stock options.

The provisions of the 2000 LTIP allow employees to use shares to cover tax withholding on stock awards. Upon vesting of restricted stock, employees have taxable income subject to statutory withholding requirements. The number of shares issued to employees may be reduced by the number of shares having a market value equal to our minimum statutory withholding for federal, state and local tax purposes.

As a result of the Board's adoption and stockholder approval of the 2000 LTIP, no additional awards will be granted under either of our 1992 amended and restated stock option plans (discussed below) or under our 1994 amended and restated Stock Option Plan (discussed below). However, these plans are still in existence as there are outstanding grants under these plans.

In April 1992, we adopted a stock option plan that we amended and restated in 1995 and amended in 1999, which provided for the grant of nonqualified stock options and incentive stock options to our officers and key employees selected by the Compensation Committee of the Board of Directors. In June 1994, the Board of Directors adopted the Express Scripts, Inc. 1994 Stock Option Plan, also amended and restated in 1995 and amended in 1997, 1998 and 1999. Under either plan, the exercise price of the options was not less than the fair market value of the shares at the time of grant, and the options typically vested over a five-year period from the date of grant.

In April 1992, we also adopted a stock option plan that was amended and restated in 1995 and amended in 1996 and 1999 that provided for the grant of nonqualified stock options to purchase 48,000 shares to each director who is not an employee of ours or our affiliates. In addition, the second amendment to the plan gave each non-employee director who was serving in such capacity as of the date of the second amendment the option to purchase 2,500 additional shares. The second amendment options vested over three years. The plan provides that the options vest over a two-, three- or five-year period from the date of grant depending upon the circumstances of the grant.

The following table presents amounts related to stock-based compensation:

| (in millions, except per share data) | SSRs and Stock Options | | Restricted Stock and Performance Shares | |
|---|---|---|---|---|
| **Year ended December 31, 2006** | | | | |
| Stock-based compensation: | | | | |
| Expense, pre-tax | $ | 20.3 | $ | 6.8 |
| Expense, after tax | | 13.0 | | 4.4 |
| Expense per diluted share | $ | 0.09 | $ | 0.03 |
| | | | | |
| **As of December 31, 2006** | | | | |
| Unamortized portion[1] | $ | 16.0 | $ | 6.7 |

[1] As of December 31, 2006 we have $0.2 million of unearned compensation related to unvested shares that are part of our deferred compensation plan.

The weighted average remaining recognition period for SSRs and stock options is 1.0 years, and for restricted stock and performance shares is 1.8 years.

As a result of the adoption of FAS 123R, we now classify the excess tax benefit from the exercise of stock options as a financing cash inflow. For the year ended December 31, 2006, the tax benefit related to employee stock compensation was $30.4 million. Prior to the adoption of FAS 123R, the tax benefit from the exercise of stock options was classified as an inflow from operating activities and under the modified prospective method, prior periods are not restated to reflect the adoption of FAS 123R.

Prior to January 1, 2006, we accounted for stock-based compensation in accordance with APB 25, which required the use of the intrinsic value method. Accordingly, no compensation expense was recognized in prior periods for the stock options granted, since the exercise price was equal to the fair market value of the shares at the grant date. Compensation expense was recognized under APB 25 for restricted stock awards based on the fair market value of the stock on the date of grant.

Had compensation cost for our stock-based compensation plans been determined based on the fair value method required by FAS 123R, net earnings and earnings per share would have been reduced as shown in the following table:

| *(in millions, except per share data)* | 2005 | 2004 |
|---|---|---|
| Net income, as reported | $  400.1 | $  278.2 |
| Plus:  Employee stock-based compensation expense included in reported net earnings, net of related tax effects | 6.8 | 6.6 |
| Less:  Employee stock-based compensation expense determined using fair-value based method for stock-based awards, net of tax | (18.0) | (15.2) |
| Pro forma net income | $  388.9 | $  269.6 |
| | | |
| Basic earnings per share | | |
| As reported | $  2.72 | $  1.82 |
| Pro forma | 2.65 | 1.77 |
| | | |
| Diluted earnings per share | | |
| As reported | $  2.68 | $  1.79 |
| Pro forma | 2.60 | 1.73 |

The fair value of options and SSRs granted is estimated on the date of grant using a Black-Scholes multiple option-pricing model with the following weighted average assumptions:

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Expected life of option | 3-5 years | 3-5 years | 3-7 years |
| Risk-free interest rate | 4.5%-5.3% | 3.5%-4.4% | 2.0%-4.2% |
| Expected volatility of stock | 31%-34% | 35%-40% | 41%-47% |
| Expected dividend yield | None | None | None |

The Black-Scholes model requires subjective assumptions, including future stock price volatility and expected time to exercise, which greatly affect the calculated values. The expected term and forfeiture rate of options granted is derived from historical data on employee exercises and post-vesting employment termination behavior, as well as expected behavior on outstanding options. The risk-free rate is based on the U.S. Treasury rates in effect during the corresponding period of grant. The expected volatility is based on the historical volatility of our stock price. These factors could change in the future, which would affect the stock-based compensation expense in future periods.

A summary of the status of stock options and SSRs as of December 31, 2006, changes during the year ended December 31, 2006 is presented below.

| (share data in millions) | Shares | 2006 Weighted-Average Exercise Price |
|---|---|---|
| Outstanding at beginning of year | 6.3 | $ 28.21 |
| Granted | 0.9 | 85.54 |
| Exercised | (1.6) | 21.72 |
| Forfeited/Cancelled | (0.3) | 51.55 |
| Outstanding at end of period | 5.3 | 39.00 |
| | | |
| Awards exercisable at period end | 3.0 | 24.58 |
| Weighted-average fair value of options granted during the year | $ 28.45 | |

A summary of the status of restricted stock and performance shares as of December 31, 2006, and changes during the year ended December 31, 2006 is presented below.

| (share data in millions) | Shares | 2006 Weighted-Average Grant Date Fair Value |
|---|---|---|
| Outstanding at beginning of year | 0.4 | $ 35.36 |
| Granted | 0.1 | 85.73 |
| Released | (0.2) | 32.36 |
| Forfeited/Cancelled | (0.1) | 54.77 |
| Outstanding at end of period | 0.2 | 56.05 |

At December 31, 2006, the weighted-average remaining contractual lives of stock options outstanding and stock options exercisable were 4.3 years and 3.4 years, respectively, and the aggregate intrinsic value (the amount by which the market value of the underlying stock exceeds the exercise price of the option) of shares outstanding and shares exercisable was $175.4 million and $142.7 million, respectively.  Cash proceeds, tax benefits, fair value of vested shares and intrinsic value related to total stock options exercised and restricted shares vested during the years ended December 31, 2006, 2005 and 2004 are provided in the following table:

| (in millions, except per share data) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Proceeds from stock options exercised | $34.3 | $41.8 | $28.4 |
| Tax benefit related to employee stock compensation | 30.4 | 35.6 | 10.9 |
| Fair value of vested restricted shares | 23.1 | 27.1 | 5.8 |
| Intrinsic value of stock options exercised | 97.3 | 81.7 | 37.5 |
| | | | |
| Weighted average fair value of options granted during the year | $28.45 | $15.12 | $14.25 |

11.    **Segment information**

We report segments on the basis of services offered and have determined we have two reportable segments: PBM and SAAS. Our domestic and Canadian PBM operating segments have similar characteristics and as such have been aggregated into a single PBM reporting segment. As noted in Note 1, our SAAS segment includes the Specialty operations of CuraScript, and our SDS and PMG service lines. Prior to the third quarter of 2006, SDS and PMG were included in a separate PBS segment. During the third quarter, the operations of the Specialty business and the PBS unit were combined in order to capture the natural synergies between these two businesses, which share common products and customers. Accordingly, these two businesses are now combined into one reporting segment labeled Specialty and Ancillary Services. Prior period data has been reclassified to reflect the change in our operating and reporting segments.

We have reclassified certain amounts deemed immaterial between PBM revenue and PBM cost of revenue. There is no effect on consolidated gross profit.

Operating income is the measure used by our chief operating decision maker to assess the performance of each of our operating segments. The following table presents information about our reportable segments, including a reconciliation of operating income to income before income taxes, as of and for the years ended December 31:

| (in millions) | | PBM | | SAAS | | Total |
|---|---|---|---|---|---|---|
| **2006** | | | | | | |
| Product revenue: | | | | | | |
| Network revenues | $ | 8,797.4 | $ | - | $ | 8,797.4 |
| Home delivery revenues | | 5,166.0 | | 3,285.8 | | 8,451.8 |
| Other revenues | | - | | 115.2 | | 115.2 |
| Service revenues | | 163.0 | | 132.6 | | 295.6 |
| Total revenues | | 14,126.4 | | 3,533.6 | | 17,660.0 |
| | | | | | | |
| Depreciation and amortization expense | | 63.7 | | 37.3 | | 101.0 |
| | | | | | | |
| Operating income | | 744.4 | | 79.7 | | 824.1 |
| Interest income | | | | | | 13.7 |
| Interest expense | | | | | | (95.7) |
| Undistributed loss from joint venture | | | | | | (1.6) |
| Income before income taxes | | | | | | 740.5 |
| | | | | | | |
| Capital expenditures | | 50.1 | | 16.7 | | 66.8 |

| (in millions) | PBM | | SAAS | | Total | |
|---|---|---|---|---|---|---|
| **2005** | | | | | | |
| Product revenue: | | | | | | |
|   Network revenues | $ | 9,164.7 | $ | - | $ | 9,164.7 |
|   Home delivery revenues | | 5,014.7 | | 1,560.5 | | 6,575.2 |
|   Other revenues | | - | | 175.0 | | 175.0 |
| Service revenues | | 152.2 | | 144.9 | | 297.1 |
|   Total revenues | | 14,331.6 | | 1,880.4 | | 16,212.0 |
| | | | | | | |
| Depreciation and amortization expense | | 67.6 | | 16.8 | | 84.4 |
| | | | | | | |
| Operating income | | 561.8 | | 81.3 | | 643.1 |
| Interest income | | | | | | 11.2 |
| Interest expense | | | | | | (37.2) |
| Undistributed loss from joint venture | | | | | | (2.4) |
| Income before income taxes | | | | | | 614.7 |
| | | | | | | |
| Capital expenditures | | 49.4 | | 10.4 | | 59.8 |
| | | | | | | |
| **2004** | | | | | | |
| Product revenue: | | | | | | |
|   Network revenues | $ | 9,387.3 | $ | - | $ | 9,387.3 |
|   Home delivery revenues | | 4,770.9 | | 619.7 | | 5,390.6 |
|   Other revenues | | - | | 128.4 | | 128.4 |
| Service revenues | | 100.7 | | 107.7 | | 208.4 |
|   Total revenues | | 14,258.9 | | 855.8 | | 15,114.7 |
| | | | | | | |
| Depreciation and amortization expense | | 60.4 | | 9.7 | | 70.1 |
| | | | | | | |
| Operating income | | 438.6 | | 54.4 | | 493.0 |
| Interest income | | | | | | 3.8 |
| Interest expense | | | | | | (41.7) |
| Undistributed loss from joint venture | | | | | | (4.5) |
| Income before income taxes | | | | | | 450.6 |
| | | | | | | |
| Capital expenditures | | 40.0 | | 11.5 | | 51.5 |
| | | | | | | |
| **As of December 31, 2006** | | | | | | |
| Total assets | $ | 2,681.5 | $ | 2,426.6 | $ | 5,108.1 |
| Investment in equity method investees | | 0.2 | | 2.7 | | 2.9 |
| | | | | | | |
| **As of December 31, 2005** | | | | | | |
| Total assets | | 3,255.5 | | 2,238.0 | | 5,493.5 |
| Investment in equity method investees | | 0.8 | | 2.8 | | 3.6 |
| | | | | | | |
| **As of December 31, 2004** | | | | | | |
| Total assets | | 3,043.8 | | 556.3 | | 3,600.1 |
| Investment in equity method investees | | 0.8 | | - | | 0.8 |

PBM product revenue consists of revenues from the dispensing of prescription drugs from our home delivery pharmacies and revenues from the sale of prescription drugs by retail pharmacies in our retail pharmacy networks. SAAS product revenues consist of distribution of certain specialty drugs and revenues from specialty distribution activities. PBM service revenue includes administrative fees associated with the administration of retail pharmacy networks contracted by certain clients, market research programs and informed decision counseling services. SAAS service revenue includes revenues from certain specialty distribution services, and sample distribution and accountability services.

Revenues earned by our Canadian PBM totaled $37.0 million, $31.4 million and $26.1 million for the years ended December 31, 2006, 2005 and 2004, respectively.  All other revenues are earned in the United States.  Long-lived assets of our Canadian PBM (consisting primarily of fixed assets) totaled $16.2 million, $15.7 million and $16.3 million as of December 31, 2006, 2005 and 2004, respectively.  All other long-lived assets are domiciled in the United States.

### 12. Quarterly financial data (unaudited)

| (in millions, except per share data) | Quarters | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | First | | Second | | Third | | Fourth | |
| **Fiscal 2006** | | | | | | | | |
| Total revenues [1] [2] | $ | 4,380.0 | $ | 4,421.1 | $ | 4,330.2 | $ | 4,528.7 |
| Cost of revenues [1] [2] | | 4,035.4 | | 4,057.5 | | 3,955.9 | | 4,114.2 |
| Gross profit | | 344.6 | | 363.6 | | 374.3 | | 414.5 |
| Selling, general and administrative | | 161.1 | | 171.1 | | 168.6 | | 172.1 |
| Operating income | | 183.5 | | 192.5 | | 205.7 | | 242.4 |
| Net income | $ | 104.7 | $ | 107.8 | $ | 114.7 | | 147.2 |
| Basic earnings per share [3] | $ | 0.71 | $ | 0.76 | $ | 0.84 | $ | 1.09 |
| Diluted earnings per share [3] | $ | 0.70 | $ | 0.75 | $ | 0.83 | $ | 1.07 |

| (in millions, except per share data) | Quarters | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | First | | Second | | Third | | Fourth [4] | |
| **Fiscal 2005** | | | | | | | | |
| Total revenues [1] [2] | $ | 3,839.1 | $ | 3,944.3 | $ | 3,847.6 | $ | 4,581.0 |
| Cost of revenues [1] [2] | | 3,574.2 | | 3,667.5 | | 3,554.4 | | 4,216.7 |
| Gross profit | | 264.9 | | 276.8 | | 293.2 | | 364.3 |
| Selling, general and administrative | | 126.6 | | 128.4 | | 132.1 | | 169.0 |
| Operating income | | 138.3 | | 148.4 | | 161.1 | | 195.3 |
| -Net income | $ | 85.3 | $ | 102.0 | $ | 101.7 | $ | 111.1 |
| Basic earnings per share [3] | $ | 0.58 | $ | 0.69 | $ | 0.70 | $ | 0.75 |
| Diluted earnings per share [3] | $ | 0.57 | $ | 0.68 | $ | 0.68 | $ | 0.75 |

(1) Excludes estimated retail pharmacy co-payments of $1,220.8 and $1,483.7 for the three months ended March 31, 2006 and 2005, respectively, $1,045.7 and $1,460.2 for the three months ended June 30, 2006 and 2005, respectively, $942.8 and $1,413.3 for the three months ended September 30, 2006 and 2005, respectively, and $966.0 and $1,464.6 for the three months ended December 31, 2006 and 2005, respectively.   These are amounts we instructed retail pharmacies to collect from members.  We have no information regarding actual co-payments collected.

(2) We have reclassified certain amounts deemed immaterial between PBM revenue and PBM cost of revenue in the years ended December 31, 2006 and 2005.  There is no effect on consolidated gross profit.

(3) Earnings per share have been restated to reflect the two-for-one stock split effective June 24, 2005.

(4) Includes the acquisition of Priority Healthcare Corporation, Inc. effective October 14, 2005.

## Item 9 — Changes in and Disagreements with Accountants on Accounting and Financial Disclosure

None.

## Item 9A — Controls and Procedures

Our management, with the participation of our chief executive officer and chief financial officer, evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and

15d –15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")) as of December 31, 2006.  Based on this evaluation, our chief executive officer and chief financial officer concluded that, as of December 31, 2006, our disclosure controls and procedures were (1) designed to ensure that material information relating to us, including our consolidated subsidiaries, is made known to our chief executive officer and chief financial officer by others within those entities, particularly during the period in which this report was being prepared, and (2) effective, in that they provide reasonable assurance that information required to be disclosed by us in the reports that we file or submit under the Exchange Act are recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms.

**Management's Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as such term is defined in Rules 13a – 15(f) under the Exchange Act).  Under the supervision and with the participation of our management, including our Chairman and Chief Executive Officer and our Senior Vice President and Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in *Internal Control— Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.  Based on our evaluation under the framework in *Internal Control—Integrated Framework*, our management concluded that our internal control over financial reporting was effective as of December 31, 2006.  Our management's assessment of the effectiveness of our internal control over financial reporting as of December 31, 2006 has been audited by PricewaterhouseCoopers LLP, an independent registered public accounting firm, as stated in their report which is included herein.

**Changes in Internal Control Over Financial Reporting**

No change in our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) occurred during the quarter ended December 31, 2006 that has materially affected, or is reasonable likely to materially affect, our internal control over financial reporting.

# PART III

## Item 10 — Directors, Executive Officers and Corporate Governance

The information required by this item will be incorporated by reference from our definitive Proxy Statement for our 2006 Annual Meeting of Stockholders to be filed pursuant to Regulation 14A (the "Proxy Statement") under the headings "I. Election of Directors," "Section 16(a) Beneficial Ownership Reporting Compliance" and "Corporate Governance"; provided that the Report of the Compensation Committee on Executive Compensation and the Report of the Audit Committee contained in the Proxy Statement shall not be deemed to be incorporated herein; and further provided that some of the information regarding our executive officers required by Item 401 of Regulation S-K has been included in Part I of this report.

We have adopted a code of ethics that applies to our directors, officers and employees, including our principal executive officers, principal financial officer, principal accounting officer, controller, or persons performing similar functions (the "senior financial officers"). A copy of this code of business conduct and ethics is posted on the investor relations portion of our website at www.express-scripts.com/ourcompany/investor/, and a print copy is available to any stockholder who requests a copy.  In the event the code of ethics is revised, or any waiver is granted under the code of ethics with respect to any director, executive officer or senior financial officer, notice of such revision or waiver will be posted on our website.  Information included on our website is not part of this annual report.

## Item 11 — Executive Compensation

The information required by this item will be incorporated by reference from the Proxy Statement under the headings "Directors' Compensation," "Compensation Committee Interlocks and Insider Participation" and "Executive Compensation."

## Item 12 — Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters

The information required by this item will be incorporated by reference from the Proxy Statement under the headings "Security Ownership of Certain Beneficial Owners and Management" and "Securities Authorized for Issuance under Equity Compensation Plans."

## Item 13 — Certain Relationships and Related Transactions

The information required by this item will be incorporated by reference from the Proxy Statement under the heading "Certain Relationships and Related Party Transactions" and "Corporate Governance."

## Item 14 – Principal Accountant Fees and Services

The information required by this item will be incorporated by reference from the Proxy Statement under the heading "Principal Accountant Fees."

**PART IV**

**Item 15 — Exhibits and Financial Statement Schedules**

Documents filed as part of this Report:

    (1)   Financial Statements

        The following report of independent accountants and our consolidated financial statements are contained in Item 8—Consolidated Financial Statements and Supplemental Data of this Report

                Report of Independent Registered Public Accounting Firm

                Consolidated Balance Sheet as of December 31, 2006 and 2005

                Consolidated Statement of Operations for the years ended December 31, 2006, 2005 and 2004

                Consolidated Statement of Changes in Stockholders' Equity for the years ended December 31, 2006, 2005 and 2004

                Consolidated Statement of Cash Flows for the years ended December 31, 2006, 2005 and 2004

                Notes to Consolidated Financial Statements

    (2)   The following financial statement schedule is contained in this Report.

        II.    Valuation and Qualifying Accounts and Reserves for the years ended December 31, 2006, 2005 and 2004

        All other schedules are omitted because they are not applicable or the required information is shown in the consolidated financial statements or the notes thereto.

    (3)   List of Exhibits

        See Index to Exhibits on the pages below. The Company agrees to furnish to the Securities and Exchange Commission, upon request, copies of any long-term debt instruments that authorize an amount of securities constituting 10% or less of the total assets of Express Scripts, Inc. and its subsidiaries on a consolidated basis.

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

February 8, 2007

EXPRESS SCRIPTS, INC.

By:   /s/ George Paz
George Paz
Chairman, President and
Chief Executive Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ George Paz | | |
| George Paz | President, Chairman and Chief Executive Officer | February 8, 2007 |
| /s/ Edward Stiften | | |
| Edward Stiften | Senior Vice President and Chief Financial Officer (Principal Financial Officer) | February 8, 2007 |
| /s/ Kelley Elliott | | |
| Kelley Elliott | Vice President, Chief Accounting Officer and Corporate Controller (Principal Accounting Officer) | February 8, 2007 |
| /s/ Gary G. Benanav | | |
| Gary G. Benanav | Director | February 8, 2007 |
| /s/ Frank J. Borelli | | |
| Frank J. Borelli | Director | February 8, 2007 |
| /s/ Maura C. Breen | | |
| Maura C. Breen | Director | February 7, 2007 |
| /s/ Nicholas J. LaHowchic | | |
| Nicholas J. LaHowchic | Director | February 8, 2007 |
| /s/ Thomas P. Mac Mahon | | |

| Signature | Title | Date |
|---|---|---|
| Thomas P. Mac Mahon | Director | February 7, 2007 |
| /s/ John O. Parker | | |
| John O. Parker | Director | February 8, 2007 |
| /s/ Samuel Skinner | | |
| Samuel Skinner | Director | February 8, 2007 |
| /s/ Seymour Sternberg | | |
| Seymour Sternberg | Director | February 8, 2007 |
| /s/ Barrett A. Toan | | |
| Barrett A. Toan | Director | February 8, 2007 |
| /s/ Howard L. Waltman | | February 8, 2007 |
| Howard L. Waltman | Director | |

EXPRESS SCRIPTS, INC.
Schedule II — Valuation and Qualifying Accounts and Reserves
Years Ended December 31, 2006, 2005, and 2004

| Col. A | Col. B | Col. C | | Col. D | Col. E |
|---|---|---|---|---|---|
| *(in millions)* | | Additions | | | |
| | Balance at Beginning of Period | Charges to Costs and Expenses | Charges to Other Accounts | Deductions[4] | Balance at End of Period |
| Description | | | | | |
| **Allowance for Doubtful Accounts Receivable** | | | | | |
| Year Ended 12/31/04 | $ 28.6 | $ 6.2 | $ 4.5 [1] | $ 7.9 | $ 31.4 |
| Year Ended 12/31/05 | $ 31.4 | $ 18.3 | $ 23.6 [2] | $ 15.4 | $ 57.9 |
| Year Ended 12/31/06 | $ 57.9 | $ 17.7 | $ 22.0 [3] | $ 20.5 | $ 77.1 |
| **Valuation Allowance for Deferred Tax Assets** | | | | | |
| Year Ended 12/31/04 | $ - | $ - | $ - | $ - | $ - |
| Year Ended 12/31/05 | $ - | $ 4.1 | $ - | $ - | $ 4.1 |
| Year Ended 12/31/06 | $ 4.1 | $ 1.9 | $ - | $ - | $ 6.0 |

(1) Represents the opening balance sheet for our January 30, 2004 acquisition of CuraScript.

(2) Represents the opening balance sheet for our October 14, 2005 acquisition of Priority.

(3) Represents the adjusting entries made to the opening balance sheet to increase Priority's allowance for doubtful accounts receivable in 2006.

(4) Except as otherwise described, these deductions are primarily write-offs of receivable amounts, net of any recoveries.

INDEX TO EXHIBITS
(Express Scripts, Inc. – Commission File Number 0-20199)

Exhibit
Number    Exhibit

2.1[1]      Agreement and Plan of Merger, dated July 21, 2005, by and among the Company, Pony Acquisition Corporation, and Priority Healthcare Corporation, incorporated by reference to Exhibit No. 2.1 to the Company's Current Report on Form 8-K filed July 22, 2005.

3.1        Amended and Restated Certificate of Incorporation of the Company, as amended, incorporated by reference to Exhibit 3.1 to the Company's Annual Report on Form 10-K for the year ending December 31, 2001.

3.2        Certificate of Amendment to the Certificate of Incorporation of the Company dated June 2, 2004, incorporated by reference to Exhibit No. 3.2 to the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2004.

3.3        Certificate of Amendment to the Certificate of Incorporation of the Company dated May 24, 2006, incorporated by reference to Exhibit No. 3.3 to the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2006.

3.4        Third Amended and Restated Bylaws, incorporated by reference to Exhibit No. 3.3 to the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2004.

4.1        Form of Certificate for Class A Common Stock, incorporated by reference to Exhibit No. 4.1 to the Company's Registration Statement on Form S-1 filed June 9, 1992 (Registration Number 33-46974).

4.2        Stockholder and Registration Rights Agreement, dated as of October 6, 2000, between the Company and New York Life Insurance Company, incorporated by reference to Exhibit No. 4.2 to the Company's Amendment No. 1 to Registration Statement on Form S-3 filed October 17, 2000 (Registration Number 333-47572).

4.3        Asset Acquisition Agreement, dated October 17, 2000, between NYLIFE Healthcare Management, Inc., the Company, NYLIFE LLC and New York Life Insurance Company, incorporated by reference to Exhibit No. 4.3 to the Company's amendment No. 1 to the Registration Statement on Form S-3 filed October 17, 2000 (Registration Number 333-47572).

4.4        Amendment dated April 25, 2003 to the Stockholder and Registration Rights Agreement dated as of October 6, 2000 between the Company and New York Life Insurance Company, incorporated by reference to Exhibit No. 4.8 to the Company's Quarterly Report on Form 10-Q for the quarter ending March 31, 2003.

4.5        Rights Agreement, dated as of July 25, 2001, between the Corporation and American Stock Transfer & Trust Company, as Rights Agent, which includes the Certificate of Designations for the Series A Junior Participating Preferred Stock as Exhibit A, the Form of Right Certificate as Exhibit B and the Summary of Rights to Purchase Preferred Shares as Exhibit C, incorporated by reference to Exhibit No. 4.1 to the Company's Current Report on Form 8-K filed July 31, 2001.

4.6        Amendment No. 1 to the Rights Agreement between the Corporation and American Stock Transfer & Trust Company, as Rights Agent, dated May 25, 2005, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed May 31, 2005.

10.1[3]     Amended and Restated Express Scripts, Inc. 1992 Employee Stock Option Plan, incorporated by reference to Exhibit No. 10.78 to the Company's Annual Report on Form 10-K for the year ending December 31, 1994.

10.2[3]        First Amendment to Express Scripts, Inc. Amended and Restated 1992 Stock Option Plan incorporated by reference to Exhibit D to the Company's Proxy Statement dated April 22, 1999.

10.3[3]        Second Amendment to Express Scripts, Inc. Amended and Restated 1992 Stock Option Plan incorporated by reference to Exhibit F to the Company's Proxy Statement dated April 22, 1999.

10.4[3]        Amended and Restated Express Scripts, Inc. Stock Option Plan for Outside Directors, incorporated by reference to Exhibit No. 10.79 to the Company's Annual Report on Form 10-K for the year ending December 31, 1994.

10.5[3]        First Amendment to Express Scripts, Inc. Amended and Restated 1992 Stock Option Plan for Outside Directors incorporated by reference to Exhibit A to the Company's Proxy Statement dated April 9, 1996.

10.6[3]        Second Amendment to Express Scripts, Inc. Amended and Restated 1992 Stock Option Plan for Outside Directors incorporated by reference to Exhibit G to the Company's Proxy Statement dated April 22, 1999.

10.7[3]        Amended and Restated Express Scripts, Inc. 1994 Stock Option Plan incorporated by reference to Exhibit No. 10.80 to the Company's Annual Report on Form 10-K for the year ending December 31, 1994.

10.8[3]        First Amendment to Express Scripts, Inc. Amended and Restated 1994 Stock Option Plan incorporated by reference to Exhibit A to the Company's Proxy Statement dated April 16, 1997.

10.9[3]        Second Amendment to Express Scripts, Inc. Amended and Restated 1994 Stock Option Plan incorporated by reference to Exhibit A to the Company's Proxy Statement dated April 21, 1998.

10.10[3]       Third Amendment to Express Scripts, Inc. Amended and Restated 1994 Stock Option Plan, incorporated by reference to Exhibit C to the Company's Proxy Statement dated April 22, 1999.

10.11[3]       Fourth Amendment to Express Scripts, Inc. Amended and Restated 1994 Stock Option Plan, incorporated by reference to Exhibit E to the Company's Proxy Statement dated April 22, 1999.

10.12[3]       Amended and restated Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit No. 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2001.

10.13[3]       Second Amendment to the Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit No. 10.27 to the Company's Annual Report on Form 10-K for the year ended December 31, 2001.

10.14[3]       Third Amendment to the Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit A to the Company's Proxy Statement filed April 18, 2006.

10.15[3]       Amended and Restated Express Scripts, Inc. Employee Stock Purchase Plan, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed December 15, 2005.

10.16[3]       Express Scripts, Inc. Executive Deferred Compensation Plan, as amended and restated, incorporated by reference to Exhibit B to the Company's Proxy Statement dated April 28, 2003.

10.17[3]       Executive Employment Agreement, dated as of April 11, 2005, and effective as of April 1, 2005, between the Company and George Paz, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed April 14, 2005.

10.18[3]     Form of Executive Employment Agreement entered into between the Company and certain key executives (including all of the Company's named executive officers other than Mr. Paz), incropoated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed May 4, 2006.

10.19[3]     Consulting Agreement, dated as of March 24, 2005, and effective as of March 31, 2005, between the Company and Barrett A. Toan, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed March 30, 2005.

10.20[3]     Form of Restricted Stock Agreement used with respect to grants of restricted stock by the Company under the Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit No. 10.7 to the Company's Quarterly Report on Form 10-Q for the quarter ending September 30, 2004.

10.21[3]     Form of Performance Share Award Agreement used with respect to grants of performance shares by the Company under the Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit No. 10.1 to the Company's Quarterly Report on Form 10-Q for the quarter ending June 30, 2006.

10.22[3]     Form of Stock Appreciation Right Award Agreement used with respect to grants of stock appreciation rights under the Express Scripts, Inc. 2000 Long-Term Incentive Plan, incorporated by reference to Exhibit No. 10.2 to the Company's Current Report on Form 8-K filed March 7, 2006.

10.23[3]     Form of Waiver and Modification entered into between the Company and certain key executives (including all of the Company's named executive officers), incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed December 21, 2006.

10.24[3]     Description of Compensation Payable to Non-Employee Directors incorporated by reference to Exhibit No. 10.3 to the Company's Quarterly Report on Form 10-Q for the quarter ending March 31, 2005.

10.25[3]     Summary of Named Executive Officer 2006 Salaries, 2005 Bonus Awards, 2006 Bonus Potential and 2006 Equity and Performance Awards, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed March 7, 2006.

10.26     Form of Indemnification Agreement entered into between the Company and each member of its Board of Directors, and between the Company and certain key executives (including all of the Company's named executive officers), incorporated by reference to Exhibit 10.1 to the Company's Current Report on Form 8-K filed December 29, 2006.

10.27     Credit Agreement, dated as of October 14, 2005, among Express Scripts, Inc., Credit Suisse, as administrative agent, Citigroup Global Markets Inc., as syndication agent, Bank of Nova Scotia, Calyon New York Branch, Deutsche Bank Securities Inc., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland plc, Sun Trust and Union Bank of California, as co–documentation agents and the lenders named therein, incorporated by reference to Exhibit No. 10.1 to the Company's Current Report on Form 8-K filed October 14, 2005.

21.1[2]     List of Subsidiaries.

23.1[2]     Consent of PricewaterhouseCoopers LLP, an independent registered public accounting firm.

31.1[2]     Certification by George Paz, as President, Chief Executive Officer and Chairman of Express Scripts, Inc., pursuant to Exchange Act Rule 13a-14(a).

31.2[2]     Certification by Edward Stiften, as Senior Vice President and Chief Financial Officer of Express Scripts, Inc., pursuant to Exchange Act Rule 13a-14(a).

32.1[2]     Certification by George Paz, as Chairman, President and Chief Executive Officer of Express Scripts, Inc., pursuant to 18 U.S.C.ss.1350 and Exchange Act Rule 13a-14(b).

32.2[2]        Certification by Edward Stiften, as Senior Vice President and Chief Financial Officer of Express Scripts, Inc., pursuant to 18 U.S.C.ss. 1350 and Exchange Act Rule 13a-14(b).

1    The Company agrees to furnish supplementally a copy of any omitted schedule to this agreement to the Commission upon request.
2    Filed herein.
3    Management contract or compensatory plan or arrangement.

EXHIBIT 21.1

The following is a list of all of the Company's subsidiaries, regardless of the materiality of their operations. Each of these subsidiaries is included in the Company's Consolidated Financial Statements for the period ending December 31, 2006.

| Subsidiary | State of Organization | D/B/A |
|---|---|---|
| Acuity Health Solutions, Inc. | Florida | None |
| Airport Holdings, LLC | New Jersey | None |
| Byfield Drug, Inc. | Massachusetts | None |
| Central Fill, Inc. | Pennsylvania | None |
| CFI New Jersey, Inc. | New Jersey | None |
| Chesapeake Infusion, Inc. | Florida | None |
| CuraScript, Inc. | Delaware | CuraScript SP Specialty Pharmacy |
| CuraScript PBM Services, Inc. | Delaware | CuraScript |
| CuraScript Infusion Pharmacy, Inc. | Kentucky | CuraScript IP Infusion Pharmacy |
| Custom Medical Products, Inc. | Florida | None |
| Diversified NY IPA, Inc. | New York | None |
| Diversified Pharmaceutical Services (Puerto Rico), Inc. | Puerto Rico | None |
| Diversified Pharmaceutical Services, Inc. | Minnesota | None |
| ESI Canada | Ontario, Canada | None |
| ESI Claims, Inc. | Delaware | None |
| ESI Enterprises, LLC | Delaware | None |
| ESI-GP Canada, ULC | Nova Scotia, Canada | None |
| ESI-GP Holdings, Inc. | Delaware | None |
| ESI Mail Pharmacy Service, Inc. | Delaware | None |
| ESI Partnership | Delaware | None |
| ESI Realty, LLC | New Jersey | None |
| ESI Resources, Inc. | Minnesota | None |
| Express Scripts Canada Co. | Nova Scotia, Canada | None |
| Express Scripts Canada Holding, Co. | Delaware | None |
| Express Scripts Insurance Company | Arizona | None |
| Express Scripts Pharmaceutical Procurement, LLC | Delaware | None |
| Express Scripts Sales Development Co. | Delaware | None |
| Express Scripts Senior Care, Inc. | Delaware | None |
| Express Scripts Senior Care Holdings, Inc. | Delaware | None |
| Express Scripts Specialty Distribution Services, Inc. | Delaware | None |
| Express Scripts Utilization Management Co. | Delaware | None |
| Freco, Inc. | Florida | None |
| Freedom Service Company, LLC | Florida | None |
| Healthbridge Reimbursement and Product Support, Inc. | Massachusetts | None |
| iBIOLogic, Inc. | Delaware | None |
| Intecare Pharmacies, Ltd. | Ontario, Canada | None |
| IVTx, Inc. | Delaware | None |
| KEW Corp. | Delaware | None |
| Lynnfield Compounding Center, Inc. | Florida | Freedom FP Fertility Pharmacy |
| Lynnfield Drug, Inc. | Florida | Freedom Fertility Pharmacy |
| Matrix GPO, LLC | Indiana | None |
| National Prescription Administrators, Inc. | New Jersey | NPA |
| NPA of New York IPA, Inc. | New York | None |
| PHF, Inc. | Nevada | None |

| | | |
|---|---|---|
| PHRC, Inc. | Nevada | None |
| Phoenix Marketing Group, LLC | Delaware | Phoenix |
| Priorityhealthcare.com, Inc. | Florida | None |
| Priority Healthcare Corporation | Indiana | None |
| Priority Healthcare Corporation West | Nevada | None |
| Priority Healthcare Distribution, Inc. | Florida | CuraScript SD Specialty Distribution |
| Priority Healthcare Pharmacy, Inc. | Florida | None |
| Sinuspharmacy, Inc. | Florida | None |
| Specialty Infusion Pharmacy, Inc. | Florida | None |
| Spectracare, Inc. | Kentucky | None |
| Spectracare Healthcare Ventures, Inc. | Kentucky | None |
| Spectracare of Indiana | Indiana | None |
| Spectracare Infusion Pharmacy, Inc. | Kentucky | None |
| Spectracare Management Services – Kentucky, Inc. | Kentucky | None |
| Value Health, Inc. | Delaware | None |
| ValueRx of Michigan, Inc. | Michigan | None |
| YourPharmacy.com, Inc. | Delaware | None |

EXHIBIT 23.1

CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We hereby consent to the incorporation by reference in the Registration Statements on Forms S-8 (Nos. 333-136616, 333-110573, 333-43336, 333-80255, 333-72441, 333-69855, 333-48779, 333-48767, 333-48765, 333-27983, 333-04291, 33-64094, 33-64278, 33-93106) and Form S-4 (No. 33-14001) of Express Scripts, Inc. of our report dated February 8, 2007 relating to the financial statements, financial statement schedule, management's assessment of the effectiveness of internal control over financial reporting and the effectiveness of internal control over financial reporting, which appears in this Form 10-K.

/s/PricewaterhouseCoopers LLP
St. Louis, Missouri
February 8, 2007

Exhibit 31.1

 I, George Paz, certify that:

1.  I have reviewed this annual report on Form 10-K of Express Scripts, Inc.;

2.  Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.  Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this annual report;

4.  The registrant's other certifying officers and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)), for the registrant and have:

    a)  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    b)  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)  evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this annual report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)  disclosed in this annual report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officers and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent function):

    a)  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 8, 2007


 ./s/George Paz_____
George Paz, President,
Chief Executive Officer and Chairman

Exhibit 31.2

I, Edward Stiften, certify that:

1.  I have reviewed this annual report on Form 10-K of Express Scripts, Inc.;

2.  Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3.  Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this annual report;

4.  The registrant's other certifying officers and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a – 15(f) and 15d-15(f)), for the registrant and have:

    a.  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    b.  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c.  evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this annual report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d.  disclosed in this annual report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officers and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of registrant's board of directors (or persons performing the equivalent function):

    a.  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b.  any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  February 8, 2007

_/s/Edward Stiften_____

Edward Stiften, Senior Vice President and
Chief Financial Officer

Exhibit 32.1

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AND RULE 13a-14(b) UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED

In connection with the accompanying Annual Report on Form 10-K (the "Report") of Express Scripts, Inc. (the "Company") for the period ended December 31, 2006, I, George Paz, President, Chief Executive Officer and Chairman of the Company, certify, to the best of my knowledge, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, and Exchange Act Rule 13a-14(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act") that:

    (1)   The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act; and

    (2)   The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

BY:    /s/George Paz
    George Paz
    President, Chief Executive Officer and Chairman
    Express Scripts, Inc.

Date:    February 8, 2007

Exhibit 32.2

CERTIFICATION PURSUANT TO
18 U.S.C. SECTION 1350,
AND RULE 13a-14(b) UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED

In connection with the accompanying Annual Report on Form 10-K (the "Report") of Express Scripts, Inc. (the "Company") for the period ended December 31, 2006, I, Edward Stiften, Senior Vice President and Chief Financial Officer of the Company, certify, to the best of my knowledge, pursuant to 18 U.S.C. § 1350, as adopted pursuant to § 906 of the Sarbanes-Oxley Act of 2002, and Exchange Act Rule 13a-14(b) under the Securities Exchange Act of 1934, as amended (the "Exchange Act") that:

(3)    The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act; and

(4)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

BY:    /s/Edward Stiften
       Edward Stiften
       Senior Vice President and Chief Financial Officer
       Express Scripts, Inc.

Date:    February 8, 2007

# TOTAL SHAREHOLDER RETURNS



| Company/Index | Base Period Dec-01 | Dec-02 | Dec-03 | Dec-04 | Dec-05 | Dec-06 |
|---|---|---|---|---|---|---|
| Express Scripts,Inc. | 100 | 102.74 | 142.09 | 163.47 | 358.43 | 306.24 |
| S & P 500 Index | 100 | 76.63 | 96.85 | 105.56 | 108.73 | 123.54 |
| S & P – Health Care | 100 | 80.03 | 90.68 | 90.89 | 95.31 | 100.82 |

**Total Return to Shareholders**
(Dividends Reinvested Monthly)
Indexed Returns
Years Ending

NOTES

## General Stockholders' Information

### Market Information

Our Common Stock is traded on the Nasdaq National Market ("NASDAQ") tier of The NASDAQ Stock Market under the symbol ESRX. The high and low prices, as reported by the NASDAQ, are set forth below for the periods indicated.

### Fiscal Year 2006
Common Stock

|                | High    | Low     |
| -------------- | ------- | ------- |
| First Quarter  | $95.00  | $82.15  |
| Second Quarter | 88.88   | 63.83   |
| Third Quarter  | 84.97   | 68.81   |
| Fourth Quarter | 77.80   | 58.79   |

### Fiscal Year 2005
Common Stock

|                | High    | Low     |
| -------------- | ------- | ------- |
| First Quarter  | $43.88  | $36.54  |
| Second Quarter | 52.50   | 42.05   |
| Third Quarter  | 62.47   | 45.04   |
| Fourth Quarter | 90.80   | 59.40   |

### Holders

As of December 31, 2006, there were 450 stockholders of record of our Common stock. We estimate there are approximately 108,077 beneficial owners of the Common Stock.

### Dividends

The Board of Directors has not declared any cash dividends on our common stock since the initial public offering. The Board of Directors does not currently intend to declare any cash dividends in the foreseeable future. The terms of our existing credit facility and the indenture under which our public debt was issued contain certain restrictions on our ability to declare or pay cash dividends.

### Corporate Offices

Express Scripts, Inc.
One Express Way
8555 University Place Dr.
St. Louis, MO 63121

### Annual Meeting

The 2007 Annual Meeting of Stockholders is scheduled to be held on May 23, 2007, at 9:30 a.m. at our corporate headquarters: One Express Way, 8555 University Place Dr., St. Louis, MO 63121.

### Transfer Agent and Registrar

American Stock Transfer & Trust Company
40 Wall St.
New York, New York  10005

### Independent Accountants

PricewaterhouseCoopers LLP
800 Market St.
St. Louis, Missouri  63101

## Board of Directors

**Gary G. Benanav**[3]
*Director, Chairman of the Compensation Committee*
Retired Vice Chairman,
New York Life Insurance Company

**Frank J. Borelli**[1][2]
*Director, Chairman of the Audit Committee*
Retired Chief Financial Officer,
Marsh & McLennan

**Maura C. Breen**[2]
*Director*
Senior Vice President,
Verizon Communications

**Nick Lahowchic**[2][4]
*Director, Chairman of the Compliance Committee*
President and Chief Executive Officer,
Limited Logistics Services

**Tom Mac Mahon**[3]
*Director*
Chairman and Retired Chief Executive Officer,
Laboratory Corporation of America Holdings (LabCorp)

**John O. Parker**[1][2]
*Director*
Venture Partner,
Rho Ventures, LLC

**George Paz**
*Chairman of the Board*
President and Chief Executive Officer,
Express Scripts

**Samuel Skinner**[4]
*Director*
Retired Chairman,
Chief Executive Officer and President,
USF Corporation

**Seymour Sternberg**[1][4]
*Director*
Chairman, President and Chief Executive Officer,
New York Life Insurance Company

**Barrett A. Toan**
*Director*
Retired Chief Executive Officer,
Express Scripts

**Howard L. Waltman**[1][3]
*Director, Chairman of the Corporate Governance Committee*

(1) Member of Corporate Governance Committee
(2) Member of Audit Committee
(3) Member of Compensation Committee
(4) Member of Compliance Committee





# Exhibit B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of Inspector General

Washington, D.C. 20201

JAN − 3 2008

**TO:**        Kerry Weems
            Acting Administrator
            Centers for Medicare & Medicaid Services

**FROM:**      Daniel R. Levinson    *Daniel R. Levinson*
            Inspector General

**SUBJECT:**   Review of the Relationship Between Medicare Part D Payments to Local,
            Community Pharmacies and the Pharmacies' Drug Acquisition Costs
            (A-06-07-00107)

The attached final report presents the results of our review of the relationship between Medicare
Part D payments to local, community pharmacies and the pharmacies' drug acquisition costs.
We conducted this review at the request of 33 Senators.

Under Medicare Part D, the Centers for Medicare & Medicaid Services (CMS) contracts with
Part D sponsors to offer prescription drug benefits to eligible individuals. Pharmacies contract
with these sponsors to obtain Part D reimbursement for prescription drugs dispensed to
individuals enrolled in Part D plans. The sponsors pay pharmacies a rate for ingredient costs
(i.e., drug acquisition costs), usually a published average wholesale price of the drug minus some
percentage, as well as a dispensing fee.

Our objectives were to (1) analyze the relationship between Medicare Part D payments,
excluding dispensing fees, to local, community pharmacies and the pharmacies' drug acquisition
costs and (2) estimate Part D dispensing fees and compare them with Medicaid dispensing fees.

Medicare Part D payments, excluding dispensing fees, to local, community pharmacies exceeded
the pharmacies' drug acquisition costs by an estimated 18.1 percent when our analysis included
rebates that drug wholesalers paid to pharmacies. Excluding rebates, Part D payments exceeded
drug acquisition costs by an estimated 17.3 percent. The estimated difference between Part D
payments and drug acquisition costs was $9.13 per prescription including rebates and $8.78
excluding rebates.

The estimated average Medicare Part D dispensing fee paid to local, community pharmacies was
$2.27 per prescription, about $2 less than the average Medicaid dispensing fee.

Page 2 – Kerry Weems

We recommend that Congress and CMS consider the results of our review, including the data provided, in any deliberations regarding Medicare Part D reimbursement.

In its written comments on our draft report, CMS concurred with our recommendation.

Pursuant to the principles of the Freedom of Information Act, 5 U.S.C. § 552, as amended by Public Law 104-231, Office of Inspector General reports generally are made available to the public to the extent the information is not subject to exemptions in the Act (45 CFR part 5). Accordingly, within 10 business days after this report is issued, it will be posted on the Internet at http://oig.hhs.gov.

Please send us your final management decision, including any action plan, as appropriate, within 60 days.  If you have any questions or comments about this report, please do not hesitate to call me, or your staff may contact George M. Reeb, Assistant Inspector General for the Centers for Medicare & Medicaid Audits, at (410) 786-7104 or through e-mail at George.Reeb@oig.hhs.gov. Please refer to report number A-06-07-00107 in all correspondence.

Attachment

Department of Health and Human Services

**OFFICE OF
INSPECTOR GENERAL**

# REVIEW OF THE RELATIONSHIP BETWEEN MEDICARE PART D PAYMENTS TO LOCAL, COMMUNITY PHARMACIES AND THE PHARMACIES' DRUG ACQUISITION COSTS



Daniel R. Levinson
Inspector General

January 2008
A-06-07-00107

# *Office of Inspector General*

http://oig.hhs.gov

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, as amended, is to protect the integrity of the Department of Health and Human Services (HHS) programs, as well as the health and welfare of beneficiaries served by those programs. This statutory mission is carried out through a nationwide network of audits, investigations, and inspections conducted by the following operating components:

## *Office of Audit Services*

The Office of Audit Services (OAS) provides all auditing services for HHS, either by conducting audits with its own audit resources or by overseeing audit work done by others. Audits examine the performance of HHS programs and/or its grantees and contractors in carrying out their respective responsibilities and are intended to provide independent assessments of HHS programs and operations. These assessments help reduce waste, abuse, and mismanagement and promote economy and efficiency throughout HHS.

## *Office of Evaluation and Inspections*

The Office of Evaluation and Inspections (OEI) conducts national evaluations to provide HHS, Congress, and the public with timely, useful, and reliable information on significant issues. Specifically, these evaluations focus on preventing fraud, waste, or abuse and promoting economy, efficiency, and effectiveness in departmental programs. To promote impact, the reports also present practical recommendations for improving program operations.

## *Office of Investigations*

The Office of Investigations (OI) conducts criminal, civil, and administrative investigations of allegations of wrongdoing in HHS programs or to HHS beneficiaries and of unjust enrichment by providers. The investigative efforts of OI lead to criminal convictions, administrative sanctions, or civil monetary penalties.

## *Office of Counsel to the Inspector General*

The Office of Counsel to the Inspector General (OCIG) provides general legal services to OIG, rendering advice and opinions on HHS programs and operations and providing all legal support in OIG's internal operations. OCIG imposes program exclusions and civil monetary penalties on health care providers and litigates those actions within HHS. OCIG also represents OIG in the global settlement of cases arising under the Civil False Claims Act, develops and monitors corporate integrity agreements, develops compliance program guidances, renders advisory opinions on OIG sanctions to the health care community, and issues fraud alerts and other industry guidance.

# *Notices*

---

## THIS REPORT IS AVAILABLE TO THE PUBLIC
### at http://oig.hhs.gov

In accordance with the principles of the Freedom of Information Act (5 U.S.C. 552, as amended by Public Law 104-231), Office of Inspector General, Office of Audit Services reports are made available to members of the public to the extent the information is not subject to exemptions in the act. (See 45 CFR part 5.)

## OAS FINDINGS AND OPINIONS

The designation of financial or management practices as questionable or a recommendation for the disallowance of costs incurred or claimed, as well as other conclusions and recommendations in this report, represent the findings and opinions of the HHS/OIG/OAS. Authorized officials of the HHS divisions will make final determination on these matters.



# EXECUTIVE SUMMARY

## BACKGROUND

Title I of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 established the Medicare Part D prescription drug program. Under Part D, which began January 1, 2006, individuals entitled to benefits under Part A or enrolled in Part B may obtain drug coverage.

The Centers for Medicare & Medicaid Services (CMS), which administers Medicare, contracts with Part D sponsors to offer prescription drug benefits to eligible individuals. Pharmacies contract with these sponsors to obtain Part D reimbursement for prescription drugs dispensed to individuals enrolled in Part D plans. The sponsors pay pharmacies a rate for ingredient costs (i.e., drug acquisition costs), usually a published average wholesale price of the drug minus some percentage, as well as a dispensing fee.

In a letter dated June 6, 2006, 33 Senators requested that we analyze three issues related to local, community pharmacies' participation in the Medicare Part D program: network adequacy, contracting, and reimbursement. This report, which addresses the reimbursement aspect of the request, is based on our reviews of Part D payments and drug acquisition costs at 100 statistically selected pharmacies in September 2006.

## OBJECTIVES

Our objectives were to (1) analyze the relationship between Medicare Part D payments, excluding dispensing fees, to local, community pharmacies and the pharmacies' drug acquisition costs and (2) estimate Part D dispensing fees and compare them with Medicaid dispensing fees.

## SUMMARY OF RESULTS

Medicare Part D payments, excluding dispensing fees, to local, community pharmacies exceeded the pharmacies' drug acquisition costs by an estimated 18.1 percent when our analysis included rebates that drug wholesalers paid to pharmacies. Excluding rebates, Part D payments exceeded drug acquisition costs by an estimated 17.3 percent. The estimated difference between Part D payments and drug acquisition costs was $9.13 per prescription including rebates and $8.78 excluding rebates. Our analyses also found that, including rebates:

- Payments to pharmacies that were members of group purchasing organizations exceeded drug acquisition costs by an estimated 18.3 percent, compared with 17.7 percent for nonmember pharmacies. Member pharmacies received rebates on more drugs that were common to both member and nonmember pharmacies than did nonmember pharmacies.

- Payments to rural pharmacies exceeded drug acquisition costs by an estimated 18.9 percent, compared with 17.3 percent for nonrural pharmacies. The percentage difference appears to be related to the mix of generic and brand-name drugs dispensed rather than a difference in Part D payment rates. Rural pharmacies filled more generic prescriptions than did nonrural pharmacies. The percentage difference between Part D

payments and drug acquisition costs was significantly higher for generic drugs than for brand-name drugs.

The estimated average Medicare Part D dispensing fee paid to local, community pharmacies was $2.27 per prescription, about $2 less than the average Medicaid dispensing fee.

## RECOMMENDATION

We recommend that Congress and CMS consider the results of our review, including the data provided, in any deliberations regarding Medicare Part D reimbursement.

## CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS

In its written comments on our draft report, CMS concurred with our recommendation.  The full text of CMS's comments is included as Appendix G.

# TABLE OF CONTENTS

**Page**

INTRODUCTION ..................................................................................................1

    BACKGROUND ............................................................................................1
        Senate Request Letter ...........................................................................1
        Medicare Part D Reimbursement of Drugs..............................................1
        National Council for Prescription Drug Programs Pharmacy Database.....2
        National Drug Codes...............................................................................2
        First DataBank, Inc., Drug Database .......................................................2

    OBJECTIVES, SCOPE, AND METHODOLOGY .............................................3
        Objectives .............................................................................................3
        Scope and Methodology .........................................................................3

RESULTS OF REVIEW ........................................................................................5

    RELATIONSHIP BETWEEN PAYMENTS AND
    DRUG ACQUISITION COSTS .....................................................................5
        Comparison of Group Purchasing Organization Member and
          Nonmember Pharmacies .....................................................................6
        Comparison of Rural and Nonrural Pharmacies .......................................7

    DISPENSING FEES ......................................................................................8
        Estimated Average Part D Dispensing Fees .............................................8
        Comparison of Part D and Medicaid Dispensing Fees ..............................8

    RECOMMENDATION………………………………………………………...9

    CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS ...........9

    OFFICE OF INSPECTOR GENERAL RESPONSE ...........................................9

OTHER MATTER:  DISPENSING COSTS...............................................................10

    SELECTED PHARMACIES' ESTIMATES .......................................................10

    RECENT STUDIES......................................................................................10

    CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS ...........11

    OFFICE OF INSPECTOR GENERAL RESPONSE ...........................................11

**APPENDIXES**

A – SAMPLE DESCRIPTION

B – PROJECTION RESULTS

C – PERCENTAGE DIFFERENCE BETWEEN PART D PAYMENTS AND DRUG
ACQUISITION COSTS FOR EACH SELECTED PHARMACY

D – AVERAGE DOLLAR DIFFERENCE BETWEEN PART D PAYMENTS AND
DRUG ACQUISITION COSTS PER PRESCRIPTION FOR EACH SELECTED
PHARMACY

E – BREAKDOWN OF PRESCRIPTIONS ANALYZED

F – SELECTED PHARMACIES' AVERAGE PART D DISPENSING FEES

G – CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS

# INTRODUCTION

## BACKGROUND

### Senate Request Letter

In a letter dated June 6, 2006, 33 Senators requested that we analyze three issues related to local, community pharmacies' participation in the Medicare Part D program: network adequacy, contracting, and reimbursement. With respect to reimbursement, the Senators requested that we analyze reimbursement from Medicare prescription drug plans to local, community pharmacies relative to the pharmacies' costs of acquiring and dispensing prescription drugs.[1] Additionally, the Senators stated: "We are also concerned about the sufficiency of reimbursement that local, community pharmacies receive from Medicare prescription drug plans. Pharmacists have informed us that in many cases, reimbursements fall well below their costs, which will undermine the long-term viability of local pharmacies and the MMA [Medicare Prescription Drug, Improvement, and Modernization Act] goal of ensuring beneficiaries' access to them."

This report addresses the reimbursement aspect of the request. We have issued a separate report addressing network adequacy (OEI-05-06-00320), and we will address contracting in two upcoming reports.

### Medicare Part D Reimbursement of Drugs

Title I of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 significantly expanded the Medicare program set forth in Title 18 of the Social Security Act by establishing the Medicare Part D prescription drug program. Under Part D, which began January 1, 2006, individuals entitled to benefits under Part A or enrolled in Part B may obtain drug coverage. Covered drugs include drugs and biological products dispensed by prescription, as well as insulin and supplies associated with insulin injection.[2]

Unlike Parts A and B of the Medicare program, under which Medicare acts as the payer and insurer and generally pays on a fee-for-service basis, the prescription drug benefit is based on a private market model. The Centers for Medicare & Medicaid Services (CMS) contracts with prescription drug plans and Medicare Advantage plans, which then act as the payers and insurers for prescription drug benefits. CMS refers to these private entities as Part D sponsors. Retail pharmacies contract with Part D sponsors to obtain reimbursement for prescription drugs dispensed to Part D beneficiaries. The sponsors pay pharmacies a rate for ingredient costs (i.e., drug acquisition costs), usually a published average wholesale price of the drug minus some percentage, as well as a dispensing fee. Dispensing fees help pharmacies cover the costs of filling prescriptions. According to a recent study, dispensing costs could include such costs as

---

[1] We defined local, community pharmacies as independent retail or franchise retail pharmacies for this review.

[2] Title 18 of the Social Security Act, sections 1860D-1(a)(2) and (3)(A) and 1860D-2(e)(1)(A) and (B).

payroll for prescription department employees and facility costs (e.g., rent, utilities, and maintenance costs).[3]

**National Council for Prescription Drug Programs Pharmacy Database**

The National Council for Prescription Drug Programs, Inc. (NCPDP), maintains a database of licensed pharmacies.  As of October 2, 2006, the NCPDP Pharmacy Database contained 59,848 retail pharmacies in the United States and Puerto Rico classified as chain, independent, or franchise.  As defined by NCPDP, a chain pharmacy is part of a group of four or more pharmacies under common ownership; an independent pharmacy is part of a group of three or fewer pharmacies under common ownership; and a franchise pharmacy is independently owned but has a franchise agreement with another company to receive marketing, training, and/or other support.[4] [5]

**National Drug Codes**

The Drug Listing Act of 1972 requires registered drug establishments to provide the Food and Drug Administration with a list of all drugs manufactured, prepared, propagated, compounded, or processed for commercial distribution.[6]  Drug establishments identify and report drugs using a unique, three-segment number called the National Drug Code (NDC), which is a universal product identifier for drugs for human use.  The first segment, the labeler code, identifies the labeler, which is any firm that manufactures or distributes (under its own name) the drug.  The second segment, the product code, identifies a specific strength, dosage form, and formulation for a particular labeler.  The third segment, the package code, identifies the package size and type.

**First DataBank, Inc., Drug Database**

The National Drug Data File Plus™, maintained by First DataBank, Inc., includes descriptive information for all drugs approved by the Food and Drug Administration.  The database contains, by NDC, such information as whether a drug is prescribed or purchased over the counter, whether a drug is brand name or generic, a product's package size, and the number of packages in a case.  Additionally, one data field contains the clinical formulation identification, which is a six-digit number used to aggregate drugs that share like ingredient sets, strength, dosage form, and route of administration (e.g., oral or injection) but are marketed by multiple manufacturers. Each like product receives the same identification number.

---

[3]Grant Thornton LLP, "National Study To Determine the Cost of Dispensing Prescriptions in Community Retail Pharmacies."  Available online at http://www.alphanet.org.  Accessed on May 14, 2007.

[4]"Pharmacy Update."  Available online at http://www.ncpdp.org/provider_update.asp.  Accessed on July 24, 2007.

[5]According to the National Association of Chain Drug Stores, chain drugstores filled 70.9 percent of the 3.42 billion prescriptions filled in 2006, independent pharmacies filled 21.1 percent, and franchise pharmacies filled 1.2 percent. Mail-order pharmacies accounted for the remaining prescriptions.

[6]This requirement is codified at 21 U.S.C. § 360(j).

## OBJECTIVES, SCOPE, AND METHODOLOGY

### Objectives

Our objectives were to (1) analyze the relationship between Medicare Part D payments, excluding dispensing fees, to local, community pharmacies and the pharmacies' drug acquisition costs and (2) estimate Part D dispensing fees and compare them with Medicaid dispensing fees.

### Scope and Methodology

Using the NCPDP Pharmacy Database, we identified 21,331 independent and franchise retail pharmacies in the United States and Puerto Rico.  We included each pharmacy in our population four times to represent the 4 weeks[7] in September 2006.  The population thus consisted of 85,324 pharmacy weeks.  We randomly selected 100 of these pharmacy weeks for review.  (See Appendix A for a detailed description of our statistical sample design.)

The selected pharmacy weeks related to 99 pharmacies in 38 States and Puerto Rico.[8]  As Table 1 shows, these pharmacies received payments totaling $1,114,845 for the drugs in 18,864 Part D prescriptions (3,344 unique NDCs) and $42,959 in dispensing fees during the selected pharmacy weeks.

**Table 1:  Part D Payments to Selected Pharmacies**

|  | Number of Prescriptions | Drug Payments | Dispensing Fee Payments |
|---|---|---|---|
| Brand-name drugs | 8,024 | $895,194 | $16,874 |
| Generic drugs | 10,840 | 219,651 | 26,085 |
| **Total** | **18,864** | **$1,114,845** | **$42,959** |

Sixty-four of the selected pharmacies received rebates, and 66 belonged to GPOs.[9]  On average, according to estimates provided by officials at the selected pharmacies, the pharmacies filled more than 4,200 prescriptions each month, almost 32 percent of which were for Medicare Part D

---

[7]We defined a week as a 5-day span of weekdays, excluding Federal holidays.

[8]Although we reviewed 100 pharmacies, we excluded the results from 1 pharmacy because it received Part D payments for only two prescriptions during the selected week, and the percentage difference between Part D payments and drug acquisition costs was more than three times higher than that of the next highest selected pharmacy.  As a result, all percentage and dollar estimates in this report are based on results at 99 pharmacies. However, the estimated number of pharmacies that received rebates and pharmacies that were members of group purchasing organizations (GPO) are based on results at all 100 pharmacies.

[9]As members of GPOs, small pharmacies receive the benefits of volume purchasing by leveraging their combined purchasing power to negotiate discount pricing from wholesalers or, in some cases, manufacturers.  ("Follow the Pill:  Understanding the U.S. Commercial Pharmaceutical Supply Chain," prepared for the Kaiser Family Foundation by The Health Strategies Consultancy, LLC.  Available online at http://www.kff.org/rxdrugs/7296.cfm. Accessed on May 4, 2007.)

beneficiaries, and purchased about $184,000 worth of drugs through one or more wholesalers.[10] (Twenty-five of the pharmacies used only one wholesaler.)

From December 2006 to April 2007, we visited the selected pharmacies to obtain data necessary to compare the Medicare Part D payments that the pharmacies received with their drug acquisition costs.  During each pharmacy audit, we:

- discussed Part D reimbursement and drug acquisition costs with pharmacy officials;

- reviewed reimbursement data (remittance advices) that Part D sponsors and other payers sent to the pharmacy, Part D claim data that the pharmacy submitted to Part D sponsors, and drug purchase invoices;

- determined Part D reimbursement for the week by matching remittance advices to Part D claim information from the pharmacy's computer system;

- determined drug acquisition costs by identifying drugs that the pharmacy purchased before the date each prescription was filled[11] and by matching the reimbursed drug to a purchase of (1) the same drug and package size, (2) the same drug with a different package size when we could not find a match under the first method (after obtaining the pharmacy's concurrence for these substitutions), or (3) a drug with the same clinical formulation identification when we could not find a match using the previous two methods (after obtaining the pharmacy's concurrence for these substitutions);

- calculated the difference between Part D reimbursement, excluding dispensing fees, and the pharmacy's drug acquisition costs, both including and excluding rebates, if applicable;[12]

- calculated the average Part D dispensing fees for all drugs, brand-name drugs, and generic drugs; and

- issued a separate report to the pharmacy describing the results of our analysis.

For this report, we used the calculations from the individual pharmacy audits to estimate the difference between Part D reimbursement and drug acquisition costs and the average Medicare dispensing fees across the population of local, community pharmacies.  We also compared the calculations for (1) pharmacies that used GPOs versus those that did not and (2) rural versus nonrural pharmacies.  To analyze the data on rural and nonrural pharmacies, we used a CMS file that classified ZIP Codes as rural, suburban, or urban based on population density.  We grouped

---

[10]The average monthly prescriptions and Part D percentage were based on estimates provided by 97 pharmacies, while the average monthly drug purchase information was based on estimates provided by 98 pharmacies.

[11]We used data for purchases on or after the prescription fill dates for 308 of the 18,864 prescriptions we analyzed (after obtaining pharmacy officials' concurrence).

[12]We did not verify the actual rebates received from drug wholesalers; instead, we relied on pharmacy officials' estimates.

the suburban and urban categories together in the nonrural category for estimation purposes. (See Appendix B for all statistical estimates in this report.)  Using CMS data, we also calculated the average Medicaid dispensing fees paid by each State and the District of Columbia for comparison with Medicare Part D dispensing fees.

We did not determine each selected pharmacy's cost of dispensing drugs.  The amount of work necessary to do so was prohibitive, and individual pharmacy cost structures vary substantially. Instead, we obtained cost estimates from the selected pharmacies and researched recent studies of dispensing costs.

Because our objectives did not require an understanding or assessment of the selected pharmacies' overall internal control structures, we did not perform such a review.  We limited our review of internal controls to obtaining an understanding of how the pharmacies maintained Part D reimbursement and drug purchase data.

We conducted our review in accordance with generally accepted government auditing standards.

## RESULTS OF REVIEW

Medicare Part D payments, excluding dispensing fees, to local, community pharmacies exceeded the pharmacies' drug acquisition costs by an estimated 18.1 percent when our analysis included rebates that drug wholesalers paid to pharmacies.  Excluding rebates, Part D payments exceeded drug acquisition costs by an estimated 17.3 percent.  The estimated difference between Part D payments and drug acquisition costs was $9.13 per prescription including rebates and $8.78 excluding rebates.

The estimated average Medicare Part D dispensing fee paid to local, community pharmacies was $2.27 per prescription, about $2 less than the average Medicaid dispensing fee.

## RELATIONSHIP BETWEEN PAYMENTS AND DRUG ACQUISITION COSTS

All estimates in this section on the relationship between payments and drug acquisition costs exclude dispensing fees from Medicare Part D payments.  We determined the percentage difference between Part D payments and drug acquisition costs for each selected pharmacy by subtracting drug acquisition costs from Part D payments and dividing by drug acquisition costs.

Including rebates in our analysis, Medicare Part D payments to local, community pharmacies were an estimated 18.1 percent higher than drug acquisition costs.  For the selected pharmacies, Part D payments ranged from 1.9 percent to 55.1 percent higher than drug acquisition costs. (Based on the 64 selected pharmacies that received wholesaler rebates, we estimated that 13,652 of the 21,331 local, community pharmacies in our population received rebates, thus reducing their drug acquisition costs.)  Excluding rebates from our analysis, Part D payments were an estimated 17.3 percent higher than drug acquisition costs.  (See Appendix C for each selected pharmacy's percentage difference between Part D payments and drug acquisition costs.)

The Part D payment for each prescription exceeded drug acquisition costs by an estimated $9.13 including rebates and $8.78 excluding rebates. (See Appendix D for each selected pharmacy's average dollar difference per prescription.)

Table 2 provides the estimated percentage and dollar differences both including and excluding rebates.

**Table 2:  Estimated Difference Between Part D Payments and Drug Acquisition Costs**

|  | Estimated Difference as a Percentage of Costs | | Estimated Dollar Difference per Prescription | |
| --- | --- | --- | --- | --- |
|  | Including Rebates | Excluding Rebates | Including Rebates | Excluding Rebates |
| All drugs | 18.1% | 17.3% | $9.13 | $8.78 |
| Brand-name drugs | 7.9% | 7.6% | 9.18 | 8.86 |
| Generic drugs | 73.3% | 69.0% | 9.12 | 8.77 |

The percentage difference between Part D payments and drug acquisition costs was more than nine times higher for generic drugs than for brand-name drugs. However, generic and brand-name drugs had similar per prescription dollar differences.

Pharmacies almost always acquired drugs for less than their reimbursement amounts. For the 18,864 Part D prescriptions we analyzed, payments were higher than drug acquisition costs for 18,245 prescriptions (96.7 percent) and equal to or less than drug acquisition costs for 619 prescriptions (3.3 percent).[13]   (Appendix E provides, for each selected pharmacy, the number of prescriptions analyzed, the number of prescriptions with Part D payments higher than drug acquisition costs, and the number of prescriptions with Part D payments equal to or below drug acquisition costs.)

**Comparison of Group Purchasing Organization Member and Nonmember Pharmacies**

Based on the 66 selected pharmacies that were members of GPOs, we estimated that 14,078 of the 21,331 pharmacies in our population were members of GPOs. Including rebates, Part D payments to GPO member pharmacies were an estimated 18.3 percent higher than drug acquisition costs, and payments to nonmember pharmacies were an estimated 17.7 percent higher. Table 3 presents the estimated percentage difference between Part D payments and drug acquisition costs for GPO members and nonmembers both including and excluding rebates.

---

[13]Payments were equal to drug acquisition costs for 9 prescriptions and less than drug acquisition costs for 610 prescriptions.

**Table 3:  Estimated Difference Between Part D Payments and Drug Acquisition Costs for GPO Members and Nonmembers**

|  | GPO Members | | Nonmembers | |
| --- | --- | --- | --- | --- |
|  | Including Rebates | Excluding Rebates | Including Rebates | Excluding Rebates |
| All drugs | 18.3% | 17.2% | 17.7% | 17.4% |
| Brand-name drugs | 8.3% | 8.0% | 7.1% | 6.8% |
| Generic drugs | 73.7% | 68.0% | 72.6% | 71.0% |

The difference between GPO members and nonmembers appears to be related to the fact that members received rebates on more drugs.  For 1,351 drugs common to both GPO members and nonmembers, we found that members received rebates on 78 percent of the drugs and that nonmembers received rebates on 52 percent.

**Comparison of Rural and Nonrural Pharmacies**

CMS classified 11,528 pharmacies in our population as rural and 9,785 pharmacies as nonrural.[14]  Including rebates, Part D payments to rural pharmacies were an estimated 18.9 percent higher than drug acquisition costs, and payments to nonrural pharmacies were an estimated 17.3 percent higher.  Table 4 presents the estimated percentage difference between Part D payments and drug acquisition costs for rural and nonrural pharmacies both including and excluding rebates.

**Table 4:  Estimated Difference Between Part D Payments and Drug Acquisition Costs for Rural and Nonrural Pharmacies**

|  | Rural Pharmacies | | Nonrural Pharmacies | |
| --- | --- | --- | --- | --- |
|  | Including Rebates | Excluding Rebates | Including Rebates | Excluding Rebates |
| All drugs | 18.9% | 17.9% | 17.3% | 16.6% |
| Brand-name drugs | 8.3% | 7.9% | 7.5% | 7.3% |
| Generic drugs | 71.2% | 66.4% | 75.3% | 71.5% |

The difference between rural and nonrural pharmacies appears to be related to the mix of generic and brand-name drugs dispensed rather than a difference in Part D payment rates.  Payments to rural and nonrural pharmacies were nearly identical for 1,396 drugs common to both groups.  Rural pharmacies, on the other hand, filled more generic prescriptions.  Generic drugs accounted for 63 percent of the prescriptions filled by the selected rural pharmacies, compared with 52 percent of the prescriptions filled by nonrural pharmacies.  As noted previously, the percentage difference between Part D payments and drug acquisition costs was significantly higher for generic drugs than for brand-name drugs.

---

[14]The CMS file that classified ZIP Codes as rural, urban, or suburban did not include classifications for 18 pharmacies in our population.

**DISPENSING FEES**

**Estimated Average Part D Dispensing Fees**

The estimated average Medicare Part D dispensing fee paid to local, community pharmacies for all drugs was $2.27 per prescription.  Table 5 presents the estimated average Part D dispensing fees, as well as the lowest and highest average fees paid to the selected pharmacies.  (Appendix F presents the average Part D dispensing fee for each selected pharmacy.)

**Table 5:  Estimated Average Part D Dispensing Fees and
Lowest and Highest Average Fees for the Selected Pharmacies**

|  | Number of Prescriptions Analyzed | Estimated Average Part D Dispensing Fee | Selected Pharmacies' Average Dispensing Fees | |
|---|---|---|---|---|
|  |  |  | Lowest | Highest |
| All drugs | 18,864 | $2.27 | $1.40 | $4.84 |
| Brand-name drugs | 8,024 | 2.11 | 1.28 | 3.89 |
| Generic drugs[15] | 10,840 | 2.36 | 1.38 | 5.41 |

**Comparison of Part D and Medicaid Dispensing Fees**

The average <u>Medicaid</u> dispensing fee paid during September 2006 was $4.30 per prescription, which was $2.03 more than the estimated average Part D dispensing fee of $2.27.[16]  Table 6 compares the estimated average Medicare Part D dispensing fees with the average Medicaid dispensing fees.

**Table 6:  Comparison of Medicare Part D and Medicaid Dispensing Fees**

|  | Estimated Average Part D Dispensing Fee | Average Medicaid Dispensing Fee | Difference |
|---|---|---|---|
| All drugs | $2.27 | $4.30 | $2.03 |
| Brand-name drugs | 2.11 | 4.19 | 2.08 |
| Generic drugs | 2.36 | 4.42 | 2.06 |

---

[15]One Part D sponsor paid 31 selected pharmacies an enhanced dispensing fee that ranged from $0.80 to $1.80 per prescription, depending on the percentage of prescriptions filled using generic drugs.  Of the 18,864 prescriptions we analyzed, only 911 were generic drug prescriptions eligible for this enhanced fee.  We did not quantify the effect of the additional fee because it would have been minimal.

[16]We based the average Medicaid dispensing fee on dispensing fees paid by 49 States and the District of Columbia. We excluded one State because its data were not comparable to other States' data in that the State did not specifically identify dispensing fees paid to retail pharmacies.

Officials from the selected pharmacies voiced concerns related to dispensing fee payments for beneficiaries entitled to Medicare and eligible for Medicaid (dually eligible beneficiaries). Before the implementation of Medicare Part D, Medicaid covered prescription drugs dispensed to these beneficiaries; however, when Medicare Part D was implemented, dually eligible beneficiaries were automatically enrolled in Part D prescription drug plans.  As a result, pharmacies received the lower Medicare dispensing fees for these individuals.

## RECOMMENDATION

We recommend that Congress and CMS consider the results of our review, including the data provided, in any deliberations regarding Medicare Part D reimbursement.

## CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS

In its written comments on our draft report, CMS concurred with our recommendation and stated that our findings were generally consistent with its own expectations.  CMS also stated that the following aspects of our methodology were unclear:

- how we applied pharmacy officials' rebate estimates to the audited Part D claims and how these estimates could affect the percentage differences between Part D payments and drug acquisition costs,

- how we determined the acquisition cost of a drug with the same clinical formulation identification as the drug for which the pharmacy billed Part D, and

- how we calculated average Part D dispensing fees.

## OFFICE OF INSPECTOR GENERAL RESPONSE

We have clarified our methodology below:

- We applied pharmacy officials' rebate estimates to drug acquisition costs, not to Part D claims.  We reduced each selected pharmacy's drug acquisition costs by its estimated rebate percentage.  We relied on the information provided to us by pharmacy officials familiar with their pharmacies' rebate terms and did not verify the actual rebates received.

- When identifying drug acquisition costs, we tried to match those costs with the same drugs for which the pharmacy billed Part D; however, pharmacies sometimes substituted a like drug for the billed drug (i.e., a drug with the same clinical formulation identification but a different manufacturer).  We were able to obtain the acquisition cost for the same drug billed to Part D for 90 percent of the analyzed prescriptions.  For the remaining 10 percent, we obtained pharmacy officials' concurrence to use the acquisition cost of a drug with the same clinical formulation identification.

- We obtained data identifying the dispensing fees that Part D sponsors paid to the selected pharmacies from reimbursement data (remittance advices) or the contracts between the

pharmacies and the Part D sponsors. We calculated the average Part D dispensing fee for each selected pharmacy by totaling the dispensing fees paid by Part D sponsors and dividing these totals by the number of Part D prescriptions.

## OTHER MATTER: DISPENSING COSTS

Although this report provides estimates of the percentage and per prescription dollar differences between Part D ingredient cost payments and drug acquisition costs, the pharmacies' incurred costs to dispense drugs would need to be factored into the calculation to derive the net difference between total Part D payments (i.e., ingredient cost payments plus dispensing fees) and total pharmacy costs (i.e., drug acquisition costs and dispensing costs, such as payroll for prescription department employees and facility costs). Following are the selected pharmacies' estimates of dispensing costs and the results of two recent studies.

### SELECTED PHARMACIES' ESTIMATES

Of the 99 selected pharmacies, 69 pharmacies provided estimates of their costs to dispense prescription drugs based on various methods, including dividing total expenses by total prescriptions filled and using a formula created by a third-party contractor. The estimates ranged from $3.50 to $19 per prescription and averaged $9.13. The remaining 30 selected pharmacies did not provide estimates of their dispensing costs.

Given the scope of our review, we did not ask pharmacy officials to provide documentation supporting their estimated dispensing costs. Therefore, we were unable to assess the accuracy of those estimates.

### RECENT STUDIES

Two recent studies conducted on behalf of pharmacy associations both concluded that pharmacies' costs to dispense prescription drugs averaged about $10.50 per prescription.

- Grant Thornton LLP conducted a study for the Coalition for Community Pharmacy Action[17] and issued "National Study To Determine the Cost of Dispensing Prescriptions in Community Retail Pharmacies" in January 2007.[18] During this study, Grant Thornton LLP analyzed 6 months of data from 23,152 pharmacies and computed an average dispensing cost of $12.10. However, Grant Thornton LLP computed a weighted average dispensing cost of $10.50 per prescription because of substantial variations in the number of prescriptions filled per pharmacy. According to the report, high-volume pharmacies had significantly lower dispensing costs per prescription than low-volume pharmacies.

---

[17]The coalition is an alliance between the National Association of Chain Drug Stores and the National Community Pharmacists Association (NCPA).

[18]Available online at http://www.alphanet.org. Accessed on May 14, 2007.

- The "2006 NCPA-Pfizer Digest"[19] concluded that pharmacies' average cost to dispense prescription drugs was $10.53, $1.29 more than the previous year's estimate of $9.24. According to the information in the digest, expenses increased as stores added new personnel; stayed open longer; and provided value-added services, such as educating patients about Medicare Part D.

We did not audit the results of these two studies.

**CENTERS FOR MEDICARE & MEDICAID SERVICES COMMENTS**

CMS said that its primary concern with our draft report was the inclusion of estimated dispensing costs provided by the selected pharmacies, as well as the calculated dispensing costs from two pharmacy association studies. CMS stated that these dispensing costs were potentially nonrepresentative and could obscure the ongoing Medicare Part D pharmacy debate. While acknowledging that the report stated that we had not reviewed the accuracy of the dispensing cost estimates or study results, CMS said that the statement would not prevent readers from relying on those data.

**OFFICE OF INSPECTOR GENERAL RESPONSE**

As explained above, the dispensing cost information provides a more complete picture of pharmacies' operations. We included the information because we did not want readers to misinterpret the differences between Part D payments and drug acquisition costs presented in the report as representing the difference between total pharmacy reimbursement and total pharmacy costs. The dispensing cost information clarifies that our analysis did not account for all of the costs associated with dispensing prescription drugs.

---

[19]The "2006 NCPA-Pfizer Digest" is a summary of selected financial and demographic information for independent community pharmacies. Available for purchase online at http://www.ncpanet.org.

# APPENDIXES

## SAMPLE DESCRIPTION

### AUDIT OBJECTIVES

Our objectives were to (1) analyze the relationship between Medicare Part D payments, excluding dispensing fees, to local, community pharmacies and the pharmacies' drug acquisition costs and (2) estimate Part D dispensing fees and compare them with Medicaid dispensing fees.

### POPULATION

The sampling population consisted of the 21,331 independent and franchise retail pharmacies (local, community pharmacies) in the United States and Puerto Rico with National Council for Prescription Drug Programs, Inc. (NCPDP), provider numbers as of October 2, 2006. We included each pharmacy in our population four times to represent the 4 weeks in September 2006. As a result, the population size was 85,324 (21,331 x 4).[1]

### SAMPLING FRAME

The NCPDP Pharmacy Database included pharmacies in the U.S. territories of Guam and the Virgin Islands, as well as the Commonwealth of the Northern Mariana Islands. We removed the 42 independent retail pharmacies in these locations from our population. (No franchise retail pharmacies were shown in these locations.)

Additionally, we used a Centers for Medicare & Medicaid Services list of pharmacies that participated in Medicare Part D to identify pharmacies that did not participate. We removed the 1,260 nonparticipating pharmacies (1,257 independent retail pharmacies and 3 franchise retail pharmacies) from our population.

Each of the 21,331 local, community pharmacies appeared four times in the sampling frame, one time for each of the 4 pharmacy weeks in September 2006.

### SAMPLE UNIT

The sample unit was a pharmacy week (a 5-day span of weekdays, excluding Federal holidays) of Medicare Part D payments. For each sampled pharmacy week, we obtained data related to every prescription drug reimbursed by Medicare Part D and the pharmacy's invoice price for each reimbursed drug. We calculated the percentage difference between the total Medicare Part D payments and the drug acquisition costs.

---

[1]Our original population included 21,346 local, community pharmacies with 85,384 pharmacy weeks (21,346 x 4). However, we removed 15 pharmacies from the population for the reasons cited in the "Treatment of Missing Sample Items" section of this appendix.

## SAMPLE DESIGN

We used a two-phase sample design. The first phase entailed selecting a random sample of 300 pharmacy weeks. Our survey work revealed that the payment cycles for third-party payers, including Part D sponsors, typically ranged from 15 to 45 days. As a result, some pharmacies might not have received a remittance advice with a Medicare Part D payment during a given week. We contacted the 300 pharmacies to determine whether they had received a remittance advice with a Medicare Part D payment during the selected pharmacy week. That helped ensure that we had 100 viable sample units by reducing the number of sample units that needed to be replaced because a pharmacy did not receive a Medicare Part D payment during the pharmacy week.

In the second phase, we selected a random subsample of 125 pharmacy weeks from the pharmacies we confirmed to have received Medicare Part D payments during the selected pharmacy weeks. (The first 100 were our initial sample units, and the remaining 25 were used for replacements when needed.)

## SAMPLE SIZE

We selected 100 pharmacy weeks.

## SOURCE OF RANDOM NUMBERS

We generated the random numbers using the Office of Inspector General, Office of Audit Services, RAT-STATS statistical sampling software.

## METHOD OF SELECTING SAMPLE ITEMS

Each NCPDP provider number was replicated four times and assigned a numerical indicator from 1 to 4 signifying the 4 pharmacy weeks in September 2006. We numbered the resulting 85,324 sample items sequentially from 1 to 85,324 and generated 300 random numbers based on them.

We also generated 125 random numbers based on the sequential numbers of those pharmacies we confirmed to have received Medicare Part D payments during the selected pharmacy weeks.

## CHARACTERISTICS TO BE MEASURED

We obtained from the sampled pharmacies (1) remittance advice data for the selected pharmacy week, (2) Medicare Part D claim data for prescription fill dates included in the remittance advice data, and (3) invoice data for at least 3 months before the earliest fill date of any Medicare Part D payments received during the pharmacy week. By matching common data elements from these three data sets (e.g., prescription number and prescription fill date), we calculated the total Medicare Part D payments for the pharmacy week and the associated drug acquisition costs. We used the total payments and acquisition costs to calculate the percentage difference between payments and costs.

**TREATMENT OF MISSING SAMPLE ITEMS**

If 1 of the initial 300 pharmacies we contacted was out of business; did not participate in Medicare Part D; or was not a local, community pharmacy, we removed the pharmacy week from the sample and all 4 pharmacy weeks for the pharmacy from the population. If one of these pharmacies did not receive a Medicare Part D payment during the selected pharmacy week but participated in Medicare Part D, we removed the pharmacy week from the sample but not from the population. We left all 4 pharmacy weeks in the population.

If 1 of the 100 pharmacies selected for a site visit had gone out of business between the date of initial contact to determine whether it had received a Medicare Part D payment during the selected pharmacy week and the date of our site visit, we replaced that pharmacy week with a spare from the subsample and removed all 4 pharmacy weeks for the pharmacy from our population. If 1 of the 100 pharmacies selected for a site visit could not produce all of the data necessary for our analysis, we replaced the pharmacy week with a spare from the subsample but left all 4 pharmacy weeks in the population.

**ESTIMATION METHODOLOGY**

We used the RAT-STATS variable appraisal program for simple random samples to estimate the differences between Medicare Part D payments and acquisition costs and to estimate average Part D dispensing fees. We used the RAT-STATS attribute appraisal program for simple random samples to estimate the number of pharmacies that received rebates and that were members of group purchasing organizations.

We estimated the sample mean along with the 90-percent two-sided confidence interval.

## PROJECTION RESULTS

| Variable Appraisal Description[1] | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **All pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.1% | 1.3% | 16.8% | 19.4% |
| Brand-name drugs | 7.9 | 0.5 | 7.4 | 8.4 |
| Generic drugs | 73.3 | 5.9 | 67.4 | 79.2 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.3 | 1.3 | 16.0 | 18.6 |
| Brand-name drugs | 7.6 | 0.5 | 7.1 | 8.1 |
| Generic drugs | 69.0 | 6.0 | 63.0 | 75.0 |
| **All pharmacies per prescription:** | | | | |
| **Dollar difference between payments and costs including rebates** | | | | |
| All drugs | $9.13 | $1.05 | $8.08 | $10.18 |
| Brand-name drugs | 9.18 | 1.26 | 7.92 | 10.44 |
| Generic drugs | 9.12 | 1.13 | 7.94 | 10.25 |
| **Dollar difference between payments and costs excluding rebates** | | | | |
| All drugs | 8.78 | 1.03 | 7.75 | 9.81 |
| Brand-name drugs | 8.86 | 1.25 | 7.61 | 10.11 |
| Generic drugs | 8.77 | 1.13 | 7.64 | 9.90 |
| **Group purchasing organization members:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.3% | 1.4% | 16.9% | 19.7% |
| Brand-name drugs | 8.3 | 0.5 | 7.8 | 8.8 |
| Generic drugs | 73.7 | 7.7 | 66.0 | 81.4 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.2 | 1.4 | 15.8 | 18.6 |
| Brand-name drugs | 8.0 | 0.5 | 7.5 | 8.5 |
| Generic drugs | 68.0 | 7.9 | 60.1 | 75.9 |

---

[1]All variable appraisals in this appendix are based on the results at 99 pharmacies; all attribute appraisals are based on the results at 100 pharmacies.

| Variable Appraisal Description | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **Group purchasing organization nonmembers:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 17.7% | 2.7% | 15.0% | 20.4% |
| Brand-name drugs | 7.1 | 1.0 | 6.1 | 8.1 |
| Generic drugs | 72.6 | 9.4 | 63.2 | 82.0 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.4 | 2.8 | 14.6 | 20.2 |
| Brand-name drugs | 6.8 | 1.0 | 5.8 | 7.8 |
| Generic drugs | 71.0 | 9.2 | 61.8 | 80.2 |
| **Rural pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 18.9% | 1.5% | 17.4% | 20.4% |
| Brand-name drugs | 8.3 | 0.7 | 7.6 | 9.0 |
| Generic drugs | 71.2 | 7.1 | 64.1 | 78.3 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 17.9 | 1.5 | 16.4 | 19.4 |
| Brand-name drugs | 7.9 | 0.7 | 7.2 | 8.6 |
| Generic drugs | 66.4 | 7.3 | 59.1 | 73.7 |
| **Nonrural pharmacies:** | | | | |
| **Percentage difference between payments and costs including rebates** | | | | |
| All drugs | 17.3% | 2.1% | 15.2% | 19.4% |
| Brand-name drugs | 7.5 | 0.7 | 6.8 | 8.2 |
| Generic drugs | 75.3 | 9.6 | 65.7 | 84.9 |
| **Percentage difference between payments and costs excluding rebates** | | | | |
| All drugs | 16.6 | 2.1 | 14.5 | 18.7 |
| Brand-name drugs | 7.3 | 0.7 | 6.6 | 8.0 |
| Generic drugs | 71.5 | 9.6 | 61.9 | 81.1 |

| Variable Appraisal Description | Mean | 90-Percent Confidence Level | | |
|---|---|---|---|---|
| | | Precision Amount | Lower Limit | Upper Limit |
| **All pharmacies:** | | | | |
| **Part D dispensing fees** | | | | |
| All drugs | $2.27 | $0.10 | $2.17 | $2.37 |
| Brand-name drugs | 2.11 | 0.10 | 2.01 | 2.21 |
| Generic drugs | 2.36 | 0.12 | 2.24 | 2.48 |

| Attribute Appraisal Description[2] | Characteristic of Interest | 90-Percent Confidence Level | |
|---|---|---|---|
| | | Lower Limit | Upper Limit |
| **Pharmacies that received rebates** | | | |
| Percentage | 64.0% | 55.371% | 71.991% |
| Number | 13,652 | 11,811 | 15,356 |
| **Pharmacies that did not receive rebates** | | | |
| Percentage | 36.0% | 28.009% | 44.629% |
| Number | 7,679 | 5,975 | 9,520 |
| **Group purchasing organization members** | | | |
| Percentage | 66.0% | 57.427% | 73.844% |
| Number | 14,078 | 12,250 | 15,752 |
| **Group purchasing organization nonmembers** | | | |
| Percentage | 34.0% | 26.156% | 42.573% |
| Number | 7,253 | 5,579 | 9,081 |

---

[2]Because each pharmacy was represented four times in the sampling population, we estimated the number of pharmacies as one quarter the number of pharmacy weeks.

## PERCENTAGE DIFFERENCE BETWEEN PART D PAYMENTS AND DRUG ACQUISITION COSTS FOR EACH SELECTED PHARMACY

| Sample Item | Number of Prescrip-tions Analyzed[1] | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 9 | 13 | 55.1% | 54.6% | 0.5% | -[2] | 6.6% | - | 158.9% | 155.8% | 3.1% |
| 81 | 17 | - | 48.4 | - | - | 8.7 | - | - | 263.5 | - |
| 33 | 17 | 40.9 | 38.2 | 2.7 | 8.4% | 8.1 | 0.3% | 86.7 | 79.2 | 7.5 |
| 46 | 158 | - | 35.3 | - | - | 7.2 | - | - | 103.8 | - |
| 94 | 8 | 30.0 | 29.9 | 0.1 | 8.4 | 8.2 | 0.2 | - | 191.7 | - |
| 73 | 59 | 30.2 | 28.6 | 1.6 | - | 13.4 | - | 119.0 | 103.7 | 15.3 |
| 2 | 91 | - | 27.0 | - | - | 11.6 | - | - | 83.8 | - |
| 14 | 71 | - | 26.8 | - | - | 6.6 | - | - | 124.7 | - |
| 32 | 57 | 27.4 | 26.6 | 0.8 | - | 6.4 | - | 66.6 | 63.7 | 2.9 |
| 51 | 96 | 25.5 | 25.1 | 0.4 | - | 14.0 | - | 170.7 | 159.9 | 10.8 |
| 31 | 269 | - | 24.7 | - | - | 5.2 | - | - | 75.5 | - |
| 85 | 79 | 30.6 | 24.5 | 6.1 | 5.4 | 5.3 | 0.1 | 70.4 | 51.6 | 18.8 |
| 15 | 242 | 25.2 | 24.3 | 0.9 | 8.8 | 7.7 | 1.1 | - | 66.4 | - |
| 44 | 17 | - | 23.2 | - | - | 8.4 | - | - | 44.5 | - |
| 92 | 321 | 25.8 | 22.6 | 3.2 | 8.3 | 6.7 | 1.6 | 84.7 | 73.8 | 10.9 |
| 36 | 151 | 22.7 | 22.0 | 0.7 | 9.6 | 9.0 | 0.6 | 67.2 | 66.4 | 0.8 |
| 68 | 225 | 23.7 | 21.8 | 1.9 | 8.8 | 7.3 | 1.5 | 103.5 | 98.3 | 5.2 |
| 60 | 62 | 22.2 | 21.6 | 0.6 | - | 9.9 | - | 92.2 | 86.4 | 5.8 |
| 87 | 306 | 22.5 | 21.4 | 1.1 | 9.9 | 8.8 | 1.1 | 55.2 | 53.9 | 1.3 |
| 77 | 81 | 21.2 | 20.8 | 0.4 | 8.6 | 8.2 | 0.4 | 51.6 | 51.1 | 0.5 |
| 8 | 466 | 22.5 | 20.7 | 1.8 | - | 10.3 | - | 79.7 | 66.2 | 13.5 |
| 41 | 549 | 20.6 | 20.2 | 0.4 | - | 10.5 | - | 69.8 | 66.5 | 3.3 |
| 4 | 52 | - | 20.1 | - | - | 11.5 | - | - | 64.0 | - |
| 95 | 53 | 23.5 | 20.0 | 3.5 | 9.4 | 9.3 | 0.1 | 68.4 | 50.8 | 17.6 |

---

[1] See Appendix E for a breakdown of the number of brand-name and generic drugs analyzed.

[2] A dash indicates that the sampled pharmacy did not receive a rebate.

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 57 | 193 | 23.3 | 19.6 | 3.7 | 14.1 | 11.8 | 2.3 | 93.8 | 74.4 | 19.4 |
| 43 | 261 | 22.5 | 19.6 | 2.9 | - | 6.6 | - | 87.1 | 66.6 | 20.5 |
| 22 | 242 | 19.8 | 19.6 | 0.2 | 6.0 | 5.8 | 0.2 | 81.1 | 80.7 | 0.4 |
| 72 | 261 | - | 19.3 | - | - | 8.4 | - | - | 69.8 | - |
| 47 | 49 | 19.9 | 19.3 | 0.6 | - | 9.3 | - | 97.0 | 88.4 | 8.6 |
| 49 | 46 | - | 18.8 | - | - | 12.8 | - | - | 110.7 | - |
| 64 | 169 | - | 18.8 | - | - | 6.7 | - | - | 75.6 | - |
| 30 | 100 | - | 18.7 | - | - | 7.1 | - | - | 32.8 | - |
| 37 | 153 | - | 18.3 | - | - | 10.8 | - | - | 69.7 | - |
| 69 | 40 | 18.9 | 18.3 | 0.6 | - | 11.7 | - | 69.5 | 62.8 | 6.7 |
| 48 | 46 | - | 18.1 | - | - | 8.8 | - | - | 41.0 | - |
| 71 | 148 | - | 18.1 | - | - | 6.7 | - | - | 84.6 | - |
| 20 | 37 | - | 17.7 | - | - | 7.6 | - | - | 50.1 | - |
| 84 | 241 | - | 17.3 | - | - | 9.3 | - | - | 69.2 | - |
| 93 | 145 | 17.4 | 17.3 | 0.1 | - | 9.3 | - | 68.9 | 68.5 | 0.4 |
| 79 | 160 | 17.2[3] | 17.2 | 0.0 | - | 10.4 | - | 51.9 | 51.6 | 0.3 |
| 90 | 92 | 19.8 | 17.0 | 2.8 | 9.0 | 8.8 | 0.2 | 67.2 | 48.5 | 18.7 |
| 19 | 368 | - | 16.9 | - | - | 7.3 | - | - | 51.6 | - |
| 54 | 3 | - | 16.9 | - | - | 12.1 | - | - | 163.2 | - |
| 66 | 403 | - | 16.8 | - | - | 7.9 | - | - | 48.0 | - |
| 35 | 368 | 17.9 | 16.7 | 1.2 | - | 9.0 | - | 76.4 | 64.1 | 12.3 |
| 86 | 104 | 16.8 | 16.7 | 0.1 | - | 2.9 | - | 69.5 | 68.7 | 0.8 |
| 39 | 214 | 17.6 | 16.2 | 1.4 | - | 8.5 | - | 68.9 | 57.0 | 11.9 |

---

[3]This pharmacy received a rebate on a few drugs during the selected pharmacy week, but the percentage was not affected.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 7 | 127 | 18.2 | 16.1 | 2.1 | 11.7[3] | 11.7 | 0.0 | 47.4 | 34.4 | 13.0 |
| 34 | 620 | 16.4 | 16.0 | 0.4 | - | 8.3 | - | 75.8 | 70.6 | 5.2 |
| 97 | 51 | - | 15.9 | - | - | 7.4 | - | - | 54.4 | - |
| 74 | 41 | 16.4 | 15.7 | 0.7 | - | 6.9 | - | 59.7 | 55.0 | 4.7 |
| 45 | 84 | - | 15.2 | - | - | 5.3 | - | - | 109.7 | - |
| 56 | 52 | - | 15.2 | - | - | 7.5 | - | - | 70.3 | - |
| 75 | 215 | 18.4 | 15.2 | 3.2 | 9.1 | 6.6 | 2.5 | 85.2 | 74.9 | 10.3 |
| 67 | 175 | 15.3 | 15.1 | 0.2 | - | 6.0 | - | 59.1 | 57.7 | 1.4 |
| 18 | 67 | 17.7 | 15.1 | 2.6 | 5.9 | 5.8 | 0.1 | 47.3 | 36.7 | 10.6 |
| 58 | 76 | 15.3 | 14.9 | 0.4 | 9.0 | 8.7 | 0.3 | 69.3 | 68.8 | 0.5 |
| 38 | 113 | - | 14.8 | - | - | 7.5 | - | - | 60.2 | - |
| 59 | 274 | 18.1 | 14.8 | 3.3 | 8.6 | 8.5 | 0.1 | 52.2 | 35.2 | 17.0 |
| 16 | 201 | 14.9 | 14.7 | 0.2 | 9.6 | 9.4 | 0.2 | - | 65.9 | - |
| 1 | 495 | 15.0 | 14.6 | 0.4 | - | 8.6 | - | 41.6 | 39.1 | 2.5 |
| 83 | 99 | 16.6 | 14.5 | 2.1 | 9.9 | 9.0 | 0.9 | 44.2 | 35.9 | 8.3 |
| 11 | 212 | 14.6 | 14.4 | 0.2 | 6.1[3] | 6.1 | 0.0 | 118.8 | 115.9 | 2.9 |
| 6 | 230 | 14.8 | 14.4 | 0.4 | - | 6.2 | - | 59.2 | 56.2 | 3.0 |
| 62 | 645 | - | 14.2 | - | - | 8.0 | - | - | 72.7 | - |
| 13 | 69 | - | 14.1 | - | - | 7.2 | - | - | 73.6 | - |
| 80 | 88 | - | 13.9 | - | - | 8.8 | - | - | 54.5 | - |
| 78 | 11 | - | 13.8 | - | - | 7.4 | - | - | 27.3 | - |
| 82 | 46 | - | 13.7 | - | - | 9.7 | - | - | 64.9 | - |
| 29 | 56 | 14.2 | 13.7 | 0.5 | 11.5 | 11.0 | 0.5 | 42.7 | 42.6 | 0.1 |

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 63 | 200 | 14.3 | 13.6 | 0.7 | - | 6.5 | - | 61.9 | 54.9 | 7.0 |
| 27 | 35 | 14.0 | 13.6 | 0.4 | 9.6 | 9.2 | 0.4 | 22.4 | 22.0 | 0.4 |
| 17 | 63 | 14.2 | 13.1 | 1.1 | 10.2 | 9.1 | 1.1 | 97.8 | 95.9 | 1.9 |
| 98 | 83 | 14.9 | 12.9 | 2.0 | - | 9.0 | - | 55.1 | 36.3 | 18.8 |
| 52 | 79 | 13.7 | 12.9 | 0.8 | 8.0 | 7.3 | 0.7 | 34.6 | 33.6 | 1.0 |
| 99 | 656 | - | 12.8 | - | - | 4.6 | - | - | 58.1 | - |
| 61 | 140 | 13.4 | 12.8 | 0.6 | - | 6.6 | - | 81.0 | 72.0 | 9.0 |
| 50 | 380 | 12.5[3] | 12.5 | 0.0 | - | 5.1 | - | 79.4 | 79.3 | 0.1 |
| 96 | 512 | 12.7 | 12.3 | 0.4 | - | 6.7 | - | 92.4 | 81.7 | 10.7 |
| 53 | 108 | 14.7 | 12.2 | 2.5 | 5.9 | 5.7 | 0.2 | 59.3 | 41.6 | 17.7 |
| 91 | 157 | 12.5 | 12.2 | 0.3 | 6.3 | 6.0 | 0.3 | 47.6 | 47.2 | 0.4 |
| 55 | 7 | - | 12.1 | - | - | 8.4 | - | - | 83.6 | - |
| 40 | 224 | 13.1 | 12.1 | 1.0 | 7.6 | 6.5 | 1.1 | - | 68.4 | - |
| 21 | 378 | 12.3 | 12.1 | 0.2 | - | 6.1 | - | 98.7 | 93.3 | 5.4 |
| 23 | 845 | 12.2 | 12.1 | 0.1 | - | 6.1 | - | 72.0 | 70.3 | 1.7 |
| 5 | 774 | 12.9 | 11.9 | 1.0 | - | 7.4 | - | 66.8 | 52.6 | 14.2 |
| 76 | 669 | - | 11.6 | - | - | 8.4 | - | - | 56.8 | - |
| 70 | 16 | - | 10.9 | - | - | 8.5 | - | - | 13.3 | - |
| 89 | 859 | 14.4 | 10.7 | 3.7 | 6.9 | 3.2 | 3.7 | 73.0 | 70.6 | 2.4 |
| 25 | 117 | 11.4 | 10.6 | 0.8 | 4.8 | 4.5 | 0.3 | 69.1 | 62.3 | 6.8 |
| 3 | 188 | 11.1 | 10.0 | 1.1 | 6.7 | 5.6 | 1.1 | 38.6 | 37.2 | 1.4 |
| 24 | 41 | 10.8 | 8.9 | 1.9 | 9.0 | 7.0 | 2.0 | - | 45.3 | - |
| 26 | 122 | 9.8 | 8.5 | 1.3 | 6.7 | 5.3 | 1.4 | - | 96.4 | - |

| Sample Item | Number of Prescrip-tions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates | Percentage Difference Including Rebates | Percentage Difference Excluding Rebates | Impact of Rebates |
| 65 | 267 | - | 7.9 | - | - | 4.7 | - | - | 36.5 | - |
| 28 | 116 | - | 7.4 | - | - | 1.3 | - | - | 68.1 | - |
| 42 | 100 | 10.1 | 7.2 | 2.9 | 8.0 | 7.7 | 0.3 | 20.0 | 5.0 | 15.0 |
| 10 | 13 | 6.8 | 5.9 | 0.9 | - | 3.0 | - | 34.5 | 25.1 | 9.4 |
| 88 | 242 | - | 5.2 | - | - | (3.1)[4] | - | - | 65.5 | - |
| 12 | 123 | - | 1.9 | - | - | (4.5) | - | - | 42.5 | - |

[4]Amounts shown in parentheses represent an average cost above the Part D payment.

### AVERAGE DOLLAR DIFFERENCE BETWEEN PART D PAYMENTS AND DRUG ACQUISITION COSTS PER PRESCRIPTION FOR EACH SELECTED PHARMACY

| Sample Item | Number of Prescriptions Analyzed[1] | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 81 | 17 | -[2] | $61.14 | - | - | $39.25 | - | - | $67.87 | - |
| 55 | 7 | - | 26.27 | - | - | 60.96 | - | - | 12.40 | - |
| 26 | 122 | $18.70 | 16.32 | $2.38 | $27.78 | 22.41 | $5.37 | - | 11.49 | - |
| 51 | 96 | 16.44 | 16.24 | 0.20 | - | 20.08 | - | $13.84 | 13.50 | $0.34 |
| 17 | 63 | 16.87 | 15.71 | 1.16 | 25.19 | 22.80 | 2.39 | 9.77 | 9.67 | 0.10 |
| 49 | 46 | - | 13.91 | - | - | 15.08 | - | - | 12.24 | - |
| 2 | 91 | - | 12.74 | - | - | 13.09 | - | - | 12.56 | - |
| 94 | 8 | 12.59 | 12.54 | 0.05 | 4.95 | 4.86 | 0.09 | - | 25.32 | - |
| 36 | 151 | 12.68 | 12.36 | 0.32 | 10.13 | 9.48 | 0.65 | 14.46 | 14.37 | 0.09 |
| 9 | 13 | 12.22 | 12.13 | 0.09 | - | 4.32 | - | 14.59 | 14.48 | 0.11 |
| 80 | 88 | - | 11.60 | - | - | 19.64 | - | - | 7.65 | - |
| 31 | 269 | - | 11.40 | - | - | 6.24 | - | - | 13.36 | - |
| 32 | 57 | 11.63 | 11.36 | 0.27 | - | 5.27 | - | 14.80 | 14.41 | 0.39 |
| 79 | 160 | 11.36 | 11.33 | 0.03 | - | 14.33 | - | 9.38 | 9.34 | 0.04 |
| 60 | 62 | 11.33 | 11.10 | 0.23 | - | 11.61 | - | 11.17 | 10.80 | 0.37 |
| 46 | 158 | - | 10.91 | - | - | 5.11 | - | - | 13.52 | - |
| 83 | 99 | 11.78 | 10.48 | 1.30 | 15.10 | 13.88 | 1.22 | 9.79 | 8.45 | 1.34 |
| 73 | 59 | 10.87 | 10.44 | 0.43 | - | 13.33 | - | 9.80 | 9.18 | 0.62 |
| 14 | 71 | - | 10.11 | - | - | 6.36 | - | - | 11.91 | - |
| 16 | 201 | 10.09 | 9.94 | 0.15 | 11.26 | 10.97 | 0.29 | - | 8.81 | - |
| 47 | 49 | 10.08 | 9.80 | 0.28 | - | 8.09 | - | 12.15 | 11.58 | 0.57 |
| 38 | 113 | - | 9.79 | - | - | 8.21 | - | - | 11.51 | - |

[1]See Appendix E for a breakdown of the number of brand-name and generic drugs analyzed.

[2]A dash indicates that the sampled pharmacy did not receive a rebate.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 82 | 46 | - | 9.74 | - | - | 11.70 | - | - | 7.40 | - |
| 43 | 261 | 10.76 | 9.59 | 1.17 | - | 8.33 | - | 11.81 | 10.13 | 1.68 |
| 68 | 225 | 10.21 | 9.52 | 0.69 | 8.71 | 7.31 | 1.40 | 11.07 | 10.78 | 0.29 |
| 74 | 41 | 9.69 | 9.37 | 0.32 | - | 8.62 | - | 10.37 | 9.85 | 0.52 |
| 57 | 193 | 10.80 | 9.37 | 1.43 | 13.43 | 11.48 | 1.95 | 8.82 | 7.77 | 1.05 |
| 98 | 83 | 10.57 | 9.31 | 1.26 | - | 10.92 | - | 10.21 | 7.66 | 2.55 |
| 11 | 212 | 9.36 | 9.28 | 0.08 | 6.62 | 6.59 | 0.03 | 12.67 | 12.52 | 0.15 |
| 58 | 76 | 9.46 | 9.24 | 0.22 | 9.73 | 9.35 | 0.38 | 9.17 | 9.13 | 0.04 |
| 69 | 40 | 9.47 | 9.21 | 0.26 | - | 17.04 | - | 6.23 | 5.86 | 0.37 |
| 87 | 306 | 9.59 | 9.18 | 0.41 | 10.14 | 9.11 | 1.03 | 9.35 | 9.22 | 0.13 |
| 84 | 241 | - | 9.02 | - | - | 12.89 | - | - | 7.14 | - |
| 29 | 56 | 9.03 | 8.76 | 0.27 | 10.42 | 10.02 | 0.40 | 6.52 | 6.51 | 0.01 |
| 33 | 17 | 9.10 | 8.68 | 0.42 | 3.72 | 3.58 | 0.14 | 11.35 | 10.80 | 0.55 |
| 8 | 466 | 9.13 | 8.55 | 0.58 | - | 8.32 | - | 9.70 | 8.72 | 0.98 |
| 62 | 645 | - | 8.51 | - | - | 6.95 | - | - | 11.09 | - |
| 97 | 51 | - | 8.51 | - | - | 8.73 | - | - | 8.37 | - |
| 45 | 84 | - | 8.15 | - | - | 4.76 | - | - | 12.07 | - |
| 67 | 175 | 8.22 | 8.13 | 0.09 | - | 6.49 | - | 9.43 | 9.28 | 0.15 |
| 7 | 127 | 9.00 | 8.12 | 0.88 | 11.00 | 10.95 | 0.05 | 7.47 | 5.95 | 1.52 |
| 35 | 368 | 8.56 | 8.09 | 0.47 | - | 10.23 | - | 7.61 | 6.86 | 0.75 |
| 75 | 215 | 9.45 | 8.03 | 1.42 | 8.79 | 6.55 | 2.24 | 10.04 | 9.35 | 0.69 |
| 65 | 267 | - | 8.00 | - | - | 9.32 | - | - | 6.87 | - |

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 93 | 145 | 8.02 | 8.00 | 0.02 | - | 9.45 | - | 7.09 | 7.07 | 0.02 |
| 15 | 242 | 8.21 | 7.98 | 0.23 | 6.97 | 6.17 | 0.80 | - | 8.73 | - |
| 52 | 79 | 8.25 | 7.81 | 0.44 | 10.31 | 9.38 | 0.93 | 7.05 | 6.90 | 0.15 |
| 39 | 214 | 8.29 | 7.76 | 0.53 | - | 9.67 | - | 7.55 | 6.72 | 0.83 |
| 95 | 53 | 8.82 | 7.73 | 1.09 | 8.39 | 8.25 | 0.14 | 9.02 | 7.48 | 1.54 |
| 37 | 153 | - | 7.68 | - | - | 7.53 | - | - | 7.84 | - |
| 54 | 3 | - | 7.68 | - | - | 7.97 | - | - | 7.10 | - |
| 72 | 261 | - | 7.68 | - | - | 7.07 | - | - | 8.07 | - |
| 76 | 669 | - | 7.63 | - | - | 8.02 | - | - | 6.92 | - |
| 34 | 620 | 7.76 | 7.59 | 0.17 | - | 8.61 | - | 7.19 | 6.90 | 0.29 |
| 77 | 81 | 7.69 | 7.57 | 0.12 | 6.86 | 6.60 | 0.26 | 8.08 | 8.03 | 0.05 |
| 92 | 321 | 8.38 | 7.54 | 0.84 | 6.81 | 5.56 | 1.25 | 9.08 | 8.40 | 0.68 |
| 21 | 378 | 7.61 | 7.49 | 0.12 | - | 6.73 | - | 8.58 | 8.33 | 0.25 |
| 23 | 845 | 7.52 | 7.46 | 0.06 | - | 6.66 | - | 8.43 | 8.31 | 0.12 |
| 71 | 148 | - | 7.33 | - | - | 5.36 | - | - | 8.83 | - |
| 61 | 140 | 7.54 | 7.27 | 0.27 | - | 8.08 | - | 7.14 | 6.68 | 0.46 |
| 64 | 169 | - | 7.18 | - | - | 6.33 | - | - | 7.60 | - |
| 27 | 35 | 7.33 | 7.15 | 0.18 | 10.47 | 10.08 | 0.39 | 5.90 | 5.80 | 0.10 |
| 19 | 368 | - | 7.12 | - | - | 6.59 | - | - | 7.43 | - |
| 1 | 495 | 7.28 | 7.11 | 0.17 | - | 9.29 | - | 6.15 | 5.88 | 0.27 |
| 5 | 774 | 7.49 | 7.00 | 0.49 | - | 6.71 | - | 8.61 | 7.42 | 1.19 |
| 6 | 230 | 7.06 | 6.91 | 0.15 | - | 6.18 | - | 7.66 | 7.41 | 0.25 |

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 70 | 16 | - | 6.87 | - | - | 7.00 | - | - | 6.79 | - |
| 91 | 157 | 6.98 | 6.84 | 0.14 | 5.72 | 5.49 | 0.23 | 8.35 | 8.31 | 0.04 |
| 41 | 549 | 6.95 | 6.83 | 0.12 | - | 8.25 | - | 6.23 | 6.05 | 0.18 |
| 25 | 117 | 7.24 | 6.77 | 0.47 | 6.29 | 5.83 | 0.46 | 7.97 | 7.49 | 0.48 |
| 13 | 69 | - | 6.71 | - | - | 6.82 | - | - | 6.63 | - |
| 53 | 108 | 7.89 | 6.71 | 1.18 | 7.28 | 7.09 | 0.19 | 8.24 | 6.50 | 1.74 |
| 20 | 37 | - | 6.69 | - | - | 5.09 | - | - | 7.91 | - |
| 24 | 41 | 7.74 | 6.49 | 1.25 | 10.91 | 8.68 | 2.23 | - | 3.68 | - |
| 63 | 200 | 6.76 | 6.45 | 0.31 | - | 6.05 | - | 7.29 | 6.76 | 0.53 |
| 22 | 242 | 6.50 | 6.43 | 0.07 | 5.39 | 5.19 | 0.20 | 6.97 | 6.95 | 0.02 |
| 40 | 224 | 6.88 | 6.40 | 0.48 | 8.77 | 7.60 | 1.17 | - | 5.57 | - |
| 4 | 52 | - | 6.35 | - | - | 12.05 | - | - | 4.45 | - |
| 85 | 79 | 7.45 | 6.27 | 1.18 | 4.89 | 4.78 | 0.11 | 7.96 | 6.56 | 1.40 |
| 66 | 403 | - | 6.20 | - | - | 6.50 | - | - | 6.04 | - |
| 96 | 512 | 6.20 | 5.99 | 0.21 | - | 5.93 | - | 6.48 | 6.06 | 0.42 |
| 48 | 46 | - | 5.92 | - | - | 7.19 | - | - | 5.42 | - |
| 90 | 92 | 6.67 | 5.84 | 0.83 | 7.28 | 7.16 | 0.12 | 6.36 | 5.18 | 1.18 |
| 99 | 656 | - | 5.73 | - | - | 4.29 | - | - | 6.74 | - |
| 56 | 52 | - | 5.70 | - | - | 6.38 | - | - | 5.26 | - |
| 89 | 859 | 7.43 | 5.70 | 1.73 | 7.46 | 3.59 | 3.87 | 7.41 | 7.26 | 0.15 |
| 50 | 380 | 5.69[3] | 5.69 | 0.00 | - | 4.75 | - | 6.44 | 6.44 | 0.00 |

[3]This pharmacy received a rebate on a few drugs during the selected pharmacy week, but the percentage was not affected.

| Sample Item | Number of Prescriptions Analyzed | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates | Dollar Difference Including Rebates | Dollar Difference Excluding Rebates | Impact of Rebates |
| 44 | 17 | - | 5.58 | - | - | 6.77 | - | - | 5.32 | - |
| 3 | 188 | 6.05 | 5.50 | 0.55 | 6.09 | 5.18 | 0.91 | 6.01 | 5.85 | 0.16 |
| 86 | 104 | 5.06 | 5.04 | 0.02 | - | 2.39 | - | 6.14 | 6.11 | 0.03 |
| 59 | 274 | 5.94 | 5.00 | 0.94 | 7.68 | 7.55 | 0.13 | 5.23 | 3.97 | 1.26 |
| 78 | 11 | - | 4.98 | - | - | 5.00 | - | - | 4.97 | - |
| 18 | 67 | 5.69 | 4.95 | 0.74 | 4.14 | 4.03 | 0.11 | 6.45 | 5.40 | 1.05 |
| 28 | 116 | - | 4.87 | - | - | 1.58 | - | - | 8.05 | - |
| 42 | 100 | 6.31 | 4.59 | 1.72 | 7.79 | 7.49 | 0.30 | 4.65 | 1.32 | 3.33 |
| 30 | 100 | - | 4.40 | - | - | 4.38 | - | - | 4.41 | - |
| 10 | 13 | 3.64 | 3.15 | 0.49 | - | 3.01 | - | 4.17 | 3.26 | 0.91 |
| 88 | 242 | - | 1.62 | - | - | (3.12)[4] | - | - | 3.44 | - |
| 12 | 123 | - | 0.62 | - | - | (3.72) | - | - | 2.95 | - |

---

[4]Amounts shown in parentheses represent an average cost above the Part D payment.

## BREAKDOWN OF PRESCRIPTIONS ANALYZED

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs[1] | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 89 | 859 | 831 | 28 | 365 | 350 | 15 | 494 | 481 | 13 |
| 23 | 845 | 807 | 38 | 437 | 410 | 27 | 408 | 397 | 11 |
| 5 | 774 | 749 | 25 | 454 | 454 | 0 | 320 | 295 | 25 |
| 76 | 669 | 643 | 26 | 431 | 421 | 10 | 238 | 222 | 16 |
| 99 | 656 | 636 | 20 | 269 | 264 | 5 | 387 | 372 | 15 |
| 62 | 645 | 638 | 7 | 401 | 400 | 1 | 244 | 238 | 6 |
| 34 | 620 | 611 | 9 | 250 | 248 | 2 | 370 | 363 | 7 |
| 41 | 549 | 532 | 17 | 195 | 190 | 5 | 354 | 342 | 12 |
| 96 | 512 | 501 | 11 | 262 | 257 | 5 | 250 | 244 | 6 |
| 1 | 495 | 476 | 19 | 179 | 179 | 0 | 316 | 297 | 19 |
| 8 | 466 | 456 | 10 | 194 | 192 | 2 | 272 | 264 | 8 |
| 66 | 403 | 400 | 3 | 140 | 139 | 1 | 263 | 261 | 2 |
| 50 | 380 | 374 | 6 | 169 | 167 | 2 | 211 | 207 | 4 |
| 21 | 378 | 369 | 9 | 198 | 195 | 3 | 180 | 174 | 6 |
| 19 | 368 | 354 | 14 | 134 | 131 | 3 | 234 | 223 | 11 |
| 35 | 368 | 365 | 3 | 134 | 133 | 1 | 234 | 232 | 2 |
| 92 | 321 | 318 | 3 | 98 | 98 | 0 | 223 | 220 | 3 |
| 87 | 306 | 304 | 2 | 92 | 91 | 1 | 214 | 213 | 1 |
| 59 | 274 | 268 | 6 | 79 | 78 | 1 | 195 | 190 | 5 |
| 31 | 269 | 259 | 10 | 74 | 69 | 5 | 195 | 190 | 5 |
| 65 | 267 | 255 | 12 | 123 | 122 | 1 | 144 | 133 | 11 |
| 43 | 261 | 260 | 1 | 79 | 78 | 1 | 182 | 182 | 0 |
| 72 | 261 | 255 | 6 | 101 | 100 | 1 | 160 | 155 | 5 |
| 15 | 242 | 240 | 2 | 71 | 71 | 0 | 171 | 169 | 2 |
| 22 | 242 | 235 | 7 | 72 | 66 | 6 | 170 | 169 | 1 |

---

[1]Payments equaled costs for nine prescriptions (two brand-name and seven generic prescriptions).

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 88 | 242 | 172 | 70 | 67 | 9 | 58 | 175 | 163 | 12 |
| 84 | 241 | 234 | 7 | 79 | 79 | 0 | 162 | 155 | 7 |
| 6 | 230 | 220 | 10 | 93 | 90 | 3 | 137 | 130 | 7 |
| 68 | 225 | 216 | 9 | 82 | 79 | 3 | 143 | 137 | 6 |
| 40 | 224 | 215 | 9 | 92 | 91 | 1 | 132 | 124 | 8 |
| 75 | 215 | 210 | 5 | 101 | 100 | 1 | 114 | 110 | 4 |
| 39 | 214 | 210 | 4 | 75 | 75 | 0 | 139 | 135 | 4 |
| 11 | 212 | 206 | 6 | 116 | 112 | 4 | 96 | 94 | 2 |
| 16 | 201 | 196 | 5 | 105 | 103 | 2 | 96 | 93 | 3 |
| 63 | 200 | 192 | 8 | 87 | 84 | 3 | 113 | 108 | 5 |
| 57 | 193 | 189 | 4 | 83 | 83 | 0 | 110 | 106 | 4 |
| 3 | 188 | 179 | 9 | 97 | 97 | 0 | 91 | 82 | 9 |
| 67 | 175 | 167 | 8 | 72 | 71 | 1 | 103 | 96 | 7 |
| 64 | 169 | 164 | 5 | 56 | 55 | 1 | 113 | 109 | 4 |
| 79 | 160 | 157 | 3 | 64 | 64 | 0 | 96 | 93 | 3 |
| 46 | 158 | 155 | 3 | 49 | 48 | 1 | 109 | 107 | 2 |
| 91 | 157 | 144 | 13 | 82 | 76 | 6 | 75 | 68 | 7 |
| 37 | 153 | 152 | 1 | 80 | 80 | 0 | 73 | 72 | 1 |
| 36 | 151 | 146 | 5 | 62 | 58 | 4 | 89 | 88 | 1 |
| 71 | 148 | 147 | 1 | 64 | 63 | 1 | 84 | 84 | 0 |
| 93 | 145 | 143 | 2 | 57 | 57 | 0 | 88 | 86 | 2 |
| 61 | 140 | 138 | 2 | 59 | 59 | 0 | 81 | 79 | 2 |
| 7 | 127 | 123 | 4 | 55 | 53 | 2 | 72 | 70 | 2 |
| 12 | 123 | 74 | 49 | 43 | 3 | 40 | 80 | 71 | 9 |
| 26 | 122 | 120 | 2 | 54 | 53 | 1 | 68 | 67 | 1 |

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 25 | 117 | 112 | 5 | 51 | 49 | 2 | 66 | 63 | 3 |
| 28 | 116 | 110 | 6 | 57 | 53 | 4 | 59 | 57 | 2 |
| 38 | 113 | 109 | 4 | 59 | 58 | 1 | 54 | 51 | 3 |
| 53 | 108 | 107 | 1 | 39 | 38 | 1 | 69 | 69 | 0 |
| 86 | 104 | 101 | 3 | 30 | 29 | 1 | 74 | 72 | 2 |
| 30 | 100 | 89 | 11 | 21 | 18 | 3 | 79 | 71 | 8 |
| 42 | 100 | 97 | 3 | 53 | 53 | 0 | 47 | 44 | 3 |
| 83 | 99 | 99 | 0 | 37 | 37 | 0 | 62 | 62 | 0 |
| 51 | 96 | 95 | 1 | 40 | 40 | 0 | 56 | 55 | 1 |
| 90 | 92 | 90 | 2 | 31 | 31 | 0 | 61 | 59 | 2 |
| 2 | 91 | 90 | 1 | 30 | 29 | 1 | 61 | 61 | 0 |
| 80 | 88 | 87 | 1 | 29 | 29 | 0 | 59 | 58 | 1 |
| 45 | 84 | 82 | 2 | 45 | 43 | 2 | 39 | 39 | 0 |
| 98 | 83 | 82 | 1 | 42 | 41 | 1 | 41 | 41 | 0 |
| 77 | 81 | 79 | 2 | 26 | 26 | 0 | 55 | 53 | 2 |
| 52 | 79 | 74 | 5 | 29 | 28 | 1 | 50 | 46 | 4 |
| 85 | 79 | 78 | 1 | 13 | 13 | 0 | 66 | 65 | 1 |
| 58 | 76 | 75 | 1 | 39 | 39 | 0 | 37 | 36 | 1 |
| 14 | 71 | 69 | 2 | 23 | 21 | 2 | 48 | 48 | 0 |
| 13 | 69 | 69 | 0 | 31 | 31 | 0 | 38 | 38 | 0 |
| 18 | 67 | 67 | 0 | 22 | 22 | 0 | 45 | 45 | 0 |
| 17 | 63 | 56 | 7 | 29 | 26 | 3 | 34 | 30 | 4 |
| 60 | 62 | 62 | 0 | 23 | 23 | 0 | 39 | 39 | 0 |
| 73 | 59 | 59 | 0 | 18 | 18 | 0 | 41 | 41 | 0 |
| 32 | 57 | 55 | 2 | 19 | 19 | 0 | 38 | 36 | 2 |

| Sample Item | All Drugs | | | Brand-Name Drugs | | | Generic Drugs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs | Number of Prescriptions Analyzed | Number of Prescriptions for Which Payments > Costs | Number of Prescriptions for Which Payments ≤ Costs |
| 29 | 56 | 55 | 1 | 36 | 36 | 0 | 20 | 19 | 1 |
| 95 | 53 | 53 | 0 | 17 | 17 | 0 | 36 | 36 | 0 |
| 4 | 52 | 51 | 1 | 13 | 13 | 0 | 39 | 38 | 1 |
| 56 | 52 | 50 | 2 | 20 | 20 | 0 | 32 | 30 | 2 |
| 97 | 51 | 49 | 2 | 19 | 19 | 0 | 32 | 30 | 2 |
| 47 | 49 | 49 | 0 | 25 | 25 | 0 | 24 | 24 | 0 |
| 48 | 46 | 45 | 1 | 13 | 12 | 1 | 33 | 33 | 0 |
| 49 | 46 | 45 | 1 | 27 | 27 | 0 | 19 | 18 | 1 |
| 82 | 46 | 46 | 0 | 25 | 25 | 0 | 21 | 21 | 0 |
| 24 | 41 | 40 | 1 | 23 | 23 | 0 | 18 | 17 | 1 |
| 74 | 41 | 41 | 0 | 16 | 16 | 0 | 25 | 25 | 0 |
| 69 | 40 | 39 | 1 | 12 | 12 | 0 | 28 | 27 | 1 |
| 20 | 37 | 36 | 1 | 16 | 16 | 0 | 21 | 20 | 1 |
| 27 | 35 | 32 | 3 | 11 | 11 | 0 | 24 | 21 | 3 |
| 33 | 17 | 17 | 0 | 5 | 5 | 0 | 12 | 12 | 0 |
| 44 | 17 | 16 | 1 | 3 | 3 | 0 | 14 | 13 | 1 |
| 81 | 17 | 17 | 0 | 4 | 4 | 0 | 13 | 13 | 0 |
| 70 | 16 | 15 | 1 | 6 | 6 | 0 | 10 | 9 | 1 |
| 9 | 13 | 13 | 0 | 3 | 3 | 0 | 10 | 10 | 0 |
| 10 | 13 | 10 | 3 | 6 | 4 | 2 | 7 | 6 | 1 |
| 78 | 11 | 10 | 1 | 4 | 4 | 0 | 7 | 6 | 1 |
| 94 | 8 | 8 | 0 | 5 | 5 | 0 | 3 | 3 | 0 |
| 55 | 7 | 7 | 0 | 2 | 2 | 0 | 5 | 5 | 0 |
| 54 | 3 | 3 | 0 | 2 | 2 | 0 | 1 | 1 | 0 |
| **Total** | **18,864** | **18,245** | **619** | **8,024** | **7,769** | **255** | **10,840** | **10,476** | **364** |

## SELECTED PHARMACIES' AVERAGE PART D DISPENSING FEES

| Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs | Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs |
|---|---|---|---|---|---|---|---|
| 30 | $4.84 | $2.68 | $5.41 | 70 | $2.09 | $1.92 | $2.20 |
| 29 | 3.93 | 3.89 | 4.00 | 39 | 2.08 | 1.88 | 2.19 |
| 4 | 3.88 | 3.35 | 4.06 | 77 | 2.05 | 2.08 | 2.04 |
| 93 | 3.87 | 3.79 | 3.93 | 95 | 2.05 | 1.82 | 2.15 |
| 74 | 3.66 | 3.28 | 3.90 | 3 | 2.04 | 1.83 | 2.26 |
| 87 | 3.50 | 3.21 | 3.62 | 16 | 2.04 | 1.95 | 2.14 |
| 48 | 3.44 | 2.85 | 3.67 | 47 | 2.04 | 2.00 | 2.08 |
| 76 | 3.38 | 3.29 | 3.53 | 69 | 2.03 | 1.96 | 2.05 |
| 2 | 3.34 | 3.61 | 3.21 | 7 | 2.01 | 1.92 | 2.07 |
| 6 | 3.25 | 3.06 | 3.38 | 86 | 2.01 | 1.77 | 2.11 |
| 10 | 3.23 | 3.00 | 3.43 | 78 | 2.00 | 1.75 | 2.14 |
| 1 | 3.21 | 2.92 | 3.36 | 94 | 2.00 | 2.00 | 2.00 |
| 8 | 3.16 | 2.91 | 3.35 | 14 | 1.99 | 1.84 | 2.06 |
| 37 | 3.03 | 3.32 | 2.71 | 51 | 1.97 | 1.91 | 2.02 |
| 17 | 2.93 | 2.18 | 3.57 | 75 | 1.97 | 1.92 | 2.00 |
| 66 | 2.85 | 2.67 | 2.94 | 53 | 1.96 | 1.75 | 2.08 |
| 35 | 2.82 | 2.67 | 2.91 | 55 | 1.96 | 1.88 | 2.00 |
| 84 | 2.78 | 2.62 | 2.86 | 82 | 1.96 | 1.91 | 2.02 |
| 41 | 2.75 | 2.74 | 2.76 | 20 | 1.95 | 1.89 | 2.00 |
| 72 | 2.72 | 2.29 | 2.99 | 90 | 1.95 | 1.86 | 2.00 |
| 54 | 2.67 | 3.00 | 2.00 | 34 | 1.93 | 1.86 | 1.97 |
| 80 | 2.58 | 2.34 | 2.69 | 67 | 1.93 | 1.87 | 1.98 |
| 99 | 2.50 | 2.38 | 2.58 | 96 | 1.93 | 1.74 | 2.13 |
| 22 | 2.49 | 2.39 | 2.54 | 71 | 1.92 | 1.76 | 2.05 |
| 43 | 2.45 | 2.24 | 2.54 | 27 | 1.91 | 1.93 | 1.91 |
| 73 | 2.43 | 2.08 | 2.58 | 45 | 1.91 | 1.86 | 1.96 |
| 18 | 2.40 | 2.20 | 2.49 | 62 | 1.89 | 1.76 | 2.10 |
| 42 | 2.39 | 2.29 | 2.50 | 83 | 1.89 | 1.71 | 2.00 |
| 92 | 2.39 | 2.20 | 2.48 | 97 | 1.89 | 1.68 | 2.01 |
| 24 | 2.37 | 2.26 | 2.50 | 23 | 1.88 | 1.70 | 2.08 |
| 88 | 2.36 | 2.01 | 2.49 | 57 | 1.88 | 1.70 | 2.02 |
| 12 | 2.33 | 2.02 | 2.50 | 61 | 1.87 | 1.69 | 2.00 |
| 15 | 2.31 | 2.21 | 2.35 | 13 | 1.86 | 1.60 | 2.06 |
| 59 | 2.31 | 2.23 | 2.35 | 21 | 1.86 | 1.67 | 2.06 |
| 36 | 2.29 | 2.25 | 2.33 | 40 | 1.86 | 1.65 | 2.01 |
| 9 | 2.27 | 2.00 | 2.35 | 19 | 1.85 | 1.65 | 1.97 |
| 58 | 2.27 | 2.22 | 2.32 | 33 | 1.85 | 1.50 | 2.00 |
| 60 | 2.26 | 1.96 | 2.44 | 31 | 1.84 | 1.61 | 1.93 |
| 85 | 2.25 | 1.89 | 2.32 | 52 | 1.84 | 1.67 | 1.93 |
| 49 | 2.22 | 2.19 | 2.26 | 28 | 1.83 | 1.65 | 2.00 |
| 64 | 2.14 | 2.33 | 2.04 | 50 | 1.83 | 1.63 | 1.99 |

| Sample Item | Average Dispensing Fee for All Drugs | Average Dispensing Fee for Brand-Name Drugs | Average Dispensing Fee for Generic Drugs |
|---|---|---|---|
| 79 | $1.83 | $1.78 | $1.87 |
| 68 | 1.82 | 1.50 | 2.00 |
| 65 | 1.81 | 1.78 | 1.84 |
| 25 | 1.80 | 1.75 | 1.83 |
| 38 | 1.79 | 1.59 | 2.02 |
| 44 | 1.78 | 1.75 | 1.79 |
| 89 | 1.78 | 1.72 | 1.83 |
| 11 | 1.77 | 1.68 | 1.88 |
| 5 | 1.76 | 1.61 | 1.98 |
| 56 | 1.74 | 1.75 | 1.73 |
| 91 | 1.72 | 1.66 | 1.79 |
| 32 | 1.70 | 1.61 | 1.75 |
| 98 | 1.70 | 1.79 | 1.62 |
| 63 | 1.67 | 1.52 | 1.79 |
| 46 | 1.49 | 1.49 | 1.49 |
| 81 | 1.41 | 1.50 | 1.38 |
| 26 | 1.40 | 1.28 | 1.50 |



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Centers for Medicare & Medicaid Services

*Office of the Administrator*
Washington, DC. 20201.

**DATE:**     OCT 0 4 2007

**TO:**       Daniel R. Levinson
              Inspector General

**FROM:**     Kerry Weems
              Acting Administrator

**SUBJECT:**  Office of Inspector General (OIG) Draft Report: "Review of the Relationship
              between Medicare Part D Payments to Local, Community Pharmacies and the
              Pharmacies' Drug Acquisition Costs" (A-06-07-00107)

Thank you for the opportunity to review and comment on the above OIG draft report evaluating
community pharmacy ingredient cost payments in relation to acquisition costs in the Part D
program. We are interested in and pleased by the findings of the OIG report that the private
market competitive contracting model in Part D provides margins to community pharmacies with
respect to their acquisition costs.

OIG Recommendation

The OIG recommends that Congress and the Centers for Medicare & Medicaid Services (CMS)
consider the results of its review, including the data provided, in any deliberations regarding
Medicare Part D reimbursement.

CMS Response

The CMS concurs with the recommendation. In general, we concur with the findings of this
study. The report found that pharmacies almost always acquired drugs for less than the
reimbursement amounts. Although we do not collect comparable data, this observation is
expected as it is one method for pharmacies to support the expense of dispensing costs. These
findings are also consistent with our experience with the Part D program in that we do not
receive complaints from pharmacies with respect to negotiated prices not covering acquisition
costs.

The report also found that the percentage differences between Part D payments and drug
acquisition costs were more than nine times higher for generic drugs than for brand-name drugs.
Clinically appropriate generic prescribing is one of the key ways in which the Part D program is
able to provide high quality coverage at a reasonable cost to both beneficiaries and the
government. We fully encourage the use of generic drugs since their use provides good value to
both the beneficiary and the taxpayer, and we note that incentives are aligned to encourage
promotion of generics by community pharmacies.

Page 2 – Daniel R. Levinson

The study found that Group Purchasing Organization (GPO) members appear to have received greater rebates compared to non-members. This trend is also expected as purchasing at greater volumes drives down drug acquisition costs, which is one of the reasons why GPOs formed. We were pleased to note that your comparison of rural and non-rural pharmacies showed that payments from Part D plans were nearly identical, which demonstrates that Part D plans are not discriminating between rural and urban pharmacies.

We do have a few methodological questions regarding this report:

- Various results are provided including or excluding rebates. It is unclear how pharmacies' rebate estimates were attributed to the audited Part D claims. The report also did not discuss how the use of self-reported un-audited rebate data may impact its margin estimates. Specifically, if rebates were under-reported, then the actual margins may be higher than those presented in the paper.

- We also note that the methodology for determining drug acquisition costs is unclear when referring to using costs of a drug with the same clinical formulation identification [page 4 - 4th bullet, item (3)].

- The methodology section does not describe the auditing process that was used to calculate average Part D dispensing fees. This omission presents a significant limitation in understanding the estimate.

Our primary concern with this report remains the inclusion of self-reported numbers on dispensing costs. Although the draft report addresses the subject of estimated dispensing costs in an "Other Matters" section following the main findings and recommendation, and is not included in the Executive Summary, we are disappointed in OIG's decision to include these estimates in the report at all. We believe the inclusion of these unvalidated and potentially non-representative figures may obscure the ongoing Medicare Part D pharmacy debate.

The report specifically states that auditing dispensing costs was beyond the scope of this project. However, despite this disclaimer, the report goes on to provide an estimate of dispensing costs based on selected, self-reported data and also cites estimates derived from two pharmacy industry sponsored studies. While the report acknowledges that the accuracy of the self-reported data or the underlying data from the two referenced studies was not reviewed, we strongly suggest that these caveats are insufficient safeguards against readers taking these numbers at face value – especially given the apparent exact correspondence between the calculated margin between Part D payments and drug acquisition costs including rebates ($9.13) and the "average" selectively reported and estimated cost to dispense ($9.13).

Thank you for your efforts to help gain an understanding of community pharmacy payment rates in relation to acquisition costs in the Medicare Part D program.

# Exhibit C

Page 1

1                    UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF MASSACHUSETTS

3

                                  -O-

4

5 NEW ENGLAND CARPENTERS HEALTH  :  Civil Action No.:

   BENEFITS FUND, ET AL.,            1:05-CV011148-PBS

6                                  :

               Plaintiffs,

7                                  :

        -v-

8                                  :

   FIRST DATABANK, INC., and

9 McKESSON CORPORATION,          :  Deposition of:

                                     H. ERIC CANNON

10           Defendants,   :

11

12                              -O-

13

14           Place:        TEMPEST REPORTING, INC.

15                         230 South 500 East

16                          Suite 530

17                         Salt Lake City, Utah 84102

18

19           Date:         October 11, 2006

20                         9:55 a.m.

21

22           Reporter:     Ariel Mumma, CSR/RPR

23

24

25                              -O-

Page 78

1  attempting to get the lowest possible reimbursement
2  cost you could get for the plan?
3      A.    Yes.
4      Q.    Let me show you what's been marked as
5  Exhibit 4, which is Bates stamped Numbers
6  SelectHealth/NEC 15 through 28.  And you'll see that
7  the cover page of this document, the first page,
8  Page SelectHealth 15, suggests that this is the
9  independent pharmacy version contract.
10     A.    Yes.
11     Q.    Is this in fact the independent pharmacy
12 version contract?
13     A.    No.
14     Q.    Okay.  And how do you know that?
15     A.    On -- if you look in the lower -- this is
16 my right -- right-hand side, the footnote, "IHC Health
17 Plans, Inc."  with "(R)" in parentheses would indicate
18 it's the rural pharmacy contract, looking --
19     (There was a discussion held off the record.)
20     A.    -- rural.
21           And on Page 10, the discount rate of AWP
22 minus 10 percent would indicate to me that it is the
23 rural contract.
24     Q.    BY MS. SCHECHTER:  Okay.  So this document
25 has just been mislabeled?

Page 79

1      A.    Yes.
2      Q.    Okay.  So I'm just going to put this one
3  aside now, and I'm going to hand you the one -- the
4  other one that was in the production, which is
5  Exhibit 5, which is Bates stamped
6  Number SelectHealth/NEC 29 through 42.
7           Do you recognize this document?
8      A.    Yes.
9      Q.    What is it?
10     A.    It is the template for pharmacy
11 contracting with rural pharmacies.
12     Q.    Okay.
13           And was this document created in the
14 ordinary course, at around the time of the date of the
15 document?
16     A.    Yes.
17     Q.    And was it maintained by SelectHealth in
18 the ordinary course?
19     A.    Yes.
20     Q.    Were all of these templates created by the
21 same set of individuals that you indicated earlier?
22     A.    Yes.
23     Q.    Have you used this template in connection
24 with your negotiations with rural pharmacies?
25     A.    Yes.

Page 80

1      Q.    And does every rural pharmacy with which
2  SelectHealth has contracted have the exact same
3  contract?
4      A.    Yes.
5      Q.    Are there any variations?
6      A.    No.
7      Q.    If you turn to Page 10, which is
8  Attachment A, where it says,
9           "Brand drugs, lower of AWP minus 10
10          percent plus $2.00 for MAC," M-A-C,
11          "plus $2.00," do you see that?
12     A.    Yes.
13     Q.    Is that in fact the financial arrangement
14 that you negotiated with the rural pharmacies?
15     A.    Yes.
16     Q.    And did you do so in the same manner that
17 you negotiated the other contracts?
18     A.    Yes.
19     Q.    Why is it that the discount off of AWP for
20 rural pharmacies is lower than the discount off of AWP
21 for independents?
22     A.    Rural pharmacies are pharmacies in
23 locations where they are the only pharmacy for 50
24 miles, within a 30- to 50-mile radius.
25           They're in a position to negotiate a

Page 81

1  different price.
2      Q.    They have greater competitive leverage; is
3  that what you're saying?
4      A.    Yes.
5      Q.    And was the formula that you arrived at,
6  AWP minus 10 percent, the lowest discount off of AWP
7  that you were -- that the market would bear --
8      A.    Yes.
9      Q.    -- for rural pharmacies?
10           And was AWP minus 13.5 percent the lowest
11 the market would bear for contracting with the
12 independent pharmacies?
13     A.    Yes.
14     Q.    And was AWP minus 15 percent the lowest
15 the market would bear in your negotiations with chain
16 pharmacies?
17     A.    Yes.
18     Q.    Am I correct that all of the contracts
19 that you have with all of these various pharmacies
20 includes a termination-without-cause provision as we
21 saw in the first two?
22     A.    Yes.
23     Q.    Have you had any pharmacies exercise that
24 provision?
25     A.    No.

# Exhibit D

| From: | Puccetti, Joy |
|---|---|
| Sent: | Saturday, March 16, 2002 3:56 PM |
| To: | James, Robert; Thomas, Erlinda |
| Cc: | Cullenward, Eric; Pantano, Dan; Thomas, Jon; Oliverson, Kathie; Friedman, Leslie; Wahl, Kerry; Florence, Evelyn; Schnabel, Judy |
| Subject: | RE: AWP's on Invoice's incorrect |
| Importance: | High |

Bob: I appreciate the update and clarification.   Has this been communicated to the field? If not, would you be willing to work with me and put something out to our sales team so they are better prepared to deal with their customer's concerns?

Kerry: your thoughts about moving my original request through the BR process?

Joy Puccetti
*National System Support Center*
(425)712-3504 - Phone
(425)712-3520 - Fax

-----Original Message-----
| From: | James, Robert |
|---|---|
| Sent: | Friday, March 15, 2002 11:13 AM |
| To: | Puccetti, Joy; Thomas, Erlinda |
| Cc: | Cullenward, Eric; Pantano, Dan; Thomas, Jon; Oliverson, Kathie; Friedman, Leslie; Wahl, Kerry; Florence, Evelyn; Schnabel, Judy |
| Subject: | RE: AWP's on Invoice's incorrect |

Joy, its really happening the other way around. McKesson is normalizing our Sugg Sell or Retail List, and AWP increases usually happen when FDB re-surveys the wholesalers after price increases. They set the AWP where 2 out 3 of the national wholesalers are using the same markup. We just happen to be improving our process to eliminate the need to override AWP's with each pricing activity in the future. I spoke with FDB earlier this week and they stated that about 90% of the vendors have been changed to 25% markup and use a 1.25 factor (times the WAC). Some of the detail needs to catch up with individual sku's as price increases occur. The remaining vendors should be done in over the next quarter.

My guess is that things should look very good in the next couple of months. I am working with FDB to point out problem suppliers as Erlinda's group provides me the weekly information comparing our List Price with the FDB AWP. Sorry for the extra confusion and questions that have come up from our customers. The (unintended consequences) results should have a very positive impact on our customers profitability.

Hope this helps. Call me if you have questions.

Take care.

Bob James
Director-Brand Pharmaceutical Product Management
McKesson
One Post Street-8th Floor
San Francisco, CA 94104
415-983-8755   Fax 415-732-2951
robert.james@mckesson.com

-----Original Message-----
| From: | Puccetti, Joy |
|---|---|
| Sent: | Thursday, March 14, 2002 4:40 PM |
| To: | Thomas, Erlinda |
| Cc: | Cullenward, Eric; Pantano, Dan; Thomas, Jon; Oliverson, Kathie; Friedman, Leslie; James, Robert; Wahl, Kerry; Florence, |

1

MCKAWP 0042663
HIGHLY CONFIDENTIAL

**From:** James, Robert
**Sent:** Tuesday, October 09, 2001 8:59 AM
**To:** Yonko, Greg
**Subject:** RE: AWP Change

Greg,

This probably speaks to First Data Bank's willingness to work with us to normalize the brand product AWP's. I believe the industry should be moving toward cost plus (WAC) a dispensing fee. WAC and direct prices are published and easily verified. Brand AWP's usually have either a 16 2/3% or a 20% spread (AWP to WAC) whereas generics are all over the map and can vary from a 28%-30% introductory spread to as much as 80% to 90% on a mature product. This variance is what lead to MAC pricing (maximum allowable cost or federal upper limit (FUL)) which is a fixed reimbursement per tablet/capsule,etc. no matter what the cost.

Typical reimbursements in retail for brand products would be as low as AWP -15% plus a $2.00 fee and for generics, they can be like AWP -40% plus a fee, or MAC priced at a fixed rate.

AWP really has no impact on our wholesale business but certainly does on our customers' third party reimbursements. As you know we have been doing everything possible to raise AWP's where we can and we have had some recent success with FDB as we discussed. I am looking into the inflation of AWP's on repackaged product where the repackager has used their own NDC code which is different from the manufacturer's. This scenario would explain why Merck Medco and others are able to bid AWP minus 20-22% and still be profitable. I am told that this is also commonly done with distributors to physician's offices as well, but I have no direct knowledge of this practice.

Greg, we get many questions from our sales people and our customers about AWP's. The following is an excerpt from a recent response:

The customer had asked the question, why is the AWP different from the Sugg Sell or List Price on their tickets. This can be confusing because reimbursement is based on FDB AWP and not McKesson Sell Price.

The easy answer is to have the customer choose to print the actual First Data Bank AWP on the tickets.

This figure is "an average" of the 3 major wholesalers. For brand pharmaceuticals, its usually 16 2/3% or a 20% spread from the AWP to WAC. If 2 out of 3 are at 20%, then that is what FDB uses. If McKesson's sugg sell is at a 25% markup (or 20% spread) the numbers are the same. If McKesson's sugg sell is at a 20% markup, then the numbers would be different......McKesson's would be lower in this case. Remember, McKesson does not set AWP, we set List Price or Sugg Sell Price. AWP by definition is an "average wholesale price". This is arrived at by FDB by doing a phone survey in the couple of weeks following a new product introduction or a price increase.

Bob James
Director-Brand Pharmaceutical Product Management
McKesson
One Post Street—8th Floor
San Francisco, CA 94104
415-983-8755,  Fax 415-732-2951
robert.james@mckesson.com

```
-----Original Message-----
```
**From:** Yonko, Greg
**Sent:** Tuesday, October 09, 2001 8:05 AM
**To:** James, Robert
**Subject:** FW: AWP Change

bob what is your opinion on this subject.. see below.

1

MCKAWP 0068599
HIGHLY CONFIDENTIAL

**Monthly Status Report**

**MᶜKESSON**
*Empowering Healthcare*

### Rx Brand Product Management
### General Overview December 2002

Summary of December Promo Purchases:

- Promo Buys were placed for $164,903,346.65 during the month of December.
- Billback profit amounted to $2,652,168 or 1.61% of total December buys.
- Off-invoice profits on amounted to $5,447,353 or 3.30% of total buys.
- NRGP Profit on these allocations totals $607,877. This is equal to 0.37%.
- Total estimated profit for the month is $8,707,398 or 5.28% of promo buys.

New Product Launches and Significant Events:

- **Claritin Buy.** We made the last buy on Claritin Rx for $108,000,000 before Schering stopped shipping the Rx product in favor of the new OTC version. The 4% off-invoice allowance for $4,202,368 fell to bonus goods in the Brand Rx budget.

- John Bonner negotiated a deal with Novartis Ophthalmic for about $13,000,000 with an average 13% off-invoice. This was turned over to the Trading Company to optimize the opportunity.

- Lilly launched the new ADD drug Strattera that should become a real blockbuster because the drug is not a controlled substance like the competitive drugs, Ritalin and Concerta. There was no off-invoice but we took advantage of early order placement, which earned McKesson about $50,000 in bonus goods that did not have to be shared.

- We were also able to execute the Bayer level buy program on Cipro. This will be close to a $1,500,000 billback benefit.

- Abbott launched their new arthritis drug, Humira that will compete with Enbrel and Remicade. They are expecting this to become a $3 Billion Drug with in the next three years.

- We collected our $5,000,000 from Monarch on the Levoxyl purchase and Prefer Rx program and continue to work with them to generate another price increase that potentially would earn McKesson another 5-8 million in NRGP.

In December we set up 16 new items and executed successful launches that included several auto ships through Priority Express.

---

McKesson Confidential                    1                    Printed: [DATE]

MCKAWP 0071670
HIGHLY CONFIDENTIAL

**Monthly Status Report**

**MᶜKESSON**
*Empowering Healthcare*

On the horizon:

- Pfizer just received the approval on Relpax for migraines. This has been a huge success in Europe the past several years. FDA required additional clinical information and trials, which ultimately delayed launch in the U.S. This product is expected to ship in early February and should become another blockbuster.

- Aventis just received approval on their new antibiotic, Ketek, which will compete with Pfizer's Zithromycin. We do not have pricing yet but expect this to come by the end of the week. This product will ship the first week in February. Ketek is also expected to be a blockbuster.

- Merck is close to approval on a new anti-emesis drug for cancer patients that should be another big success.

Current Initiatives:

- We are still working with Abbott to recover the 1% return allowance paid to Mckesson for the QW purchases and RxPak. These amount to just under $1,000,000 for QW and about $1,385,000 for RxPak. Today, these allowances are going into a general fund and are not being captured where they belong. QW has between $200,000 and $300,000 worth of returns that have to be discarded. The allowance is meant to offset these situations.

- The ZLB Immune Globulin situation has been resolved. We were able to negotiate a return and re-order on the entire amount of short-dated and expired product. This effort saved McKesson a write-off of about $1,300,000. Kim Hindley-Shaw and Scott Bradford were intimately involved in this process and we could not have resolved this situation without their help.

- We have had some recent success in getting some movement in AWP's on Lilly and Novo products. Our retail customers should begin seeing huge improvement in profitability when dispensing these products over the next few months. Both companies have had AWP spreads increased to 20% from 16 2/3%, which will be realized as price increases, occur.

- Our new marketing group has been spending some time working with us on updating our Prefer Rx Marketing Program and is preparing for a re-launch. We have added some new items and they are working on refreshing our marketing materials and educational material for our field sales folks. We have also recently added Albertson's to this group of participating stores.

- We are currently looking at some analysis of the Abbott pricing structure to see if it makes sense to get rid of the list only feature that has been used for years and take advantage of Abbott's two tier pricing strategy. (They are the lasts in the industry to use the two tier pricing). This could potentially create a substantial amount of net

McKesson Confidential                    2                    Printed: [DATE]

MCKAWP 0071671
HIGHLY CONFIDENTIAL

**Monthly Status Report**

**MCKESSON**
*Empowering Healthcare*

bonus goods (after pass-thru to chains) that would have a very positive impact on our FY04 budget.

MCKAWP 0071672
HIGHLY CONFIDENTIAL

From:            Coppolo, Benjamin
Sent:            Friday, July 30, 2004 5:07 AM
To:              Bonner, John
Subject:         RE: Price change

Sensitivity:     Confidential

Thanks for the information.

Ben Coppolo
McKesson Corporation
8129 Arlington Texas
817-652-7668

----Original Message----
From:            Bonner, John
Sent:            Thursday, July 29, 2004 5:44 PM
To:              Coppolo, Benjamin
Subject:         RE: Price change
Sensitivity:     Confidential

*We try to "push" the AWP up to 25% above WAC rather than 20%. This may cause your customer some short term reimbursement pain with the payors but in the long run, if AWP at First Data Bank goes from 20% to 25%, your customer will benefit.*

*Most payors reimburse pharmacies at AWP minus 15 to 17%. The higher AWP markup percentage, the more they are paid by the insurance company. Pharmacies barely break even on items with 20% AWPs.*

*John Bonner*
*Director Product Management, Branded Rx*
*McKesson Drug*
*One Post St. 39th floor*
*San Francisco, CA 94104*

*Voice  415-983-8363*
*FAX   415-732-2594*
*cell   925-788-6731*

----Original Message----
From:            Coppolo, Benjamin
Sent:            Thursday, July 29, 2004 3:26 PM
To:              Bonner, John
Cc:              Shurden, Jacob; Wright, Tim
Subject:         RE: Price change

John

I was unaware of how the AWP price was derived and had a question from a customer) regarding the AWP price on this particular product. I was under the impression that we may have the wrong price in our system due to a change from the vendor. If this is the correct price that we get the product for then the AWP does need to be changed. Sorry for the confusion.

Ben Coppolo

1

MCKAWP 0076289
CONFIDENTIAL

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

CENTRAL      DISTRICT OF      ILLINOIS

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, ET AL.
    V.

FIRST DATABANK, INC. AND
MCKESSON CORPORATION

TO:   Caremark Rx, Inc.
     c/o Illinois Corporation Service
     801 Adlai Stevenson Drive
     Springfield, IL 62703

### SUBPOENA IN A CIVIL CASE

Case Number:[1]   1:05-CV-11148
DISTRICT OF MASSACHUSETTS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED AS EXHIBIT "A".

| PLACE   Minutemen Printing Co., 4179 W. Jefferson St # A, Springfield, IL 62707 (217) 546-2737 | DATE AND TIME 3/23/07, 9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_     Attorney for Plaintiffs | 3/09/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jennifer Fountain Connolly, Wexler Toriseva Wallace LLP, One N. LaSalle Street, Suite 2000, Chicago, IL 60602, (312) 346-2222

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| New England Carpenters Health Benefits Fund, et al. | ) | |
| | Plaintiff ) | 1:05-CV-11148 AFFIDAVIT OF AUTHORIZED SERVICE |
| -vs- | ) | |
| First Databank, Inc., McKesson Corporation | ) | Civil Subpoena Duces Tecum |
| | Defendant ) | |

Received by 1-800-SERVE-EM on March 13, 2007 at 9:44 AM to be served on Caremark Rx, Inc. c/o Illinois Corporation Service, 801 Adlai Stevenson Drive Springfield, IL 62703.

I, Kyle Clutter, who being duly sworn, depose and say that on March 13, 2007 at 3:38 PM , I:

Served Caremark Rx, Inc. c/o Illinois Corporation Service by delivering a true copy of the Civil Subpoena Duces Tecum with the date and hour of service endorsed thereon by me, to Mary Davis, Receptionist, authorized to accept service at 801 Adlai Stevenson Drive Springfield, IL 62703.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Kyle Clutter
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2007203540
Reference: 1189-000

1-800-SERVE-EM

State of:
County of:
Subscribed and sworn to before me

NOTARY PUBLIC

"OFFICIAL SEAL"
William R. Clutter
Notary Public, State of Illinois
My Commission Exp. 07/12/2008

**EXHIBIT A – RIDER**

## A.   DEFINITIONS AND INSTRUCTIONS

1.    The term "McKesson" refers to McKesson Corporation and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

2.    The term "FDB" refers to First DataBank, Inc. and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

3.    "You" means Caremark Rx, Inc. ("Caremark") and its predecessors, and employees, officers, directors, agents, attorneys, affiliates or any person acting on Your behalf.

4.    The term "document" includes, without limitation, the originals of all writings of every kind, including but not limited to letters, telegrams, memoranda, reports, studies, legal pleadings, speeches, calendars, diary entries, travel records and vouchers, promotional materials, pamphlets, handwritten notes, drafts, lists directives, reports, tabulations, minutes and records of meetings, and telephone records, which are now or formerly were in the actual or constructive possession and control of You, Your officers, directors, employees, attorneys or other agents. The term "document" further includes data processing and computer printouts, tapes, disks, and data stored in computers or data processing equipment, together with programs and program documentation necessary to retrieve, read and utilize such data, and all other mechanical or electronic means of storing or recording data, as well as tape, film or cassette sound and/or visual recordings, and reproductions or film impressions of any of the aforementioned writings. The term "document" also includes copies of all documents which are not identical duplicates of the originals and copies of documents if the originals of documents are not in the possession, custody or control of You, Your officers, directors, employees, attorneys or other agents. Alteration of documents includes, without limitation, any modification, censorship, redaction, addition to or changing, which obscures, removes, amends, changes or obliterates any part of the original language, information, or meaning.

5.    The term "communication" shall mean any act, action, oral speech, written correspondence, contact, expression of words, thoughts, or ideas or transmission of exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, or any other process, electric, electronic or otherwise, All such communications in writing shall include, without limitation, printed, typed, handwritten, electronic, or other readable documents.

6.    The term "meeting" shall mean any assembly, convocation, or encounter, a contemporaneous presence of two or more persons for any purpose (including via telephone or via

any electronic means), whether or not planned, arranged or scheduled in advance and whether or not the meeting was formal or informal or occurred in connection with some other activity.

7.    "AWP" means average wholesale price.

8.    "AWP-Reimbursing Clients" shall mean any Person on whose behalf You negotiate reimbursement rates for the Subject Drugs, and who in turn reimburses for the Subject Drugs based on AWP.

9.    "Mark-up" or "spread" means the difference between WAC and AWP, whether expressed as the percentage by which the difference is above WAC (*e.g.*, 20% or 25% above WAC) or as an amount under AWP (*e.g.*, 16.7% or 20% off AWP).

10.    The term "person" means any natural person or any business, legal or governmental entity or association.

11.    "WAC" means Wholesale Acquisition Cost.

12.    "Subject Drugs" means the drugs listed in Exhibit 1.

13.    Unless otherwise specifically stated herein, the period covered by each of these requests extends from January 1, 2001 to the date of Your response to these discovery requests.

14.    "Relating to" or "related to" shall include describing, discussing, reflecting, constituting, evidencing, referring to, pertaining to, concerning, involving, memorializing, dealing with and bearing on (whether legally, factually, or otherwise).

15.    The connectives "and/or" are to be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope, and are not to be interpreted in such a manner as to exclude any information within the scope of the document request.

16.    All documents produced should be produced in the order in which You maintain them in the ordinary course of Your business.

17.    You should produce the original of each document requested together with all non-identical copies and drafts of that document. If the original of a document cannot be located, a copy should be produced in lieu thereof, and should be eligible and bound or stapled in the same manner as the original.

18.    Documents not otherwise responsive to these requests should be produced if such documents mention, discuss, refer to or explain one or more documents that are called for by these document requests or if such documents are attached to documented called for by these document requests and constitute routing slips, transmittal memoranda or letters, comments, evaluations or similar materials.

19.    Documents attached to each other should not be separated.

2

**B.     REQUESTS FOR PRODUCTION**

  1.  All documents relating to or reflecting communications with McKesson or FDB regarding the mark-up or spread on the Subject Drugs.

  2.  All documents relating to or reflecting meetings with McKesson or FDB regarding the mark-up or spread on the Subject Drugs.

  3.  All documents relating to or reflecting to any analysis done by You, including any analysis done by You for or on behalf of your AWP-Reimbursing Clients, regarding whether or how to recoup, recover or otherwise compensate for the mark-up or spread on the Subject Drugs.

  4.  All documents relating to or reflecting Your knowledge or discovery of McKesson's role in creating, increasing or otherwise influencing the mark-up or spread on the Subject Drugs.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      MISSOURI

NEW ENGLAND CARPENTERS HEALTH
BENEFITS FUND, ET AL.
           V.

FIRST DATABANK, INC. AND
MCKESSON CORPORATION

**AMENDED**
**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:05-CV-11148

DISTRICT OF MASSACHUSETTS

TO:   Express Scripts, Inc.
      c/o CSC - Lawyers Incorporating Service Company
      221 Bolivar Street
      Jefferson City, MO  65101

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED AS EXHIBIT "A".

| PLACE    Favre Law Office, LLC, 5005 W. Main Street, Belleville, IL 62226 | DATE AND TIME |
|---|---|
| | 4/06/07, 9:00 a.m. |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _(signature)_     Attorney for Plaintiffs | 3/22/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jennifer Fountain Connolly, Wexler Toriseva Wallace LLP, One N. LaSalle Street, Suite 2000, Chicago, IL 60602, (312) 346-2222

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| | |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |

| | |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the production, inspection, copying, testing, or sampling commanded.
(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.
(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.
(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.
(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

### EXHIBIT A – RIDER

**A.    DEFINITIONS AND INSTRUCTIONS**

1.    The term "McKesson" refers to McKesson Corporation and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

2.    The term "FDB" refers to First DataBank, Inc. and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

3.    "You" means Express Scripts, Inc. ("ESI") and its predecessors, and employees, officers, directors, agents, attorneys, affiliates or any person acting on Your behalf.

4.    The term "document" includes, without limitation, the originals of all writings of every kind, including but not limited to letters, telegrams, memoranda, reports, studies, legal pleadings, speeches, calendars, diary entries, travel records and vouchers, promotional materials, pamphlets, handwritten notes, drafts, lists directives, reports, tabulations, minutes and records of meetings, and telephone records, which are now or formerly were in the actual or constructive possession and control of You, Your officers, directors, employees, attorneys or other agents. The term "document" further includes data processing and computer printouts, tapes, disks, and data stored in computers or data processing equipment, together with programs and program documentation necessary to retrieve, read and utilize such data, and all other mechanical or electronic means of storing or recording data, as well as tape, film or cassette sound and/or visual recordings, and reproductions or film impressions of any of the aforementioned writings. The term "document" also includes copies of all documents which are not identical duplicates of the originals and copies of documents if the originals of documents are not in the possession, custody or control of You, Your officers, directors, employees, attorneys or other agents. Alteration of documents includes, without limitation, any modification, censorship, redaction, addition to or changing, which obscures, removes, amends, changes or obliterates any part of the original language, information, or meaning.

5.    The term "communication" shall mean any act, action, oral speech, written correspondence, contact, expression of words, thoughts, or ideas or transmission of exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, or any other process, electric, electronic or otherwise, All such communications in writing shall include, without limitation, printed, typed, handwritten, electronic, or other readable documents.

6.    The term "meeting" shall mean any assembly, convocation, or encounter, a contemporaneous presence of two or more persons for any purpose (including via telephone or via

any electronic means), whether or not planned, arranged or scheduled in advance and whether or not the meeting was formal or informal or occurred in connection with some other activity.

7.     "AWP" means average wholesale price.

8.     "AWP-Reimbursing Clients" shall mean any Person on whose behalf You negotiate reimbursement rates for the Subject Drugs, and who in turn reimburses for the Subject Drugs based on AWP.

9.     "Mark-up" or "spread" means the difference between WAC and AWP, whether expressed as the percentage by which the difference is above WAC (*e.g.*, 20% or 25% above WAC) or as an amount under AWP (*e.g.*, 16.7% or 20% off AWP).

10.     "WAC" means Wholesale Acquisition Cost.

11.     "Subject Drugs" means the drugs listed in Exhibit 1.

12.     Unless otherwise specifically stated herein, the period covered by each of these requests extends from January 1, 2001 to the date of Your response to these discovery requests.

13.     "Relating to" or "related to" shall include describing, discussing, reflecting, constituting, evidencing, referring to, pertaining to, concerning, involving, memorializing, dealing with and bearing on (whether legally, factually, or otherwise).

14.     The connectives "and/or" are to be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope, and are not to be interpreted in such a manner as to exclude any information within the scope of the document request.

15.     All documents produced should be produced in the order in which You maintain them in the ordinary course of Your business.

16.     You should produce the original of each document requested together with all non-identical copies and drafts of that document. If the original of a document cannot be located, a copy should be produced in lieu thereof, and should be eligible and bound or stapled in the same manner as the original.

17.     Documents not otherwise responsive to these requests should be produced if such documents mention, discuss, refer to or explain one or more documents that are called for by these document requests or if such documents are attached to documented called for by these document requests and constitute routing slips, transmittal memoranda or letters, comments, evaluations or similar materials.

18.     Documents attached to each other should not be separated.

**B.      REQUESTS FOR PRODUCTION**

1.      All documents relating to or reflecting communications with McKesson or FDB relating to the mark-up or spread on the Subject Drugs.

2.      All documents relating to or reflecting meetings with McKesson or FDB relating to the mark-up or spread on the Subject Drugs.

3.      All documents relating to or reflecting to any analysis done by You, including any analysis done by You for or on behalf of your AWP-Reimbursing Clients, regarding whether or how to recoup, recover or otherwise compensate for the mark-up or spread on the Subject Drugs.

4.      All documents relating to or reflecting Your knowledge or discovery of McKesson's role in creating, increasing or otherwise influencing the mark-up or spread on the Subject Drugs.

3

# Exhibit 1

# Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| 3M PHARMACEUTICALS | 00089020025 | METROGEL-VAGINAL 0.75% GEL |
| 3M PHARMACEUTICALS | 00089061012 | ALDARA 5% CREAM |
| 3M PHARMACEUTICALS | 00089081521 | MAXAIR AUTOHALER 0.2 MG AERO |
| 3M PHARMACEUTICALS | 00089030510 | TAMBOCOR 50 MG TABLET |
| 3M PHARMACEUTICALS | 00089030710 | TAMBOCOR 100 MG TABLET |
| 3M PHARMACEUTICALS | 00089031410 | TAMBOCOR 150 MG TABLET |
| AAIPHARMA LLC | 00028007201 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028007210 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028010501 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00028010510 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00002035102 | DARVOCET-N 50 TABLET |
| AAIPHARMA LLC | 00002035333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 00002036302 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036303 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036333 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002080303 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002080333 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002311102 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00002311103 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 66591062241 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 66591063141 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 66591063151 | DARVON-N 100 MG TABLET |
| ABBOTT LABORATORIES | 00597002001 | MOBIC 7.5 MG TABLET |
| ABBOTT LABORATORIES | 00597003001 | MOBIC 15 MG TABLET |
| ABBOTT LABORATORIES | 00597003928 | MICARDIS 20 MG TABLET |
| ABBOTT LABORATORIES | 00597004028 | MICARDIS 40 MG TABLET |
| ABBOTT LABORATORIES | 00597004128 | MICARDIS 80 MG TABLET |
| ABBOTT LABORATORIES | 00597004328 | MICARDIS HCT 40/12.5 MG TAB |
| ABBOTT LABORATORIES | 00597004428 | MICARDIS HCT 80/12.5 MG TAB |
| ABBOTT LABORATORIES | 00074258811 | BIAXIN 500 MG TABLET |
| ABBOTT LABORATORIES | 00074338811 | BIAXIN 250 MG TABLET |
| ABBOTT LABORATORIES | 00074611411 | DEPAKOTE 125 MG SPRINKLE CAP |
| ABBOTT LABORATORIES | 00074621211 | DEPAKOTE 125 MG TABLET EC |
| ABBOTT LABORATORIES | 00074621411 | DEPAKOTE 250 MG TABLET EC |
| ABBOTT LABORATORIES | 00074621511 | DEPAKOTE 500 MG TABLET EC |
| ABBOTT LABORATORIES | 00074707930 | FERO-FOLIC-500 FILMTAB |
| ABBOTT LABORATORIES | 00074712530 | IBERET-FOLIC 500 FILMTAB |
| AGOURON PHARMACEUTICALS INC | 63010001030 | VIRACEPT 250 MG TABLET |
| AGOURON PHARMACEUTICALS INC | 63010001190 | VIRACEPT POWDER |
| ASTRAZENECA LP | 00186000131 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000168 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000231 | LEXXEL 5-2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186031521 | XYLOCAINE 5% OINTMENT |
| ASTRAZENECA LP | 00186032001 | XYLOCAINE 4% SOLUTION |
| ASTRAZENECA LP | 00186033001 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033036 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186036001 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186045028 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045031 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045058 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045128 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045131 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045158 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045228 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045231 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045258 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186060628 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060631 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060668 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060682 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186070768 | TONOCARD 400 MG TABLET |
| ASTRAZENECA LP | 00186070968 | TONOCARD 600 MG TABLET |
| ASTRAZENECA LP | 00186074228 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074282 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074328 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074368 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074382 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186107509 | RHINOCORT NASAL INHALER |
| ASTRAZENECA LP | 00186151501 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151503 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151601 | EMLA CREAM |
| ASTRAZENECA LP | 00186502031 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502054 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502082 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502228 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186504031 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504054 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504082 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504228 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00310013010 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013034 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013039 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013110 | ZESTRIL 10 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00310013134 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013139 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013173 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013210 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013234 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013239 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013273 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013310 | ZESTRIL 30 MG TABLET |
| ASTRAZENECA LP | 00310013410 | ZESTRIL 40 MG TABLET |
| ASTRAZENECA LP | 00310013510 | ZESTRIL 2.5 MG TABLET |
| ASTRAZENECA LP | 00310014110 | ZESTORETIC 10/12.5 TABLET |
| ASTRAZENECA LP | 00310014210 | ZESTORETIC 20/12.5 TABLET |
| ASTRAZENECA LP | 00310014510 | ZESTORETIC 20/25 TABLET |
| ASTRAZENECA LP | 00310020130 | ARIMIDEX 1 MG TABLET |
| ASTRAZENECA LP | 00310040160 | ACCOLATE 10 MG TABLET |
| ASTRAZENECA LP | 00310040239 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310040260 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310060018 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060060 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060075 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060412 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060430 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060490 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310070510 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070530 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070539 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00037721020 | ZOMIG 2.5 MG TABLET |
| ASTRAZENECA LP | 00037721125 | ZOMIG 5 MG TABLET |
| ASTRAZENECA LP | 00186000431 | ATACAND 4 MG TABLET |
| ASTRAZENECA LP | 00186000831 | ATACAND 8 MG TABLET |
| ASTRAZENECA LP | 00186001628 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001631 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001654 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186003228 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003231 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003254 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186018228 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 00186018254 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 00186032228 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186032254 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186091542 | PULMICORT 200 MCG TURBUHALER |
| ASTRAZENECA LP | 00186108805 | TOPROL XL 25 MG TABLET SA |
| ASTRAZENECA LP | 00186109005 | TOPROL XL 50 MG TABLET SA |
| ASTRAZENECA LP | 00186109205 | TOPROL XL 100 MG TABLET SA |
| ASTRAZENECA LP | 00310004010 | ELAVIL 10 MG TABLET |
| ASTRAZENECA LP | 00310004110 | ELAVIL 50 MG TABLET |
| ASTRAZENECA LP | 00310004210 | ELAVIL 75 MG TABLET |
| ASTRAZENECA LP | 00310004310 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004510 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004550 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004710 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004730 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310010110 | TENORMIN 100 MG TABLET |
| ASTRAZENECA LP | 00310010510 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010534 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010710 | TENORMIN 25 MG TABLET |
| ASTRAZENECA LP | 00310011510 | TENORETIC 50 TABLET |
| ASTRAZENECA LP | 00310011710 | TENORETIC 100 TABLET |
| ASTRAZENECA LP | 00310020920 | ZOMIG ZMT 2.5 MG TABLET |
| ASTRAZENECA LP | 00310021321 | ZOMIG ZMT 5 MG TABLET |
| ASTRAZENECA LP | 00310027110 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027139 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027210 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027239 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027510 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310027539 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00186070210 | ENTOCORT EC 3 MG CAPSULE |
| ASTRAZENECA LP | 00310027439 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027460 | SEROQUEL 300 MG TABLET |
| ATLEY PHARMACEUTICALS INC | 59702015201 | PEDIOX CHEWABLE TABLET |
| AXCAN SCANDIPHARM INC | 00058012061 | BENTYL 10 MG CAPSULE |
| AXCAN SCANDIPHARM INC | 00058012361 | BENTYL 20 MG TABLET |
| AXCAN SCANDIPHARM INC | 00058012516 | BENTYL 10 MG/5 ML SYRUP |
| AXCAN SCANDIPHARM INC | 58914017110 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017121 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017130 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017150 | CARAFATE 1 GM TABLET |
| BAXTER HEALTHCARE CORP | 10019035060 | ETHRANE INHALATION |
| BAXTER HEALTHCARE CORP | 10019064124 | SUPRANE INHALATION LIQUID |
| BAYER CORP PHARMACEUTICAL DIV | 00026286148 | PRECOSE 50 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026286251 | PRECOSE 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851106 | CIPRO 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851248 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851251 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851348 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851351 | CIPRO 500 MG TABLET |

# Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BAYER CORP PHARMACEUTICAL DIV | 00026851448 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851450 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026855136 | CIPRO 5% SUSPENSION |
| BAYER CORP PHARMACEUTICAL DIV | 00026855336 | CIPRO 10% SUSPENSION |
| BERLEX INC | 50419010110 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010111 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010125 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010150 | QUINAGLUTE DURA-TABS 324 MG |
| BERTEK PHARMACEUTICALS INC | 62794015102 | MENTAX 1% CREAM |
| BERTEK PHARMACEUTICALS INC | 62794015103 | MENTAX 1% CREAM |
| BIOVAIL PHARMACEUTICALS INC | 00173099341 | ZOVIRAX 5% OINTMENT |
| BIOVAIL PHARMACEUTICALS INC | 00088177147 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177155 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177190 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177247 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177255 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177290 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177747 | CARDIZEM SR 60 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177847 | CARDIZEM SR 90 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177947 | CARDIZEM SR 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179147 | CARDIZEM 90 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088179530 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179542 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179630 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179642 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179730 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179742 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179830 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179842 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079247 | CARDIZEM 120 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 64455079549 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079649 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079650 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079749 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079849 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079942 | CARDIZEM CD 360 MG CAP SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087811142 | CAFCIT 20 MG/ML ORAL SOLN |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000160 | AGGRENOX CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000601 | CATAPRES 0.1 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000701 | CATAPRES 0.2 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001101 | CATAPRES 0.3 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001314 | COMBIVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001701 | PERSANTINE 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001801 | PERSANTINE 50 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001901 | PERSANTINE 75 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002001 | SERENTIL 10 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002101 | SERENTIL 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002301 | SERENTIL 100 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002504 | SERENTIL 25 MG/ML ORAL CONC |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003112 | CATAPRES-TTS 1 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003212 | CATAPRES-TTS 2 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003334 | CATAPRES-TTS 3 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004501 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004560 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004661 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004724 | VIRAMUNE 50 MG/5 ML SUSP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597005601 | MEXITIL 150 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597005701 | MEXITIL 200 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006801 | MEXITIL 250 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597007017 | ALUPENT 650 MCG INHALER COMP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006082 | ATROVENT 0.02% SOLUTION |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008130 | ATROVENT 0.03% SPRAY |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008214 | ATROVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008876 | ATROVENT 0.06% SPRAY |
| BRISTOL MYERS SQUIBB CO | 00087606005 | GLUCOPHAGE 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087606010 | GLUCOPHAGE 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087607005 | GLUCOPHAGE 850 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087607111 | GLUCOPHAGE 1,000 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087661443 | VIDEX 100 MG PACKET |
| BRISTOL MYERS SQUIBB CO | 00087661543 | VIDEX 167 MG PACKET |
| BRISTOL MYERS SQUIBB CO | 00087661643 | VIDEX 250 MG PACKET |
| BRISTOL MYERS SQUIBB CO | 00087663241 | VIDEX 2 GM PEDIATRIC SOLN |
| BRISTOL MYERS SQUIBB CO | 00087663341 | VIDEX 4 GM PEDIATRIC SOLN |
| BRISTOL MYERS SQUIBB CO | 00087665001 | VIDEX 25 MG TABLET CHEWABLE |
| BRISTOL MYERS SQUIBB CO | 00087665101 | VIDEX 50 MG TABLET CHEWABLE |
| BRISTOL MYERS SQUIBB CO | 00087665201 | VIDEX 100 MG TABLET CHEWABLE |
| BRISTOL MYERS SQUIBB CO | 00087665301 | VIDEX 150 MG TABLET CHEWABLE |
| BRISTOL MYERS SQUIBB CO | 00087666515 | VIDEX 200 MG TABLET CHEWABLE |
| BRISTOL MYERS SQUIBB CO | 00015303020 | CEENU 10 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303120 | CEENU 40 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303220 | CEENU 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303410 | CEENU DOSE PACK |
| BRISTOL MYERS SQUIBB CO | 00015308060 | LYSODREN 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015309145 | VEPESID 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00087003147 | SERZONE 50 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003231 | SERZONE 100 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BRISTOL MYERS SQUIBB CO | 00087003331 | SERZONE 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003931 | SERZONE 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087000431 | SERZONE 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015846 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015865 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060942 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060945 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060985 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087120213 | MONOPRIL 40 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149201 | MONOPRIL HCT 10/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149301 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087585041 | STADOL NS 10 MG/ML SPRAY |
| BRISTOL MYERS SQUIBB CO | 63653117101 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117103 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117105 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117106 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087048841 | POLY-VI-FLOR 0.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087047402 | POLY-VI-FLOR 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087048741 | POLY-VI-FLOR 0.25 MG TAB CHW |
| BRISTOL MYERS SQUIBB CO | 00087048841 | POLY-VI-FLOR/IRON 0.25 MG TB |
| BRISTOL MYERS SQUIBB CO | 00087607211 | GLUCOVANCE 1.25/250 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607311 | GLUCOVANCE 2.5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607411 | GLUCOVANCE 5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00015111750 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015111780 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117760 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117780 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087667117 | VIDEX EC 125 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667217 | VIDEX EC 200 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667317 | VIDEX EC 250 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667417 | VIDEX EC 400 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087772060 | CEFZIL 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772150 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772160 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016870 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016875 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016890 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016970 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016975 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016990 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017070 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017075 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017090 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017270 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017275 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017290 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017370 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017375 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017470 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017475 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017670 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017675 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017690 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018870 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018875 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018890 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018970 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018975 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018990 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277131 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277132 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277215 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277231 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277232 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277235 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277315 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277331 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277332 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277531 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277532 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277631 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277632 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056047030 | SUSTIVA 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047330 | SUSTIVA 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047492 | SUSTIVA 200 MG CAPSULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310402 | PROZAC 10 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310501 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310502 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310507 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310530 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310533 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310581 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310582 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310730 | PROZAC 40 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777512058 | PROZAC 20 MG/5 ML SOLUTION |
| ELAN PHARMACEUTICALS INC | 00173043201 | TEMOVATE 0.05% SOLUTION |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ELI LILLY AND CO | 00430043514 | SARAFEM 10 MG PULVULE |
| ELI LILLY AND CO | 00430043614 | SARAFEM 20 MG PULVULE |
| ELI LILLY AND CO | 00002300475 | PROZAC WEEKLY 90 MG CAPSULE |
| ELI LILLY AND CO | 00002416502 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416507 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416530 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002400602 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002400630 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002411204 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411233 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411260 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411633 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411660 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411704 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411733 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411760 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002441504 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002441533 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002441560 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002442004 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002442033 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002442060 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002312542 | VANCOCIN HCL 125 MG PULVULE |
| ELI LILLY AND CO | 00002312642 | VANCOCIN HCL 250 MG PULVULE |
| ELI LILLY AND CO | 00002445301 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445385 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445401 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445485 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445501 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445585 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445601 | ZYPREXA ZYDIS 20 MG TABLET |
| ELI LILLY AND CO | 00002445685 | ZYPREXA ZYDIS 20 MG TAB |
| FERNDALE LABORATORIES INC | 00496077804 | ANALPRAM-HC 1% CREAM |
| FERNDALE LABORATORIES INC | 00496080004 | ANALPRAM-HC 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496082904 | ANALPRAM-HC 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496071603 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00496071604 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00496072903 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496072904 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496072906 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496076304 | PRAMOSONE 1% OINTMENT |
| FERNDALE LABORATORIES INC | 00496071703 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496071704 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496072604 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496072606 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496077704 | PRAMOSONE 2.5% OINTMENT |
| FERNDALE LABORATORIES INC | 00496085745 | CLINAC BPO 7% GEL |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630019012 | COGNEX 10 MG CAPSULE |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630019112 | COGNEX 20 MG CAPSULE |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630019212 | COGNEX 30 MG CAPSULE |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630019312 | COGNEX 40 MG CAPSULE |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089139 | SULAR 10 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089239 | SULAR 20 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089339 | SULAR 30 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630042090 | PRENATE ADVANCE TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044010 | SULAR 10 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044110 | SULAR 20 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044210 | SULAR 30 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044310 | SULAR 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00455052708 | FLUMADINE 50 MG/5 ML SYRUP |
| FOREST PHARMACEUTICALS INC | 00456401001 | CELEXA 10 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402001 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402063 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404001 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404063 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456413008 | CELEXA 10 MG/5 ML SOLUTION |
| FOREST PHARMACEUTICALS INC | 00456004001 | THYROLAR-1/4 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456004501 | THYROLAR-1/2 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456005001 | THYROLAR-1 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456005501 | THYROLAR-2 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456006001 | THYROLAR-3 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456045701 | ARMOUR THYROID 15 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045800 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045801 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045863 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045900 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045901 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045951 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045963 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046001 | ARMOUR THYROID 90 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046100 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046101 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046163 | ARMOUR THYROID 120 MG TABLET |

# Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| FOREST PHARMACEUTICALS INC | 00456046200 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046201 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046301 | ARMOUR THYROID 240 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046401 | ARMOUR THYROID 300 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456060101 | BANCAP HC CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456063001 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00456064508 | ELIXOPHYLLIN-KI ELIXIR |
| FOREST PHARMACEUTICALS INC | 00456064808 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456064816 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456067099 | AEROBID-M AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067299 | AEROBID AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067801 | ESGIC-PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00456412363 | CERVIDIL 10 MG VAGINAL INSRT |
| FOREST PHARMACEUTICALS INC | 00456430008 | MONUROL 3 GM SACHET |
| FOREST PHARMACEUTICALS INC | 00535001101 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00785112001 | LORCET-HD CAPSULE |
| FOREST PHARMACEUTICALS INC | 00785112201 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112250 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112263 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785635001 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635050 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635063 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00456052101 | FLUMADINE 100 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456068801 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456068802 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456069801 | TESSALON 200 MG CAPSULE |
| GILEAD SCIENCES INC | 61958050101 | HEPSERA 10 MG TABLET |
| GILEAD SCIENCES INC | 61958040101 | VIREAD 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010855 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010856 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173011318 | RETROVIR 10 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173013555 | WELLBUTRIN SR 150 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173020155 | DARAPRIM 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033602 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173036879 | BECONASE AQ 0.042% SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045003 | IMITREX 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045301 | FLONASE 0.05% NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045900 | IMITREX 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046800 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047001 | EPIVIR 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047100 | EPIVIR 10 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050100 | RETROVIR 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052600 | LAMICTAL 5 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052700 | LAMICTAL 25 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055601 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055602 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056502 | VALTREX 1 GM CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059500 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059502 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063302 | LAMICTAL 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063535 | LEUKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064255 | LAMICTAL 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064380 | LAMICTAL 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064460 | LAMICTAL 200 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066100 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066101 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066200 | EPIVIR HBV 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066300 | EPIVIR HBV 25 MG/5 ML SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066400 | ZIAGEN 20 MG/ML SOLUTION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066518 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067200 | AGENERASE 150 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067800 | AGENERASE 50 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068101 | RELENZA 5 MG DISKHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068700 | AGENERASE 15 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069100 | TRIZIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069500 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069502 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069600 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069602 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069702 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173071325 | MYLERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173088025 | THIOGUANINE TABLOID 40 MG TB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093303 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093356 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094755 | WELLBUTRIN SR 100 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 59572030250 | ALKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038700 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038701 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038742 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039400 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039401 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039442 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039501 | CEFTIN 125 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173040600 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055400 | CEFTIN 250 MG/5 ML ORAL SUSP |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055500 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017755 | WELLBUTRIN 75 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017855 | WELLBUTRIN 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046400 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046500 | SEREVENT 21 MCG INHLR REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046700 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049100 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049400 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049500 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049700 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049800 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049900 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050400 | FLOVENT 250 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050900 | FLOVENT 100 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051100 | FLOVENT 50 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052000 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052100 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052207 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052252 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024255 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024275 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024955 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024956 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024975 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024980 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173026427 | LANOXIN 50 MCG/ML ELIXIR |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044600 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044802 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044604 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044702 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044704 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046002 | IMITREX 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173048900 | ZOFRAN 4 MG/5 ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052300 | IMITREX 20 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052400 | IMITREX 5 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056100 | AMERGE 1 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056200 | AMERGE 2.5 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034412 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034414 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034417 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034442 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034447 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039306 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039340 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039347 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094555 | ZOVIRAX 800 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094955 | ZOVIRAX 400 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095396 | ZOVIRAX 200 MG/5 ML SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099155 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099156 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032188 | VENTOLIN 90 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032198 | VENTOLIN 90 MCG INH REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038354 | ZANTAC 15 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056900 | ZOFRAN ODT 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057000 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057004 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068000 | ZOFRAN 24 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173042702 | ZANTAC 150 MG EFFERDOSE TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067501 | MALARONE 250-100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067601 | MALARONE 62.5-25 MG PED TAB |
| HAWTHORN PHARMACEUTICALS | 63717011201 | ICAR-C PLUS SR CAPSULE |
| HAWTHORN PHARMACEUTICALS | 63717015003 | ICAR PRENATAL COMBO PACK |
| HOECHST ROUSSEL PHARMACEUTICALS DIV | 00039005005 | DIABETA 1.25MG TABLET |
| HOFFMANN LA ROCHE INC | 00004003822 | VALCYTE 450 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004005801 | KLONOPIN 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004006801 | KLONOPIN 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004009801 | KLONOPIN 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012101 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012111 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012114 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012501 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012511 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004014301 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014323 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014401 | ROCALTROL 0.5 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004016103 | FANSIDAR 500/25 TABLET |
| HOFFMANN LA ROCHE INC | 00004016201 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016211 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016851 | VERSED 10 MG/5 ML SYRUP |
| HOFFMANN LA ROCHE INC | 00004017202 | LARIAM 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004018022 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018091 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018122 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018191 | CARDENE SR 45 MG CAPSULE SA |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| HOFFMANN LA ROCHE INC | 00004018222 | CARDENE SR 60 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018301 | CARDENE 20 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004018401 | CARDENE 30 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004022001 | HIVID 0.375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004022101 | HIVID 0.750 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004024515 | INVIRASE 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004024648 | FORTOVASE 200 MG SOFTGEL CAP |
| HOFFMANN LA ROCHE INC | 00004025001 | VESANOID 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025652 | XENICAL 120 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025901 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025905 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025943 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004026001 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026043 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026129 | CELLCEPT 200 MG/ML ORAL SUSP |
| HOFFMANN LA ROCHE INC | 00004026201 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026249 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026301 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026349 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026401 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026449 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026501 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026549 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026706 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026806 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026948 | CYTOVENE 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004027301 | TORADOL 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004027848 | CYTOVENE 500 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028857 | SORIATANE 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004080085 | TAMIFLU 75 MG GELCAP |
| HOFFMANN LA ROCHE INC | 00004110051 | XELODA 150 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004110116 | XELODA 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004592001 | TASMAR 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004592101 | TASMAR 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004620201 | ANAPROX 275 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004631014 | NAPROSYN 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004631114 | NAPROSYN 375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004631301 | NAPROSYN 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004641501 | EC-NAPROSYN 375 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004641601 | EC-NAPROSYN 500 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004911500 | ROCALTROL 1 MCG/ML ORAL SOLN |
| HOFFMANN LA ROCHE INC | 00140000401 | VALIUM 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000501 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000514 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000601 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000614 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 63032009125 | SORIATANE 25 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004081095 | TAMIFLU ORAL SUSPENSION |
| IMMUNEX CORP | 58406042634 | ENBREL 25 MG KIT |
| IMMUNEX CORP | 58406042541 | ENBREL 25 MG KIT |
| JOHNSON & JOHNSON GROUP | 17314585002 | CONCERTA 18 MG TABLET SA |
| JOHNSON & JOHNSON GROUP | 17314585102 | CONCERTA 36 MG TABLET SA |
| JOHNSON & JOHNSON GROUP | 17314585202 | CONCERTA 54 MG TABLET SA |
| JOHNSON & JOHNSON GROUP | 00045032560 | PARAFON FORTE DSC 500 MG CPT |
| JOHNSON & JOHNSON GROUP | 00045034160 | PANCREASE MT 4 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034260 | PANCREASE MT 10 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034360 | PANCREASE MT 16 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034660 | PANCREASE MT 20 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045041480 | TOLECTIN DS 400 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045041660 | TOLECTIN 600 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045050816 | TYLENOL W/CODEINE ELIXIR |
| JOHNSON & JOHNSON GROUP | 00045051360 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051370 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051372 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051373 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051380 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051560 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051570 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045052660 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045052879 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045063965 | TOPAMAX 25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064165 | TOPAMAX 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064265 | TOPAMAX 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064565 | TOPAMAX 25 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045064765 | TOPAMAX 15 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045065010 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065080 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065910 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065960 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065970 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068233 | VASCOR 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068333 | VASCOR 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045081015 | REGRANEX 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00045152010 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152050 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152510 | LEVAQUIN 500 MG TABLET |

# Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| JOHNSON & JOHNSON GROUP | 00045152550 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153010 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153050 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062007507 | RETIN-A 0.05% LIQUID |
| JOHNSON & JOHNSON GROUP | 00062016501 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016502 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017512 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017513 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018503 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018505 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018702 | RENOVA 0.02% CREAM |
| JOHNSON & JOHNSON GROUP | 00062019002 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062019003 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062020604 | GRIFULVIN V 125 MG/5 ML SUSP |
| JOHNSON & JOHNSON GROUP | 00062027501 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027523 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062047542 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062047545 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062057544 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062057546 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062116501 | ERYCETTE 2% PLEDGETS |
| JOHNSON & JOHNSON GROUP | 00062133215 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062133220 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062154002 | FLOXIN 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154102 | FLOXIN 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154201 | FLOXIN 400 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062171415 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062176115 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062177115 | ORTHO-NOVUM 10/11-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178116 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178122 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062179615 | ORTHO-CEPT 28 DAY TABLET |
| JOHNSON & JOHNSON GROUP | 00062189015 | ORTHO-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062190315 | ORTHO TRI-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062535001 | TERAZOL 7 CREAM |
| JOHNSON & JOHNSON GROUP | 00062535101 | TERAZOL 3 80 MG SUPPOSITORY |
| JOHNSON & JOHNSON GROUP | 00062535601 | TERAZOL 3 CREAM |
| JOHNSON & JOHNSON GROUP | 00062543401 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543402 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543403 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543701 | MONISTAT 3 200 MG VAG SUPP |
| JOHNSON & JOHNSON GROUP | 00062546001 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062546002 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062546003 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00107133207 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107133227 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107171427 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176104 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176107 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176127 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 17314283603 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460803 | TESTODERM 4 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460903 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314920001 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920002 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920003 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920104 | DITROPAN 5 MG/5 ML SYRUP |
| JOHNSON & JOHNSON GROUP | 17314922001 | URISPAS 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314930001 | ELMIRON 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 17314932001 | POLYCITRA-K CRYSTALS PACKET |
| JOHNSON & JOHNSON GROUP | 17314932101 | POLYCITRA-K SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314932201 | POLYCITRA SYRUP |
| JOHNSON & JOHNSON GROUP | 17314932301 | POLYCITRA-LC SOLUTION S/F |
| JOHNSON & JOHNSON GROUP | 17314933001 | BICITRA SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314940001 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940002 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940003 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 50458003305 | DURAGESIC 25 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003405 | DURAGESIC 50 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003505 | DURAGESIC 75 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003605 | DURAGESIC 100 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458022010 | NIZORAL 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458022115 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022130 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022160 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022304 | NIZORAL 2% SHAMPOO |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029004 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029028 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458030001 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030006 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030050 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030104 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030150 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030206 | RISPERDAL 0.5 MG TABLET |

# Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| JOHNSON & JOHNSON GROUP | 50458030250 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030503 | RISPERDAL 1 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458032001 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032006 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032050 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033001 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033006 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033050 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035001 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035006 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039060 | REMINYL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039160 | REMINYL 8 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039260 | REMINYL 12 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039910 | REMINYL 4 MG/ML ORAL SOL |
| JOHNSON & JOHNSON GROUP | 82856024330 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 82856024341 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 82856024390 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 50458027036 | ERGAMISOL 50MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458029515 | SPORANOX 10 MG/ML SOLUTION |
| KOS PHARMACEUTICALS INC | 60598000101 | NIASPAN 500 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000201 | NIASPAN 750 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000301 | NIASPAN 1,000 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000690 | ADVICOR 500 MG/20 MG TABLET |
| KOS PHARMACEUTICALS INC | 60598000890 | ADVICOR 1,000 MG/20 MG TABLET |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051301 | ALLFEN 1,000 MG TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051401 | MAXIFED-G TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052001 | MAXIFED 700/80 TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052101 | ALLFEN-DM TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052601 | MAXIFED DM TABLET SA |
| MEDICIS DERMATOLOGICS INC | 99207001960 | A/T/S 2% TOPICAL SOLUTION |
| MERCK AND CO INC | 00006001528 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001531 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001556 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001928 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001958 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001982 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001986 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001987 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001994 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006010628 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010631 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010658 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010672 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010682 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010687 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010694 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006014031 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014058 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014231 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014258 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014531 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006014558 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006020728 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020731 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020758 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020772 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020782 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020787 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020794 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006023758 | PRINIVIL 40 MG TABLET |
| MERCK AND CO INC | 00006001972 | PRINIVIL 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00066049425 | BENZACLIN GEL |
| MERRELL PHARMACEUTICALS INC | 00075006037 | AZMACORT INHALER |
| MERRELL PHARMACEUTICALS INC | 00075150616 | NASACORT AQ NASAL SPRAY |
| MERRELL PHARMACEUTICALS INC | 00075150543 | NASACORT NASAL INHALER |
| MERRELL PHARMACEUTICALS INC | 00088109047 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088109049 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088109055 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088110647 | ALLEGRA 30 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110747 | ALLEGRA 60 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110947 | ALLEGRA 180 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022110 | AMARYL 1 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022210 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022211 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022310 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022311 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088216030 | ARAVA 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088216130 | ARAVA 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 60793001114 | INTAL INHALER |
| MERRELL PHARMACEUTICALS INC | 00585067302 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 00585067303 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 00039005110 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005111 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005150 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005210 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005211 | DIABETA 5 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|-----------|-----|---------------------------|
| MERRELL PHARMACEUTICALS INC | 00039005250 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005270 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005305 | DIABETA 1.25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006011 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006013 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006050 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006070 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006605 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006650 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006710 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006750 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006770 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039007810 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039007811 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00068000701 | NORPRAMIN 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001101 | NORPRAMIN 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001501 | NORPRAMIN 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001901 | NORPRAMIN 75 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002001 | NORPRAMIN 100 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002150 | NORPRAMIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068003701 | CANTIL 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068022630 | CLOMID 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068027761 | HIPREX 1 GM TABLET |
| MERRELL PHARMACEUTICALS INC | 00068069761 | TENUATE 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068069861 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068069862 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068111114 | NILANDRON 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068050830 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050860 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050861 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050960 | RIFAMATE CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068051030 | RIFADIN 150 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068057641 | RIFATER TABLET |
| MERRELL PHARMACEUTICALS INC | 00088021003 | PRIFTIN 150 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570017501 | CORZIDE 40/5 TABLET |
| MONARCH PHARMACEUTICALS INC | 61570017601 | CORZIDE 80/5 TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020001 | CORGARD 20 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020101 | CORGARD 40 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020110 | CORGARD 40 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020201 | CORGARD 80 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020210 | CORGARD 80 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020301 | CORGARD 120 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570020401 | CORGARD 160 MG TABLET |
| MONARCH PHARMACEUTICALS INC | 61570012563 | PREFEST TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028015101 | CATAFLAM 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078003302 | CAFERGOT SUPPOSITORY |
| NOVARTIS PHARMACEUTICALS CORP | 00078012605 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012606 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012705 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012706 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017915 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078032882 | LAMISIL 1% SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078033605 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033706 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033805 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033806 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035105 | STARLIX 60 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035205 | STARLIX 120 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078037745 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037845 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083001976 | TEGRETOL 100 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00083002730 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002732 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002740 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005230 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005232 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083006030 | TEGRETOL XR 400 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006130 | TEGRETOL XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006230 | TEGRETOL XR 200 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078017605 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017615 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023405 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023415 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00028005801 | VOLTAREN 25MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028010801 | LAMPRENE 50 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00028016201 | VOLTAREN 50MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028016401 | VOLTAREN 75MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028020501 | VOLTAREN-XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00028025801 | VOLTAREN 25 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028026201 | VOLTAREN 50 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028026401 | VOLTAREN 75 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00078001705 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078001715 | PARLODEL 2.5 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|-----------|-----|---------------------------|
| NOVARTIS PHARMACEUTICALS CORP | 00078010205 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010215 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032306 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032344 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032406 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032444 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032506 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032544 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032606 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032644 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032705 | COMTAN 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033931 | EXELON 2 MG/ML ORAL SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00028003501 | LOPRESSOR HCT 50/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028005101 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028005110 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028005301 | LOPRESSOR HCT 100/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007101 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007110 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007161 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007301 | LOPRESSOR HCT 100/50 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028420133 | LOPRESSOR 1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078005805 | SANSERT 2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078010305 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010308 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010705 | FIORINAL/CODEINE #3 CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078024915 | FEMARA 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035405 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078035415 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083005730 | LOTENSIN HCT 5/6.25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005930 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005932 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005990 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006330 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006332 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006390 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007230 | LOTENSIN HCT 10/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007430 | LOTENSIN HCT 20/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007530 | LOTENSIN HCT 20/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007930 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007932 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007990 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009430 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009432 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009490 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083225530 | LOTREL 2.5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226030 | LOTREL 5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226530 | LOTREL 5/20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083231008 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083231062 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232008 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232062 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078031190 | MIACALCIN 200 UNITS NASAL SPRA |
| NOVARTIS PHARMACEUTICALS CORP | 00078034342 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034345 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034442 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034445 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034542 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034545 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034642 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034645 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232508 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232562 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232708 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232762 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083000330 | RITALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000730 | RITALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083001630 | RITALIN-SR 20 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083003430 | RITALIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078037366 | GLEEVEC 100 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078005303 | METHERGINE 0.2 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078005405 | METHERGINE 0.2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035752 | TRILEPTAL 300 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00078037540 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037546 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037563 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037742 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037842 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078038005 | FOCALIN 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038105 | FOCALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038205 | FOCALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002430 | CYTADREN 250 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169000181 | PRANDIN 0.5 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169000281 | PRANDIN 1 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169000481 | PRANDIN 2 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473069701 | URECHOLINE 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070001 | URECHOLINE 50 MG TABLET |

Privileged and Confidential Information

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ODYSSEY PHARMACEUTICALS INC | 65473070101 | VIVACTIL 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070201 | VIVACTIL 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070301 | URECHOLINE 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070401 | URECHOLINE 25 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473071801 | SURMONTIL 25 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473071901 | SURMONTIL 50 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473072001 | SURMONTIL 100 MG CAPSULE |
| ORGANON USA INC | 00052028306 | CYCLESSA 28 DAY TABLET |
| ORGANON USA INC | 00052026106 | DESOGEN 28 DAY TABLET |
| ORGANON USA INC | 00052026106 | MIRCETTE 28 DAY TABLET |
| ORGANON USA INC | 00052010530 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010590 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010730 | REMERON 30 MG TABLET |
| ORGANON USA INC | 00052010790 | REMERON 30 MG TABLET |
| ORGANON USA INC | 00052010930 | REMERON 45 MG TABLET |
| OVATION PHARMACEUTICALS INC | 00024225304 | WINSTROL 2 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386080102 | MEBARAL 32 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386080202 | MEBARAL 50 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386080302 | MEBARAL 100 MG TABLET |
| PAN AMERICAN LABORATORIES INC | 00525942216 | PANCOF HC LIQUID |
| PAN AMERICAN LABORATORIES INC | 00525975816 | PANCOF XP LIQUID |
| PAN AMERICAN LABORATORIES INC | 00525076801 | PANMIST JR 595/48 TABLET |
| PAN AMERICAN LABORATORIES INC | 00525079201 | PANMIST LA 795/85 TABLET |
| PAN AMERICAN LABORATORIES INC | 00525075916 | PANMIST DM SYRUP |
| PEDIAMED TM PHARMACEUTICALS INC | 66346003158 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 66346003165 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 66346003223 | VIRAVAN-T TABLET CHEWABLE |
| PFIZER LABORATORIES DIV PFIZER INC | 00062208006 | AXERT 6.25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00062208506 | AXERT 12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00024230020 | KERLONE 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00024230110 | KERLONE 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006131 | LOMOTIL TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006134 | LOMOTIL TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006151 | LOMOTIL TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006152 | LOMOTIL TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006155 | LOMOTIL TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025006602 | LOMOTIL LIQUID |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016608 | SYNAREL 2 MG/ML NASAL SPRAY |
| PFIZER LABORATORIES DIV PFIZER INC | 00025177131 | CALAN 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025185131 | CALAN 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025185151 | CALAN 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025185152 | CALAN 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025186131 | CALAN 120 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025186152 | CALAN 120 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025189131 | CALAN SR 240 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025189134 | CALAN SR 240 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025189151 | CALAN SR 240 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025190131 | CALAN SR 120 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025190134 | CALAN SR 120 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025191131 | CALAN SR 180 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025191134 | CALAN SR 180 MG CAPLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152031 | CELEBREX 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152034 | CELEBREX 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152051 | CELEBREX 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152531 | CELEBREX 200 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152534 | CELEBREX 200 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025152551 | CELEBREX 200 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000724 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000740 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015523 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015534 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015540 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015623 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015640 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015723 | LIPITOR 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015823 | LIPITOR 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022006 | ACCURETIC 20-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022206 | ACCURETIC 10-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022306 | ACCURETIC 20-25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071023724 | ZARONTIN 250 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071027024 | NARDIL 15 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036224 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036232 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036240 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036524 | DILANTIN 30 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071041624 | NEURONTIN 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071042624 | NEURONTIN 800 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052524 | CELONTIN 300 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052723 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052740 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053023 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053040 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053223 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053240 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053523 | ACCUPRIL 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053724 | CELONTIN KAPSEAL 150 MG |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PFIZER LABORATORIES DIV PFIZER INC | 00071073720 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073730 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080324 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080340 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080524 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080540 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080624 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080640 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091345 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091348 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091548 | LOESTRIN 21 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091648 | LOESTRIN 21 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091745 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091748 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092815 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092847 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071221420 | DILANTIN 125 MG/5 ML SUSP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071241823 | ZARONTIN 250 MG/5 ML SYRUP |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054414 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054423 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182131 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182150 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182151 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183131 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183150 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183155 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025194234 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025194250 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025196130 | FLAGYL ER 750 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100131 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100151 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100155 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101131 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101155 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025102131 | ALDACTAZIDE 50/50 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103131 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103134 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104131 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104134 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138131 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138134 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138151 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141134 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141160 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141190 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142134 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142160 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145120 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145134 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145160 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146131 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146134 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146160 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201131 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201134 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202131 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202134 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273231 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273234 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273251 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274231 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274234 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274251 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275231 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275252 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025276231 | NORPACE 150 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008109 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008124 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016109 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016124 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00049559093 | ATARAX 10 MG/5 ML SYRUP |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000705 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000805 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000866 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000867 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000905 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000967 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003005 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003066 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003105 | DANTRIUM 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003305 | DANTRIUM 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040560 | DIDRONEL 200 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040660 | DIDRONEL 400 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047001 | ACTONEL 30 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047101 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047103 | ACTONEL 5 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149071001 | MACROBID 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149075202 | ASACOL 400 MG TABLET EC |
| PROMETHEUS LABORATORIES INC | 65483009306 | RIDAURA 3 MG CAPSULE |
| PROMETHEUS LABORATORIES INC | 65483039110 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039111 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039150 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039210 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039222 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039250 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039310 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039333 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039350 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483049514 | HELIDAC THERAPY |
| PROMETHEUS LABORATORIES INC | 65483059010 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099110 | ZYLOPRIM 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099310 | ZYLOPRIM 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099350 | ZYLOPRIM 300 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050050 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050080 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050550 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050580 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034051080 | TRILISATE 1,000 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034549006 | CERUMENEX 10% EAR DROPS |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034549012 | CERUMENEX 10% EAR DROPS |
| RECKITT BENCKISER HEALTHCARE UK LIMITED | 12496075701 | BUPRENEX 0.3 MG/ML AMPUL |
| RELIANT PHARMACEUTICALS INC | 65726022615 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022625 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022715 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022725 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726023510 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023525 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023610 | DYNACIRC CR 10 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023625 | DYNACIRC CR 10 MG TABLET SA |
| ROXANE LABORATORIES INC | 00054447825 | TORECAN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024073375 | ELIGARD 7.5 MG SYRINGE |
| SANOFI SYNTHELABO INC | 00024540131 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024540134 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542131 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542134 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024008401 | ARALEN PHOSPHATE 500 MG TAB |
| SANOFI SYNTHELABO INC | 00024028016 | BRONCHOLATE SYRUP |
| SANOFI SYNTHELABO INC | 00024030306 | DANOCRINE 50 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030408 | DANOCRINE 100 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030506 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030560 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024033206 | DEMEROL 50 MG/5 ML SYRUP |
| SANOFI SYNTHELABO INC | 00024033504 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033506 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033704 | DEMEROL 100 MG TABLET |
| SANOFI SYNTHELABO INC | 00024039202 | DRISDOL 50,000 UNITS CAPSULE |
| SANOFI SYNTHELABO INC | 00024079202 | HYTAKEROL 0.125 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024128704 | MYTELASE 10 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024132203 | NEGGRAM 500 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024135601 | NEO-SYNEPHRINE 2.5% EYE DRP |
| SANOFI SYNTHELABO INC | 00024135901 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024136201 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024150906 | PEDIACOF LIQUID |
| SANOFI SYNTHELABO INC | 00024153502 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153506 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153508 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024156210 | PLAQUENIL 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024159601 | PRIMAQUINE 26.3 MG TABLET |
| SANOFI SYNTHELABO INC | 00024180016 | SKELID 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024193704 | TALACEN CAPLET |
| SANOFI SYNTHELABO INC | 00024195104 | TALWIN NX TABLET |
| SANOFI SYNTHELABO INC | 00024033502 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024153524 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153548 | PHISOHEX 3% CLEANSER |
| SCHERING CORP | 00085081930 | NITRO-DUR 0.8 MG/HR PATCH |
| SCHERING CORP | 00085081935 | NITRO-DUR 0.8 MG/HR PATCH |
| SCHERING CORP | 00085115303 | IMDUR 120 MG TABLET SA |
| SCHERING CORP | 00085115304 | IMDUR 120 MG TABLET SA |
| SCHERING CORP | 00085330601 | IMDUR 30 MG TABLET SA |
| SCHERING CORP | 00085330603 | IMDUR 30 MG TABLET SA |
| SCHERING CORP | 00085331530 | NITRO-DUR 0.3 MG/HR PATCH |
| SCHERING CORP | 00085331535 | NITRO-DUR 0.3 MG/HR PATCH |
| SCHERING CORP | 00085411001 | IMDUR 60 MG TABLET SA |
| SCHERING CORP | 00085411003 | IMDUR 60 MG TABLET SA |
| SCHERING CORP | 00085026301 | K-DUR 10 MEQ TABLET SA |
| SCHERING CORP | 00085026381 | K-DUR 10 MEQ TABLET SA |
| SCHERING CORP | 00085070304 | TRINALIN REPETABS |
| SCHERING CORP | 00085078701 | K-DUR 20 MEQ TABLET SA |
| SCHERING CORP | 00085078706 | K-DUR 20 MEQ TABLET SA |
| SCHERING CORP | 00085078710 | K-DUR 20 MEQ TABLET SA |
| SCHERING CORP | 00085078781 | K-DUR 20 MEQ TABLET SA |
| SCHERING CORP | 00085045803 | CLARITIN 10 MG TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SCHERING CORP | 00085045804 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045805 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045806 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085052503 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052505 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052506 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085061402 | PROVENTIL 90 MCG INHALER |
| SCHERING CORP | 00085063501 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063504 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063505 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085073604 | VANCERIL INHALER |
| SCHERING CORP | 00085080501 | LOTRISONE LOTION |
| SCHERING CORP | 00085112802 | CLARITIN 10 MG REDITABS |
| SCHERING CORP | 00085113201 | PROVENTIL HFA 90 MCG INHALER |
| SCHERING CORP | 00085119403 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085119701 | NASONEX 50 MCG NASAL SPRAY |
| SCHERING CORP | 00085122301 | CLARITIN 10 MG/10 ML SYRUP |
| SCHERING CORP | 00085123301 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123302 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085124401 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124402 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124801 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085124802 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085126201 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085126202 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085125901 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085125902 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085132704 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085135105 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085138507 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085126401 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126402 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126403 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126404 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085140101 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085140201 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085037001 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085037002 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085051701 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085051704 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085056701 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085056702 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085057502 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085057505 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085063401 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063403 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085085401 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085085402 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085096201 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085096202 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085094205 | CELESTONE 0.6 MG/5 ML SYRUP |
| SCHERING CORP | 00085092401 | LOTRISONE CREAM |
| SCHERING CORP | 00085092402 | LOTRISONE CREAM |
| SCOT TUSSIN PHARMACAL CO INC | 00372001716 | TUSSIREX SYRUP |
| SCOT TUSSIN PHARMACAL CO INC | 00372001816 | TUSSIREX S/F LIQUID |
| SCOT TUSSIN PHARMACAL CO INC | 00372004816 | S-T FORTE 2 LIQUID S/F |
| SHIRE US INC | 54092038301 | ADDERALL XR 10 MG CAPSULE SA |
| SHIRE US INC | 54092038701 | ADDERALL XR 20 MG CAPSULE SA |
| SHIRE US INC | 54092039101 | ADDERALL XR 30 MG CAPSULE SA |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015104 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015105 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015106 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030114 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030115 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030116 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045124 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045125 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045126 | ACTOS 45 MG TABLET |
| TAP PHARMACEUTICALS INC | 00300154111 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154119 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154130 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304611 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304613 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304619 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300730930 | PREVACID 15 MG SUSPENSION DR |
| TAP PHARMACEUTICALS INC | 00300731130 | PREVACID 30 MG SUSPENSION DR |
| US PHARMACEUTICAL CORP | 52747014060 | CENOGEN ULTRA CAPSULE |
| US PHARMACEUTICAL CORP | 52747030630 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030670 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030830 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747030870 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747080060 | HEMOCYTE PLUS CAPSULE |
| WARNER CHILCOTT INC | 00430016824 | MANDELAMINE 500 MG TABLET |
| WARNER CHILCOTT INC | 00430018124 | PYRIDIUM 200 MG TABLET |
| WARNER CHILCOTT INC | 00430018215 | PYRIDIUM PLUS TABLET |
| WARNER CHILCOTT INC | 00430022640 | NATAFORT TABLET |

## Appendix A Drugs by NDC

| FIRM NAME | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| WARNER CHILCOTT INC | 00430022723 | NATACHEW TABLET CHEW |
| WARNER CHILCOTT INC | 00430058214 | OVCON-35 28 TABLET |
| WARNER CHILCOTT INC | 00430058514 | OVCON-50 28 TABLET |
| WARNER CHILCOTT INC | 00430069824 | ERYC 250 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083620 | DORYX 75 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083819 | DORYX 100 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430278217 | DURICEF 250 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430278317 | DURICEF 500 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430375411 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430375414 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430620140 | FEMRING 0.05 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00430620240 | FEMRING 0.10 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00087078448 | DURICEF 500 MG CAPSULE |
| WARNER CHILCOTT INC | 00430002324 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002330 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002424 | ESTRACE 2 MG TABLET |
| WATSON LABORATORIES INC | 52544026528 | NORINYL 1+50-28 TABLET |
| WATSON LABORATORIES INC | 52544027428 | TRI-NORINYL 28 TABLET |
| WATSON LABORATORIES INC | 00075025000 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025100 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025200 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048201 | DILACOR XR 120 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048301 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048305 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048401 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048405 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544053901 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544053905 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544073201 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073301 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073401 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544093001 | ACTIGALL 300 MG CAPSULE |
| WATSON LABORATORIES INC | 55515001424 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515001480 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515010101 | CONDYLOX 0.5% TOPICAL SOLN |
| WATSON LABORATORIES INC | 55515025904 | MONODOX 100 MG CAPSULE |
| WATSON LABORATORIES INC | 55515026006 | MONODOX 50 MG CAPSULE |
| WATSON LABORATORIES INC | 52544062201 | MICROZIDE 12.5 MG CAPSULE |
| WATSON LABORATORIES INC | 55515010201 | CONDYLOX 0.5% GEL |
| WATSON LABORATORIES INC | 55515003515 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003530 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003560 | CORDRAN SP 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072026006 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072026012 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072116006 | DOVONEX 0.005% SOLUTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140015 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140050 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145015 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145050 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072254006 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072254012 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072570801 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571208 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571214 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571401 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072573028 | LAC-HYDRIN 12% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072573038 | LAC-HYDRIN 12% CREAM |
| WOMEN FIRST HEALTHCARE INC | 64248000410 | BACTRIM 400-80 MG TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248011710 | BACTRIM DS TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248015030 | VANIQA 13.9% CREAM |
| WYETH DIV WYETH PHARMACEUTICALS INC | 00008084181 | PROTONIX 40 MG TABLET EC |
| WYETH DIV WYETH PHARMACEUTICALS INC | 00008084199 | PROTONIX 40 MG TABLET EC |
| XCEL PHARMACEUTICALS | 66490024596 | MIGRANAL 4 MG/ML NASAL SPRAY |
| ZYBER PHARMACEUTICAL INC | 65224017516 | PEDIATEX LIQUID |
| ZYBER PHARMACEUTICAL INC | 65224045716 | PEDIATEX-D LIQUID |
| ZYBER PHARMACEUTICAL INC | 65224085001 | ALDEX TABLET |

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF     NEW JERSEY

| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, ET AL. | **SUBPOENA IN A CIVIL CASE** |

V.

FIRST DATABANK, INC. AND
MCKESSON CORPORATION

Case Number:[1]  1:05-CV-11148
DISTRICT OF MASSACHUSETTS

TO:  Medco Health Solutions, Inc.
100 Parsons Pond Drive
Franklin Lakes, NJ  07417

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED AS EXHIBIT "A".

| PLACE  Document Technologies, Inc., 60 Park Place, Suite 2000, Newark, NJ 07102 (973) 622-6111 | DATE AND TIME 3/23/07, 9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _signature_   Attorney for Plaintiffs | 3/09/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jennifer Fountain Connolly, Wexler Toriseva Wallace LLP, One N. LaSalle Street, Suite 2000, Chicago, IL 60602, (312) 346-2222

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

New England Carpenters Health
Benefits Fund, et al.

|  |  |  |
|---|---|---|
|  | Plaintiff | ) 1:05-CV-11148 |
| -vs- |  | ) RETURN OF AUTHORIZED SERVICE |
| First Databank, Inc., McKesson Corporation |  | ) Civil Subpoena Duces Tecum |
|  | Defendant ) |  |

Received by 1-800-SERVE-EM on March 13, 2007 at 9.31 AM to be served on Medco Health Solutions, Inc., 100 Parsons Pond Drive Franklin Lakes, NJ 07417.

I , who being duly sworn depose and say that on March 19, 2007 at 12.20 PM , I: *TRACY GERLATOWSKI*

Served Medco Health Solutions, Inc. by delivering a true copy of the Civil Subpoena Duces Tecum with the date and hour of service endorsed thereon by me, to Michael Graziani, Legal, authorized to accept service at 100 Parsons Pond Drive Franklin Lakes, NJ 07417

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

1-800-SERVE-EM
800 737.8336
Job Serial Number: 2007203585
Reference: 1:05-CV-11148

1-800-SERVE-EM

**EXHIBIT A – RIDER**

## A.    DEFINITIONS AND INSTRUCTIONS

1.    The term "McKesson" refers to McKesson Corporation and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

2.    The term "FDB" refers to First DataBank, Inc. and any of its predecessors, successors, parents, subsidiaries, and any of its local, regional, national, executive and foreign offices, affiliates, divisions or branches thereof, any present or former partners, officers, directors, employees or agents including, but not limited to, attorneys, accountants, advisors and all other Persons acting or purporting to act on its behalf.

3.    "You" means Medco Health Solutions, Inc. ("Medco") and its predecessors, and employees, officers, directors, agents, attorneys, affiliates or any person acting on Your behalf.

4.    The term "document" includes, without limitation, the originals of all writings of every kind, including but not limited to letters, telegrams, memoranda, reports, studies, legal pleadings, speeches, calendars, diary entries, travel records and vouchers, promotional materials, pamphlets, handwritten notes, drafts, lists directives, reports, tabulations, minutes and records of meetings, and telephone records, which are now or formerly were in the actual or constructive possession and control of You, Your officers, directors, employees, attorneys or other agents. The term "document" further includes data processing and computer printouts, tapes, disks, and data stored in computers or data processing equipment, together with programs and program documentation necessary to retrieve, read and utilize such data, and all other mechanical or electronic means of storing or recording data, as well as tape, film or cassette sound and/or visual recordings, and reproductions or film impressions of any of the aforementioned writings. The term "document" also includes copies of all documents which are not identical duplicates of the originals and copies of documents if the originals of documents are not in the possession, custody or control of You, Your officers, directors, employees, attorneys or other agents. Alteration of documents includes, without limitation, any modification, censorship, redaction, addition to or changing, which obscures, removes, amends, changes or obliterates any part of the original language, information, or meaning.

5.    The term "communication" shall mean any act, action, oral speech, written correspondence, contact, expression of words, thoughts, or ideas or transmission of exchange of data or other information to another person, whether orally, person-to-person, in a group, by telephone, letter, personal delivery, telex, facsimile, or any other process, electric, electronic or otherwise,  All such communications in writing shall include, without limitation, printed, typed, handwritten, electronic, or other readable documents.

6.    The term "meeting" shall mean any assembly, convocation, or encounter, a contemporaneous presence of two or more persons for any purpose (including via telephone or via

any electronic means), whether or not planned, arranged or scheduled in advance and whether or not the meeting was formal or informal or occurred in connection with some other activity.

7.    "AWP" means average wholesale price.

8.    "AWP-Reimbursing Clients" shall mean any Person on whose behalf You negotiate reimbursement rates for the Subject Drugs, and who in turn reimburses for the Subject Drugs based on AWP.

9.    "Mark-up" or "spread" means the difference between WAC and AWP, whether expressed as the percentage by which the difference is above WAC (*e.g.*, 20% or 25% above WAC) or as an amount under AWP (*e.g.*, 16.7% or 20% off AWP).

10.    The term "person" means any natural person or any business, legal or governmental entity or association.

11.    "WAC" means Wholesale Acquisition Cost.

12.    "Subject Drugs" means the drugs listed in Exhibit 1.

13.    Unless otherwise specifically stated herein, the period covered by each of these requests extends from January 1, 2001 to the date of Your response to these discovery requests.

14.    "Relating to" or "related to" shall include describing, discussing, reflecting, constituting, evidencing, referring to, pertaining to, concerning, involving, memorializing, dealing with and bearing on (whether legally, factually, or otherwise).

15.    The connectives "and/or" are to be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope, and are not to be interpreted in such a manner as to exclude any information within the scope of the document request.

16.    All documents produced should be produced in the order in which You maintain them in the ordinary course of Your business.

17.    You should produce the original of each document requested together with all non-identical copies and drafts of that document.  If the original of a document cannot be located, a copy should be produced in lieu thereof, and should be eligible and bound or stapled in the same manner as the original.

18.    Documents not otherwise responsive to these requests should be produced if such documents mention, discuss, refer to or explain one or more documents that are called for by these document requests or if such documents are attached to documented called for by these document requests and constitute routing slips, transmittal memoranda or letters, comments, evaluations or similar materials.

19.    Documents attached to each other should not be separated.

2

**B.    REQUESTS FOR PRODUCTION**

1.    All documents relating to or reflecting communications with McKesson or FDB regarding the mark-up or spread on the Subject Drugs.

2.    All documents relating to or reflecting meetings with McKesson or FDB regarding the mark-up or spread on the Subject Drugs.

3.    All documents relating to or reflecting to any analysis done by You, including any analysis done by You for or on behalf of your AWP-Reimbursing Clients, regarding whether or how to recoup, recover or otherwise compensate for the mark-up or spread on the Subject Drugs.

4.    All documents relating to or reflecting Your knowledge or discovery of McKesson's role in creating, increasing or otherwise influencing the mark-up or spread on the Subject Drugs.

3

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Missouri

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND,
        ET AL.,

**SUBPOENA IN A CIVIL CASE**

        V.

FIRST DATABANK, INC. AND MCKESSON CORPORATION   Case Number:[1] 1:05-CV-11148-PBS

DISTRICT OF MASSACHUSETTS

TO: Argus Health Systems, Inc.
333 West 11th Street
5th Floor
Kansas City, MO 64105

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please see attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Argus Health Systems, Inc. | December 1, 2006,  9:30 a.m. |
| 333 West 11th Street | |
| 5th Floor | |
| Kansas City, MO 64105 | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant McKesson Corporation | November 16, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster, LLP, 425 Market Street, San Francisco, CA 94105, 415-268-7000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| SERVED: | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

American LegalNet, Inc.
www.USCourtForms.com

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

## EXHIBIT A

## DEFINITIONS

The terms used in these requests, whether or not capitalized, are defined as follows:

1.      "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.      "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by several pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book") and Medi-Span's Master Drug Database ("Medi-span"). The term "AWP" includes the "Blue Book AWP" published by First Databank.

3.      "Clients" means union benefit funds, employers, health plans, Third Party Payors, or other entities or individuals to which You provide services or data pertaining to drugs for a fee or other remuneration.

4.      "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.      "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting. A request for all documents "concerning" a subject extends to each document making a statement about, mentioning, referring to, discussing, analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing,

dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in part.

6.    "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means or process.

7.    "Document" means Electronic Data and all written, typed, printed, photocopied, photographed, or recorded matter of any kind, including but not limited to all originals, masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements, catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any other means), computer-generated information, computer software, information stored or recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or data compilation from which information can be obtained or translated), interoffice communications, interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001,

and all other graphic materials, writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

8. "Drug Company" or "Drug Companies" means a company that manufactures pharmaceutical products, including without limitation, Identified Drugs.

9. "Publisher" or "Publishers" refers to any pharmaceutical price publishing service, including but not limited to the First DataBank, Red Book, Blue Book and Medi-Span publishing services.

10. "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to participants and peneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to participants and beneficiaries.

11. "WAC" or "Wholesale Acquisition Cost" means the actual selling price that a Drug Company charges to a Wholesaler, before discounts.

12. "WAC to AWP Spread" means the difference between WAC and AWP reflected as a percentage mark-up from WAC to AWP or a percentage spread between AWP and WAC.

13. "You" or "Your" shall refer to Argus Health Systems, Inc., including predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or agents, including but not limited to, attorneys and accountants.

## INSTRUCTIONS

1. Unless otherwise specifically stated, the requests below refer to the period from January 1, 2000, to the date of production, inclusive.

sf-2228268                                                                                    3

2.     The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

3.     "All" and "each" shall be construed as meaning either all or each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

4.     "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

5.     Each request for production of documents extends to all documents in the possession, custody, or control of You or anyone acting on Your behalf. A document is to be deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the physical custody of any other person and You (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any term; (c) have an understanding, express or implied, that You may use, inspect, examine, or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

6.     If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

7. Provide the following information for each document withheld on the grounds of privilege:

    (a) its date;

    (b) its title;

    (c) its author(s);

    (d) its recipient(s);

    (e) the specific privilege under which it is withheld;

    (f) its general subject matter; and

    (g) a description of it that You contend is adequate to support Your contention that it is privileged.

8. Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

9. Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

    (a) its date;

    (b) its title;

    (c) its author(s);

    (d) its recipient(s);

    (e) the specific privilege under which it is withheld;

    (f) its general subject matter; and

      (g)     a description of it that You contend is adequate to support Your contention that it is privileged.

10.     To the extent that You consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of each request to which You object and each ground for each objection. If there is any question as to the meaning of any part of these Requests, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of these Requests as written.

11.     Documents produced in response to these Requests should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

12.     You may produce legible, complete, and exact copies of original documents responsive to these Requests, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

13.     These Requests cover all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

14.    If any Request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

## DOCUMENTS TO BE PRODUCED

1.    All documents concerning the relationship between WAC and AWP, and/or WAC to AWP spreads for self-administered brand-name prescription drugs during the 2001 to 2004 time period, including any reports, summaries, analyses, compilations.

2.    All documents concerning any communications with First DataBank, any Third Party Payor, or any Client in the 2002 to 2004 time period concerning First DataBank's AWPs or WAC to AWP spread, or changes to that WAC to AWP spread.

3.    All documents that reflect any communications with Humana Inc. concerning First DataBank's AWP or WAC to AWP spread, or changes to that WAC to AWP spread.

4.    All documents comparing AWPs or WAC-AWP spreads published by First DataBank, with

   a.    AWPs or WAC-AWP spreads published by other Publishers, or with

   b.    AWPs suggested by Drug Companies.

5.    All documents concerning a recommendation to any Client that the Client use a particular pricing benchmark or a specific Publisher's pricing data.

6.    Documents sufficient to describe the services you provide to your Clients.

7.    Documents sufficient to describe the types of entities for whom you perform services.

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  ILLINOIS

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND,
ET. AL,
V.
FIRST DATABANK, INC., AND MCKESSON CORPORATION

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:05-CV-11148-PBS
DISTRICT OF MASSACHUSETTS

TO: Caremark, Inc.
2211 Sanders Road
Northbrook, IL 60062

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Caremark, Inc., 2211 Sanders Road, Northbrook, IL 60062 or another mutually agreeable location | September 11, 2006, 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant McKesson Corporation | August 24, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| SERVED: | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the

www.USCourtForms.com

provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

## EXHIBIT A

### DEFINITIONS

The terms used in the request, whether or not capitalized, are defined as follows:

1.      "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.      "Beneficiary" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

3.      "Benefit Consultant" means any person and/or entity that provides information, counsel and/or advice to any Fund regarding any hospital, medical or prescription drug benefit and/or service provided by any Third Party Payor.

4.      "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.      "Complaint" means the First Amended Class Action Complaint filed in connection with Civil Action No. 05-CV-11148-PBS in the United States District Court for the District of Massachusetts.

6.      "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.  A request for all documents "concerning" a subject extends to each document making a statement about, mentioning, referring to, discussing, analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing,

1

dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in part.

7.     "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means or process.

8.     "Document" means Electronic Data and all written, typed, printed, photocopied, photographed, or recorded matter of any kind, including but not limited to all originals, masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements, catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any other means), computer-generated information, computer software, information stored or recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or data compilation from which information can be obtained or translated), interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001, and all other graphic materials,

writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

9. "Electronic Data" means all information of all kinds maintained by electronic data processing systems and includes all non-identical copies of such information. Electronic Data includes, but is not limited to, electronic spreadsheets, databases with all records and fields and structural information (including Lotus Notes Discussion Databases and other online dialogs), charts, graphs and outlines, arrays of information and all other information used or produced by any software. Further, Electronic Data includes any computer program (whether proprietary or commercial), programming notes or instructions, or any other software program or utility needed to access or use such Electronic Data as they are accessed or used by You in the usual course of business.

10. "Fund" or "Funds" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; Philadelphia Federation of Teachers Health and Welfare Fund, and District Council 37 Health & Security Plan, and any other health and welfare fund or trust that provides prescription drug benefits, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

11. "Identified Drugs" shall refer to any one or more of the drugs listed in Appendix A to the Complaint and attached hereto.

3

12.    "Meeting" means any discussion between two or more persons either in person, telephonically, or by video conference.

13.    "Named Plaintiff" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; Philadelphia Federation of Teachers Health and Welfare Fund, and District Council 37 Health & Security Plan, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

14.    "Participant" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

15.    "Person" as defined in Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

16.    "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to Participants and Beneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to Participants and Beneficiaries.

17.    "You" or "Your" shall refer to Caremark Inc., including any predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or agents, including but not limited to, attorneys and accountants.

4

## INSTRUCTIONS

1.    The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

2.    "All" and "each" shall be construed as meaning either all or each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

3.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

4.    The request for production of documents extends to all documents in the possession, custody, or control of You or anyone acting on Your behalf. A document is to be deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the physical custody of any other person and You (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any term; (c) have an understanding, express or implied, that You may use, inspect, examine, or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

5.    If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the

5

person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

6.     Provide the following information for each document withheld on the grounds of privilege:

(a)     its date;

(b)     its title;

(c)     its author(s);

(d)     its recipient(s);

(e)     the specific privilege under which it is withheld;

(f)     its general subject matter; and

(g)     a description of it that You contend is adequate to support Your contention that it is privileged.

7.     Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

8.     Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

(a)     its date;

(b)     its title;

(c)     its author(s);

(d)     its recipient(s);

(e)     the specific privilege under which it is withheld;

(f)     its general subject matter; and

6

(g)   a description of it that You contend is adequate to support Your contention that it is privileged.

9.    To the extent that You consider any part of the following request for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of the request to which You object and each ground for each objection. If there is any question as to the meaning of any part of the request, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of the Request as written.

10.   Documents produced in response to the request should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

11.   You may produce legible, complete, and exact copies of original documents responsive to the request, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

12.   The request covers all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

7

13.    If any part of the request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

8

## DOCUMENTS TO BE PRODUCED.

The following request covers the time period January 1, 1998 to present:

1.  All documents concerning Your relationship with the Named Plaintiffs, including your communications with each Named Plaintiff, contracts or agreements with each Named Plaintiff, requests for proposals and responses thereto (including requests for proposals and responses thereto between You and any Benefit Consultant acting on behalf of a Named Plaintiff), and documents concerning reimbursement paid by a Named Plaintiff for the Identified Drugs.

sf-2182958

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF  MISSOURI

| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, ET. AL, V. FIRST DATABANK, INC., AND MCKESSON CORPORATION | **SUBPOENA IN A CIVIL CASE** Case Number:[1] 1:05-CV-11148-PBS DISTRICT OF MASSACHUSETTS |
|---|---|

TO: Express Scripts, Inc.
13900 Riverport Drive
Maryland Heights, MO 63043

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | | COURTROOM |
|---|---|---|
| | | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Express Scripts, Inc., 13900 Riverport Drive, Maryland Heights, MO 63043 or another mutually agreeable location | DATE AND TIME August 22, 2006, 9:30 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit B.

| PLACE Express Scripts, Inc., 13900 Riverport Drive, Maryland Heights, MO 63043 or another mutually agreeable location | DATE AND TIME August 8, 2006, 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant McKesson Corporation | DATE July 24, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | |
|---|---|
| DATE<br><br>SERVED: | PLACE |
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

American LegalNet, Inc.
www.USCourtForms.com

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | Civil Action: 1:05-CV-11148-PBS |
| | Judge Patti B. Saris |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

· PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, and the subpoena attached hereto, McKesson Corporation, by its attorneys, will take the deposition of Express Scripts, Inc., by the person or persons who are knowledgeable concerning the matters set forth in Exhibit A attached hereto. Such deposition will be taken on August 22, 2006, beginning at 9:30 a.m., at 13900 Riverport Drive, Maryland Heights, MO 63043, or at another mutually agreeable location. The deposition will be taken before an officer authorized to administer oaths, be recorded by a stenographer, and may be videotaped, and may provide for LiveNote access, and will continue from day to day, Saturday, Sundays and holidays excepted, until completed.

1

McKesson reserves the right to take subsequent depositions, not just on all material issues, but also on those issues raised by any documents produced after the date of this Notice.

PLEASE TAKE FURTHER NOTICE THAT Express Scripts, Inc. is also requested to produce the documents set forth in Exhibit B on August 8, 2006.

Dated July 24, 2006

MELVIN R. GOLDMAN
LORI A. SCHECHTER
PAUL FLUM
TIFFANY CHEUNG
MORRISON & FOERSTER LLP


By: _____
         Tiffany Cheung

Attorneys for Defendant
MCKESSON CORPORATION

sf-2167509

## DEFINITIONS

The terms used in these requests, whether or not capitalized, are defined as follows:

1.      "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.      "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by several pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book") and Medi-Span's Master Drug Database ("Medi-span"). The term "AWP" includes the "Blue Book AWP" published by First Databank.

3.      "Beneficiary" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

4.      "Benefit Consultant" means any person and/or entity that provides information, counsel and/or advice to any Fund regarding any hospital, medical or prescription drug benefit and/or service provided by any Fund to any Participant or Beneficiary.

5.      "Clients" means union benefit funds, employers, health plans, Third Party Payors, or other entities or individuals to which You provide services or data pertaining to drugs for a fee or other remuneration.

6.      "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

sf-2167509

7.    "Complaint" means the Class Action Complaint filed in connection with Civil Action No. 05-CV-11148-PBS in the United States District Court for the District of Massachusetts.

8.    "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting. A request for all documents "concerning" a subject extends to each document making a statement about, mentioning, referring to, discussing, analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing, dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in part.

9.    "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means or process.

10.    "Document" means Electronic Data and all written, typed, printed, photocopied, photographed, or recorded matter of any kind, including but not limited to all originals, masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements, catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any other means), computer-generated information, computer software, information stored or recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or

4

data compilation from which information can be obtained or translated), interoffice communications, interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001, and all other graphic materials, writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

11.     "Drug Company" or "Drug Companies" means a company that manufactures pharmaceutical products, including without limitation, Identified Drugs.

12.     "Electronic Data" means all information of all kinds maintained by electronic data processing systems and includes all non-identical copies of such information. Electronic Data includes, but is not limited to, electronic spreadsheets, databases with all records and fields and structural information (including Lotus Notes Discussion Databases and other online dialogs), charts, graphs and outlines, arrays of information and all other information used or produced by any software. Further, Electronic Data includes any computer program (whether proprietary or commercial), programming notes or instructions, or any other software program or utility needed to access or use such Electronic Data as they are accessed or used by You in the usual course of business.

13.     "Fund" or "Funds" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

5

Welfare Fund, and any other health and welfare fund or trust that provides prescription drug benefits, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

14.    "Government Investigation" refers to any ongoing or closed investigation or inquiry conducted by Congress, a committee or sub-committee of Congress (including but not limited to, the Consumer, Energy and/or Ways and Means Committees), the United States Department of Justice, the United States General Accounting Office, the Federal Trade Commission, the Office of the United States Inspector General, the United States Department of Health and Human Services, or any other federal, state, or local governmental entity, and includes but is not limited to instances in which such entities have served or sent You Civil Investigative Demands, subpoenas, document requests, or other requests.

15.    "Identified Drugs" shall refer to any one or more of the drugs listed in Appendix A to the Complaint and attached hereto.

16.    "MDL Litigation" means the litigation bearing the caption, *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, pending in the United States District Court for the District of Massachusetts.

17.    "Meeting" means any discussion between two or more persons either in person, telephonically, or by video conference.

18.    "Named Plaintiff" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health &

6

Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and Welfare Fund, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

19.    "Participant" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

20.    "Person" as defined in Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

21.    "Pharmacy Benefit Manager" or "PBM" means any entity that provides services relating to prescription drug benefits offered by any Third Party Payor to any Participant and/or Beneficiary.

22.    "Price" means any payment made for a drug with or without discounts, Rebates or other incentives affecting the cost of the drug.

23.    "Publication" means a publication identified in Health Care Financing Administration Program Memorandum AB-99-63 and includes First DataBank, Red Book, Blue Book, and Medi-span.

24.    "Publisher" or "Publishers" refers to any pharmaceutical price publishing service, including but not limited to the First DataBank, Red Book, Blue Book and Medi-Span publishing services.

25.    "Rebates" include access rebates for the placement of products on a formulary, rebates based upon the sales volumes for drugs, and market share rebates for garnering higher

7

market share than established targets, and include rebates received by You or any PBM with whom You have a contractual relationship.

26.    "Relevant Time Period" means the period from January 1, 1997 to the date of production, inclusive.

27.    "Retailer" means any entity, including a retail pharmacy that resells drugs to consumers.

28.    "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to Participants and Beneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to Participants and Beneficiaries.

29.    "This Litigation" means the litigation pending in the United States District Court for the District of Massachusetts bearing the docket number 1:05-CV-11148-PBS.

30.    "WAC" or "Wholesale Acquisition Cost" means the actual selling price that a Drug Company charges to a Wholesaler, before discounts.

31.    "Twenty Largest And Twenty Smallest Third Party Payors" means for the Twenty Largest, the twenty Third Party Payors that provided the most revenue to You over the Relevant Time Period, and the Twenty Smallest means the twenty Third Party Payors who provided the least revenue to You, in aggregate, during the Relevant Time Period.

32.    "Wholesaler" means any entity that purchases drugs from a Drug Company and resells such drugs to any other entity, including Retailers.

8

33.    "You" or "Your" shall refer to Express Scripts, Inc., including National Prescription Administrators and any of Express Scripts, Inc.'s predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or agents, including but not limited to, attorneys and accountants.

## INSTRUCTIONS

1.    Unless otherwise specifically stated, the requests below refer to the period from January 1, 1997, to the date of production, inclusive.

2.    The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

3.    "All" and "each" shall be construed as meaning either all or each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

4.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

5.    Each request for production of documents extends to all documents in the possession, custody, or control of You or anyone acting on Your behalf. A document is to be deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the physical custody of any other person and You (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any term; (c) have an understanding, express or implied, that You may use, inspect, examine,

9

or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

      6.     If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

      7.     Provide the following information for each document withheld on the grounds of privilege:

          (a)    its date;

          (b)    its title;

          (c)    its author(s);

          (d)    its recipient(s);

          (e)    the specific privilege under which it is withheld;

          (f)    its general subject matter; and

          (g)    a description of it that You contend is adequate to support Your contention that it is privileged.

      8.     Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

      9.     Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

          (a)    its date;

(b)     its title;

(c)     its author(s);

(d)     its recipient(s);

(e)     the specific privilege under which it is withheld;

(f)     its general subject matter; and

(g)     a description of it that You contend is adequate to support Your contention that it is privileged.

10.     To the extent that You consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of each request to which You object and each ground for each objection. If there is any question as to the meaning of any part of these Requests, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of these Requests as written.

11.     Documents produced in response to these Requests should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

12.     You may produce legible, complete, and exact copies of original documents responsive to these Requests, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

13.     These Requests cover all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other

11

persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

14.    If any Request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

12

**EXHIBIT A**

**DEPOSITION TOPICS**

1.      Your negotiations and contracts with Third Party Payors and Clients for pharmacy benefit management services, including the sharing of rebates from manufacturers, the duration of such contracts, termination provisions, guarantees, references to AWP, and terms and conditions included in addendums and related provider manuals.

2.      Your negotiations and contracts with Retailers, including drug pricing terms and metrics (e.g., AWP, usual & customary), the manner in which those metrics are defined or arrived at (including the factors or other information used, relied on or considered by You in connection with, or arriving at, reimbursements and payments to Retailers), the terms pertaining to Third Party Payors' or Clients' payment for drugs provided under such contracts, the duration of such contracts, and the termination provisions in such contracts.

3.      Your knowledge, understanding or expectation regarding (a) the use and significance of AWP, manufacturer suggested wholesale prices, WAC, or other information published or provided by First DataBank and other Publishers, (b) the trends in these metrics; (c) the ratio or spread between actual acquisition costs of Retailers and published AWPs, or between WAC and published AWPs; (c) changes in AWPs or in WAC to AWP ratios, including discussions with manufacturer, Retailers, Third Party Payor and Clients, or Publishers regarding such changes.

4.      The operation and management of Retailers, including the management and operations of pharmacy networks.

13

5.    Representations or other statements by or attributed to Publishers concerning how any Publisher compiles, develops or arrives at AWPs, WACs or other information published or made available by the Publisher.

6.    Your corporate structure, organizations, employees and operations.

7.    Your search for and production of documents in response to the document requests set forth in Exhibit B of this subpoena.

## EXHIBIT B

## DOCUMENTS TO BE PRODUCED

### Regarding Related Litigation or Investigations

1.      Respecting the MDL Litigation, all documents produced or made available to other parties, including, without limitation, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition videos, and deposition exhibits; all non-public pleadings; and all transcripts of hearings before a Judge or Magistrate.

2.      Respecting any legal proceeding, mediation, arbitration, court hearing, legislative hearing, or Government Investigation or inquiry concerning FDB or any other Publisher, the use of AWP or reimbursement of drugs purchased by consumers, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition exhibits and statements filed, served, produced, prepared or taken in connection therewith; all documents concerning your contracts or negotiations with Retailers, reimbursements to Retailers for the dispensing of Identified Drugs, your relationships with Third Party Payors, or your contracts or negotiations with Drug Companies for Rebates, discounts or other consideration or remuneration.

### Regarding Publishers

3.      All documents concerning communications between You and any Publisher concerning the AWP for, the WAC-AWP spread for or, proposed wholesale price or the actual or proposed acquisition cost of, Identified Drugs or any other prescription drug.

4.      All contracts and agreements with any Publisher.

sf-2167509

5.     All documents concerning use of a specific Publisher's AWP or other price data in contracts with Retailers, Third Party Payors and Clients, Manufacturers, or with any other person.

6.     All documents to or from any Publisher concerning Identified Drugs, AWP, a Drug Company's suggested wholesale prices, or Wholesaler markups.

7.     All documents and communications concerning any representation or other statement by or attributed to First DataBank, Redbook or any other Publisher concerning its business, including, without limitation, its publication of AWPs, information contained in its data fields, how it derived information for its database, how it determined AWPs, its research of wholesalers, its research of PBMs, or its conduct of surveys.

8.     All documents or communications concerning increases, decreases or other changes in AWPs, including any increase or change in the WAC-AWP spread, in data published by First DataBank, including, without limitation, complaints or other reactions to such changes by Drug Companies, Wholesalers, PBMs (including You), Retailers, Third Party Payors, or Your Clients.

9.     All documents concerning the use of AWPs published by First DataBank, or by any other Publisher, as a basis, benchmark or metric for reimbursement.

10.     All documents comparing AWPs or WAC-AWP spreads published by First DataBank, with

   a.   AWPs or WAC-AWP spreads published by other Publishers, or with

   b.   wholesale prices suggested by Drug Companies.

11.     All documents concerning the accuracy of the AWPs published by, or of representations made by, First DataBank.

16

**Regarding Third Party Payors**

12.     All documents concerning communications between You and any Third Party Payor concerning the AWP for, the WAC-AWP spread for, or the actual or potential acquisition cost of, Identified Drugs.

13.     All contracts and agreements by You with the Twenty Largest and Twenty Smallest Third Party Payors that concern:

      a.   AWP, WAC, or the actual or potential acquisition cost of, Identified Drugs;

      b.   Rebates, discounts or other consideration received by You from Drug Companies;

      c.   Services you provide to Third Party Payors; or

      d.   Reimbursement for dispensing of prescription drugs

14.     All documents concerning Your strategy, reasoning, or methodology in setting amounts Your Clients or Third Party Payors pay You, or You pay to Retailers, for drugs or for dispensing or administrative services, including, without limitation, documents showing the factors or other information You have relied on or considered in arriving at payment terms.

15.     All documents concerning the effect or potential effect of an actual or possible increase, decrease or other change in the WAC-AWP spread or in published AWPs, including, without limitation, the effect such a change would or may have on You or any of Your Clients.

16.     All communications between TPPs and PBMs concerning higher drug prices, higher AWPs, or higher AWP/WAC markups.

17.     All advertising, marketing, and sales materials, responses to requests for proposals or other documents describing the services You (or other PBMs) offer or make available to Clients and the value of those services, including, without limitations, documents concerning the savings You (or other PBMs) have secured for Clients.

17

18.    All documents concerning Your decision to list or de-list Identified Drugs or any other prescription drug on a formulary.

19.    All documents concerning Your relationship with the Named Plaintiffs, including without limitation:

    a.    All documents concerning communications with the Named Plaintiffs;

    b.    All contracts or agreements with the Named Plaintiffs;

    c.    All requests for proposals and responses thereto involving the Named Plaintiffs;

    d.    All reports, summaries or compilations provided to or received from the Named Plaintiffs;

    c.    All documents concerning the amount charged or to be charged the Named Plaintiffs for prescription drugs;

    d.    All documents concerning reimbursement of Named Plaintiffs for prescription drug expenditures made on behalf of Participants or Beneficiaries;

    e.    All documents concerning reimbursements paid by Named Plaintiffs to Retailers for the dispensing of Identified Drugs; and,

    f.    All documents concerning communications with a Benefit Consultant concerning a Named Plaintiff, including, without limitation, all documents concerning requests for proposals or responses thereto and

20.    All documents concerning the use of AWP as a basis or benchmark for reimbursement of PBMs or Retailers.

### Regarding Retailers

21.    All documents containing or concerning contracts or agreements You negotiated with Retailers for reimbursement for prescription drugs.

18

22.    All documents concerning Your strategy, factors considered, reasoning, or methodology in setting reimbursement to Retailers for Identified Drugs or for dispensing or administrative services including, without limitation, documents showing the factors or other information You have relied on or considered, and all documents containing calculations or computations used, relied on or considered by You in connection therewith.

23.    All documents concerning the impact of changes in published AWPs or WAC-AWP spreads on contracts or negotiations with Retailers, or reimbursement rates paid to Retailers.

24.    All documents concerning negotiations with Retailers regarding network membership, including without limitations, all documents concerning discussion or documentation of denying, terminating or revoking network membership for any reason.

25.    All documents concerning the percentage discount from AWP contained in, or considered for, contracts with Retailers.

### Regarding Drug Companies

26.    All documents concerning price offsets, discounts, Rebates, or off-invoice incentive payments or other considerations paid or made by Drug Companies to You or other PBMs for Identified Drugs.

27.    All documents concerning the impact or effect of changes in published AWPs or WAC-AWP spreads on any actual or potential Rebates, discounts, or any other consideration or price terms between You and Your Clients or a Drug Company.

28.    All documents concerning Drug Company reactions to, or communications regarding, any increased AWP or AWP/WAC spread, including any correspondence from a Drug

19

Company regarding changes in AWP that were not recommended or proposed by a Drug Company.

29.    All documents reflecting the description or identification of any Drug Company as having a suggested, proposed, or stated wholesale markup, including but not limited to a 20% or a 25% markup or spread between WAC and AWP.

30.    All documents concerning the use of an AWP suggested by a Drug Company.

### Regarding AWP

31.    All documents concerning Your use of AWP as a pricing term, benchmark or metric in any contracts with or among Retailers, Third Party Payors, Clients or Drug Companies.

32.    All documents concerning AWP, including but not limited to:

  a.  All documents concerning the WAC-AWP spread or markup;

  b.  All documents concerning the spread or markup between pharmacy acquisition cost and AWP;

  c.  Any reports, summaries or compilations provided to Third Party Payors or Clients containing information about changes in industry pricing or practices;

  d.  All internal reports analyzing the drug expenditures of Third Party Payors or Clients;

  e.  All documents concerning reimbursement by You or your clients for Identified Drugs on the basis of published AWPs, including AWPs published by First Databank;

  f.  All documents concerning the proposed or actual discontinuation of AWP as a basis, benchmark or metric for reimbursement; and

20

g.  All documents identifying or describing the source that You use for determining AWPs in your contracts; or discussing how AWP has been, or is currently, calculated or defined.

**Other Documents**

33.    All documents concerning Your expectations regarding (1) pharmacy acquisition costs; (2) the spread between such acquisition costs and AWP; or (3) the spread between WAC and AWP, for Identified Drugs.

34.    For each Identified Drug, all transaction records maintained in a database or other electronic format showing all revenues, disbursements and quantities covered, including amounts paid by You for Identified Drugs sold by Retailers, amounts paid to You by Third Party Payors as Your Clients for the Identified Drugs, and any related Rebates, discounts, and administrative fees.

35.    Documents sufficient to identify all Your departments and employees including, without limitation, Your organizational charts.

36.    Documents sufficient to identify Your policy or practice of document retention, destruction, disposal, or preservation for each year during the Relevant Time Period.

37.    Document describing each report, summary or compilation distributed by You or Your Third Party Payors or Clients concerning AWPs, WAC-AWP spreads, reimbursement of Retailers, payments to Third Party Payors, acquisition costs of Retailers, the MDL Litigation or this Lawsuit.

38.    All documents concerning whether to use a discount from AWP (*e.g.*, AWP minus 12%) as a basis for reimbursement of Retailers.

21

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| 3M PHARMACEUTICALS | 00089200026 | METROGEL-VAGINAL 0.75% GEL |
| 3M PHARMACEUTICALS | 00089030510 | TAMBOCOR 50 MG TABLET |
| 3M PHARMACEUTICALS | 00089030710 | TAMBOCOR 100 MG TABLET |
| 3M PHARMACEUTICALS | 00089031410 | TAMBOCOR 150 MG TABLET |
| 3M PHARMACEUTICALS | 00089051606 | CAL DISOD VERSENAT 200 MGML |
| 3M PHARMACEUTICALS | 00089064006 | NORFLEX 30 MG/ML AMPUL |
| 3M PHARMACEUTICALS | 00089081012 | ALDARA 5% CREAM |
| 3M PHARMACEUTICALS | 00089081521 | MAXAIR AUTOHALER 0.2 MG AERO |
| AAIPHARMA LLC | 00002035102 | DARVOCET-N 50 TABLET |
| AAIPHARMA LLC | 00002035333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 00002035302 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002035303 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002035333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 00002080303 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002080333 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002311102 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00002311103 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00028007201 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028007210 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028010501 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00028010510 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00028760701 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 00054023301 | DURACLON 0.1 MG/ML VIAL |
| AAIPHARMA LLC | 00054023401 | DURACLON 500 MCG/ML VIAL |
| AAIPHARMA LLC | 58591023821 | AQUASOL A 50,000 UNITS/ML VIAL |
| AAIPHARMA LLC | 58591043411 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 58591062241 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 58591063141 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 58591063151 | DARVON-N 100 MG TABLET |
| ABBOTT LABORATORIES | 00597002501 | MOBIC 7.5 MG TABLET |
| ABBOTT LABORATORIES | 00597003001 | MOBIC 15 MG TABLET |
| ABBOTT LABORATORIES | 00597003028 | MICARDIS 20 MG TABLET |
| ABBOTT LABORATORIES | 00597004028 | MICARDIS 40 MG TABLET |
| ABBOTT LABORATORIES | 00597004128 | MICARDIS 80 MG TABLET |
| ABBOTT LABORATORIES | 00597004328 | MICARDIS HCT 40/12.5 MG TAB |
| ABBOTT LABORATORIES | 00597004428 | MICARDIS HCT 80/12.5 MG TAB |
| AGOURON PHARMACEUTICALS INC | 63010001030 | VIRACEPT 250 MG TABLET |
| AGOURON PHARMACEUTICALS INC | 63010001190 | VIRACEPT POWDER |
| AMGEN INC | 55513012501 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513012510 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513014401 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014410 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014901 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513014810 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513028701 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513028710 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513028301 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513028310 | EPOGEN 10,000 UNITS/ML VIAL |
| ASTRAZENECA LP | 00037721020 | ZOMIG 2.5 MG TABLET |
| ASTRAZENECA LP | 00037721125 | ZOMIG 5 MG TABLET |
| ASTRAZENECA LP | 08186000131 | LEXXEL 1-5 MG TABLET SA |
| ASTRAZENECA LP | 08186000168 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 08186000231 | LEXXEL 5-2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186000431 | ATACAND 4 MG TABLET |
| ASTRAZENECA LP | 00186000831 | ATACAND 8 MG TABLET |
| ASTRAZENECA LP | 00186001628 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001631 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001654 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186003228 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003231 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003254 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186011001 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011201 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011291 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011401 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011412 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011491 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011501 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186011512 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186011701 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011712 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011791 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012001 | XYLOCAINE 2% DENTAL VIAL |
| ASTRAZENECA LP | 00186012201 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012212 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012291 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012501 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186013501 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186013701 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186014001 | XYLOCAINE 0.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186014501 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186015001 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186015801 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186016001 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186016228 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 00186016254 | ATACAND HCT 16/12.5 MG TAB |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00186021003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186021203 | XYLOCAINE/DEXTROSE 1.5% AMP |
| ASTRAZENECA LP | 00186021503 | XYLOCAINE-MPF 2% AMPUL |
| ASTRAZENECA LP | 00186023003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186023203 | XYLOCAINE IV 2% AMPUL |
| ASTRAZENECA LP | 00186023503 | XYLOCAINE-MPF 4% AMPUL |
| ASTRAZENECA LP | 00186024113 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024213 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024312 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186025002 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186025502 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186026002 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026082 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026502 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026503 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186027512 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186027613 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186027713 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186031521 | XYLOCAINE 5% OINTMENT |
| ASTRAZENECA LP | 00186032201 | XYLOCAINE 4% SOLUTION |
| ASTRAZENECA LP | 00186032228 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186032254 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186033001 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033035 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033543 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186033553 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186036001 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186045026 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045031 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045058 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045128 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045131 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045158 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045228 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045231 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045258 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186060626 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060631 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060663 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060682 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186070210 | ENTOCORT EC 3 MG CAPSULE |
| ASTRAZENECA LP | 00186070768 | TONOCARD 400 MG TABLET |
| ASTRAZENECA LP | 00186070968 | TONOCARD 600 MG TABLET |
| ASTRAZENECA LP | 00186074228 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074282 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074328 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074368 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074382 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186085901 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186085901 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186086344 | NAROPIN 5 MG/ML AMPULE |
| ASTRAZENECA LP | 00186086361 | NAROPIN 5 MG/ML VIAL |
| ASTRAZENECA LP | 00186091542 | PULMICORT 200 MCG TURBUHALER |
| ASTRAZENECA LP | 00186097165 | NESACAINE 1% VIAL |
| ASTRAZENECA LP | 00186097266 | NESACAINE 2% VIAL |
| ASTRAZENECA LP | 00186098166 | NESACAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186099266 | NESACAINE-MPF 3% VIAL |
| ASTRAZENECA LP | 00186103801 | SENSORICAINE/EPI 0.75%/0.0005 |
| ASTRAZENECA LP | 00186107509 | RHINOCORT NASAL INHALER |
| ASTRAZENECA LP | 00186108805 | TOPROL XL 25 MG TABLET SA |
| ASTRAZENECA LP | 00186109005 | TOPROL XL 50 MG TABLET SA |
| ASTRAZENECA LP | 00186109205 | TOPROL XL 100 MG TABLET SA |
| ASTRAZENECA LP | 00186131591 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186131593 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151691 | EMLA CREAM |
| ASTRAZENECA LP | 00186177001 | STREPTASE 250,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177101 | STREPTASE 750,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177401 | STREPTASE 1.5MM UNITS INFUS BT |
| ASTRAZENECA LP | 00186198004 | PULMICORT 0.25 MG/2 ML RESPUL |
| ASTRAZENECA LP | 00186198904 | PULMICORT 0.5 MG/2 ML RESPULE |
| ASTRAZENECA LP | 00186502031 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502054 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502082 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502228 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186504031 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504054 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504082 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504228 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00310004010 | ELAVIL 10 MG TABLET |
| ASTRAZENECA LP | 00310004110 | ELAVIL 50 MG TABLET |
| ASTRAZENECA LP | 00310004210 | ELAVIL 75 MG TABLET |
| ASTRAZENECA LP | 00310004310 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004610 | ELAVIL 25 MG TABLET |

Privileged and Confidential Information
Page 2

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| ASTRAZENECA LP | 00310004550 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004710 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004730 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004910 | ELAVIL 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310010110 | TENORMIN 100 MG TABLET |
| ASTRAZENECA LP | 00310010510 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010534 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010710 | TENORMIN 25 MG TABLET |
| ASTRAZENECA LP | 00310011510 | TENORETIC 50 TABLET |
| ASTRAZENECA LP | 00310011710 | TENORETIC 100 TABLET |
| ASTRAZENECA LP | 00310013010 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013034 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013039 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013110 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013134 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013139 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013173 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013210 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013234 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013239 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013273 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013310 | ZESTRIL 30 MG TABLET |
| ASTRAZENECA LP | 00310013410 | ZESTRIL 40 MG TABLET |
| ASTRAZENECA LP | 00310013510 | ZESTRIL 2.5 MG TABLET |
| ASTRAZENECA LP | 00310014110 | ZESTORETIC 10/12.5 TABLET |
| ASTRAZENECA LP | 00310014210 | ZESTORETIC 20/12.5 TABLET |
| ASTRAZENECA LP | 00310014510 | ZESTORETIC 20/25 TABLET |
| ASTRAZENECA LP | 00310020130 | ARIMIDEX 1 MG TABLET |
| ASTRAZENECA LP | 00310026920 | ZOMIG ZMT 2.5 MG TABLET |
| ASTRAZENECA LP | 00310021321 | ZOMIG ZMT 5 MG TABLET |
| ASTRAZENECA LP | 00310027110 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027139 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027210 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027239 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027439 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027460 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027510 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310027539 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310030011 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030050 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030054 | DIPRIVAN 10 MG/ML SYRINGE |
| ASTRAZENECA LP | 00310032111 | MERREM 1 GM INFUSION BOTTLE |
| ASTRAZENECA LP | 00310032115 | MERREM 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032120 | MERREM 1 GM VIAL |
| ASTRAZENECA LP | 00310032511 | MERREM 500 MG INFUSION BTL |
| ASTRAZENECA LP | 00310032515 | MERREM 500 MG ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032520 | MERREM 500 MG VIAL |
| ASTRAZENECA LP | 00310037510 | CEFOTAN 10 GM VIAL |
| ASTRAZENECA LP | 00310037610 | CEFOTAN 1 GM VIAL |
| ASTRAZENECA LP | 00310037611 | CEFOTAN 1 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037631 | CEFOTAN 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037720 | CEFOTAN 2 GM VIAL |
| ASTRAZENECA LP | 00310037721 | CEFOTAN 2 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037732 | CEFOTAN 2 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037851 | CEFOTAN 1 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310037951 | CEFOTAN 2 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310040160 | ACCOLATE 10 MG TABLET |
| ASTRAZENECA LP | 00310040238 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310040260 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310060018 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060060 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060075 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060412 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060430 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060490 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310070510 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070530 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070539 | CASODEX 50 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012061 | BENTYL 10 MG CAPSULE |
| AXCAN SCANDIPHARM INC | 00068012361 | BENTYL 20 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012516 | BENTYL 10 MG/5 ML SYRUP |
| AXCAN SCANDIPHARM INC | 00068060923 | BENTYL 10 MG/ML AMPUL |
| AXCAN SCANDIPHARM INC | 58914017110 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017121 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017130 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017150 | CARAFATE 1 GM TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026266148 | PRECOSE 50 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026266251 | PRECOSE 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026619636 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026619783 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026651106 | CIPRO 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026651248 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026651251 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026651348 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026651351 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026651448 | CIPRO 750 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BAYER CORP PHARMACEUTICAL DIV | 00026951450 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026955136 | CIPRO 5% SUSPENSION |
| BAYER CORP PHARMACEUTICAL DIV | 00026858536 | CIPRO 10% SUSPENSION |
| BERLEX INC | 50419010110 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010111 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010125 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010150 | QUINAGLUTE DURA-TABS 324 MG |
| BERTEK PHARMACEUTICALS INC | 62794015102 | MENTAX 1% CREAM |
| BERTEK PHARMACEUTICALS INC | 62794015103 | MENTAX 1% CREAM |
| BIOGEN IDEC MA INC | 59627000103 | AVONEX ADMIN PACK 30 MCG VL |
| BIOVAIL PHARMACEUTICALS INC | 00088977147 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977165 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977190 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977247 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977255 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977290 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088977747 | CARDIZEM SR 60 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088977847 | CARDIZEM SR 90 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088977947 | CARDIZEM SR 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088978816 | CARDIZEM 100 MG MONOVIAL |
| BIOVAIL PHARMACEUTICALS INC | 00088978917 | CARDIZEM 5 MG/ML LYO-JECT |
| BIOVAIL PHARMACEUTICALS INC | 00088979147 | CARDIZEM 90 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088979530 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979542 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979630 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979642 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979730 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979742 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979830 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088979842 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00173069341 | ZOVIRAX 5% OINTMENT |
| BIOVAIL PHARMACEUTICALS INC | 64455079247 | CARDIZEM 120 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 64455079549 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079648 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079650 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079749 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079849 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079942 | CARDIZEM CD 360 MG CAP SA |
| BLANK | 00026061320 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026061325 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026068416 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068420 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068471 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068520 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00026068525 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00085028301 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085028381 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085070304 | TRINALIN REPETABS |
| BLANK | 00085078701 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078706 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078710 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078781 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085051930 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085081936 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085103681 | INTEGRILIN 75 MG/100 ML VIAL |
| BLANK | 00085195303 | IMDUR 120 MG TABLET SA |
| BLANK | 00085195304 | IMDUR 120 MG TABLET SA |
| BLANK | 00085197701 | INTEGRILIN 20 MG/10 ML VIAL |
| BLANK | 00085197702 | INTEGRILIN 200 MG/100 ML VIAL |
| BLANK | 00085330601 | IMDUR 30 MG TABLET SA |
| BLANK | 00085330603 | IMDUR 30 MG TABLET SA |
| BLANK | 00085331530 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085331535 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085411001 | IMDUR 60 MG TABLET SA |
| BLANK | 00085411003 | IMDUR 60 MG TABLET SA |
| BLANK | 11994001104 | DEFINITY 1.1 MG/ML VIAL |
| BLANK | 54092010301 | ADDERALL XR 10 MG CAPSULE SA |
| BLANK | 54092010701 | ADDERALL XR 20 MG CAPSULE SA |
| BLANK | 54092029101 | ADDERALL XR 30 MG CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087691142 | CAFCIT 20 MG/ML VIAL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087691142 | CAFCIT 20 MG/ML ORAL SOLN |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000030 | AGGRENOX CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000061 | CATAPRES 0.1 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000781 | CATAPRES 0.2 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001181 | CATAPRES 0.3 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001314 | COMBIVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001701 | PERSANTINE 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001801 | PERSANTINE 50 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001901 | PERSANTINE 75 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002001 | SERENTIL 10 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002401 | SERENTIL 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002301 | SERENTIL 100 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002604 | SERENTIL 25 MG/ML ORAL CONC |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002702 | SERENTIL 25 MG/ML AMPUL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003112 | CATAPRES-TTS 1 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003212 | CATAPRES-TTS 2 PATCH |

In Re First DataBank Drug Pricing Litigation
Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003934 | CATAPRES-TTS 3 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004601 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004660 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004661 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004724 | VIRAMUNE 50 MG/5 ML SUSP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006601 | MEXITIL 150 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006701 | MEXITIL 200 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006801 | MEXITIL 250 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597007017 | ALUPENT 650 MCG INHALER COMP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008062 | ATROVENT 0.02% SOLUTION |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008130 | ATROVENT 0.03% SPRAY |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008214 | ATROVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008676 | ATROVENT 0.06% SPRAY |
| BRISTOL MYERS SQUIBB CO | 00010000241 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00010050541 | CYTOXAN 1 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00010050641 | CYTOXAN 2 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00015117750 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117760 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117760 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117700 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015301238 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015301297 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015303020 | CEENU 10 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303120 | CEENU 40 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303220 | CEENU 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303410 | CEENU DOSE PACK |
| BRISTOL MYERS SQUIBB CO | 00015307519 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015307597 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015308060 | LYSODREN 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015309145 | VEPESID 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015321330 | PARAPLATIN 50 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321430 | PARAPLATIN 150 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321530 | PARAPLATIN 450 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015340420 | ETOPOPHOS 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00056018810 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018875 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018880 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018910 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018975 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018990 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017070 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017075 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017090 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017270 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017275 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017290 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017370 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017375 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017470 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017475 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017670 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017675 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017690 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018870 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018875 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018890 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018970 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018975 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018990 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017030 | SUSTIVA 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056017330 | SUSTIVA 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056017492 | SUSTIVA 200 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00087003147 | SERZONE 50 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087004231 | SERZONE 100 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003831 | SERZONE 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087002831 | SERZONE 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087004131 | SERZONE 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015846 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015883 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087046841 | POLY-VI-FLOR 0.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087047402 | POLY-VI-FLOR 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087048741 | POLY-VI-FLOR 0.25 MG TAB CHW |
| BRISTOL MYERS SQUIBB CO | 00087048841 | POLY-VI-FLOR/IRON 0.25 MG TB |
| BRISTOL MYERS SQUIBB CO | 00087050201 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00087060842 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060845 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060885 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087120213 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149201 | MONOPRIL HCT 10/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149301 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087227131 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277132 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277215 | AVAPRO 180 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277231 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277232 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277235 | AVAPRO 150 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BRISTOL MYERS SQUIBB CO | 00087277315 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277331 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277332 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277531 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277532 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277631 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277632 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00065565041 | STADOL NS 10 MG/ML SPRAY |
| BRISTOL MYERS SQUIBB CO | 00087007211 | GLUCOVANCE 1.25/250 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087007311 | GLUCOVANCE 2.5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607411 | GLUCOVANCE 5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00086667117 | VIDEX EC 125 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00086667217 | VIDEX EC 200 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00086667317 | VIDEX EC 250 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00086667417 | VIDEX EC 400 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087771540 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771862 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771864 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771940 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771962 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771964 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087772060 | CEFZIL 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772150 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772160 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117101 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117103 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117105 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117108 | PLAVIX 75 MG TABLET |
| DEY LP | 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050002 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050101 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DEY LP | 49502050102 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310402 | PROZAC 10 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310501 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310502 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310507 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310530 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310533 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310531 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310532 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310730 | PROZAC 40 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777312058 | PROZAC 20 MG/5 ML SOLUTION |
| ELI LILLY AND CO | 00002140701 | QUINIDINE GLUC 80 MG/ML VIAL |
| ELI LILLY AND CO | 00002300475 | PROZAC WEEKLY 90 MG CAPSULE |
| ELI LILLY AND CO | 00002312542 | VANCOCIN HCL 125 MG PULVULE |
| ELI LILLY AND CO | 00002312942 | VANCOCIN HCL 250 MG PULVULE |
| ELI LILLY AND CO | 00002400602 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002400630 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002411204 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411233 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411260 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411833 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411880 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411704 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411733 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411760 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002416502 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416507 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416530 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002412004 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002412033 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002412060 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002445301 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445385 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445401 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445485 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445501 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445585 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445601 | ZYPREXA ZYDIS 20 MG TABLET |
| ELI LILLY AND CO | 00002445685 | ZYPREXA ZYDIS 20 MG TAB |
| ELI LILLY AND CO | 00002714081 | REOPRO 2 MG/ML VIAL |
| ELI LILLY AND CO | 00002723581 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002733516 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002751001 | HUMALOG 100 UNITS/ML VIAL |
| ELI LILLY AND CO | 00002751101 | HUMALOG MIX 75/25 VIAL |
| ELI LILLY AND CO | 00002751501 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002751559 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002751659 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002755901 | XIGRIS 5 MG VIAL |
| ELI LILLY AND CO | 00002755101 | XIGRIS 20 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ELI LILLY AND CO | 0002/2803101 | GLUCAGON 1 MG EMERGENCY KIT |
| ELI LILLY AND CO | 0002/2805801 | HUMATROPE 6 MG CARTRIDGE |
| ELI LILLY AND CO | 0002/2809001 | HUMATROPE 12 MG CARTRIDGE |
| ELI LILLY AND CO | 0002/2809101 | HUMATROPE 24 MG CARTRIDGE |
| ELI LILLY AND CO | 0002/2850101 | HUMULIN R 500 UNIT/5ML VIAL |
| ELI LILLY AND CO | 0043/0043514 | SARAFEM 10 MG PULVULE |
| ELI LILLY AND CO | 0043/0043614 | SARAFEM 20 MG PULVULE |
| FERNDALE LABORATORIES INC | 0045/0071603 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 0045/0071604 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 0045/0071703 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 0045/0071704 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 0045/0072604 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 0045/0072606 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 0045/0072903 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 0045/0072904 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 0045/0072908 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 0045/0076304 | PRAMOSONE 1% OINTMENT |
| FERNDALE LABORATORIES INC | 0045/0077704 | PRAMOSONE 2.5% OINTMENT |
| FERNDALE LABORATORIES INC | 0045/0077804 | ANALPRAM-HC 1% CREAM |
| FERNDALE LABORATORIES INC | 0045/0080044 | ANALPRAM-HC 2.5% CREAM |
| FERNDALE LABORATORIES INC | 0045/0082004 | ANALPRAM-HC 2.5% LOTION |
| FERNDALE LABORATORIES INC | 0045/0082745 | CLINAC BPO 7% GEL |
| FIRST HORIZON PHARMACEUTICAL CORP | 0031/0089139 | SULAR 10 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 0031/0089239 | SULAR 20 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 0031/0089339 | SULAR 30 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 5963/0042090 | PRENATE ADVANCE TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 5963/0044010 | SULAR 10 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 5963/0044110 | SULAR 20 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 5963/0044210 | SULAR 30 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 5963/0044310 | SULAR 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0004001 | THYROLAR-1/4 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 0045/0004501 | THYROLAR-1/2 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 0045/0005001 | THYROLAR-1 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0005501 | THYROLAR-2 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0006001 | THYROLAR-3 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045701 | ARMOUR THYROID 16 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045800 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045801 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045963 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045900 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045903 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045951 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0045963 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046001 | ARMOUR THYROID 90 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046100 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046101 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046163 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046200 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046201 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046301 | ARMOUR THYROID 240 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0046401 | ARMOUR THYROID 300 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0052101 | FLUMADINE 100 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0052708 | FLUMADINE 50 MG/5 ML SYRUP |
| FOREST PHARMACEUTICALS INC | 0045/0060101 | BANCAP HC CAPSULE |
| FOREST PHARMACEUTICALS INC | 0045/0063001 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0064508 | ELIXOPHYLLIN-KI ELIXIR |
| FOREST PHARMACEUTICALS INC | 0045/0064808 | ELIXOPHYLLIN-GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 0045/0064816 | ELIXOPHYLLIN-GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 0045/0067099 | AEROBID-M AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 0045/0067299 | AEROBID AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 0045/0067901 | ESGIC-PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0068301 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 0045/0068302 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 0045/0069301 | TESSALON 200 MG CAPSULE |
| FOREST PHARMACEUTICALS INC | 0045/0081001 | CELEXA 10 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0042001 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0042003 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0044001 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0044063 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 0045/0112363 | CERVIDIL 10 MG VAGINAL INSERT |
| FOREST PHARMACEUTICALS INC | 0045/0413008 | CELEXA 10 MG/5 ML SOLUTION |
| FOREST PHARMACEUTICALS INC | 0045/0430008 | MONUROL 3 GM SACHET |
| FOREST PHARMACEUTICALS INC | 0053/0601101 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00785/112001 | LORCET-HD CAPSULE |
| FOREST PHARMACEUTICALS INC | 00785/112201 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785/112250 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785/112263 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785/135091 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785/135050 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785/135063 | LORCET 10/650 TABLET |
| GENENTECH INC | 50242/01802 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242/01564 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242/01620 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242/01866 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242/01820 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242/01866 | NUTROPIN 5 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| GENENTECH INC | 5024 2002067 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 5024 2002219 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 5024 2002308 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 5024 2002608 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 5024 2002849 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 5024 2003602 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 5024 2003235 | NUTROPIN DEPOT 13.5 MG KIT |
| GENENTECH INC | 5024 2003249 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 5024 2003441 | NUTROPIN DEPOT 18 MG KIT |
| GENENTECH INC | 5024 2003460 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 5024 2003654 | NUTROPIN DEPOT 22.5 MG KIT |
| GENENTECH INC | 5024 2007202 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 5024 2010038 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 5024 2010040 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 5024 2011411 | NUTROPIN AQ 5 MG/ML VIAL |
| GILEAD SCIENCES INC | 6195 0040101 | VIREAD 300 MG TABLET |
| GILEAD SCIENCES INC | 6195 0050101 | HEPSERA 10 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0010793 | RETROVIR IV INFUSION VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0010855 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0010856 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0011318 | RETROVIR 10 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0013855 | WELLBUTRIN SR 150 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0017755 | WELLBUTRIN 75 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0017855 | WELLBUTRIN 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0020155 | DARAPRIM 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0023044 | DIGIBIND 38 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024255 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024275 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024955 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024956 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024975 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0024980 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0026427 | LANOXIN 50 MCG/ML ELIXIR |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0032188 | VENTOLIN 90 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0032198 | VENTOLIN 90 MCG INH REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0033602 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0034412 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0034414 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0034417 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0034442 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0034447 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0038354 | ZANTAC 15 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0038700 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0038701 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0038742 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0038879 | BECONASE AQ 0.042% SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039200 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039340 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039347 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039400 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039401 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039442 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0039501 | CEFTIN 125 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0040600 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0042702 | ZANTAC 150 MG EFFERDOSE TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044200 | ZOFRAN 2 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044600 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044602 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044604 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044700 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044702 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044704 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044901 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0044902 | IMITREX 6 MG/0.5 ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0045003 | IMITREX 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0045301 | FLONASE 0.05% NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0045000 | IMITREX 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046007 | IMITREX 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046100 | ZOFRAN 32 MG/50 ML BAG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046400 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046500 | SEREVENT 21 MCG INH/LR REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046700 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0046800 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0047001 | EPIVIR 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0047100 | EPIVIR 10 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0047600 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0047900 | IMITREX 6 MG/0.5 ML SYRING KIT |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0048000 | ZOFRAN 4 MG/5 ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049100 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049400 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049500 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049700 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049800 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0049900 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 0017 0050100 | RETROVIR 300 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
### Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050400 | FLOVENT 250 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050600 | FLOVENT 100 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051180 | FLOVENT 50 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051760 | FLOLAN 0.5 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051800 | DILUENT FOR FLOLAN VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052008 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052100 | SEREVENT DISKUS 60 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052300 | IMITREX 20 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052400 | IMITREX 5 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052600 | LAMICTAL 5 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052700 | LAMICTAL 25 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173054700 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055400 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055500 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055601 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055602 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056100 | AMERGE 1 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056200 | AMERGE 2.5 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056602 | VALTREX 1 GM CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056900 | ZOFRAN ODT 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057000 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00873057004 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059500 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059502 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063302 | LAMICTAL 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063533 | LEUKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064255 | LAMICTAL 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064368 | LAMICTAL 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064469 | LAMICTAL 200 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065801 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065844 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066100 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066101 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066200 | EPIVIR HBV 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066300 | EPIVIR HBV 25 MG/5 ML SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066400 | ZIAGEN 20 MG/ML SOLUTION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066518 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057200 | AGENERASE 150 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057501 | MALARONE 250-100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057601 | MALARONE 62.5-25 MG PED TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057900 | AGENERASE 50 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068000 | ZOFRAN 24 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068401 | RELENZA 5 MG DISKHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068700 | AGENERASE 15 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069100 | TRIZIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069300 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069502 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069600 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069602 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069702 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173071325 | MYLERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173088025 | THIOGUANINE TABLOID 40 MG TB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093303 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093356 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094555 | ZOVIRAX 800 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094755 | WELLBUTRIN SR 100 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094955 | ZOVIRAX 400 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095201 | ZOVIRAX 1,000 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095396 | ZOVIRAX 200 MG/5 ML SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099156 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099158 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099501 | ZOVIRAX 500 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052207 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052252 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 58572030101 | ALKERAN 50 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 58572030250 | ALKERAN 2 MG TABLET |
| HAWTHORN PHARMACEUTICALS | 63717057604 | DYTAN-D SUSPENSION |
| HOECHST ROUSSEL PHARMACEUTICALS DIV | 00039006005 | DIABETA 1.25MG TABLET |
| HOFFMANN LA ROCHE INC | 00004002828 | NAPROSYN 125 MG/5 ML SUSPEN |
| HOFFMANN LA ROCHE INC | 00004000822 | VALCYTE 450 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004005801 | KLONOPIN 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004006801 | KLONOPIN 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004009801 | KLONOPIN 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012101 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012111 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012114 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012801 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012811 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004014301 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014323 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014401 | ROCALTROL 0.5 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004016100 | FANSIDAR 500/25 TABLET |
| HOFFMANN LA ROCHE INC | 00004016201 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016211 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004018851 | VERSED 10 MG/5 ML SYRUP |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| HOFFMANN LA ROCHE INC | 00004017202 | LARIAM 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004018022 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018091 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018122 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018191 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018222 | CARDENE SR 60 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018301 | CARDENE 20 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004018401 | CARDENE 30 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004022001 | HIVID 0.375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004022101 | HIVID 0.750 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004023009 | KYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004024009 | KYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004024515 | INVIRASE 200 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004024549 | FORTOVASE 200 MG SOFTGEL CAP |
| HOFFMANN LA ROCHE INC | 00004025001 | VESANOID 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025852 | XENICAL 120 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025901 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025908 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004026043 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004026001 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026043 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026128 | CELLCEPT 200 MG/ML ORAL SUSP |
| HOFFMANN LA ROCHE INC | 00004026201 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026249 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026301 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026349 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026401 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026449 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026501 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026549 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026706 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026808 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026940 | CYTOVENE 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004027301 | TORADOL 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004027848 | CYTOVENE 500 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028857 | SORIATANE 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004029809 | CELLCEPT 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004050189 | ZENAPAX 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004080085 | TAMIFLU 75 MG GELCAP |
| HOFFMANN LA ROCHE INC | 00004081085 | TAMIFLU ORAL SUSPENSION |
| HOFFMANN LA ROCHE INC | 00004100328 | GANTRISIN PED 500 MG/5 ML SUS |
| HOFFMANN LA ROCHE INC | 00004110051 | XELODA 150 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004110116 | XELODA 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004194601 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004196201 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196202 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196301 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196302 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196401 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196402 | ROCEPHIN 1 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196404 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196408 | ROCEPHIN ADD-VANTAGE 1 GM VL |
| HOFFMANN LA ROCHE INC | 00004196501 | ROCEPHIN 2 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196502 | ROCEPHIN 2 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196505 | ROCEPHIN ADD-VANTAGE 2 GM VL |
| HOFFMANN LA ROCHE INC | 00004197101 | ROCEPHIN 10 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004197301 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197401 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197501 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004199906 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004199901 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004200008 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201109 | ROFERON-A 6MU UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201209 | ROFERON-A 36MM UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201507 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201509 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201607 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201609 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201707 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201709 | ROFERON-A 9MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004502001 | TASMAR 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004502101 | TASMAR 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004520201 | ANAPROX 275 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004531014 | NAPROSYN 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004531114 | NAPROSYN 375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004531301 | NAPROSYN 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004541801 | EC-NAPROSYN 375 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004541601 | EC-NAPROSYN 500 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004592506 | TORADOL IVIM 15 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004592606 | TORADOL IVIM 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004592709 | TORADOL 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004604003 | CYTOVENE 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004611500 | ROCALTROL 1 MCG/ML ORAL SOLN |
| HOFFMANN LA ROCHE INC | 00140000401 | VALIUM 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000501 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000514 | VALIUM 5 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| HOFFMANN LA ROCHE INC | 00140002601 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000614 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 63020009125 | SORIATANE 25 MG CAPSULE |
| HOLLISTER STIER LABORATORIES LLC | 65041994005 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994006 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994105 | WHITE-FACED HORNET VENOM VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994106 | WHITE-FACED HORNET VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994205 | YELLOW-HORNET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994305 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994306 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994405 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994406 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994505 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994506 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041059705 | PRE-PEN 0.25 MG AMPUL |
| HOSPIRA INC | 50419018801 | MAGNEVIST VIAL |
| HOSPIRA INC | 50419018816 | MAGNEVIST VIAL |
| JOHNSON & JOHNSON GROUP | 00045006555 | LEVAQUIN I.V. 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045006601 | LEVAQUIN I.V. MINIBAG |
| JOHNSON & JOHNSON GROUP | 00045006701 | LEVAQUIN 250 MG/50 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006801 | LEVAQUIN 500 MG/100 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006831 | LEVAQUIN 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045025301 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025303 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025346 | HALDOL DECANOATE 50 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025414 | HALDOL DECANOATE 100 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025446 | HALDOL DECANOATE 100 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025501 | HALDOL 5 MG/ML AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025549 | HALDOL 5 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045032550 | PARAFON FORTE DSC 500 MG CPT |
| JOHNSON & JOHNSON GROUP | 00045034150 | PANCREASE MT 4 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034260 | PANCREASE MT 10 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034360 | PANCREASE MT 16 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034650 | PANCREASE MT 20 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045041460 | TOLECTIN DS 400 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045041660 | TOLECTIN 600 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045050816 | TYLENOL W/CODEINE ELIXIR |
| JOHNSON & JOHNSON GROUP | 00045051380 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051370 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051372 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051373 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051380 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051560 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051570 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045052660 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045052679 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045063965 | TOPAMAX 25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064165 | TOPAMAX 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064265 | TOPAMAX 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064565 | TOPAMAX 25 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045064765 | TOPAMAX 15 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045065010 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065060 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065910 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065960 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065970 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068233 | VASCOR 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068333 | VASCOR 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045081015 | REGRANEX 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00045152010 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152050 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152510 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152550 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153010 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153050 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062007607 | RETIN-A 0.05% LIQUID |
| JOHNSON & JOHNSON GROUP | 00062016501 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016502 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017512 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017513 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018503 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018505 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018702 | RENOVA 0.02% CREAM |
| JOHNSON & JOHNSON GROUP | 00062019002 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062019003 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062020604 | GRIFULVIN V 125 MG/5 ML SUSP |
| JOHNSON & JOHNSON GROUP | 00062027501 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027523 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017542 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062017645 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062017644 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062017546 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062116501 | ERYCETTE 2% PLEDGETS |
| JOHNSON & JOHNSON GROUP | 00062133215 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062133220 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062154002 | FLOXIN 200 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| JOHNSON & JOHNSON GROUP | 00062154102 | FLOXIN 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154201 | FLOXIN 400 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062171415 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178115 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062177115 | ORTHO-NOVUM 10/11-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178115 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178122 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178615 | ORTHO-CEPT 28 DAY TABLET |
| JOHNSON & JOHNSON GROUP | 00062190115 | ORTHO-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062190315 | ORTHO TRI-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062535001 | TERAZOL 7 CREAM |
| JOHNSON & JOHNSON GROUP | 00062538101 | TERAZOL 3 88 MG SUPPOSITORY |
| JOHNSON & JOHNSON GROUP | 00062538601 | TERAZOL 3 CREAM |
| JOHNSON & JOHNSON GROUP | 00062543401 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543402 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543403 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543701 | MONISTAT 3 200 MG VAG SUPP |
| JOHNSON & JOHNSON GROUP | 00062546001 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062546002 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062546003 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00101133207 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101133227 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101171427 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101178104 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101178107 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101178127 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 17314283603 | TESTODERM 8 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460603 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460903 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314920601 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920007 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920003 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920104 | DITROPAN 5 MG/5 ML SYRUP |
| JOHNSON & JOHNSON GROUP | 17314922001 | URISPAS 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314930001 | ELMIRON 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 17314932001 | POLYCITRA-K CRYSTALS PACKET |
| JOHNSON & JOHNSON GROUP | 17314932101 | POLYCITRA-K SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314932201 | POLYCITRA SYRUP |
| JOHNSON & JOHNSON GROUP | 17314932301 | POLYCITRA-LC SOLUTION S/F |
| JOHNSON & JOHNSON GROUP | 17314933001 | BICITRA SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314940001 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940002 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940003 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 50458003305 | DURAGESIC 25 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003405 | DURAGESIC 50 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003505 | DURAGESIC 75 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003605 | DURAGESIC 100 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458022010 | NIZORAL 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458022115 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022130 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022160 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022304 | NIZORAL 2% SHAMPOO |
| JOHNSON & JOHNSON GROUP | 50458027036 | ERGAMISOL 50MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029004 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029028 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029515 | SPORANOX 10 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 250 MG KIT |
| JOHNSON & JOHNSON GROUP | 50458030001 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030006 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030050 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030104 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030150 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030206 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030250 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030503 | RISPERDAL 1 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458032001 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032006 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032050 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033001 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033006 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033030 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035001 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035006 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039060 | REMINYL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039160 | REMINYL 8 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039260 | REMINYL 12 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039910 | REMINYL 4 MG/ML ORAL SOL |
| JOHNSON & JOHNSON GROUP | 59676010101 | ORTHOCLONE OKT-3 5 MG/5 ML |
| JOHNSON & JOHNSON GROUP | 59676020101 | LEUSTATIN 1 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676022001 | PROCRIT 20,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676034001 | PROCRIT 40,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 62856024330 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024341 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024390 | ACIPHEX 20 MG TABLET EC |

Privileged and Confidential Information
Page 12

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| KOS PHARMACEUTICALS INC | 60598000101 | NIASPAN 500 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000201 | NIASPAN 750 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000301 | NIASPAN 1,000 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000890 | ADVICOR 500 MG/20 MG TABLET |
| KOS PHARMACEUTICALS INC | 60598000890 | ADVICOR 1,000 MG/20 MG TABLET |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051301 | ALLFEN 1,000 MG TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051401 | MAXIFED-G TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052001 | MAXIFED 700/80 TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052101 | ALLFEN-DM TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052501 | MAXIFED DM TABLET SA |
| MEDICIS DERMATOLOGICS INC | 99207001960 | A/T/S 2% TOPICAL SOLUTION |
| MERCK AND CO INC | 00006001828 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001831 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001558 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001928 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001959 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001972 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001982 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001986 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001987 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001994 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006010626 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010631 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010658 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010672 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010682 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010687 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010694 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006014031 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014058 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014231 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014268 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014531 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006014558 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006020728 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020731 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020758 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020772 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020782 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020787 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020794 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006023768 | PRINIVIL 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005110 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005111 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005150 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005210 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005211 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005250 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005270 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030005305 | DIABETA 1.25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006011 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00030006013 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006050 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006070 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006505 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006690 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006710 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006750 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006770 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039007810 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039007811 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039022110 | AMARYL 1 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022210 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022211 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022310 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022311 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068000701 | NORPRAMIN 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001101 | NORPRAMIN 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001503 | NORPRAMIN 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001901 | NORPRAMIN 75 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002001 | NORPRAMIN 100 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002150 | NORPRAMIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068003701 | CANTIL 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068022630 | CLOMID 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068027781 | HIPREX 1 GM TABLET |
| MERRELL PHARMACEUTICALS INC | 00068030830 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068030860 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068030861 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068030960 | RIFAMATE CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068051090 | RIFADIN 150 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068059701 | RIFADIN IV 600 MG VIAL |
| MERRELL PHARMACEUTICALS INC | 00068068751 | TENUATE 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068069661 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068069662 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00075060037 | AZMACORT INHALER |
| MERRELL PHARMACEUTICALS INC | 00075060543 | NASACORT NASAL INHALER |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| MERRELL PHARMACEUTICALS INC | 00075150616 | NASACORT AQ NASAL SPRAY |
| MERRELL PHARMACEUTICALS INC | 00008057641 | RIFATER TABLET |
| MERRELL PHARMACEUTICALS INC | 00008109047 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00008109049 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00008109055 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00008110647 | ALLEGRA 30 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008110747 | ALLEGRA 60 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008110847 | ALLEGRA 180 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008111114 | NILANDRON 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008120632 | ANZEMET 20 MG/ML VIAL |
| MERRELL PHARMACEUTICALS INC | 00008210003 | PRIFTIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008216638 | ARAVA 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00008216150 | ARAVA 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00585067302 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 00585063303 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 60792001114 | INTAL INHALER |
| MONARCH PHARMACEUTICALS INC | 61570092563 | PREFEST TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026003801 | LOPRESSOR HCT 50/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026005101 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026005110 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026006301 | LOPRESSOR HCT 100/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026005801 | VOLTAREN 25MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026007101 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026007110 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026007161 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026007301 | LOPRESSOR HCT 100/50 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026016801 | LAMPRENE 50 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00026015101 | CATAFLAM 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00026016201 | VOLTAREN 50MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026016401 | VOLTAREN 75MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026020601 | VOLTAREN-XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00026025801 | VOLTAREN 25 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026026201 | VOLTAREN 50 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026026401 | VOLTAREN 75 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00026420133 | LOPRESSOR 1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078001705 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078001715 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078003302 | CAFERGOT SUPPOSITORY |
| NOVARTIS PHARMACEUTICALS CORP | 00078005303 | METHERGINE 0.2 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078005405 | METHERGINE 0.2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078005808 | SANSERT 2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078010205 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010215 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010305 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010308 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010705 | FIORINAL/CODEINE #3 CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078012605 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012606 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012705 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012706 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017605 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017615 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017915 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078018003 | SANDOSTATIN 0.05 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018103 | SANDOSTATIN 0.1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018203 | SANDOSTATIN 0.5 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018325 | SANDOSTATIN 0.2 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018425 | SANDOSTATIN 1 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078023405 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023415 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078024915 | FEMARA 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078031199 | MIACALCIN 200 UNITS NASAL SPRA |
| NOVARTIS PHARMACEUTICALS CORP | 00078032306 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032344 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032406 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032444 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032506 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032544 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032606 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032644 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032705 | COMTAN 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078032882 | LAMISIL 1% SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078033184 | SIMULECT 20 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078033605 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033706 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033805 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033806 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033931 | EXELON 2 MG/ML ORAL SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078034342 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034345 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034442 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034445 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034542 | VIVELLE-DOT 0.075 MG PATCH |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| NOVARTIS PHARMACEUTICALS CORP | 00078034646 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034642 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034645 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034751 | DESFERAL 2 GRAM VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078035084 | ZOMETA 4 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078035185 | STARLIX 60 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035205 | STARLIX 120 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035405 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078035415 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078035752 | TRILEPTAL 300 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00078037386 | GLEEVEC 100 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078037548 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037548 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037583 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037742 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037745 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037842 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037845 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078038005 | FOCALIN 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038105 | FOCALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038205 | FOCALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000330 | RITALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000730 | RITALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083001630 | RITALIN-SR 20 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083001978 | TEGRETOL 100 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00083002430 | CYTADREN 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002730 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002732 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002740 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083003430 | RITALIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005230 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005232 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005730 | LOTENSIN HCT 5/6.25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005930 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005932 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005990 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006030 | TEGRETOL XR 400 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006130 | TEGRETOL XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006230 | TEGRETOL XR 200 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006330 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006332 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006390 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007230 | LOTENSIN HCT 10/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007430 | LOTENSIN HCT 20/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007530 | LOTENSIN HCT 20/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007930 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007932 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007990 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009430 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009432 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009490 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083225330 | LOTREL 2.5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226030 | LOTREL 5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226530 | LOTREL 5/20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083231008 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083231062 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232008 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232062 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232508 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232562 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232708 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232762 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083280104 | DESFERAL MESYLATE 500 MG VL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008181 | PRANDIN 0.5 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008281 | PRANDIN 1 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008481 | PRANDIN 2 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169750111 | NOVOLOG 100 UNITS/ML VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169176511 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169177011 | NORDITROPIN 15 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169177411 | NORDITROPIN 4 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169177812 | NORDITROPIN 8 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849611158 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849650081 | NOVOLOG 100 UNITS/ML VIAL |
| ODYSSEY PHARMACEUTICALS INC | 65473066701 | URECHOLINE 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070001 | URECHOLINE 50 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070101 | VIVACTIL 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070201 | VIVACTIL 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070301 | URECHOLINE 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070401 | URECHOLINE 25 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473071801 | SURMONTIL 25 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473071901 | SURMONTIL 50 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473072001 | SURMONTIL 100 MG CAPSULE |
| ORGANON USA INC | 00052010530 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010590 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010730 | REMERON 30 MG TABLET |
| ORGANON USA INC | 00052010790 | REMERON 30 MG TABLET |

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ORGANON USA INC | 00052010930 | REMERON 45 MG TABLET |
| ORGANON USA INC | 00052026106 | DESOGEN 28 DAY TABLET |
| ORGANON USA INC | 00052028106 | MIRCETTE 28 DAY TABLET |
| ORGANON USA INC | 00042044115 | NORCURON 10 MG VIAL |
| ORGANON USA INC | 00052045015 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00052045018 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00052073110 | CORTROSYN 0.25 MG VIAL |
| OVATION PHARMACEUTICALS INC | 00024225304 | WINSTROL 2 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67346080102 | MEBARAL 32 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67346080202 | MEBARAL 50 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67346080302 | MEBARAL 100 MG TABLET |
| PAN AMERICAN LABORATORIES INC | 00525042215 | PANCOF HC LIQUID |
| PAN AMERICAN LABORATORIES INC | 00525075915 | PANCOF XP LIQUID |
| PEDIAMED TM PHARMACEUTICALS INC | 68343003158 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 68343003185 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 68343003223 | VIRAVAN-T TABLET CHEWABLE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008109 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008124 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016109 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016124 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100131 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100151 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100155 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101131 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101155 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103131 | ALDACTAZIDE 50/50 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103133 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103134 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104131 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104134 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138131 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138134 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138151 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141134 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141180 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141190 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142134 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142160 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145120 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145134 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145180 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146131 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146134 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146160 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182131 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182180 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182151 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183131 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183160 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183165 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025194234 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025194250 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025195130 | FLAGYL ER 750 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201131 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201134 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202131 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202134 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273231 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273234 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273251 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274231 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274234 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274251 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275231 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275252 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025276231 | NORPACE 150 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000724 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000740 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015523 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015534 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015540 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071016523 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015540 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071018723 | LIPITOR 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015923 | LIPITOR 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022006 | ACCURETIC 20-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022306 | ACCURETIC 10-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071023206 | ACCURETIC 20-25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071023724 | ZARONTIN 250 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071027024 | NARDIL 15 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071038224 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071038232 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071038240 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071038524 | DILANTIN 30 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071041624 | NEURONTIN 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071042624 | NEURONTIN 800 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PFIZER LABORATORIES DIV PFIZER INC | 00071052524 | CELONTIN 300 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052723 | ACCUPRIL 6 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052740 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053023 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053040 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053223 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053240 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053523 | ACCUPRIL 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053724 | CELONTIN KAPSEAL 150 MG |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073120 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073730 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080324 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080340 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080624 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080640 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080824 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080840 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091345 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091348 | LOESTRIN FE 1/20 TABLEY |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091548 | LOESTRIN 21 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091648 | LOESTRIN 21 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091745 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091748 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092815 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092847 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071221420 | DILANTIN 125 MG/5 ML SUSP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071241923 | ZAROXTIN 250 MG/5 ML SYRUP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071400705 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071400810 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071426903 | BENADRYL 50 MG/ML AMPUL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425913 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425945 | BENADRYL 50 MG/ML SYRINGE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071440210 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054414 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054423 | FEMHRT 1/5 TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000705 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000805 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000886 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000887 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000905 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000987 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003005 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003066 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003105 | DANTRIUM 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003305 | DANTRIUM 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040560 | DIDRONEL 200 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040660 | DIDRONEL 400 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047601 | ACTONEL 30 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047101 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047103 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149075001 | MACROBID 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073402 | DANTRIUM 20 MG VIAL |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149075202 | ASACOL 400 MG TABLET EC |
| PROMETHEUS LABORATORIES INC | 00700059871 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483030110 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030911 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030150 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030210 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030222 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030250 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030310 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030333 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030350 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483049514 | HELIDAC THERAPY |
| PROMETHEUS LABORATORIES INC | 65483050101 | IMURAN 50 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483059010 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099110 | ZYLOPRIM 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099310 | ZYLOPRIM 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483059350 | ZYLOPRIM 300 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050050 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050080 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050580 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050680 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034061080 | TRILISATE 1,000 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034540006 | CERUMENEX 10% EAR DROPS |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034540012 | CERUMENEX 10% EAR DROPS |
| RECKITT BENCKISER HEALTHCARE UK LIMITED | 12496075701 | BUPRENEX 0.3 MG/ML AMPUL |
| RELIANT PHARMACEUTICALS INC | 65726022615 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022625 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022715 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022725 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726023510 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023525 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023610 | DYNACIRC CR 10 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023625 | DYNACIRC CR 10 MG TABLET SA |
| ROXANE LABORATORIES INC | 00054474825 | TORECAN 10 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SANOFI SYNTHELABO INC | 00024008401 | ARALEN PHOSPHATE 500 MG TAB |
| SANOFI SYNTHELABO INC | 00024026018 | BRONCHOLATE SYRUP |
| SANOFI SYNTHELABO INC | 00024030306 | DANOCRINE 50 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030406 | DANOCRINE 100 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030506 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030560 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024033206 | DEMEROL 50 MG/5 ML SYRUP |
| SANOFI SYNTHELABO INC | 00024033504 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033508 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033704 | DEMEROL 100 MG TABLET |
| SANOFI SYNTHELABO INC | 00024039202 | DRISDOL 50,000 UNITS CAPSULE |
| SANOFI SYNTHELABO INC | 00024079202 | HYTAKEROL 0.125 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024078375 | ELIGARD 7.5 MG SYRINGE |
| SANOFI SYNTHELABO INC | 00024128704 | MYTELASE 10 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024132203 | NEOGRAM 500 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024135801 | NEO-SYNEPHRINE 2.5% EYE DRP |
| SANOFI SYNTHELABO INC | 00024136001 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024136201 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024158906 | PEDIACOF LIQUID |
| SANOFI SYNTHELABO INC | 00024163502 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024163506 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024163508 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024159210 | PLAQUENIL 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024159801 | PRIMAQUINE 26.3 MG TABLET |
| SANOFI SYNTHELABO INC | 00024180018 | SKELID 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024193704 | TALACEN CAPLET |
| SANOFI SYNTHELABO INC | 00024195104 | TALWIN NX TABLET |
| SANOFI SYNTHELABO INC | 00024540131 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024540134 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542131 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542134 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 08024072412 | HYALGAN 10 MG/ML VIAL |
| SANOFI SYNTHELABO INC | 08024072420 | HYALGAN 10 MG/ML SYRINGE |
| SCHERING CORP | 00085000904 | GARAMYCIN 40 MG/ML VIAL |
| SCHERING CORP | 00085037001 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085037002 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085045803 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045804 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045805 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045806 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085051701 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085051704 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085052503 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052805 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052806 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085053901 | INTRON A 50 MILLION UNITS VIAL |
| SCHERING CORP | 00085056505 | CELESTONE SOLUSPAN 6 MG/ML |
| SCHERING CORP | 00085056701 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085056702 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085057102 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085057602 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085057805 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085061402 | PROVENTIL 90 MCG INHALER |
| SCHERING CORP | 00085063401 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063403 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063501 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063504 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063505 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085073604 | VANCERIL INHALER |
| SCHERING CORP | 00085080901 | LOTRISONE LOTION |
| SCHERING CORP | 00085085401 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085085402 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085092401 | LOTRISONE CREAM |
| SCHERING CORP | 00085092402 | LOTRISONE CREAM |
| SCHERING CORP | 00085094206 | CELESTONE 0.6 MG/5 ML SYRUP |
| SCHERING CORP | 00085096201 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085096202 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085111001 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085112802 | CLARITIN 10 MG REDITABS |
| SCHERING CORP | 00085113201 | PROVENTIL HFA 90 MCG INHALER |
| SCHERING CORP | 00085113301 | INTRON A 18MM UNITS/ML VIAL |
| SCHERING CORP | 00085116801 | INTRON A 6MM UNITS/ML VIAL |
| SCHERING CORP | 00085117902 | INTRON A 10MM UNITS/ML KIT |
| SCHERING CORP | 00085119403 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085119701 | NASONEX 50 MCG NASAL SPRAY |
| SCHERING CORP | 00085122301 | CLARITIN 10 MG/10 ML SYRUP |
| SCHERING CORP | 00085123301 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123302 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123501 | INTRON A 5MM UNITS INJECT PEN |
| SCHERING CORP | 00085124201 | INTRON A 5MM UNITS INJECT PEN |
| SCHERING CORP | 00085124401 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124402 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124801 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085124802 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085125201 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085125202 | TEMODAR 250 MG CAPSULE |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SCHERING CORP | 00085125401 | INTRON A 10MM UNITS INJ PEN |
| SCHERING CORP | 00085125001 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085125002 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085126401 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126402 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126403 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126404 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085127901 | PEG-INTRON 150 MCG KIT |
| SCHERING CORP | 00085129101 | PEG-INTRON 80 MCG KIT |
| SCHERING CORP | 00085130401 | PEG-INTRON 120 MCG KIT |
| SCHERING CORP | 00085132704 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085133100 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085136601 | PEG-INTRON 50 MCG KIT |
| SCHERING CORP | 00085138507 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085140101 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085140201 | FORADIL AEROLIZER 12 MCG CAP |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015104 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015105 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015106 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030114 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030115 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030116 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045124 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045125 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045126 | ACTOS 45 MG TABLET |
| TAP PHARMACEUTICALS INC | 00300154111 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154119 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154130 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304611 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304613 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304619 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300730930 | PREVACID 15 MG SUSPENSION DR |
| TAP PHARMACEUTICALS INC | 00300731130 | PREVACID 30 MG SUSPENSION DR |
| US PHARMACEUTICAL CORP | 52747014060 | CENOGEN ULTRA CAPSULE |
| US PHARMACEUTICAL CORP | 52747030630 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030070 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030830 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747030870 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747060060 | HEMOCYTE PLUS CAPSULE |
| VOLUNTARY HOSPS AMERICA INC | 00319030081 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00319030084 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00319030065 | DIPRIVAN 10 MG/ML VIAL |
| WARNER CHILCOTT INC | 00087078448 | DURICEF 500 MG CAPSULE |
| WARNER CHILCOTT INC | 00430002324 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002330 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002424 | ESTRACE 2 MG TABLET |
| WARNER CHILCOTT INC | 00430016824 | MANDELAMINE 500 MG TABLET |
| WARNER CHILCOTT INC | 00430018124 | PYRIDIUM 200 MG TABLET |
| WARNER CHILCOTT INC | 00430018218 | PYRIDIUM PLUS TABLET |
| WARNER CHILCOTT INC | 00430022840 | NATAFORT TABLET |
| WARNER CHILCOTT INC | 00430022723 | NATACHEW TABLET CHEW |
| WARNER CHILCOTT INC | 00430058214 | OVCON-35 28 TABLET |
| WARNER CHILCOTT INC | 00430068514 | OVCON-50 28 TABLET |
| WARNER CHILCOTT INC | 00430069624 | ERYC 250 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083620 | DORYX 75 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083619 | DORYX 100 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430278217 | DURICEF 250 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430278317 | DURICEF 500 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430375411 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430375414 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430820140 | FEMRING 0.05 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00430820240 | FEMRING 0.10 MG VAGINAL RING |
| WATSON LABORATORIES INC | 00075025000 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025100 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025200 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544026526 | NORINYL 1+50-28 TABLET |
| WATSON LABORATORIES INC | 52544027428 | TRI-NORINYL 28 TABLET |
| WATSON LABORATORIES INC | 52544045201 | DILACOR XR 120 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544045300 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544045305 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544045401 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544045405 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544053801 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544053805 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544062201 | MICROZIDE 12.5 MG CAPSULE |
| WATSON LABORATORIES INC | 52544073201 | DILACOR XR 120MG CAPSULE EA |
| WATSON LABORATORIES INC | 52544073301 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073401 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544089001 | ACTIGALL 300 MG CAPSULE |
| WATSON LABORATORIES INC | 58515024104 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 58515001460 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 58515003515 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 58515003530 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 58515003560 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 58515010101 | CONDYLOX 0.5% TOPICAL SOLN |
| WATSON LABORATORIES INC | 58515010201 | CONDYLOX 0.5% GEL |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| WATSON LABORATORIES INC | 5551 5026904 | MONODOX 100 MG CAPSULE |
| WATSON LABORATORIES INC | 5551 5026006 | MONODOX 50 MG CAPSULE |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2028006 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2028012 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2116006 | DOVONEX 0.005% SOLUTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2140015 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2140050 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2145015 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2145050 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2254006 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0002 2254012 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2576801 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2571208 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2571214 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2571401 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2573028 | LAC-HYDRIN 12% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007 2573038 | LAC-HYDRIN 12% CREAM |
| WOMEN FIRST HEALTHCARE INC | 5424 8000410 | BACTRIM 400-80 MG TABLET |
| WOMEN FIRST HEALTHCARE INC | 5424 8011710 | BACTRIM DS TABLET |
| WOMEN FIRST HEALTHCARE INC | 5424 8015030 | VANIQA 13.9% CREAM |
| XCEL PHARMACEUTICALS | 5649 0024598 | MIGRANAL 4 MG/ML NASAL SPRAY |
| ZYBER PHARMACEUTICAL INC | 6522 0017516 | PEDIATEX LIQUID |
| ZYBER PHARMACEUTICAL INC | 6522 0045716 | PEDIATEX-D LIQUID |
| ZYBER PHARMACEUTICAL INC | 6522 0065001 | ALDEX TABLET |

Privileged and Confidential Information
Page 20

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND,
ET. AL,
V.

**SUBPOENA IN A CIVIL CASE**

FIRST DATABANK, INC., AND MCKESSON CORPORATION

Case Number:[1] 1:05-CV-11148-PBS
DISTRICT OF MASSACHUSETTS

TO: General Prescription Programs, Inc.
61 Freeman Street, 5th Floor
Newark, NJ 07105

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME<br>August 16, 2006, 9:30 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit B.

| PLACE<br>Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME<br>August 8, 2006, 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Defendant McKesson Corporation | DATE<br>July 24, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1]If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|------|-------|
| SERVED: | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | Civil Action: 1:05-CV-11148-PBS Judge Patti B. Saris |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, and the subpoena attached hereto, McKesson Corporation, by its attorneys, will take the deposition of General Prescription Programs, Inc., by the person or persons who are knowledgeable concerning the matters set forth in Exhibit A attached hereto. Such deposition will be taken on August 16, 2006, beginning at 9:30 a.m., at Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104. The deposition will be taken before an officer authorized to administer oaths, be recorded by a stenographer, and may be videotaped, and may provide for LiveNote access, and will continue from day to day, Saturday, Sundays and holidays excepted, until completed.

McKesson reserves the right to take subsequent depositions, not just on all material issues, but also on those issues raised by any documents produced after the date of this Notice.

PLEASE TAKE FURTHER NOTICE THAT General Prescription Programs, Inc. is also requested to produce the documents set forth in Exhibit B on August 8, 2006.

Dated July 24, 2006

MELVIN R. GOLDMAN
LORI A. SCHECHTER
PAUL FLUM
TIFFANY CHEUNG
MORRISON & FOERSTER LLP


By: _____
        Tiffany Cheung

Attorneys for Defendant
MCKESSON CORPORATION

2

## DEFINITIONS

The terms used in these requests, whether or not capitalized, are defined as follows:

1.    "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.    "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by several pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book") and Medi-Span's Master Drug Database ("Medi-span"). The term "AWP" includes the "Blue Book AWP" published by First Databank.

3.    "Beneficiary" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

4.    "Benefit Consultant" means any person and/or entity that provides information, counsel and/or advice to any Fund regarding any hospital, medical or prescription drug benefit and/or service provided by any Fund to any Participant or Beneficiary.

5.    "Clients" means union benefit funds, employers, health plans, Third Party Payors, or other entities or individuals to which You provide services or data pertaining to drugs for a fee or other remuneration.

6.    "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

7.    "Complaint" means the Class Action Complaint filed in connection with Civil Action No. 05-CV-11148-PBS in the United States District Court for the District of Massachusetts.

8.    "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting. A request for all documents "concerning" a subject extends to each document making a statement about, mentioning, referring to, discussing, analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing, dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in part.

9.    "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means or process.

10.    "Document" means Electronic Data and all written, typed, printed, photocopied, photographed, or recorded matter of any kind, including but not limited to all originals, masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements, catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any other means), computer-generated information, computer software, information stored or recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or

data compilation from which information can be obtained or translated), interoffice communications, interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001, and all other graphic materials, writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

      11.    "Drug Company" or "Drug Companies" means a company that manufactures pharmaceutical products, including without limitation, Identified Drugs.

      12.    "Electronic Data" means all information of all kinds maintained by electronic data processing systems and includes all non-identical copies of such information. Electronic Data includes, but is not limited to, electronic spreadsheets, databases with all records and fields and structural information (including Lotus Notes Discussion Databases and other online dialogs), charts, graphs and outlines, arrays of information and all other information used or produced by any software. Further, Electronic Data includes any computer program (whether proprietary or commercial), programming notes or instructions, or any other software program or utility needed to access or use such Electronic Data as they are accessed or used by You in the usual course of business.

      13.    "Fund" or "Funds" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

Welfare Fund, and any other health and welfare fund or trust that provides prescription drug benefits, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

14.    "Government Investigation" refers to any ongoing or closed investigation or inquiry conducted by Congress, a committee or sub-committee of Congress (including but not limited to, the Consumer, Energy and/or Ways and Means Committees), the United States Department of Justice, the United States General Accounting Office, the Federal Trade Commission, the Office of the United States Inspector General, the United States Department of Health and Human Services, or any other federal, state, or local governmental entity, and includes but is not limited to instances in which such entities have served or sent You Civil Investigative Demands, subpoenas, document requests, or other requests.

15.    "Identified Drugs" shall refer to any one or more of the drugs listed in Appendix A to the Complaint and attached hereto.

16.    "MDL Litigation" means the litigation bearing the caption, *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, pending in the United States District Court for the District of Massachusetts.

17.    "Meeting" means any discussion between two or more persons either in person, telephonically, or by video conference.

18.    "Named Plaintiff" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health &

Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and Welfare Fund, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

19.    "Participant" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

20.    "Person" as defined in Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

21.    "Pharmacy Benefit Manager" or "PBM" means any entity that provides services relating to prescription drug benefits offered by any Third Party Payor to any Participant and/or Beneficiary.

22.    "Price" means any payment made for a drug with or without discounts, Rebates or other incentives affecting the cost of the drug.

23.    "Publication" means a publication identified in Health Care Financing Administration Program Memorandum AB-99-63 and includes First DataBank, Red Book, Blue Book, and Medi-span.

24.    "Publisher" or "Publishers" refers to any pharmaceutical price publishing service, including but not limited to the First DataBank, Red Book, Blue Book and Medi-Span publishing services.

25.    "Rebates" include access rebates for the placement of products on a formulary, rebates based upon the sales volumes for drugs, and market share rebates for garnering higher

7

market share than established targets, and include rebates received by You or any PBM with whom You have a contractual relationship.

26.    "Relevant Time Period" means the period from January 1, 1997 to the date of production, inclusive.

27.    "Retailer" means any entity, including a retail pharmacy that resells drugs to consumers.

28.    "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to Participants and Beneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to Participants and Beneficiaries.

29.    "This Litigation" means the litigation pending in the United States District Court for the District of Massachusetts bearing the docket number 1:05-CV-11148-PBS.

30.    "WAC" or "Wholesale Acquisition Cost" means the actual selling price that a Drug Company charges to a Wholesaler, before discounts.

31.    "Twenty Largest And Twenty Smallest Third Party Payors" means for the Twenty Largest, the twenty Third Party Payors that provided the most revenue to You over the Relevant Time Period, and the Twenty Smallest means the twenty Third Party Payors who provided the least revenue to You, in aggregate, during the Relevant Time Period.

32.    "Wholesaler" means any entity that purchases drugs from a Drug Company and resells such drugs to any other entity, including Retailers.

33.    "You" or "Your" shall refer to General Prescription Programs, Inc. and any of General Prescription Programs, Inc.'s predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or agents, including but not limited to, attorneys and accountants.

## INSTRUCTIONS

1.    Unless otherwise specifically stated, the requests below refer to the period from January 1, 1997, to the date of production, inclusive.

2.    The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

3.    "All" and "each" shall be construed as meaning either all or each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

4.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

5.    Each request for production of documents extends to all documents in the possession, custody, or control of You or anyone acting on Your behalf. A document is to be deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the physical custody of any other person and You (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any term; (c) have an understanding, express or implied, that You may use, inspect, examine,

9

or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

6.    If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

7.    Provide the following information for each document withheld on the grounds of privilege:

      (a)    its date;

      (b)    its title;

      (c)    its author(s);

      (d)    its recipient(s);

      (e)    the specific privilege under which it is withheld;

      (f)    its general subject matter; and

      (g)    a description of it that You contend is adequate to support Your contention that it is privileged.

8.    Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

9.    Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

      (a)    its date;

10

    (b)    its title;

    (c)    its author(s);

    (d)    its recipient(s);

    (e)    the specific privilege under which it is withheld;

    (f)    its general subject matter; and

    (g)    a description of it that You contend is adequate to support Your contention that it is privileged.

10.    To the extent that You consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of each request to which You object and each ground for each objection. If there is any question as to the meaning of any part of these Requests, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of these Requests as written.

11.    Documents produced in response to these Requests should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

12.    You may produce legible, complete, and exact copies of original documents responsive to these Requests, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

13.    These Requests cover all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other

persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

14.    If any Request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

12

## EXHIBIT A

## DEPOSITION TOPICS

1.      Your negotiations and contracts with Third Party Payors and Clients for pharmacy benefit management services, including the sharing of rebates from manufacturers, the duration of such contracts, termination provisions, guarantees, references to AWP, and terms and conditions included in addendums and related provider manuals.

2.      Your negotiations and contracts with Retailers, including drug pricing terms and metrics (e.g., AWP, usual & customary), the manner in which those metrics are defined or arrived at (including the factors or other information used, relied on or considered by You in connection with, or arriving at, reimbursements and payments to Retailers), the terms pertaining to Third Party Payors' or Clients' payment for drugs provided under such contracts, the duration of such contracts, and the termination provisions in such contracts.

3.      Your knowledge, understanding or expectation regarding (a) the use and significance of AWP, manufacturer suggested wholesale prices, WAC, or other information published or provided by First DataBank and other Publishers, (b) the trends in these metrics; (c) the ratio or spread between actual acquisition costs of Retailers and published AWPs, or between WAC and published AWPs; (c) changes in AWPs or in WAC to AWP ratios, including discussions with manufacturer, Retailers, Third Party Payor and Clients, or Publishers regarding such changes.

4.      The operation and management of Retailers, including the management and operations of pharmacy networks.

5.      Representations or other statements by or attributed to Publishers concerning how any Publisher compiles, develops or arrives at AWPs, WACs or other information published or made available by the Publisher.

6.      Your corporate structure, organizations, employees and operations.

7.      Your search for and production of documents in response to the document requests set forth in Exhibit B of this subpoena.

## EXHIBIT B

## DOCUMENTS TO BE PRODUCED

### Regarding Related Litigation or Investigations

1.    Respecting the MDL Litigation, all documents produced or made available to other parties, including, without limitation, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition videos, and deposition exhibits; all non-public pleadings; and all transcripts of hearings before a Judge or Magistrate.

2.    Respecting any legal proceeding, mediation, arbitration, court hearing, legislative hearing, or Government Investigation or inquiry concerning FDB or any other Publisher, the use of AWP or reimbursement of drugs purchased by consumers, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition exhibits and statements filed, served, produced, prepared or taken in connection therewith; all documents concerning your contracts or negotiations with Retailers, reimbursements to Retailers for the dispensing of Identified Drugs, your relationships with Third Party Payors, or your contracts or negotiations with Drug Companies for Rebates, discounts or other consideration or remuneration.

### Regarding Publishers

3.    All documents concerning communications between You and any Publisher concerning the AWP for, the WAC-AWP spread for or, proposed wholesale price or the actual or proposed acquisition cost of, Identified Drugs or any other prescription drug.

4.    All contracts and agreements with any Publisher.

15

5.    All documents concerning use of a specific Publisher's AWP or other price data in contracts with Retailers, Third Party Payors and Clients, Manufacturers, or with any other person.

6.    All documents to or from any Publisher concerning Identified Drugs, AWP, a Drug Company's suggested wholesale prices, or Wholesaler markups.

7.    All documents and communications concerning any representation or other statement by or attributed to First DataBank, Redbook or any other Publisher concerning its business, including, without limitation, its publication of AWPs, information contained in its data fields, how it derived information for its database, how it determined AWPs, its research of wholesalers, its research of PBMs, or its conduct of surveys.

8.    All documents or communications concerning increases, decreases or other changes in AWPs, including any increase or change in the WAC-AWP spread, in data published by First DataBank, including, without limitation, complaints or other reactions to such changes by Drug Companies, Wholesalers, PBMs (including You), Retailers, Third Party Payors, or Your Clients.

9.    All documents concerning the use of AWPs published by First DataBank, or by any other Publisher, as a basis, benchmark or metric for reimbursement.

10.    All documents comparing AWPs or WAC-AWP spreads published by First DataBank, with

a.    AWPs or WAC-AWP spreads published by other Publishers, or with

b.    wholesale prices suggested by Drug Companies.

11.    All documents concerning the accuracy of the AWPs published by, or of representations made by, First DataBank.

### Regarding Third Party Payors

12.  All documents concerning communications between You and any Third Party Payor concerning the AWP for, the WAC-AWP spread for, or the actual or potential acquisition cost of, Identified Drugs.

13.  All contracts and agreements by You with the Twenty Largest and Twenty Smallest Third Party Payors that concern:

      a.  AWP, WAC, or the actual or potential acquisition cost of, Identified Drugs;

      b.  Rebates, discounts or other consideration received by You from Drug Companies;

      c.  Services you provide to Third Party Payors; or

      d.  Reimbursement for dispensing of prescription drugs

14.  All documents concerning Your strategy, reasoning, or methodology in setting amounts Your Clients or Third Party Payors pay You, or You pay to Retailers, for drugs or for dispensing or administrative services, including, without limitation, documents showing the factors or other information You have relied on or considered in arriving at payment terms.

15.  All documents concerning the effect or potential effect of an actual or possible increase, decrease or other change in the WAC-AWP spread or in published AWPs, including, without limitation, the effect such a change would or may have on You or any of Your Clients.

16.  All communications between TPPs and PBMs concerning higher drug prices, higher AWPs, or higher AWP/WAC markups.

17.  All advertising, marketing, and sales materials, responses to requests for proposals or other documents describing the services You (or other PBMs) offer or make available to Clients and the value of those services, including, without limitations, documents concerning the savings You (or other PBMs) have secured for Clients.

17

18.    All documents concerning Your decision to list or de-list Identified Drugs or any other prescription drug on a formulary.

19.    All documents concerning Your relationship with the Named Plaintiffs, including without limitation:

    a.  All documents concerning communications with the Named Plaintiffs;

    b.  All contracts or agreements with the Named Plaintiffs;

    c.  All requests for proposals and responses thereto involving the Named Plaintiffs;

    d.  All reports, summaries or compilations provided to or received from the Named Plaintiffs;

    c.  All documents concerning the amount charged or to be charged the Named Plaintiffs for prescription drugs;

    d.  All documents concerning reimbursement of Named Plaintiffs for prescription drug expenditures made on behalf of Participants or Beneficiaries;

    e.  All documents concerning reimbursements paid by Named Plaintiffs to Retailers for the dispensing of Identified Drugs; and,

    f.  All documents concerning communications with a Benefit Consultant concerning a Named Plaintiff, including, without limitation, all documents concerning requests for proposals or responses thereto and

20.    All documents concerning the use of AWP as a basis or benchmark for reimbursement of PBMs or Retailers.

**Regarding Retailers**

21.    All documents containing or concerning contracts or agreements You negotiated with Retailers for reimbursement for prescription drugs.

22.     All documents concerning Your strategy, factors considered, reasoning, or methodology in setting reimbursement to Retailers for Identified Drugs or for dispensing or administrative services including, without limitation, documents showing the factors or other information You have relied on or considered, and all documents containing calculations or computations used, relied on or considered by You, in connection therewith.

23.     All documents concerning the impact of changes in published AWPs or WAC-AWP spreads on contracts or negotiations with Retailers, or reimbursement rates paid to Retailers.

24.     All documents concerning negotiations with Retailers regarding network membership, including without limitations, all documents concerning discussion or documentation of denying, terminating or revoking network membership for any reason.

25.     All documents concerning the percentage discount from AWP contained in, or considered for, contracts with Retailers.

### Regarding Drug Companies

26.     All documents concerning price offsets, discounts, Rebates, or off-invoice incentive payments or other considerations paid or made by Drug Companies to You or other PBMs for Identified Drugs.

27.     All documents concerning the impact or effect of changes in published AWPs or WAC-AWP spreads on any actual or potential Rebates, discounts, or any other consideration or price terms between You and Your Clients or a Drug Company.

28.     All documents concerning Drug Company reactions to, or communications regarding, any increased AWP or AWP/WAC spread, including any correspondence from a Drug

19

Company regarding changes in AWP that were not recommended or proposed by a Drug Company.

29.    All documents reflecting the description or identification of any Drug Company as having a suggested, proposed, or stated wholesale markup, including but not limited to a 20% or a 25% markup or spread between WAC and AWP.

30.    All documents concerning the use of an AWP suggested by a Drug Company.

**Regarding AWP**

31.    All documents concerning Your use of AWP as a pricing term, benchmark or metric in any contracts with or among Retailers, Third Party Payors, Clients or Drug Companies.

32.    All documents concerning AWP, including but not limited to:

a.   All documents concerning the WAC-AWP spread or markup;

b.   All documents concerning the spread or markup between pharmacy acquisition cost and AWP;

c.   Any reports, summaries or compilations provided to Third Party Payors or Clients containing information about changes in industry pricing or practices;

d.   All internal reports analyzing the drug expenditures of Third Party Payors or Clients;

e.   All documents concerning reimbursement by You or your clients for Identified Drugs on the basis of published AWPs, including AWPs published by First Databank;

f.   All documents concerning the proposed or actual discontinuation of AWP as a basis, benchmark or metric for reimbursement; and

sf-2167526

g. All documents identifying or describing the source that You use for determining AWPs in your contracts; or discussing how AWP has been, or is currently, calculated or defined.

### Other Documents

33. All documents concerning Your expectations regarding (1) pharmacy acquisition costs; (2) the spread between such acquisition costs and AWP; or (3) the spread between WAC and AWP, for Identified Drugs.

34. For each Identified Drug, all transaction records maintained in a database or other electronic format showing all revenues, disbursements and quantities covered, including amounts paid by You for Identified Drugs sold by Retailers, amounts paid to You by Third Party Payors as Your Clients for the Identified Drugs, and any related Rebates, discounts, and administrative fees.

35. Documents sufficient to identify all Your departments and employees including, without limitation, Your organizational charts.

36. Documents sufficient to identify Your policy or practice of document retention, destruction, disposal, or preservation for each year during the Relevant Time Period.

37. Document describing each report, summary or compilation distributed by You or Your Third Party Payors or Clients concerning AWPs, WAC-AWP spreads, reimbursement of Retailers, payments to Third Party Payors, acquisition costs of Retailers, the MDL Litigation or this Lawsuit.

38. All documents concerning whether to use a discount from AWP (*e.g.*, AWP minus 12%) as a basis for reimbursement of Retailers.

21

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| 3M PHARMACEUTICALS | 00008020028 | METROGEL-VAGINAL 0.75% GEL |
| 3M PHARMACEUTICALS | 00008030510 | TAMBOCOR 50 MG TABLET |
| 3M PHARMACEUTICALS | 00008030710 | TAMBOCOR 100 MG TABLET |
| 3M PHARMACEUTICALS | 00008031410 | TAMBOCOR 150 MG TABLET |
| 3M PHARMACEUTICALS | 00008051006 | CAL DISOD VERSENAT 200 MG/ML |
| 3M PHARMACEUTICALS | 00008054006 | NORFLEX 30 MG/ML AMPUL |
| 3M PHARMACEUTICALS | 00008061012 | ALDARA 5% CREAM |
| 3M PHARMACEUTICALS | 00008081621 | MAXAIR AUTOHALER 0.2 MG AERO |
| AAIPHARMA LLC | 00002035102 | DARVOCET-N 50 TABLET |
| AAIPHARMA LLC | 00002035333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 00002036302 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036303 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036333 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002060303 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002060333 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002311102 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00002311103 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00028207201 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028207210 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00028210501 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00028210510 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00028750701 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 00054023301 | DURACLON 0.1 MG/ML VIAL |
| AAIPHARMA LLC | 00054023401 | DURACLON 500 MCG/ML VIAL |
| AAIPHARMA LLC | 66591023921 | AQUASOL A 50,000 UNITS/ML VIAL |
| AAIPHARMA LLC | 66591043411 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 66591062241 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 66591063141 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 66591063151 | DARVON-N 100 MG TABLET |
| ABBOTT LABORATORIES | 00597002001 | MOBIC 7.5 MG TABLET |
| ABBOTT LABORATORIES | 00597003001 | MOBIC 15 MG TABLET |
| ABBOTT LABORATORIES | 00597003028 | MICARDIS 20 MG TABLET |
| ABBOTT LABORATORIES | 00597004028 | MICARDIS 40 MG TABLET |
| ABBOTT LABORATORIES | 00597004128 | MICARDIS 80 MG TABLET |
| ABBOTT LABORATORIES | 00597004328 | MICARDIS HCT 40/12.5 MG TAB |
| ABBOTT LABORATORIES | 00597004428 | MICARDIS HCT 80/12.5 MG TAB |
| AGOURON PHARMACEUTICALS INC | 63010001630 | VIRACEPT 250 MG TABLET |
| AGOURON PHARMACEUTICALS INC | 63010001190 | VIRACEPT POWDER |
| AMGEN INC | 55513012801 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513012610 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513014401 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014410 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014801 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513014810 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513026701 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513026710 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513026301 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513026310 | EPOGEN 10,000 UNITS/ML VIAL |
| ASTRAZENECA LP | 00037121020 | ZOMIG 2.5 MG TABLET |
| ASTRAZENECA LP | 00037121126 | ZOMIG 5 MG TABLET |
| ASTRAZENECA LP | 00186000131 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000168 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000231 | LEXXEL 5-2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186000431 | ATACAND 4 MG TABLET |
| ASTRAZENECA LP | 00186000831 | ATACAND 8 MG TABLET |
| ASTRAZENECA LP | 00186001628 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001631 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001864 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186003228 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003231 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003254 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186011001 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011201 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011291 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011401 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011412 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011491 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011501 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186011612 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186011701 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011712 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011791 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012001 | XYLOCAINE 2% DENTAL VIAL |
| ASTRAZENECA LP | 00186022001 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186022212 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186022291 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012601 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186013501 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186013701 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186014001 | XYLOCAINE 0.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186014501 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186015001 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186015501 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186016001 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186016228 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 00186016264 | ATACAND HCT 16/12.5 MG TAB |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00186021003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186021203 | XYLOCAINE/DEXTROSE 1.5% AMP |
| ASTRAZENECA LP | 00186021603 | XYLOCAINE-MPF 2% AMPUL |
| ASTRAZENECA LP | 00186023003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186023203 | XYLOCAINE IV 2% AMPUL |
| ASTRAZENECA LP | 00186023503 | XYLOCAINE-MPF 4% AMPUL |
| ASTRAZENECA LP | 00186024113 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024213 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024312 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186025002 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186025502 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186026002 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026092 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026502 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026503 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186027512 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186027613 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186027713 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186031521 | XYLOCAINE 5% OINTMENT |
| ASTRAZENECA LP | 00186032001 | XYLOCAINE 4% SOLUTION |
| ASTRAZENECA LP | 00186032228 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186032254 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186033001 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033036 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033643 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186033653 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186036001 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186045028 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045031 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045058 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045128 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045131 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045158 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045228 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045231 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045258 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186060628 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060631 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060868 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060882 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186070210 | ENTOCORT EC 3 MG CAPSULE |
| ASTRAZENECA LP | 00186070768 | TONOCARD 400 MG TABLET |
| ASTRAZENECA LP | 00186070968 | TONOCARD 600 MG TABLET |
| ASTRAZENECA LP | 00186074228 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074292 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074328 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074358 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074382 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186085831 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186085901 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186086344 | NAROPIN 5 MG/ML AMPULE |
| ASTRAZENECA LP | 00186086363 | NAROPIN 5 MG/ML VIAL |
| ASTRAZENECA LP | 00186091542 | PULMICORT 200 MCG TURBUHALER |
| ASTRAZENECA LP | 00186097196 | NESACAINE 1% VIAL |
| ASTRAZENECA LP | 00186097256 | NESACAINE 2% VIAL |
| ASTRAZENECA LP | 00186099166 | NESACAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186099286 | NESACAINE-MPF 3% VIAL |
| ASTRAZENECA LP | 00189103801 | SENSORCAINE/EPI 0.75%/0.0005 |
| ASTRAZENECA LP | 00189107580 | RHINOCORT NASAL INHALER |
| ASTRAZENECA LP | 00186108805 | TOPROL XL 25 MG TABLET SA |
| ASTRAZENECA LP | 00186109005 | TOPROL XL 50 MG TABLET SA |
| ASTRAZENECA LP | 00186109205 | TOPROL XL 100 MG TABLET SA |
| ASTRAZENECA LP | 00186151501 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151503 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151601 | EMLA CREAM |
| ASTRAZENECA LP | 00186177001 | STREPTASE 250,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177101 | STREPTASE 750,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177401 | STREPTASE 1.5MM UNITS INFUS BT |
| ASTRAZENECA LP | 00186196504 | PULMICORT 0.25 MG/2 ML RESPUL |
| ASTRAZENECA LP | 00186196904 | PULMICORT 0.5 MG/2 ML RESPULE |
| ASTRAZENECA LP | 00186502031 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502054 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502082 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502228 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186504031 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504054 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504082 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504228 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00310004010 | ELAVIL 10 MG TABLET |
| ASTRAZENECA LP | 00310004110 | ELAVIL 50 MG TABLET |
| ASTRAZENECA LP | 00310004210 | ELAVIL 75 MG TABLET |
| ASTRAZENECA LP | 00310004310 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004510 | ELAVIL 25 MG TABLEY |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00310004550 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004710 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004730 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004910 | ELAVIL 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310010110 | TENORMIN 100 MG TABLET |
| ASTRAZENECA LP | 00310010510 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010534 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010710 | TENORMIN 25 MG TABLET |
| ASTRAZENECA LP | 00310011510 | TENORETIC 50 TABLET |
| ASTRAZENECA LP | 00310011710 | TENORETIC 100 TABLET |
| ASTRAZENECA LP | 00310013010 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013034 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013039 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013110 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013134 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013139 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013173 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013210 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013234 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013239 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013273 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013310 | ZESTRIL 30 MG TABLET |
| ASTRAZENECA LP | 00310013410 | ZESTRIL 40 MG TABLET |
| ASTRAZENECA LP | 00310013510 | ZESTRIL 2.5 MG TABLET |
| ASTRAZENECA LP | 00310014110 | ZESTORETIC 10/12.5 TABLET |
| ASTRAZENECA LP | 00310014210 | ZESTORETIC 20/12.5 TABLET |
| ASTRAZENECA LP | 00310014510 | ZESTORETIC 20/25 TABLET |
| ASTRAZENECA LP | 00310020130 | ARIMIDEX 1 MG TABLET |
| ASTRAZENECA LP | 00310026920 | ZOMIG ZMT 2.5 MG TABLET |
| ASTRAZENECA LP | 00310027321 | ZOMIG ZMT 5 MG TABLET |
| ASTRAZENECA LP | 00310027110 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027139 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027210 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027239 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027330 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027460 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027510 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310027539 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310030011 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030050 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030054 | DIPRIVAN 10 MG/ML SYRINGE |
| ASTRAZENECA LP | 00310032111 | MERREM 1 GM INFUSION BOTTLE |
| ASTRAZENECA LP | 00310032115 | MERREM 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032130 | MERREM 1 GM VIAL |
| ASTRAZENECA LP | 00310032611 | MERREM 500 MG INFUSION BTL |
| ASTRAZENECA LP | 00310032615 | MERREM 500 MG ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032520 | MERREM 500 MG VIAL |
| ASTRAZENECA LP | 00310037610 | CEFOTAN 10 GM VIAL |
| ASTRAZENECA LP | 00310037610 | CEFOTAN 1 GM VIAL |
| ASTRAZENECA LP | 00310037611 | CEFOTAN 1 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037631 | CEFOTAN 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037720 | CEFOTAN 2 GM VIAL |
| ASTRAZENECA LP | 00310037721 | CEFOTAN 2 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037732 | CEFOTAN 2 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037851 | CEFOTAN 1 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310037961 | CEFOTAN 2 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310040160 | ACCOLATE 10 MG TABLET |
| ASTRAZENECA LP | 00310040239 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310040260 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310060018 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060060 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060075 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060412 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060450 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060490 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310070510 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070530 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070539 | CASODEX 50 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012081 | BENTYL 10 MG CAPSULE |
| AXCAN SCANDIPHARM INC | 00068012561 | BENTYL 20 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012316 | BENTYL 10 MG/5 ML SYRUP |
| AXCAN SCANDIPHARM INC | 00068090923 | BENTYL 10 MG/ML AMPUL |
| AXCAN SCANDIPHARM INC | 58914057110 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914071121 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914057130 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914057150 | CARAFATE 1 GM TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026026146 | PRECOSE 50 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026026251 | PRECOSE 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026089636 | TRASYLOL 10,000 UNIT/5ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026089783 | TRASYLOL 10,000 UNIT/50ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026051106 | CIPRO 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026051248 | CIPRO 200 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026051251 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026051348 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026051351 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026051448 | CIPRO 750 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| BAYER CORP PHARMACEUTICAL DIV | 00026851450 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026855136 | CIPRO 5% SUSPENSION |
| BAYER CORP PHARMACEUTICAL DIV | 00026855336 | CIPRO 10% SUSPENSION |
| BERLEX INC | 50419010110 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010111 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010125 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010150 | QUINAGLUTE DURA-TABS 324 MG |
| BERTEK PHARMACEUTICALS INC | 62794015102 | MENTAX 1% CREAM |
| BERTEK PHARMACEUTICALS INC | 62794015103 | MENTAX 1% CREAM |
| BIOGEN IDEC MA INC | 59627000103 | AVONEX ADMIN PACK 30 MCG VL |
| BIOVAIL PHARMACEUTICALS INC | 00088177147 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177155 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177190 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177247 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177255 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177290 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177747 | CARDIZEM SR 60 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177847 | CARDIZEM SR 90 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177947 | CARDIZEM SR 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088178615 | CARDIZEM 100 MG MONOVIAL |
| BIOVAIL PHARMACEUTICALS INC | 00088178917 | CARDIZEM 5 MG/ML LYO-JECT |
| BIOVAIL PHARMACEUTICALS INC | 00088179147 | CARDIZEM 90 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088179530 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179542 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179630 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179642 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179730 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179742 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179830 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179842 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00173099341 | ZOVIRAX 5% OINTMENT |
| BIOVAIL PHARMACEUTICALS INC | 64455079247 | CARDIZEM 120 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 64455079549 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079649 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079650 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079749 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079849 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079942 | CARDIZEM CD 360 MG CAP SA |
| BLANK | 00026061320 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026061325 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026068416 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068420 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068471 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068520 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00026068525 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00085025301 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085026381 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085070304 | TRINALIN REPETABS |
| BLANK | 00085078701 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078706 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078710 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078781 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085081930 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085081935 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085113601 | INTEGRILIN 75 MG/100 ML VIAL |
| BLANK | 00085116383 | IMDUR 120 MG TABLET SA |
| BLANK | 00085115304 | IMDUR 120 MG TABLET SA |
| BLANK | 00085117701 | INTEGRILIN 20 MG/10 ML VIAL |
| BLANK | 00085117702 | INTEGRILIN 200 MG/100 ML VIAL |
| BLANK | 00085130601 | IMDUR 30 MG TABLET SA |
| BLANK | 00085130603 | IMDUR 30 MG TABLET SA |
| BLANK | 00085131530 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085131535 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085411091 | IMDUR 60 MG TABLET SA |
| BLANK | 00085411003 | IMDUR 60 MG TABLET SA |
| BLANK | 11994001004 | DEFINITY 1.1 MG/ML VIAL |
| BLANK | 54092038301 | ADDERALL XR 10 MG CAPSULE SA |
| BLANK | 54092038701 | ADDERALL XR 20 MG CAPSULE SA |
| BLANK | 54092038901 | ADDERALL XR 30 MG CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087691142 | CAFCIT 20 MG/ML VIAL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087691142 | CAFCIT 20 MG/ML ORAL SOLN |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000180 | AGGRENOX CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000661 | CATAPRES 0.1 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000701 | CATAPRES 0.2 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001101 | CATAPRES 0.3 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001314 | COMBIVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001701 | PERSANTINE 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001801 | PERSANTINE 50 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001901 | PERSANTINE 75 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002001 | SERENTIL 10 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002101 | SERENTIL 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002301 | SERENTIL 100 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002304 | SERENTIL 25 MG/ML ORAL CONC |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002702 | SERENTIL 25 MG/ML AMPUL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003112 | CATAPRES-TTS 1 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003212 | CATAPRES-TTS 2 PATCH |

## In Re First DataBank Drug Pricing Litigation
### Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003334 | CATAPRES-TTS 3 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004601 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004660 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004661 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004724 | VIRAMUNE 50 MG/5 ML SUSP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006601 | MEXITIL 150 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597005701 | MEXITIL 200 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006601 | MEXITIL 250 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597007017 | ALUPENT 850 MCG INHALER COMP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597088062 | ATROVENT 0.02% SOLUTION |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597088130 | ATROVENT 0.03% SPRAY |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008214 | ATROVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008676 | ATROVENT 0.06% SPRAY |
| BRISTOL MYERS SQUIBB CO | 00015056241 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015056641 | CYTOXAN 1 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00015056641 | CYTOXAN 2 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00015111750 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015111780 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117740 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117780 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015301236 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015301297 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015303020 | CEENU 10 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303120 | CEENU 40 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303220 | CEENU 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303410 | CEENU DOSE PACK |
| BRISTOL MYERS SQUIBB CO | 00015307518 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015307597 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015306068 | LYSODREN 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015309145 | VEPESID 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015321330 | PARAPLATIN 50 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321430 | PARAPLATIN 150 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321530 | PARAPLATIN 450 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015340420 | ETOPOPHOS 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00056016870 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016875 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016890 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016970 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016975 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016990 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017070 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017075 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017060 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017270 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017275 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017290 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017370 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017375 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017470 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017475 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017670 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017675 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017680 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018870 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018875 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018890 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018970 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018975 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018990 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056047030 | SUSTIVA 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047330 | SUSTIVA 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047492 | SUSTIVA 200 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00087003147 | SERZONE 50 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003231 | SERZONE 100 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003331 | SERZONE 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003931 | SERZONE 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087004131 | SERZONE 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015846 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015885 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087046841 | POLY-VI-FLOR 0.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087047402 | POLY-VI-FLOR 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087046741 | POLY-VI-FLOR 0.25 MG TAB CHW |
| BRISTOL MYERS SQUIBB CO | 00087046849 | POLY-VI-FLOR/IRON 0.25 MG TB |
| BRISTOL MYERS SQUIBB CO | 00087050201 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00087050942 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087050945 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087050985 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087050213 | MONOPRIL 40 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087049201 | MONOPRIL HCT 10/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087049301 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277131 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277132 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277215 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277231 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277232 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277235 | AVAPRO 150 MG TABLET |

Privileged and Confidential Information

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BRISTOL MYERS SQUIBB CO | 00087277315 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277321 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277332 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277531 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277532 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277631 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277632 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087565041 | STADOL NS 10 MG/ML SPRAY |
| BRISTOL MYERS SQUIBB CO | 00087607211 | GLUCOVANCE 1.25/250 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607311 | GLUCOVANCE 2.5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607411 | GLUCOVANCE 5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087667117 | VIDEX EC 125 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667217 | VIDEX EC 200 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667317 | VIDEX EC 250 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667417 | VIDEX EC 400 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087711840 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087711862 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087711864 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087711940 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087711962 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087711964 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087772060 | CEFZIL 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772150 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772160 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117101 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117103 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117105 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117108 | PLAVIX 75 MG TABLET |
| DEY LP | 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050002 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050101 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DEY LP | 49502050102 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210462 | PROZAC 10 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210501 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210502 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210507 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210530 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210533 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210581 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210582 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777210730 | PROZAC 40 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777512008 | PROZAC 20 MG/5 ML SOLUTION |
| ELI LILLY AND CO | 00002040701 | QUINIDINE GLUC 80 MG/ML VIAL |
| ELI LILLY AND CO | 00002300475 | PROZAC WEEKLY 90 MG CAPSULE |
| ELI LILLY AND CO | 00002312642 | VANCOCIN HCL 125 MG PULVULE |
| ELI LILLY AND CO | 00002312642 | VANCOCIN HCL 250 MG PULVULE |
| ELI LILLY AND CO | 00002400602 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002400630 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002411204 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411233 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411260 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411633 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411660 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411704 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411733 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411760 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002416502 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416507 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416530 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002422004 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002422033 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002422060 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002445301 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445385 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445401 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445485 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445501 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445585 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445601 | ZYPREXA ZYDIS 20 MG TABLET |
| ELI LILLY AND CO | 00002445685 | ZYPREXA ZYDIS 20 MG TAB |
| ELI LILLY AND CO | 00002714001 | REOPRO 2 MG/ML VIAL |
| ELI LILLY AND CO | 00002733501 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002733516 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002751001 | HUMALOG 100 UNITS/ML VIAL |
| ELI LILLY AND CO | 00002751101 | HUMALOG MIX 75/25 VIAL |
| ELI LILLY AND CO | 00002751501 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002751535 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002751550 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002756901 | XIGRIS 5 MG VIAL |
| ELI LILLY AND CO | 00002756101 | XIGRIS 20 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| ELI LILLY AND CO | 00002803101 | GLUCAGON 1 MG EMERGENCY KIT |
| ELI LILLY AND CO | 00002808901 | HUMATROPE 5 MG CARTRIDGE |
| ELI LILLY AND CO | 00002809001 | HUMATROPE 12 MG CARTRIDGE |
| ELI LILLY AND CO | 00002809101 | HUMATROPE 24 MG CARTRIDGE |
| ELI LILLY AND CO | 00002850101 | HUMULIN R 500 UNITS/ML VIAL |
| ELI LILLY AND CO | 00430043514 | SARAFEM 10 MG PULVULE |
| ELI LILLY AND CO | 00430043614 | SARAFEM 20 MG PULVULE |
| FERNDALE LABORATORIES INC | 00459071603 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00459071604 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00459071103 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00459071704 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00459072604 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00459072605 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00459072903 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00459072904 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00459072906 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00459076304 | PRAMOSONE 1% OINTMENT |
| FERNDALE LABORATORIES INC | 00459077104 | PRAMOSONE 2.5% OINTMENT |
| FERNDALE LABORATORIES INC | 00459077804 | ANALPRAM-HC 1% CREAM |
| FERNDALE LABORATORIES INC | 00459080004 | ANALPRAM-HC 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00459082904 | ANALPRAM-HC 2.5% LOTION |
| FIRST HORIZON PHARMACEUTICAL CORP | 00459086745 | CLINAC BPO 7% GEL |
| FIRST HORIZON PHARMACEUTICAL CORP | 00311089139 | SULAR 10 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00311089239 | SULAR 20 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00311089339 | SULAR 30 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630042090 | PRENATE ADVANCE TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044010 | SULAR 10 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044110 | SULAR 20 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044210 | SULAR 30 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044310 | SULAR 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456004001 | THYROLAR-1/4 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456004501 | THYROLAR-1/2 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456005001 | THYROLAR-1 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456005501 | THYROLAR-2 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456006001 | THYROLAR-3 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456045701 | ARMOUR THYROID 15 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045880 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045807 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045083 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045900 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045901 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045951 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045963 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046001 | ARMOUR THYROID 90 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046100 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046101 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046163 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046200 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046201 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046301 | ARMOUR THYROID 240 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046401 | ARMOUR THYROID 300 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456052101 | FLUMADINE 100 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456052708 | FLUMADINE 50 MG/5 ML SYRUP |
| FOREST PHARMACEUTICALS INC | 00456060101 | BANCAP HC CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456063001 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00456064568 | ELIXOPHYLLIN ELIXIR |
| FOREST PHARMACEUTICALS INC | 00456064808 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456064818 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456067099 | AEROBID-M AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067299 | AEROBID AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067801 | ESGIC-PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00456088801 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456088802 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456099801 | TESSALON 200 MG CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456421001 | CELEXA 10 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456422001 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456422063 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456424001 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456424063 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456412363 | CERVIDIL 10 MG VAGINAL INSRT |
| FOREST PHARMACEUTICALS INC | 00456413008 | CELEXA 10 MG/5 ML SOLUTION |
| FOREST PHARMACEUTICALS INC | 00456430008 | MONUROL 3 GM SACHET |
| FOREST PHARMACEUTICALS INC | 00535001101 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00785612001 | LORCET-HD CAPSULE |
| FOREST PHARMACEUTICALS INC | 00785612201 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785612250 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785612263 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785635001 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635050 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635083 | LORCET 10/650 TABLET |
| GENENTECH INC | 50242001502 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242001564 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242001620 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001665 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001820 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001969 | NUTROPIN 5 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GENENTECH INC | 50242002007 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242002219 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242003308 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002608 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002849 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003050 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003235 | NUTROPIN DEPOT 13.5 MG KIT |
| GENENTECH INC | 50242003249 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003441 | NUTROPIN DEPOT 18 MG KIT |
| GENENTECH INC | 50242003469 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003654 | NUTROPIN DEPOT 22.5 MG KIT |
| GENENTECH INC | 50242007202 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242010039 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242010040 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242011411 | NUTROPIN AQ 5 MG/ML VIAL |
| GILEAD SCIENCES INC | 61958040101 | VIREAD 300 MG TABLET |
| GILEAD SCIENCES INC | 61958050101 | HEPSERA 10 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010793 | RETROVIR IV INFUSION VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010855 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010856 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173013318 | RETROVIR 10 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173013565 | WELLBUTRIN SR 150 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017755 | WELLBUTRIN 75 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017855 | WELLBUTRIN 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173020155 | DARAPRIM 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173023044 | DIGIBIND 38 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024255 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024275 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024955 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024956 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024975 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024990 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173026427 | LANOXIN 50 MCG/ML ELIXIR |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032188 | VENTOLIN 90 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032198 | VENTOLIN 90 MCG HFA INH REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033002 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034412 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034414 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034417 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034442 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034447 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173035384 | ZANTAC 15 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038700 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038701 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038742 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038919 | BECONASE AQ 0.042% SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038308 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038940 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038347 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038400 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038401 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038442 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038501 | CEFTIN 125 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173040500 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173042702 | ZANTAC 150 MG EFFERDOSE TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044290 | ZOFRAN 2 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044690 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044692 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044604 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044702 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044704 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044901 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044902 | IMITREX 6 MG/0.5 ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045003 | IMITREX 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045301 | FLONASE 0.05% NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045900 | IMITREX 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045902 | IMITREX 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046100 | ZOFRAN 32 MG/50 ML BAG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046400 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046500 | SEREVENT 21 MCG INFLR REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046700 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046800 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047001 | EPIVIR 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047100 | EPIVIR 10 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047800 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047900 | IMITREX 6 MG/0.5 ML SYRING KIT |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173048900 | ZOFRAN 4 MG/5 ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049100 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049400 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049600 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049700 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049800 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049900 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050100 | RETROVIR 300 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| Firm | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050400 | FLOVENT 250 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050900 | FLOVENT 100 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051100 | FLOVENT 50 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051700 | FLOLAN 0.5 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051800 | DILUENT FOR FLOLAN VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052000 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052100 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052300 | IMITREX 20 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052400 | IMITREX 5 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052600 | LAMICTAL 5 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052700 | LAMICTAL 25 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173054700 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055400 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055500 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055801 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055802 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056100 | AMERGE 1 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056200 | AMERGE 2.5 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056502 | VALTREX 1 GM CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056900 | ZOFRAN ODT 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057000 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057004 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059500 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059502 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063202 | LAMICTAL 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063538 | LEUKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064256 | LAMICTAL 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064360 | LAMICTAL 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064460 | LAMICTAL 200 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065601 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065644 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066100 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066101 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066200 | EPIVIR HBV 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066300 | EPIVIR HBV 25 MG/5 ML SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066400 | ZIAGEN 20 MG/ML SOLUTION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066515 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067200 | AGENERASE 150 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067501 | MALARONE 250-100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173077501 | MALARONE 62.5-25 MG PED TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173077900 | AGENERASE 50 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068000 | ZOFRAN 24 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068181 | RELENZA 5 MG DISKHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068700 | AGENERASE 15 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069100 | TRIZIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069500 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069502 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069600 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069602 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069702 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173071325 | MYLERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173089025 | THIOGUANINE TABLOID 40 MG TB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173043303 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173043356 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044555 | ZOVIRAX 800 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044755 | WELLBUTRIN SR 100 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044955 | ZOVIRAX 400 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045201 | ZOVIRAX 1,000 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045396 | ZOVIRAX 200 MG/5 ML SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045150 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045156 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045501 | ZOVIRAX 500 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052207 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052252 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 59572029101 | ALKERAN 50 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 59572039250 | ALKERAN 2 MG TABLET |
| HAWTHORN PHARMACEUTICALS | | |
| HOECHST ROUSSEL PHARMACEUTICALS DIV | 63171007604 | DYTAN-D SUSPENSION |
| HOFFMANN LA ROCHE INC | 00036005005 | DIABETA 1.25MG TABLET |
| HOFFMANN LA ROCHE INC | 00004002828 | NAPROSYN 125 MG/5 ML SUSPEN |
| HOFFMANN LA ROCHE INC | 00004005822 | VALCYTE 450 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004005801 | KLONOPIN 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004005501 | KLONOPIN 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004005601 | KLONOPIN 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012101 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012111 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012114 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012501 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012511 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004013001 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004013323 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004013401 | ROCALTROL 0.5 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004013103 | FANSIDAR 500/25 TABLET |
| HOFFMANN LA ROCHE INC | 00004013201 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004013211 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004013551 | VERSED 10 MG/5 ML SYRUP |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| HOFFMANN LA ROCHE INC | 00000017202 | LARIAM 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000016022 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00000016091 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00000016122 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00000016191 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00000016222 | CARDENE SR 60 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00000016301 | CARDENE 20 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000016401 | CARDENE 30 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000022001 | HIVID 0.375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000022101 | HIVID 0.750 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000023900 | XYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000024009 | XYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000024515 | INVIRASE 200 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000024546 | FORTOVASE 200 MG SOFTGEL CAP |
| HOFFMANN LA ROCHE INC | 00000025001 | VESANOID 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000025052 | XENICAL 120 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000025901 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000025908 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000026043 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000026001 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026043 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026129 | CELLCEPT 200 MG/ML ORAL SUSP |
| HOFFMANN LA ROCHE INC | 00000026201 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026249 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026301 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026349 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026401 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026449 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026501 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026549 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000026705 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00000026806 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00000026948 | CYTOVENE 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000027301 | TORADOL 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000027648 | CYTOVENE 500 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000028857 | SORIATANE 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00000079909 | CELLCEPT 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000080108 | ZENAPAX 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000080085 | TAMIFLU 75 MG GELCAP |
| HOFFMANN LA ROCHE INC | 00000081098 | TAMIFLU ORAL SUSPENSION |
| HOFFMANN LA ROCHE INC | 00000100328 | GANTRISIN PED 500 MG/5 ML SUS |
| HOFFMANN LA ROCHE INC | 00000100851 | XELODA 150 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000100116 | XELODA 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000104601 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000106201 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000106202 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000106301 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000106302 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000106401 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00000106402 | ROCEPHIN 1 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00000106404 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00000106405 | ROCEPHIN ADD-VANTAGE 1 GM VL |
| HOFFMANN LA ROCHE INC | 00000106501 | ROCEPHIN 2 GM VIAL |
| HOFFMANN LA ROCHE INC | 00000106502 | ROCEPHIN 2 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00000106505 | ROCEPHIN ADD-VANTAGE 2 GM VL |
| HOFFMANN LA ROCHE INC | 00000107101 | ROCEPHIN 10 GM VIAL |
| HOFFMANN LA ROCHE INC | 00000107301 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000107401 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000107501 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000108800 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000108901 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000200008 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000211109 | ROFERON-A 6MM UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000201209 | ROFERON-A 36MM UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000201507 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000201609 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000201607 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000201609 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000201707 | ROFERON-A 9MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000201709 | ROFERON-A 9MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00000452001 | TASMAR 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000452101 | TASMAR 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000452081 | ANAPROX 275 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000453014 | NAPROSYN 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000453114 | NAPROSYN 375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000453331 | NAPROSYN 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00000491501 | EC-NAPROSYN 375 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00000491601 | EC-NAPROSYN 500 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00000492506 | TORADOL IV/IM 15 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000492608 | TORADOL IV/IM 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000492709 | TORADOL 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00000494003 | CYTOVENE 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00000491500 | ROCALTROL 1 MCG/ML ORAL SOLN |
| HOFFMANN LA ROCHE INC | 00140000401 | VALIUM 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000501 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000534 | VALIUM 5 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| HOFFMANN LA ROCHE INC | 00140000601 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000614 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 63032009125 | SORIATANE 25 MG CAPSULE |
| HOLLISTER STIER LABORATORIES LLC | 65044094505 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65044094106 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65044094105 | WHITE-FACED HORNET VENOM VL |
| HOLLISTER STIER LABORATORIES LLC | 65044094108 | WHITE-FACED HORNET VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094205 | YELLOW-HORNET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094305 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094306 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094405 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094406 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094505 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044094506 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044099705 | PRE-PEN 0.25 MG AMPUL |
| HOSPIRA INC | 50419018601 | MAGNEVIST VIAL |
| HOSPIRA INC | 50419018615 | MAGNEVIST VIAL |
| JOHNSON & JOHNSON GROUP | 00045006655 | LEVAQUIN I.V. 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045006601 | LEVAQUIN I.V. MINIBAG |
| JOHNSON & JOHNSON GROUP | 00045006701 | LEVAQUIN 250 MG/50 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006801 | LEVAQUIN 500 MG/100 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006951 | LEVAQUIN 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045025301 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025303 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025345 | HALDOL DECANOATE 50 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025414 | HALDOL DECANOATE 100 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025446 | HALDOL DECANOATE 100 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025501 | HALDOL 5 MG/ML AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025649 | HALDOL 5 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045032560 | PARAFON FORTE DSC 500 MG CPT |
| JOHNSON & JOHNSON GROUP | 00045034150 | PANCREASE MT 4 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034260 | PANCREASE MT 10 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034360 | PANCREASE MT 16 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034680 | PANCREASE MT 20 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045041400 | TOLECTIN DS 400 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045041860 | TOLECTIN 600 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045050818 | TYLENOL W/CODEINE ELIXIR |
| JOHNSON & JOHNSON GROUP | 00045051350 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051370 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051372 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051373 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051390 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051560 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051570 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045052660 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045052679 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045063965 | TOPAMAX 25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064155 | TOPAMAX 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064255 | TOPAMAX 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064655 | TOPAMAX 25 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045064756 | TOPAMAX 15 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045065010 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065060 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065910 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065960 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065970 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068233 | VASCOR 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068333 | VASCOR 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045061015 | REGRANEX 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00045152010 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152050 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152510 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152550 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153010 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153050 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062047507 | RETIN-A 0.05% LIQUID |
| JOHNSON & JOHNSON GROUP | 00083016501 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016502 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062047512 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062047513 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016503 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016505 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018702 | RENOVA 0.02% CREAM |
| JOHNSON & JOHNSON GROUP | 00062019002 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062019003 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062020604 | GRIFULVIN V 125 MG/5 ML SUSP |
| JOHNSON & JOHNSON GROUP | 00062027501 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027523 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062047542 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062047545 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062047544 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062047546 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062119601 | ERYCETTE 2% PLEDGETS |
| JOHNSON & JOHNSON GROUP | 00062133216 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062133220 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062154002 | FLOXIN 200 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| JOHNSON & JOHNSON GROUP | 00062154102 | FLOXIN 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154201 | FLOXIN 400 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062171115 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178115 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062177118 | ORTHO-NOVUM 10/11-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178118 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178122 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178516 | ORTHO-CEPT 28 DAY TABLET |
| JOHNSON & JOHNSON GROUP | 00062190116 | ORTHO-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062190315 | ORTHO TRI-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062535001 | TERAZOL 7 CREAM |
| JOHNSON & JOHNSON GROUP | 00062535105 | TERAZOL 3 80 MG SUPPOSITORY |
| JOHNSON & JOHNSON GROUP | 00062535601 | TERAZOL 3 CREAM |
| JOHNSON & JOHNSON GROUP | 00062543401 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543402 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543403 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543701 | MONISTAT 3 200 MG VAG SUPP |
| JOHNSON & JOHNSON GROUP | 00062545001 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062545002 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062545003 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00107133207 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107133237 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107171427 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107178104 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107178107 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107178127 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 17314283603 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314280603 | TESTODERM 4 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314280903 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314320001 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314320002 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314320003 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314320104 | DITROPAN 5 MG/5 ML SYRUP |
| JOHNSON & JOHNSON GROUP | 17314322001 | URISPAS 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314330001 | ELMIRON 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 17314332001 | POLYCITRA-K CRYSTALS PACKET |
| JOHNSON & JOHNSON GROUP | 17314332101 | POLYCITRA-K SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314332201 | POLYCITRA SYRUP |
| JOHNSON & JOHNSON GROUP | 17314332301 | POLYCITRA-LC SOLUTION S/F |
| JOHNSON & JOHNSON GROUP | 17314333601 | BICITRA SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314448001 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314448002 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314448003 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 50458003305 | DURAGESIC 25 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003505 | DURAGESIC 50 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003505 | DURAGESIC 75 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003605 | DURAGESIC 100 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458022018 | NIZORAL 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458022115 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022130 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022160 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022304 | NIZORAL 2% SHAMPOO |
| JOHNSON & JOHNSON GROUP | 50458027036 | ERGAMISOL 50MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029004 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029028 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029015 | SPORANOX 10 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 250 MG KIT |
| JOHNSON & JOHNSON GROUP | 50458030001 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030006 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030030 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030104 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030100 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030205 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030230 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030503 | RISPERDAL 1 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458032001 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032006 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032050 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033001 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033006 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033090 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035001 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035006 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035060 | REMINYL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458036160 | REMINYL 8 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039260 | REMINYL 12 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458039810 | REMINYL 4 MG/ML ORAL SOL |
| JOHNSON & JOHNSON GROUP | 59676001001 | ORTHOCLONE OKT-3 5 MG/5 ML |
| JOHNSON & JOHNSON GROUP | 59676009101 | LEUSTATIN 1 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676032001 | PROCRIT 20,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676034001 | PROCRIT 40,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 62856024330 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024341 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024390 | ACIPHEX 20 MG TABLET EC |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| KOS PHARMACEUTICALS INC | 60598000101 | NIASPAN 500 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000201 | NIASPAN 750 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000301 | NIASPAN 1,000 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000680 | ADVICOR 500 MG/20 MG TABLET |
| KOS PHARMACEUTICALS INC | 60598000880 | ADVICOR 1,000 MG/20 MG TABLET |
| MCR AMERICAN PHARMACEUTICALS INC | 58860051301 | ALLFEN 1,000 MG TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58860051401 | MAXIFED-G TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58860052001 | MAXIFED 700/80 TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58860052101 | ALLFENDM TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58860052601 | MAXIFED DM TABLET SA |
| MEDICIS DERMATOLOGICS INC | 99207001960 | A/T/S 2% TOPICAL SOLUTION |
| MERCK AND CO INC | 00006001626 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001531 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001656 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001928 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001958 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001972 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001982 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001986 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001987 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001994 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006010528 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010531 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010568 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010572 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010582 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010587 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010594 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006014031 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014036 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014231 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014258 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014531 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006014558 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006020728 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020731 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020758 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020772 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020782 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020787 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020794 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006023758 | PRINIVIL 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005110 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005111 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005150 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005210 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005211 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005250 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005270 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005305 | DIABETA 1.25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006011 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006013 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006050 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006070 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006605 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006650 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006710 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006750 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006770 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039007810 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039007811 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039022110 | AMARYL 1 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022210 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022211 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022310 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022311 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068000701 | NORPRAMIN 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001101 | NORPRAMIN 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001401 | NORPRAMIN 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001501 | NORPRAMIN 75 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002001 | NORPRAMIN 100 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002150 | NORPRAMIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002701 | CANTIL 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002830 | CLOMID 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068007761 | HIPREX 1 GM TABLET |
| MERRELL PHARMACEUTICALS INC | 00068008630 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068008660 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068008661 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068008960 | RIFAMATE CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068011230 | RIFADIN 150 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068049701 | RIFADIN IV 600 MG VIAL |
| MERRELL PHARMACEUTICALS INC | 00068069761 | TENUATE 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068069861 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068069862 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00075060037 | AZMACORT INHALER |
| MERRELL PHARMACEUTICALS INC | 00075140543 | NASACORT NASAL INHALER |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| MERRELL PHARMACEUTICALS INC | 00075150016 | NASACORT AQ NASAL SPRAY |
| MERRELL PHARMACEUTICALS INC | 00083057641 | RIFATER TABLET |
| MERRELL PHARMACEUTICALS INC | 00083100047 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00083109049 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00083100056 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00083110547 | ALLEGRA 30 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083110747 | ALLEGRA 60 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083116947 | ALLEGRA 180 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083111114 | NILANDRON 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083120632 | ANZEMET 20 MG/ML VIAL |
| MERRELL PHARMACEUTICALS INC | 00083210003 | PRIFTIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083216036 | ARAVA 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00083216139 | ARAVA 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 08583087302 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 08583087303 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 60793001134 | INTAL INHALER |
| MONARCH PHARMACEUTICALS INC | 61570012583 | PREFEST TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020003301 | LOPRESSOR HCT 50/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020005101 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020005110 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020005301 | LOPRESSOR HCT 100/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020005801 | VOLTAREN 25MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00020007101 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020007110 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020007161 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020007301 | LOPRESSOR HCT 100/50 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020010801 | LAMPRENE 50 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00020016101 | CATAFLAM 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00020016201 | VOLTAREN 50MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00020016401 | VOLTAREN 75MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00020020801 | VOLTAREN-XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00020025401 | VOLTAREN 25 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00020026201 | VOLTAREN 50 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00020026401 | VOLTAREN 75 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00024420133 | LOPRESSOR 1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078001705 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078001715 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078003302 | CAFERGOT SUPPOSITORY |
| NOVARTIS PHARMACEUTICALS CORP | 00078003303 | METHERGINE 0.2 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078005405 | METHERGINE 0.2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078005805 | SANSERT 2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078010205 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010215 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010305 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010308 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010705 | FIORINAL/CODEINE #3 CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078012605 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012606 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012705 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012708 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017805 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017815 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017916 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078018003 | SANDOSTATIN 0.05 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018103 | SANDOSTATIN 0.1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018203 | SANDOSTATIN 0.5 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018325 | SANDOSTATIN 0.2 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018425 | SANDOSTATIN 1 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078023405 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023415 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078024915 | FEMARA 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078031190 | MIACALCIN 200 UNITS NASAL SPRA |
| NOVARTIS PHARMACEUTICALS CORP | 00078032306 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032344 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032406 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032444 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032506 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032544 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032606 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032644 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032705 | COMTAN 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078032852 | LAMISIL 1% SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078033184 | SIMULECT 20 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078033605 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033706 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033805 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033806 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033931 | EXELON 2 MG/ML ORAL SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078034342 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034345 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034442 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034445 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034542 | VIVELLE-DOT 0.075 MG PATCH |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORP | 00078034545 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034642 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034645 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034751 | DESFERAL 2 GRAM VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078035084 | ZOMETA 4 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078035185 | STARLIX 60 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035205 | STARLIX 120 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078035405 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078035415 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00078035752 | TRILEPTAL 300 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00078037366 | GLEEVEC 100 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078037540 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037845 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037583 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00078037742 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037745 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037842 | COMBIPATCH 0.05/0.25 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078037845 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078038005 | FOCALIN 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038105 | FOCALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078038205 | FOCALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000330 | RITALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000730 | RITALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083001630 | RITALIN-SR 20 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083001976 | TEGRETOL 100 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00083002430 | CYTADREN 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002730 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002732 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002740 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083003430 | RITALIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005230 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005232 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083006730 | LOTENSIN HCT 5/6.25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005830 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005932 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005990 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006050 | TEGRETOL XR 400 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006130 | TEGRETOL XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006230 | TEGRETOL XR 200 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006330 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006332 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006390 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007230 | LOTENSIN HCT 10/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007430 | LOTENSIN HCT 20/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007630 | LOTENSIN HCT 20/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007930 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007932 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007990 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009430 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009432 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009490 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083225530 | LOTREL 2.5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226030 | LOTREL 5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226530 | LOTREL 5/20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083231008 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083231062 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232008 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232062 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232508 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232552 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232708 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232762 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083290104 | DESFERAL MESYLATE 500 MG VL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008181 | PRANDIN 0.5 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169009281 | PRANDIN 1 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008481 | PRANDIN 2 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169750119 | NOVOLOG 100 UNITS/ML VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169776811 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777011 | NORDITROPIN 15 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777411 | NORDITROPIN 4 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777812 | NORDITROPIN 8 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849001150 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849050081 | NOVOLOG 100 UNITS/ML VIAL |
| ODYSSEY PHARMACEUTICALS INC | 66473009701 | URECHOLINE 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070001 | URECHOLINE 50 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070101 | VIVACTIL 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070201 | VIVACTIL 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070301 | URECHOLINE 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070401 | URECHOLINE 25 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473071401 | SURMONTIL 25 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473071001 | SURMONTIL 50 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473072001 | SURMONTIL 100 MG CAPSULE |
| ORGANON USA INC | 00052010530 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010590 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010730 | REMERON 30 MG TABLET |
| ORGANON USA INC | 00052010790 | REMERON 30 MG TABLET |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ORGANON USA INC | 00052010030 | REMERON 45 MG TABLET |
| ORGANON USA INC | 00052026106 | DESOGEN 28 DAY TABLET |
| ORGANON USA INC | 00052028106 | MIRCETTE 28 DAY TABLET |
| ORGANON USA INC | 00052044115 | NORCURON 10 MG VIAL |
| ORGANON USA INC | 00052045018 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00052045016 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00052073110 | CORTROSYN 2 MG VIAL |
| OVATION PHARMACEUTICALS INC | 00002225304 | WINSTROL 2 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386098102 | MEBARAL 32 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386098202 | MEBARAL 50 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386098302 | MEBARAL 100 MG TABLET |
| PAN AMERICAN LABORATORIES INC | 00525042218 | PANCOF HC LIQUID |
| PAN AMERICAN LABORATORIES INC | 00525076816 | PANCOF XP LIQUID |
| PEDIAMED TM PHARMACEUTICALS INC | 06341003158 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 06341003165 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 06341003233 | VIRAVAN-T TABLET CHEWABLE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008109 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008124 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016108 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016124 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100131 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100151 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100156 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101131 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101185 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025102131 | ALDACTAZIDE 50/50 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103131 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103134 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104131 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104134 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138131 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138134 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138161 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141134 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141160 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141190 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142134 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142160 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145120 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145134 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145160 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146131 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146134 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025146160 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182131 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182150 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182151 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183131 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183150 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183435 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025184234 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025184250 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025185330 | FLAGYL ER 750 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201131 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201134 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202131 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202134 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273231 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273234 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273251 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274231 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274234 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274251 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275231 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025275252 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025278231 | NORPACE 150 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000724 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000740 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015523 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015534 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015540 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015623 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015640 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015723 | LIPITOR 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015823 | LIPITOR 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022006 | ACCURETIC 20-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022206 | ACCURETIC 10-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022306 | ACCURETIC 20-25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071023724 | ZARONTIN 250 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071028224 | NARDIL 15 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036224 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036232 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036240 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036524 | DILANTIN 30 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071041624 | NEURONTIN 800 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071042624 | NEURONTIN 800 MG TABLET |

Privileged and Confidential Information

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PFIZER LABORATORIES DIV PFIZER INC | 00071052524 | CELONTIN 300 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053723 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053740 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053623 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053040 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053223 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053240 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053623 | ACCUPRIL 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053724 | CELONTIN KAPSEAL 150 MG |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073720 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073730 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060224 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060340 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060524 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060540 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060824 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071060840 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091345 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091348 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091548 | LOESTRIN 21 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091648 | LOESTRIN 21 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091745 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091748 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092816 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092847 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071221420 | DILANTIN 125 MG/5 ML SUSP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071418823 | ZARONTIN 250 MG/5 ML SYRUP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071400705 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071406810 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425003 | BENADRYL 50 MG/ML AMPUL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425913 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425945 | BENADRYL 50 MG/ML SYRINGE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071440210 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00430064414 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00430064423 | FEMHRT 1/5 TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000705 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000805 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000806 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000807 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000903 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000907 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003005 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003068 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003105 | DANTRIUM 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003305 | DANTRIUM 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040560 | DIDRONEL 200 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040680 | DIDRONEL 400 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047001 | ACTONEL 30 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047101 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047103 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149071001 | MACROBID 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073402 | DANTRIUM 20 MG VIAL |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073202 | ASACOL 400 MG TABLET EC |
| PROMETHEUS LABORATORIES INC | 00978059871 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483030110 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030111 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030150 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030210 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030222 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030250 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030310 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030333 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030350 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483049514 | HELIDAC THERAPY |
| PROMETHEUS LABORATORIES INC | 65483055101 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483059010 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099110 | ZYLOPRIM 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099310 | ZYLOPRIM 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099350 | ZYLOPRIM 300 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050050 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050060 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050560 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050560 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034051060 | TRILISATE 1,000 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034590008 | CERUMENEX 10% EAR DROPS |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034590012 | CERUMENEX 10% EAR DROPS |
| RECKITT BENCKISER HEALTHCARE UK LIMITED | 12496025101 | BUPRENEX 0.3 MG/ML AMPUL |
| RELIANT PHARMACEUTICALS INC | 65726002815 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726002825 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726002715 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726002725 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726023510 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023525 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023610 | DYNACIRC CR 10 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023625 | DYNACIRC CR 10 MG TABLET SA |
| ROXANE LABORATORIES INC | 00054474825 | TORECAN 10 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SANOFI SYNTHELABO INC | 00024008401 | ARALEN PHOSPHATE 500 MG TAB |
| SANOFI SYNTHELABO INC | 00024028018 | BRONCHOLATE SYRUP |
| SANOFI SYNTHELABO INC | 00024030306 | DANOCRINE 50 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030406 | DANOCRINE 100 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030506 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030680 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024033286 | DEMEROL 50 MG/5 ML SYRUP |
| SANOFI SYNTHELABO INC | 00024033504 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033506 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033704 | DEMEROL 100 MG TABLET |
| SANOFI SYNTHELABO INC | 00024039902 | DRISDOL 50,000 UNITS CAPSULE |
| SANOFI SYNTHELABO INC | 00024079202 | HYTAKEROL 0.125 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024079375 | ELIGARD 7.5 MG SYRINGE |
| SANOFI SYNTHELABO INC | 00024128704 | MYTELASE 10 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024132203 | NEGGRAM 500 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024135801 | NEO-SYNEPHRINE 2.5% EYE DRP |
| SANOFI SYNTHELABO INC | 00024135901 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024136201 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024150906 | PEDIACOF LIQUID |
| SANOFI SYNTHELABO INC | 00024153502 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153506 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153506 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024156210 | PLAQUENIL 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024156601 | PRIMAQUINE 26.3 MG TABLET |
| SANOFI SYNTHELABO INC | 00024160016 | SKELID 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024193704 | TALACEN CAPLET |
| SANOFI SYNTHELABO INC | 00024195104 | TALWIN NX TABLET |
| SANOFI SYNTHELABO INC | 00024240131 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024240134 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024242131 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024242134 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024072412 | HYALGAN 10 MG/ML VIAL |
| SANOFI SYNTHELABO INC | 00024072420 | HYALGAN 10 MG/ML SYRINGE |
| SCHERING CORP | 00085008004 | GARAMYCIN 40 MG/ML VIAL |
| SCHERING CORP | 00085037001 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085037002 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085045803 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045804 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045805 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045806 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085061701 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085061704 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085062503 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085062505 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085062506 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085063001 | INTRON A 50 MILLION UNITS VIAL |
| SCHERING CORP | 00085065606 | CELESTONE SOLUSPAN 6 MG/ML |
| SCHERING CORP | 00085066701 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085066702 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085067102 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085067502 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085067505 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085061492 | PROVENTIL 90 MCG INHALER |
| SCHERING CORP | 00085063401 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063403 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063501 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063504 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063505 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085073804 | VANCERIL INHALER |
| SCHERING CORP | 00085085001 | LOTRISONE LOTION |
| SCHERING CORP | 00085085401 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085085402 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085092401 | LOTRISONE CREAM |
| SCHERING CORP | 00085092402 | LOTRISONE CREAM |
| SCHERING CORP | 00085094205 | CELESTONE 0.6 MG/5 ML SYRUP |
| SCHERING CORP | 00085090261 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085090262 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085111001 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085112802 | CLARITIN 10 MG REDITABS |
| SCHERING CORP | 00085113201 | PROVENTIL HFA 90 MCG INHALER |
| SCHERING CORP | 00085113301 | INTRON A 10MM UNITS/ML VIAL |
| SCHERING CORP | 00085116801 | INTRON A 6MM UNITS/ML VIAL |
| SCHERING CORP | 00085117802 | INTRON A 18MM UNITS/ML KIT |
| SCHERING CORP | 00085119403 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085120701 | NASONEX 50 MCG NASAL SPRAY |
| SCHERING CORP | 00085122301 | CLARITIN 10 MG/10 ML SYRUP |
| SCHERING CORP | 00085123301 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123302 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123601 | INTRON A 6MM UNITS INJECT PEN |
| SCHERING CORP | 00085124201 | INTRON A 3MM UNITS INJECT PEN |
| SCHERING CORP | 00085124401 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124402 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124801 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085124802 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085125201 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085125202 | TEMODAR 250 MG CAPSULE |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| SCHERING CORP | 00085124401 | INTRON A 10MM UNITS INJ PEN |
| SCHERING CORP | 00085125901 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085125902 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085126401 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126402 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126403 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126404 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085127901 | PEG-INTRON 150 MCG KIT |
| SCHERING CORP | 00085129101 | PEG-INTRON 80 MCG KIT |
| SCHERING CORP | 00085130401 | PEG-INTRON 120 MCG KIT |
| SCHERING CORP | 00085132704 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085133105 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085136601 | PEG-INTRON 50 MCG KIT |
| SCHERING CORP | 00085138507 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085140101 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085140201 | FORADIL AEROLIZER 12 MCG CAP |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015104 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015105 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764016109 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030114 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030115 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030116 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045124 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045125 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045126 | ACTOS 45 MG TABLET |
| TAP PHARMACEUTICALS INC | 00300154111 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154119 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154130 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304611 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304613 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304619 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300730930 | PREVACID 15 MG SUSPENSION DR |
| TAP PHARMACEUTICALS INC | 00300731136 | PREVACID 30 MG SUSPENSION DR |
| US PHARMACEUTICAL CORP | 52747034060 | CENOGEN ULTRA CAPSULE |
| US PHARMACEUTICAL CORP | 52747030830 | HEMOCYTE-F CAPSULE |
| US PHARMACEUTICAL CORP | 52747030670 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030830 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747030870 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747080060 | HEMOCYTE PLUS CAPSULE |
| VOLUNTARY HOSPS AMERICA INC | 00310030061 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030064 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030065 | DIPRIVAN 10 MG/ML VIAL |
| WARNER CHILCOTT INC | 00030078440 | DURICEF 500 MG CAPSULE |
| WARNER CHILCOTT INC | 00430002324 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002330 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002424 | ESTRACE 2 MG TABLET |
| WARNER CHILCOTT INC | 00430016024 | MANDELAMINE 500 MG TABLET |
| WARNER CHILCOTT INC | 00430018124 | PYRIDIUM 200 MG TABLET |
| WARNER CHILCOTT INC | 00430018216 | PYRIDIUM PLUS TABLET |
| WARNER CHILCOTT INC | 00430022640 | NATAFORT TABLET |
| WARNER CHILCOTT INC | 00430022723 | NATACHEW TABLET CHEW |
| WARNER CHILCOTT INC | 00430058214 | OVCON-35 28 TABLET |
| WARNER CHILCOTT INC | 00430058514 | OVCON-50 28 TABLET |
| WARNER CHILCOTT INC | 00430069624 | ERYC 250 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430093620 | DORYX 75 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430093819 | DORYX 100 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430276317 | DURICEF 250 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430276317 | DURICEF 500 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430175411 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430175414 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430020140 | FEMRING 0.05 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00430020240 | FEMRING 0.10 MG VAGINAL RING |
| WATSON LABORATORIES INC | 00076026000 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 00076029100 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025200 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544026528 | NORINYL 1+50-28 TABLET |
| WATSON LABORATORIES INC | 52544027428 | TRI-NORINYL 28 TABLET |
| WATSON LABORATORIES INC | 52544049201 | DILACOR XR 120 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544049301 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544049305 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544049401 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544049405 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544053901 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544053905 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544062201 | MICROZIDE 12.5 MG CAPSULE |
| WATSON LABORATORIES INC | 52544073201 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073301 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073401 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544089001 | ACTIGALL 300 MG CAPSULE |
| WATSON LABORATORIES INC | 55515001424 | CORDRAN 4 MCG/SG CM TAPE |
| WATSON LABORATORIES INC | 55515001480 | CORDRAN 4 MCG/SG CM TAPE |
| WATSON LABORATORIES INC | 55515003515 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003530 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003560 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515010101 | CONDYLOX 0.5% TOPICAL SOLN |
| WATSON LABORATORIES INC | 55515010201 | CONDYLOX 0.5% GEL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| WATSON LABORATORIES INC | 55515025904 | MONODOX 100 MG CAPSULE |
| WATSON LABORATORIES INC | 55515028006 | MONODOX 50 MG CAPSULE |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072029008 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072020012 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072116006 | DOVONEX 0.005% SOLUTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140015 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140050 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145015 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145050 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072254006 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072264012 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072370001 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571208 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571214 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571401 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072073028 | LAC-HYDRIN 12% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072573028 | LAC-HYDRIN 12% CREAM |
| WOMEN FIRST HEALTHCARE INC | 64248000410 | BACTRIM 400-80 MG TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248015710 | BACTRIM DS TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248015030 | VANIQA 13.9% CREAM |
| XCEL PHARMACEUTICALS | 58490024598 | MIGRANAL 4 MG/ML NASAL SPRAY |
| ZYBER PHARMACEUTICAL INC | 68224017516 | PEDIATEX LIQUID |
| ZYBER PHARMACEUTICAL INC | 68224048716 | PEDIATEX-D LIQUID |
| ZYBER PHARMACEUTICAL INC | 68224065501 | ALDEX TABLET |

Privileged and Confidential Information

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

### DISTRICT OF  NEW JERSEY

| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, ET. AL, V. FIRST DATABANK, INC., AND MCKESSON CORPORATION | **SUBPOENA IN A CIVIL CASE** Case Number:¹ 1:05-CV-11148-PBS DISTRICT OF MASSACHUSETTS |

TO: Medco Health Solutions, Inc.
100 Parsons Pond Drive
Franklin Lakes, NJ 07417

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME August 15, 2006, 9:30 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit B.

| PLACE Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME August 8, 2006, 9:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant McKesson Corporation | DATE July 24, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| **SERVED:** | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | Civil Action: 1:05-CV-11148-PBS

Judge Patti B. Saris |
| Plaintiffs, | |
| v. | |
| FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, and the subpoena attached hereto, McKesson Corporation, by its attorneys, will take the deposition of Medco Health Solutions, Inc., by the person or persons who are knowledgeable concerning the matters set forth in Exhibit A attached hereto. Such deposition will be taken on August 15, 2006, beginning at 9:30 a.m., at Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104, or at another mutually agreeable location. The deposition will be taken before an officer authorized to administer oaths, be recorded by a stenographer, and may be videotaped, and may provide for LiveNote access, and will continue from day to day, Saturday, Sundays and holidays excepted, until completed.

1

sf-2167582

McKesson reserves the right to take subsequent depositions, not just on all material issues, but also on those issues raised by any documents produced after the date of this Notice.

PLEASE TAKE FURTHER NOTICE THAT Medco Health Solutions, Inc. is also requested to produce the documents set forth in Exhibit B on August 8, 2006.

Dated July 24, 2006

MELVIN R. GOLDMAN
LORI A. SCHECHTER
PAUL FLUM
TIFFANY CHEUNG
MORRISON & FOERSTER LLP

By: _____
          Tiffany Cheung

Attorneys for Defendant
MCKESSON CORPORATION

sf-2167582

## DEFINITIONS

The terms used in these requests, whether or not capitalized, are defined as follows:

1.    "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.    "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by several pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book") and Medi-Span's Master Drug Database ("Medi-span"). The term "AWP" includes the "Blue Book AWP" published by First Databank.

3.    "Beneficiary" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

4.    "Benefit Consultant" means any person and/or entity that provides information, counsel and/or advice to any Fund regarding any hospital, medical or prescription drug benefit and/or service provided by any Fund to any Participant or Beneficiary.

5.    "Clients" means union benefit funds, employers, health plans, Third Party Payors, or other entities or individuals to which You provide services or data pertaining to drugs for a fee or other remuneration.

6.    "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

3

7.      "Complaint" means the Class Action Complaint filed in connection with Civil

Action No. 05-CV-11148-PBS in the United States District Court for the District of

Massachusetts.

8.      "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring

to, describing, evidencing, or constituting.  A request for all documents "concerning" a subject

extends to each document making a statement about, mentioning, referring to, discussing,

analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing,

dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in

part.

9.      "Copy" or "Copies" when used in reference to a document means any color or

black-and-white reproduction of a document, regardless of whether the reproduction is made by

means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means

or process.

10.     "Document" means Electronic Data and all written, typed, printed, photocopied,

photographed, or recorded matter of any kind, including but not limited to all originals,

masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements,

catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes,

paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts,

memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by

mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any

other means), computer-generated information, computer software, information stored or

recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy

disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or

4

data compilation from which information can be obtained or translated), interoffice communications, interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001, and all other graphic materials, writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

11.    "Drug Company" or "Drug Companies" means a company that manufactures pharmaceutical products, including without limitation, Identified Drugs.

12.    "Electronic Data" means all information of all kinds maintained by electronic data processing systems and includes all non-identical copies of such information. Electronic Data includes, but is not limited to, electronic spreadsheets, databases with all records and fields and structural information (including Lotus Notes Discussion Databases and other online dialogs), charts, graphs and outlines, arrays of information and all other information used or produced by any software. Further, Electronic Data includes any computer program (whether proprietary or commercial), programming notes or instructions, or any other software program or utility needed to access or use such Electronic Data as they are accessed or used by You in the usual course of business.

13.    "Fund" or "Funds" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

5

Welfare Fund, and any other health and welfare fund or trust that provides prescription drug benefits, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

14.    "Government Investigation" refers to any ongoing or closed investigation or inquiry conducted by Congress, a committee or sub-committee of Congress (including but not limited to, the Consumer, Energy and/or Ways and Means Committees), the United States Department of Justice, the United States General Accounting Office, the Federal Trade Commission, the Office of the United States Inspector General, the United States Department of Health and Human Services, or any other federal, state, or local governmental entity, and includes but is not limited to instances in which such entities have served or sent You Civil Investigative Demands, subpoenas, document requests, or other requests.

15.    "Identified Drugs" shall refer to any one or more of the drugs listed in Appendix A to the Complaint and attached hereto.

16.    "MDL Litigation" means the litigation bearing the caption, *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, pending in the United States District Court for the District of Massachusetts.

17.    "Meeting" means any discussion between two or more persons either in person, telephonically, or by video conference.

18.    "Named Plaintiff" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health &

6

Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

Welfare Fund, and any of their past or present trustees, officials, officers, fiduciaries, third-party

administrators, representatives, agents, assigns, attorneys, employees, divisions, departments,

affiliates, and all other persons or entities acting or purporting to act on its behalf or under its

control.

19.    "Participant" means a person for whom a health plan or health and welfare fund

provides any medical or health insurance benefit, including prescription drug benefits.

20.    "Person" as defined in Massachusetts Local Rule 26.5(c)(6), means any natural

person or any business, legal, or governmental entity or association.

21.    "Pharmacy Benefit Manager" or "PBM" means any entity that provides services

relating to prescription drug benefits offered by any Third Party Payor to any Participant and/or

Beneficiary.

22.    "Price" means any payment made for a drug with or without discounts, Rebates or

other incentives affecting the cost of the drug.

23.    "Publication" means a publication identified in Health Care Financing

Administration Program Memorandum AB-99-63 and includes First DataBank, Red Book, Blue

Book, and Medi-span.

24.    "Publisher" or "Publishers" refers to any pharmaceutical price publishing service,

including but not limited to the First DataBank, Red Book, Blue Book and Medi-Span publishing

services.

25.    "Rebates" include access rebates for the placement of products on a formulary,

rebates based upon the sales volumes for drugs, and market share rebates for garnering higher

7

market share than established targets, and include rebates received by You or any PBM with whom You have a contractual relationship.

26.    "Relevant Time Period" means the period from January 1, 1997 to the date of production, inclusive.

27.    "Retailer" means any entity, including a retail pharmacy that resells drugs to consumers.

28.    "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to Participants and Beneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to Participants and Beneficiaries.

29.    "This Litigation" means the litigation pending in the United States District Court for the District of Massachusetts bearing the docket number 1:05-CV-11148-PBS.

30.    "WAC" or "Wholesale Acquisition Cost" means the actual selling price that a Drug Company charges to a Wholesaler, before discounts.

31.    "Twenty Largest And Twenty Smallest Third Party Payors" means for the Twenty Largest, the twenty Third Party Payors that provided the most revenue to You over the Relevant Time Period, and the Twenty Smallest means the twenty Third Party Payors who provided the least revenue to You, in aggregate, during the Relevant Time Period.

32.    "Wholesaler" means any entity that purchases drugs from a Drug Company and resells such drugs to any other entity, including Retailers.

sf-2167582

33.    "You" or "Your" shall refer to Medco Health Solutions, Inc., including predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or agents, including but not limited to, attorneys and accountants.

## INSTRUCTIONS

1.    Unless otherwise specifically stated, the requests below refer to the period from January 1, 1997, to the date of production, inclusive.

2.    The singular form of a noun or pronoun shall include within its meaning the plural form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of any verb shall include within its meaning all other tenses of the verb.

3.    "All" and "each" shall be construed as meaning either all or each as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

4.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any information that might otherwise be construed to be outside its scope.

5.    Each request for production of documents extends to all documents in the possession, custody, or control of You or anyone acting on Your behalf. A document is to be deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the physical custody of any other person and You (a) own such document in whole or in part; (b) have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document on any term; (c) have an understanding, express or implied, that You may use, inspect, examine,

9

or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

6.    If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

7.    Provide the following information for each document withheld on the grounds of privilege:

      (a)    its date;

      (b)    its title;

      (c)    its author(s);

      (d)    its recipient(s);

      (e)    the specific privilege under which it is withheld;

      (f)    its general subject matter; and

      (g)    a description of it that You contend is adequate to support Your contention that it is privileged.

8.    Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

9.    Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

      (a)    its date;

sf-2167582

(b)    its title;

(c)    its author(s);

(d)    its recipient(s);

(e)    the specific privilege under which it is withheld;

(f)    its general subject matter; and

(g)    a description of it that You contend is adequate to support Your contention that it is privileged.

10.    To the extent that You consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of each request to which You object and each ground for each objection. If there is any question as to the meaning of any part of these Requests, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of these Requests as written.

11.    Documents produced in response to these Requests should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

12.    You may produce legible, complete, and exact copies of original documents responsive to these Requests, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

13.    These Requests cover all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other

11

persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

14.    If any Request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

sf-2167582

## EXHIBIT A

## DEPOSITION TOPICS

1.      Your negotiations and contracts with Third Party Payors and Clients for pharmacy benefit management services, including the sharing of rebates from manufacturers, the duration of such contracts, termination provisions, guarantees, references to AWP, and terms and conditions included in addendums and related provider manuals.

2.      Your negotiations and contracts with Retailers, including drug pricing terms and metrics (e.g., AWP, usual & customary), the manner in which those metrics are defined or arrived at (including the factors or other information used, relied on or considered by You in connection with, or arriving at, reimbursements and payments to Retailers), the terms pertaining to Third Party Payors' or Clients' payment for drugs provided under such contracts, the duration of such contracts, and the termination provisions in such contracts.

3.      Your knowledge, understanding or expectation regarding (a) the use and significance of AWP, manufacturer suggested wholesale prices, WAC, or other information published or provided by First DataBank and other Publishers, (b) the trends in these metrics; (c) the ratio or spread between actual acquisition costs of Retailers and published AWPs, or between WAC and published AWPs; (c) changes in AWPs or in WAC to AWP ratios, including discussions with manufacturer, Retailers, Third Party Payor and Clients, or Publishers regarding such changes.

4.      The operation and management of Retailers, including the management and operations of pharmacy networks.

sf-2167582

5.    Representations or other statements by or attributed to Publishers concerning how any Publisher compiles, develops or arrives at AWPs, WACs or other information published or made available by the Publisher.

6.    Your corporate structure, organizations, employees and operations.

7.    Your search for and production of documents in response to the document requests set forth in Exhibit B of this subpoena.

14

## EXHIBIT B

## DOCUMENTS TO BE PRODUCED

### Regarding Related Litigation or Investigations

1.    Respecting the MDL Litigation, all documents produced or made available to other parties, including, without limitation, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition videos, and deposition exhibits; all non-public pleadings; and all transcripts of hearings before a Judge or Magistrate.

2.    Respecting any legal proceeding, mediation, arbitration, court hearing, legislative hearing, or Government Investigation or inquiry concerning FDB or any other Publisher, the use of AWP or reimbursement of drugs purchased by consumers, all documents produced or made available pursuant to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition exhibits and statements filed, served, produced, prepared or taken in connection therewith; all documents concerning your contracts or negotiations with Retailers, reimbursements to Retailers for the dispensing of Identified Drugs, your relationships with Third Party Payors, or your contracts or negotiations with Drug Companies for Rebates, discounts or other consideration or remuneration.

### Regarding Publishers

3.    All documents concerning communications between You and any Publisher concerning the AWP for, the WAC-AWP spread for or, proposed wholesale price or the actual or proposed acquisition cost of, Identified Drugs or any other prescription drug.

4.    All contracts and agreements with any Publisher.

15

5.    All documents concerning use of a specific Publisher's AWP or other price data in contracts with Retailers, Third Party Payors and Clients, Manufacturers, or with any other person.

6.    All documents to or from any Publisher concerning Identified Drugs, AWP, a Drug Company's suggested wholesale prices, or Wholesaler markups.

7.    All documents and communications concerning any representation or other statement by or attributed to First DataBank, Redbook or any other Publisher concerning its business, including, without limitation, its publication of AWPs, information contained in its data fields, how it derived information for its database, how it determined AWPs, its research of wholesalers, its research of PBMs, or its conduct of surveys.

8.    All documents or communications concerning increases, decreases or other changes in AWPs, including any increase or change in the WAC-AWP spread, in data published by First DataBank, including, without limitation, complaints or other reactions to such changes by Drug Companies, Wholesalers, PBMs (including You), Retailers, Third Party Payors, or Your Clients.

9.    All documents concerning the use of AWPs published by First DataBank, or by any other Publisher, as a basis, benchmark or metric for reimbursement.

10.    All documents comparing AWPs or WAC-AWP spreads published by First DataBank, with

    a.  AWPs or WAC-AWP spreads published by other Publishers, or with

    b.  wholesale prices suggested by Drug Companies.

11.    All documents concerning the accuracy of the AWPs published by, or of representations made by, First DataBank.

16

**Regarding Third Party Payors**

12.    All documents concerning communications between You and any Third Party Payor concerning the AWP for, the WAC-AWP spread for, or the actual or potential acquisition cost of, Identified Drugs.

13.    All contracts and agreements by You with the Twenty Largest and Twenty Smallest Third Party Payors that concern:

      a.  AWP, WAC, or the actual or potential acquisition cost of, Identified Drugs;

      b.  Rebates, discounts or other consideration received by You from Drug Companies;

      c.  Services you provide to Third Party Payors; or

      d.  Reimbursement for dispensing of prescription drugs

14.    All documents concerning Your strategy, reasoning, or methodology in setting amounts Your Clients or Third Party Payors pay You, or You pay to Retailers, for drugs or for dispensing or administrative services, including, without limitation, documents showing the factors or other information You have relied on or considered in arriving at payment terms.

15.    All documents concerning the effect or potential effect of an actual or possible increase, decrease or other change in the WAC-AWP spread or in published AWPs, including, without limitation, the effect such a change would or may have on You or any of Your Clients.

16.    All communications between TPPs and PBMs concerning higher drug prices, higher AWPs, or higher AWP/WAC markups.

17.    All advertising, marketing, and sales materials, responses to requests for proposals or other documents describing the services You (or other PBMs) offer or make available to Clients and the value of those services, including, without limitations, documents concerning the savings You (or other PBMs) have secured for Clients.

sf-2167582

18.    All documents concerning Your decision to list or de-list Identified Drugs or any other prescription drug on a formulary.

19.    All documents concerning Your relationship with the Named Plaintiffs, including without limitation:

    a.    All documents concerning communications with the Named Plaintiffs;

    b.    All contracts or agreements with the Named Plaintiffs;

    c.    All requests for proposals and responses thereto involving the Named Plaintiffs;

    d.    All reports, summaries or compilations provided to or received from the Named Plaintiffs;

    c.    All documents concerning the amount charged or to be charged the Named Plaintiffs for prescription drugs;

    d.    All documents concerning reimbursement of Named Plaintiffs for prescription drug expenditures made on behalf of Participants or Beneficiaries;

    e.    All documents concerning reimbursements paid by Named Plaintiffs to Retailers for the dispensing of Identified Drugs; and,

    f.    All documents concerning communications with a Benefit Consultant concerning a Named Plaintiff, including, without limitation, all documents concerning requests for proposals or responses thereto and

20.    All documents concerning the use of AWP as a basis or benchmark for reimbursement of PBMs or Retailers.

**Regarding Retailers**

21.    All documents containing or concerning contracts or agreements You negotiated with Retailers for reimbursement for prescription drugs.

18

22.    All documents concerning Your strategy, factors considered, reasoning, or methodology in setting reimbursement to Retailers for Identified Drugs or for dispensing or administrative services including, without limitation, documents showing the factors or other information You have relied on or considered, and all documents containing calculations or computations used, relied on or considered by You, in connection therewith.

23.    All documents concerning the impact of changes in published AWPs or WAC-AWP spreads on contracts or negotiations with Retailers, or reimbursement rates paid to Retailers.

24.    All documents concerning negotiations with Retailers regarding network membership, including without limitations, all documents concerning discussion or documentation of denying, terminating or revoking network membership for any reason.

25.    All documents concerning the percentage discount from AWP contained in, or considered for, contracts with Retailers.

**Regarding Drug Companies**

26.    All documents concerning price offsets, discounts, Rebates, or off-invoice incentive payments or other considerations paid or made by Drug Companies to You or other PBMs for Identified Drugs.

27.    All documents concerning the impact or effect of changes in published AWPs or WAC-AWP spreads on any actual or potential Rebates, discounts, or any other consideration or price terms between You and Your Clients or a Drug Company.

28.    All documents concerning Drug Company reactions to, or communications regarding, any increased AWP or AWP/WAC spread, including any correspondence from a Drug

19

Company regarding changes in AWP that were not recommended or proposed by a Drug Company.

29.     All documents reflecting the description or identification of any Drug Company as having a suggested, proposed, or stated wholesale markup, including but not limited to a 20% or a 25% markup or spread between WAC and AWP.

30.     All documents concerning the use of an AWP suggested by a Drug Company.

**Regarding AWP**

31.     All documents concerning Your use of AWP as a pricing term, benchmark or metric in any contracts with or among Retailers, Third Party Payors, Clients or Drug Companies.

32.     All documents concerning AWP, including but not limited to:

a.   All documents concerning the WAC-AWP spread or markup;

b.   All documents concerning the spread or markup between pharmacy acquisition cost and AWP;

c.   Any reports, summaries or compilations provided to Third Party Payors or Clients containing information about changes in industry pricing or practices;

d.   All internal reports analyzing the drug expenditures of Third Party Payors or Clients;

e.   All documents concerning reimbursement by You or your clients for Identified Drugs on the basis of published AWPs, including AWPs published by First Databank;

f.   All documents concerning the proposed or actual discontinuation of AWP as a basis, benchmark or metric for reimbursement; and

20

g. All documents identifying or describing the source that You use for determining AWPs in your contracts; or discussing how AWP has been, or is currently, calculated or defined.

**Other Documents**

33. All documents concerning Your expectations regarding (1) pharmacy acquisition costs; (2) the spread between such acquisition costs and AWP; or (3) the spread between WAC and AWP, for Identified Drugs.

34. For each Identified Drug, all transaction records maintained in a database or other electronic format showing all revenues, disbursements and quantities covered, including amounts paid by You for Identified Drugs sold by Retailers, amounts paid to You by Third Party Payors as Your Clients for the Identified Drugs, and any related Rebates, discounts, and administrative fees.

35. Documents sufficient to identify all Your departments and employees including, without limitation, Your organizational charts.

36. Documents sufficient to identify Your policy or practice of document retention, destruction, disposal, or preservation for each year during the Relevant Time Period.

37. Document describing each report, summary or compilation distributed by You or Your Third Party Payors or Clients concerning AWPs, WAC-AWP spreads, reimbursement of Retailers, payments to Third Party Payors, acquisition costs of Retailers, the MDL Litigation or this Lawsuit.

38. All documents concerning whether to use a discount from AWP (*e.g.*, AWP minus 12%) as a basis for reimbursement of Retailers.

21

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| 3M PHARMACEUTICALS | 0008900025 | METROGEL-VAGINAL 0.75% GEL |
| 3M PHARMACEUTICALS | 0008900310 | TAMBOCOR 50 MG TABLET |
| 3M PHARMACEUTICALS | 0008900710 | TAMBOCOR 100 MG TABLET |
| 3M PHARMACEUTICALS | 0008901410 | TAMBOCOR 150 MG TABLET |
| 3M PHARMACEUTICALS | 0008901006 | CAL DISOD VERSENAT 200 MG/ML |
| 3M PHARMACEUTICALS | 0008904009 | NORFLEX 30 MG/ML AMPUL |
| 3M PHARMACEUTICALS | 0008905012 | ALDARA 5% CREAM |
| 3M PHARMACEUTICALS | 0008941521 | MAXAIR AUTOHALER 0.2 MG AERO |
| AAIPHARMA LLC | 0000203162 | DARVOCET-N 50 TABLET |
| AAIPHARMA LLC | 0000203333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 0000206302 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 0000206305 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 0000206333 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 0000200363 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 0000200333 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 0000231102 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 0000231103 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 0002807201 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 0002807210 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 0002801501 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 0002801510 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 0002870701 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 0005482301 | DURACLON 0.1 MCG/ML VIAL |
| AAIPHARMA LLC | 0005482401 | DURACLON 500 MCG/ML VIAL |
| AAIPHARMA LLC | 6659103921 | AQUASOL A 50,000 UNITS/ML VIAL |
| AAIPHARMA LLC | 6659104011 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 6659106241 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 6659106141 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 6659106151 | DARVON-N 100 MG TABLET |
| ABBOTT LABORATORIES | 0059706001 | MOBIC 7.5 MG TABLET |
| ABBOTT LABORATORIES | 0059703001 | MOBIC 15 MG TABLET |
| ABBOTT LABORATORIES | 0059703928 | MICARDIS 20 MG TABLET |
| ABBOTT LABORATORIES | 0059700409 | MICARDIS 40 MG TABLET |
| ABBOTT LABORATORIES | 0059704128 | MICARDIS 80 MG TABLET |
| ABBOTT LABORATORIES | 0059700430 | MICARDIS HCT 40/12.5 MG TAB |
| ABBOTT LABORATORIES | 0059700428 | MICARDIS HCT 80/12.5 MG TAB |
| AGOURON PHARMACEUTICALS INC | 6301000700 | VIRACEPT 250 MG TABLET |
| AGOURON PHARMACEUTICALS INC | 6301001190 | VIRACEPT POWDER |
| AMGEN INC | 5551302001 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 5551302010 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 5551301401 | EPOGEN 10,000 UMITS/ML VIAL |
| AMGEN INC | 5551301410 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 5551301801 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 5551301810 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 5551302701 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 5551302710 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 5551302301 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 5551302310 | EPOGEN 10,000 UNITS/ML VIAL |
| ASTRAZENECA LP | 0003772020 | ZOMIG 2.5 MG TABLET |
| ASTRAZENECA LP | 0003772125 | ZOMIG 5 MG TABLET |
| ASTRAZENECA LP | 0018600131 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 0018600168 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 0018600231 | LEXXEL 5-2.5 MG TABLET SA |
| ASTRAZENECA LP | 0018600431 | ATACAND 4 MG TABLET |
| ASTRAZENECA LP | 0018600831 | ATACAND 8 MG TABLET |
| ASTRAZENECA LP | 0018601628 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 0018601631 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 0018601654 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 0018600228 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 0018600231 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 0018600254 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 0018601001 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 0018601201 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 0018601281 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 0018601401 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601412 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601491 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601501 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 0018601512 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 0018601701 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601712 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601781 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601001 | XYLOCAINE 2% DENTAL VIAL |
| ASTRAZENECA LP | 0018601201 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601212 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601291 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601501 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 0018601501 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 0018601701 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 0018601401 | XYLOCAINE 0.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 0018601501 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 0018601001 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 0018601501 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 0018601001 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 0018601228 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 0018601254 | ATACAND HCT 16/12.5 MG TAB |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00186021003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186021203 | XYLOCAINE/DEXTROSE 1.5% AMP |
| ASTRAZENECA LP | 00186021503 | XYLOCAINE-MPF 2% AMPUL |
| ASTRAZENECA LP | 00186023003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186022303 | XYLOCAINE IV 2% AMPUL |
| ASTRAZENECA LP | 00186023503 | XYLOCAINE-MPF 4% AMPUL |
| ASTRAZENECA LP | 00186024113 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024213 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024302 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186025002 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186025502 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186026002 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026092 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026502 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026592 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186027512 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186027813 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186027713 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186031521 | XYLOCAINE 5% OINTMENT |
| ASTRAZENECA LP | 00186032001 | XYLOCAINE 4% SOLUTION |
| ASTRAZENECA LP | 00186032228 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186032254 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186033001 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033036 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033543 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186033653 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186036001 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186045028 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045031 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045058 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045128 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045131 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045158 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045228 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045231 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045258 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186060828 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060831 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060968 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186060982 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186070210 | ENTOCORT EC 3 MG CAPSULE |
| ASTRAZENECA LP | 00186070766 | TONOCARD 400 MG TABLET |
| ASTRAZENECA LP | 00186070988 | TONOCARD 600 MG TABLET |
| ASTRAZENECA LP | 00186074228 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074282 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074328 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074368 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074362 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186065981 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186065991 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186086344 | NAROPIN 5 MG/ML AMPULE |
| ASTRAZENECA LP | 00186086381 | NAROPIN 5 MG/ML VIAL |
| ASTRAZENECA LP | 00186091542 | PULMICORT 200 MCG TURBUHALER |
| ASTRAZENECA LP | 00186097156 | NESACAINE 1% VIAL |
| ASTRAZENECA LP | 00186097266 | NESACAINE 2% VIAL |
| ASTRAZENECA LP | 00186099166 | NESACAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186099266 | NESACAINE-MPF 3% VIAL |
| ASTRAZENECA LP | 00186030301 | SENSORCAINE/EPI 0.75%/0.0005 |
| ASTRAZENECA LP | 00186107509 | RHINOCORT NASAL INHALER |
| ASTRAZENECA LP | 00186108805 | TOPROL XL 25 MG TABLET SA |
| ASTRAZENECA LP | 00186109005 | TOPROL XL 50 MG TABLET SA |
| ASTRAZENECA LP | 00186109205 | TOPROL XL 100 MG TABLET SA |
| ASTRAZENECA LP | 00186161501 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186161503 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151601 | EMLA CREAM |
| ASTRAZENECA LP | 00186177001 | STREPTASE 250,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177101 | STREPTASE 750,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177401 | STREPTASE 1.5MM UNITS INFUS BT |
| ASTRAZENECA LP | 00186198804 | PULMICORT 0.25 MG/2 ML RESPUL |
| ASTRAZENECA LP | 00186198904 | PULMICORT 0.5 MG/2 ML RESPULE |
| ASTRAZENECA LP | 00186502031 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502054 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502082 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186502239 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186504031 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504054 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504082 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186504239 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00310004010 | ELAVIL 10 MG TABLET |
| ASTRAZENECA LP | 00310004110 | ELAVIL 50 MG TABLET |
| ASTRAZENECA LP | 00310004210 | ELAVIL 75 MG TABLET |
| ASTRAZENECA LP | 00310004310 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004510 | ELAVIL 25 MG TABLET |

Privileged and Confidential Information
Page 2

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| ASTRAZENECA LP | 00310004550 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004710 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310004730 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004910 | ELAVIL 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310010110 | TENORMIN 100 MG TABLET |
| ASTRAZENECA LP | 00310010510 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010534 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010710 | TENORMIN 25 MG TABLET |
| ASTRAZENECA LP | 00310011510 | TENORETIC 50 TABLET |
| ASTRAZENECA LP | 00310011710 | TENORETIC 100 TABLET |
| ASTRAZENECA LP | 00310013010 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013034 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013038 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013110 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013134 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013138 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013173 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013210 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013234 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013238 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013273 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013310 | ZESTRIL 30 MG TABLET |
| ASTRAZENECA LP | 00310013410 | ZESTRIL 40 MG TABLET |
| ASTRAZENECA LP | 00310013510 | ZESTRIL 2.5 MG TABLET |
| ASTRAZENECA LP | 00310014110 | ZESTORETIC 10/12.5 TABLET |
| ASTRAZENECA LP | 00310014210 | ZESTORETIC 20/12.5 TABLET |
| ASTRAZENECA LP | 00310014510 | ZESTORETIC 20/25 TABLET |
| ASTRAZENECA LP | 00310023130 | ARIMIDEX 1 MG TABLET |
| ASTRAZENECA LP | 00310023920 | ZOMIG ZMT 2.5 MG TABLET |
| ASTRAZENECA LP | 00310023921 | ZOMIG ZMT 5 MG TABLET |
| ASTRAZENECA LP | 00310027110 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027139 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027210 | SEROQUEL 250 MG TABLET |
| ASTRAZENECA LP | 00310027239 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027430 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027460 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027510 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310027539 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310030011 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030050 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030054 | DIPRIVAN 10 MG/ML SYRINGE |
| ASTRAZENECA LP | 00310032111 | MERREM 1 GM INFUSION BOTTLE |
| ASTRAZENECA LP | 00310032115 | MERREM 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032130 | MERREM 1 GM VIAL |
| ASTRAZENECA LP | 00310033511 | MERREM 500 MG INFUSION BTL |
| ASTRAZENECA LP | 00310033515 | MERREM 500 MG ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310033520 | MERREM 500 MG VIAL |
| ASTRAZENECA LP | 00310037510 | CEFOTAN 10 GM VIAL |
| ASTRAZENECA LP | 00310037610 | CEFOTAN 1 GM VIAL |
| ASTRAZENECA LP | 00310037611 | CEFOTAN 1 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037631 | CEFOTAN 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037720 | CEFOTAN 2 GM VIAL |
| ASTRAZENECA LP | 00310037721 | CEFOTAN 2 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037732 | CEFOTAN 2 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037851 | CEFOTAN 1 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310037951 | CEFOTAN 2 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310044160 | ACCOLATE 10 MG TABLET |
| ASTRAZENECA LP | 00310044238 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310044260 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310050018 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310050060 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310050075 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310050412 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310050430 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310050490 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310070510 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070530 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070539 | CASODEX 50 MG TABLET |
| AXCAN SCANDIPHARM INC | 00058012061 | BENTYL 10 MG CAPSULE |
| AXCAN SCANDIPHARM INC | 00058012361 | BENTYL 20 MG TABLET |
| AXCAN SCANDIPHARM INC | 00058012516 | BENTYL 10 MG/5 ML SYRUP |
| AXCAN SCANDIPHARM INC | 00058080923 | BENTYL 10 MG/ML AMPUL |
| AXCAN SCANDIPHARM INC | 58914012110 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914012121 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914012130 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914012160 | CARAFATE 1 GM TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00025286146 | PRECOSE 50 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00025286251 | PRECOSE 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028519536 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00028519763 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00028511106 | CIPRO 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028651248 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028651251 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028651348 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028651351 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00028651448 | CIPRO 750 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BAYER CORP PHARMACEUTICAL DIV | 00026051450 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026055136 | CIPRO 5% SUSPENSION |
| BAYER CORP PHARMACEUTICAL DIV | 00026055338 | CIPRO 10% SUSPENSION |
| BERLEX INC | 50419016110 | QUIMAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010111 | QUIMAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010125 | QUIMAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010150 | QUIMAGLUTE DURA-TABS 324 MG |
| BERTEK PHARMACEUTICALS INC | 62794015102 | MENTAX 1% CREAM |
| BERTEK PHARMACEUTICALS INC | 62794015103 | MENTAX 1% CREAM |
| BIOGEN IDEC MA INC | 59627000103 | AVONEX ADMIN PACK 30 MCG VL |
| BIOVAIL PHARMACEUTICALS INC | 00088077147 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088077155 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088071180 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088077247 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088077255 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088077290 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088077347 | CARDIZEM SR 60 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088077847 | CARDIZEM SR 90 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088077947 | CARDIZEM SR 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088078516 | CARDIZEM 100 MG MONOVIAL |
| BIOVAIL PHARMACEUTICALS INC | 00088078917 | CARDIZEM 5 MG/ML LYO-JECT |
| BIOVAIL PHARMACEUTICALS INC | 00088079147 | CARDIZEM 90 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088079530 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079542 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079630 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079642 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079730 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079742 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079830 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088079842 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00173093041 | ZOVIRAX 5% OINTMENT |
| BIOVAIL PHARMACEUTICALS INC | 64455079247 | CARDIZEM 120 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 64455079548 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079649 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079650 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079749 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079849 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079842 | CARDIZEM CD 360 MG CAP SA |
| BLANK | 00026061320 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026061325 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00026068416 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068420 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068471 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00026068520 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00026068525 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00085028301 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085028381 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085070304 | TRINALIN REPETABS |
| BLANK | 00085078701 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078706 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078710 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078781 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085081930 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085091935 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00086053801 | INTEGRILIN 75 MG/100 ML VIAL |
| BLANK | 00085116303 | IMDUR 120 MG TABLET SA |
| BLANK | 00085116304 | IMDUR 120 MG TABLET SA |
| BLANK | 00085117701 | INTEGRILIN 20 MG/10 ML VIAL |
| BLANK | 00085117702 | INTEGRILIN 200 MG/100 ML VIAL |
| BLANK | 00085330601 | IMDUR 30 MG TABLET SA |
| BLANK | 00085330693 | IMDUR 30 MG TABLET SA |
| BLANK | 00085331630 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085331535 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085411901 | IMDUR 60 MG TABLET SA |
| BLANK | 00085411903 | IMDUR 60 MG TABLET SA |
| BLANK | 11994001104 | DEFINITY 1.1 MG/ML VIAL |
| BLANK | 54092028301 | ADDERALL XR 10 MG CAPSULE SA |
| BLANK | 54092030701 | ADDERALL XR 20 MG CAPSULE SA |
| BLANK | 54092030101 | ADDERALL XR 30 MG CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00085701142 | CAFCIT 20 MG/ML VIAL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00085701142 | CAFCIT 20 MG/ML ORAL SOLN |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597040160 | AGGRENOX CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000601 | CATAPRES 0.1 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000701 | CATAPRES 0.2 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001101 | CATAPRES 0.3 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001314 | COMBIVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001701 | PERSANTINE 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001801 | PERSANTINE 50 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001901 | PERSANTINE 75 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002001 | SERENTIL 10 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002101 | SERENTIL 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002301 | SERENTIL 100 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002504 | SERENTIL 25 MG/ML ORAL CONC |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002702 | SERENTIL 25 MG/ML AMPUL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003112 | CATAPRES-TTS 1 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003212 | CATAPRES-TTS 2 PATCH |

In Re First DataBank Drug Pricing Litigation

Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 3334 | CATAPRES-TTS 3 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 4601 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 4680 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 4653 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 4724 | VIRAMUNE 50 MG/5 ML SUSP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 6601 | MEXITIL 150 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 6701 | MEXITIL 200 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 6801 | MEXITIL 250 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 7017 | ALUPENT 650 MCG INHALER COMP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 8042 | ATROVENT 0.02% SOLUTION |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 8139 | ATROVENT 0.03% SPRAY |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 8214 | ATROVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 0059700 8678 | ATROVENT 0.06% SPRAY |
| BRISTOL MYERS SQUIBB CO | 0001500 6241 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001500 6641 | CYTOXAN 1 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 0001500 6941 | CYTOXAN 2 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 0001511 1750 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0001511 1780 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0001511 7750 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0001511 7780 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0001530 1238 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001530 1287 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001530 3028 | CEENU 10 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0001530 3128 | CEENU 40 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0001530 3229 | CEENU 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0001530 3418 | CEENU DOSE PACK |
| BRISTOL MYERS SQUIBB CO | 0001530 7519 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 0001530 7557 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 0001530 6050 | LYSODREN 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0001530 6145 | VEPESID 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0001532 1330 | PARAPLATIN 50 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001532 1430 | PARAPLATIN 150 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001532 1530 | PARAPLATIN 450 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0001532 0420 | ETOPOPHOS 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0005601 6570 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 6575 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 6590 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 6970 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 6975 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 6990 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7070 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7075 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7090 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7270 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7275 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7290 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7370 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7375 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7470 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7475 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7670 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7675 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 7690 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 8870 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 8875 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 8890 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 9070 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 9075 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0005601 9090 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0003604 1030 | SUSTIVA 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0005684 1330 | SUSTIVA 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0005684 1492 | SUSTIVA 200 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 0008700 3147 | SERZONE 50 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008700 3231 | SERZONE 100 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008700 3331 | SERZONE 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008700 3031 | SERZONE 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008700 4131 | SERZONE 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008701 5646 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008701 5685 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008704 6641 | POLY-VI-FLOR 0.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008704 7402 | POLY-VI-FLOR 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008704 7741 | POLY-VI-FLOR 0.25 MG TAB CHW |
| BRISTOL MYERS SQUIBB CO | 0008704 6641 | POLY-VI-FLOR/IRON 0.25 MG TB |
| BRISTOL MYERS SQUIBB CO | 0008705 6201 | CYTOXAN 500MG VIAL |
| BRISTOL MYERS SQUIBB CO | 0008706 6942 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008706 6945 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008706 6985 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008712 0213 | MONOPRIL 40 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008714 6201 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008714 6301 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7131 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7132 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7215 | AVAPRO 100 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7231 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7232 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 0008727 7235 | AVAPRO 150 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BRISTOL MYERS SQUIBB CO | 00087277315 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277331 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277332 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087275531 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087275532 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277631 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277632 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087155041 | STADOL NS 10 MG/ML SPRAY |
| BRISTOL MYERS SQUIBB CO | 00087607211 | GLUCOVANCE 1.25/250 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607311 | GLUCOVANCE 2.5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087607411 | GLUCOVANCE 5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 00087667117 | VIDEX EC 125 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667217 | VIDEX EC 200 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667317 | VIDEX EC 250 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087667417 | VIDEX EC 400 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 00087771940 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771952 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771964 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771940 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771952 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087771964 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 00087772060 | CEFZIL 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772150 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087772160 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653127101 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653137103 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117105 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653137106 | PLAVIX 75 MG TABLET |
| DEY LP | 49502050001 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050002 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49502050101 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DEY LP | 49502050102 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310402 | PROZAC 10 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310501 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310502 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310507 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310530 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310533 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310581 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310582 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310730 | PROZAC 40 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777512098 | PROZAC 20 MG/5 ML SOLUTION |
| ELI LILLY AND CO | 00002190701 | QUINIDINE GLUC 80 MG/ML VIAL |
| ELI LILLY AND CO | 00002300475 | PROZAC WEEKLY 90 MG CAPSULE |
| ELI LILLY AND CO | 00002312842 | VANCOCIN HCL 125 MG PULVULE |
| ELI LILLY AND CO | 00002312843 | VANCOCIN HCL 250 MG PULVULE |
| ELI LILLY AND CO | 00002400602 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002400630 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002411204 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411233 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411260 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411633 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411660 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411704 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411733 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411780 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002416502 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416507 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416530 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002412004 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002412035 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002412060 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002453001 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002453085 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002454301 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002454485 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002454501 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002454585 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002454601 | ZYPREXA ZYDIS 20 MG TABLET |
| ELI LILLY AND CO | 00002454685 | ZYPREXA ZYDIS 20 MG TAB |
| ELI LILLY AND CO | 00002184001 | REOPRO 2 MG/ML VIAL |
| ELI LILLY AND CO | 00002733501 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002733516 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002751001 | HUMALOG 100 UNITS/ML VIAL |
| ELI LILLY AND CO | 00002751101 | HUMALOG MIX 75/25 VIAL |
| ELI LILLY AND CO | 00002752501 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002752550 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002752559 | HUMALOG 100 UNITS/ML CARTRIDGE |
| ELI LILLY AND CO | 00002755901 | XIGRIS 5 MG VIAL |
| ELI LILLY AND CO | 00002755101 | XIGRIS 20 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| Firm | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| ELI LILLY AND CO | 00002803101 | GLUCAGON 1 MG EMERGENCY KIT |
| ELI LILLY AND CO | 00002808901 | HUMATROPE 6 MG CARTRIDGE |
| ELI LILLY AND CO | 00002809001 | HUMATROPE 12 MG CARTRIDGE |
| ELI LILLY AND CO | 00002809101 | HUMATROPE 24 MG CARTRIDGE |
| ELI LILLY AND CO | 00002850101 | HUMULIN R 500 UNIT/ML VIAL |
| ELI LILLY AND CO | 00430003514 | SARAFEM 10 MG PULVULE B |
| ELI LILLY AND CO | 00430003614 | SARAFEM 20 MG PULVULE |
| FERNDALE LABORATORIES INC | 00496001503 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00496001504 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00496001703 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496001704 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496072604 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496072606 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496072903 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496072904 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496072906 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00496078304 | PRAMOSONE 1% OINTMENT |
| FERNDALE LABORATORIES INC | 00496077704 | PRAMOSONE 2.5% OINTMENT |
| FERNDALE LABORATORIES INC | 00496077804 | ANALPRAM-HC 1% CREAM |
| FERNDALE LABORATORIES INC | 00496000084 | ANALPRAM-HC 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00496002904 | ANALPRAM-HC 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00496085745 | CLINAC BPO 7% GEL |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310009130 | SULAR 10 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310009230 | SULAR 20 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310009330 | SULAR 30 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630002090 | PRENATE ADVANCE TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630004010 | SULAR 10 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630004118 | SULAR 20 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630004210 | SULAR 30 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630004310 | SULAR 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456004001 | THYROLAR-1/4 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456004501 | THYROLAR-1/2 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456005001 | THYROLAR-1 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456005501 | THYROLAR-2 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456006001 | THYROLAR-3 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456045701 | ARMOUR THYROID 15 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045800 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045801 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045863 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045900 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045901 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045951 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045963 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046001 | ARMOUR THYROID 90 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046100 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046101 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046163 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046200 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046201 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046301 | ARMOUR THYROID 240 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046401 | ARMOUR THYROID 300 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456052401 | FLUMADINE 100 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456057706 | FLUMADINE 50 MG/5 ML SYRUP |
| FOREST PHARMACEUTICALS INC | 00456059101 | BANCAP HC CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456059001 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00456059508 | ELIXOPHYLLIN-KI ELIXIR |
| FOREST PHARMACEUTICALS INC | 00456059808 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456059816 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456060099 | AEROBID-M AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456060299 | AEROBID AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067001 | ESGIC-PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00456068801 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456068802 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456069801 | TESSALON 200 MG CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456401001 | CELEXA 10 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402001 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402063 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404001 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404063 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456412263 | CERVIDIL 10 MG VAGINAL INSRT |
| FOREST PHARMACEUTICALS INC | 00456413008 | CELEXA 10 MG/5 ML SOLUTION |
| FOREST PHARMACEUTICALS INC | 00535003000 | MONUROL 3 GM SACHET |
| FOREST PHARMACEUTICALS INC | 00535001101 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00785101202 | LORCET-HD CAPSULE |
| FOREST PHARMACEUTICALS INC | 00785112201 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112250 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112263 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785635001 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635050 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635065 | LORCET 10/650 TABLET |
| GENENTECH INC | 50242001502 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242001584 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242001620 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001685 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001920 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242001965 | NUTROPIN 5 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GENENTECH INC | 50242002067 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242002219 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002308 | NUTROPIN 5 MG/VIAL VIAL |
| GENENTECH INC | 50242002608 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002849 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003080 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003235 | NUTROPIN DEPOT 13.5 MG KIT |
| GENENTECH INC | 50242003248 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003441 | NUTROPIN DEPOT 18 MG KIT |
| GENENTECH INC | 50242003450 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003654 | NUTROPIN DEPOT 22.5 MG KIT |
| GENENTECH INC | 50242072262 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242000028 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242060040 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242051411 | NUTROPIN AQ 5 MG/ML VIAL |
| GILEAD SCIENCES INC | 61958000101 | VIREAD 300 MG TABLET |
| GILEAD SCIENCES INC | 61958001001 | HEPSERA 10 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173000785 | RETROVIR IV INFUSION VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173000855 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173000888 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173001318 | RETROVIR 10 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173013555 | WELLBUTRIN SR 150 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017755 | WELLBUTRIN 75 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017855 | WELLBUTRIN 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173000165 | DARAPRIM 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173023044 | DIGIBIND 38 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024276 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024955 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024956 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024975 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024980 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173026427 | LANOXIN 50 MCG/ML ELIXIR |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173023198 | VENTOLIN 90 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032198 | VENTOLIN 90 MCG INH REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173035802 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034412 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034414 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034417 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034442 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034447 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033364 | ZANTAC 15 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030700 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030701 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030742 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030879 | BECONASE AQ 0.042% SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033200 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033040 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033047 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030400 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030491 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030542 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173030501 | CEFTIN 125 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046600 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047702 | ZANTAC 150 MG EFFERDOSE TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044200 | ZOFRAN 2 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044600 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044602 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044684 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044702 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044704 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044901 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044902 | IMITREX 6 MG/0.5 ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044003 | IMITREX 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044301 | FLONASE 0.05% NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044000 | IMITREX 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044092 | IMITREX 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044480 | ZOFRAN 32 MG/50 ML BAG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044480 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045600 | SEREVENT 21 MCG INHLR REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044800 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047201 | EPIVIR 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047100 | EPIVIR 10 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047800 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047000 | IMITREX 6 MG/0.5 ML SYRING KIT |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044000 | ZOFRAN 4 MG/5 ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044100 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044400 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044500 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044800 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044000 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050100 | RETROVIR 300 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173009400 | FLOVENT 250 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005000 | FLOVENT 100 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051100 | FLOVENT 50 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173001700 | FLOLAN 0.5 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173001800 | DILUENT FOR FLOLAN VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173002000 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173002100 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173002300 | IMITREX 20 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173002400 | IMITREX 5 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173003900 | LAMICTAL 5 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173004700 | LAMICTAL 25 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005700 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005400 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005500 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005601 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005602 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005100 | AMERGE 1 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005200 | AMERGE 2.5 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173005502 | VALTREX 1 GM CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059000 | ZOFRAN ODT 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057000 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051004 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059500 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059502 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065302 | LAMICTAL 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065535 | LEUKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065255 | LAMICTAL 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065360 | LAMICTAL 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065480 | LAMICTAL 200 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065601 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065641 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065100 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 09173065101 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065200 | EPIVIR HBV 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065300 | EPIVIR HBV 25 MG/5 ML SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065400 | ZIAGEN 20 MG/ML SOLUTION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065518 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067200 | AGENERASE 150 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067501 | MALARONE 250-100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067501 | MALARONE 62.5-25 MG PED TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067000 | AGENERASE 50 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068000 | ZOFRAN 24 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065101 | RELENZA 5 MG DISKHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | AGENERASE 15 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069100 | TRIZIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173080000 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069502 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069600 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069602 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069702 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173071325 | MYLERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173080025 | THIOGUANINE TABLOID 40 MG TB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095303 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095356 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094555 | ZOVIRAX 800 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173091755 | WELLBUTRIN SR 100 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094555 | ZOVIRAX 450 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173096201 | ZOVIRAX 1,000 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173096396 | ZOVIRAX 200 MG/5 ML SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173097155 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173096156 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173079601 | ZOVIRAX 500 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052207 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052232 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 58572030101 | ALKERAN 50 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 58572030250 | ALKERAN 2 MG TABLET |
| HAWTHORN PHARMACEUTICALS | 63717051604 | DYTAN-D SUSPENSION |
| HOECHST ROUSSEL PHARMACEUTICALS DIV | 00039005005 | DIABETA 1.25MG TABLET |
| HOFFMANN LA ROCHE INC | 00004002828 | NAPROSYN 125 MG/5 ML SUSPEN |
| HOFFMANN LA ROCHE INC | 00004003822 | VALCYTE 450 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004008501 | KLONOPIN 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004006901 | KLONOPIN 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004009801 | KLONOPIN 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012101 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012111 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012114 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012501 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012511 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004014501 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014523 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014401 | ROCALTROL 0.5 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004016103 | FANSIDAR 500/25 TABLET |
| HOFFMANN LA ROCHE INC | 00004016201 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016211 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016851 | VERSED 10 MG/5 ML SYRUP |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| HOFFMANN LA ROCHE INC | 00004017202 | LARIAM 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004018222 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004019091 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004019122 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004019191 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004019222 | CARDENE SR 60 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018381 | CARDENE 20 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004019401 | CARDENE 30 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004022001 | HIVID 0.375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004022101 | HIVID 0.750 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004023909 | KYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004023909 | KYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004026515 | INVIRASE 200 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004026548 | FORTOVASE 200 MG SOFTGEL CAP |
| HOFFMANN LA ROCHE INC | 00004028601 | VESANOID 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028652 | XENICAL 120 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028901 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028905 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028943 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004029001 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029043 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029129 | CELLCEPT 200 MG/ML ORAL SUSP |
| HOFFMANN LA ROCHE INC | 00004029201 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029249 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029301 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029349 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029401 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029449 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029501 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029549 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004029705 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026606 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026848 | CYTOVENE 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004027301 | TORADOL 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004027848 | CYTOVENE 500 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028857 | SORIATANE 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004031909 | CELLCEPT 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004054100 | ZENAPAX 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004080085 | TAMIFLU 75 MG GELCAP |
| HOFFMANN LA ROCHE INC | 00004080095 | TAMIFLU ORAL SUSPENSION |
| HOFFMANN LA ROCHE INC | 00004100328 | GANTRISIN PED 500 MG/5 ML SUS |
| HOFFMANN LA ROCHE INC | 00004110051 | XELODA 150 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004110116 | XELODA 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004194601 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004196201 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196202 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196301 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196302 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196401 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196402 | ROCEPHIN 1 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196404 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196405 | ROCEPHIN ADD-VANTAGE 1 GM VL |
| HOFFMANN LA ROCHE INC | 00004196501 | ROCEPHIN 2 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196502 | ROCEPHIN 2 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196505 | ROCEPHIN ADD-VANTAGE 2 GM VL |
| HOFFMANN LA ROCHE INC | 00004197101 | ROCEPHIN 10 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004197301 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197401 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197501 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004198906 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004195901 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004200006 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201109 | ROFERON-A 9MU UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201209 | ROFERON-A 36MU UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201507 | ROFERON-A 3MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201509 | ROFERON-A 3MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201607 | ROFERON-A 6MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201609 | ROFERON-A 6MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201707 | ROFERON-A 9MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201709 | ROFERON-A 9MU UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004052201 | TASMAR 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004052101 | TASMAR 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004082201 | ANAPROX 275 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004831014 | NAPROSYN 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004831114 | NAPROSYN 375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004831201 | NAPROSYN 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004641501 | EC-NAPROSYN 375 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004641601 | EC-NAPROSYN 500 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004692506 | TORADOL IV/IM 15 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004692606 | TORADOL IV/IM 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004692709 | TORADOL 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004694603 | CYTOVENE 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00009191500 | ROCALTROL 1 MCG/ML ORAL SOLN |
| HOFFMANN LA ROCHE INC | 00140000401 | VALIUM 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000501 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000514 | VALIUM 5 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| HOFFMANN LA ROCHE INC | 00140000601 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000614 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 63032000125 | SORIATANE 25 MG CAPSULE |
| HOLLISTER STIER LABORATORIES LLC | 65044994005 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65044994006 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65044994105 | WHITE-FACED HORNET VENOM VL |
| HOLLISTER STIER LABORATORIES LLC | 65044994106 | WHITE-FACED HORNET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994205 | YELLOW-HORNET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994305 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994306 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994405 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994406 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994505 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044994506 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65044997005 | PRE-PEN 0.25 MG AMPUL |
| HOSPIRA INC | 50418013601 | MAGNEVIST VIAL |
| HOSPIRA INC | 50418013815 | MAGNEVIST VIAL |
| JOHNSON & JOHNSON GROUP | 00045000585 | LEVAQUIN I.V. 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045000601 | LEVAQUIN I.V. MINIBAG |
| JOHNSON & JOHNSON GROUP | 00045000701 | LEVAQUIN 250 MG/50 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045000801 | LEVAQUIN 500 MG/100 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045000851 | LEVAQUIN 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045023301 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045023303 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045023345 | HALDOL DECANOATE 50 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025414 | HALDOL DECANOATE 100 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025448 | HALDOL DECANOATE 100 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025501 | HALDOL 5 MG/ML AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025549 | HALDOL 5 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045032500 | PARAFON FORTE DSC 500 MG CPT |
| JOHNSON & JOHNSON GROUP | 00045034160 | PANCREASE MT 4 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034260 | PANCREASE MT 10 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034360 | PANCREASE MT 16 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034660 | PANCREASE MT 20 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045041460 | TOLECTIN DS 400 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045041660 | TOLECTIN 600 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045050618 | TYLENOL W/CODEINE ELIXIR |
| JOHNSON & JOHNSON GROUP | 00045050360 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050370 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050372 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050373 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050308 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050560 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045050570 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045052060 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045052079 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045053065 | TOPAMAX 25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064165 | TOPAMAX 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064265 | TOPAMAX 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064565 | TOPAMAX 25 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045064765 | TOPAMAX 15 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045065010 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065090 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065910 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065960 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065970 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045066233 | VASCOR 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045066333 | VASCOR 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045091015 | REGRANEX 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00045152010 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152050 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152510 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152550 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153010 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153050 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062007507 | RETIN-A 0.05% LIQUID |
| JOHNSON & JOHNSON GROUP | 00062016501 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016502 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017512 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062017513 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018503 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018505 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018702 | RENOVA 0.02% CREAM |
| JOHNSON & JOHNSON GROUP | 00062019002 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062019003 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062020504 | GRIFULVIN V 125 MG/5 ML SUSP |
| JOHNSON & JOHNSON GROUP | 00062027501 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027523 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062047542 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062047545 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062057544 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062057546 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062118001 | ERYCETTE 2% PLEDGETS |
| JOHNSON & JOHNSON GROUP | 00062133216 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062133220 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062154002 | FLOXIN 200 MG TABLET |

In Re First DataBank Drug Pricing Litigation
Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| JOHNSON & JOHNSON GROUP | 00062154102 | FLOXIN 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154201 | FLOXIN 400 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062171415 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178116 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062177115 | ORTHO-NOVUM 10/11-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178115 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178122 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062179515 | ORTHO-CEPT 28 DAY TABLET |
| JOHNSON & JOHNSON GROUP | 00062190115 | ORTHO-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062190316 | ORTHO TRI-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00082355601 | TERAZOL 7 CREAM |
| JOHNSON & JOHNSON GROUP | 00082535601 | TERAZOL 3 80 MG SUPPOSITORY |
| JOHNSON & JOHNSON GROUP | 00082535601 | TERAZOL 3 CREAM |
| JOHNSON & JOHNSON GROUP | 00082543401 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00082543402 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00082543403 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543701 | MONISTAT 3 200 MG VAG SUPP |
| JOHNSON & JOHNSON GROUP | 00082545001 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00082545002 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062545003 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00107133207 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107133227 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107171427 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176104 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176107 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00107176127 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 17314285603 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460603 | TESTODERM 4 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314460903 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314920001 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920002 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920003 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920104 | DITROPAN 5 MG/5 ML SYRUP |
| JOHNSON & JOHNSON GROUP | 17314922001 | URISPAS 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314930001 | ELMIRON 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 17314932001 | POLYCITRA-K CRYSTALS PACKET |
| JOHNSON & JOHNSON GROUP | 17314932101 | POLYCITRA-K SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314932201 | POLYCITRA SYRUP |
| JOHNSON & JOHNSON GROUP | 17314932301 | POLYCITRA-LC SOLUTION S/F |
| JOHNSON & JOHNSON GROUP | 17314933001 | BICITRA SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314940001 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940002 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940003 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 50458000306 | DURAGESIC 25 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458000405 | DURAGESIC 50 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458000505 | DURAGESIC 75 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458000605 | DURAGESIC 100 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458022810 | NIZORAL 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458022115 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022130 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022160 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022304 | NIZORAL 2% SHAMPOO |
| JOHNSON & JOHNSON GROUP | 50458027036 | ERGAMISOL 50MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029004 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029028 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029015 | SPORANOX 10 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458029801 | SPORANOX 250 MG KIT |
| JOHNSON & JOHNSON GROUP | 50458030001 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030006 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030050 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030104 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030159 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030206 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030250 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030503 | RISPERDAL 1 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458032001 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032006 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032050 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033001 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033006 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033050 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458034001 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458034006 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458093080 | REMINYL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458093160 | REMINYL 8 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458097280 | REMINYL 12 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458097910 | REMINYL 4 MG/ML ORAL SOL |
| JOHNSON & JOHNSON GROUP | 59676014101 | ORTHOCLONE OKT-3 5 MG/5 ML |
| JOHNSON & JOHNSON GROUP | 59676020101 | LEUSTATIN 1 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676032001 | PROCRIT 20,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676033001 | PROCRIT 40,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 62856002336 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856002341 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856002390 | ACIPHEX 20 MG TABLET EC |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| KOS PHARMACEUTICALS INC | 60598000101 | NIASPAN 500 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000201 | NIASPAN 750 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000301 | NIASPAN 1,000 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000490 | ADVICOR 500 MG/20 MG TABLET |
| KOS PHARMACEUTICALS INC | 60598000890 | ADVICOR 1,000 MG/20 MG TABLET |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051301 | ALLFEN 1,000 MG TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051001 | MAXIFED-G TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052001 | MAXIFED 700/80 TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051101 | ALLFEN-DM TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052501 | MAXIFED DM TABLET SA |
| MEDICIS DERMATOLOGICS INC | 99207021069 | A/T/S 2% TOPICAL SOLUTION |
| MERCK AND CO INC | 00006001528 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001531 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001558 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001928 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001958 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001972 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001982 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001988 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001987 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001994 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006010628 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010631 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010658 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010672 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010682 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010687 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010694 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006014031 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014058 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014231 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014258 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014631 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006014338 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006020728 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020731 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020758 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020772 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020782 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020787 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020794 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006023758 | PRINIVIL 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005110 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005111 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005150 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005210 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005211 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005250 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005270 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005305 | DIABETA 1.25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006011 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006013 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006050 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006070 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006505 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006550 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006710 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006750 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006770 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039007310 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039007311 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039022210 | AMARYL 1 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022310 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022311 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022410 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022411 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068000101 | NORPRAMIN 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001101 | NORPRAMIN 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001105 | NORPRAMIN 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001901 | NORPRAMIN 75 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002101 | NORPRAMIN 100 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002150 | NORPRAMIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068008101 | CANTIL 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068022230 | CLOMID 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068027101 | HIPREX 1 GM TABLET |
| MERRELL PHARMACEUTICALS INC | 00068050030 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050060 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050061 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050040 | RIFAMATE CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068051030 | RIFADIN 150 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068059101 | RIFADIN IV 600 MG VIAL |
| MERRELL PHARMACEUTICALS INC | 00068069151 | TENUATE 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068069861 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068069862 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00075000437 | AZMACORT INHALER |
| MERRELL PHARMACEUTICALS INC | 00075160143 | NASACORT NASAL INHALER |

Privileged and Confidential Information
Page 13

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| MERRELL PHARMACEUTICALS INC | 00076165616 | NASACORT AQ NASAL SPRAY |
| MERRELL PHARMACEUTICALS INC | 00088057641 | RIFATER TABLET |
| MERRELL PHARMACEUTICALS INC | 00088100047 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088100049 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088100955 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088110047 | ALLEGRA 30 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110747 | ALLEGRA 60 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110947 | ALLEGRA 180 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088111114 | NILANDRON 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088120632 | ANZEMET 20 MG/ML VIAL |
| MERRELL PHARMACEUTICALS INC | 00088210003 | PRIFTIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088216030 | ARAVA 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088219130 | ARAVA 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00585067302 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 00585087303 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 60793001114 | INTAL INHALER |
| MONARCH PHARMACEUTICALS INC | 61570013563 | PREFEST TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028000501 | LOPRESSOR HCT 50/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028005101 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028005110 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028006061 | LOPRESSOR HCT 100/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028006801 | VOLTAREN 25MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028007101 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007110 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007181 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028007201 | LOPRESSOR HCT 100/50 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028018801 | LAMPRENE 50 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00028019101 | CATAFLAM 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00028019201 | VOLTAREN 50MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028019401 | VOLTAREN 75MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028020001 | VOLTAREN-XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00028020301 | VOLTAREN 25 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028020201 | VOLTAREN 50 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028020401 | VOLTAREN 75 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00028426133 | LOPRESSOR 1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078007705 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078007715 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078008302 | CAFERGOT SUPPOSITORY |
| NOVARTIS PHARMACEUTICALS CORP | 00078008303 | METHERGINE 0.2 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078008405 | METHERGINE 0.2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078008605 | SANSERT 2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078010205 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010215 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010305 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010308 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010705 | FIORINAL/CODEINE #3 CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078012605 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012606 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012705 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012706 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017005 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017015 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017915 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078019003 | SANDOSTATIN 0.05 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078019103 | SANDOSTATIN 0.1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078019203 | SANDOSTATIN 0.5 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078019325 | SANDOSTATIN 0.2 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078019425 | SANDOSTATIN 1 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078023405 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023415 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078024015 | FEMARA 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078031199 | MIACALCIN 200 UNITS NASAL SPRA |
| NOVARTIS PHARMACEUTICALS CORP | 00078033306 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033344 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033406 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033444 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033506 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033544 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033644 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | COMTAN 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033882 | LAMISIL 1% SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078033184 | SIMULECT 20 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078033605 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033706 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033905 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033906 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033931 | EXELON 2 MG/ML ORAL SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078034342 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034345 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034442 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034446 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034542 | VIVELLE-DOT 0.075 MG PATCH |

Privileged and Confidential Information
Page 14

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORP | 0007804545 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007804642 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007804645 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007804781 | DESFERAL 2 GRAM VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 0007805084 | ZOMETA 4 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 0007805105 | STARLIX 60 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0007805205 | STARLIX 120 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0007805405 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0007805415 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0007805752 | TRILEPTAL 300 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 0007807366 | GLEEVEC 100 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 0007807540 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 0007807548 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 0007807563 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 0007807742 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007807745 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007807842 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007807845 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 0007808065 | FOCALIN 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0007808105 | FOCALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0007808205 | FOCALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008300330 | RITALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008300730 | RITALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008301630 | RITALIN-SR 20 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0008301976 | TEGRETOL 100 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 0008302430 | CYTADREN 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008302730 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008302732 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008302740 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008303430 | RITALIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008305230 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 0008305232 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 0008305730 | LOTENSIN HCT 5/6.25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008305930 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008305932 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008305990 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008306030 | TEGRETOL XR 400 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0008306130 | TEGRETOL XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0008306230 | TEGRETOL XR 200 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 0008306330 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008306332 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008306390 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307230 | LOTENSIN HCT 10/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307430 | LOTENSIN HCT 20/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307630 | LOTENSIN HCT 20/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307930 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307932 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008307990 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008309430 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008309432 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008309490 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 0008322530 | LOTREL 2.5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 0008322630 | LOTREL 5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 0008322530 | LOTREL 5/20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 0008321008 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008321082 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008322008 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008322062 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008322568 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008323582 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008323708 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0008323782 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 0006336104 | DESFERAL MESYLATE 500 MG VL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0018900818 | PRANDIN 0.5 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0018900828 | PRANDIN 1 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0018900848 | PRANDIN 2 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0016970111 | NOVOLOG 100 UNIT/3ML VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0016976811 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0016977011 | NORDITROPIN 15 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0016977411 | NORDITROPIN 4 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 0016977612 | NORDITROPIN 8 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 3284901166 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 3254905081 | NOVOLOG 100 UNIT/3ML VIAL |
| ODYSSEY PHARMACEUTICALS INC | 6547300970 | URECHOLINE 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547300001 | URECHOLINE 50 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547300101 | VIVACTIL 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547300201 | VIVACTIL 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547300301 | URECHOLINE 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547300401 | URECHOLINE 25 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 6547301801 | SURMONTIL 25 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 6547301901 | SURMONTIL 50 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 6547302001 | SURMONTIL 100 MG CAPSULE |
| ORGANON USA INC | 0005210530 | REMERON 15 MG TABLET |
| ORGANON USA INC | 0005210590 | REMERON 15 MG TABLET |
| ORGANON USA INC | 0005210730 | REMERON 30 MG TABLET |
| ORGANON USA INC | 0005210790 | REMERON 30 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ORGANON USA INC | 000062010630 | REMERON 45 MG TABLET |
| ORGANON USA INC | 000502026106 | DESOGEN 28 DAY TABLET |
| ORGANON USA INC | 000502038106 | MIRCETTE 28 DAY TABLET |
| ORGANON USA INC | 000502044118 | NORCURON 10 MG VIAL |
| ORGANON USA INC | 000502055015 | ZEMURON 10 MQ/ML VIAL |
| ORGANON USA INC | 000502055016 | ZEMURON 10 MQ/ML VIAL |
| ORGANON USA INC | 000502073110 | CORTROSYN 0.25 MG VIAL |
| OVATION PHARMACEUTICALS INC | 000024225304 | WINSTROL 2 MG TABLET |
| OVATION PHARMACEUTICALS INC | 673860000102 | MEBARAL 32 MG TABLET |
| OVATION PHARMACEUTICALS INC | 673860000202 | MEBARAL 50 MG TABLET |
| OVATION PHARMACEUTICALS INC | 673860000302 | MEBARAL 100 MG TABLET |
| PAN AMERICAN LABORATORIES INC | 005269042216 | PANCOF HC LIQUID |
| PAN AMERICAN LABORATORIES INC | 005269075616 | PANCOF XP LIQUID |
| PEDIAMED TM PHARMACEUTICALS INC | 663460005158 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 663460053160 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 663460053225 | VIRAVAN-T TABLET CHEWABLE |
| PFIZER LABORATORIES DIV PFIZER INC | 000250008100 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000250009124 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000250015100 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000250016124 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251000131 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251000163 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251001165 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251011131 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251011165 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251012131 | ALDACTAZIDE 50/50 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251013131 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251013134 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251014131 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251014134 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251138131 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251138134 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251138151 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251141134 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 000251141180 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 000251141190 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 000251142134 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 000251142160 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 000251145120 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251145134 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251145160 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251146131 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251146134 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251146160 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251152131 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251152150 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251152151 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251153131 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251153150 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251153155 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000251154234 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000251154250 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000251155130 | FLAGYL ER 750 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252021131 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252021134 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252022131 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252023134 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252073231 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252073234 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252073251 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252074231 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252074234 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252074251 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 000252075231 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000252075252 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000252076231 | NORPACE 150 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000071002724 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 000071002740 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015523 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015534 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015540 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015623 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015640 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015723 | LIPITOR 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071015823 | LIPITOR 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071022006 | ACCURETIC 20-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071022206 | ACCURETIC 10-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071023006 | ACCURETIC 20-25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071023724 | ZARONTIN 250 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 000071027024 | MARDIL 15 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071033524 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 000071033232 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 000071033240 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 000071033524 | DILANTIN 30 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 000071040624 | NEURONTIN 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 000071040824 | NEURONTIN 800 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PFIZER LABORATORIES DIV PFIZER INC | 00071105J624 | CELONTIN 300 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052J723 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052J740 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071105J023 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053J040 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053J223 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071105J240 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053J523 | ACCUPRIL 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053J724 | CELONTIN KAPSEAL 150 MG |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073J720 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073J730 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J324 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J040 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J524 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J640 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J624 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071086J640 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071909J345 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071909J348 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071909J548 | LOESTRIN 21 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071909J648 | LOESTRIN 21 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091J745 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091J748 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092J615 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092J647 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071221J420 | DILANTIN 125 MG/5 ML SUSP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071241J523 | ZARONTIN 250 MG/5 ML SYRUP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071400J705 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071400J610 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071421J003 | BENADRYL 50 MG/ML AMPUL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071421J913 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071421J945 | BENADRYL 50 MG/ML SYRINGE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071440J210 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054J414 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00430054J423 | FEMHRT 1/5 TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149007J765 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149008J605 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149008J866 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149009J867 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149009J005 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149009J987 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003J006 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003J066 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003J106 | DANTRIUM 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003J505 | DANTRIUM 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149043J660 | DIDRONEL 200 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149043J660 | DIDRONEL 400 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149041J001 | ACTONEL 30 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047J101 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047J703 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149071J001 | MACROBID 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073J402 | DANTRIUM 200 MG VIAL |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073J202 | ASACOL 400 MG TABLET EC |
| PROMETHEUS LABORATORIES INC | 60976058J071 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483030J111 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483031J111 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483031J150 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030J210 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483033J222 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030J250 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483033J310 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483033J333 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483030J390 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483004J514 | HELIDAC THERAPY |
| PROMETHEUS LABORATORIES INC | 65483005J101 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483005J010 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483009J110 | ZYLOPRIM 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483009J310 | ZYLOPRIM 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483009J356 | ZYLOPRIM 300 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050J050 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050J000 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050J650 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050J680 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034051J080 | TRILISATE 1,000 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034540J006 | CERUMENEX 10% EAR DROPS |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034540J012 | CERUMENEX 10% EAR DROPS |
| RECKITT BENCKSER HEALTHCARE UK LIMITED | 12496075J701 | BUPRENEX 0.3 MG/ML AMPUL |
| RELIANT PHARMACEUTICALS INC | 63728022J915 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65728022J825 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65728022J718 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65728022J725 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65728023J510 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65728023J525 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65728023J610 | DYNACIRC CR 10 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65728023J626 | DYNACIRC CR 10 MG TABLET SA |
| ROXANE LABORATORIES INC | 00054474J025 | TORECAN 10 MG TABLET |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SANOFI SYNTHELABO INC | 00024008401 | ARALEN PHOSPHATE 500 MG TAB |
| SANOFI SYNTHELABO INC | 00024020016 | BRONCHOLATE SYRUP |
| SANOFI SYNTHELABO INC | 00024030300 | DANOCRINE 50 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030408 | DANOCRINE 100 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030508 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030560 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024033306 | DEMEROL 50 MG/5 ML SYRUP |
| SANOFI SYNTHELABO INC | 00024033404 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033508 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033704 | DEMEROL 100 MG TABLET |
| SANOFI SYNTHELABO INC | 00024010202 | DRISDOL 50,000 UNITS CAPSULE |
| SANOFI SYNTHELABO INC | 00024019202 | HYTAKEROL 0.125 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024070375 | ELIGARD 7.5 MG SYRINGE |
| SANOFI SYNTHELABO INC | 00024129704 | MYTELASE 10 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024132203 | NEGGRAM 500 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024135801 | NEO-SYNEPHRINE 2.5% EYE DRP |
| SANOFI SYNTHELABO INC | 00024135901 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024135201 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024150805 | PEDIACOF LIQUID |
| SANOFI SYNTHELABO INC | 00024153302 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153508 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153508 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024156210 | PLAQUENIL 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024169601 | PRIMAQUINE 26.3 MG TABLET |
| SANOFI SYNTHELABO INC | 00024180016 | SKELID 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024193704 | TALACEN CAPLET |
| SANOFI SYNTHELABO INC | 00024195104 | TALWIN NX TABLET |
| SANOFI SYNTHELABO INC | 00024540131 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024540134 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542131 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542134 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024072412 | HYALGAN 10 MG/ML VIAL |
| SANOFI SYNTHELABO INC | 00024072420 | HYALGAN 10 MG/ML SYRINGE |
| SCHERING CORP | 00085006904 | GARAMYCIN 40 MG/ML VIAL |
| SCHERING CORP | 00085037001 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085037002 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085045603 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045604 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045605 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045606 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085051701 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085051704 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085052503 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052505 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052506 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085053901 | INTRON A 50 MILLION UNITS VIAL |
| SCHERING CORP | 00085056805 | CELESTONE SOLUSPAN 6 MG/ML |
| SCHERING CORP | 00085056701 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085056702 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085057102 | INTRON A 10 MILLION UNITS VIAL |
| SCHERING CORP | 00085057507 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085057505 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085061402 | PROVENTIL 90 MCG INHALER |
| SCHERING CORP | 00085063401 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063403 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063591 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063584 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063565 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085073504 | VANCERIL INHALER |
| SCHERING CORP | 00085080901 | LOTRISONE LOTION |
| SCHERING CORP | 00085085401 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085085402 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085092401 | LOTRISONE CREAM |
| SCHERING CORP | 00085092402 | LOTRISONE CREAM |
| SCHERING CORP | 00085094206 | CELESTONE 0.6 MG/5 ML SYRUP |
| SCHERING CORP | 00085096201 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085096202 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085111001 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085112502 | CLARITIN 10 MG REDITABS |
| SCHERING CORP | 00085113201 | PROVENTIL HFA 90 MCG INHALER |
| SCHERING CORP | 00085113301 | INTRON A 10 MM UNIT/ML VIAL |
| SCHERING CORP | 00085116801 | INTRON A 6 MM UNIT/5 ML VIAL |
| SCHERING CORP | 00085117902 | INTRON A 10 MM UNIT/2 ML KIT |
| SCHERING CORP | 00085119403 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085119701 | NASONEX 50 MCG NASAL SPRAY |
| SCHERING CORP | 00085122201 | CLARITIN 10 MG/10 ML SYRUP |
| SCHERING CORP | 00085123301 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123302 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123601 | INTRON A 6 MM UNITS INJECT PEN |
| SCHERING CORP | 00085124201 | INTRON A 3 MM UNITS INJECT PEN |
| SCHERING CORP | 00085124401 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124402 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124801 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085124802 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085125201 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085125202 | TEMODAR 250 MG CAPSULE |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SCHERING CORP | 00085125401 | INTRON A 18MM UNITS INJ PEN |
| SCHERING CORP | 00085125001 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085125902 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085126401 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126402 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126403 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126404 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085127901 | PEG-INTRON 150 MCG KIT |
| SCHERING CORP | 00085130101 | PEG-INTRON 80 MCG KIT |
| SCHERING CORP | 00085130401 | PEG-INTRON 120 MCG KIT |
| SCHERING CORP | 00085132704 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085135105 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085135801 | PEG-INTRON 50 MCG KIT |
| SCHERING CORP | 00085135507 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085140101 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085140201 | FORADIL AEROLIZER 12 MCG CAP |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045104 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045105 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045106 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045114 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045115 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045116 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045124 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045125 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045126 | ACTOS 45 MG TABLET |
| TAP PHARMACEUTICALS INC | 00300154111 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154119 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154130 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304611 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304613 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304619 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300730050 | PREVACID 15 MG SUSPENSION DR |
| TAP PHARMACEUTICALS INC | 00300731130 | PREVACID 30 MG SUSPENSION DR |
| US PHARMACEUTICAL CORP | 52747014060 | CENOGEN ULTRA CAPSULE |
| US PHARMACEUTICAL CORP | 52747030630 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030670 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030830 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747030870 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747060060 | HEMOCYTE PLUS CAPSULE |
| VOLUNTARY HOSPS AMERICA INC | 00310030061 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030084 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030066 | DIPRIVAN 10 MG/ML VIAL |
| WARNER CHILCOTT INC | 00030780448 | DURICEF 500 MG CAPSULE |
| WARNER CHILCOTT INC | 00430002324 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002328 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002424 | ESTRACE 2 MG TABLET |
| WARNER CHILCOTT INC | 00430016824 | MANDELAMINE 500 MG TABLET |
| WARNER CHILCOTT INC | 00430019124 | PYRIDIUM 200 MG TABLET |
| WARNER CHILCOTT INC | 00430019216 | PYRIDIUM PLUS TABLET |
| WARNER CHILCOTT INC | 00430022049 | NATAFORT TABLET |
| WARNER CHILCOTT INC | 00430022723 | NATACHEW TABLET CHEW |
| WARNER CHILCOTT INC | 00430006214 | OVCON-35 28 TABLET |
| WARNER CHILCOTT INC | 00430006514 | OVCON-50 28 TABLET |
| WARNER CHILCOTT INC | 00430006624 | BRYC 250 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430006528 | DDRYX 75 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430006918 | DDRYX 100 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430278217 | DURICEF 250 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430278317 | DURICEF 500 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430315411 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430315414 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430329140 | FEMRING 0.05 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00430329240 | FEMRING 0.10 MG VAGINAL RING |
| WATSON LABORATORIES INC | 00075025000 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025100 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025200 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544026628 | NORINYL 1+50 28 TABLET |
| WATSON LABORATORIES INC | 52544027428 | TRI-NORINYL 28 TABLET |
| WATSON LABORATORIES INC | 52544048201 | DILACOR XR 120 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048301 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048305 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048401 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048405 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544052001 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544053005 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544082201 | MICROZIDE 12.5 MG CAPSULE |
| WATSON LABORATORIES INC | 52544072201 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073301 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544075401 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544093001 | ACTIGALL 300 MG CAPSULE |
| WATSON LABORATORIES INC | 55515001424 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515001480 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515003515 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003530 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003560 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515010101 | CONDYLOX 0.5% TOPICAL SOLN |
| WATSON LABORATORIES INC | 55515010201 | CONDYLOX 0.5% GEL |

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| WATSON LABORATORIES INC | 5551500 0904 | MONODOX 100 MG CAPSULE |
| WATSON LABORATORIES INC | 5551500 0008 | MONODOX 50 MG CAPSULE |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007200 6006 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007202 5012 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007211 6006 | DOVONEX 0.005% SOLUTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007214 0015 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007214 0050 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007215 0015 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007214 0050 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007225 4006 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007225 4012 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007267 0601 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007251 1206 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007251 1214 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007251 1401 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007267 3029 | LAC-HYDRIN 12% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 0007267 3038 | LAC-HYDRIN 12% CREAM |
| WOMEN FIRST HEALTHCARE INC | 6424800 0410 | BACTRIM 400-80 MG TABLET |
| WOMEN FIRST HEALTHCARE INC | 6424801 1710 | BACTRIM DS TABLET |
| WOMEN FIRST HEALTHCARE INC | 6424801 5030 | VANIQA 13.9% CREAM |
| XCEL PHARMACEUTICALS | 5649000 4568 | MIGRANAL 4 MG/ML NASAL SPRAY |
| ZYBER PHARMACEUTICAL INC | 6522401 7516 | PEDIATEX LIQUID |
| ZYBER PHARMACEUTICAL INC | 6522404 3716 | PEDIATEX-D LIQUID |
| ZYBER PHARMACEUTICAL INC | 6522406 5001 | ALDEX TABLET |

Privileged and Confidential Information
Page 20

OAO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, ET. AL, V. FIRST DATABANK, INC., AND MCKESSON CORPORATION | **SUBPOENA IN A CIVIL CASE** Case Number:¹ 1:05-CV-11148-PBS DISTRICT OF MASSACHUSETTS |

TO: National Medical Health Card Systems, Inc.
26 Harbor Park Drive
Port Washington, NY 11050

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME August 17, 2006, 9:30 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit B.

| PLACE Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 | DATE AND TIME August 8, 2006, 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Attorney for Defendant McKesson Corporation | DATE July 24, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

AO 88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | |
|---|---|
| DATE | PLACE |
| SERVED: | |

| | |
|---|---|
| SERVED ON (PRINT NAME) | MANNER OF SERVICE |

| | |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, | Civil Action: 1:05-CV-11148-PBS  Judge Patti B. Saris |

Plaintiffs,

v.

FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,

Defendants.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30 and 45, and the subpoena attached hereto, McKesson Corporation, by its attorneys, will take the deposition of National Medical Health Card Systems, Inc., by the person or persons who are knowledgeable concerning the matters set forth in Exhibit A attached hereto. Such deposition will be taken on August 17, 2006, beginning at 9:30 a.m., at Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104, or at another mutually agreeable location. The deposition will be taken before an officer authorized to administer oaths, be recorded by a stenographer, and may be videotaped, and may provide for LiveNote access, and will continue from day to day, Saturday, Sundays and holidays excepted, until completed.

1

McKesson reserves the right to take subsequent depositions, not just on all material issues, but also on those issues raised by any documents produced after the date of this Notice.

PLEASE TAKE FURTHER NOTICE THAT National Medical Health Card Systems, Inc. is also requested to produce the documents set forth in Exhibit B on August 8, 2006.

Dated July 24, 2006

MELVIN R. GOLDMAN
LORI A. SCHECHTER
PAUL FLUM
TIFFANY CHEUNG
MORRISON & FOERSTER LLP


By: _____
        Tiffany Cheung

Attorneys for Defendant
MCKESSON CORPORATION

sf-2167524

## DEFINITIONS

The terms used in these requests, whether or not capitalized, are defined as follows:

1.      "All documents" means every document and every non-identical copy known to You and every such document or writing which You can locate or discover by reasonably diligent efforts, including, but not limited to, documents now in Your possession, custody, or the possession, custody, or control of Your merged or acquired predecessors, Your former and present directors, officers, counsel, agents, employees, and/or persons acting on Your behalf.

2.      "AWP" or "Average Wholesale Price" means the price for drugs as periodically published by several pharmaceutical industry compendia, including the Drug Topics Red Book (the "Red Book"), American Druggist First Databank Annual Directory of Pharmaceuticals ("First DataBank"), Essential Directory of Pharmaceuticals (the "Blue Book") and Medi-Span's Master Drug Database ("Medi-span"). The term "AWP" includes the "Blue Book AWP" published by First Databank.

3.      "Beneficiary" means a person for whom a health plan or health and welfare fund provides any medical or health insurance benefit, including prescription drug benefits.

4.      "Benefit Consultant" means any person and/or entity that provides information, counsel and/or advice to any Fund regarding any hospital, medical or prescription drug benefit and/or service provided by any Fund to any Participant or Beneficiary.

5.      "Clients" means union benefit funds, employers, health plans, Third Party Payors, or other entities or individuals to which You provide services or data pertaining to drugs for a fee or other remuneration.

6.      "Communication" as defined in Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

3

7.     "Complaint" means the Class Action Complaint filed in connection with Civil Action No. 05-CV-11148-PBS in the United States District Court for the District of Massachusetts.

8.     "Concerning" as defined in Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting. A request for all documents "concerning" a subject extends to each document making a statement about, mentioning, referring to, discussing, analyzing, describing, reflecting, evidencing, identifying, relating to, regarding, summarizing, dealing with, consisting of, constituting, or in any way pertaining to the subject, in whole or in part.

9.     "Copy" or "Copies" when used in reference to a document means any color or black-and-white reproduction of a document, regardless of whether the reproduction is made by means of carbon paper pressure, sensitive paper, photostat, xerography, scanning, or other means or process.

10.     "Document" means Electronic Data and all written, typed, printed, photocopied, photographed, or recorded matter of any kind, including but not limited to all originals, masters, drafts, and non-identical copies of any labels, packaging, invoices, advertisements, catalogs, letters, envelopes, forms, affidavits, correspondence, telegraphs, telecopies, telefaxes, paper communications, resolutions, minutes of meetings, signed statements, tabulations, charts, memoranda, checks, appointment books, records, proposals, memoranda or other transcripts (by mechanical device, by longhand or shorthand recording, tape recording, or by electronic or any other means), computer-generated information, computer software, information stored or recorded by electronic means (including by a computer, server, hard drive, compact disk, floppy disk, diskette, tape, record, cassette, video, electronic mail, and any other electronic recording or

4

data compilation from which information can be obtained or translated), interoffice communications, interoffice communications, all summaries of oral communications (telephonic or otherwise), microfiche, microfilm, lists, bulletins, calendars, circulars, desk pads, opinions, ledgers, minutes, agreements, journals, diaries, contracts, invoices, balance sheets, telephone messages or other messages, magazines, pamphlets, articles, notices, newspapers, studies, summaries, worksheets, telexes, cables, any matters defined in Federal Rule of Evidence 1001, and all other graphic materials, writings, and instruments, however produced or reproduced. A document includes all documents appended thereto.

11.    "Drug Company" or "Drug Companies" means a company that manufactures pharmaceutical products, including without limitation, Identified Drugs.

12.    "Electronic Data" means all information of all kinds maintained by electronic data processing systems and includes all non-identical copies of such information. Electronic Data includes, but is not limited to, electronic spreadsheets, databases with all records and fields and structural information (including Lotus Notes Discussion Databases and other online dialogs), charts, graphs and outlines, arrays of information and all other information used or produced by any software. Further, Electronic Data includes any computer program (whether proprietary or commercial), programming notes or instructions, or any other software program or utility needed to access or use such Electronic Data as they are accessed or used by You in the usual course of business.

13.    "Fund" or "Funds" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health & Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

Welfare Fund, and any other health and welfare fund or trust that provides prescription drug benefits, and any of their past or present trustees, officials, officers, fiduciaries, third-party administrators, representatives, agents, assigns, attorneys, employees, divisions, departments, affiliates, and all other persons or entities acting or purporting to act on its behalf or under its control.

14.    "Government Investigation" refers to any ongoing or closed investigation or inquiry conducted by Congress, a committee or sub-committee of Congress (including but not limited to, the Consumer, Energy and/or Ways and Means Committees), the United States Department of Justice, the United States General Accounting Office, the Federal Trade Commission, the Office of the United States Inspector General, the United States Department of Health and Human Services, or any other federal, state, or local governmental entity, and includes but is not limited to instances in which such entities have served or sent You Civil Investigative Demands, subpoenas, document requests, or other requests.

15.    "Identified Drugs" shall refer to any one or more of the drugs listed in Appendix A to the Complaint and attached hereto.

16.    "MDL Litigation" means the litigation bearing the caption, *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, pending in the United States District Court for the District of Massachusetts.

17.    "Meeting" means any discussion between two or more persons either in person, telephonically, or by video conference.

18.    "Named Plaintiff" means any and/or all of the plaintiff health and welfare funds and trusts identified in the Class Action Complaint, including, without limitation, New England Carpenters Health Benefits Fund; Pirelli Armstrong Retiree Benefits Trust; Teamsters Health &

6

Welfare Fund of Philadelphia and Vicinity; and Philadelphia Federation of Teachers Health and

Welfare Fund, and any of their past or present trustees, officials, officers, fiduciaries, third-party

administrators, representatives, agents, assigns, attorneys, employees, divisions, departments,

affiliates, and all other persons or entities acting or purporting to act on its behalf or under its

control.

19.    "Participant" means a person for whom a health plan or health and welfare fund

provides any medical or health insurance benefit, including prescription drug benefits.

20.    "Person" as defined in Massachusetts Local Rule 26.5(c)(6), means any natural

person or any business, legal, or governmental entity or association.

21.    "Pharmacy Benefit Manager" or "PBM" means any entity that provides services

relating to prescription drug benefits offered by any Third Party Payor to any Participant and/or

Beneficiary.

22.    "Price" means any payment made for a drug with or without discounts, Rebates or

other incentives affecting the cost of the drug.

23.    "Publication" means a publication identified in Health Care Financing

Administration Program Memorandum AB-99-63 and includes First DataBank, Red Book, Blue

Book, and Medi-span.

24.    "Publisher" or "Publishers" refers to any pharmaceutical price publishing service,

including but not limited to the First DataBank, Red Book, Blue Book and Medi-Span publishing

services.

25.    "Rebates" include access rebates for the placement of products on a formulary,

rebates based upon the sales volumes for drugs, and market share rebates for garnering higher

market share than established targets, and include rebates received by You or any PBM with whom You have a contractual relationship.

26.    "Relevant Time Period" means the period from January 1, 1997 to the date of production, inclusive.

27.    "Retailer" means any entity, including a retail pharmacy that resells drugs to consumers.

28.    "Third Party Payor" means any non-government entity or program, including but not limited to, Funds, or health insurance companies, health maintenance organizations, preferred provider organizations, self insurance plans, health plans, unions, and welfare and benefit plans, that provides prescription drug benefits to Participants and Beneficiaries and reimburses or compensates Retailers for prescription drugs dispensed to Participants and Beneficiaries.

29.    "This Litigation" means the litigation pending in the United States District Court for the District of Massachusetts bearing the docket number 1:05-CV-11148-PBS.

30.    "WAC" or "Wholesale Acquisition Cost" means the actual selling price that a Drug Company charges to a Wholesaler, before discounts.

31.    "Twenty Largest And Twenty Smallest Third Party Payors" means for the Twenty Largest, the twenty Third Party Payors that provided the most revenue to You over the Relevant Time Period, and the Twenty Smallest means the twenty Third Party Payors who provided the least revenue to You, in aggregate, during the Relevant Time Period.

32.    "Wholesaler" means any entity that purchases drugs from a Drug Company and resells such drugs to any other entity, including Retailers.

8

33.    "You" or "Your" shall refer to National Medical Health Card Systems, Inc.,
including Pharmaceutical Care Network and any of National Medical Health Card Systems,
Inc.'s predecessors, divisions, subsidiaries, trustees, officers, directors, managers, employees, or
agents, including but not limited to, attorneys and accountants.

## INSTRUCTIONS

1.    Unless otherwise specifically stated, the requests below refer to the period from
January 1, 1997, to the date of production, inclusive.

2.    The singular form of a noun or pronoun shall include within its meaning the plural
form of the noun or pronoun and vice versa; the masculine form of a pronoun shall include
within its meaning the feminine form of the pronoun and vice versa; and the use of any tense of
any verb shall include within its meaning all other tenses of the verb.

3.    "All" and "each" shall be construed as meaning either all or each as necessary to
bring within the scope of the discovery request all responses that might otherwise be construed to
be outside its scope.

4.    "And" and "or" shall be construed either disjunctively or conjunctively as
necessary to bring within the scope of the request any information that might otherwise be
construed to be outside its scope.

5.    Each request for production of documents extends to all documents in the
possession, custody, or control of You or anyone acting on Your behalf.  A document is to be
deemed in Your possession, custody, or control if it is in Your physical custody, or if it is in the
physical custody of any other person and You (a) own such document in whole or in part; (b)
have a right, by contract, statute, or otherwise, to use, inspect, examine, or copy such document
on any term; (c) have an understanding, express or implied, that You may use, inspect, examine,

9

or copy such document on any terms; or (d) have, as a practical matter, been able to use, inspect, examine, or copy such document when You sought to do so.

6.     If production is requested of a document that is no longer in Your possession, custody, or control, Your response should state when the document was most recently in Your possession, custody, or control, how the document was disposed of, and the identity of the person, if any, presently in possession, custody, or control of such document. If the document has been destroyed, state the reason for its destruction.

7.     Provide the following information for each document withheld on the grounds of privilege:

    (a)    its date;

    (b)    its title;

    (c)    its author(s);

    (d)    its recipient(s);

    (e)    the specific privilege under which it is withheld;

    (f)    its general subject matter; and

    (g)    a description of it that You contend is adequate to support Your contention that it is privileged.

8.     Any attachment to an allegedly privileged or immune document shall be produced unless You contend that the attachment is also privileged or immune.

9.     Notwithstanding the assertion of any objection to production, if a document contains non-objectionable or non-privileged matter, please produce that document, redacting that portion for which the objection is asserted, provided that the following information is provided:

    (a)    its date;

sf-2167524

(b)    its title;

(c)    its author(s);

(d)    its recipient(s);

(e)    the specific privilege under which it is withheld;

(f)    its general subject matter; and

(g)    a description of it that You contend is adequate to support Your contention that it is privileged.

10.    To the extent that You consider any of the following requests for production of documents objectionable, please respond to the remainder of the production request, and separately state that part of each request to which You object and each ground for each objection. If there is any question as to the meaning of any part of these Requests, or an issue as to whether production of any documents requested herein would impose an undue burden on You, counsel for McKesson should be contacted promptly to discuss these matters, and You should respond to the remainder of these Requests as written.

11.    Documents produced in response to these Requests should be provided in the same form in which they are kept in the usual course of business. This means that Electronic Data, as that term is defined herein, should be produced in the electronic form in which it is kept in the usual course of business.

12.    You may produce legible, complete, and exact copies of original documents responsive to these Requests, provided that the originals shall be made available for inspection upon request by counsel for McKesson.

13.    These Requests cover all documents in Your possession, custody, and control, both inside and outside the United States, including Documents in the possession of Your officers, employees, agents, servants, representatives, trustees, attorneys, consultants, or other

11

persons directly or indirectly employed or retained by You, or anyone else acting on Your behalf or otherwise subject to Your control, and any merged, consolidated, or acquired predecessor or successor, subsidiary, division, or affiliate.

14.     If any Request cannot be responded to fully, You should provide as full a response as possible, state the reason for the inability to answer fully, and provide any information, knowledge, or belief that You have regarding the unanswered portion.

12

# EXHIBIT A

## DEPOSITION TOPICS

1.      Your negotiations and contracts with Third Party Payors and Clients for pharmacy benefit management services, including the sharing of rebates from manufacturers, the duration of such contracts, termination provisions, guarantees, references to AWP, and terms and conditions included in addendums and related provider manuals.

2.      Your negotiations and contracts with Retailers, including drug pricing terms and metrics (e.g., AWP, usual & customary), the manner in which those metrics are defined or arrived at (including the factors or other information used, relied on or considered by You in connection with, or arriving at, reimbursements and payments to Retailers), the terms pertaining to Third Party Payors' or Clients' payment for drugs provided under such contracts, the duration of such contracts, and the termination provisions in such contracts.

3.      Your knowledge, understanding or expectation regarding (a) the use and significance of AWP, manufacturer suggested wholesale prices, WAC, or other information published or provided by First DataBank and other Publishers, (b) the trends in these metrics; (c) the ratio or spread between actual acquisition costs of Retailers and published AWPs, or between WAC and published AWPs; (c) changes in AWPs or in WAC to AWP ratios, including discussions with manufacturer, Retailers, Third Party Payor and Clients, or Publishers regarding such changes.

4.      The operation and management of Retailers, including the management and operations of pharmacy networks.

5.    Representations or other statements by or attributed to Publishers concerning how any Publisher compiles, develops or arrives at AWPs, WACs or other information published or made available by the Publisher.

6.    Your corporate structure, organizations, employees and operations.

7.    Your search for and production of documents in response to the document requests set forth in Exhibit B of this subpoena.

sf-2167524

## EXHIBIT B

## DOCUMENTS TO BE PRODUCED

### Regarding Related Litigation or Investigations

1.      Respecting the MDL Litigation, all documents produced or made available to
other parties, including, without limitation, all documents produced or made available pursuant
to subpoenas or document requests; all affidavits, declarations, deposition transcripts, deposition
videos, and deposition exhibits; all non-public pleadings; and all transcripts of hearings before a
Judge or Magistrate.

2.      Respecting any legal proceeding, mediation, arbitration, court hearing, legislative
hearing, or Government Investigation or inquiry concerning FDB or any other Publisher, the use
of AWP or reimbursement of drugs purchased by consumers, all documents produced or made
available pursuant to subpoenas or document requests; all affidavits, declarations, deposition
transcripts, deposition exhibits and statements filed, served, produced, prepared or taken in
connection therewith; all documents concerning your contracts or negotiations with Retailers,
reimbursements to Retailers for the dispensing of Identified Drugs, your relationships with Third
Party Payors, or your contracts or negotiations with Drug Companies for Rebates, discounts or
other consideration or remuneration.

### Regarding Publishers

3.      All documents concerning communications between You and any Publisher
concerning the AWP for, the WAC-AWP spread for or, proposed wholesale price or the actual or
proposed acquisition cost of, Identified Drugs or any other prescription drug.

4.      All contracts and agreements with any Publisher.

5.    All documents concerning use of a specific Publisher's AWP or other price data in contracts with Retailers, Third Party Payors and Clients, Manufacturers, or with any other person.

6.    All documents to or from any Publisher concerning Identified Drugs, AWP, a Drug Company's suggested wholesale prices, or Wholesaler markups.

7.    All documents and communications concerning any representation or other statement by or attributed to First DataBank, Redbook or any other Publisher concerning its business, including, without limitation, its publication of AWPs, information contained in its data fields, how it derived information for its database, how it determined AWPs, its research of wholesalers, its research of PBMs, or its conduct of surveys.

8.    All documents or communications concerning increases, decreases or other changes in AWPs, including any increase or change in the WAC-AWP spread, in data published by First DataBank, including, without limitation, complaints or other reactions to such changes by Drug Companies, Wholesalers, PBMs (including You), Retailers, Third Party Payors, or Your Clients.

9.    All documents concerning the use of AWPs published by First DataBank, or by any other Publisher, as a basis, benchmark or metric for reimbursement.

10.    All documents comparing AWPs or WAC-AWP spreads published by First DataBank, with

    a.    AWPs or WAC-AWP spreads published by other Publishers, or with

    b.    wholesale prices suggested by Drug Companies.

11.    All documents concerning the accuracy of the AWPs published by, or of representations made by, First DataBank.

**Regarding Third Party Payors**

12.     All documents concerning communications between You and any Third Party Payor concerning the AWP for, the WAC-AWP spread for, or the actual or potential acquisition cost of, Identified Drugs.

13.     All contracts and agreements by You with the Twenty Largest and Twenty Smallest Third Party Payors that concern:

> a.   AWP, WAC, or the actual or potential acquisition cost of, Identified Drugs;
>
> b.   Rebates, discounts or other consideration received by You from Drug Companies;
>
> c.   Services you provide to Third Party Payors; or
>
> d.   Reimbursement for dispensing of prescription drugs

14.     All documents concerning Your strategy, reasoning, or methodology in setting amounts Your Clients or Third Party Payors pay You, or You pay to Retailers, for drugs or for dispensing or administrative services, including, without limitation, documents showing the factors or other information You have relied on or considered in arriving at payment terms.

15.     All documents concerning the effect or potential effect of an actual or possible increase, decrease or other change in the WAC-AWP spread or in published AWPs, including, without limitation, the effect such a change would or may have on You or any of Your Clients.

16.     All communications between TPPs and PBMs concerning higher drug prices, higher AWPs, or higher AWP/WAC markups.

17.     All advertising, marketing, and sales materials, responses to requests for proposals or other documents describing the services You (or other PBMs) offer or make available to Clients and the value of those services, including, without limitations, documents concerning the savings You (or other PBMs) have secured for Clients.

18.    All documents concerning Your decision to list or de-list Identified Drugs or any other prescription drug on a formulary.

19.    All documents concerning Your relationship with the Named Plaintiffs, including without limitation:

    a.    All documents concerning communications with the Named Plaintiffs;

    b.    All contracts or agreements with the Named Plaintiffs;

    c.    All requests for proposals and responses thereto involving the Named Plaintiffs;

    d.    All reports, summaries or compilations provided to or received from the Named Plaintiffs;

    c.    All documents concerning the amount charged or to be charged the Named Plaintiffs for prescription drugs;

    d.    All documents concerning reimbursement of Named Plaintiffs for prescription drug expenditures made on behalf of Participants or Beneficiaries;

    e.    All documents concerning reimbursements paid by Named Plaintiffs to Retailers for the dispensing of Identified Drugs; and,

    f.    All documents concerning communications with a Benefit Consultant concerning a Named Plaintiff, including, without limitation, all documents concerning requests for proposals or responses thereto and

20.    All documents concerning the use of AWP as a basis or benchmark for reimbursement of PBMs or Retailers.

**Regarding Retailers**

21.    All documents containing or concerning contracts or agreements You negotiated with Retailers for reimbursement for prescription drugs.

sf-2167524

22.    All documents concerning Your strategy, factors considered, reasoning, or methodology in setting reimbursement to Retailers for Identified Drugs or for dispensing or administrative services including, without limitation, documents showing the factors or other information You have relied on or considered, and all documents containing calculations or computations used, relied on or considered by You, in connection therewith.

23.    All documents concerning the impact of changes in published AWPs or WAC-AWP spreads on contracts or negotiations with Retailers, or reimbursement rates paid to Retailers.

24.    All documents concerning negotiations with Retailers regarding network membership, including without limitations, all documents concerning discussion or documentation of denying, terminating or revoking network membership for any reason.

25.    All documents concerning the percentage discount from AWP contained in, or considered for, contracts with Retailers.

### Regarding Drug Companies

26.    All documents concerning price offsets, discounts, Rebates, or off-invoice incentive payments or other considerations paid or made by Drug Companies to You or other PBMs for Identified Drugs.

27.    All documents concerning the impact or effect of changes in published AWPs or WAC-AWP spreads on any actual or potential Rebates, discounts, or any other consideration or price terms between You and Your Clients or a Drug Company.

28.    All documents concerning Drug Company reactions to, or communications regarding, any increased AWP or AWP/WAC spread, including any correspondence from a Drug

sf-2167524

Company regarding changes in AWP that were not recommended or proposed by a Drug Company.

29.    All documents reflecting the description or identification of any Drug Company as having a suggested, proposed, or stated wholesale markup, including but not limited to a 20% or a 25% markup or spread between WAC and AWP.

30.    All documents concerning the use of an AWP suggested by a Drug Company.

**Regarding AWP**

31.    All documents concerning Your use of AWP as a pricing term, benchmark or metric in any contracts with or among Retailers, Third Party Payors, Clients or Drug Companies.

32.    All documents concerning AWP, including but not limited to:

    a.   All documents concerning the WAC-AWP spread or markup;

    b.   All documents concerning the spread or markup between pharmacy acquisition cost and AWP;

    c.   Any reports, summaries or compilations provided to Third Party Payors or Clients containing information about changes in industry pricing or practices;

    d.   All internal reports analyzing the drug expenditures of Third Party Payors or Clients;

    e.   All documents concerning reimbursement by You or your clients for Identified Drugs on the basis of published AWPs, including AWPs published by First Databank;

    f.   All documents concerning the proposed or actual discontinuation of AWP as a basis, benchmark or metric for reimbursement; and

sf-2167524

g.  All documents identifying or describing the source that You use for determining AWPs in your contracts; or discussing how AWP has been, or is currently, calculated or defined.

**Other Documents**

33.  All documents concerning Your expectations regarding (1) pharmacy acquisition costs; (2) the spread between such acquisition costs and AWP; or (3) the spread between WAC and AWP, for Identified Drugs.

34.  For each Identified Drug, all transaction records maintained in a database or other electronic format showing all revenues, disbursements and quantities covered, including amounts paid by You for Identified Drugs sold by Retailers, amounts paid to You by Third Party Payors as Your Clients for the Identified Drugs, and any related Rebates, discounts, and administrative fees.

35.  Documents sufficient to identify all Your departments and employees including, without limitation, Your organizational charts.

36.  Documents sufficient to identify Your policy or practice of document retention, destruction, disposal, or preservation for each year during the Relevant Time Period.

37.  Document describing each report, summary or compilation distributed by You or Your Third Party Payors or Clients concerning AWPs, WAC-AWP spreads, reimbursement of Retailers, payments to Third Party Payors, acquisition costs of Retailers, the MDL Litigation or this Lawsuit.

38.  All documents concerning whether to use a discount from AWP (*e.g.*, AWP minus 12%) as a basis for reimbursement of Retailers.

21

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| 3M PHARMACEUTICALS | 00089020025 | METROGEL-VAGINAL 0.75% GEL |
| 3M PHARMACEUTICALS | 00089030510 | TAMBOCOR 50 MG TABLET |
| 3M PHARMACEUTICALS | 00089030710 | TAMBOCOR 100 MG TABLET |
| 3M PHARMACEUTICALS | 00089031410 | TAMBOCOR 150 MG TABLET |
| 3M PHARMACEUTICALS | 00089051006 | CAL DISCO VERSENAT 200 MG/ML |
| 3M PHARMACEUTICALS | 00089054006 | NORFLEX 30 MG/ML AMPUL |
| 3M PHARMACEUTICALS | 00089081012 | ALDARA 5% CREAM |
| 3M PHARMACEUTICALS | 00089081521 | MAXAIR AUTOHALER 0.2 MG AERO |
| AAIPHARMA LLC | 00002035102 | DARVOCET-N 50 TABLET |
| AAIPHARMA LLC | 00002035333 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 00002036302 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036308 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002036333 | DARVOCET-N 100 TABLET |
| AAIPHARMA LLC | 00002080303 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002080333 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 00002311102 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00002311103 | DARVON COMPOUND-65 PULVULE |
| AAIPHARMA LLC | 00024007201 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00024007210 | BRETHINE 2.5 MG TABLET |
| AAIPHARMA LLC | 00024010501 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00024010510 | BRETHINE 5 MG TABLET |
| AAIPHARMA LLC | 00024750701 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 00054023301 | DURACLON 0.1 MG/ML VIAL |
| AAIPHARMA LLC | 00054023401 | DURACLON 500 MCG/ML VIAL |
| AAIPHARMA LLC | 66591023921 | AQUASOL A 50,000 UNITS/ML VIAL |
| AAIPHARMA LLC | 66591043411 | BRETHINE 1 MG/ML AMPUL |
| AAIPHARMA LLC | 66591062741 | DARVON 65 MG PULVULE |
| AAIPHARMA LLC | 66591063141 | DARVON-N 100 MG TABLET |
| AAIPHARMA LLC | 66591063151 | DARVON-N 100 MG TABLET |
| ABBOTT LABORATORIES | 00597002901 | MOBIC 7.5 MG TABLET |
| ABBOTT LABORATORIES | 00597003001 | MOBIC 15 MG TABLET |
| ABBOTT LABORATORIES | 00597003028 | MICARDIS 20 MG TABLET |
| ABBOTT LABORATORIES | 00597004020 | MICARDIS 40 MG TABLET |
| ABBOTT LABORATORIES | 00597004128 | MICARDIS 80 MG TABLET |
| ABBOTT LABORATORIES | 00597004328 | MICARDIS HCT 40/12.5 MG TAB |
| ABBOTT LABORATORIES | 00597004428 | MICARDIS HCT 80/12.5 MG TAB |
| AGOURON PHARMACEUTICALS INC | 63010001030 | VIRACEPT 250 MG TABLET |
| AGOURON PHARMACEUTICALS INC | 63010001190 | VIRACEPT POWDER |
| AMGEN INC | 55513012601 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513012610 | EPOGEN 2,000 UNITS/ML VIAL |
| AMGEN INC | 55513014401 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014410 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513014801 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513014810 | EPOGEN 4,000 UNITS/ML VIAL |
| AMGEN INC | 55513026701 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513026710 | EPOGEN 3,000 UNITS/ML VIAL |
| AMGEN INC | 55513028301 | EPOGEN 10,000 UNITS/ML VIAL |
| AMGEN INC | 55513028310 | EPOGEN 10,000 UNITS/ML VIAL |
| ASTRAZENECA LP | 00037721020 | ZOMIG 2.5 MG TABLET |
| ASTRAZENECA LP | 00037721125 | ZOMIG 5 MG TABLET |
| ASTRAZENECA LP | 00186000131 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000168 | LEXXEL 5-5 MG TABLET SA |
| ASTRAZENECA LP | 00186000231 | LEXXEL 5-2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186000431 | ATACAND 4 MG TABLET |
| ASTRAZENECA LP | 00186000831 | ATACAND 8 MG TABLET |
| ASTRAZENECA LP | 00186001628 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001631 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186001654 | ATACAND 16 MG TABLET |
| ASTRAZENECA LP | 00186003228 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003231 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186003254 | ATACAND 32 MG TABLET |
| ASTRAZENECA LP | 00186011001 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011201 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011291 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186011401 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011412 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011491 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011501 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186011512 | XYLOCAINE 1% 1:100,000 |
| ASTRAZENECA LP | 00186011701 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011712 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186011791 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012001 | XYLOCAINE 2% DENTAL VIAL |
| ASTRAZENECA LP | 00186012201 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012212 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012291 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186012601 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186013501 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186013701 | XYLOCAINE 0.5% VIAL |
| ASTRAZENECA LP | 00186014001 | XYLOCAINE 0.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186014501 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186015001 | XYLOCAINE 1%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186015501 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186016001 | XYLOCAINE 2%/EPI 1:100,000 |
| ASTRAZENECA LP | 00186016228 | ATACAND HCT 16/12.5 MG TAB |
| ASTRAZENECA LP | 00186016254 | ATACAND HCT 16/12.5 MG TAB |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00186021003 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186021203 | XYLOCAINE/DEXTROSE 1.5% AMP |
| ASTRAZENECA LP | 00186021503 | XYLOCAINE-MPF 2% AMPUL |
| ASTRAZENECA LP | 00186023063 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186023203 | XYLOCAINE IV 2% AMPUL |
| ASTRAZENECA LP | 00186023503 | XYLOCAINE-MPF 4% AMPUL |
| ASTRAZENECA LP | 00186024113 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024213 | XYLOCAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186024312 | XYLOCAINE 2% VIAL |
| ASTRAZENECA LP | 00186025002 | XYLOCAINE 2%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186025502 | XYLOCAINE-MPF 1% AMPUL |
| ASTRAZENECA LP | 00186026002 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026092 | XYLOCAINE 1%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026502 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186026503 | XYLOCAINE 1.5%/EPI 1:200,000 |
| ASTRAZENECA LP | 00186027512 | XYLOCAINE 1% VIAL |
| ASTRAZENECA LP | 00186027613 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186027713 | XYLOCAINE-MPF 1% VIAL |
| ASTRAZENECA LP | 00186031521 | XYLOCAINE 5% OINTMENT |
| ASTRAZENECA LP | 00186032091 | XYLOCAINE 4% SOLUTION |
| ASTRAZENECA LP | 00186032226 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186032254 | ATACAND HCT 32/12.5 MG TAB |
| ASTRAZENECA LP | 00186033001 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033036 | XYLOCAINE 2% JELLY |
| ASTRAZENECA LP | 00186033843 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186033853 | XYLOCAINE 2% JELLY SYRINGE |
| ASTRAZENECA LP | 00186036001 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186036011 | XYLOCAINE 2% VISCOUS SOLN |
| ASTRAZENECA LP | 00186045028 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045031 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186045058 | PLENDIL 2.5 MG TABLET SA |
| ASTRAZENECA LP | 00186046128 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045131 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045158 | PLENDIL 5 MG TABLET SA |
| ASTRAZENECA LP | 00186045228 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045231 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186045258 | PLENDIL 10 MG TABLET SA |
| ASTRAZENECA LP | 00186000628 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186000631 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186000668 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186000682 | PRILOSEC 10 MG CAPSULE DR |
| ASTRAZENECA LP | 00186070210 | ENTOCORT EC 3 MG CAPSULE |
| ASTRAZENECA LP | 00186070768 | TONOCARD 400 MG TABLET |
| ASTRAZENECA LP | 00186070968 | TONOCARD 600 MG TABLET |
| ASTRAZENECA LP | 00186074228 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074231 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074282 | PRILOSEC 20 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074328 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074331 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074368 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186074382 | PRILOSEC 40 MG CAPSULE DR |
| ASTRAZENECA LP | 00186085961 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186085991 | NAROPIN 2 MG/ML INFUSION BTL |
| ASTRAZENECA LP | 00186086344 | NAROPIN 5 MG/ML AMPULE |
| ASTRAZENECA LP | 00186086361 | NAROPIN 5 MG/ML VIAL |
| ASTRAZENECA LP | 00186091542 | PULMICORT 200 MCG TURBUHALER |
| ASTRAZENECA LP | 00186097766 | NESACAINE 1% VIAL |
| ASTRAZENECA LP | 00186097266 | NESACAINE 2% VIAL |
| ASTRAZENECA LP | 00186099166 | NESACAINE-MPF 2% VIAL |
| ASTRAZENECA LP | 00186099266 | NESACAINE-MPF 3% VIAL |
| ASTRAZENECA LP | 00186003001 | SENSORCAINE/EPI 0.75%/0.0005 |
| ASTRAZENECA LP | 00186007509 | RHINOCORT NASAL INHALER |
| ASTRAZENECA LP | 00186008805 | TOPROL XL 25 MG TABLET SA |
| ASTRAZENECA LP | 00186009005 | TOPROL XL 50 MG TABLET SA |
| ASTRAZENECA LP | 00186009205 | TOPROL XL 100 MG TABLET SA |
| ASTRAZENECA LP | 00186151501 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151503 | EMLA CREAM W/TEGADERM |
| ASTRAZENECA LP | 00186151601 | EMLA CREAM |
| ASTRAZENECA LP | 00186177001 | STREPTASE 250,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177101 | STREPTASE 750,000 UNITS VIAL |
| ASTRAZENECA LP | 00186177401 | STREPTASE 1.5MM UNITS INFUS BT |
| ASTRAZENECA LP | 00186198604 | PULMICORT 0.25 MG/2 ML RESPUL |
| ASTRAZENECA LP | 00186198904 | PULMICORT 0.5 MG/2 ML RESPULE |
| ASTRAZENECA LP | 00186402031 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186402054 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186402082 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186402228 | NEXIUM 20 MG CAPSULE |
| ASTRAZENECA LP | 00186404031 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186404054 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186404062 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00186404228 | NEXIUM 40 MG CAPSULE |
| ASTRAZENECA LP | 00310904010 | ELAVIL 10 MG TABLET |
| ASTRAZENECA LP | 00310904190 | ELAVIL 50 MG TABLET |
| ASTRAZENECA LP | 00310904210 | ELAVIL 75 MG TABLET |
| ASTRAZENECA LP | 00310904310 | ELAVIL 100 MG TABLET |
| ASTRAZENECA LP | 00310904510 | ELAVIL 25 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ASTRAZENECA LP | 00310004560 | ELAVIL 25 MG TABLET |
| ASTRAZENECA LP | 00310004710 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004730 | ELAVIL 150 MG TABLET |
| ASTRAZENECA LP | 00310004910 | ELAVIL 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310010180 | TENORMIN 100 MG TABLET |
| ASTRAZENECA LP | 00310010510 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010534 | TENORMIN 50 MG TABLET |
| ASTRAZENECA LP | 00310010710 | TENORMIN 25 MG TABLET |
| ASTRAZENECA LP | 00310011810 | TENORETIC 50 TABLET |
| ASTRAZENECA LP | 00310011710 | TENORETIC 100 TABLET |
| ASTRAZENECA LP | 00310013010 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013034 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013030 | ZESTRIL 5 MG TABLET |
| ASTRAZENECA LP | 00310013110 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013134 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013130 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013173 | ZESTRIL 10 MG TABLET |
| ASTRAZENECA LP | 00310013210 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013234 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013230 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013273 | ZESTRIL 20 MG TABLET |
| ASTRAZENECA LP | 00310013310 | ZESTRIL 30 MG TABLET |
| ASTRAZENECA LP | 00310013410 | ZESTRIL 40 MG TABLET |
| ASTRAZENECA LP | 00310013510 | ZESTRIL 2.5 MG TABLET |
| ASTRAZENECA LP | 00310014110 | ZESTORETIC 10/12.5 TABLET |
| ASTRAZENECA LP | 00310014210 | ZESTORETIC 20/12.5 TABLET |
| ASTRAZENECA LP | 00310014610 | ZESTORETIC 20/25 TABLET |
| ASTRAZENECA LP | 00310020130 | ARIMIDEX 1 MG TABLET |
| ASTRAZENECA LP | 00310020020 | ZOMIG ZMT 2.5 MG TABLET |
| ASTRAZENECA LP | 00310021321 | ZOMIG ZMT 5 MG TABLET |
| ASTRAZENECA LP | 00310027110 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027139 | SEROQUEL 100 MG TABLET |
| ASTRAZENECA LP | 00310027210 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027239 | SEROQUEL 200 MG TABLET |
| ASTRAZENECA LP | 00310027439 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027460 | SEROQUEL 300 MG TABLET |
| ASTRAZENECA LP | 00310027510 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310027539 | SEROQUEL 25 MG TABLET |
| ASTRAZENECA LP | 00310030011 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030050 | DIPRIVAN 10 MG/ML VIAL |
| ASTRAZENECA LP | 00310030054 | DIPRIVAN 10 MG/ML SYRINGE |
| ASTRAZENECA LP | 00310032111 | MERREM 1 GM INFUSION BOTTLE |
| ASTRAZENECA LP | 00310032115 | MERREM 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032130 | MERREM 1 GM VIAL |
| ASTRAZENECA LP | 00310032511 | MERREM 500 MG INFUSION BTL |
| ASTRAZENECA LP | 00310032515 | MERREM 500 MG ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310032520 | MERREM 500 MG VIAL |
| ASTRAZENECA LP | 00310037510 | CEFOTAN 10 GM VIAL |
| ASTRAZENECA LP | 00310037610 | CEFOTAN 1 GM VIAL |
| ASTRAZENECA LP | 00310037611 | CEFOTAN 1 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037631 | CEFOTAN 1 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037720 | CEFOTAN 2 GM VIAL |
| ASTRAZENECA LP | 00310037721 | CEFOTAN 2 GM PIGGYBACK |
| ASTRAZENECA LP | 00310037732 | CEFOTAN 2 GM ADD-VANTAGE VL |
| ASTRAZENECA LP | 00310037851 | CEFOTAN 1 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310037951 | CEFOTAN 2 GM/50 ML PIGGYBACK |
| ASTRAZENECA LP | 00310040160 | ACCOLATE 10 MG TABLET |
| ASTRAZENECA LP | 00310040239 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310040260 | ACCOLATE 20 MG TABLET |
| ASTRAZENECA LP | 00310060010 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060090 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060075 | NOLVADEX 10 MG TABLET |
| ASTRAZENECA LP | 00310060412 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060430 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310060490 | NOLVADEX 20 MG TABLET |
| ASTRAZENECA LP | 00310070510 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070530 | CASODEX 50 MG TABLET |
| ASTRAZENECA LP | 00310070539 | CASODEX 50 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012061 | BENTYL 10 MG CAPSULE |
| AXCAN SCANDIPHARM INC | 00068012361 | BENTYL 20 MG TABLET |
| AXCAN SCANDIPHARM INC | 00068012516 | BENTYL 10 MG/5 ML SYRUP |
| AXCAN SCANDIPHARM INC | 00068080923 | BENTYL 10 MG/ML AMPUL |
| AXCAN SCANDIPHARM INC | 58914017110 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017121 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017130 | CARAFATE 1 GM TABLET |
| AXCAN SCANDIPHARM INC | 58914017150 | CARAFATE 1 GM TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026266148 | PRECOSE 50 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026266251 | PRECOSE 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026610636 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026619763 | TRASYLOL 10,000 UNITS/ML VIAL |
| BAYER CORP PHARMACEUTICAL DIV | 00026851109 | CIPRO 100 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851248 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851251 | CIPRO 250 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851348 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851351 | CIPRO 500 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026851448 | CIPRO 750 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BAYER CORP PHARMACEUTICAL DIV | 00026851450 | CIPRO 750 MG TABLET |
| BAYER CORP PHARMACEUTICAL DIV | 00026856135 | CIPRO 5% SUSPENSION |
| BAYER CORP PHARMACEUTICAL DIV | 00026856335 | CIPRO 10% SUSPENSION |
| BERLEX INC | 50419010110 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010111 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010125 | QUINAGLUTE DURA-TABS 324 MG |
| BERLEX INC | 50419010150 | QUINAGLUTE DURA-TABS 324 MG |
| BERTEK PHARMACEUTICALS INC | 62794015102 | MENTAX 1% CREAM |
| BERTEK PHARMACEUTICALS INC | 62794015103 | MENTAX 1% CREAM |
| BIOGEN IDEC MA INC | 59627000103 | AVONEX ADMIN PACK 30 MCG VL |
| BIOVAIL PHARMACEUTICALS INC | 00088177141 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177155 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177190 | CARDIZEM 30 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177247 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177255 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177290 | CARDIZEM 60 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088177747 | CARDIZEM SR 60 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177847 | CARDIZEM SR 90 MG CAPSULE SA |
| BIOVAIL PHARMACEUTICALS INC | 00088177947 | CARDIZEM SR 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088178816 | CARDIZEM 100 MG MONOVIAL |
| BIOVAIL PHARMACEUTICALS INC | 00088178817 | CARDIZEM 5 MG/ML LYO-JECT |
| BIOVAIL PHARMACEUTICALS INC | 00088179147 | CARDIZEM 90 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 00088179530 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179542 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179630 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179642 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179730 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179742 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179830 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00088179842 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 00172098347 | ZOVIRAX 5% OINTMENT |
| BIOVAIL PHARMACEUTICALS INC | 64455079247 | CARDIZEM 120 MG TABLET |
| BIOVAIL PHARMACEUTICALS INC | 64455079549 | CARDIZEM CD 120 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079649 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079650 | CARDIZEM CD 180 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079749 | CARDIZEM CD 240 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079849 | CARDIZEM CD 300 MG CAP SA |
| BIOVAIL PHARMACEUTICALS INC | 64455079942 | CARDIZEM CD 360 MG CAP SA |
| BLANK | 00024051320 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00024051325 | PLASMANATE 5% IV SOLUTION |
| BLANK | 00024068416 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00024068429 | PLASBUMIN-25 IV SOLUTION |
| BLANK | 00024068471 | PLASBUMIN-26 IV SOLUTION |
| BLANK | 00024068520 | PLASBUMIN-5 IV SOLUTION |
| BLANK | 00024068525 | PLASBUMIN-5 INV SOLUTION |
| BLANK | 00085026301 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085026381 | K-DUR 10 MEQ TABLET SA |
| BLANK | 00085070304 | TRINALIN REPETABS |
| BLANK | 00085078701 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078706 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078710 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085078781 | K-DUR 20 MEQ TABLET SA |
| BLANK | 00085081930 | NITRO-DUR 0.8 MGHR PATCH |
| BLANK | 00085081935 | NITRO-DUR 0.8 MG/HR PATCH |
| BLANK | 00085113601 | INTEGRILIN 75 MG/100 ML VIAL |
| BLANK | 00085153303 | IMDUR 120 MG TABLET SA |
| BLANK | 00085115304 | IMDUR 120 MG TABLET SA |
| BLANK | 00085117701 | INTEGRILIN 20 MG/10 ML VIAL |
| BLANK | 00085117702 | INTEGRILIN 200 MG/100 ML VIAL |
| BLANK | 00085330601 | IMDUR 30 MG TABLET SA |
| BLANK | 00085330603 | IMDUR 30 MG TABLET SA |
| BLANK | 00085331530 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085331535 | NITRO-DUR 0.3 MG/HR PATCH |
| BLANK | 00085911001 | IMDUR 60 MG TABLET SA |
| BLANK | 00085911003 | IMDUR 60 MG TABLET SA |
| BLANK | 11994001104 | DEFINITY  1.1 MG/ML VIAL |
| BLANK | 54092038301 | ADDERALL XR 10 MG CAPSULE SA |
| BLANK | 54092038701 | ADDERALL XR 20 MG CAPSULE SA |
| BLANK | 54092038101 | ADDERALL XR 30 MG CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087001142 | CAFCIT 20 MG/ML VIAL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00087511142 | CAFCIT 20 MG/ML ORAL SOLN |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000180 | AGGRENOX CAPSULE SA |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000601 | CATAPRES 0.1 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597000701 | CATAPRES 0.2 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001101 | CATAPRES 0.3 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001314 | COMBIVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001701 | PERSANTINE 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001801 | PERSANTINE 50 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597001901 | PERSANTINE 75 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002001 | SERENTIL 10 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002101 | SERENTIL 25 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002301 | SERENTIL 100 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002504 | SERENTIL 25 MG/ML ORAL CONC |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597002702 | SERENTIL 25 MG/ML AMPUL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003112 | CATAPRES-TTS 1 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003212 | CATAPRES-TTS 2 PATCH |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597003334 | CATAPRES-TTS 3 PATCH |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004681 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004060 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004661 | VIRAMUNE 200 MG TABLET |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597004724 | VIRAMUNE 50 MG/5 ML SUSP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597005601 | MEXITIL 150 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006701 | MEXITIL 200 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597006601 | MEXITIL 250 MG CAPSULE |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597007017 | ALUPENT 600 MCG INHALER COMP |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008082 | ATROVENT 0.02% SOLUTION |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008130 | ATROVENT 0.03% SPRAY |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008214 | ATROVENT INHALER |
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597008676 | ATROVENT 0.06% SPRAY |
| BRISTOL MYERS SQUIBB CO | 00015068241 | CYTOXAN 500 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015050541 | CYTOXAN 1 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00015050641 | CYTOXAN 2 GM VIAL |
| BRISTOL MYERS SQUIBB CO | 00015111750 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015111780 | TEQUIN 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117750 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015117780 | TEQUIN 400 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015301238 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015301257 | BICNU 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015303020 | CEENU 10 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303120 | CEENU 40 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303220 | CEENU 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015303410 | CEENU DOSE PACK |
| BRISTOL MYERS SQUIBB CO | 00015307519 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015307597 | VUMON 10 MG/ML AMPUL |
| BRISTOL MYERS SQUIBB CO | 00015308060 | LYSODREN 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00015309145 | VEPESID 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00015321330 | PARAPLATIN 50 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321430 | PARAPLATIN 150 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015321530 | PARAPLATIN 450 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00015340420 | ETOPOPHOS 100 MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00056016870 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016875 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016890 | COUMADIN 4 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016970 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016975 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056016990 | COUMADIN 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017070 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017075 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017090 | COUMADIN 2 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017270 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017275 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017290 | COUMADIN 5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017370 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017375 | COUMADIN 7.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017470 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017475 | COUMADIN 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017670 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017675 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056017690 | COUMADIN 2.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018870 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018875 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018890 | COUMADIN 3 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018970 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018975 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056018990 | COUMADIN 6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00056047030 | SUSTIVA 50 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047330 | SUSTIVA 100 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00056047492 | SUSTIVA 200 MG CAPSULE |
| BRISTOL MYERS SQUIBB CO | 00087003147 | SERZONE 50 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003231 | SERZONE 100 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003331 | SERZONE 200 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087003931 | SERZONE 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087004131 | SERZONE 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015848 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087015883 | MONOPRIL 10 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087045841 | POLY-VI-FLOR 0.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087047402 | POLY-VI-FLOR 1 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087048741 | POLY-VI-FLOR 0.25 MG TAB CHW |
| BRISTOL MYERS SQUIBB CO | 00087048841 | POLY-VI-FLOR/IRON 0.25 MG TB |
| BRISTOL MYERS SQUIBB CO | 00087050201 | CYTOXAN 500MG VIAL |
| BRISTOL MYERS SQUIBB CO | 00087050942 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060945 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087060985 | MONOPRIL 20 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087120213 | MONOPRIL 40 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149201 | MONOPRIL HCT 10/12.6 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087149301 | MONOPRIL HCT 20/12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277131 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277132 | AVAPRO 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277215 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277231 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277232 | AVAPRO 150 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 00087277235 | AVAPRO 150 MG TABLET |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| BRISTOL MYERS SQUIBB CO | 000087277315 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277321 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277332 | AVAPRO 300 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277631 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277632 | AVALIDE 150-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277631 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087277632 | AVALIDE 300-12.5 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087055041 | STADOL NS 10 MG/ML SPRAY |
| BRISTOL MYERS SQUIBB CO | 000087607211 | GLUCOVANCE 1.25/250 MG TAB |
| BRISTOL MYERS SQUIBB CO | 000087607311 | GLUCOVANCE 2.5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 000087607411 | GLUCOVANCE 5/500 MG TAB |
| BRISTOL MYERS SQUIBB CO | 000087657117 | VIDEX EC 125 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 000087657217 | VIDEX EC 200 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 000087657317 | VIDEX EC 250 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 000087657417 | VIDEX EC 400 MG CAP SA |
| BRISTOL MYERS SQUIBB CO | 000087771840 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087771852 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087771884 | CEFZIL 125 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087771940 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087771952 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087771984 | CEFZIL 250 MG/5 ML SUSPENSION |
| BRISTOL MYERS SQUIBB CO | 000087772080 | CEFZIL 250 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087772150 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 000087772160 | CEFZIL 500 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653111210+ | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117103 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117105 | PLAVIX 75 MG TABLET |
| BRISTOL MYERS SQUIBB CO | 63653117108 | PLAVIX 75 MG TABLET |
| DEY LP | 49000000001 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49500050002 | EPIPEN 0.3 MG AUTO-INJECTOR |
| DEY LP | 49500050101 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DEY LP | 49500050102 | EPIPEN JR 0.15 MG AUTO-INJCT |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310402 | PROZAC 10 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310501 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310502 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310507 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310530 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310533 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310591 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310582 | PROZAC 20 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777310730 | PROZAC 40 MG PULVULE |
| DISTA PRODUCTS CO DIV ELI LILLY AND CO | 00777512059 | PROZAC 20 MG/5 ML SOLUTION |
| ELI LILLY AND CO | 00002140701 | OLUNZDINE GLUC 80 MG/ML VIAL |
| ELI LILLY AND CO | 00002300475 | PROZAC WEEKLY 90 MG CAPSULE |
| ELI LILLY AND CO | 00002312542 | VANCOCIN HCL 125 MG PULVULE |
| ELI LILLY AND CO | 00002312842 | VANCOCIN HCL 250 MG PULVULE |
| ELI LILLY AND CO | 00002400602 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002400630 | PROZAC 10 MG TABLET |
| ELI LILLY AND CO | 00002411204 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411233 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411260 | ZYPREXA 2.5 MG TABLET |
| ELI LILLY AND CO | 00002411504 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411533 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411560 | ZYPREXA 5 MG TABLET |
| ELI LILLY AND CO | 00002411633 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411660 | ZYPREXA 7.5 MG TABLET |
| ELI LILLY AND CO | 00002411704 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411733 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002411760 | ZYPREXA 10 MG TABLET |
| ELI LILLY AND CO | 00002416502 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416507 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002416530 | EVISTA 60 MG TABLET |
| ELI LILLY AND CO | 00002441584 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002441533 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002441560 | ZYPREXA 15 MG TABLET |
| ELI LILLY AND CO | 00002442004 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002442033 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002442060 | ZYPREXA 20 MG TABLET |
| ELI LILLY AND CO | 00002445301 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445385 | ZYPREXA ZYDIS 5 MG TABLET |
| ELI LILLY AND CO | 00002445401 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002446485 | ZYPREXA ZYDIS 10 MG TABLET |
| ELI LILLY AND CO | 00002445501 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445585 | ZYPREXA ZYDIS 15 MG TAB |
| ELI LILLY AND CO | 00002445601 | ZYPREXA ZYDIS 20 MG TABLET |
| ELI LILLY AND CO | 00002445685 | ZYPREXA ZYDIS 20 MG TAB |
| ELI LILLY AND CO | 00002714001 | REOPRO 2 MG/ML VIAL |
| ELI LILLY AND CO | 00002733501 | HUMATROPE 5 MG VIAL |
| ELI LILLY AND CO | 00002733516 | HUMATROPE 6 MG VIAL |
| ELI LILLY AND CO | 00002751001 | HUMALOG 100 UNIT/5ML VIAL |
| ELI LILLY AND CO | 00002751101 | HUMALOG MIX 75/25 VIAL |
| ELI LILLY AND CO | 00002751501 | HUMALOG 100 UNIT/5ML CARTRIDGE |
| ELI LILLY AND CO | 00002751559 | HUMALOG 100 UNIT/5ML CARTRIDGE |
| ELI LILLY AND CO | 00002751569 | HUMALOG 100 UNIT/5ML CARTRIDGE |
| ELI LILLY AND CO | 00002755901 | XIGRIS 5 MG VIAL |
| ELI LILLY AND CO | 00002756101 | XIGRIS 20 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ELI LILLY AND CO | 00002803101 | GLUCAGON 1 MG EMERGENCY KIT |
| ELI LILLY AND CO | 00002808801 | HUMATROPE 6 MG CARTRIDGE |
| ELI LILLY AND CO | 00002809901 | HUMATROPE 12 MG CARTRIDGE |
| ELI LILLY AND CO | 00002805101 | HUMATROPE 24 MG CARTRIDGE |
| ELI LILLY AND CO | 00002850101 | HUMULIN R 500 UNITS/ML VIAL |
| ELI LILLY AND CO | 00130043514 | SARAFEM 10 MG PULVULE |
| ELI LILLY AND CO | 00130043614 | SARAFEM 20 MG PULVULE |
| FERNDALE LABORATORIES INC | 00490071603 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00490071604 | PRAMOSONE 1% CREAM |
| FERNDALE LABORATORIES INC | 00490071703 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00490071704 | PRAMOSONE 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00490072604 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00490072608 | PRAMOSONE 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00490072903 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00490072904 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 00490072906 | PRAMOSONE 1% LOTION |
| FERNDALE LABORATORIES INC | 90490076304 | PRAMOSONE 1% OINTMENT |
| FERNDALE LABORATORIES INC | 00490077704 | PRAMOSONE 2.5% OINTMENT |
| FERNDALE LABORATORIES INC | 00490077804 | ANALPRAM-HC 1% CREAM |
| FERNDALE LABORATORIES INC | 00490080004 | ANALPRAM-HC 2.5% CREAM |
| FERNDALE LABORATORIES INC | 00490080204 | ANALPRAM-HC 2.5% LOTION |
| FERNDALE LABORATORIES INC | 00490088745 | CLINAC BPO 7% GEL |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089139 | SULAR 10 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089239 | SULAR 20 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 00310089339 | SULAR 30 MG TABLET SA |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630042080 | PRENATE ADVANCE TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044010 | SULAR 10 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044110 | SULAR 20 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044210 | SULAR 30 MG TABLET |
| FIRST HORIZON PHARMACEUTICAL CORP | 59630044310 | SULAR 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456004001 | THYROLAR-1/4 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456004501 | THYROLAR-1/2 STRENGTH TAB |
| FOREST PHARMACEUTICALS INC | 00456005001 | THYROLAR-1 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456005501 | THYROLAR-2 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456006001 | THYROLAR-3 STRENGTH TABLET |
| FOREST PHARMACEUTICALS INC | 00456045701 | ARMOUR THYROID 15 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045800 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045801 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045853 | ARMOUR THYROID 30 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045900 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045901 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045951 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456045953 | ARMOUR THYROID 60 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046001 | ARMOUR THYROID 90 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046100 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046101 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046163 | ARMOUR THYROID 120 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046200 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046201 | ARMOUR THYROID 180 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046301 | ARMOUR THYROID 240 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456046401 | ARMOUR THYROID 300 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456052101 | FLUMADINE 100 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456052708 | FLUMADINE 50 MG/5 ML SYRUP |
| FOREST PHARMACEUTICALS INC | 00456060101 | BANCAP HC CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456063001 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00456064508 | ELIXOPHYLLIN-KI ELIXIR |
| FOREST PHARMACEUTICALS INC | 00456064808 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456064818 | ELIXOPHYLLIN GG 100/100 LIQ |
| FOREST PHARMACEUTICALS INC | 00456067099 | AEROBID-M AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067299 | AEROBID AEROSOL W/ADAPTER |
| FOREST PHARMACEUTICALS INC | 00456067801 | ESGIC-PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00456068801 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456068802 | TESSALON PERLE 100 MG CAP |
| FOREST PHARMACEUTICALS INC | 00456069801 | TESSALON 200 MG CAPSULE |
| FOREST PHARMACEUTICALS INC | 00456401001 | CELEXA 10 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402001 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456402083 | CELEXA 20 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404001 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456404063 | CELEXA 40 MG TABLET |
| FOREST PHARMACEUTICALS INC | 00456497263 | CERVIDIL 10 MG VAGINAL INSRT |
| FOREST PHARMACEUTICALS INC | 00456613008 | CELEXA 10 MG/5 ML SOLUTION |
| FOREST PHARMACEUTICALS INC | 00456650008 | MONUROL 3 GM SACHET |
| FOREST PHARMACEUTICALS INC | 00539001101 | ESGIC TABLET |
| FOREST PHARMACEUTICALS INC | 00785012001 | LORCET-HD CAPSULE |
| FOREST PHARMACEUTICALS INC | 00785112201 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112260 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785112283 | LORCET PLUS TABLET |
| FOREST PHARMACEUTICALS INC | 00785635001 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635080 | LORCET 10/650 TABLET |
| FOREST PHARMACEUTICALS INC | 00785635063 | LORCET 10/650 TABLET |
| GENENTECH INC | 50242091502 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242091664 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242091620 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242091686 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242091620 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242091986 | NUTROPIN 5 MG VIAL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GENENTECH INC | 50242002057 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242002219 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002308 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002808 | NUTROPIN AQ 5 MG/ML VIAL |
| GENENTECH INC | 50242002849 | PROTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003050 | PROTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003235 | NUTROPIN DEPOT 13.5 MG KIT |
| GENENTECH INC | 50242003249 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242003441 | NUTROPIN DEPOT 18 MG KIT |
| GENENTECH INC | 50242003450 | NUTROPIN 10 MG VIAL |
| GENENTECH INC | 50242003654 | NUTROPIN DEPOT 22.5 MG KIT |
| GENENTECH INC | 50242007202 | NUTROPIN 5 MG VIAL |
| GENENTECH INC | 50242010038 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242010040 | PULMOZYME 1 MG/ML AMPUL |
| GENENTECH INC | 50242011411 | NUTROPIN AQ 5 MG/ML VIAL |
| GILEAD SCIENCES INC | 61968040101 | VIREAD 300 MG TABLET |
| GILEAD SCIENCES INC | 61958050101 | HEPSERA 10 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010793 | RETROVIR IV INFUSION VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010855 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173010856 | RETROVIR 100 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173011318 | RETROVIR 10 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173013555 | WELLBUTRIN SR 150 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017755 | WELLBUTRIN 75 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173017855 | WELLBUTRIN 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173028155 | DARAPRIM 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173023044 | DIGIBIND 38 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024255 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024256 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024275 | LANOXIN 125 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024955 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024965 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024975 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173024980 | LANOXIN 250 MCG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173026427 | LANOXIN 50 MCG/ML ELIXIR |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032198 | VENTOLIN 90 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173032199 | VENTOLIN 90 MCG INH REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173033602 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034412 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034414 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034417 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034442 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034447 | ZANTAC 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173034354 | ZANTAC 15 MG/ML SYRUP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038700 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038701 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038742 | CEFTIN 250 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173038879 | BECONASE AQ 0.042% SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039305 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039340 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039347 | ZANTAC 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039408 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039481 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039442 | CEFTIN 500 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173039501 | CEFTIN 125 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046600 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173042702 | ZANTAC 150 MG EFFERDOSE TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044200 | ZOFRAN 2 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044600 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044602 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044604 | ZOFRAN 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044700 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044702 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044704 | ZOFRAN 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044901 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173044902 | IMITREX 6 MG/0.6 ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045003 | IMITREX 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045301 | FLONASE 0.05% NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173045900 | IMITREX 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046002 | IMITREX 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046100 | ZOFRAN 32 MG/50 ML BAG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046400 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046500 | SEREVENT 21 MCG INHLR REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046700 | SEREVENT 21 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173046800 | BECONASE 42 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047001 | EPIVIR 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047100 | EPIVIR 10 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047800 | IMITREX 6 MG/0.5 ML KIT REFILL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173047900 | IMITREX 6 MG/0.5 ML SYRING KIT |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173048900 | ZOFRAN 4 MG/5 ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049100 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049400 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049560 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049700 | FLOVENT 44 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049800 | FLOVENT 110 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173049900 | FLOVENT 220 MCG INHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173054100 | RETROVIR 300 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| Firm | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050100 | FLOVENT 250 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173050900 | FLOVENT 100 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051900 | FLOVENT 50 MCG ROTADISK |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051700 | FLOLAN 0.5 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173051800 | DILUENT FOR FLOLAN VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052000 | SEREVENT DISKUS 50 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052100 | SEREVENT DISKUS 60 MCG |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052300 | IMITREX 20 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052400 | IMITREX 5 MG NASAL SPRAY |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052800 | LAMICTAL 5 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173052700 | LAMICTAL 25 MG DISPER TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173054700 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055400 | CEFTIN 250 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055500 | CEFTIN 125 MG/5 ML ORAL SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055601 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173055602 | ZYBAN 150 MG TABLET SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056100 | AMERGE 1 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056200 | AMERGE 2.5 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056602 | VALTREX 1 GM CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173056900 | ZOFRAN ODT 4 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173057000 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00175057004 | ZOFRAN ODT 8 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059500 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173059502 | COMBIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063502 | LAMICTAL 25 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173063535 | LEUKERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064255 | LAMICTAL 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064360 | LAMICTAL 150 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173064460 | LAMICTAL 200 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173065601 | NAVELBINE 10 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066644 | NAVELBINE 50 MG/ML VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066100 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173066101 | ZIAGEN 300 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068200 | EPIVIR HBV 100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068300 | EPIVIR HBV 25 MG/5 ML SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068400 | ZIAGEN 20 MG/ML SOLUTION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173085518 | MEPRON 750 MG/5 ML SUSPENSION |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173087200 | AGENERASE 150 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067501 | MALARONE 250-100 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067601 | MALARONE 62.5-25 MG PED TAB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173067900 | AGENERASE 50 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068000 | ZOFRAN 24 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068101 | RELENZA 5 MG DISKHALER |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173068700 | AGENERASE 15 MG/ML ORAL SOLN |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069100 | TRIZIVIR TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069500 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069502 | ADVAIR 100/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069600 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069602 | ADVAIR 250/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069700 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173069702 | ADVAIR 500/50 DISKUS |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173071325 | MYLERAN 2 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173088025 | THIOGUANINE TABLOID 40 MG TB |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093300 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173093356 | VALTREX 500 MG CAPLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094555 | ZOVIRAX 800 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094755 | WELLBUTRIN SR 100 MG TAB SA |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173094955 | ZOVIRAX 400 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095201 | ZOVIRAX 1,000 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173095306 | ZOVIRAX 200 MG/5 ML SUSP |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099155 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099166 | ZOVIRAX 200 MG CAPSULE |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 00173099601 | ZOVIRAX 500 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052207 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 57844052252 | PURINETHOL 50 MG TABLET |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 59572030101 | ALKERAN 50 MG VIAL |
| GLAXO WELLCOME DIVISION SMITHKLINE BEECHAM CORP | 59572000250 | ALKERAN 2 MG TABLET |
| HAWTHORN PHARMACEUTICALS | 63717051800 | DYTAN-D SUSPENSION |
| HOECHST ROUSSEL PHARMACEUTICALS DIV | 00039050005 | DIABETA 1.25MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012828 | NAPROSYN 125 MG/5 ML SUSPEN |
| HOFFMANN LA ROCHE INC | 00004030822 | VALCYTE 450 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004035801 | KLONOPIN 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004036801 | KLONOPIN 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004039801 | KLONOPIN 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012181 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012111 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012114 | BUMEX 1 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012509 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004012511 | BUMEX 0.5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004014301 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014323 | ROCALTROL 0.25 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004014401 | ROCALTROL 0.5 MCG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004016103 | FANSIDAR 500/25 TABLET |
| HOFFMANN LA ROCHE INC | 00004016201 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004016211 | BUMEX 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004015851 | VERSED 10 MG/5 ML SYRUP |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| HOFFMANN LA ROCHE INC | 00004017202 | LARIAM 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004018022 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018091 | CARDENE SR 30 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018122 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018191 | CARDENE SR 45 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004018222 | CARDENE SR 60 MG CAPSULE SA |
| HOFFMANN LA ROCHE INC | 00004016301 | CARDENE 20 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004018401 | CARDENE 30 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004022001 | HIVID 0.375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004022101 | HIVID 0.750 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004023809 | XYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004024009 | KYTRIL 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004024516 | INVIRASE 200 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004024549 | FORTOVASE 200 MG SOFTGEL CAP |
| HOFFMANN LA ROCHE INC | 00004025001 | VESANOID 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025682 | XENICAL 120 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025901 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025906 | CELLCEPT 260 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004025943 | CELLCEPT 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004026001 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026043 | CELLCEPT 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026129 | CELLCEPT 200 MG/ML ORAL SUSP |
| HOFFMANN LA ROCHE INC | 00004026201 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026249 | DEMADEX 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026301 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026349 | DEMADEX 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026401 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026449 | DEMADEX 20 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026501 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026549 | DEMADEX 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004026706 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026808 | DEMADEX 10 MG/ML AMPUL |
| HOFFMANN LA ROCHE INC | 00004026948 | CYTOVENE 250 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004027301 | TORADOL 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004027848 | CYTOVENE 500 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004027857 | SORIATANE 10 MG CAPSULE |
| HOFFMANN LA ROCHE INC | 00004028808 | CELLCEPT 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004050109 | ZENAPAX 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004080065 | TAMIFLU 75 MG GELCAP |
| HOFFMANN LA ROCHE INC | 00004081065 | TAMIFLU ORAL SUSPENSION |
| HOFFMANN LA ROCHE INC | 00004100328 | GANTRISIN PED 500 MG/5 ML SUS |
| HOFFMANN LA ROCHE INC | 00004110051 | XELODA 150 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004110116 | XELODA 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004194601 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004196201 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196202 | ROCEPHIN 250 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196301 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196302 | ROCEPHIN 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004196401 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196402 | ROCEPHIN 1 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196404 | ROCEPHIN 1 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196405 | ROCEPHIN ADD-VANTAGE 1 GM VL |
| HOFFMANN LA ROCHE INC | 00004196501 | ROCEPHIN 2 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004196502 | ROCEPHIN 2 GM PIGGYBACK |
| HOFFMANN LA ROCHE INC | 00004196505 | ROCEPHIN ADD-VANTAGE 2 GM VL |
| HOFFMANN LA ROCHE INC | 00004197101 | ROCEPHIN 10 GM VIAL |
| HOFFMANN LA ROCHE INC | 00004197301 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197401 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004197501 | VERSED 5 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004199806 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004199901 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004199906 | VERSED 1 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201108 | ROFERON-A 6MM UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201209 | ROFERON-A 36M/F UNITS/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004201507 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201509 | ROFERON-A 3MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201607 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201609 | ROFERON-A 6MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201707 | ROFERON-A 9MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004201709 | ROFERON-A 9MM UNITS/0.5ML KIT |
| HOFFMANN LA ROCHE INC | 00004452001 | TASMAR 100 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004452101 | TASMAR 200 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004452201 | ANAPROX 275 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004451014 | NAPROSYN 500 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004531114 | NAPROSYN 375 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004531301 | NAPROSYN 250 MG TABLET |
| HOFFMANN LA ROCHE INC | 00004541601 | EC-NAPROSYN 375 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004541801 | EC-NAPROSYN 500 MG TABLET EC |
| HOFFMANN LA ROCHE INC | 00004552506 | TORADOL IV/IM 15 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004552606 | TORADOL IV/IM 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004552709 | TORADOL 30 MG/ML VIAL |
| HOFFMANN LA ROCHE INC | 00004584003 | CYTOVENE 500 MG VIAL |
| HOFFMANN LA ROCHE INC | 00004611500 | ROCALTROL 1 MCG/ML ORAL SOLN |
| HOFFMANN LA ROCHE INC | 00140000491 | VALIUM 2 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000501 | VALIUM 5 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000514 | VALIUM 5 MG TABLET |

Privileged and Confidential Information

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| HOFFMANN LA ROCHE INC | 00140000601 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 00140000814 | VALIUM 10 MG TABLET |
| HOFFMANN LA ROCHE INC | 63030009125 | SORIATANE 25 MG CAPSULE |
| HOLLISTER STIER LABORATORIES LLC | 65041994005 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994006 | HONEY BEE VENOM PROTEIN VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994105 | WHITE-FACED HORNET VENOM VL |
| HOLLISTER STIER LABORATORIES LLC | 65041994106 | WHITE-FACED HORNET VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994205 | YELLOW-HORNET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994305 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994306 | WASP VENOM PROTEIN VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994405 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994406 | YELLOW JACKET VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994505 | MIXED VESPID VENOM VIAL |
| HOLLISTER STIER LABORATORIES LLC | 65041994506 | MIXED VESPID VENOM VIAL |
| HOSPIRA INC | 00469966785 | PRE-PEN 0.25 MG AMPUL |
| HOSPIRA INC | 50419016801 | MAGNEVIST VIAL |
| HOSPIRA INC | 50419018815 | MAGNEVIST VIAL |
| JOHNSON & JOHNSON GROUP | 00045006555 | LEVAQUIN I.V. 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045006601 | LEVAQUIN I.V. MINIBAG |
| JOHNSON & JOHNSON GROUP | 00045006701 | LEVAQUIN 250 MG/50 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006801 | LEVAQUIN 500 MG/100 ML D5W |
| JOHNSON & JOHNSON GROUP | 00045006951 | LEVAQUIN 25 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00045025301 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045023303 | HALDOL DECANOATE 50 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045023345 | HALDOL DECANOATE 50 VIAL |
| JOHNSON & JOHNSON GROUP | 00045025114 | HALDOL DECANOATE 100 AMPUL |
| JOHNSON & JOHNSON GROUP | 00045025446 | HALDOL DECANOATE 100 VIAL |
| JOHNSON & JOHNSON GROUP | 00045023301 | HALDOL 5 MG/ML AMPUL |
| JOHNSON & JOHNSON GROUP | 00045023549 | HALDOL 5 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 00043032550 | PARAFON FORTE DSC 500 MG CPT |
| JOHNSON & JOHNSON GROUP | 00045034160 | PANCREASE MT 4 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034260 | PANCREASE MT 10 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034360 | PANCREASE MT 16 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045034960 | PANCREASE MT 20 CAPSULE EC |
| JOHNSON & JOHNSON GROUP | 00045041160 | TOLECTIN DS 400 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045041660 | TOLECTIN 600 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045050816 | TYLENOL W/CODEINE ELIXIR |
| JOHNSON & JOHNSON GROUP | 00045051360 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051370 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051372 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051373 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051380 | TYLENOL W/CODEINE #3 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051566 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045051570 | TYLENOL W/CODEINE #4 TABLET |
| JOHNSON & JOHNSON GROUP | 00045052650 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045052879 | TYLOX 5/500 CAPSULE |
| JOHNSON & JOHNSON GROUP | 00045062905 | TOPAMAX 25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064105 | TOPAMAX 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064265 | TOPAMAX 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045064555 | TOPAMAX 25 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045064785 | TOPAMAX 15 MG SPRINKLE CAP |
| JOHNSON & JOHNSON GROUP | 00045065010 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065060 | ULTRACET TABLET |
| JOHNSON & JOHNSON GROUP | 00045065910 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065960 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045065970 | ULTRAM 50 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068233 | VASCOR 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045068333 | VASCOR 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045069015 | REGRANEX 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00045152010 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152050 | LEVAQUIN 250 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152510 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045152550 | LEVAQUIN 500 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153010 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00045153050 | LEVAQUIN 750 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062007007 | RETIN-A 0.05% LIQUID |
| JOHNSON & JOHNSON GROUP | 00062016501 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062016502 | RETIN-A 0.025% CREAM |
| JOHNSON & JOHNSON GROUP | 00062007312 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062007513 | RETIN-A 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018503 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018505 | RENOVA 0.05% CREAM |
| JOHNSON & JOHNSON GROUP | 00062018702 | RENOVA 0.02% CREAM |
| JOHNSON & JOHNSON GROUP | 00062019002 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062019003 | RETIN-A MICRO 0.1% GEL |
| JOHNSON & JOHNSON GROUP | 00062020604 | GRIFULVIN V 125 MG/5 ML SUSP |
| JOHNSON & JOHNSON GROUP | 00062027601 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027523 | RETIN-A 0.1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062027542 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062027545 | RETIN-A 0.025% GEL |
| JOHNSON & JOHNSON GROUP | 00062027544 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062027546 | RETIN-A 0.01% GEL |
| JOHNSON & JOHNSON GROUP | 00062135001 | ERYCETTE 2% PLEDGETS |
| JOHNSON & JOHNSON GROUP | 00062133215 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062133220 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062154002 | FLOXIN 200 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| JOHNSON & JOHNSON GROUP | 00062154102 | FLOXIN 300 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062154201 | FLOXIN 400 MG TABLET |
| JOHNSON & JOHNSON GROUP | 00062171415 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062176115 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062177115 | ORTHO-NOVUM 10/11-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178115 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178120 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178122 | ORTHO-NOVUM 7/7/7-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062178815 | ORTHO-CEPT 28 DAY TABLET |
| JOHNSON & JOHNSON GROUP | 00062190115 | ORTHO-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062190315 | ORTHO TRI-CYCLEN 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00062535001 | TERAZOL 7 CREAM |
| JOHNSON & JOHNSON GROUP | 00062535101 | TERAZOL 3 80 MG SUPPOSITORY |
| JOHNSON & JOHNSON GROUP | 00062535601 | TERAZOL 3 CREAM |
| JOHNSON & JOHNSON GROUP | 00062543401 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543402 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543483 | MONISTAT-DERM 2% CREAM |
| JOHNSON & JOHNSON GROUP | 00062543701 | MONISTAT 3 200 MG VAG SUPP |
| JOHNSON & JOHNSON GROUP | 00062548001 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062548002 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00062548003 | SPECTAZOLE 1% CREAM |
| JOHNSON & JOHNSON GROUP | 00101133207 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101133227 | ORTHO-NOVUM 1/50-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101171427 | MODICON 28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101176104 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101176187 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 00101176127 | ORTHO-NOVUM 1/35-28 TABLET |
| JOHNSON & JOHNSON GROUP | 17314203003 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314480803 | TESTODERM 4 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314480903 | TESTODERM 6 MG/24HR PATCH |
| JOHNSON & JOHNSON GROUP | 17314920001 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920002 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920003 | DITROPAN 5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314920104 | DITROPAN 5 MG/5 ML SYRUP |
| JOHNSON & JOHNSON GROUP | 17314922001 | URISPAS 100 MG TABLET |
| JOHNSON & JOHNSON GROUP | 17314930001 | ELMIRON 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 17314932001 | POLYCITRA-K CRYSTALS PACKET |
| JOHNSON & JOHNSON GROUP | 17314932101 | POLYCITRA-K SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314932201 | POLYCITRA SYRUP |
| JOHNSON & JOHNSON GROUP | 17314932301 | POLYCITRA-LC SOLUTION S/F |
| JOHNSON & JOHNSON GROUP | 17314933001 | BICITRA SOLUTION |
| JOHNSON & JOHNSON GROUP | 17314940001 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940002 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 17314940003 | MYCELEX 10 MG TROCHE |
| JOHNSON & JOHNSON GROUP | 50458003306 | DURAGESIC 25 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003406 | DURAGESIC 50 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003505 | DURAGESIC 75 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458003605 | DURAGESIC 100 MCG/HR PATCH |
| JOHNSON & JOHNSON GROUP | 50458022010 | NIZORAL 200 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458022115 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022130 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022160 | NIZORAL 2% CREAM |
| JOHNSON & JOHNSON GROUP | 50458022304 | NIZORAL 2% SHAMPOO |
| JOHNSON & JOHNSON GROUP | 50458027036 | ERGAMISOL 50MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458029001 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029004 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029028 | SPORANOX 100 MG CAPSULE |
| JOHNSON & JOHNSON GROUP | 50458029516 | SPORANOX 10 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458029601 | SPORANOX 250 MG KIT |
| JOHNSON & JOHNSON GROUP | 50458030001 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030006 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030050 | RISPERDAL 1 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030104 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030105 | RISPERDAL 0.25 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030208 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030260 | RISPERDAL 0.5 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458030503 | RISPERDAL 1 MG/ML SOLUTION |
| JOHNSON & JOHNSON GROUP | 50458032001 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032006 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458032050 | RISPERDAL 2 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033001 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033006 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458033050 | RISPERDAL 3 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035001 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458035006 | RISPERDAL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458050080 | REMINYL 4 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458050160 | REMINYL 8 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458050260 | REMINYL 12 MG TABLET |
| JOHNSON & JOHNSON GROUP | 50458050910 | REMINYL 4 MG/ML ORAL SOL |
| JOHNSON & JOHNSON GROUP | 59676010105 | ORTHOCLONE OKT-3 5 MG/5 ML |
| JOHNSON & JOHNSON GROUP | 59676029101 | LEUSTATIN 1 MG/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676032001 | PROCRIT 20,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 59676034001 | PROCRIT 40,000 UNITS/ML VIAL |
| JOHNSON & JOHNSON GROUP | 62856024330 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024341 | ACIPHEX 20 MG TABLET EC |
| JOHNSON & JOHNSON GROUP | 62856024390 | ACIPHEX 20 MG TABLET EC |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| KOS PHARMACEUTICALS INC | 60598000010I | NIASPAN 500 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000020I | NIASPAN 750 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000030I | NIASPAN 1,000 MG TABLET SA |
| KOS PHARMACEUTICALS INC | 60598000060I | ADVICOR 500 MG/20 MG TABLET |
| KOS PHARMACEUTICALS INC | 60598000080I | ADVICOR 1,000 MG/20 MG TABLET |
| MCR AMERICAN PHARMACEUTICALS INC | 58605054301 | ALLFEN 1,000 MG TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605051401 | MAXIFED-G TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052001 | MAXIFED 700/60 TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605052101 | ALLFEN-DM TABLET SA |
| MCR AMERICAN PHARMACEUTICALS INC | 58605062601 | MAXIFED DM TABLET SA |
| MEDICIS DERMATOLOGICS INC | 99207001060 | A/T/S 2% TOPICAL SOLUTION |
| MERCK AND CO INC | 00006001528 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001531 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001558 | PRINIVIL 2.5 MG TABLET |
| MERCK AND CO INC | 00006001928 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001958 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001972 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001982 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001986 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001987 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006001984 | PRINIVIL 5 MG TABLET |
| MERCK AND CO INC | 00006010628 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010631 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010658 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010672 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010682 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010657 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006010694 | PRINIVIL 10 MG TABLET |
| MERCK AND CO INC | 00006014031 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014058 | PRINZIDE 20/12.5 TABLET |
| MERCK AND CO INC | 00006014231 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014258 | PRINZIDE 20/25 TABLET |
| MERCK AND CO INC | 00006014631 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006014658 | PRINZIDE 10/12.5 TABLET |
| MERCK AND CO INC | 00006020728 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020731 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020758 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020772 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020782 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020787 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006020794 | PRINIVIL 20 MG TABLET |
| MERCK AND CO INC | 00006073758 | PRINIVIL 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005110 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005111 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005180 | DIABETA 2.5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005210 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005211 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005250 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005270 | DIABETA 5 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039005305 | DIABETA 1.25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006011 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006013 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006050 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006070 | LASIX 40 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006605 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006660 | LASIX 80 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006710 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006760 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039006770 | LASIX 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039007810 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039007811 | TRENTAL 400 MG TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00039022110 | AMARYL 1 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022210 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022211 | AMARYL 2 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022310 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00039022311 | AMARYL 4 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068000701 | NORPRAMIN 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001101 | NORPRAMIN 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001501 | NORPRAMIN 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068001601 | NORPRAMIN 75 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002001 | NORPRAMIN 100 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068002150 | NORPRAMIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068003701 | CANTIL 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068022630 | CLOMID 50 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068027761 | HIPREX 1 GM TABLET |
| MERRELL PHARMACEUTICALS INC | 00068050830 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050860 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050861 | RIFADIN 300 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068050900 | RIFAMATE CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068051030 | RIFADIN 150 MG CAPSULE |
| MERRELL PHARMACEUTICALS INC | 00068059701 | RIFADIN IV 600 MG VIAL |
| MERRELL PHARMACEUTICALS INC | 00068059761 | TENUATE 25 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00068059901 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00068059902 | TENUATE DOSPAN 75 MG TAB SA |
| MERRELL PHARMACEUTICALS INC | 00073006037 | AZMACORT INHALER |
| MERRELL PHARMACEUTICALS INC | 00075100543 | NASACORT NASAL INHALER |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| MERRELL PHARMACEUTICALS INC | 00005155061S | NASACORT AQ NASAL SPRAY |
| MERRELL PHARMACEUTICALS INC | 00006005641 | RIFATER TABLET |
| MERRELL PHARMACEUTICALS INC | 00088100447 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088103049 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088103050 | ALLEGRA-D TABLET SA |
| MERRELL PHARMACEUTICALS INC | 00088110647 | ALLEGRA 30 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110747 | ALLEGRA 60 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088110847 | ALLEGRA 180 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088111114 | NILANDRON 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088120832 | ANZEMET 20 MG/ML VIAL |
| MERRELL PHARMACEUTICALS INC | 00088210003 | PRIFTIN 150 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088216638 | ARAVA 10 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088216130 | ARAVA 20 MG TABLET |
| MERRELL PHARMACEUTICALS INC | 00088067302 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 00088067303 | INTAL NEBULIZER SOLUTION |
| MERRELL PHARMACEUTICALS INC | 60700031114 | INTAL INHALER |
| MONARCH PHARMACEUTICALS INC | 61570012563 | PREFEST TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022005001 | LOPRESSOR HCT 50/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022005101 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022005110 | LOPRESSOR 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022005301 | LOPRESSOR HCT 100/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022005501 | VOLTAREN 25MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00022007101 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022007110 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022007181 | LOPRESSOR 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022007301 | LOPRESSOR HCT 100/50 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022010501 | LAMPRENE 50 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00022013101 | CATAFLAM 50 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00022016201 | VOLTAREN 50MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00022016401 | VOLTAREN 75MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00022020301 | VOLTAREN-XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00022025301 | VOLTAREN 25 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00022026201 | VOLTAREN 50 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00022026401 | VOLTAREN 75 MG TABLET EC |
| NOVARTIS PHARMACEUTICALS CORP | 00024028133 | LOPRESSOR 1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078001705 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078001715 | PARLODEL 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078003302 | CAFERGOT SUPPOSITORY |
| NOVARTIS PHARMACEUTICALS CORP | 00078005303 | METHERGINE 0.2 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078005405 | METHERGINE 0.2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078005806 | SANSERT 2 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078010203 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010215 | PARLODEL 5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010303 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010308 | FIORINAL CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078010705 | FIORINAL/CODEINE #3 CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078012605 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012606 | CLOZARIL 25 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012705 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078012706 | CLOZARIL 100 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017915 | LESCOL 20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078017905 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078017915 | LAMISIL 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078018003 | SANDOSTATIN 0.05 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018103 | SANDOSTATIN 0.1 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018203 | SANDOSTATIN 0.5 MG/ML AMPUL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018325 | SANDOSTATIN 0.2 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078018425 | SANDOSTATIN 1 MG/ML VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078023405 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078023415 | LESCOL 40 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078024915 | FEMARA 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078031100 | MIACALCIN 200 UNITS NASAL SPRA |
| NOVARTIS PHARMACEUTICALS CORP | 00078032306 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032344 | EXELON 1.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032406 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032444 | EXELON 3 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032506 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032544 | EXELON 4.5 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032606 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032644 | EXELON 6 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00078032785 | COMTAN 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078032882 | LAMISIL 1% SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078033184 | SIMULECT 20 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00078033606 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033608 | TRILEPTAL 150 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033705 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033708 | TRILEPTAL 300 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033805 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033808 | TRILEPTAL 600 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00078033831 | EXELON 2 MG/ML ORAL SOLUTION |
| NOVARTIS PHARMACEUTICALS CORP | 00078034342 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034345 | VIVELLE-DOT 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034442 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034445 | VIVELLE-DOT 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00078034542 | VIVELLE-DOT 0.075 MG PATCH |

# In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORP | 00070034545 | VIVELLE-DOT 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070034642 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070034945 | VIVELLE-DOT 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070034761 | DESFERAL 2 GRAM VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00070035094 | ZOMETA 4 MG VIAL |
| NOVARTIS PHARMACEUTICALS CORP | 00070035105 | STARLIX 60 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00070035205 | STARLIX 120 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00070035405 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00070035415 | LESCOL XL 80 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00070035732 | TRILEPTAL 300 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00070037355 | GLEEVEC 100 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00070037540 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00070037548 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00070037583 | ELIDEL 1% CREAM |
| NOVARTIS PHARMACEUTICALS CORP | 00070037742 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070037745 | COMBIPATCH 0.05/0.14 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070037842 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070037845 | COMBIPATCH 0.05/0.25 MG PTCH |
| NOVARTIS PHARMACEUTICALS CORP | 00070038005 | FOCALIN 2.5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00070038105 | FOCALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00070038205 | FOCALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000330 | RITALIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083000730 | RITALIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083001830 | RITALIN-SR 20 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083001976 | TEGRETOL 100 MG/5 ML SUSP |
| NOVARTIS PHARMACEUTICALS CORP | 00083002430 | CYTADREN 250 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002730 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002732 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083002740 | TEGRETOL 200 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083003430 | RITALIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005230 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005232 | TEGRETOL 100 MG TABLET CHEW |
| NOVARTIS PHARMACEUTICALS CORP | 00083005730 | LOTENSIN 5/6.25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005930 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005932 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083005990 | LOTENSIN 5 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006030 | TEGRETOL XR 400 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006130 | TEGRETOL XR 100 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006230 | TEGRETOL XR 200 MG TABLET SA |
| NOVARTIS PHARMACEUTICALS CORP | 00083006330 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006332 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083006390 | LOTENSIN 10 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007230 | LOTENSIN HCT 10/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007430 | LOTENSIN HCT 20/12.5 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007530 | LOTENSIN HCT 20/25 TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007930 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007932 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083007990 | LOTENSIN 20 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009430 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009432 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083009490 | LOTENSIN 40 MG TABLET |
| NOVARTIS PHARMACEUTICALS CORP | 00083225530 | LOTREL 2.5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226030 | LOTREL 5/10 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083226530 | LOTREL 5/20 MG CAPSULE |
| NOVARTIS PHARMACEUTICALS CORP | 00083231008 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083231062 | ESTRADERM 0.05 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083233008 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083233062 | ESTRADERM 0.1 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232508 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232562 | VIVELLE 0.0375 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232708 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083232762 | VIVELLE 0.075 MG PATCH |
| NOVARTIS PHARMACEUTICALS CORP | 00083388104 | DESFERAL 500 MG VL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008181 | PRANDIN 0.5 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008281 | PRANDIN 1 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169008481 | PRANDIN 2 MG TABLET |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169750111 | NOVOLOG 100 UNITS/ML VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169776511 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777011 | NORDITROPIN 15 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777411 | NORDITROPIN 4 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 00169777812 | NORDITROPIN 8 MG VIAL |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849711106 | NORDITROPIN 5 MG/1.5 ML CRTG |
| NOVO NORDISK PHARMACEUTICAL INDUSTRIES INC | 32849750081 | NOVOLOG 100 UNITS/ML VIAL |
| ODYSSEY PHARMACEUTICALS INC | 65473069701 | URECHOLINE 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070001 | URECHOLINE 50 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070101 | VIVACTIL 5 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070201 | VIVACTIL 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070301 | URECHOLINE 10 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473070401 | URECHOLINE 25 MG TABLET |
| ODYSSEY PHARMACEUTICALS INC | 65473071801 | SURMONTIL 25 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473071901 | SURMONTIL 50 MG CAPSULE |
| ODYSSEY PHARMACEUTICALS INC | 65473072001 | SURMONTIL 100 MG CAPSULE |
| ORGANON USA INC | 00052010530 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010590 | REMERON 15 MG TABLET |
| ORGANON USA INC | 00052010790 | REMERON 30 MG TABLET |
| ORGANON USA INC | 00052010790 | REMERON 30 MG TABLET |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| ORGANON USA INC | 00052010930 | REMERON 45 MG TABLET |
| ORGANON USA INC | 00052026106 | DESOGEN 28 DAY TABLET |
| ORGANON USA INC | 00052028106 | MIRCETTE 28 DAY TABLET |
| ORGANON USA INC | 00042044115 | NORCURON 10 MG VIAL |
| ORGANON USA INC | 00042045016 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00042045016 | ZEMURON 10 MG/ML VIAL |
| ORGANON USA INC | 00042075110 | CORTROSYN 0.25 MG VIAL |
| OVATION PHARMACEUTICALS INC | 00044725504 | WINSTROL 2 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386060102 | MEBARAL 32 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386060202 | MEBARAL 50 MG TABLET |
| OVATION PHARMACEUTICALS INC | 67386060302 | MEBARAL 100 MG TABLET |
| PAN AMERICAN LABORATORIES INC | 00525092216 | PANCOF HC LIQUID |
| PAN AMERICAN LABORATORIES INC | 00525975916 | PANCOF XP LIQUID |
| PEDIAMED TM PHARMACEUTICALS INC | 66343003158 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 66343003163 | VIRAVAN-S SUSPENSION |
| PEDIAMED TM PHARMACEUTICALS INC | 66343003223 | VIRAVAN-T TABLET CHEWABLE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008109 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025008124 | DEMULEN 1/50-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025016108 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025010124 | DEMULEN 1/35-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100131 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100151 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025100155 | ALDACTONE 25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101131 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025101155 | ALDACTAZIDE 25/25 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025102131 | ALDACTAZIDE 50/50 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103131 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025103134 | ALDACTONE 100 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104131 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025104134 | ALDACTONE 50 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138131 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138134 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025138161 | DAYPRO 600 MG CAPLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141134 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141180 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025141190 | ARTHROTEC 50 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142134 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025142180 | ARTHROTEC 75 TABLET EC |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145120 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145134 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145160 | CYTOTEC 100 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145131 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145134 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025145180 | CYTOTEC 200 MCG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182131 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182150 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025182151 | FLAGYL 500 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183131 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183150 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025183155 | FLAGYL 250 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00025184234 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025184250 | FLAGYL 375 CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025196130 | FLAGYL ER 750 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201131 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025201134 | COVERA-HS 180 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202131 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025202134 | COVERA-HS 240 MG TABLET SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025272231 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025272234 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273251 | NORPACE CR 100 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274231 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274234 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025274251 | NORPACE CR 150 MG CAPSULE SA |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273231 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025273252 | NORPACE 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00025278231 | NORPACE 150 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000724 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071000740 | DILANTIN 50 MG INFATAB |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015523 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015534 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015540 | LIPITOR 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015623 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015640 | LIPITOR 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071015723 | LIPITOR 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071155823 | LIPITOR 80 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022006 | ACCURETIC 20-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022206 | ACCURETIC 10-12.5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071022306 | ACCURETIC 20-25 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071023724 | ZARONTIN 250 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071027024 | NARDIL 15 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036224 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036232 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036240 | DILANTIN 100 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071036524 | DILANTIN 30 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071041624 | NEURONTIN 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071042824 | NEURONTIN 800 MG TABLET |

Privileged and Confidential Information
Page 16

**In Re First DataBank Drug Pricing Litigation**
**Appendix A Drugs by NDC**

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| PFIZER LABORATORIES DIV PFIZER INC | 00071052624 | CELONTIN 300 MG KAPSEAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052723 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071052740 | ACCUPRIL 5 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053023 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053040 | ACCUPRIL 10 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053223 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053240 | ACCUPRIL 20 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053823 | ACCUPRIL 40 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071053724 | CELONTIN KAPSEAL 150 MG |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073220 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071073730 | LOPID 600 MG TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080324 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080340 | NEURONTIN 100 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080524 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080540 | NEURONTIN 300 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080624 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071080640 | NEURONTIN 400 MG CAPSULE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091345 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091348 | LOESTRIN FE 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091548 | LOESTRIN 21 1/20 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091648 | LOESTRIN 21 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091745 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071091748 | LOESTRIN FE 1.5/30 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092815 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071092847 | ESTROSTEP FE-28 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00071221420 | DILANTIN 125 MG/5 ML SUSP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071241823 | ZARONTIN 250 MG/5 ML SYRUP |
| PFIZER LABORATORIES DIV PFIZER INC | 00071408705 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071408810 | CEREBYX 50 MG PE/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425903 | BENADRYL 50 MG/ML AMPUL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425913 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00071425945 | BENADRYL 50 MG/ML SYRINGE |
| PFIZER LABORATORIES DIV PFIZER INC | 00071440210 | BENADRYL 50 MG/ML VIAL |
| PFIZER LABORATORIES DIV PFIZER INC | 00436054414 | FEMHRT 1/5 TABLET |
| PFIZER LABORATORIES DIV PFIZER INC | 00436054423 | FEMHRT 1/5 TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000705 | MACRODANTIN 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000805 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000866 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000967 | MACRODANTIN 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000905 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149000967 | MACRODANTIN 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003308 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003066 | DANTRIUM 25 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003105 | DANTRIUM 50 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149003305 | DANTRIUM 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040850 | DIDRONEL 200 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149040680 | DIDRONEL 400 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047001 | ACTONEL 30 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047101 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149047103 | ACTONEL 5 MG TABLET |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149071001 | MACROBID 100 MG CAPSULE |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149073402 | DANTRIUM 20 MG VIAL |
| PROCTER AND GAMBLE PHARMACEUTICALS INC SUB PROCTER AND GAMBLE CO | 00149075202 | ASACOL 400 MG TABLET EC |
| PROMETHEUS LABORATORIES INC | 60978058971 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483039110 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039111 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039150 | TRANDATE 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039210 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039222 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039260 | TRANDATE 200 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039310 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039333 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483039360 | TRANDATE 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483049514 | HELIDAC THERAPY |
| PROMETHEUS LABORATORIES INC | 65483058101 | IMURAN 100 MG VIAL |
| PROMETHEUS LABORATORIES INC | 65483059010 | IMURAN 50 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099110 | ZYLOPRIM 100 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099310 | ZYLOPRIM 300 MG TABLET |
| PROMETHEUS LABORATORIES INC | 65483099350 | ZYLOPRIM 300 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050000 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050080 | TRILISATE 500 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050550 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034050560 | TRILISATE 750 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034051080 | TRILISATE 1,000 MG TABLET |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034048008 | CERUMENEX 10% EAR DROPS |
| PURDUE PHARMACEUTICAL PRODUCTS LP | 00034049012 | CERUMENEX 10% EAR DROPS |
| RECKITT BENCKISER HEALTHCARE UK LIMITED | 12496075001 | BUPRENEX 0.3 MG/ML AMPUL |
| RELIANT PHARMACEUTICALS INC | 65726022616 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022625 | DYNACIRC 2.5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022716 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726022725 | DYNACIRC 5 MG CAPSULE |
| RELIANT PHARMACEUTICALS INC | 65726023510 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023626 | DYNACIRC CR 5 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023610 | DYNACIRC CR 10 MG TABLET SA |
| RELIANT PHARMACEUTICALS INC | 65726023625 | DYNACIRC CR 10 MG TABLET SA |
| ROXANE LABORATORIES INC | 00054474825 | TORECAN 10 MG TABLET |

In Re First DataBank Drug Pricing Litigation
Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SANOFI SYNTHELABO INC | 00024008401 | ARALEN PHOSPHATE 500 MG TAB |
| SANOFI SYNTHELABO INC | 00024028016 | BRONCHOLATE SYRUP |
| SANOFI SYNTHELABO INC | 00024030308 | DANOCRINE 50 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030406 | DANOCRINE 100 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030506 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024030550 | DANOCRINE 200 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024033206 | DEMEROL 50 MG/5 ML SYRUP |
| SANOFI SYNTHELABO INC | 00024033504 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033506 | DEMEROL 50 MG TABLET |
| SANOFI SYNTHELABO INC | 00024033704 | DEMEROL 100 MG TABLET |
| SANOFI SYNTHELABO INC | 00024036202 | DRISDOL 50,000 UNITS CAPSULE |
| SANOFI SYNTHELABO INC | 00024079202 | HYTAKEROL D.125 MG CAPSULE |
| SANOFI SYNTHELABO INC | 00024079375 | ELIGARD 7.5 MG SYRINGE |
| SANOFI SYNTHELABO INC | 00024128704 | MYTELASE 10 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024132203 | NEGGRAM 500 MG CAPLET |
| SANOFI SYNTHELABO INC | 00024135801 | NEO-SYNEPHRINE 2.5% EYE DRP |
| SANOFI SYNTHELABO INC | 00024135901 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024136201 | NEO-SYNEPHRINE 10% EYE DROP |
| SANOFI SYNTHELABO INC | 00024150008 | PEDIACOF LIQUID |
| SANOFI SYNTHELABO INC | 00024153502 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153506 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024153508 | PHISOHEX 3% CLEANSER |
| SANOFI SYNTHELABO INC | 00024169210 | PLAQUENIL 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024169601 | PRIMAQUINE 26.3 MG TABLET |
| SANOFI SYNTHELABO INC | 00024180016 | SKELID 200 MG TABLET |
| SANOFI SYNTHELABO INC | 00024183704 | TALACEN CAPLET |
| SANOFI SYNTHELABO INC | 00024195104 | TALWIN NX TABLET |
| SANOFI SYNTHELABO INC | 00024540131 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024540134 | AMBIEN 5 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542131 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024542134 | AMBIEN 10 MG TABLET |
| SANOFI SYNTHELABO INC | 00024072412 | HYALGAN 10 MG/ML VIAL |
| SANOFI SYNTHELABO INC | 00024072420 | HYALGAN 10 MG/ML SYRINGE |
| SCHERING CORP | 00085006804 | GARAMYCIN 40 MG/ML VIAL |
| SCHERING CORP | 00085037001 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085037002 | ELOCON 0.1% OINTMENT |
| SCHERING CORP | 00085045803 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045804 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045805 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085045806 | CLARITIN 10 MG TABLET |
| SCHERING CORP | 00085051701 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085051704 | DIPROLENE AF 0.05% CREAM |
| SCHERING CORP | 00085052503 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052505 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085052506 | EULEXIN 125 MG CAPSULE |
| SCHERING CORP | 00085053601 | INTRON A 50 MILLION UNITS VIAL |
| SCHERING CORP | 00085056605 | CELESTONE SOLUSPAN 6 MG/ML |
| SCHERING CORP | 00085056701 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085056702 | ELOCON 0.1% CREAM |
| SCHERING CORP | 00085057102 | INTRON A 10 MILLION UNITS VIAL |
| SCHERING CORP | 00085057502 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085057505 | DIPROLENE 0.05% OINTMENT |
| SCHERING CORP | 00085061407 | PROVENTIL 90 MCG INHALER |
| SCHERING CORP | 00085063401 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063403 | DIPROLENE 0.05% GEL |
| SCHERING CORP | 00085063501 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063504 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085063506 | CLARITIN-D 12 HOUR TAB SA |
| SCHERING CORP | 00085073604 | VANCERIL INHALER |
| SCHERING CORP | 00085080901 | LOTRISONE LOTION |
| SCHERING CORP | 00085085401 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085085402 | ELOCON 0.1% LOTION |
| SCHERING CORP | 00085092401 | LOTRISONE CREAM |
| SCHERING CORP | 00085092402 | LOTRISONE CREAM |
| SCHERING CORP | 00085094205 | CELESTONE 0.6 MG/5 ML SYRUP |
| SCHERING CORP | 00085096201 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085096202 | DIPROLENE 0.05% LOTION |
| SCHERING CORP | 00085111001 | INTRON A 18 MILLION UNITS VIAL |
| SCHERING CORP | 00085112802 | CLARITIN 10 MG REDITABS |
| SCHERING CORP | 00085113201 | PROVENTIL HFA 90 MCG INHALER |
| SCHERING CORP | 00085113301 | INTRON A 10MM UNITS/ML VIAL |
| SCHERING CORP | 00085116801 | INTRON A 6MM UNITS/ML VIAL |
| SCHERING CORP | 00085117902 | INTRON A 10MM UNIT/.5ML KIT |
| SCHERING CORP | 00085119403 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085119701 | NASONEX 50 MCG NASAL SPRAY |
| SCHERING CORP | 00085122301 | CLARITIN 10 MG/5 ML SYRUP |
| SCHERING CORP | 00085123201 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123302 | CLARITIN-D 24 HOUR TAB SA |
| SCHERING CORP | 00085123501 | INTRON A 8MM UNITS INJECT PEN |
| SCHERING CORP | 00085124201 | INTRON A 3MM UNITS INJECT PEN |
| SCHERING CORP | 00085124401 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124402 | TEMODAR 20 MG CAPSULE |
| SCHERING CORP | 00085124801 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085124802 | TEMODAR 5 MG CAPSULE |
| SCHERING CORP | 00085125201 | TEMODAR 250 MG CAPSULE |
| SCHERING CORP | 00085125202 | TEMODAR 250 MG CAPSULE |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|---|---|---|
| SCHERING CORP | 00085126401 | INTRON A 10MM UNITS INJ PEN |
| SCHERING CORP | 00085125001 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085125902 | TEMODAR 100 MG CAPSULE |
| SCHERING CORP | 00085126401 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126402 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126403 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085126404 | CLARINEX 5 MG TABLET |
| SCHERING CORP | 00085127901 | PEG-INTRON 150 MCG KIT |
| SCHERING CORP | 00085129101 | PEG-INTRON 80 MCG KIT |
| SCHERING CORP | 00085130491 | PEG-INTRON 120 MCG KIT |
| SCHERING CORP | 00085132104 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085133105 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085136801 | PEG-INTRON 50 MCG KIT |
| SCHERING CORP | 00085138507 | REBETOL 200 MG CAPSULE |
| SCHERING CORP | 00085140101 | FORADIL AEROLIZER 12 MCG CAP |
| SCHERING CORP | 00085140201 | FORADIL AEROLIZER 12 MCG CAP |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015104 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015105 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764015106 | ACTOS 15 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030114 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030115 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764030116 | ACTOS 30 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045124 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045125 | ACTOS 45 MG TABLET |
| TAKEDA PHARMACEUTICALS NORTH AMERICA INC | 64764045126 | ACTOS 45 MG TABLET |
| TAP PHARMACEUTICALS INC | 00300154111 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154119 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300154130 | PREVACID 15 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304611 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304613 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300304619 | PREVACID 30 MG CAPSULE DR |
| TAP PHARMACEUTICALS INC | 00300730930 | PREVACID 15 MG SUSPENSION DR |
| TAP PHARMACEUTICALS INC | 00300731130 | PREVACID 30 MG SUSPENSION DR |
| US PHARMACEUTICAL CORP | 52747014060 | CENOGEN ULTRA CAPSULE |
| US PHARMACEUTICAL CORP | 52747030630 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030670 | HEMOCYTE-F TABLET |
| US PHARMACEUTICAL CORP | 52747030630 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747030870 | HEMOCYTE PLUS TABULE |
| US PHARMACEUTICAL CORP | 52747080060 | HEMOCYTE PLUS CAPSULE |
| VOLUNTARY HOSPS AMERICA INC | 00310030061 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030064 | DIPRIVAN 10 MG/ML VIAL |
| VOLUNTARY HOSPS AMERICA INC | 00310030065 | DIPRIVAN 10 MG/ML VIAL |
| WARNER CHILCOTT INC | 00087076440 | DURICEF 500 MG CAPSULE |
| WARNER CHILCOTT INC | 00430002324 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002330 | ESTRACE 1 MG TABLET |
| WARNER CHILCOTT INC | 00430002424 | ESTRACE 2 MG TABLET |
| WARNER CHILCOTT INC | 00430016524 | MANDELAMINE 500 MG TABLET |
| WARNER CHILCOTT INC | 00430016124 | PYRIDIUM 200 MG TABLET |
| WARNER CHILCOTT INC | 00430018215 | PYRIDIUM PLUS TABLET |
| WARNER CHILCOTT INC | 00430022640 | NATAFORT TABLET |
| WARNER CHILCOTT INC | 00430022123 | NATACHEW TABLET CHEW |
| WARNER CHILCOTT INC | 00430058214 | OVCON-35 28 TABLET |
| WARNER CHILCOTT INC | 00430058514 | OVCON-50 28 TABLET |
| WARNER CHILCOTT INC | 00430086624 | ERYC 250 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083820 | DORYX 75 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430083919 | DORYX 100 MG CAPSULE EC |
| WARNER CHILCOTT INC | 00430278217 | DURICEF 250 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430278317 | DURICEF 500 MG/5 ML ORAL SUSP |
| WARNER CHILCOTT INC | 00430375431 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430375544 | ESTRACE 0.01% CREAM |
| WARNER CHILCOTT INC | 00430920140 | FEMRING 0.05 MG VAGINAL RING |
| WARNER CHILCOTT INC | 00430920240 | FEMRING 0.10 MG VAGINAL RING |
| WATSON LABORATORIES INC | 00075025000 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075023100 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 00075025200 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544028528 | NORINYL 1+50-28 TABLET |
| WATSON LABORATORIES INC | 52544027428 | TRI-NORINYL 28 TABLET |
| WATSON LABORATORIES INC | 52544048201 | DILACOR XR 120 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048301 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048305 | DILACOR XR 180 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048401 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544048405 | DILACOR XR 240 MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544053001 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544053005 | NORCO 10/325 TABLET |
| WATSON LABORATORIES INC | 52544062201 | MICROZIDE 12.5 MG CAPSULE |
| WATSON LABORATORIES INC | 52544073201 | DILACOR XR 120MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073301 | DILACOR XR 180MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544073401 | DILACOR XR 240MG CAPSULE SA |
| WATSON LABORATORIES INC | 52544063001 | ACTIGALL 300 MG CAPSULE |
| WATSON LABORATORIES INC | 55515001424 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515001480 | CORDRAN 4 MCG/SQ CM TAPE |
| WATSON LABORATORIES INC | 55515003515 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003530 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515003560 | CORDRAN SP 0.05% CREAM |
| WATSON LABORATORIES INC | 55515010101 | CONDYLOX 0.5% TOPICAL SOLN |
| WATSON LABORATORIES INC | 55515010201 | CONDYLOX 0.5% GEL |

## In Re First DataBank Drug Pricing Litigation
## Appendix A Drugs by NDC

| FIRM | NDC | DRUG NAME AND DESCRIPTION |
|------|-----|---------------------------|
| WATSON LABORATORIES INC | 55515026904 | MONODOX 100 MG CAPSULE |
| WATSON LABORATORIES INC | 55515026006 | MONODOX 50 MG CAPSULE |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072028006 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072026012 | DOVONEX 0.005% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072116006 | DOVONEX 0.005% SOLUTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140016 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072140050 | ULTRAVATE 0.05% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145015 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072145050 | ULTRAVATE 0.05% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072254006 | DOVONEX 0.003% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072254012 | DOVONEX 0.005% OINTMENT |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072570801 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571208 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571214 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072571401 | LAC-HYDRIN 12% LOTION |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072573028 | LAC-HYDRIN 12% CREAM |
| WESTWOOD SQUIBB PHARMACEUTICALS INC | 00072573038 | LAC-HYDRIN 12% CREAM |
| WOMEN FIRST HEALTHCARE INC | 64248000410 | BACTRIM 400-80 MG TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248011710 | BACTRIM DS TABLET |
| WOMEN FIRST HEALTHCARE INC | 64248015030 | VANIQA 13.9% CREAM |
| XCEL PHARMACEUTICALS | 66490024598 | MIGRANAL 4 MG/ML NASAL SPRAY |
| ZYBER PHARMACEUTICAL INC | 65224017516 | PEDIATEX LIQUID |
| ZYBER PHARMACEUTICAL INC | 65224045716 | PEDIATEX-D LIQUID |
| ZYBER PHARMACEUTICAL INC | 65224058001 | ALDEX TABLET |

Privileged and Confidential Information
Page 20

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

### SUBPOENA IN A CIVIL CASE

New England Carpenter
Health Benefits Fund, et
al. v. First Databank, Inc.
and McKesson Corp.

CASE NUMBER: No. 05-CV-11148-PBS
Pending in USDC District of Massachusetts
Judge Patti B. Saris

TO:    Bartell Drug Company
       4727 Denver Avenue South
       Seattle, WA 98134

☐      YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐      YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒      YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date and time specified below (list documents or objects): **See attached Exhibit A.**

| PLACE | DATE AND TIME |
|---|---|
| Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Ave., Suite 2900, Seattle, WA  98101 | February 26, 2007 |

☐      YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or
more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for
each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiffs | 2-12-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nick Styant-Browne, Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101,
(206) 623-7292

(See Rule 45. Federal Rules of Civil Procedure Parts C & D on Reverse)

A 88 (Rev. 11/91) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                          DATE

SIGNATURE OF SERVER


ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)(A) On a timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend a trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected materials and no exception or waiver applies, or
        (iv) subjects a person to undue burden.

    (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance and production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

152451-1

## EXHIBIT A

### I.    DEFINITIONS AND INSTRUCTIONS

1.    The following requests for documents refer to the period of January 1, 2000 through March 2005.

2.    "You" and "Your" shall refer to Bartell Drug Company and any of its subsidiaries, divisions, affiliates, officers, directors, employees or agents, including, but not limited to, attorneys and accountants.

3.    "All documents" means every document, as defined by Massachusetts Local Rule 26.5(c)(2) and Fed. R. Civ. P. 34(a), or writing in Your possession.

4.    "Communications," as defined by Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.    "Concerning," as defined by Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

6.    "Meeting" means any discussion between two or more persons either in person, telephonically or by video conference.

7.    "Person," as defined by Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

8.    "AWP" means average wholesale price.

9.    "WAC" means wholesale acquisition cost.

10.    "Markup" or "Spread" refer to the differential between AWP and WAC.


### II.    DOCUMENTS TO BE PRODUCED

1.    All communications between You and First DataBank or McKesson concerning AWP. *See, e.g.*, attached.

2.    All documents concerning any meetings between You and First DataBank or McKesson to discuss AWP and/or retail or the reimbursement cost of brand-name prescription drugs.

3.      All communications between You and McKesson concerning pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including communications concerning AWP/WAC markup or spread for prescription drugs.

4.      All documents concerning any meetings between You and McKesson to discuss pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including discussions concerning AWP/WAC markup or spread.

5.      All documents or communications concerning any contracts or negotiations with McKesson concerning any year-end deals or other rebates associated with Your purchases of prescription drugs from McKesson, including any suggestion that such deals or rebates should be reduced or eliminated in recognition of McKesson's role in causing or influencing the rise in AWPs.

6.      All documents relating to any marketing efforts by McKesson with respect to doing business with your organization and any benefits offered by McKesson in that regard.

7.      All documents reflecting revenues received by McKesson as a result of doing business with you.

| | |
|---|---|
| From: | James, Robert |
| Sent: | Friday, October 11, 2002 1:29 PM |
| To: | 'Dan Connolly' |
| Subject: | RE: See, we listen!! |

~~Jiminy, look, stuff is going on this week. My records want to 20% this week. A franchise, came 6 to 8 that went to 20% as well.~~

~~Ah, the status is just around the corner.~~

Take care.


Bob James
Director, Brand Pharmaceutical Product Management McKesson One Post Street, 8th Floor San Francisco, CA 94104 415-983-8755,  fax 415-732-2951 robert.james@mckesson.com


-----Original Message-----
From: Dan Connolly [mailto:danc@bartelldrugs.com]
Sent: Thursday, September 05, 2002 4:48 PM
To: James, Robert
Subject: RE: See, we listen!!


tHANKS....I GUESS I HAVE STIRRED THINGS UP WITH THE FORREST PEOPLE...ALL YOU
HAVE TO TELL THEM IS THAT WE AREN'T GOING TO STOCK LEXAPRO AND PUT IT ON
SPECIAL ORDER ONLY LIKE OXYCONTIN.

SCHERING REP CALLED AND WANTED TO KNOW WHAT I WAS GOING TO DO TO MOVE THE
CLARITIN BUSINESS TO CLARINEX...NOT A THING I REPLIED...THE AWP/TO COST IS
MUCH BETTER ON ZYRTEC, ALLEGRA AND CLARITIN...AND OTC CLARITIN REPRESENTED A
NEW PROFIT CENTER FOR OUR STORES....SHE IS GOING TO TALK TO HER BOSS ABOUT
GETTING THE CLARINEX AWP CHANGED...

NEXT COMPANY...00299- GALDERMA...short awp's too...

THANKS.

-----Original Message-----
From: James, Robert [mailto:Robert.James@McKesson.com]
Sent: September 05, 2002 3:10 PM
To: 'Dan Connolly'
Subject: See, we listen!!


Most of their stuff looks okay but I am running a new file and will follow
up and let you know.


PAY ATTENTION NOW:      follow up from our NACDS conversation.

Celexa and LEXApro will have an AWP markup of 25% or a spread of 20% as soon
as FDB information is updated. Look for change to happen next week.

Keep Smilin........and who said we never listen to our customers (and old
friends).

MCKAWP 0069901
CONFIDENTIAL

# United States District Court

## DISTRICT OF RHODE ISLAND

### SUBPOENA IN A CIVIL CASE

New England Carpenter
Health Benefits Fund, et
al. v. First Databank, Inc.
and McKesson Corp.

CASE NUMBER:  No. 05-CV-11148-PBS
Pending in USDC District of Massachusetts
Judge Patti B. Saris

TO:     CVS Corporation
        Corporate Headquarters
        One CVS Drive
        Woonsocket, RI 02895

<table>
<tr><td>☐</td><td colspan="2">YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.</td></tr>
<tr><td colspan="2">PLACE OF TESTIMONY</td><td>COURTROOM</td></tr>
<tr><td colspan="2"></td><td>DATE AND TIME</td></tr>
</table>

<table>
<tr><td>☐</td><td colspan="2">YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.</td></tr>
<tr><td colspan="2">PLACE OF DEPOSITION</td><td>DATE AND TIME</td></tr>
<tr><td colspan="2"></td><td></td></tr>
</table>

<table>
<tr><td>X</td><td colspan="2">YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):  <i>See</i> attached Exhibit A.</td></tr>
<tr><td colspan="2">PLACE<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Ave., Suite 2900, Seattle, WA  98101</td><td>DATE AND TIME<br>March 23, 2007</td></tr>
</table>

<table>
<tr><td>☐</td><td colspan="2">YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.</td></tr>
<tr><td colspan="2">PREMISES</td><td>DATE AND TIME</td></tr>
<tr><td colspan="2"></td><td></td></tr>
</table>

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

<table>
<tr><td>ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Plaintiffs</td><td>DATE<br><br>3-08-07</td></tr>
</table>

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nick Styant-Browne, Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101,
(206) 623-7292

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

153336-1

A 88 (Rev. 11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| _____ SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
    (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
    (3)(A) On a timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
        (I) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend a trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected materials and no exception or waiver applies, or
        (iv) subjects a person to undue burden.
    (B) If a subpoena
        (I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
    (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

A 88 (Rev. 11/91) Subpoena in a Civil Case

## EXHIBIT A

## I.    DEFINITIONS AND INSTRUCTIONS

1.      The following requests for documents refer to the period of January 1, 2000 through March 2005.

2.      "You" and "Your" shall refer to CVS Corporation and any of its subsidiaries, divisions and affiliates, including any entities acquired by CVS through its purchase of Albertsons' stand-alone Sav-on and Osco pharmacies, as well as its officers, directors, employees or agents, including, but not limited to, attorneys and accountants.

3.      "All documents" means every document, as defined by Massachusetts Local Rule 26.5(c)(2) and Fed. R. Civ. P. 34(a), or writing in Your possession.

4.      "Communications," as defined by Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.      "Concerning," as defined by Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

6.      "Meeting" means any discussion between two or more persons either in person, telephonically or by video conference.

7.      "Person," as defined by Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

8.      "AWP" means average wholesale price.

9.      "WAC" means wholesale acquisition cost.

10.     "Markup" or "Spread" refer to the differential between AWP and WAC.


## II.    DOCUMENTS TO BE PRODUCED

1.      All communications between You and First DataBank or McKesson concerning AWP.

152451-1

2.      All documents concerning any meetings between You and First DataBank or McKesson to discuss AWP and/or retail or the reimbursement cost of brand-name prescription drugs.

3.      All communications between You and McKesson concerning pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including communications concerning AWP/WAC markup or spread for prescription drugs.

4.      All documents concerning any meetings between You and McKesson to discuss pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including discussions concerning AWP/WAC markup or spread.

5.      All documents or communications concerning any contracts or negotiations with McKesson concerning any year-end deals or other rebates associated with Your purchases of prescription drugs from McKesson, including any suggestion that such deals or rebates should be reduced or eliminated in recognition of McKesson's role in causing or influencing the rise in AWPs.

6.      All documents relating to any marketing efforts by McKesson with respect to doing business with your organization and any benefits offered by McKesson in that regard.

7.      All documents reflecting revenues received by McKesson as a result of doing business with you.

# United States District Court

## EASTERN DISTRICT OF KENTUCKY

### SUBPOENA IN A CIVIL CASE

New England Carpenter
Health Benefits Fund, et
al. v. First Databank, Inc.
and McKesson Corp.

CASE NUMBER: No. 05-CV-11148-PBS
Pending in USDC District of Massachusetts
Judge Patti B. Saris

TO:    OMNICARE
1600 RiverCenter II, 100 E. RiverCenter Blvd.
Covington, KY  41011

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): *See* attached Exhibit A.

| PLACE | DATE AND TIME |
| --- | --- |
| Hagens Berman Sobol Shapiro LLP | February 26, 2007 |
| 1301 Fifth Ave., Suite 2900, Seattle, WA  98101 |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Attorney for Plaintiffs | 2-12-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nick Styant-Browne, Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, (206) 623-7292

(See Rule 45. Federal Rules of Civil Procedure Parts C & D on Reverse)

153337-1

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

                        DATE                                    SIGNATURE OF SERVER


                                                                ADDRESS OF SERVER


Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

    (1)  A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

    (2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)(A)  On a timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

        (I)  fails to allow reasonable time for compliance;

        (ii)  requires a person who is not a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend a trial be commanded to travel from any such place within the state in which the trial is held, or

        (iii)  requires disclosure of privileged or other protected materials and no exception or waiver applies, or

        (iv)  subjects a person to undue burden.

    (B)  If a subpoena

        (I)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or

        (ii)  requires disclosure of an unretained expert's opinion or information not describing specified events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

        (iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance and production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

    (2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

## EXHIBIT A

## I.    DEFINITIONS AND INSTRUCTIONS

1.    The following requests for documents refer to the period of January 1, 2000 through March 2005.

2.    "You" and "Your" shall refer to Omnicare and any of its subsidiaries, divisions, affiliates, officers, directors, employees or agents, including, but not limited to, attorneys and accountants.

3.    "All documents" means every document, as defined by Massachusetts Local Rule 26.5(c)(2) and Fed. R. Civ. P. 34(a), or writing in Your possession.

4.    "Communications," as defined by Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.    "Concerning," as defined by Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

6.    "Meeting" means any discussion between two or more persons either in person, telephonically or by video conference.

7.    "Person," as defined by Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

8.    "AWP" means average wholesale price.

9.    "WAC" means wholesale acquisition cost.

10.    "Markup" or "Spread" refer to the differential between AWP and WAC.

## II.    DOCUMENTS TO BE PRODUCED

1.    All communications between You and First DataBank or McKesson concerning AWP.

2.    All documents concerning any meetings between You and First DataBank or McKesson to discuss AWP and/or retail or the reimbursement cost of brand-name prescription drugs.

3.     All communications between You and McKesson concerning pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including communications concerning AWP/WAC markup or spread for prescription drugs.

4.     All documents concerning any meetings between You and McKesson to discuss pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including discussions concerning AWP/WAC markup or spread.

5.     All documents or communications concerning any contracts or negotiations with McKesson concerning any year-end deals or other rebates associated with Your purchases of prescription drugs from McKesson, including any suggestion that such deals or rebates should be reduced or eliminated in recognition of McKesson's role in causing or influencing the rise in AWPs.

6.     All documents relating to any marketing efforts by McKesson with respect to doing business with your organization and any benefits offered by McKesson in that regard.

7.     All documents reflecting revenues received by McKesson as a result of doing business with you.

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

### SUBPOENA IN A CIVIL CASE

New England Carpenter
Health Benefits Fund, et
al. v. First Databank, Inc.
and McKesson Corp.

CASE NUMBER:  No. 05-CV-11148-PBS
Pending in USDC District of Massachusetts
Judge Patti B. Saris

TO:    Safeway, Inc.
       5918 Stoneridge Mall Rd.
       Pleasanton, CA 94588-3229

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): *See* attached Exhibit A.

| PLACE<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Ave., Suite 2900, Seattle, WA 98101 | DATE AND TIME<br>February 26, 2007 |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Plaintiffs | DATE<br><br>2-12-07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nick Styant-Browne, Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, (206) 623-7292

(See Rule 45. Federal Rules of Civil Procedure Parts C & D on Reverse)

153336-1

---

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|

**SERVED**

_____

SERVED ON (PRINT NAME)                              MANNER OF SERVICE

_____SERVED BY (PRINT NAME)                  TITLE

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                             SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On a timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend a trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected materials and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance and production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

## EXHIBIT A

### I.   DEFINITIONS AND INSTRUCTIONS

1.     The following requests for documents refer to the period of January 1, 2000 through March 2005.

2.     "You" and "Your" shall refer to Safeway, Inc. and any of its subsidiaries, divisions, affiliates, officers, directors, employees or agents, including, but not limited to, attorneys and accountants.

3.     "All documents" means every document, as defined by Massachusetts Local Rule 26.5(c)(2) and Fed. R. Civ. P. 34(a), or writing in Your possession.

4.     "Communications," as defined by Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.     "Concerning," as defined by Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

6.     "Meeting" means any discussion between two or more persons either in person, telephonically or by video conference.

7.     "Person," as defined by Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

8.     "AWP" means average wholesale price.

9.     "WAC" means wholesale acquisition cost.

10.    "Markup" or "Spread" refer to the differential between AWP and WAC.

### II.   DOCUMENTS TO BE PRODUCED

1.     All communications between You and First DataBank or McKesson concerning AWP.

2.     All documents concerning any meetings between You and First DataBank or McKesson to discuss AWP and/or retail or the reimbursement cost of brand-name prescription drugs.

3.   All communications between You and McKesson concerning pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including communications concerning AWP/WAC markup or spread for prescription drugs.

4.   All documents concerning any meetings between You and McKesson to discuss pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including discussions concerning AWP/WAC markup or spread.

5.   All documents or communications concerning any contracts or negotiations with McKesson concerning any year-end deals or other rebates associated with Your purchases of prescription drugs from McKesson, including any suggestion that such deals or rebates should be reduced or eliminated in recognition of McKesson's role in causing or influencing the rise in AWPs.

6.   All documents relating to any marketing efforts by McKesson with respect to doing business with your organization and any benefits offered by McKesson in that regard.

7.   All documents reflecting revenues received by McKesson as a result of doing business with you.

# United States District Court

## DISTRICT OF MINNESOTA

### SUBPOENA IN A CIVIL CASE

New England Carpenter
Health Benefits Fund, et
al. v. First Databank, Inc.
and McKesson Corp.

CASE NUMBER:  No. 05-CV-11148-PBS
Pending in USDC District of Massachusetts
Judge Patti B. Saris

TO:    SUPERVALU Corporate Headquarters
11840 Valley View Road
Eden Prairie, Minnesota 55344

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date and time specified below (list documents or objects): *See* attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Hagens Berman Sobol Shapiro, LLP | March 23, 2007 |
| 1301 Fifth Ave., Suite 2900, Seattle, WA  98101 | |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or
more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for
each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiffs | 3-08-07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Nick Styant-Browne, Hagens Berman Sobol Shapiro LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101,
(206) 623-7292

(See Rule 45. Federal Rules of Civil Procedure Parts C & D on Reverse)

153336-1

A 88 (Rev. 11/91) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| SERVED | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| _____SERVED BY (PRINT NAME) | TITLE |
|---|---|

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE                                                                 SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
(3)(A) On a timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(l) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend a trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected materials and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena
(l) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance and production only upon specified conditions.
(d) DUTIES IN RESPONDING TO SUBPOENA.
(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim

A 88 (Rev. 11/91) Subpoena in a Civil Case

# EXHIBIT A

## I.    DEFINITIONS AND INSTRUCTIONS

1.    The following requests for documents refer to the period of January 1, 2000 through March 2005.

2.    "You" and "Your" shall refer to SUPERVALU and any of its subsidiaries, divisions, affiliates, including any entities acquired by SUPERVALU through its purchase of Albertson's stores, as well as its officers, directors, employees or agents, including, but not limited to, attorneys and accountants.

3.    "All documents" means every document, as defined by Massachusetts Local Rule 26.5(c)(2) and Fed. R. Civ. P. 34(a), or writing in Your possession.

4.    "Communications," as defined by Massachusetts Local Rule 26.5(c)(1), means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

5.    "Concerning," as defined by Massachusetts Local Rule 26.5(c)(7), means referring to, describing, evidencing, or constituting.

6.    "Meeting" means any discussion between two or more persons either in person, telephonically or by video conference.

7.    "Person," as defined by Massachusetts Local Rule 26.5(c)(6), means any natural person or any business, legal, or governmental entity or association.

8.    "AWP" means average wholesale price.

9.    "WAC" means wholesale acquisition cost.

10.    "Markup" or "Spread" refer to the differential between AWP and WAC.

## II.    **DOCUMENTS TO BE PRODUCED**

1.    All communications between You and First DataBank or McKesson concerning AWP.

2.    All documents concerning any meetings between You and First DataBank or McKesson to discuss AWP and/or retail or the reimbursement cost of brand-name prescription drugs.

3.    All communications between You and McKesson concerning pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including communications concerning AWP/WAC markup or spread for prescription drugs.

4.    All documents concerning any meetings between You and McKesson to discuss pharmacy profits associated with the retail or reimbursement cost of brand-name prescription drugs, including discussions concerning AWP/WAC markup or spread.

5.    All documents or communications concerning any contracts or negotiations with McKesson concerning any year-end deals or other rebates associated with Your purchases of prescription drugs from McKesson, including any suggestion that such deals or rebates should be reduced or eliminated in recognition of McKesson's role in causing or influencing the rise in AWPs.

6.    All documents relating to any marketing efforts by McKesson with respect to doing business with your organization and any benefits offered by McKesson in that regard.

7.    All documents reflecting revenues received by McKesson as a result of doing business with you.

Issued by the

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF Illinois

NEW ENGLAND CARPENTERS HEALTH BENEFITS
FUND, ET AL.

V.

FIRST DATABANK, INC. AND MCKESSON
CORPORATION

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 1:05-CV-11148-PBS
DISTRICT OF
MASSACHUSETTS

TO: Walgreen Co.
200 Wilmont Road
Deerfield, IL 60015

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Victoria Court Reporting 29 S. LaSalle Street, Suite 200, Chicago, IL 60603 | DATE AND TIME June 1, 2007 9:30 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit B.

| PLACE Walgreen Co. 200 Wilmont Road, Deerfield, IL 60015, or another mutually agreeable location | DATE AND TIME May 25, 2007 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)    Attorney for McKesson Corporation | DATE May 9 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105, (415) 268-7000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED: |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

_____

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

American LegalNet, Inc.
www.FormsWorkflow.com

## EXHIBIT B

## DOCUMENTS REQUESTED

The time period of January 1, 2000 through the present applies to the following requests:

1.     All documents concerning any change in the ratio, spread, or markup between the WAC and AWP published by First DataBank for any brand name prescription drug.

2.     All communications between You and any TPP or PBM concerning any change in the ratio, spread, or markup between the WAC and AWP published by First DataBank for any brand name prescription drug.

3.     All documents supporting Your public statement at a Morgan Stanley Global Consumer and Retail Conference on or about November 14, 2006 that the market increased the discounts off AWP after 2001.

4.     All internal analyses concerning trends in reimbursement rates for brand name prescription drugs.

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF  Rhode Island

NEW ENGLAND CARPENTERS HEALTH BENEFITS
FUND, ET AL.

V.

FIRST DATABANK, INC. AND MCKESSON
CORPORATION

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 1:05-CV-11148-PBS
DISTRICT OF
MASSACHUSETTS

TO: CVS Corporation
Corporate Headquarters
One CVS Drive
Woonsocket, RI 02895

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION  Allied Court Reporters, Inc. | DATE AND TIME |
|---|---|
| 115 Phenix Avenue, Cranston, RI 02920 | May 31, 2007 9:30 a.m. |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

Please see attached Exhibit B.

| PLACE   CVS Corporation | DATE AND TIME |
|---|---|
| One CVS Drive, Woonsocket, RI 02895, or another mutually agreeable location | May 24, 2007 9:30 a.m. |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]                    Attorney for McKesson Corporation | May 9, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Tiffany Cheung, Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105, (415) 268-7000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.FormsWorkflow.com

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED: | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(D) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

American LegalNet, Inc.
www.FormsWorkflow.com

## EXHIBIT B

## DOCUMENTS REQUESTED

The following cover the time period January 1, 2000 to present:

1.      All documents concerning any change in the ratio, spread, or markup between the WAC and AWP published by First DataBank for any brand name prescription drug.

2.      All communications between You and any TPP or PBM concerning any change in the ratio, spread, or markup between the WAC and AWP published by First DataBank for any brand name prescription drug.

3.      All documents supporting the statement in Your press release issued on October 6, 2006 that "as AWPs have risen, the negotiated discounts have also widened."

4.      All internal analyses concerning trends in reimbursement rates for brand name prescription drugs.

sf-2319303

# Exhibit F

*First Date Bob fee* (handwritten)

**Roberts, Pamela (STL)**

| | |
|---|---|
| From: | Macinski, Chris (STL) |
| Sent: | Thursday, March 28, 2002 8:32 AM |
| To: | Soderstrom, Ryan (BLM) |
| Cc: | Bascomb, Stuart L. (STL) |
| Subject: | RE: AWP changes |
| | |
| Importance: | High |

*Told Chris to give re* (handwritten)

Ryan, here is what we know at this time:

      a.    **Situation overview/status -** Until recently AWP changes occurred in conjunction with WAC changes. It only became apparent to ESI within the last week that AWP changes were occuring without WAC changes. At that time we called our vendor and asked why. Their response was that the wholesalers, who they survey to get the AWP, felt that the new AWP was a more accurate depiction of where the AWP should be set. That they felt that with the mergers and acquisitions that have taken place within the drug industry, a need for equalization and standardization of the AWP was necessary. They also mentioned that the wholesalers may have felt this was necessary due to a government inquiry into AWP practices that has taken place recently. At that time we began an inquiry to ascertain the number of items and financial impact that this could have on us and our clients. We also continued on a search for AWP vendors to ascertain what options we may have (we had started this in response to 3 drugs that were aware of approximately 6 weeks ago).

      b.    **Client Impact -** We are currently working on this. We have discovered that this impacts about 830 NDCs either positively or negatively. 650 NDCs are impacted positively. We are currently working on the financial impact of those drugs. We will then determine the average percentage impact to our clients.

      c.    **ESI Impact -** As with client impact we are trying to define the impact on our mail order as well as the impact on rebates. We believe that for just January and February that this increased our rebates by several million dollars. However, several manufacturers are questioning these and may not pay. The effect on our mail order is more difficult to define, but is part of the analysis that is being completed for client impact.

      d.    **Industry Repercussions -** There are many. Our entire industry is based on AWP. If the AWP becomes an unreliable factor, a pricing paradigm shift may be required. If not, at the very least, we may have to recontract for deeper discounts to just get back to where drug pricing was. The network pharmacies are the big winners in direct relation to the increase in AWP. PBM will receive additional income for their mail order prescriptions, however, the trend situation with their clients could cost them business. Drug manufacturers get an unwarranted black eye for increasing pricing that they had nothing to do with.

      e.    **Near-term downside/upside -** ESI will see an increase in margin per script and rebate. The client will see an increase in drug costs. Members will pay more for % copay plans, they will meet their deductibles and caps sooner. Drug manufacturers are already up in arms over this increase. They are the ones who are most hurt by this new policy.

      f.    **Long-term downside/upside -** At the very least trend will increase. At the worst, government price controls will be instituted.

We will complete the search for AWP vendors, hopefully finding one that has an AWP policy that is more in line with industry standards. This will enable us to continue business as usual.

      -----Original Message-----
| | |
|---|---|
| From: | Soderstrom, Ryan (BLM) |
| Sent: | Tuesday, March 12, 2002 5:28 PM |
| To: | Macinski, Chris (STL) |
| Subject: | FW: AWP changes |

FYI

      -----Original Message-----
| | |
|---|---|
| From: | Soderstrom, Ryan (BLM) |
| Sent: | Tuesday, March 12, 2002 2:04 PM |
| To: | Neville, Everette (BLM); Fontanez, Carmen (BLM); Hill, James J. (STL); Stults, Kathy (BLM); Sommer, Sue (BLM) |
| Cc: | Wulfestad, Kent (BLM); Nickels, Don (BLM); Legg, Jeffrey (BLM); Dohm, Jason (BLM); Lynch, Julie (BLM); Zarin, Larry P. (STL) |
| Subject: | RE: AWP changes |

Everett/Jim -

Recommend you both co-lead a SWAT team comprising HMS/Segment/Finance/Legal representation to determine items below. Once all the information is "available," CorpComm will do a write-up on it for exec/legal/segment input, sign-off, etc. Stuart should be positioned as the executive sponsor of this initiative.

Ryan

1

      -----Original Message-----
| | |
|---|---|
| From: | Neville, Everette (BLM) |
| Sent: | Tuesday, March 12, 2002 1:55 PM |

HIGHLY CONFIDENTIAL ATTORNEY's EYES ONLY      ESI-414-00001762

To:     Soderstrom, Ryan (BLM); Fontanez, Carmen (BLM); Hill, James J. (STL); Stults, Kathy (BLM); Sommer, Sue (BLM)
Cc:     Wuflestad, Kent (BLM); Nickels, Don (BLM); Legg, Jeffrey (BLM); Dohm, Jason (BLM); Lynch, Julie (BLM); Zarin, Larry P. (STL)
Subject: RE: AWP changes

Jim, can you point Ryan in the right direction.
Ryan, I would be happy to work with you as would I am sure Kathy Stultz and one of Carmen's Sr Directors
(maybe Mary Ellen or Marian?)

I think we need to shoot for having something this week

Everett


-----Original Message-----
From:       Soderstrom, Ryan (BLM)
Sent:       Tuesday, March 12, 2002 1:47 PM
To:  Neville, Everette (BLM); Fontanez, Carmen (BLM); Hill, James J. (STL); Stults, Kathy (BLM); Sommer, Sue (BLM)
Cc:  Wuflestad, Kent (BLM); Nickels, Don (BLM); Legg, Jeffrey (BLM); Dohm, Jason (BLM); Lynch, Julie (BLM); Zarin, Larry P. (STL)
Subject:        RE: AWP changes

Yes, there should be a unified corporate message on this issue.

1. Is there some "point group" or content experts that can provide us information around the following:
    a. situation overview/status
    b. client impact
    c. ESI impact
    d. industry repercussions
    e. near-term downside/upside
    f. long-term downside/upside

One we have consensus and information around these elements - Corporate Communications can develop a
communication for executive/legal/segment review and input, then bring it to the next level for syndication and
distribution.

Ryan
75160


-----Original Message-----
From:       Neville, Everette (BLM)
Sent:       Tuesday, March 12, 2002 1:35 PM
To:         Soderstrom, Ryan (BLM); Fontanez, Carmen (BLM); Hill, James J. (STL); Stults, Kathy (BLM); Sommer, Sue (BLM)
Cc:         Wuflestad, Kent (BLM); Nickels, Don (BLM); Legg, Jeffrey (BLM); Dohm, Jason (BLM)
Subject:    AWP changes
Importance: High

All,
I just spoke with David Huebner and was informed (at least partially) of the First Data Bank AWP
situtation.  As I understand it First Data Bank has recalculated the way it reports AWP on January 1 2002.
The effect of this is an immediate increase in trend for our clients, increase in rebates, increase in admin
fee etc.  Dave also mentioned that Pharma was balking at the increase and talking about class action
suits against First Data Bank.

This has a very high impact potential for out clients.  We need to get together a message to be proactive
with our clients.  I think that our window of time is very short - we already have one client up in arms that
we did not tell them earlier.

Ryan - should this be a corporate initiative?  Jim can you provide more of the details?

Everett

2

HIGHLY CONFIDENTIAL ATTORNEY's EYES ONLY                ESI-414-00001763

# Exhibit G

| From: | Conley, Erin (STL) |
|---|---|
| Sent: | Monday, April 29, 2002 3:45 PM |
| To: | 'Goldenberg, Harry A.' |
| Cc: | Orvis, Traci (BLM); Zopfi, Arnie (BLM) |
| Subject: | RE: Emerging Therapeutic Issues - AWP PRICE INCREASES |

Hello -

We've looked at your data to further analyze this request.

For PHC it appears that for first quarter 2002, the increase in ingredient cost that we attribute to these AWP adjustments is ~$178,000 (1.17%).  For PHT, its less (fewer brands) at ~$124,000 (0.60%).

The drugs that have seen the largest adjustments are Lipitor, Prilosec, Prevacid, and Nexium.

I hope this will help.

Erin

-----Original Message-----
From: Goldenberg, Harry A. [mailto:HAGOLDEN@CovHlth.com]
Sent: Tuesday, April 16, 2002 3:34 PM
To: 'Conley, Erin (STL)'; Goldenberg, Harry A.
Cc: Orvis, Traci (BLM); Zopfi, Arnie (BLM)
Subject: RE: Emerging Therapeutic Issues - AWP PRICE INCREASES


It does but, I need a little more.
What does this translate into total dollars higher cost, presuming current utilization rates and membership? And the same figure pmpm?

I want to be able to tell our CEO and Board what to expect in the format they will want that information.
Thanks.

Harry Goldenberg, MD
Vice President of Medical Management
PHP Companies, Inc./Cariten Healthcare

> -----Original Message-----
> From:    Conley, Erin (STL) [SMTP:EConley@express-scripts.com]
> Sent:    Tuesday, April 16, 2002 7:53 AM
> To: 'Goldenberg, Harry A.'
> Cc: Orvis, Traci (BLM); Zopfi, Arnie (BLM)
> Subject:  RE: Emerging Therapeutic Issues - AWP PRICE INCREASES
>
> To date the increases should result in an additional increase in trend
> to our clients of 0.7 to 0.9% (above what we normally expect ingredient cost
> increases to be).    IF these increases are applied to ALL drugs that
> currently are WAC +16% (they would be raised to WAC+ 20%) then the
> trend impact would be in the 1.2 to 1.5% range.  (again, meaning trend
> increase above and beyond what we would normally expect).
>
> Does this help?
>
> Erin
>
> -----Original Message-----

1

HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

ESI-414-00001875

# Exhibit H



STEVE W. BERMAN
DIRECT • (206) 224-9320
STEVE@HBSSLAW.COM

**HAGENS BERMAN**
**SOBOL SHAPIRO LLP**

October 18, 2007

Mr. Kenneth P. Delafrange
29 Cedar Street
Champlain, NY  12919

>        Re:     <u>New England Carpenters v. First DataBank</u>

Dear Mr. Delafrange:

I am one of the lawyers for the plaintiffs in this case and write in response to your letter to the Court.

The proposed settlement is with the two defendants who published prices for the drugs at issue.  Neither has the assets to pay a fraction of the damages in this case. Therefore the rollback of published drug prices is really the only meaningful relief that could be achieved vis-à-vis these defendants.  Most of those in the class will benefit by this rollback as it is a rare consumer who would not take one of these drugs in the next few years.

As to making you and other class members "whole" we are prosecuting the case against McKesson.  McKesson is one of the nation's largest companies and has the assets to pay the damages cased by the price fix/scheme at issue.  We are pursuing this claim 24/7 and with the utmost vigor, determination and enthusiasm.  Judge Saris has recently certified the claims of consumers who made a co-payment for any of these drugs, though McKesson is wriggling to cut the class back, and we hope to try that case next year.[1]

If you have further questions after receipt of this information please contact me.

>        Sincerely,

>        Steve W. Berman

SWB:dld

---

[1] If a consumer makes a flat co-pay he/she is not injured by price charges.  If a consumer is uninsured we have filed a proposed complaint to cover these losses.

ATTORNEYS AT LAW                    SEATTLE   LOS ANGELES   BOSTON   PHOENIX   CHICAGO   SAN FRANCISCO
206.623.7292     F 206.623.0594
1301 FIFTH AVENUE • SUITE 2900 • SEATTLE, WASHINGTON 98101
www.hbsslaw.com

001821-13 203082 V1