UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | CIVIL ACTION: 1:05-cv-11148-PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC.,<br><br>Defendant. | CIVIL ACTION: No. 07-CV-10988 |

**DECLARATION OF JEFFREY L. KODROFF IN CONNECTION WITH MOTION FOR FINAL APPROVAL OF THE FDB/MEDI-SPAN SETTLEMENT**

I, Jeffrey L. Kodroff depose and state under oath as follows:

1. I, Jeffrey L. Kodroff am a member of the Pennsylvania Bar. I am a partner in the law firm of Spector, Roseman & Kodroff, P.C. I have been appointed by this Court as one of the Lead Counsel on behalf of a nationwide class of drug purchasers in connections with claims against First DataBank, Inc., Medi-Span and Corporation.

2. On or about November 19, 2007 I spoke to counsel representing Vista Healthplan of South Florida and Vista Healthplan, Inc. which have opted out of this settlement. I was told by counsel that neither Vista Healthplan of South Florida nor Vista Healthplan, Inc. have any current plans to sue or otherwise get involved in this case.

Subscribed and sworn to under oath this 17th day of January, 2008.

Respectfully submitted by:

_____
Jeffrey L. Kodroff

- 1 -

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 17, 2008.

                **/s/ Steve W. Berman**
                STEVE W. BERMAN