UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>      Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>      Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO REPLY TO PLAINTIFFS' OPPOSITION TO MCKESSON'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS**

  Defendant McKesson Corporation ("McKesson") seeks leave to file a reply brief in support of its motion to dismiss plaintiffs' Third Amended Complaint [Docket No. 390] and its related motion for Judgment on the Pleadings [Docket No. 391]. The underlying motion to dismiss addresses plaintiffs' failure to adequately plead a RICO violation for its newly added alleged class of consumers who pay U&C prices. Plaintiffs do not oppose the filing of McKesson's reply brief so long as they are given an opportunity to file a surreply.

1

McKesson seeks leave to file a reply to address plaintiffs' mischaracterizations of McKesson's opening brief arguments and to address evidence contained in plaintiffs' opposition to McKesson's pleading motions.  In addition, McKesson seeks to apprise the Court of recent Supreme Court developments with respect to the requirement of reliance under RICO.

Accordingly, McKesson requests leave to file a reply brief on January 29, 2008 (a two week period from the filing of plaintiffs' opposition), with a corresponding two week period for plaintiffs to file a surreply, due February 12, 2008.  McKesson seeks the setting of oral argument on a date convenient for the Court after February 25, 2008.  Plaintiffs have opposed McKesson's request for oral argument.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice)*
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415)268-7000
Facsimile:  (415) 268-7522

John Kiernan
Nicole Johnson
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated:  January 18, 2008

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Lori Schechter, counsel of record for defendant McKesson Corporation, hereby certify that McKesson's counsel conferred with counsel for plaintiffs in an effort to resolve the issue referred to in this motion, and plaintiffs have indicated that they do not oppose the motion so

2

long as they are given leave to file a surreply. The parties also agreed on the schedule proposed for the briefing.

                                                /s/ Lori A. Schechter
                                                Lori A. Schechter

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on January 18, 2008.

                                                /s/ Lori A. Schechter
                                                Lori A. Schechter

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**

January _____, 2008

Saris, U.S.D.J.

    IT IS HEREBY ORDERED:

    1.    McKesson's motion for leave to file a reply to plaintiffs' opposition to McKesson's Motion to Dismiss and for Judgment on the Pleadings is GRANTED.

    2.    McKesson shall file its reply brief on January 29, 2008.

    3.    Plaintiffs shall file their surreply brief on February 12, 2008.


_____
Patti B. Saris
United States District Judge

1