IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, )<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation, and MCKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. 1:05-CV-11148-PBS |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

I, Nicole L. Johnson Esq. of Bonner Kiernan Trebach & Crociata, LLP, 200 Portland Street, Boston, Massachusetts, herein withdraw my Appearance on behalf of McKesson Corporation, in the above-captioned matter.

/s/ Nicole L. Johnson
_____
Nicole L. Johnson, Esq.
Bonner Kiernan Trebach & Crociata, LLP
200 Portland Street
Suite 400
Boston, MA 02114

Dated: January 18, 2008

## CERTIFICATE OF SERVICE

    I, Nicole L. Johnson, hereby certify that I have on January 18, 2008 served a true copy of the foregoing document upon the attorney of record for each other party through the court's electronic filing service.

                                /s/ Nicole L. Johnson

                                Nicole L. Johnson