IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation, and MCKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants. | Case No. 1:05-CV-11148-PBS |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for defendant McKesson Corporation.

/s/ Stephen E. Hughes
_____
Stephen E. Hughes, BBO# 629644
BONNER KIERNAN TREBACH & CROCIATA
200 Portland Street
Boston, Massachusetts 02114
(617) 426-3900

CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have on January 18, 2008 served a true copy of the foregoing document upon the attorney of record for each other party through the court's electronic filing service.

/s/ Stephen E. Hughes
_____
Stephen E. Hughes