UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME-HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN, Plaintiffs, v. FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, Defendants. | CIVIL ACTION NO. 05-CV-11148 PBS |
| DISTRICT COUNCIL 37 HEALTH AND SECURITY PLAN, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED, Plaintiff, v. MEDI-SPAN, a division of WOLTERS KLUWER HEALTH, INC., Defendant. | CIVIL ACTION NO. 07-CV-10988-PBS |

**UNOPPOSED MOTION BY DEVILLE PHARMACIES, LONG TERM CARE PHARMACY ALLIANCE, AND THE AMERICAN SOCIETY OF CONSULTANT PHARMACISTS FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), proposed intervenors DeVille Pharmacies, Inc. ("DeVille"), the Long Term Care Pharmacy Alliance ("LTCPA"), and the American Society of

A/72390998.1

Consultant Pharmacists ("ASCP") (together, "Movants"), hereby move for leave to file a Reply Memorandum of Law in Further Support of their Motion to Intervene, of no more than ten pages. A copy of the proposed reply is attached hereto.

Movants seek to file this brief reply memorandum in order to address the arguments raised in Defendant First DataBank, Inc.'s Memorandum of Law in Opposition to Movants' Motion to Intervene and to correct certain factual and legal misstatements contained therein.

First DataBank does not oppose this motion.

WHEREFORE, Movants respectfully leave to file the attached reply memorandum.

Respectfully submitted,

DEVILLE PHARMACY, INC.,
AMERICAN SOCIETY OF
CONSULTANT PHARMACISTS, and
LONG TERM CARE PHARMACY
ALLIANCE

By their attorneys,

Daniel S. Savrin, BBO # 555434
Angela J. Neal, BBO # 661603
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
daniel.savrin@bingham.com
angela.neal@bingham.com

*Of Counsel*:
David J. Farber
Edward D. Gehres, III
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dated: January 18, 2008

A/72390998.1

## LOCAL RULE 7.1 CERTIFICATE

I certify that on January 18, 2008, I conferred with counsel for First Databank, Inc. regarding this motion. I was advised that First Databank does not oppose the relief sought herein.

Dated: January 18, 2008

_____
Angela J. Neal

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by e-mail and first class mail on January 18, 2008, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY 10036

Dated: January 18, 2008

_____
Angela J. Neal

3

A/72390998.1