UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | C.A. No. 1:05-CV-11148-PBS |

### [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

January ____, 2008

Saris, U.S.D.J.

IT IS HEREBY ORDERED:

1. McKesson's motion for leave to file a reply to plaintiffs' opposition to McKesson's Motion to Dismiss and for Judgment on the Pleadings is GRANTED.

2. McKesson shall file its reply brief on January 29, 2008.

3. Plaintiffs shall file their surreply brief on February 12, 2008.

_____
Patti B. Saris
United States District Judge

1