UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>  Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' AND FIRST DATABANK'S STATUS REPORT FOLLOWING FINAL APPROVAL HEARING CONDUCTED ON JANUARY 22, 2008**

The Class Plaintiffs and the Defendant, First DataBank ("FDB"), pursuant to the request of this Court at the final approval hearing conducted on January 22, 2008, hereby provide the following status report regarding ongoing negotiations.

Class Plaintiffs and First DataBank report that since the time of the final approval hearing they have conducted negotiations in an effort to determine whether appropriate modifications to the proposed settlement can be reached. Recently, counsel for the affected parties have reached an agreement in principle which is subject to further review by the parties. The settling parties

anticipate that the proposed modifications to the resolution, if accepted, will be filed by the Court by March 5, 2008.

In light of the above, the settling parties request that, if it is at all reasonably possible to the schedule of this Court, that they be afforded the opportunity to appear before the Court *prior* to the filing of the proposed modifications.


Dated: February 29, 2008             By_____ **/s/Thomas M. Sobol**_____

        Thomas M. Sobol (BBO#471770)
        Edward Notargiacomo (BBO# 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on February 29, 2008.


      **/s/ Thomas M. Sobol**
Thomas M. Sobol