UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and MCKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

## MOTION TO APPEAR *PRO HAC VICE* FOR DAVID A. BALTO

Counsel for the National Community Pharmacists Association ("NCPA") moves, pursuant to L.R. 83.5.3(b), that the Court admit David A. Balto, a member of the bar of the District of Columbia, *pro hac vice* to appear and practice in this Court for all purposes in the above captioned matter.

As grounds for this motion, counsel states the following:

1

1.  David A. Balto is the principal of the Law Offices of David Balto, 2600 Virginia Ave, N.W., Suite 1111, Washington, D.C. 20037. He is acting as outside counsel to the National Community Pharmacists Association. He is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice.

2.  Eric L. Yaffe of the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., a member of the bar of this court, respectfully moves for the approval of the Certification of David A. Balto to appear and practice *pro hac vice*, hereto attached and incorporated.

DATED: February 25, 2008

By _____
Eric L. Yaffe (MA # 548185)
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and MCKESSON CORPORATION, a Delaware Corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CERTIFICATE OF DAVID A. BALTO IN SUPPORT OF
MOTION TO APPEAR AND PRACTICE *PRO HAC VICE***

Puruant to Rule 83.5.3 of the Local Rules of the District of Massachusetts, David A. Balto, hereby applies for admission to practice in the District of Massachusetts on a *pro hac vice* basis on behalf of the National Community Pharmacist Association ("NCPA") in the above-entitled action.

In support of this application, I certify under oath that:

1. I am a member in good standing of the bar of the District of Columbia.

2. I am an attorney admitted to practice before the State Courts of the District of Columbia and the United States District for the District of Arizona.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Certified this 19 day of February, 2008.

*David A. Balto*

David A. Balto
Law Offices of David Balto
2600 Virginia Ave, NW
Suite 1111
Washington, DC 20037
Phone: 202-577-5424
Fax:   202-333-4186
Email: david.balto@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by Federal Express on February 25, 2008, as follows:

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main St., 4th Floor
Cambridge, MA 02142

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher, & Flom LLP
4 Times Square
New York, NY 10036

Sheldon T. Zenner, Esq.
Katten Muchin Roseman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Dated: February 25, 2008

_____
Eric L. Yaffe (MA # 548185)
Julie L. Boehmke (MN #317330)
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250


David A. Balto
LAW OFFICES OF DAVID BALTO
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

John M. Rector
General Counsel
National Community Pharmacists
Association
100 Daingerfield Road
Alexandria, Virginia  22314
Telephone:  (703) 683-8200
Telecopier:  (703) 683-3619

ATTORNEYS FOR NATIONAL
COMMUNITY PHARMACISTS
ASSOCIATION