UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' AND DEFENDANT FIRST DATABANK, INC.'S JOINT MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED AMENDED SETTLEMENT AGREEMENT, APPROVING JOINT NOTICE PROGRAM, AND SCHEDULING A FINAL FAIRNESS HEARING**

Plaintiffs and Defendant First DataBank, Inc, ("FDB") move this Court to preliminarily approve the Amendment Settlement agreement: (ii) set a schedule for the approval of a joint notice program; and (iii) schedule a final fairness hearing. In further support, we submit the following documents:

1. Plaintiffs' Memorandum of Law in Support of Joint Motion for an Order Granting Preliminary Approval of Proposed Amended Settlement Agreement, Approving Joint Notice Program; and Scheduling a Final Fairness Hearing;

2. Final Order and Judgment Certifying the Class for Purposes of Settlement, Approving of Class Action Settlement, and Dismissing the Action with Prejudice; and;

3. Amendments to Settlement Agreement and Release.

Dated: March 19, 2008          By_____
                               Thomas M. Sobol (BBO #471770)
                               Edward Notargiacomo (BBO #567636)
                               Hagens Berman Sobol Shapiro LLP
                               One Main Street, 4th Floor
                               Cambridge, MA 02142
                               Telephone: (617) 482-3700
                               Facsimile: (617) 482-3003

                               Steve W. Berman
                               Sean R. Matt
                               Barbara A. Mahoney
                               Hagens Berman Sobol Shapiro LLP
                               1301 Fifth Avenue, Suite 2900
                               Seattle, WA 98101
                               Telephone: (206) 623-7292
                               Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's electronic filing service on March 19, 2008.

_____
Thomas M. Sobol