UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>    Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**STIPULATION AND [PROPOSED] ORDER REGARDING MCKESSON CORPORATION'S TIME TO ANSWER THIRD AMENDED COMPLAINT**

Counsel for plaintiffs and for defendant McKesson Corporation ("McKesson") in the above-captioned action hereby stipulate and agree that McKesson shall have an additional 30 days beyond that provided in Federal Rule of Civil Procedure 12(a)(4)(A) to file its answer to the Third Amended Complaint. By this stipulation and order, McKesson's answer is due on May 1, 2008.

1

Respectfully submitted,

| | |
|---|---|
| McKesson Corporation | Plaintiffs |
| By its attorneys: | By their attorneys: |

/s/ Lori A. Schechter  /s/ Steve W. Berman

McKesson Corporation — By its attorneys:

Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Email:  LSchechter@mofo.com
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Plaintiffs — By their attorneys:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Email: Steve@hbsslaw.com
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Dated:  March 26, 2008

SO ORDERED

_____
The Honorable Patti B. Saris
U.S. District Court Judge

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 26, 2008.

                                      /s/ Lori A. Schechter
                                      Lori A. Schechter