UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**NOTICE OF PRIOR SUBMISSIONS REGARDING CONTROLLING STATE LAW**

For the Court's convenience, the parties identify the previously filed briefs on the class certification issues raised by plaintiffs' state law claims:

| Date | Docket No. | Document |
|---|---|---|
| 07/17/2006 | 73 | Plaintiffs' Motion for a Determination of Controlling State Law |
| 07/17/2006 | 74 | Plaintiffs' Memorandum in Support of a Motion for a Determination of Applicable State Law |
| 01/24/2007 | 189 | Defendant McKesson Corporation's Memorandum in Opposition to Plaintiffs' Motion for a Determination of Applicable State Law |

- 1 -

| Date | Docket No. | Document |
|---|---|---|
| 03/19/2007 | 216 | Plaintiffs' Reply in Support of Motion for Class Certification[1] |
| 05/07/2007 | 247 | McKesson Corporation's Surreply in Opposition to Class Certification |

Dated: March 26, 2008

By     /s/ Steve W. Berman
     Thomas M. Sobol (BBO#471770)
     Edward Notargiacomo (BBO# 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

---

[1] On January 31, 2007, after the parties had submitted briefs on the issue, the Court struck Plaintiffs' Motion for a Determination of Controlling State Law, advising the parties that "there is no need for a separate motion.  I will determine choice of law in the context of class certification."  Plaintiffs and McKesson then addressed the issue in their reply and surreply briefs respectively.

- 3 -

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March 26, 2008.

                                              /s/ Steve W. Berman
                                                Steve W. Berman

001821-13  230566 V1