UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH      :
BENEFITS FUND, et al.,             :
                Plaintiffs,        :   Civil Action
        v.                         :   No. 05-11148-PBS
                                   :
FIRST DATABANK, INC., a Missouri   :
Corporation, et ano.,              :
                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First DataBank, Inc. may answer, move or otherwise respond to the Third Amended Complaint (Docket No. 359) is extended to and including April 11, 2008.

Dated: April 2, 2008
       Boston, Massachusetts

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO #471770)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
tom@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Jeffrey Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Counsel for Plaintiffs

/s/ Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
mmatule@skadden.com

Sheila L. Birnbaum (admitted *pro hac vice*)
Thomas E. Fox (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
First DataBank, Inc.

APPROVED AND SO ORDERED:

Dated: _____

_____
Patti B. Saris
United States District Judge