UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER,<br><br>        Plaintiffs,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and MCKESSON CORPORATION, a Delaware Corporation,<br><br>        Defendants. | C.A. No. 1:05-CV-11148-PBS |

## MOTION TO APPEAR *PRO HAC VICE* FOR DAVID A. BALTO

Counsel for the National Community Pharmacists Association ("NCPA") moves, pursuant to L.R. 83.5.3(b), that the Court admit David A. Balto, a member of the bar of the District of Columbia, *pro hac vice* to appear and practice in this Court for all purposes in the above captioned matter.

As grounds for this motion, counsel states the following:

1

1.  David A. Balto is the principal of the Law Offices of David Balto, 2600 Virginia Ave, N.W., Suite 1111, Washington, D.C. 20037. He is acting as outside counsel to the National Community Pharmacists Association. He is a member in good standing of the bar of every jurisdiction in which he has been admitted to practice.

2.  Eric L. Yaffe of the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., a member of the bar of this court, respectfully moves for the approval of the Certification of David A. Balto to appear and practice *pro hac vice*, hereto attached and incorporated.

DATED: March 28, 2008

By _____
Eric L. Yaffe (MA # 548185)
GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW
Suite 1111 -- The Watergate
Washington, DC 20037-1931
Telephone: (202) 295-2200
Telecopier: (202) 295-2250

2