**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 4, 2008

Writer's Direct Contact
415.268.6355
LSchechter@mofo.com

**Via Hand Delivery**

The Honorable Patti B. Saris
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:    *New England Carpenters Health Benefits Fund, et al. v. First DataBank, et al.*, Civ.
       No. 05-11148-PBS

Dear Judge Saris:

As discussed at the March 19, 2008 status conference, enclosed is a courtesy copy of
McKesson's April 2, 2008, Petition to Appeal Class Certification Order under Rule 23(f).

Very truly yours,

*Lori A. Schechter*

Lori A. Schechter

Enclosures

cc:  Counsel of Record (w/o enclosures)

sf-2494060