UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**[PROPOSED] STIPULATION TO MODIFY THE COURT'S BRIEFING SCHEDULE
ON CERTIFICATION OF THE U&C CLASS**

Counsel for Plaintiffs and Defendant McKesson Corporation (collectively "the parties") hereby stipulate and agree to amend the Court's briefing schedule on Plaintiffs' motion to certify the U&C Class. Plaintiffs have requested an additional week to submit their class certification motion because the deadline for their opening brief is scheduled on the same week as the hearing on McKesson's motion to dismiss Plaintiffs' antitrust claims. McKesson has agreed to the extension, provided it does not shorten the time currently allotted to submit its opposition brief and additional adjustments are made to accommodate summer holiday plans.

The parties propose to adjust the briefing schedule as follows:

001821-13 231836 V1

- 2 -

| Proposed | Prior[1] | Briefs |
|---|---|---|
| April 21, 2008 | April 13, 2008 | Plaintiffs' class certification motion due |
| May 21, 2008 | May 14, 2008 | McKesson's opposition due |
| June 9, 2008 | May 28, 2008 | Plaintiffs' reply brief due |
| June 30, 2008 | June 11, 2008 | McKesson's surreply due |

The Court has not set a hearing date for the class certification motion. The proposed extension would therefore not affect the Court's schedule.

Dated: April 4, 2008

Respectfully submitted,

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER

By their counsel:

/s/ Steve W. Berman
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

MCKESSON CORPORATION

By its counsel:

/s/ Lori A. Schechter
Lori A. Schechter
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

---

[1] Schedule based on the Court's 01.02.08 order, docket no. 427.

- 3 -

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -
001821-13 231836 V1

- 4 -

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 4, 2008.

                  /s/ Steve W. Berman_____
                  Steve W. Berman