UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH        :
BENEFITS FUND, et al.,               :
                                     :
                Plaintiffs,          :    Civil Action
        v.                           :    No. 05-11148-PBS
                                     :
FIRST DATABANK, INC., a Missouri Corporation;  :
et ano.                              :
                                     :
                Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First DataBank, Inc. may answer, move or otherwise respond to the Third Amended Complaint (Docket No. 359) is extended to and including April 17, 2008.

Dated:   April 11, 2008                          Respectfully submitted,
         Boston, Massachusetts

/s/ Thomas M. Sobol                              /s/ Matthew J. Matule
Thomas M. Sobol (BBO #471770)                    Matthew J. Matule (BBO #632075)
HAGENS BERMAN SOBOL SHAPIRO LLP                  SKADDEN, ARPS, SLATE,
One Main Street, 4th Floor                         MEAGHER & FLOM LLP
Cambridge, MA 02142                              One Beacon Street
(617) 482-3700                                   Boston, MA  02108
tom@hbsslaw.com                                  (617) 573-4800
                                                 mmatule@skadden.com
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP                  Sheila L. Birnbaum (admitted *pro hac vice*)
1301 Fifth Avenue, Suite 2900                    Thomas E. Fox (admitted *pro hac vice*)
Seattle, WA  98101                               SKADDEN, ARPS, SLATE,
(206) 623-7292                                     MEAGHER & FLOM LLP
                                                 4 Times Square
Jeffrey Kodroff                                  New York, NY  10036
SPECTOR, ROSEMAN & KODROFF, P.C.                 (212) 735-3000
1818 Market Street, Suite 2500
Philadelphia, PA  19103                          Counsel for Defendant
(215) 496-0300                                   First DataBank, Inc.

Counsel for Plaintiffs


APPROVED AND SO ORDERED:


Dated: _____                    _____
                                                 Patti B. Saris
                                                 United States District Judge