UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH      :
BENEFITS FUND, et al.,
                                   :
           Plaintiffs,                Civil Action
     v.                            :  No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri   :
Corporation; et ano.,
           Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First DataBank, Inc. may answer, move or otherwise respond to the Third Amended Complaint (Docket No. 359) is extended to and including April 21, 2008.

Dated:  April 17, 2008                    Respectfully submitted,
        Boston, Massachusetts

/s/ Thomas M. Sobol                       /s/ Matthew J. Matule
Thomas M. Sobol (BBO #471770)             Matthew J. Matule (BBO #632075)
HAGENS BERMAN SOBOL SHAPIRO LLP           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Main Street, 4th Floor                One Beacon Street
Cambridge, MA 02142                       Boston, MA 02108
(617) 482-3700                            (617) 573-4800
tom@hbsslaw.com                           mmatule@skadden.com

Steve W. Berman                           Sheila L. Birnbaum (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP           Thomas E. Fox (admitted *pro hac vice*)
1301 Fifth Avenue, Suite 2900             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seattle, WA 98101                         4 Times Square
(206) 623-7292                            New York, NY 10036
                                          (212) 735-3000
Jeffrey Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.          Counsel for Defendant
1818 Market Street, Suite 2500            First DataBank, Inc.
Philadelphia, PA 19103
(215) 496-0300

Counsel for Plaintiffs

APPROVED AND SO ORDERED:

Dated: _____             _____
                                          Patti B. Saris
                                          United States District Judge