UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH      :
BENEFITS FUND, et al.,
                                   :
           Plaintiffs,                 Civil Action
     v.                            :   No. 05-11148-PBS

FIRST DATABANK, INC., a Missouri   :
Corporation; et ano.,
           Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First DataBank, Inc. may answer, move or otherwise respond to the Third Amended Complaint (Docket No. 359) is extended to and including April 28, 2008.

Dated: April 21, 2008                        Respectfully submitted,
       Boston, Massachusetts

/s/ Thomas M. Sobol                          /s/ Matthew J. Matule
Thomas M. Sobol (BBO #471770)                Matthew J. Matule (BBO #632075)
HAGENS BERMAN SOBOL SHAPIRO LLP              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Main Street, 4th Floor                   One Beacon Street
Cambridge, MA 02142                          Boston, MA 02108
(617) 482-3700                               (617) 573-4800
tom@hbsslaw.com                              mmatule@skadden.com

Steve W. Berman                              Sheila L. Birnbaum (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP              Thomas E. Fox (admitted *pro hac vice*)
1301 Fifth Avenue, Suite 2900                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seattle, WA 98101                            4 Times Square
(206) 623-7292                               New York, NY 10036
                                             (212) 735-3000
Jeffrey Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.             Counsel for Defendant
1818 Market Street, Suite 2500               First DataBank, Inc.
Philadelphia, PA 19103
(215) 496-0300

Counsel for Plaintiffs

APPROVED AND SO ORDERED:

Dated: _____                    _____
                                             Patti B. Saris
                                             United States District Judge