UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37; AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN, <br><br>  Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>  Defendants. | C.A. No. 1:05-CV-11148-PBS |

## NOTICE OF FILING UNDER SEAL

To:    All Counsel of Record

Please take notice that on April 21, 2007, we, as attorneys for Plaintiffs, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Plaintiffs' Memorandum in Support of Class Certification of the U&C Class;

2. Plaintiffs' Proffer of Evidence Common to the U&C Class Concerning the Impact of the McKesson Scheme on the Class;

3. Exhibits 1 - 33 to the Declaration of Steve W. Berman in Support of Certification of the U&C Class and Plaintiffs' Proffer of Evidence Common to the U&C Class; and

4. Declaration of Raymond S. Hartman in Support of Certification of the Uninsured Cash Payers Paying U&C.

- 1 -

| | |
|---|---|
| DATED:  April 21, 2008 | By  /s/ **Steve W. Berman**                       |
| |    Steve W. Berman |
| |    Nicholas Styant-Browne |
| |    Barbara A. Mahoney |
| | Hagens Berman Sobol Shapiro LLP |
| | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, WA  98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | |
| | Thomas M. Sobol (BBO#471770) |
| | Hagens Berman Sobol Shapiro LLP |
| | One Main Street, 4th Floor |
| | Cambridge, MA  02142 |
| | Telephone: (617) 482-3700 |
| | Facsimile: (617) 482-3003 |
| | |
| | Elizabeth Fegan |
| | Hagens Berman Sobol Shapiro LLP |
| | 820 North Boulevard, Suite B |
| | Oak Park, IL  60302 |
| | Telephone: (708) 776-5600 |
| | Facsimile:  (708) 776-5601 |
| | |
| | Jeffrey Kodroff |
| | John Macoretta |
| | Spector, Roseman & Kodroff, P.C. |
| | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA  19103 |
| | Telephone: (215) 496-0300 |
| | Facsimile: (215) 496-6611 |
| | |
| | Marc H. Edelson |
| | Allan Hoffman |
| | Hoffman & Edelson |
| | 45 West Court Street |
| | Doylestown, PA  18901 |
| | Telephone: (215) 230-8043 |
| | Facsimile: (215) 230-8735 |

- 3 -

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        The Wexler Firm LLP
        55 West Monroe Street, Suite 3300
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        George E. Barrett
        Edmund L. Carey, Jr.
        Barret, Johnston & Parsley
        217 Second Avenue, North
        Nashville, TN  37201
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798

- 4 -

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on April 21, 2008.

/s/ Steve W. Berman
Steve W. Berman
