UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW ENGLAND CARPENTERS HEALTH   :
BENEFITS FUND, et al.,          :
                                :
                    Plaintiffs, :   Civil Action
        v.                      :   No. 05-11148-PBS
                                :
FIRST DATABANK, INC., a Missouri :
Corporation; et ano.,           :
                                :
                    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that the time within which defendant First DataBank, Inc. may answer, move or otherwise respond to the Third Amended Complaint (Docket No. 359) is extended to and including May 30, 2008.

Dated:  April 28, 2008                          Respectfully submitted,
        Boston, Massachusetts

/s/ Jeffrey Kodroff                             /s/ Matthew J. Matule
Thomas M. Sobol (BBO #471770)                   Matthew J. Matule (BBO #632075)
HAGENS BERMAN SOBOL SHAPIRO LLP                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Main Street, 4th Floor                      One Beacon Street
Cambridge, MA 02142                             Boston, MA  02108
(617) 482-3700                                  (617) 573-4800
tom@hbsslaw.com                                 mmatule@skadden.com

Steve W. Berman                                 Sheila L. Birnbaum (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP                 Thomas E. Fox (admitted *pro hac vice*)
1301 Fifth Avenue, Suite 2900                   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seattle, WA  98101                              4 Times Square
(206) 623-7292                                  New York, NY  10036
                                                (212) 735-3000
Jeffrey Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.                Counsel for Defendant
1818 Market Street, Suite 2500                  First DataBank, Inc.
Philadelphia, PA  19103
(215) 496-0300

Counsel for Plaintiffs

APPROVED AND SO ORDERED:

Dated: _____                   _____
                                                Patti B. Saris
                                                United States District Judge