UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37; AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

## UNCONTESTED MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs, by their attorneys, respectfully move this Court for leave to file under seal the following pleadings and other materials: (1) Plaintiffs' Motion to Compel Production of McKesson's RelayHealth Data; and (2) Declaration of Barbara Mahoney in Support of Plaintiffs' Motion to Compel McKesson's Production of RelayHealth Data and Exhibit 3 attached thereto.

The foregoing item includes or references copies of documents and/or excerpts from documents that certain third-parties have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the April 11, 2006 Protective Order as well as documents and/or excerpts from documents that contain Plaintiffs' confidential medical information, identified as HIGHLY CONFIDENTIAL pursuant to the Court's October 11, 2006

- 1 -

001821-13 235230 V1

- 2 -

protective order.  Also, the foregoing items reference information contained in documents

designated by certain third-parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  In

addition, the foregoing items not only quote extensively from and/or attach documents that

certain third-parties have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL,"

but also they include references to pricing data that third-parties likely believe to be highly

proprietary in nature.

Counsel for ShopKo, pursuant to Paragraph 14 of the Protective Order requested that the

deposition be designated highly confidential until he has time to de-designate those portions of

the record that our not highly confidential.  Plaintiffs hereby seek to comply with the terms of the

Protective Order and are filing Exhibit 3 under seal.  Plaintiffs do not agree that Exhibit 3 in its

entirety should be deemed highly confidential but must comply with the Protective Order.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file the

foregoing listed materials under seal.


DATED:  May 9, 2008                          By  /s/ Steve W. Berman
                                                 Steve W. Berman
                                                 Nicholas Styant-Browne
                                                 Barbara A. Mahoney
                                             Hagens Berman Sobol Shapiro LLP
                                             1301 Fifth Avenue, Suite 2900
                                             Seattle, WA  98101
                                             Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594

                                             Thomas M. Sobol (BBO#471770)
                                             Hagens Berman Sobol Shapiro LLP
                                             One Main Street, 4th Floor
                                             Cambridge, MA  02142
                                             Telephone: (617) 482-3700
                                             Facsimile: (617) 482-3003

001821-13 235230 V1

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 3 -

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant regarding the subject of this motion, who does not object.


/s/ Steve W. Berman
Steve W. Berman

001821-13  235230 V1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 9, 2008.


/s/ Steve W. Berman

Steve W. Berman

001821-13  235230 V1