UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>                     Plaintiffs,<br><br>                   v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>                     Defendants. | C.A. No. 1:05-CV-11148-PBS |

## CLASS PLAINTIFFS' NOTICE OF MEDIATOR'S WITHDRAWAL

The parties jointly selected Judge Edward Infante (N.D. Cal.) as the mediator and received approval of this selection by Magistrate Judge Collings. As noted when McKesson requested the appointment of a new mediator at the March 19 Status Conference, Judge Infante had conducted several sessions and received extensive submissions.

- 1 -

The parties were informed on May 16, 2008 of his withdrawal.  A copy of his letter is

attached as Exhibit A.


DATED:  May 16, 2008                    By **/s/ Steve W. Berman**
                                                Steve W. Berman
                                                Nicholas Styant-Browne
                                                Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

001821-13  240132 V1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 16, 2008.

/s/ Steve W. Berman
Steve W. Berman

001821-13  240132 V1

# Exhibit A



THE RESOLUTION EXPERTS®



RECEIVED

MAY 1 6 2008

HAGENS BE.  .iAN LLP

VIA U.S. MAIL

Steven W. Berman, Esq.
Hagens Berman Sobol, et al.
1301 Fifth Avenue
Suite 2900
Seattle, WA  98101

May 13, 2008

Melvin R. Goldman, Esq.
Lori A. Schechter, Esq.
Morrison & Foerster
425 Market St.
San Francisco, CA  94104

RE:    McKesson Litigation
       Civil Action No. 05-11148-PBS (District of Massachusetts)

Dear Counsel:

Thank you for selecting me as mediator.  I regret to inform you that my current caseload and calendar have become saturated and I am unable to devote the time necessary to resolve this matter.  Therefore, I must withdraw as mediator in the above entitled litigation.

You may wish to consider the following JAMS mediators who have experience in resolving complex litigation:  Hon. Daniel H. Weinstein (Ret.) and Hon. Eugene F. Lynch (Ret.).

Again, thank you and I look forward to working with you in the future.

Sincerely,

Edward A. Infante
Mediator