UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CLASS PLAINTIFFS' NOTICE OF DENIAL OF RULE 23(f) PETITION**

On May 19, 2008, the First Circuit denied McKesson's Rule 23(f) petition. A copy of the First Circuit Order is attached.

Notice to the class can now proceed unless the Court wishes to await the ruling by the U.S. Supreme Court on whether reliance maybe required in a RICO case.

As the Court may recall the parties and the Court discussed possible trial dates in the fall (plaintiffs' proposal) or next year (McKesson's proposal). Given the 23(f) ruling and the Court's indication that there are to be no summary judgment or Daubert motions, plaintiffs believe that a trial in October is feasible.

DATED: May 19, 2008

By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO# 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Nicholas Styant-Browne
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Co-Lead Counsel for Plaintiffs

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Attorneys for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 19, 2008.

                                                    /s/ **Steve W. Berman**
                                                      Steve W. Berman

001821-13 240298 V1

# Exhibit A

# United States Court of Appeals
## For the First Circuit

---

No. 08-8017

NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, ET AL.,

Plaintiffs, Respondents,

v.

MCKESSON CORPORATION, ET AL.,

Defendants, Petitioners.

---

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered:  May 16, 2008

    The petition for leave to appeal is <u>denied</u>.  We see no indication that the district court applied the wrong legal standard in its March 2008 order.  Petitioner's challenge to the court's fact-dominated findings can more appropriately be considered at the close of the case.

    The motion to strike petitioner's letter of May 5, 2008, is <u>denied</u> as moot.

By the Court:

<u>/s/ Richard Cushing Donovan, Clerk.</u>

```
cc:
Jeffrey L .Kodroff
John A. Macoretta
John A. Kiernan
Barbara Mahoney
John P. Kern
Matthew Joseph Matule
Steve W. Berman
George Barrett
Tiffany Cheung
Timothy L. Miles
Eric L. Yaffe
Paul Flum
Edward Notargiacomo
Edmund L. Carey
Lori A. Schechter
Stephen E. Hughes
Melvin R. Goldman
Gerald E. Martin
Shiela L. Birnbaum
Thomas M. Sobol
Kenneth A. Wexler
Jennifer F. Connolly
Thoams E. Fox
James P. Bennett
Michael F. Feeley
```