UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; MAUREEN COWIE and BERNARD GORTER, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation, <br><br> Defendants. | Civil Action:  1:05-CV-11148-PBS <br><br> Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S NOTICE OF FILING UNDER SEAL DOCUMENTS RELATED TO MCKESSON'S MEMORANDUM IN OPPOSITION TO CERTIFICATION OF U&C CLASS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS

ACTION:

PLEASE TAKE NOTICE THAT, pursuant to the Protective Order entered by this

Court on April 11, 2006, McKesson Corporation will file under seal with this Court the

following documents:

1.    McKesson Corporation's Memorandum in Opposition to Certification of U&C Class (with a redacted version publicly filed);

2.    Exhibits 1, 2, 3A-C, 4A-D, 5, 6A-B, 7A-C, 8, 9, 10, 11, 12, 13, 18, 19A-C, and 21 to the Declaration of Paul Flum filed in Support of McKesson's Memorandum in Opposition to Certification of U&C Class; and

3.    May 21, 2008 Expert Declaration of Robert D. Willig, and Exhibits thereto.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Email: LSchechter@mofo.com
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Dated:  May 21, 2008

John Kiernan
Stephen E. Hughes
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 21, 2008.

/s/ Lori Schechter
Lori Schechter