UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
NEW ENGLAND CARPENTERS                )
HEALTH BENEFITS FUND; PIRELLI         )
ARMSTRONG RETIREE                     )
MEDICAL BENEFITS TRUST;               )
TEAMSTERS HEALTH & WELFARE            )
FUND OF PHILADELPHIA AND              )
VICINITY; and PHILADELPHIA            )
FEDERATION OF TEACHERS HEALTH         )
AND WELFARE FUND,                     )
                                      )   Civil Action No. 1:05-CV-11148-PBS
                 Plaintiffs,          )
                                      )
v.                                    )
                                      )
FIRST DATABANK, INC., a Missouri      )
Corporation; and McKESSON             )
CORPORATION, a Delaware Corporation,  )
                                      )
                 Defendants           )
_____)


**WITHDRAWAL OF JOINT MOTION FOR ENTRY OF
AN ORDER GRANTING PRELIMINARY APPROVAL OF THE FIRST
DATABANK, INC. AMENDED SETTLEMENT FILED MARCH 19, 2008 AND
<u>ALL DOCUMENTS FILED IN SUPPORT THEREOF</u>**

Class Plaintiffs and defendant First DataBank, Inc. ("FDB"), respectfully withdraw without prejudice the Motion for Entry of an Order Granting Preliminary Approval of the First Databank, Inc. Amended Settlement filed on March 19, 2008 (the "Motion") and all documents listed in and filed in support of said Motion without prejudice (Docket ## 467, 468, 469)

Dated: May 29, 2008

Respectfully submitted,

| | |
|---|---|
| FIRST DATABANK, INC. | NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, |
| By: **/s/ Matt Matule** | By: **/s/ Thomas M. Sobol** |
| Matt Matule (BBO#632075) | Thomas M. Sobol (BBO # 471770) |
| Skadden, Arps, Slate, | Edward Notargiacomo (BBO #567636) |
|   Meagher & Flom LLP | Hagens Berman Sobol Shapiro LLP |
| One Beacon Street | One Main Street, 4th Floor |
| Boston, MA 02108-3194 | Cambridge, MA 02142 |
| Telephone: (617) 573-4800 | Telephone: (617) 482-3700 |
| Facsimile: (617) 573-4822 | Facsimile: (617) 482-3003 |
| | |
| Sheila L. Birnbaum (*pro hac vice*) | Steve W. Berman |
| Thomas E. Fox (*pro hac vice*) | Sean R. Matt |
| Skadden, Arps, Slate, | Barbara A. Mahoney |
|   Meagher & Flom LLP | Hagens Berman Sobol Shapiro LLP |
| 4 Times Square | 1301 Fifth Avenue, Suite 2900 |
| New York, NY 10036 | Seattle, WA 98101 |
| Telephone: (212) 735-3000 | Telephone: (206) 623-7292 |
| Facsimile: (212) 735-2000 | Facsimile: (206) 623-0594 |
| | |
| | Elizabeth Fegan |
| | Hagens Berman Sobol Shapiro LLP |
| | 60 W. Randolph Street, Suite 200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 762-9235 |
| | Facsimile: (312) 762-9286 |

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

4

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 29, 2008.

/s/ **Thomas M. Sobol**
Thomas M. Sobol