UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
NEW ENGLAND CARPENTERS              )
HEALTH BENEFITS FUND; PIRELLI       )
ARMSTRONG RETIREE                   )
MEDICAL BENEFITS TRUST;             )
TEAMSTERS HEALTH & WELFARE          )
FUND OF PHILADELPHIA AND            )
VICINITY; and PHILADELPHIA          )
FEDERATION OF TEACHERS HEALTH       )
AND WELFARE FUND,                   )
                                    )   Civil Action No. 1:05-CV-11148-PBS
              Plaintiffs,           )
                                    )
v.                                  )
                                    )
FIRST DATABANK, INC., a Missouri    )
Corporation; and McKESSON           )
CORPORATION, a Delaware Corporation,)
                                    )
              Defendants            )
_____)

**PLAINTIFFS' AND DEFENDANT FIRST DATABANK, INC.'S JOINT MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED AMENDED AND RESTATED SETTLEMENT AGREEMENT, APPROVING JOINT NOTICE PROGRAM, AND SCHEDULING A FINAL FAIRNESS HEARING**

Plaintiffs and Defendant First DataBank, Inc. ("FDB") move this Court to preliminarily approve the Amended and Restated Settlement Agreement; (ii) set a schedule for the approval of a joint notice program; and (iii) schedule a final fairness hearing. In further support, we submit the following documents:

1. Plaintiffs' Memorandum of Law in Support of Joint Motion for an Order Granting Preliminary Approval of Proposed Amended and Restated Settlement, Approving Joint Notice Program; and Scheduling a Final Fairness Hearing;

2. Final Order and Judgment Certifying the Class for Purposes of Settlement, Approving of Class Action Settlement, and Dismissing the Action with Prejudice; and

3. Amended and Restated Settlement Agreement and Release.

Dated: May 29, 2008

By: **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO #471770)
Edward Notargiacomo (BBO #567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Case 1:05-cv-11148-PBS   Document 517   Filed 05/29/2008   Page 3 of 4

Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 29, 2008.

                                                    /s/   **Thomas M. Sobol**
                                                        Thomas M. Sobol