UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
NEW ENGLAND CARPENTERS HEALTH )
BENEFITS FUND, PIRELLI ARMSTRONG )
RETIREE MEDICAL BENEFITS TRUST, )
TEAMSTERS HEALTH & WELFARE FUND )
OF PHILADELPHIA AND VICINITY, and )
PHILADELPHIA FEDERATION OF )
TEACHERS HEALTH AND WELFARE FUND, )
) Case No. 1:05-CV-11148-PBS
                    Plaintiffs, )
)
v. )
)
FIRST DATABANK, INC., a Missouri )
Corporation; and McKESSON CORPORATION, )
a Delaware Corporation, )
)
                    Defendants )
_____)

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs New England Carpenters Health Benefits Fund, Pirelli Armstrong Retiree Medical Benefits Trust, Teamsters Health & Welfare Fund of Philadelphia and Vicinity, and Philadelphia Federation of Teachers Health and Welfare Fund (collectively "Plaintiffs") as Class Representatives for the Settlement Class and Defendant First Databank, Inc. ("First DataBank") hereby stipulate and agree that First DataBank shall not have to answer or otherwise respond to Plaintiffs' Third Amended Complaint (Docket No. 359) until twenty (20) business days after the later occurrence of either (i) the date of entry of any ruling by this Court denying the pending Motion for Entry of an Order(s): (a) Granting Preliminary Approval of the Amended and Restated Settlement Agreement with FDB, (b) Directing Issuance of Notice of the Class; and

(c) Scheduling a Final Fairness Hearing or (ii) the date of entry of any ruling by the Court denying Final Approval of the Amended and Restated Settlement Agreement.

Dated: May 29, 2008

Respectfully submitted,

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST, TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND and the SETTLEMENT CLASS, | FIRST DATABANK, INC., |
| By their counsel: | By its counsel: |
| /s/ Thomas M. Sobol<br>Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 | /s/ Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, MA  02108<br>(617) 573-4800<br>mmatule@skadden.com |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | Sheila L. Birnbaum (admitted *pro hac vice*)<br>Thomas E. Fox (admitted *pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY  10036<br>(212) 735-3000<br><br>Counsel for Defendant<br>First DataBank, Inc. |

APPROVED AND SO ORDERED:

Dated: _____

_____
Patti B. Saris
United States District Judge