UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>           Plaintiffs,<br><br>     v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>           Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S NOTICE OF FILING UNDER SEAL DOCUMENTS RELATED TO SURREPLY IN OPPOSITION TO MOTION TO COMPEL RELAYHEALTH DATA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS

ACTION:

PLEASE TAKE NOTICE THAT, pursuant to the Protective Order entered by this

Court on April 11, 2006, McKesson Corporation will file under seal with this Court the

documents attached as Exhibits A and E to the Surreply Declaration of Paul Flum in Opposition to Plaintiffs' Motion to Compel RelayHealth Data.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Paul Flum
| | |
|---|---|
| Melvin R. Goldman (*pro hac vice*) | John Kiernan |
| Lori A. Schechter (*pro hac vice*) | Stephen E. Hughes |
| Paul Flum (*pro hac vice)* | Bonner Kiernan Trebach & Crociata |
| Tiffany Cheung (*pro hac vice*) | 200 Portland Street |
| Morrison & Foerster LLP | Suite 400 |
| 425 Market Street | Boston, MA 02114 |
| San Francisco, CA 94105-2482 | Telephone: (617) 426-3900 |
| Telephone:  (415) 268-7000 | Facsimile: (617) 426-0380 |
| Facsimile:  (415) 268-7522 | |
| Email: PaulFlum@mofo.com | |

Dated:  May 30, 2008

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on May 30, 2008.

/s/ Paul Flum
Paul Flum