UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>                Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>                Defendants. | Civil Action:  1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**ERRATA TO DECLARATION OF ROBERT D. WILLIG IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF THE U&C CLASS**

Paragraph 59, Line 7 (excerpted) currently reads:

U&C/AWP ratio remains at 1.05.  Now suppose in the next period both AWP and WAC

Paragraph 59, Line 7 (excerpted) should read:

U&C/AWP ratio remains at 1.04.  Now suppose in the next period both AWP and WAC

Paragraph 73 (excerpted) currently reads:
Dr. Hartman points to the GAO report as evidence that U&C prices and AWP are "formulaically" related because that report found that in the first quarter of 2000 U&C prices were, on average, 94 percent of AWP and in the fourth quarter of 2004 U&C prices were, on average, only 91 percent of AWP. [fn 46: Hartman U&C Declaration, at ¶¶2, 18.  The GAO data indicate U&C prices on average less than AWP, which likely results from the GAO's inclusion of generic drugs in the sample.]  Dr. Hartman suggests that this is evidence of the formulaic relationship between U&C prices and AWP.  This conclusion, however, does not follow from the evidence.  In fact, this finding suggests that AWP rose faster from 2000 to 2004 than U&C prices.

Paragraph 73 (excerpted) should read:
Dr. Hartman points to the GAO report as evidence that U&C prices and AWP are "formulaically" related because that report found that in the first quarter of 2000 AWP was, on average, 91 percent of U&C prices and in the fourth quarter of 2004 AWP was, on average, only 94 percent of U&C prices. [fn 46: Hartman U&C Declaration, at ¶¶2, 18.]  Dr. Hartman suggests that this is evidence of the formulaic relationship between U&C prices and AWP.  This conclusion, however, does not follow from the evidence.  In fact, this finding suggests that AWP rose faster from 2000 to 2004 than U&C prices.

Paragraph 74 (excerpted) currently reads:
To see this, consider the following example.  Suppose the U&C price for a particular drug is 94 percent of AWP in 2000 (*i.e.*, U&C price is $94 and AWP is $100).   Further suppose that AWP increased by 4.2 percent during the period without a change in WAC or the U&C price.  Then AWP would be $104.20 and U&C price would be approximately 90 percent of the new AWP.  Notice that this is very close to the result found in the GAO report – U&C prices were 91 percent of AWP in 2004.

Paragraph 74 (excerpted) should read:
To see this, consider the following example.  Suppose the AWP for a particular drug is 91 percent of U&C price in 2000 (*i.e.*, AWP is $91 and U&C price is $100).   Further suppose that AWP increased by 4.2 percent during the period without a change in WAC or the U&C price.  Then AWP would be $94.82 or approximately 95 percent of U&C prices.  Notice that this is very close to the result found in the GAO report – AWP was 94 percent of U&C prices in 2004.

Respectfully submitted,

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Email: LSchechter@mofo.com
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

John Kiernan
Stephen E. Hughes
Bonner Kiernan Trebach & Crociata
200 Portland Street
Suite 400
Boston, MA 02114
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated:  June 2, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 2, 2008.

/s/ Lori A. Schechter
Lori A. Schechter