UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>               Plaintiffs,<br><br>   v.<br><br>FIRST DATABANK, INC., a Missouri corporation, and McKESSON CORPORATION, a Delaware corporation,<br><br>               Defendants. | Civil Action: 1:05-CV-11148-PBS<br><br>Judge Patti B. Saris |

**DEFENDANT MCKESSON CORPORATION'S
RESPONSE TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE A REPLY
BRIEF ON THE U&C SCHEDULE**

Plaintiffs' Motion For Leave to File a Reply Brief In Support of Plaintiffs' Motion to Modify the U&C Scheduling Order [Docket No. 534] engages in the very "cat fight" this Court has urged the parties to avoid.  McKesson sought to prevent it when, pursuant to Local Rule 7.1, it provided its position to plaintiffs' on their motion, a position which plaintiffs have failed to state accurately.  (*See* Attachment 1, Email between S. Berman and L. Schechter, dated June 3, 2008.)  If the Court is inclined to accept plaintiffs' reply brief, McKesson requests leave to file a surreply within two days.  At that time McKesson will present the Court with the transcript excerpts of the deponent, Mr. Picard, whose testimony of today plaintiffs mischaracterize, and it will also address the other inaccuracies in plaintiffs' reply brief.

McKesson Corporation
By its attorneys:

/s/ Lori A. Schechter
Melvin R. Goldman (*pro hac vice*)
Lori A. Schechter (*pro hac vice*)
Paul Flum (*pro hac vice*)
Tiffany Cheung (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
LSchechter@mofo.com

John Kiernan
Stephen E. Hughes
Bonner Kiernan Trebach & Crociata
200 Portland Street
Suite 400
Boston, MA 02114
Telephone: (617) 426-3900
Facsimile: (617) 426-0380

Dated: May 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 3, 2008.

/s/ Lori A. Schechter
Lori A. Schechter

1

# Attachment 1

## Nora N. Wineberg

**From:** Schechter, Lori A. [LSchechter@mofo.com]
**Sent:** Tuesday, June 03, 2008 8:00 PM
**To:** norawineberg@yahoo.com; Wineberg, Nora N.
**Subject:** FW: motion for leave to file a reply brief

**From:** Steve Berman [mailto:Steve@hbsslaw.com]
**Sent:** Tuesday, June 03, 2008 12:18 PM
**To:** Schechter, Lori A.; Barbara Mahoney
**Subject:** RE: motion for leave to file a reply brief

### no we will not

**Steve W. Berman**
**Hagens Berman Sobol Shapiro**
**1301 Fifth Ave, Suite 2900**
**Seattle WA 98101**
206.224.9320
Steve@hbsslaw.com

**From:** Schechter, Lori A. [mailto:LSchechter@mofo.com]
**Sent:** Tuesday, June 03, 2008 12:12 PM
**To:** Barbara Mahoney
**Cc:** Steve Berman
**Subject:** RE: motion for leave to file a reply brief

Barbara,
We don't think there should be another round of briefing on a scheduling request. It would be the very cat fighting the Court has asked the parties to refrain from engaging in.

If you are going to seek leave to file a reply, we do not oppose it. But we then believe we are entitled to a surreply. Will you agree to a surreply?
Lori

**From:** Barbara Mahoney [mailto:barbaram@hbsslaw.com]
**Sent:** Tuesday, June 03, 2008 11:04 AM
**To:** Schechter, Lori A.
**Cc:** Steve Berman
**Subject:** motion for leave to file a reply brief

Lori,
Plaintiffs would like to file a motion for leave to file a reply brief to respond to allegations in your opposition to our motion for a modification of the scheduling order regarding the pharmacy claims data. We would appreciate it if you could tell us whether you consent to our motion by noon today.

6/3/2008

Barbara

================================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
================================================================================

6/3/2008