UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>               Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>               Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' MOTION TO STRIKE MCKESSON'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO MODIFY THE U&C SCHEDULE**

Plaintiffs move to strike as impertinent McKesson's response to Plaintiffs' motion for leave to file a reply brief in support of their motion to modify the U&C schedule. Fed. R. Civ. P. 12(f); *Baldi v. Brown*, 2007 U.S. Dist. LEXIS 31337, at *2 (D.N.H. April 27, 2007).

Plaintiffs' motion to file a reply brief is not a "cat fight." In most jurisdictions, the moving party is authorized to file a reply brief as a matter of right. This Court routinely authorizes reply briefs to address new issues or correct misconceptions raised by the opposition brief. McKesson's opposition to Plaintiffs' underlying motion raises precisely those concerns,

and a reply brief is therefore warranted under the circumstances.  The only unseemly aspect of this motion is McKesson's response and its dogged insistence on having the last word.

McKesson's irreverent response is neither helpful nor on point.  It trivializes the underlying issue, *i.e.* whether Plaintiffs should be allowed sufficient time to overcome McKesson's attempts to block Plaintiffs from obtaining highly relevant data that affect the claims of millions of cash consumers, whose only vehicle of recovery is a class action.  Further, it transmutes a substantive dispute into a personal squabble.  Plaintiffs' counsel are also counsel in the AWP litigation, which involved dozens of defendants and scores of attorneys, litigating highly contested facts, and yet quarrels in that case were minimal and never of this character.

DATED:  June 4, 2008

By  /s/ **Steve W. Berman**
    Steve W. Berman
    Sean R. Matt
    Nicholas Styant-Browne
    Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601

001821-13 243483 V1

<div style="margin-left: 40%;">

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN 37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

</div>

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 4, 2008.

          /s/ Steve W. Berman
          Steve W. Berman

001821-13 243483 V1