AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

## APPEARANCE

N.E. Carpenters Health Benefits Fund, et al v. First DataBank, et al    Case Number: 05-cv-11148

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs.

Counsel was admitted to practice in the Commonwealth of Massachusetts pro hac vice in this matter on December 8, 2005

I certify that I am admitted to practice in this court.

| 6/2/2008 | _[signature]_ |
|---|---|
| Date | Signature |
| | John A. Macoretta |
| | Print Name / Bar Number |
| | 1818 Market Street, Suite 2500 |
| | Address |
| | Philadelphia / PA / 19103 |
| | City / State / Zip Code |
| | (215) 496-0300 / (215) 496-6611 |
| | Phone Number / Fax Number |