IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, et al.<br>v.<br>  Plaintiffs<br><br><br>FIRST DATABANK, INC, et al.<br>  DEFENDANTS | Civil Action 1:05-CV-11148-PBS |

### NOTICE OF APPEARANCE OF MARC H. EDELSON ON BEHALF OF PLAINTIFF PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND.

The parties are hereby notified that Marc H. Edelson, of the law firm of Edelson & Associates, LLC., hereby enters his appearance as counsel for Plaintiff Philadelphia Federation of Teachers Health and Welfare Fund in the above captioned matter.

Dated this 24th day of June, 2008.                Respectfully submitted,

                                                  EDELSON & ASSOCIATES, LLC

                                                  By: _____
                                                    Marc H. Edelson (PA51834)
                                                    45 West Court Street
                                                    Doylestown, Pennsylvania 18901
                                                    (215) 230-8043
                                                    (215) 230-8735 (fax)
                                                    medelson@edelson-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on June 24, 2008, I caused to be served true and correct copies of the Notice of Appearance of Marc H. Edelson on Behalf of Plaintiff on all counsel of record via ECF.

_____
Marc H. Edelson