UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New England Carpenters Health Benefits Fund, *et al.* <br> Plaintiffs, <br><br> v. <br><br> First DataBank, Inc., *et al.* <br> Defendants. | CIVIL ACTION <br> NO. 05-11148-PBS |

### MOTION FOR LEAVE
### TO FILE BRIEF AS *AMICUS CURIAE*
### BY THE NATIONAL ASSOCIATION OF CHAIN DRUG STORES, INC.

The National Association of Chain Drug Stores, Inc. (NACDS), through its undersigned counsel, who has already entered an appearance in this matter on behalf of NACDS, respectfully moves this Court for leave to file an *amicus curiae* brief (attached hereto with accompanying affidavits) in opposition to the Plaintiffs' Motion to Compel the production of RelayHealth pharmacy payment and pricing data, which consists of the data of NACDS members, for the reasons stated in the accompanying memorandum.

Respectfully submitted,

Philip G. Kircher

**COZEN O'CONNOR**
1900 Philadelphia Street
Philadelphia, PA 19103
(215) 665-2000

Counsel for the National Association
for Chain Drug Stores, Inc.

Dated: June 9, 2008