AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

New England Carpenters
Health Benefits Fund, et al.
v
First DataBank, Inc., et al

Case  C.A. No. 05-11145-PBS

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Express Scripts, Inc.

**I certify that I am admitted to practice in this court.**

6/13/08
Date

Signature: B.T.O'C
Print Name: Brien T. O'Connor
Address: 3( Sewall St.
City: W. Newton  State: MA  Zip Code: 02465
Phone Number: 617-877-3410  Fax Number: 617-951-7050
E-mail: brien.oconnor@ropesgray.com

6.13.08
W. Russ