AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

New England Carpenters Health etc
v.
First Data Bank et al

APPEARANCE

Case No 1:05-cv-1148-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for amicus National Association of Chain Drug Stores, Inc

~~I certify that~~ I am not admitted to practice in this court.

Date: June 13, 2008

Signature: [signed]

Print Name: Philip G. Kircher     Bar Number:

Address: Cozen O'Connor
1900 Market St.

City: Phila   State: PA   Zip Code: 19103

Phone Number: 215 665 7233   Fax Number: 215 701-2033

E-mail: pkircher@cozen.com

6.13.08
W. Russo