UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br> Defendants | Civil Action No. 1:05-CV-11148-PBS |

**NOTICE OF FILING [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF THE FIRST DATABANK, INC. SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT ONLY, DIRECTING NOTICE TO THE CLASS AND SCHEDULING A FAIRNESS HEARING**

Plaintiffs hereby submit for the Court's convenience a revised version of the [Proposed] Order Granting Preliminary Approval of the First DataBank, Inc. Settlement Certifying Class For Purposes of Settlement Only, Directing Notice to the Class and Scheduling a Fairness Hearing.  The proposed order is attached hereto as Exhibit A.

The proposed order incorporates the date recently set by the Court for a Fairness Hearing as well as the date for submissions of proposed forms of notice and a notice plan to the Court.

DATED: July 9, 2008          By /s/ **Thomas M. Sobol**
                                     Thomas M. Sobol (BBO#471770)
                                Hagens Berman Sobol Shapiro LLP
                                One Main Street, 4th Floor
                                Cambridge, MA  02142
                                Telephone: (617) 482-3700
                                Facsimile: (617) 482-3003

                                Steve W. Berman
                                Sean R. Matt
                                Nicholas Styant-Browne
                                Barbara A. Mahoney
                                Hagens Berman Sobol Shapiro LLP
                                1301 Fifth Avenue, Suite 2900
                                Seattle, WA  98101
                                Telephone: (206) 623-7292
                                Facsimile: (206) 623-0594


                                Elizabeth Fegan
                                Hagens Berman Sobol Shapiro LLP
                                820 North Boulevard, Suite B
                                Oak Park, IL  60302
                                Telephone: (708) 776-5600
                                Facsimile:  (708) 776-5601

                                Jeffrey Kodroff
                                John Macoretta
                                Spector, Roseman & Kodroff, P.C.
                                1818 Market Street, Suite 2500
                                Philadelphia, PA  19103
                                Telephone: (215) 496-0300
                                Facsimile: (215) 496-6611

                                Marc H. Edelson
                                Edelson & Associates
                                45 West Court Street
                                Doylestown, PA  18901
                                Telephone: (215) 230-8043
                                Facsimile: (215) 230-8735

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        Wexler Toriseva Wallace LLP
        55 West Monroe Street, Suite 3300
        Chicago, IL  60603
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        George E. Barrett
        Edmund L. Carey, Jr.
        Barret, Johnston & Parsley
        217 Second Avenue, North
        Nashville, TN  37201
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798

### **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each other party through the Court's electronic filing service on July 9, 2008.

                            **/s/Thomas M. Sobol**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; and PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation, <br><br>  Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:05-CV-11148-PBS |

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF THE FIRST DATABANK, INC. SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT ONLY, DIRECTING NOTICE TO THE CLASS AND SCHEDULING A FAIRNESS HEARING**

   WHEREAS, this matter has come before the Court pursuant to a Joint Motion for Preliminary Approval of Proposed Amended and Restated Settlement and Approval of Form and Manner of Notice (the "Motion"); and

   WHEREAS, the Court finds that it has jurisdiction over these actions and each of the parties for purposes of settlement pursuant and that venue is proper in this district;

   WHEREAS, this Court has conducted prior hearings with regard to a proposed settlement between Class Plaintiffs and First DataBank, Inc., has previously certified the settlement class, and has previously refused to approve the settlement without changes made to its terms; and

WHEREAS, Class Plaintiffs and First DataBank, Inc. have filed an Amended and Restated Settlement Agreement and this Court has conducted a preliminary approval hearing on January 22, 2008 and is otherwise fully advised in the premises and on considering the record of these proceedings, the representations, argument, and recommendation of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED THAT**:

    I.    **Preliminary Approval of the Amended
and Restated Settlement Agreement**

The terms of the Amended and Restated Settlement Agreement and Release between plaintiffs and defendant First DataBank, Inc. ("FDB"), originally dated August 3, 2006 and subsequently amended, including all exhibits thereto (the "Proposed Settlement Agreement" or "Proposed Settlement" annexed hereto as Exhibit A) are preliminarily approved, subject to further consideration thereof at the Fairness Hearing provided for below.  Unless otherwise provided herein, the terms defined in the Proposed Settlement Agreement shall have the same meaning in this Order.  The Proposed Settlement was entered into at arms-length by experienced counsel and only after extensive arms-length negotiations lasting many months.  The Proposed Settlement is not the result of collusion.  The Proposed Settlement bears a probable, reasonable relationship to the claims alleged by plaintiffs and the litigation risks of plaintiffs as well as FDB.  The Proposed Settlement is sufficiently within the range of reasonableness so that notice of the Proposed Settlement should be given as provided by this Order.

## II. Approval of Joint Notice Program

The Court directs that further Notice be provided to the Class. Subject to submission and approval of the precise forms of Notice and the Notice Plan, the Court approves a joint notice program involving this settlement, the settlement with Medispan in a parallel lawsuit pending before this Court, and the notice to be provided to the litigation class in connection with the claims against McKesson Corporation. The Court directs that the forms of Notice and Joint Notice Plan be submitted to the Court by July 17, 2008. This submission shall also include a proposed order setting forth the relevant dates related to notice for submission of exclusions and/or objections by members of the class.

## III. Fairness Hearing

The Court will conduct a Fairness Hearing to consider the First DataBank Settlement on December 17, 2008 at 3 p.m..

DATED: Boston, Massachusetts
This ___ day of July, 2008

_____
Patti B. Saris, Judge
United States District Court