UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN, <br><br>                  Plaintiffs, <br><br>     v. <br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>                  Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CLASS PLAINTIFFS' PROPOSED REVISED CONSUMER CLAIM FORM**

Pursuant to the Court's instructions at the hearing on July 18, 2008, Plaintiffs provide the attached revised consumer claim form. The form has a new heading designed to attract the attention of consumers who paid for prescription drugs.

DATED: July 21, 2008

By   **/s/ Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO# 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Nicholas Styant-Browne
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 1 -

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Co-Lead Counsel for Plaintiffs

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Attorneys for Plaintiffs

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on July 21, 2008.

                     /s/ **Steve W. Berman**
                     Steve W. Berman

001821-13  251899 V1

# EXHIBIT A

U.S. District Court – District of Massachusetts

# If You Paid for All or Part of Brand-Name Prescription Drugs

## Class Actions Involving More Than 450 of the Most Widely Prescribed Drugs May Affect You

```
This notice concerns separate events in related class action
lawsuits about the pricing of more than 450 brand-name drugs. You
should take action to see if drugs you paid for are on the
list of those at issue in these cases.  To get detailed
information and the list of drugs, see the contact information
below.
```

### What are the Class Actions About?

```
First Databank (FDB) and Medi-Span publish data sometimes called
the Average Wholesale Price (AWP) of drugs.  The AWP is often
used as a factor in determining drug prices and can be used as a
factor in determining some co-payments for the brand-name drugs
at issue in the lawsuits.  The FDB-McKesson lawsuit claims that
FDB and McKesson Corporation (McKesson), a large drug wholesaler,
wrongfully inflated the mark-up factor used to determine the AWP
of certain drugs.  The Medi-Span lawsuit claims that Medi-Span
negligently published the AWP price of certain prescription drugs
based on information received from FDB.  As a result, some
consumers and insurers allegedly overpaid for hundreds of drugs.
FDB, McKesson, and Medi-Span deny any wrongdoing.
```

## Proposed FDB/Medi-Span Settlement

```
FDB and Medi-Span have separately agreed to settle their lawsuits
and will pay a total of $1.5 million into a Settlement Fund to
benefit a class of consumers and Third-Party Payors.  The
Settlements also require FDB and Medi-Span to lower the mark-up
factor used to determine AWP for the drugs at issue in the
lawsuits.  As a result, Plaintiffs allege a substantial decrease
in drug costs may occur in the future.
```

### Who is Included in the Proposed FDB/Medi-Span Settlement?

```
You are included in the proposed settlement if you are:
```

- ```
  A consumer who paid for all or a percentage of the cost
       of prescription drugs based on the AWP published by FDB
  ```

>     from January 2000 to the present or the AWP published by
>       Medi-Span from December 2001 to the present.
> *If you paid a flat or fixed co-payment for the drugs, you are NOT included.*

### How do the Proposed FDB and Medi-Span Settlements Affect Me?

Get more information about the proposed class action settlements and read it.  Then you can decide on your legal rights and what action to take.  You can:

- Remain in the Settlement by doing nothing.  You will be bound by the Court's rulings on the Settlement but you can object to or comment on the Settlement.

- Exclude yourself and keep your right to sue FDB and Medi-Span.  **If you previously excluded yourself in the FDB/Medi-Span Settlement, you must do so again.**

You must exclude yourself or object in writing or by email by November 15, 2008.  The Court will determine whether to approve the Settlements at the Fairness Hearing on December 17, 2008 at 3:00 p.m.  The Court has appointed Counsel to represent everyone.  You can also hire your own attorney at your own cost.

## McKesson Class Action

The Court has certified part of the FDB-McKesson lawsuit as a class action against McKesson (the McKesson Class Action).  Trial is now set for December 1, 2008.

### Who Is Included in the McKesson Class Action?

You are included in the McKesson Class Action if you are:

- A consumer who paid *percentage* co-payments for certain brand-name prescription drugs based on AWP pricing between August 1, 2001 and March 15, 2005, and

- Your co-payment was based on the AWP published by FDB or Medi-Span for the drugs.  *If you paid a flat or fixed dollar co-payment or are uninsured, you are NOT included*.

**Formatted:** All caps

**Deleted:** 001821-13 250871 v1

- 2 -

How Does the McKesson Class Action Affect Me?

```
Get more information about the McKesson Class Action and read it.
Then you can decide on your legal rights and what action to take.
You can:
```

- Remain in the McKesson Class Action by doing nothing.  You will not be able to sue McKesson for the claims in this lawsuit and will be bound by the Court's rulings.

- Exclude yourself and keep your right to sue McKesson.  You must exclude yourself in writing or by email by November 15, 2008.

```
The Court has appointed Counsel to represent everyone.  You can
also hire your own attorney at your own cost.
```

*Membership in the Classes varies.  Depending on which of the Classes you may belong to, you will need to separately decide whether to exclude yourself from the McKesson Class Action or the FDB/Medi-Span Settlement. A decision to not participate in one does not affect your participation in the other.*

For more information and a list of the drugs included:

Call: 1-800-960-2381 (Se Habla Español)
Access:   www.AWPClassActions.com
Write:  The FDB Settlement Administrator or
The McKesson Litigation Administrator
c/o Complete Claim Solutions, LLC
P.O. Box 24730
West Palm Beach, FL 33416
Email:  info@AWPClassActions.com

**Formatted:** All caps

**Deleted:** 001821-13 250871 v1