UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO MCKESSON'S
PROPOSED U&C CLASS SCHEDULE**

Plaintiffs seek leave to file the attached brief response to McKesson's Proposed U&C Schedule. McKesson's proposal is premised on several factually impossible assumptions that the Court should consider. Plaintiffs ask leave to file the attached response in response.

- 1 -

|  |  |
|---|---|
| DATED:  August 1, 2008 | By  /s/ **Steve W. Berman**  <br>      Steve W. Berman<br>      Sean R. Matt<br>      Nicholas Styant-Browne<br>      Barbara A. Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Thomas M. Sobol (BBO#471770)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL  60302<br>Telephone: (708) 776-5600<br>Facsimile:  (708) 776-5601<br><br>Jeffrey Kodroff<br>John Macoretta<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Marc H. Edelson<br>Edelson & Associates<br>45 West Court Street<br>Doylestown, PA  18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735 |

- 3 -

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        Wexler Toriseva Wallace LLP
        55 West Monroe Street, Suite 3300
        Chicago, IL  60603
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        George E. Barrett
        Edmund L. Carey, Jr.
        Barret, Johnston & Parsley
        217 Second Avenue, North
        Nashville, TN  37201
        Telephone: (615) 244-2202
        Facsimile: (615) 252-3798

001821-13 254275 V1

- 4 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant regarding the filing of this motion, who advised Plaintiffs as follows: "The Court asked for simultaneous briefs on the U&C class motion schedule, which both parties filed on July 29. We do not consent to plaintiffs filing another brief, which would be plaintiffs' fourth to date on this subject."

                                                /s/ Steve W. Berman
                                                Steve W. Berman

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 1, 2008.

                                    /s/ Steve W. Berman
                                    Steve W. Berman

001821-13 254275 V1

# **ATTACHMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>        Defendants. | C.A. No. 1:05-CV-11148-PBS |

**PLAINTIFFS' RESPONSE TO MCKESSON'S PROPOSED U&C CLASS SCHEDULE**

### I. INTRODUCTION

Plaintiffs seek leave of Court to respond briefly to the dubious assumptions underlying McKesson's proposed schedule. Simply put, it is factually impossible for the U&C case to be tried on December 1, 2008 even if the Court decided the motion the day McKesson proposes for oral argument.

### II. ARGUMENT

McKesson's brief is based on several unlikely assumptions. First, it assumes that the Court would be able to rule quickly on Plaintiffs' motion for certification of the U&C Class. As the Court recently reminded counsel:

- 1 -

001821-13 254195 V1

> [I]t takes me three to six months . . . to write these mega things.
>
> * * * *
>
> I found it very challenging last time. I found it very difficult and very challenging, and it took us a very long time to get through [every] expert, important, and significant and important expert reports. I don't do it lightly.[1]

Next, it assumes that neither party would seek First Circuit review of the Court's decision. Each time McKesson has petitioned for review of the Court's opinions, it has taken two to three months for the court to reach its decision and that time is likely to increase by several more months if the court grants the petition.

Further, it assumes that the parties would quickly reach a decision on class notice and the Court would approve the process on short order. As the Court is well aware, these things take time, and according to McKesson's proposed schedule, in which the hearing on the class certification motion is set for November 21, this process would take place whilst the parties were engaged in trial on the TPP and Consumer Co-pay Classes.

Let's run with McKesson's approach. Assume that on November 21 a hearing on class certification was held. Assume the Court decided the motion that day. ***The U&C trial still could not occur until June. Even assuming all of these unlikely eventualities, and the parties are able to approve class notice before December 15, Plaintiffs have been advised by Katherine Kinsella that the notices would not begin to appear until sometime in February***, when the magazines' March issues first appear. Allowing some time for the readership to accrue, a 45-day opt-out period, pre-trial preparations, and ***immediate court availability***, the U&C case would not

---

[1] Transcript of July 2, 2008 hearing at 28:13-15; 30:8-13

be ready for trial until June or July – five to six months after the trial of the TPP and Consumer Co-pay Classes.

In short, there is little to be gained by pressing forward without the benefit of all of the necessary data. It is clear that McKesson's real motivation is not to preserve judicial resources but to force U&C Plaintiffs to press forward on an incomplete record of McKesson's own doing.

### III.   CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court grant their motion to stay deadlines until Plaintiffs have received all the data to which they are entitled and the parties have had an opportunity to come up with a mutually acceptable schedule.

DATED:  August 1, 2008

By  /s/ **Steve W. Berman**
   Steve W. Berman
   Sean R. Matt
   Nicholas Styant-Browne
   Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

George E. Barrett
Edmund L. Carey, Jr.
Barret, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 1, 2008.

                /s/ Steve W. Berman
                Steve W. Berman