
# COZEN O'CONNOR
A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com



August 12, 2008

**Philip G. Kircher**
Direct Phone 215.665.7233
Direct Fax    215.701.2033
pkircher@cozen.com

**VIA FEDERAL EXPRESS**

The Honorable Robert B. Collings
United States Magistrate Judge
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *New England Carpenters Health Benefits Fund, et al. v. FirstData Bank, Inc., et al.*
       Civil Action No. 1:05-CV-11148-PBS

Dear Judge Collings:

     On behalf of *amicus curiae* National Association of Chain Drug Stores, Inc. ("NACDS"), we write to advise the court that NACDS opposes Plaintiffs' Motion for Clarification of the Court's July 17 Memorandum and Order on Motion to Compel Production of McKesson's RelayHealth Data.

     First, we reassert all the arguments in our *amicus* brief, including that RelayHealth is contractually obliged to protect the confidential data it maintains on behalf of the pharmacies with whom it contracts, as well as that non-party pharmacies may be harmed if their identified data is released.

     Second, we concur in McKesson's arguments, in opposition to the Plaintiffs' motion, that reconsideration of the July 17 Order is inappropriate and that the solution proposed by Plaintiffs eliminates the protection from disclosure of pharmacy identities provided for by the Court's Order. Indeed, Plaintiffs are seeking "re-identification" of pharmacies, which is outside the scope of the Court's Order.

     Therefore, we ask the Court to deny Plaintiffs' motion and to maintain its July 17 Order permitting McKesson to "redact the identity of pharmacies" from its production.

The Honorable Robert B. Collings
August 12, 2008
Page 2

---

      We have supplied the clerk of the Court, by overnight delivery, with a copy of this letter for filing.

                                            Respectfully,

                                            COZEN O'CONNOR

                                            By: Philip G. Kircher

PGK:ec

cc:    Paul Flum, Esquire (via FedEx)
        Jennifer Fountain Connolly, Esquire (via FedEx)