UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PERELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME – HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN,<br><br>　　　　　Plaintiffs,<br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 05-cv-11148<br>Hon. Patti B. Saris |

**MOTION FOR LEAVE TO WITHDRAW THE
APPEARANCE OF ATTORNEY ERIC L. YAFFE**

Interested Party National Community Pharmacists Association ("NCPA"), by and through its attorneys of record, respectfully moves for leave of Court pursuant to Local Rule 83.5.2(c) to allow the undersigned attorney, Eric L. Yaffe to withdraw his appearance as counsel on behalf of NCPA. In support of this Motion, NCPA states as follows:

1. NCPA is currently represented in this action by David Balto, of the Law Offices of David Balto and that representation will continue after the withdrawal of the undersigned.

2. The withdrawal of appearance of the undersigned Eric L. Yaffe will not prejudice NCPA.

WHEREFORE, Interested Party NCPA hereby respectfully requests leave of Court allowing Eric L. Yaffe to withdraw his appearance as counsel on behalf of NCPA, and discharging Eric L. Yaffe as counsel on behalf of NCPA, and all other relief which is just and proper.

Dated this 4th day of September, 2008

Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing in (NEF) and paper copies will be sent to those indicated as non registered participants on September 4, 2008.

| | |
|---|---|
| Thomas M. Sobol<br>Edward Notargiacomo<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, Massachusetts | Steve W. Berman<br>Barbara Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101 |
| Jeffrey L. Kodroff<br>John A. Macoretta<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, Pennsylvania 19103 | Sheila L. Birnbaum<br>Thomas E. Fox<br>Skadden Arps, Slate, Meagher, & Flom LLP<br>4 Times Square<br>New York, New York 10036 |
| Sheldon T. Zenner<br>Katten Muchin Roseman LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661 | David A. Balto<br>Law Offices of David Balto<br>1350 I Street, N.W., Suite 850<br>Washington, D.C. 20005 |
| Brien T. O'Connor<br>Ropes & Gray LLP (BOS)<br>One International Place<br>Boston, Massachusetts 02110 | Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>Wexler Toriseva Wallace LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60602 |
| John P. Kern<br>Manatt, Phelps, & Phillips<br>1001 Page Mill Road, Building 2<br>Palo Alto, California 94304 | Matthew J. Matule<br>Skadden Arps, Slate, Meagher, & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108 |
| James P. Bennett<br>Lori A. Schechter<br>Melvin R. Goldman<br>Paul Flum<br>Tiffany Cheung<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105 | Edmund L. Carey<br>George E. Barrett<br>Gerald E. Martin<br>Timothy L. Miles<br>Barrett, Johnston & Parsley<br>217 Second Avenue North<br>Nashville, Tennessee 37201 |

Stephen E. Hughes
Bonner, Kiernan, Trebach & Crociata, LLP
200 Portland Street
Suite 400
Boston, Massachusetts 02114
Steven E. Bizar
Buchanan Ingersoll & Rooney, P.C.
1835 Market Street, 14th Floor
Philadephia, Pennsylvania 19103-2985

Stephanie Wenkert Kanwit
601 Pennsylvania Avenue, N.W., Suite 740
Washington, DC 20004


Michael F. Feeley
Isaacson Rosenbaum P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202

Kimberly R. West
Wallace, Jordan, Ratliff & Brandt, LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209

Daniel S. Savrin
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

John A. Kiernan
Bonner, Kiernan, Trebach & Crociata, LLP
200 Portland Street, Suite 400
Boston, Massachusetts 02114

Nathan R. Soucy
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

John J. Aromando
Pierce Atwood
1 Monument Square
Portland, Maine 04101

Philip G. Kircher
Cozen O'Connor
1900 Philadelphia Street
Philadelphia, Pennsylvania 19103

Angela J. Neal
Bingham McCutchen LLP - MA
One Federal Street
Boston, Massachusetts 02110



/s/ Eric. L. Yaffe

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PERELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME – HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL AND CONSTANCE JORDAN,<br><br>Plaintiffs,<br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 05-cv-11148<br>Hon. Patti B. Saris |

### ORDER

Upon consideration of Interested Party National Community Pharmacists Association's ("NCPA") Motion to Withdrawal the Appearance of Eric L. Yaffe and Gray, Plant, Mooty, Mooty, and Bennett, P.C., and the record herein, it is by the Court, this _____ day of _____, 2008,

Ordered, that Interested Party NCPA's Motion to Withdrawal the Appearance of Eric L. Yaffe and Gray, Plant, Mooty, Mooty, and Bennett, P.C. be, and the same hereby is GRANTED.

_____
United States District Judge