# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) ) | Civil Action No. 05-11148-PBS |
| FIRST DATABANK, INC., and McKESSON CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas J. Rosenberg as counsel for third party payor class member and objector, Health Management Associates, Inc., in the above-captioned action.

                              Respectfully submitted,

                              /s/ Nicholas J. Rosenberg
                              Alan D. Rose (BBO #427280)
                              Nicholas J. Rosenberg (BBO #657887)
                              ROSE, CHINITZ & ROSE
                              One Beacon Street, 4th Floor
                              Boston, MA 02108
                              Tel: 617-536-0040
                              Fax: 617-536-4400

Dated: August 21, 2009

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document and all attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on August 21, 2009.

                                              /s/ Nicholas J. Rosenberg
                                              Nicholas J. Rosenberg