UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND; PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER; SHELLY CAMPBELL and CONSTANCE JORDAN,<br>　　　　　Plaintiffs,<br>v.<br><br>FIRST DATABANK, INC., a Missouri Corporation; and McKESSON CORPORATION, a Delaware Corporation,<br><br>　　　　　Defendants | Civil Action No. 1:05-CV-11148-PBS |

## [~~PROPOSED~~] SUPPLEMENTAL ORDER REGARDING FINAL APPROVAL OF THE FIRST DATABANK AND MEDI-SPAN SETTLEMENTS

WHEREAS, this matter has come before the Court pursuant to a Motion for a

Supplemental order on Approval of the First DataBank and Medi-Span Settlements;

- 1 -

001821-13  350389 V1

WHEREAS, this Court previously entered an order on March 30, 2009, granting final approval of the First DataBank and Medi-Span Settlements, including approval of a $2.2 million payment by Defendants for the benefit of the Class.

WHEREAS, this Court approved the Plan of Allocation for the $350 million McKesson Settlement and it is most just and reasonable that the funds obtained from First DataBank and Medi-Span be added to the McKesson Settlement Funds and distributed according to the Plan of Allocation for that Settlement.

**IT IS HEREBY ORDERED THAT:**

The First DataBank and Medi-Span Settlement Funds SHALL be deposited into the McKesson Settlement Fund and distributed according to the Plan of Allocation for the McKesson Settlement.

**SO ORDERED.**

DATED: Boston, Massachusetts
This ___19___ day of ___February___ 2010

_____
Patti B. Saris, Judge
United States District Court