UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN, <br><br>       Plaintiffs, <br><br>  v. <br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation, <br><br>       Defendants. | C.A. No. 1:05-CV-11148-PBS |

**CLASS PLAINTIFFS' UNOPPOSED MOTION TO APPROVE
PARTIAL DISTRIBUTION OF THE SETTLEMENT FUND TO THE
<u>CASH PAYOR SUBCLASS</u>**

Class Counsel hereby move for an Order:

- Approving the procedures used and actions taken by the Class Notice Consultant and the Claims Administrator;

- Approving payment of the timely-filed valid claims as determined by the Claims Administrator;

- Approving payment of valid, but late-filed, claims as determined by the Claims Administrator;

- Approving disallowance of claims identified by the Claims Administrator as deficient, invalid, or otherwise ineligible for payment; and

- 1 -

- 2 -

- Directing distribution of the settlement fund to eligible claimants as proposed by the Claims Administrator.

In support of this Motion, Class Plaintiffs hereby submit:

1. Class Plaintiffs' Memorandum in Support of their Motion to Approve Partial Distribution of the Settlement fund to the Cash Payor SubClass;

2. Affidavit of Eric J. Miller Regarding Allocation and Distribution of the Net Settlement Fund to Cash Payors; and

3. Declaration of Steve W. Berman in Support of Class Plaintiffs' Unopposed Motion to Approve Partial Distribution of the Settlement Fund to the Cash Payor Subclass.

DATED: December 22, 2010

By:   /s/ Steve W. Berman
     Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003

Steve W. Berman
Sean R. Matt
Nicholas Styant-Browne
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Jennifer Fountain Connolly
Hagens Berman Sobol Shapiro LLP
1629 K St. NW, Suite 300
Washington, D.C.  20006
Telephone:  (202) 355-6435
Facsimile:  (202) 355-6455

- 3 -

Kenneth A. Wexler
Wexler Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Jeffrey Kodroff
John Macoretta
Spector, Roseman, Kodroff & Willis, PC
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

Marc H. Edelson
Edelson & Associates
45 W. Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:  (215) 230-8735

George E. Barrett
Edmund L. Carey, Jr.
Barrett, Johnston & Parsley
217 Second Avenue, North
Nashville, TN  37201
Telephone:  (615) 244-2202
Facsimile:  (615) 252-3798

*Counsel for Plaintiffs and the Classes*

- 4 -

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant regarding the filing of this motion, who do not oppose.

/s/ Steve W. Berman
Steve W. Berman

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on December 22, 2010.

          /s/ Steve W. Berman
      Steve W. Berman