UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST; TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY; PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND; DISTRICT COUNCIL 37, AFSCME - HEALTH & SECURITY PLAN; JUNE SWAN; BERNARD GORTER, SHELLY CAMPBELL and CONSTANCE JORDAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST DATABANK, INC., a Missouri corporation; and McKESSON CORPORATION, a Delaware corporation,<br><br>Defendants. | C.A. No. 1:05-CV-11148-PBS |

### [PROPOSED] ORDER APPROVING DISTRIBUTION OF THE SETTLEMENT FUND TO THE CO-PAYOR AND TPP SUBCLASSES

For the reasons set forth in Class Plaintiffs' Unopposed Motion for Approval of Distribution of the McKesson Settlement Fund to the Remaining Subclasses, the Affidavits of Eric J. Miller and Bruce E. Ogle regarding the same, filed March 17, 2011, the Court hereby:

- Approves the procedures used and actions taken by the Class Claims Administrators;

- Approves payment of the timely-filed valid claims as determined by the Claims Administrators;

- Approves payment of valid, but late-filed, claims as determined by the Claims Administrators;

- 1 -

001821-13 423939 V1

- Approves disallowance of claims identified by the Claims Administrators as deficient, invalid, or otherwise ineligible for payment;

- Directs the Escrow Agent to disperse funds to the Claims Administrator CASS in the amount of $16,534,191.06 for distribution to the Co-Payor Class;

- Directs CASS to distribute funds on a pro rata basis to eligible claimants in the Co-Payor Subclass except that no payment shall fall below $25 and every individually-filed co-payor claim is guaranteed a distribution of at least $25.

- Directs the Escrow Agent to disperse funds to the Claims Administrator Rust in the amount of $228,432,174.01 for distribution to the TPP Class;

- Directs the Claims Administrator to delay distribution of the TPP funds 40 (forty) days following entry of this order to notify TPP claimants of the pending distribution as set for in the Miller Affidavit to ensure that any timely submitted, but unidentified, claims are resolved.

**SO ORDERED.**

DATED: Boston, Massachusetts

This __/ L__ day of March, 2011.

_____
Hon. Patti B. Saris
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on March __, 2011.

                                              /s/ Steve W. Berman
                                              Steve W. Berman